Richard M. Pachulski, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., <u>et al</u>., [1] | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

## <u>SCHEDULING ORDER</u>

Upon the filing by the Trustee of the Circuit City Stores, Inc. Liquidating Trust (a)

*Notice of Substantive Hearing (Liquidating Trust's Objection to Claims Number 12898 and*

*14636) (Claimant- Virginia Department of Taxation)* (the "Notice"), ECF No. 1433 and (b)

*Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation -*

*Liquidating Trusts Objection to Claim Nos. 12898 and 14636 Filed By The Commonwealth Of*

*Virginia Department Of Taxation* (the "Objection"), ECF No. 1070, as well as the *Response* ,

ECF No. 14136, filed by the Virginia Department of Taxation, the Court held a status hearing on

December 13, 2017 (the "Hearing"), and upon the agreement of the parties

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. On or before January 16, 2018, each party may submit a brief articulating its position with respect to the legal issues germane to the Objection arising out of the Virginia Supreme Court decision in the case of *Kohl's Department Stores v. Virginia Department of Taxation*. Any brief submitted after January 16, 2018, will not be considered by the Court absent further Order of this Court.

2. On January 23, 2018, at 2:00 p.m., the Court will hold a further hearing on the Objection and Response, at which time it will hear the legal arguments of each party thereon.

Dated: **Dec 27 2017**
Richmond, Virginia

/s/ Kevin R Huennekens
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket:Dec 28 2017

**WE ASK FOR THIS:**

/s/ Paula S. Beran
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  13th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760

*Counsel to Alfred H. Siegel, as Trustee of the
Circuit City Stores, Inc. Liquidating Trust*

## **CERTIFICATION**

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

*/s/ Paula S. Beran*
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Service of Entered Order:

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, Virginia  23219

Mark K. Ames, Esquire
Taxing Authority Consulting Services, P.C.
PO Box 31800
Henrico, Virginia 23294-1800

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 08-35653-KRH
Circuit City Stores, Inc.                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l          Page 1 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
        +E-mail/Text: bkr@taxva.com Dec 29 2017 01:23:23     Mark Ames,   PO Box 31800,
         Henrico, VA 23294-1800
                                                                                    TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
          Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@sfgh.com,
          mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@sfgh.com, mmelickian@sfgh.com;mbrandess@sfgh.com;joconnor@sfgh.com;bkdocket@sfgh.com
          Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp    on behalf of Creditor   Northern Indianna Public Service Company
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Alison Ross Wickizer Toepp    on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com

```
District/off: 0422-7        User: ramirez-l        Page 2 of 57        Date Rcvd: Dec 28, 2017
                            Form ID: pdford7        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;dflippen@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
          th.com;dianne-flippen-8249@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@e
          cf.pacerpro.com
          Amanda Jill Katzenstein    on behalf of Creditor    U.S Bank National Association as Trustee
          akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
          Amanda Jill Katzenstein    on behalf of Unknown    KeyBank National Association
          akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc. abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@bakerlaw.com
          Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@bakerlaw.com
          Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com,
          onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
          ADavison@beankinney.com,  onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc a/k/a The
          Learning Channel ADavison@beankinney.com,  onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com,
          onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com,  onazar@beankinney.com
          Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
          ADavison@beankinney.com,  onazar@beankinney.com
          Andrew Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones    on behalf of Interested Party    Farallon Capital Management, L.L.C.
          Andrew@ajoneslaw.com
          Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. Andrew.Cole@leclairryan.com
          Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. AAbreu@nwbcorp.com,
          Angela.Abreu@northwest.com
          Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
          anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com

District/off: 0422-7          User: ramirez-l          Page 3 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
          acichello@kb-law.com
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@wtplaw.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Ashley M. McDow    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee of
          Circuit City Stores, Inc. Liquidating Trust amcdow@bakerlaw.com, mdelaney@bakerlaw.com,
          ffarivar@bakerlaw.com,sgaeta@bakerlaw.com
          Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing agent for WTM Glimcher LLC aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P. aepps@cblaw.com,
          avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 4 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    International Speedway Square, Ltd.
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    EEL McKee LLC aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    NAP Northpoint, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Macy's Retail Holdings, Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Diamond Square, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Amargosa Palmdale Investments, LLC
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Fingerlakes Crossing, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Tanglewood Park LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Starpoint Property Management, LLC
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prudential Insurance Company of America
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    American Power Conversion Corp. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Myrtle Beach Farms Co., Inc. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Plaintiff    CC-Investors 1995-6 aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Associates, Ltd. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Hamilton Crossing aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    MediaNews Group, Inc. d/b/a Pioneer Press and
          St. Paul Pioneer Press aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Continental Property Management Corp.
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Buzz Oates, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rancon Realty Fund IV aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland Commercial Property Management, Inc.
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Catellus Operating Limited Partnership
          aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Argyle Forest Retail I, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Westgate Village, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Defendant    CDW Direct, LLC aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Interested Party    Manufacturers & Traders Trust Company, as
          Trustee aepps@cblaw.com, avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Sangertown Square, L.L.C. aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Swanblossom Investments, LP aepps@cblaw.com,
          avaughn@cblaw.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Donahue Schriber Realty Group, L.P.
          aepps@cblaw.com, avaughn@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 5 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Augustus C. Epps, Jr.     on behalf of Creditor     Laurel Plumbing, Inc. aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Generation One and Two, LP aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Glimcher Properties Limited Partnership, as
  managing Agent for Puente Hills Mall, LLC aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Kimco Realty Corporation aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     1030 W. North Ave. Bldg. LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Inland Southwest Management LLC, Inland American
  Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
  Continental Property Management Corp., and Inland Commerc aepps@cblaw.com, avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     N.P. Huntsville Limited Liability Company
  aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Whitestone Development Partners, L.P.
  aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     De Rito Pavilions 139, LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Kite Coral Springs, LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Myrtle Beach Farms aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Inland American Retail Management LLC
  aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Audio Authority Corporation aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Union County Construction Group, Inc.
  aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Defendant    Solutions 2 Go, Inc. aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     La Habra Imperial, LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     The West Campus Square Company, LLC
  aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Cohab Realty, LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Attorney     Christian & Barton, L.L.P. aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     CC-Investors 1995-6 aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     KRG Market Street Village, LP aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Inland Pacific Property Services LLC
  aepps@cblaw.com,  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Defendant     Kost Klip Manufacturing, Ltd. aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Brighton Commercial, L.L.C. aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Bella Terra Associates, LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Inland Southwest Management LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     EklecCo NewCo, LLC aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Attorney Augustus C. Epps, Jr. aepps@cblaw.com,
  avaughn@cblaw.com
Augustus C. Epps, Jr.     on behalf of Creditor     Glimcher Properties Limited Partnership
  aepps@cblaw.com,  avaughn@cblaw.com
Belkys  Escobar    on behalf of Creditor     County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
  bankrupt@loudoun.gov;Brian.Boone@loudoun.gov;Ann.McCafferty@loudoun.gov
Belkys  Escobar    on behalf of Creditor     County of Loudoun, VA Belkys.Escobar@loudoun.gov,
  bankrupt@loudoun.gov;Brian.Boone@loudoun.gov;Ann.McCafferty@loudoun.gov
Benjamin C. Ackerly    on behalf of Creditor     Panasonic Corporation of North America
  backerly@hunton.com,  cloving@hunton.com
Benjamin C. Ackerly    on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
  cloving@hunton.com
Benjamin C. Ackerly    on behalf of Creditor     Harvest/HPE LP backerly@hunton.com,
  cloving@hunton.com
Benjamin C. Ackerly    on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
  cloving@hunton.com
Benjamin C. Ackerly    on behalf of Creditor     Taubman Auburn Hills Associates Limited Partnership
  backerly@hunton.com,  cloving@hunton.com
Benjamin C. Ackerly    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
  backerly@hunton.com,  cloving@hunton.com
Benjamin C. Ackerly    on behalf of Interested Party    Federal Warranty Service Corporation
  backerly@hunton.com,  cloving@hunton.com

