# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

IN RE:

Circuit City Stores Inc.            Case No. 08-35653
                                                                   Chapter 11

        Debtor

## NOTICE OF WITHDRAWAL OF CLAIM

COMES NOW the Commonwealth of Virginia, by counsel, and gives Notice that claim number 12898 filed against the Debtor in this matter in the amount of $2,151,914.45 is hereby withdrawn pursuant to Fed. R. Bankr. P. 3006.

                                       Respectfully submitted,

                                       COMMONWEALTH OF VIRGINIA
                                       DEPARTMENT OF TAXATION

                        BY:     /s/ Mark K. Ames
                                       Mark K. Ames VSB 27409
                                       Taxing Authority Consulting Services, P.C.
                                       P.O. Box 31800
                                       Henrico, Virginia 23294
                                       (804) 649-2445
                                       mark@taxva.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Withdrawal of Claim was filed electronically and sent to all necessary parties.

                                                         /s/ Mark K. Ames