# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

IN RE:

Circuit City Stores Inc.             Case No. 08-35653
                                                               Chapter 11

         Debtor

## NOTICE OF WITHDRAWAL OF CLAIM

COMES NOW the Commonwealth of Virginia, by counsel, and gives Notice that claim number 12898 filed against the Debtor in this matter in the amount of $2,223,914.45 is hereby withdrawn pursuant to Fed. R. Bankr. P. 3006.

                                                Respectfully submitted,

                                                COMMONWEALTH OF VIRGINIA
                                                DEPARTMENT OF TAXATION

                         BY:     /s/ Mark K. Ames
                                                Mark K. Ames VSB 27409
                                                Taxing Authority Consulting Services, P.C.
                                                P.O. Box 31800
                                                Henrico, Virginia 23294
                                                (804) 649-2445
                                                mark@taxva.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Withdrawal of Claim was filed electronically and sent to all necessary parties.

                                                            /s/ Mark K. Ames