**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

IN RE:

Circuit City Stores Inc.                                  Case No. 08-35653
                                                          Chapter 11

    Debtor

## NOTICE OF WITHDRAWAL OF CLAIM

COMES NOW the Commonwealth of Virginia, by counsel, and gives Notice that claim number 14636 filed against the Debtor in this matter in the amount of $500,000.00 is hereby withdrawn pursuant to Fed. R. Bankr. P. 3006.

    Respectfully submitted,

    COMMONWEALTH OF VIRGINIA
    DEPARTMENT OF TAXATION

BY:    /s/ Mark K. Ames
    Mark K. Ames VSB 27409
    Taxing Authority Consulting Services, P.C.
    P.O. Box 31800
    Henrico, Virginia 23294
    (804) 649-2445
    mark@taxva.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Withdrawal of Claim was filed electronically and sent to all necessary parties.

    /s/ Mark K. Ames