Jeffrey N. Pomerantz, Esq. – pro hac vice
Andrew W. Caine, Esq. – pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Robert J. Feinstein, Esq. - pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : |
| | : Jointly Administered |

## LIQUIDATING TRUST'S NOTICE OF WITHDRAWAL
## OF LIQUIDATING TRUST'S OBJECTION TO CLAIMS
### (Claim Nos. 12898 and 14636)

On February 28, 2011, the Liquidating Trustee of the Circuit City Stores, Inc. Liquidating Trust, filed the Notice and Objection to Claim of Commonwealth of Virginia Department of Taxation Liquidating Trust's Objection to Claim Nos. 12898 and 14636 Filed By The Commonwealth Of Virginia Department Of Taxation (the "Commonwealth") [Docket No. 10070] (the "Objection") in these cases, which Objection has been pending on this Court's docket.

1

On January 29, 2018, the Commonwealth withdrew Claim No. 14636 [Docket No. 14149] and on January 25, 2018, the Commonwealth withdrew Claim No. 12898 [Docket Nos. 14148 and 14147]. Based upon the same, continued prosecution of the Objection is moot and unnecessary.

Accordingly, the Liquidating Trust hereby withdraws the Objection.

February 5, 2018    TAVENNER & BERAN, PLC

/s/ *Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc.
Liquidating Trust*