**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY PROPERTIES, INC., ET AL. ) | |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | Chapter 11 |
| ) | Jointly Administered |
| ) | |

**MOTION TO APPROVE WITHDRAWAL OF APPEARANCE OF WILLIAM C.
CRENSHAW ON BEHALF OF CREDITORS GOULD LIVERMORE LLC, PRINCE
GEORGE'S STATION RETAIL, LLC, AND PROFESSIONAL AKERMAN
SENTERFITT**

The undersigned, pursuant to Local Bankruptcy Rule 2090-1(G), hereby moves this Court to authorize the withdrawal of his appearance on behalf Creditors Gould Livermore LLC, Prince George's Station, LLC and Professional Akerman Senterfitt, in this case, for the following reasons:

1. The undersigned and Akerman LLP entered their appearance on behalf of Creditors Gould Livermore LLC, Prince George's Station, LLC and Professional Akerman Senterfitt in connection with this matter.

2. All issues relating to Creditors Gould Livermore LLC, Prince George's Station, LLC and Professional Akerman Senterfitt have been resolved and the undersigned will be retiring from Akerman LLP as of March 1, 2018.

3. Accordingly, the undersigned respectfully requests the Court to allow the undersigned to withdraw his appearance on behalf of Creditors Gould Livermore LLC, Prince George's Station, LLC and Professional Akerman Senterfitt.

**[signatures on next page]**

Dated: February 20, 2018                    Respectfully submitted,

                                              /s/ William C. Crenshaw
                                              William C. Crenshaw, Esquire
                                              (VSB #16803)
                                              AKERMAN LLP
                                              750 Ninth Street, N.W., Suite 750
                                              Washington, D. C. 20001
                                              Phone: 202-824-1716
                                              Fax: 202-393-5959
                                              Email: bill.crenshaw@akerman.com

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on February 20, 2018, a copy of this pleading was served via the Court's ECF system on all parties receiving such notification.

                                              /s/ William C. Crenshaw
                                              William C. Crenshaw