**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY PROPERTIES, INC., ET AL. ) | |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | Chapter 11 |
| ) | Jointly Administered |
| ) | |

**ORDER GRANTING MOTION TO APPROVE WITHDRAWAL OF APPEARANCE OF WILLIAM C. CRENSHAW ON BEHALF OF CREDITORS GOULD LIVERMORE LLC, PRINCE GEORGE'S STATION RETAIL, LLC, AND PROFESSIONAL AKERMAN SENTERFITT**

Upon consideration of the Motion to Approve Withdrawal of Appearance of William C. Crenshaw on Behalf of Creditors Gould Livermore LLC, Prince George's Station, LLC and Professional Akerman Senterfitt in this case, and good cause being shown, it is hereby,

**ORDERED**, that the Motion to Withdraw is **GRANTED** and, pursuant to Local Bankruptcy Rule 2090-1(G), the appearance of Mr. Crenshaw as counsel of record for Creditors Gould Livermore LLC, Prince George's Station, LLC and Professional Akerman Senterfitt in this case is hereby deemed withdrawn.

United States Bankruptcy Judge

**I ASK FOR THIS:**

/s/  William C. Crenshaw (VSB #16803)
William C. Crenshaw, Esquire
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, D. C.  20001
Phone:  202-824-1716
Fax:  202-393-5959
Email:  bill.crenshaw@akerman.com

## CERTIFICATION

     The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/  William C. Crenshaw
William C. Crenshaw

cc:    William C. Crenshaw, Esquire
AKERMAN LLP
750 Ninth Street, N.W., Suite 750
Washington, D. C.  20001

2