


RMS (an IQOR Company)
305 Fellowship Road
Suite 100
Mt. Laurel, NJ 08054
Direct: 410 773 4088

January 31, 2018

U.S. Bankruptcy Court
Clerk of the Court
------ District of ----

Re: **Amended Claim**

  **Debtor:**  Circuit City Stores Inc

 **Case Number:** 08-35653

 **Amount of Claim:** $155,009.12

 **Creditor:**  Avaya Inc.

 **Claim Number:** Unknown



RICHMOND DIVISION
FILED
FEB 2 6 2018
CLERK
U.S. BANKRUPTCY COURT

Dear Clerk of the Court:

This claim needs to be amended due to change of address.
Please see attached change of address form.
Thank you in advance for your assistance. If you have any questions, you may contact me at 888-560-4067, Ext 2038.

Sincerely,

*Rita Casey*

Rita Casey

| UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF VIRGINIA (RICHMOND) | | NOTICE OF CHANGE OF ADD |
|---|---|---|
| Name of Debtor:<br>Circuit City Stores Inc | Case Number:<br>08-35653 | |
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**Avaya Inc.** | | **COURT USE ONLY** |
| Name and address where notices should be sent:<br>**Avaya Inc.**<br>**c/o RMS (an iQor Company)**<br>**P.O. Box 361345**<br>**Columbus, OH  43236**<br>**Telephone number:  (888) 560-4067   email:  Wendy.Messner@iQor.com** | | ✓ Check this box if this is a change in t<br>address where the Notice should be sent |
| Name and address where payment should be sent:<br>**Avaya Inc.**<br>**c/o RMS (an iQor Company)**<br>**P.O. Box 361345**<br>**Columbus, OH  43236**<br>**Telephone number:  (888) 560-4067   email:  Wendy.Messner@iQor.com** | | ✓ Check this box if this is a change in t<br>address where payments from the Truste<br>office should be sent. |

38. Amount Number: _____102137463, 102137457, 102137469 , 102251917_____

☐ Check this box if the account # has changed.

39. Unique Claim Identifier: _____102137463, 102137457, 102137469 , 102251917__

3. Original Amount of Claim:    $_____155,009.12_____

4. Court Claim Number:_____(if known)_____

5. Signature:

Check the appropriate box.

    ☐    I am the creditor.
    ☐    I am the attorney for the creditor.
    ☒    I am the creditors' authorized agent. (Attach copy of power of attorney, if any.)
    ☐    I am the trustee, or the debtor.
    ☐    I am a guarantor, surety, indorser, or other codebtor.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reason belief.

Print Name: _Wendy Messner_____

Title: _____Agent_____

Company: ____RMS (an iQor Company_____

_(signature: Wendy Messner)_

(Signature)    Wendy Messner, Agent for Creditor              (Date) January 25, 2018