Jeffrey N. Pomerantz, Esq. – pro hac vice
Andrew W. Caine, Esq. – pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Robert J. Feinstein, Esq. - pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 12, 2018 AT 2:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on June 12, 2018 beginning at 2:00 p.m. Eastern.

1. Adversary case 18-03040. Complaint against California Self-Insureds' Security Fund, Andre Schoorl filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1

Liquidating Trust. Nature of Suit: (91 (Declaratory judgment)) Associated Bankruptcy Case Number: 3:08-bk-35653 (Tavenner, Lynn) (Docket No. 1)

Related Documents:

a. Summons and Notice of Pre-Trial Conference. Summons Issued to California Self-Insureds' Security Fund Answer Due 6/8/2018; Andre Schoorl Answer Due 6/8/2018 (Re: related document(s) [1] Complaint filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust) Pre-Trial Conference set for 6/12/2018 at 02:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia, (Luedecke, Tammy) (Docket No. 5)

b. Sealed Exhibit (Re: related document(s) [1] Complaint filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Docket No. 13)

c. Discovery Plan -- *JOINT RULE 26(f) REPORT* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Docket No. 14)

Status: Pursuant to the Joint Rule 26(f) Report, the Liquidating Trustee will request that the Pre-Trial Conference be continued until July 25, 2018 at 2 p.m., to be heard in conjunction with a yet to be filed motion for summary judgment.

TAVENNER & BERAN, PLC

/s/ *Paula S. Beran*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 80279)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*