UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| In re: | ) ) | |
| CIRCUIT CITY, INC., *et al.*, | ) ) | Case No.: 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

## WITHDRAWAL OF APPEARANCE AND REQUEST FOR TERMINATION OF NOTICE

PLEASE TAKE NOTICE that the undersigned hereby announces the withdrawal of his appearance as counsel herein. The undersigned have no further interest in this proceeding.

TAKE FURTHER NOTICE that the undersigned withdraws his previous request for service of notices and papers in this case and further requests termination of the delivery of CM/ECF notices.

STAMPEDE PRESENTATION PRODUCTS, INC. and CENVEO, INC.

By:    */s/ Jonathan L. Hauser*
                Of Counsel

Jonathan L. Hauser, VSB No. 18688
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
(757) 687-7768
(757) 687-1505 - Fax
*Counsel for Stampede Presentation Products, Inc. and Cenveo, Inc.*

- 2 -

>Jonathan L. Hauser, VSB No. 18688
>TROUTMAN SANDERS LLP
>222 Central Park Avenue, Suite 2000
>Virginia Beach, VA  23462
>(757) 687-7768
>(757) 687-1505 - Fax
>jonathan.hauser@troutmansanders.com
>*Counsel to Stampede Presentation Products, Inc. and Cenveo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent either electronically or by first class mail, postage prepaid, this 8th day of June, 2018 to all necessary parties including:

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219



>*/s/ Jonathan L. Hauser*

415913v1