## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | |
| **CIRCUIT CITY, INC.,** *et al.*, | ) ) | Case No.: 08-35653-KRH |
|  | ) | **Chapter 11** |
| **Debtors.** | ) ) | **Jointly Administered** |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR TERMINATION OF NOTICES

PLEASE TAKE NOTICE that the undersigned hereby announces the withdrawal of his appearance as counsel for Thompson WEst in the above-entitled bankruptcy proceeding.

TAKE FURTHER NOTICE that the undersigned withdraws his previous request for service of notices and papers in this case and further requests termination of the delivery of CM/ECF notices.

THOMPSON-WEST

By:    */s/ Jonathan L. Hauser*
        Of Counsel
Jonathan L. Hauser, VSB No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7768
(757) 687-1505 - Fax

Jonathan L. Hauser, VSB No. 18688
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7768
(757) 687-1505 - Fax
*Counsel for Thompson West*

- 2 -

                                                 jonathan.hauser@troutmansanders.com
*Counsel to Thompson West*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was sent either electronically or by first class mail, postage prepaid, this 8th day June, 2018 to all necessary parties including:

*Counsel to Plaintiff*
Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219


                                           */s/ Jonathan L. Hauser*

415913v1