```
District/off: 0422-7          User: ramirez-l        Page 6 of 57        Date Rcvd: Dec 28, 2017
                             Form ID: pdford7        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
               cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@lawmacdowell.com
              Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
               rodom@wtplaw.com
              Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com,  rodom@wtplaw.com
              Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
               bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
              Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
               hubenb@ballardspahr.com,  carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   The Macerich Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   KNP hubenb@ballardspahr.com,  carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Watt Management Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   RREEF Management Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
               hubenb@ballardspahr.com,  carolod@ballardspahr.com
              Brian D. Wesley   on behalf of Defendant   Christine  Baker brian.wesley@doj.ca.gov
              Brian D. Wesley   on behalf of Defendant   California Self-Insurers Security Fund
               brian.wesley@doj.ca.gov
              Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
              Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
              C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
              Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
               Limited Liability Company ccreely@akingump.com
              Catherine Elizabeth Creely   on behalf of Creditor   Golfsmith International, L.P.
               ccreely@akingump.com
              Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com
              Chang  Eugene   on behalf of Creditor   TKG Coffee Tree, L.P. echang@steinlubin.com
              Charles Gideon Korrell   on behalf of Creditor   Hoprock Limonite, LLC
               c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
              Charles W. Chotvacs   on behalf of Creditor   FJL-MVP, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Uniwest Commercial Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   OTR-Clairemont Square cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Portland Investment Company of America
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
               cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
            cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
            cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
            kvogel@vogelandcromwell.com
            Christian K. Vogel   on behalf of Creditor    Circuit Investors #2, Ltd.
            kvogel@vogelandcromwell.com
            Christian K. Vogel   on behalf of Creditor    Circuit Investors #3, Ltd.
            kvogel@vogelandcromwell.com
            Christian K. Vogel   on behalf of Creditor    Schimenti Construction Company LLC
            kvogel@vogelandcromwell.com
            Christine D. Lynch   on behalf of Creditor    Interstate Augusta Properties LLC
            clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    E&A Northeast Limited Partnership
            clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    S.R. Weiner & Associates Inc.
            clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
            Christine McAteer Ford   on behalf of Creditor Ada Alicea cford@mdpcelaw.com
            Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
            similarly situated cford@mdpcelaw.com
            Christopher A. Jones   on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
            cajones@wtplaw.com,  rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
            rodom@wtplaw.com;dgaffey@wtplaw.com
            Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kv-legal.com
            Christopher L. Perkins   on behalf of Creditor    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
            Tech christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Gannett Satellite Information Network, Inc.,
            dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
            stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor    680 S. Lemon Ave. Co.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Altec Lansing Technologies, Inc.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor    Benenson Capital Company
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

District/off: 0422-7           User: ramirez-l          Page 8 of 57           Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
               Republic christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
               TV christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
               Star christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
               stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
               d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Daniel Group
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
               Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
               Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
               stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
               Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
          stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
          Greenville News christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
          christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher M. Desiderio   on behalf of Plaintiff    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor    Greystone Data Systems, Inc.
          cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
          cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
          cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
          cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
          cgp@ballardspahr.com,
          summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
          cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
          cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
          cpalik@mhlawyers.com,  cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
          curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com

District/off: 0422-7          User: ramirez-l          Page 10 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Curtis G. Manchester   on behalf of Defendant   Kingston Technology Co., Inc.
           curtis.manchester@kutakrock.com
          D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com/plaura@ltblaw.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
           individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
           ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
           Post ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
           Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc.
           daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc.
           daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc.
           daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
           dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
           pressdm@gmail.com
          Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinsonleonard.com,
           catherine.scott@stinsonleonard.com
          Darrell William Clark   on behalf of Creditor   Waste Management, Inc.
           darrell.clark@stinsonleonard.com,   catherine.scott@stinsonleonard.com
          Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
          David McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
           ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor   Century plaza development corporation
           dgreer@davidgreerlaw.com,   ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
           bhale@chlhf.com
          David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
           pdyson@jackscamp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
              pdyson@jackscamp.com
              David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
              dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
              dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
              dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC,  Regency Centers, L.P. and
              RC CA Santa Barbara, LLC dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
              David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
              and Eagin Communications dspiro@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
              David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
              David N. Tabakin    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
              dtabakin@tb-lawfirm.com,
              pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com
              David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
              druby@t-mlaw.com,    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    R-Pac International Corp. druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
              bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
              David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
              tleonard@gfrlaw.com
              David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
              David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
              David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
              drichards@vanblk.com;mdowns@vanblk.com
              Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
              Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
              Revenue Services denise.mondell@ct.gov
              Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
              denise.mondell@ct.gov
              Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
              dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
              dtlewand@kaufcan.com

District/off: 0422-7          User: ramirez-l          Page 12 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
               America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
               dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
               dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
              Denyse  Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
               dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
              Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
               Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   Pasadena Independent School District
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Transferee   CFH Investments III, LLC BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Interactive Toy Concepts, Inc
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com

District/off: 0422-7          User: ramirez-l          Page 13 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
           California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
           dkappler@rdwlawcorp.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
           dfoley@mcguirewoods.com, jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
           jlbrown@mcguirewoods.com:vbryant@mcguirewoods.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com:lori.stewart@nelsonmullins.com

District/off: 0422-7          User: ramirez-l          Page 14 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
    robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
    robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
    and KGW-TV dylan.trache@nelsonmullins.com,
    robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
    dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
    dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
    dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
    robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
    mayle@hooverslovacek.com
Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth
    rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
    wenditaylor@toase.com
Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
    elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
    Gazette egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
    bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
    bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor Mikael   Salovaara elizabeth.gunn@dss.virginia.gov,
    bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
    bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
    bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
    elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
    bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
    egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
    jquiambao@friedmanspring.com
Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation hsmith@ddr.com
Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
    klgatesbankruptcy@klgates.com
Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
    schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
    glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
    glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
    glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
    glorioso.alessandra@dorsey.com
Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
    emorabito@pattonboggs.com
Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor Yvette   Mack ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
    kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
    on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
               Service of North Carolina  ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
               ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
              Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
               ffm@bostonbusinesslaw.com
              Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
               frank.pepler@dlapiper.com,
               sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
              Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
              Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
               fcragle@hf-law.com
              Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
              Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
               rudzikf@dor.state.fl.us
              Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
               mmarck@olshanlaw.com;ssallie@olshanlaw.com
              Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
               glaymon@mglspc.com, jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
               glaymon@mglspc.com, jcoffman@mglspc.com
              Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
              Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
               gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
               gekostel@gmail.com
              German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
               Corp Card notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com
              Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
               Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
               christinevirginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          H. Slayton Dabney, Jr.    on behalf of Creditor    Applied Predictive Technologies, Inc.
          sdabney@dabneypllc.com,
          pyoung@proskauer.com;sma@proskauer.com;NPetrov@proskauer.com;mthomas@proskauer.com
          Hale Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
          jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
          Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
          Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
          Group, Inc. hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
          droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
          Corporation hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
          ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
          droberts1949@live.com
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
          csommer@fdh.com
          Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
          hlong@hunton.com, tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
          hlong@hunton.com, tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
          hlong@hunton.com, tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          hlong@hunton.com, tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership hlong@hunton.com, tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@hunton.com,
          tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
          hlong@hunton.com, tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          hlong@hunton.com, tcanada@hunton.com
          Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
          hlong@hunton.com, tcanada@hunton.com
          Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
          ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word    on behalf of Liquidator    Hilco Merchant Resources, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
          dfolds@bakerdonelson.com, sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
          dfolds@bakerdonelson.com, sparson@bakerdonelson.com
          J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
          dfolds@bakerdonelson.com, sparson@bakerdonelson.com
          Jackson David Toof    on behalf of Defendant    Discovery Communications, Inc.
          jackson.toof@arentfox.com, jeffrey.rothleder@arentfox.com
          Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
          jackson.toof@arentfox.com, jeffrey.rothleder@arentfox.com
          Jaime Manuel Crowe    on behalf of Unknown    Toshiba America Electronic Components, Inc.
          jcrowe@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com

District/off: 0422-7          User: ramirez-l          Page 17 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jaime Manuel Crowe    on behalf of Unknown   Toshiba Corporation jcrowe@whitecase.com,
             mco@whitecase.com;jdisanti@whitecase.com
             Jaime Sue Dibble    on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
             lbigus@stinson.com
             James D. Newbold    on behalf of Creditor   State of Illinois, Department of Revenue
             James.Newbold@illinois.gov
             James D. Newbold    on behalf of Counter-Claimant   State of Illinois Department of Revenue,
             through Brian Hamer, its Director James.Newbold@illinois.gov
             James E. Clarke    on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
             vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
             James E. Clarke    on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
             rbailey@atlanticlawgrp.com
             James H. Rollins    on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
             avis.francis@hklaw.com
             James J. Briody    on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
             kim.smith@sablaw.com
             James J. Briody    on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
             kim.smith@sablaw.com
             James J. Briody    on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
             kim.smith@sablaw.com
             James K. Donaldson    on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
             eanderson@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;hcut
             right@spottsfain.com;mhalverson@spottsfain.com
             James R. Schroll    on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
             ncoton@beankinney.com
             James R. Schroll    on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
             ncoton@beankinney.com
             James V. Lombardi    on behalf of Creditor   AmREIT, a Texas real estate investment trust
             jlombardi@rossbanks.com, acole@rossbanks.com
             James W. Reynolds    on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
             of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
             James Winston Burke    on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@milbank.com
             James Winston Burke    on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
             Inc. jburke@milbank.com
             James Winston Burke    on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP
             jburke@milbank.com
             James Winston Burke    on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
             jburke@milbank.com
             James Winston Burke    on behalf of Creditor   Nintendo of America, Inc. jburke@milbank.com
             James Winston Burke    on behalf of Defendant   MiTAC Digital Corporation, individually and
             including in its capacity as successor to Magellan Navigation, Inc. jburke@milbank.com
             James Winston Burke    on behalf of Defendant   Nintendo of America, Inc. jburke@milbank.com
             Jamie M. Konn    on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
             jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
             Jamie M. Konn    on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
             jamie.konn@dlapiper.com, jodie.buchman@dlapiper.com;christina.mattox@dlapiper.com
             Janet M. Meiburger, Esq.    on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
             Janet M. Meiburger, Esq.    on behalf of Creditor   Ricmac Equities Corporation
             admin@meiburgerlaw.com
             Jason B. Binford    on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
             ecf@krcl.com
             Jason B. Binford    on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
             ecf@krcl.com
             Jason M. Krumbein    on behalf of Creditor Jonathan   Card jkrumbein@krumbeinlaw.com,
             a30156@yahoo.com
             Jason M. Krumbein    on behalf of Creditor Robert   Gentry jkrumbein@krumbeinlaw.com,
             a30156@yahoo.com
             Jason M. Krumbein    on behalf of Creditor Joseph   Skaf jkrumbein@krumbeinlaw.com,
             a30156@yahoo.com
             Jason M. Krumbein    on behalf of Creditor Jack   Hernandez jkrumbein@krumbeinlaw.com,
             a30156@yahoo.com
             Jason William Harbour    on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@hunton.com,
             tcanada@hunton.com
             Jason William Harbour    on behalf of Creditor   Public Company Accounting Oversight Board
             jharbour@hunton.com, tcanada@hunton.com
             Jeffrey Kurtzman    on behalf of Creditor   THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
             Jeffrey Kurtzman    on behalf of Creditor   Red Rose Commons Associates, L.P.
             kurtzman@kurtzmansteady.com
             Jeffrey Kurtzman    on behalf of Creditor   PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
             Jeffrey Scharf    on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
             jeff@taxva.com, tacspc@gmail.com:amanda@taxva.com
             Jeffrey Scharf    on behalf of Creditor   County of Spokane jeff@taxva.com,
             tacspc@gmail.com:amanda@taxva.com
             Jeffrey Scharf    on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
             tacspc@gmail.com:amanda@taxva.com
             Jeffrey A. Krieger    on behalf of Creditor   Southwinds. Ltd. jkrieger@greenbergglusker.com
             Jeffrey E. Klusmeier    on behalf of Creditor   Missouri Attorney General's Office
             Jeff.Klusmeier@ago.mo.gov, Michelle.Hirschvogel@ago.mo.gov

District/off: 0422-7          User: ramirez-l          Page 18 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
              jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
              Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
              Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
              Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
              jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
              jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
              Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
              eservice@bilzin.com;lflores@bilzin.com
         Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
         Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com;ecfclerk@taftlaw.com
         Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America
              Jeffrey.tarkenton@wbd-us.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
              jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
              Pennsylvania jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
              jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. Jeffrey.tarkenton@wbd-us.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp.
              Jeffrey.tarkenton@wbd-us.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;bill.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.c
              om;Jackson.price@wbd-us.com;njohnson@spectorjohnson.com
         Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
              elmoyer99@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
           dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jennifer Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor Yvette   Mack jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Coca-Cola Enterprises Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Arkansas, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;hcutright@spottsfain.com;mhalverson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West   on behalf of Defendant   Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   South Carolina Electric & Gas Company and Public
          Service of North Carolina jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer J. West   on behalf of Defendant   Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Advertising Sales Corporation
          jkneeland@watttieder.com,  mdevoll@watttieder.com
          Jennifer Larkin Kneeland   on behalf of Defendant   AMC jkneeland@watttieder.com,
          mdevoll@watttieder.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Newsday Holdings LLC and Newsday LLC
          jkneeland@watttieder.com,  mdevoll@watttieder.com
          Jennifer Larkin Kneeland   on behalf of Defendant   Rainbow Media Holdings LLC dba AMC
          jkneeland@watttieder.com,  mdevoll@watttieder.com
          Jennifer McLain McLemore   on behalf of Creditor   Portland Investment Company of America
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Swiff-Train Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Vonwin Capital Management, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HQ Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Miami Herald jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Robyn N. Davis jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 21 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
          Inland Pacific Property Services LLC) jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
          Services, a division of PNC Bank, National Association, in i jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6 jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
          Observer, aka The Charlotte Observer Publishing Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Capital Centre LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Parker Central Plaza, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southeast Darien jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Mount Berry Square, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Nashville Electric Service jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   N.P. Huntsville Limited Liability Company
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Traverse City, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company d/b/a The Kansas City
           Star jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Spirit Delivery and Distribution Services,
           Inc. jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Prudential Insurance Company of America
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   KNP jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   CC Properties LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferee   412 South Broadway Realty LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Cameron Bayonne, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western College Station Gateway Limited
           Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Brighton Commercial, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Interested Party   Sacramento Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The State
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kansas City Star jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Watt Management Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Kimco Realty Corporation jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Transferee   IMCC Sunland, L.L.C. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   U.S. 41 & I 285 Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Hamilton Crossing jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Redtree Properties, L.P. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Fabyan Randall Plaza Batavia, L.L.C.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Amargosa Palmdale Investments, LLC
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   Premier Retail Interiors, Inc.
           jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a/
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore   on behalf of Defendant   Philips Electronics North America Corporation,
           d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
           Electronics, Philips Norelco and Philips Lighting Company jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

```
District/off: 0422-7          User: ramirez-l          Page 23 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
              American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
              Inland Continental Property Management Corp., and Inland Commerc jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
              Cameron Bayonne, LLC) jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
              News, aka The Sun News jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
              Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
              Center) jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc. jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
              Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
              LaSalle National Bank jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
              Center jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
              Idaho Statesman jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
              jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
              Eagle jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
              Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@cblaw.com,
              avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
```

District/off: 0422-7          User: ramirez-l          Page 24 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor   EEL McKee LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6 jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
           for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
           Trustee jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
           Limited Partnership jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
           Partnership jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
           Management LLC) jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC jmclemore@cblaw.com,
           avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1 jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
           jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
          jmclemore@cblaw.com, avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
          jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc. jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
          Partnership jmclemore@cblaw.com,  avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC jmclemore@cblaw.com,
          avaughn@cblaw.com;gnatella@cblaw.com;cnichols@cblaw.com
          Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@hinckleyallen.com,
          calirm@haslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
             tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
           Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com,
             ccarpenter@fgllp.com
           Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
           Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
             jeremy@friedberg.legal, ecf@friedberg.legal
           Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
             jeremy@friedberg.legal, ecf@friedberg.legal
           Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy@friedberg.legal,
             ecf@friedberg.legal
           Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
             jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
           Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
             jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
           Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
             lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
           Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
             jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
           Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
             jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
           Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
             lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
           Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
             lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
           Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
             jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
           Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
             jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
           Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
             jmartin@weststarmortgage.com
           Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
           Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
           Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
             Corp. jerryhall10@hotmail.com
           Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
           Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
           Jesse N. Silverman   on behalf of Creditor   KNP jsilverman@dilworthlaw.com,
             jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Prudential Insurance Company of America
             jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Foursquare Properties, Inc.
             jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   The Macerich Company jsilverman@dilworthlaw.com,
             jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Watt Management Company jsilverman@dilworthlaw.com,
             jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Torrance Towne Center Associates, LLC
             jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Eagleridge Associates, LLC
             jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   RREEF Management Company jsilverman@dilworthlaw.com,
             jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
             L.L.C. jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Comcast Cable Communications, LLC
             jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Cousins Properties Incorporated
             jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jesse N. Silverman   on behalf of Creditor   Portland Investment Company of America
             jsilverman@dilworthlaw.com, jgibbons@dilworthlaw.com
           Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
             swells@seyfarth.com;wdcdocketing@seyfarth.com
           Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
             jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
           Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
             jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
           Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
             swells@seyfarth.com;wdcdocketing@seyfarth.com
           Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
           Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
             jsaronson@ridberglaw.com
           Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
           Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
           John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
             jraftery@offitkurman.com

District/off: 0422-7            User: ramirez-l            Page 27 of 57            Date Rcvd: Dec 28, 2017
                               Form ID: pdford7           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
             Group-GA jsmith@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
             Group-GA jsmith@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
             sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
             jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd.
             jmcintyre@mcintyrestein.com,
             wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@mcintyrestein.com,
             wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@mcintyrestein.com,
             wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
             jmcintyre@mcintyrestein.com,
             wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
             wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
             jmcintyre@mcintyrestein.com,
             wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John Darren Sadler    on behalf of Creditor    The Hutensky Group sadlerj@ballardspahr.com,
             andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    CWCapital Asset Management LLC
             sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Cencor Realty sadlerj@ballardspahr.com,
             andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
             Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Battlefield FE Limited Partners
             sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    UBS Realty Investors, LLC sadlerj@ballardspahr.com,
             andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Federal Realty Investment Trust
             sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
             pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
          John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
             lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
             sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
             jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
             sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
             sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
             sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
             sparson@bakerdonelson.com
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
             jroche@perkinscoie.com,
             ADSmith@perkinscoie.com;NSaldinger@perkinscoie.com;BAudette@perkinscoie.com;ecf-3ac9070a3959@ecf.
             pacerpro.com;geisenberg@perkinscoie.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
             russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
             johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
             russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| John M. Craig | on behalf of Creditor | Carolina Power & Light Company d/b/a Progress Energy Carolinas johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Boston Gas Company johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Connecticut Light and Power Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Dominion Peoples johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Piedmont Natural Gas Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Toledo Edison Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Southern Connecticut Gas Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Duke Energy Indiana, Inc. johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Defendant | Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Defendant | Pro-Pave Sealcoat Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Southern California Edison Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Yankee Gas Services Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Orange and Rockland Utilities johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | The Detroit Edison Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | KeySpan Gas East Corporation johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Connecticut Natural Gas Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | The Cleveland Electric Illuminating Company johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Duke Energy Carolinas, LLC johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Public Service Company of New Hampshire johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Virginia Electric and Power Company d/b/a Dominion Virginia Power johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Narragansett Electric Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | The Brooklyn Union Gas Company d/b/a National Grid NY johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Public Service Electric And Gas Company johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Florida Power Corporation d/b/a Progress Energy Florida johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Niagara Mohawk Power Corporation johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Granite State Electric johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Jersey Central Power & Light Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | PECO Energy Company johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Metropolitan Edison Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Consolidated Edison Company of New York, Inc. johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Western Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Salt River Project johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | American Electric Power johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Commonwealth Edison Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Retail Property Group, Inc. johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Counter-Claimant | Sun Builders Co. johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Jackson EMC johncraigg@aol.com,  russj4478@aol.com | |
| John M. Craig | on behalf of Defendant | ASM Capital III, L.P. johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | Pennsylvania Electric Company johncraigg@aol.com, russj4478@aol.com | |
| John M. Craig | on behalf of Creditor | EnergyNorth Natural Gas, Inc. d/b/a National Grid NH johncraigg@aol.com,  russj4478@aol.com | |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
               russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
               russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
               Refrigeration jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
               jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
               awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;epope@goldman
               vanbeek.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@linowes-law.com,
               jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc.
               jfarnum@linowes-law.com,   jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
               jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   CENVEO, Inc. jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
               jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Creditor   ThomsonWest jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Stampede Presentation Products, Inc.
               jonathan.hauser@troutmansanders.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
               kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
               jtcain@mintz.com,   kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
               Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins, 11     USTPRegion04.RH.ECF@usdoj.gov
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
               quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
               quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
               harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
               harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Paris Business Products, Inc.
               quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Amcor Packaging Distribution, Inc., d/b/a Amcor
               Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
               quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie H. Rome-Banks   on behalf of Creditor   Daly City Partners I, L.P. Julie@bindermalter.com
          Julie H. Rome-Banks   on behalf of Creditor   Envision Peripherals,Inc Julie@bindermalter.com
          Julie H. Rome-Banks   on behalf of Creditor   Daly City Partners I, L.P Julie@bindermalter.com
          Justin F. Paget   on behalf of Defendant   The Seattle Times Company jpaget@hunton.com,
               tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Hunton & Williams, LLP jpaget@hunton.com,
               tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Arkansas Democrat-Gazette, Inc. jpaget@hunton.com,
               tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Atari, Inc., f/k/a Infogrames jpaget@hunton.com,
               tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Thule Organization Solutions, Inc. dba Case Logic,
               Inc. jpaget@hunton.com,   tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   Wynit, Inc. jpaget@hunton.com,   tcanada@hunton.com
          Justin F. Paget   on behalf of Defendant   The Spark Agency, Inc. d/b/a Switch and Switch
               Liberate Your Brand jpaget@hunton.com,   tcanada@hunton.com
          Kalina Boyanova Miller   on behalf of Creditor   First Industrial Realty Trust, Inc.
               kmiller@wileyrein.com,   rours@wileyrein.com
          Kalina Boyanova Miller   on behalf of Creditor   Greater Orlando Aviation Authority
               kmiller@wileyrein.com,   rours@wileyrein.com
          Kan C. Farand   on behalf of Creditor   Alameda County Treasurer farand.kan@acgov.org
          Karen L. Gilman   on behalf of Creditor   Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
          Karen M. Crowley   on behalf of Mediator Karen   Crowley kcrowley@clrbfirm.com,
               jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;r40218@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 30 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
          jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;r40218@notify.bestcase.com
          Ken  Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          josh.neifeld@allenovery.com;katie.crispi@allenovery.com
          Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
          Kenneth R. Rhoad    on behalf of Defendant    ActionLink, LLC rhoadken@gmail.com
          Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
          County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
          District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
          klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
          Grayson Co, Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
          Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
          District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
          District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
          Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk    on behalf of Creditor Joanne  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin J. Funk    on behalf of Creditor Roy  Eisner kfunk@durrettecrump.com,
          bmcmillen@durrettecrump.com
          Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@menterlaw.com,
          kmnbk@menterlaw.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Defendant    New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran    on behalf of Creditor    Fox Broadcasting Company khang.tran@hoganlovells.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com,  kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
          ve.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com,
          berkhimerkr66555@notify.bestcase.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hf-law.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC kburgers@hf-law.com
          Kristin  Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin  Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura  Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP lkatz@hf-law.com,
          ndysart@hf-law.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
          joette@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
          info@onellp.com,evescance@onellp.com,crodriguez@onellp.com,rwenzel@onellp.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard  Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
          gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
          lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
          lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
          regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
          nkatzen@reedsmith.com
          Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          lhamiel@siwpc.com

```
District/off: 0422-7        User: ramirez-l        Page 32 of 57        Date Rcvd: Dec 28, 2017
                            Form ID: pdford7        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Reverend Dwayne Funches lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Movant      Vornado Realty Trust lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
               Partnership lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
               of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Towson VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Movant      Colonial Heights Holdings, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,   lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
               lhamiel@siwpc.com
              Loc  Pfeiffer   on behalf of Defendant     Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
               Amanda.nugent@kutakrock.com
              Loc  Pfeiffer   on behalf of Creditor      Schottenstein Property Group, Inc.
               loc.pfeiffer@kutakrock.com,  Amanda.nugent@kutakrock.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Louis E. Dolan, Jr.   on behalf of Defendant   California Self-Insurers Security Fund
    LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
    Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
    LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
    Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
    LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
    Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc.  LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
    Louis E. Dolan, Jr.   on behalf of Defendant  Christine  Baker  LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
    Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc.  LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
    Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
    LDOLAN@nixonpeabody.com,
    was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
    peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
    clerk@nixonpeabody.co
    Lucy L. Thomson   lthomson2@csc.com
    Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
    Lyndel Anne Vargas   on behalf of Defendant   Cypress/Spanish Fort I LP LVargas@chfirm.com,
    chps.ecfnotices@gmail.com
    Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
    ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
    ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
    Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
    Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
    mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
    mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
    mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
    Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
              Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
              Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
               of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
               holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
               PARTNERSHIP marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
               Liability Company marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
               Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
               Interactive, Inc. mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
              Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
               State of Texas, and Greg Abbott, as Attorney General of the State of Texas
               bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us

District/off: 0422-7          User: ramirez-l          Page 35 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts
            bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
           Mark E. Browning    on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
            Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
           Mark J. Friedman    on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
           Mark J. Friedman    on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
           Mark J. Friedman    on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
           Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
           Mark J. Friedman    on behalf of Creditor   Morgan Hill Retail Venture, LP
            mark.friedman@dlapiper.com
           Mark J. Friedman    on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
           Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
            mark@taxva.com,  amanda@taxva.com
           Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
            amanda@taxva.com
           Mark X. Mullin    on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
            dian.gwinnup@haynesboone.com
           Mark X. Mullin    on behalf of Creditor   BB Fonds International 1 USA, L.P.
            mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
           Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
            martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
            martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Bemenson Capital Company martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
            erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
            martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
            martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
           Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
           Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
            martin.brown@lawokc.com
           Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
           Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
            molden@mhalaw.com,  akauba@mhalaw.com
           Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
            lexbankruptcy@wyattfirm.com
           Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
            kelly@righettilaw.com
           Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
            kelly@righettilaw.com
           Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
            kelly@righettilaw.com
           Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
            kelly@righettilaw.com
           Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
            kelly@righettilaw.com
           Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
           Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
            mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
           Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
            lltaylor@duanemorris.com;lstopol@levystopol.com
           Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
           Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
           Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
           Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
           Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
            myoder@parkerpollard.com,
            sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
           Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
            sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
           Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
           Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
           Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
            othercourts@mvbalaw.com
           Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
           Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
            michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
           Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
            lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

District/off: 0422-7          User: ramirez-l          Page 36 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Interested Party    Epson America, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Sony Electronics, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles    on behalf of Creditor    Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Stover    on behalf of Defendant    Safeco Insurance Company of America
          mstover@wcslaw.com,  whopkins@wcslaw.com
          Michael Callahan Crowley    on behalf of Defendant    White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
          mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
          mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          mmueller@cblaw.com,  avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp. mmueller@cblaw.com,
          avaughn@cblaw.com;cnichols@cblaw.com

District/off: 0422-7          User: ramirez-l          Page 37 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd. mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
           III, LLC as tenants in common mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
           Entertainment, Inc. mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
           America mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership mmueller@cblaw.com,
           avaughn@cblaw.com;cnichols@cblaw.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
           mmueller@cblaw.com,   avaughn@cblaw.com;cnichols@cblaw.com
          Michael E. Hastings   on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
           twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
           mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
             Mall mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
             mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
             dba Howland Commons mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
             mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
             mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
             mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
             mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
             mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
             Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
             Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
             mkogan@koganlawfirm.com
             Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
             Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc mpark@cblh.com
             Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
             eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
             Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
             Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
             swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
             Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
             Nancy R. Schlichting    on behalf of Creditor    Antor Media Corporation nrs@lplaw.com,
             lmg@lplaw.com
             Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
             Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
             Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
             aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
             Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
             aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
             Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
             aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
             Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
             aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 39 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
                    Rutherford LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, LP
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
                    Engineering nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
                    Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
                    LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
                    nmccullagh@spottsfain.com,
                    eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
                    aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com

District/off: 0422-7        User: ramirez-l          Page 40 of 57          Date Rcvd: Dec 28, 2017
                           Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
          LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Attorney   Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;jdon
          aldson@spottsfain.com;hcutright@spottsfain.com;mhalverson@spottsfain.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL matt@godwinjonesandprice.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
          matt@godwinjonesandprice.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
          ctrivigno@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com

District/off: 0422-7          User: ramirez-l          Page 41 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul J. Pascuzzi    on behalf of Interested Party   Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Columbia State pascuzzi@ffwplaw.com
          Paul J. Pascuzzi    on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen    on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com,    jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com,    jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com,    jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com,    jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com,    jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com,    jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com,    jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul K. Campsen    on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com,
          jaturner@kaufcan.com
          Paul M. Black    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,    vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley    on behalf of Creditor Jon C. Geith paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul McCourt Curley    on behalf of Creditor    Carrollton Arms, LLC paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul McCourt Curley    on behalf of Creditor Laurie  Lambert-Gaffney paul.curley@allenandallen.com,
          kim.pillsbury@allenandallen.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Export Development Canada
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
               East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
               Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
               paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com,
               paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com,
               paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
               pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
               paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
               paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
               paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
               pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
               pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
               L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
               pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
               rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 43 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Peter Gurfein   on behalf of Creditor   CIM/Birch St., Inc. pgurfein@lgbfirm.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
           Administration peter.roth@doj.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
           pstrniste@rc.com,   kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
           charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
           peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
           charisse.matthews@kutakrock.com

District/off: 0422-7          User: ramirez-l          Page 44 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter J. Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
             peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
             peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
             charisse.matthews@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
             LOAN FUNDING, LLC peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
             pcarney@whitecase.com,   hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
             ppearl@sandsanderson.com,   scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
             scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
             scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
             ppearl@spilmanlaw.com,   scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
             ppearl@spilmanlaw.com,   scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
             pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
             pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
             pbaxa@sandsanderson.com,   rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
             rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com
          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
             john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
             john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rafael X. Zahralddin-Aravena   on behalf of Creditor   Symantec Corp rxza@elliottgreenleaf.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
             raypri24@hotmail.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
             rsaitta@wileyrein.com,   rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
             C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
             jmartin@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
             Association rmaxwell@woodsrogers.com,   jmartin@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
             rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com

District/off: 0422-7          User: ramirez-l          Page 45 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
          richard.hagerty@troutmansanders.com,
          sharron.fay@troutmansanders.com;karen.powers@troutmansanders.com
          Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
          kimi.odonnel@hklaw.com
          Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
          kimi.odonnel@hklaw.com
          Richard F. Stein   on behalf of Creditor   Internal Revenue Service
          richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
          Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation
          rhutson@weinstocklegal.com,  lramsey@weinstocklegal.com
          Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
          Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
          Richard Thomas Pledger   on behalf of Defendant   Safeco Insurance Company of America
          rpledger@setliffholland.com,  tmoran@setliffholland.com;wcabell@setliffholland.com
          Richard Thomas Pledger   on behalf of Counter-Claimant   Safeco Insurance Company of America
          rpledger@setliffholland.com,  tmoran@setliffholland.com;wcabell@setliffholland.com
          Richard Thomas Pledger   on behalf of 3rd Party Plaintiff   Safeco Insurance Company of America
          rpledger@setliffholland.com,  tmoran@setliffholland.com;wcabell@setliffholland.com
          Robert  Asperger   on behalf of 3rd Pty Defendant   STATE OF CALIFORNIA bob.asperger@doj.ca.gov,
          nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov
          Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bfrazier@hillrainey.com,
          hillraineyign@gmail.com;&hr67619@notify.bestcase.com
          Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
          bfrazier@hillrainey.com,  hillraineyign@gmail.com;&hr67619@notify.bestcase.com
          Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers bfrazier@hillrainey.com,
          hillraineyign@gmail.com;&hr67619@notify.bestcase.com
          Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins, 11
          Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov

District/off: 0422-7         User: ramirez-l          Page 46 of 57          Date Rcvd: Dec 28, 2017
                            Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
            robert.albergotti@haynesboone.com,   kim.morzak@haynesboone.com;john.middleton@haynesboone.com
            Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
            Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
            rclark@douglas.co.us
            Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
            L.L.C. rtepper@sabt.com,   pcoover@sabt.com
            Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
            rscully@stites.com,   docketclerkalexx@stites.com
            Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
            rfm@kanejeffries.com,   rmoorman@moormanlaw.com
            Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
            Lexbankruptcy@wyattfirm.com
            Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            rfeinstein@pszjlaw.com,   rorgel@pszjlaw.com;dharris@pszjlaw.com
            Robert J.E. Edwards   on behalf of Unknown   KeyBank National Association redwards@polsinelli.com,
            tbackus@polsinelli.com
            Robert J.E. Edwards   on behalf of Creditor   U.S Bank National Association as Trustee
            redwards@polsinelli.com,   tbackus@polsinelli.com
            Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
            USAVAE.ALX.ECF.BANK@usdoj.gov
            Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
            rminkoff@cedargladecapital.com
            Robert Kenneth Minkoff   on behalf of Creditor   Collective Media rminkoff@cedargladecapital.com
            Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
            Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
            KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
            rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
            Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com,   rmmarinol@aol.com
            Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com,   rmmarinol@aol.com
            Robert P. McIntosh   on behalf of 3rd Pty Defendant   UNITED STATES CUSTOM SERVICE
            Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
            Robert P. McIntosh   on behalf of 3rd Pty Defendant   UNITED STATES Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
            Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
            Robert P. McIntosh   on behalf of 3rd Pty Defendant   United States of America, Department of
            Homeland Security, Customs and Border Protection Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
            Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
            dhowes@ltblaw.com
            Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com,   dhowes@ltblaw.com
            Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com,   dhowes@ltblaw.com

District/off: 0422-7          User: ramirez-l          Page 47 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com,  rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
          rmcburney@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com,  rmcburney@hf-law.com

District/off: 0422-7        User: ramirez-l        Page 48 of 57        Date Rcvd: Dec 28, 2017
                           Form ID: pdford7        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
               rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
               rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
               rwestermann@hf-law.com, rmcburney@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
              Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
               Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
              Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com, R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Attorney    Ronald Page, PLC rpage@rpagelaw.com,
               R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
               Management Group, Ltd. rpage@rpagelaw.com, R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
               R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
               rpage@rpagelaw.com, R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com, R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com, R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com, R59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
               R59927@notify.bestcase.com
              Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               bankruptcy@simon.com
              Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com
              Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
              S. James Wallace    on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
              sboehm@mcguirewoods.com
              Satchidananda Mims   smims21@hotmail.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
              mdowns@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
              sfranklin@vanblk.com,  mdowns@vanblk.com
              Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Defendant   DPI, Inc., formerly known as GPX, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo   on behalf of Interested Party   General Electric Company's Consumer &
              Industrial Division smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: ramirez-l          Page 50 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF St. Claireville Development, L.P.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
              Company smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
              Distributors, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
              Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@offitkurman.com
              Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hf-law.com,
              ndysart@hf-law.com;kburgers@hf-law.com
              Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
              sleach@hf-law.com,  ndysart@hf-law.com;kburgers@hf-law.com
              Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
              Murphys@dor.state.ma.us
              Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
              sgallagher@venable.com,  cowenby@venable.com;lrheitger@venable.com
              Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
              Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
              steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
              Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property brown@wolriv.com
              Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
              brown@wolriv.com
              Steven L. Brown    on behalf of Defendant    Construct, Inc. brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    The Columbus Dispatch brown@wolriv.com
              Steven L. Brown    on behalf of Creditor    Construct, Inc. brown@wolriv.com
              Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
              tannweiler@greerherz.com
              Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@hunton.com
              Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@hunton.com
              Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
              thadwilson@kslaw.com,  pwhite@kslaw.com
              Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              tmurphy@dclawfirm.com,
              rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
              dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
              Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
              thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
          alexis.makell@hklaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
          smedsa@gtlaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
          Thomas Joseph Moran   on behalf of Defendant   Safeco Insurance Company of America
          tmoran@setliffholland.com,  wcabell@setliffholland.com
          Thomas Joseph Moran   on behalf of Creditor   Safeco Insurance Company of America
          tmoran@setliffholland.com,  wcabell@setliffholland.com
          Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com
          Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
          tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
          tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
          tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
          trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
          trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
          trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
          croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinson.com,
          porsche.barnes@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tracey.ohm@stinson.com,
          porsche.barnes@stinson.com
          Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
          tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
          Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
          Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
          situated tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
          tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
          tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
          val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
          kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
          val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
          val.morrison@nelsonmullins.com,  kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
          kimberly.hertz@nelsonmullins.com;robert.ours@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
          reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
          victoria.garry@ohioattorneygeneral.gov

District/off: 0422-7          User: ramirez-l          Page 52 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Walter Laurence Williams    on behalf of Movant    Vornado Realty Trust
              walter.williams@wilsonelser.com
            Walter Laurence Williams    on behalf of Movant    Wayne VF, LLC walter.williams@wilsonelser.com
            Walter Laurence Williams    on behalf of Creditor    Wayne VF LLC walter.williams@wilsonelser.com
            Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group East Bay,
              LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
              and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant    Bay Area News Group East Bay, LLC
              ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant    Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
              jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
              Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Creditor    Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant    MediaNews Group Inc. ecfcases@borgeslawllc.com
            Wanda  Borges   on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com
            Wendy Michele Roenker    on behalf of Creditor Treasurer  City of Chesapeake
              wroenker@cityofchesapeake.net
            William Heuer    on behalf of Transferee    Korea Export Insurance Corporation
              wheuer@duanemorris.com
            William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
              wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
              wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
            William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
            William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
              Courier aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
              aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    American National Insurance Company
              aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C.
              aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
              TV aburnett@williamsmullen.com, ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
              aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
            William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 53 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
              GMAC Global Relocation Services, LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
              bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
              Distribution Company, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 54 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 55 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 56 of 57          Date Rcvd: Dec 28, 2017
                              Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    Fourstar International Trading Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Sensormatic Electronic Corporation
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    The Oklahoma Publishing Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    E&A Northeast Limited Partnership
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Wood, III    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William A. Wood, III    on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III    on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William C. Crenshaw    on behalf of Creditor    Prince George's Station Retail, LLC
           bill.crenshaw@akerman.com,  deborah.coleman@akerman.com
          William C. Crenshaw    on behalf of Creditor    Gould Livermore LLC bill.crenshaw@akerman.com,
           deborah.coleman@akerman.com
          William C. Crenshaw    on behalf of Professional    Akerman Senterfitt bill.crenshaw@akerman.com,
           deborah.coleman@akerman.com
          William D. Bayliss    on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV    on behalf of Defendant    International Business Machines Corporation
           wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
           Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com

District/off: 0422-7          User: ramirez-l          Page 57 of 57          Date Rcvd: Dec 28, 2017
                             Form ID: pdford7          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William Daniel Prince, IV    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
            jseay@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
            dsullivan@butzeltp.com
          William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com
                                                                              TOTAL: 2226