UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

CIRCUIT CITY, INC., et al.,                    Case No. 08-35653-KRH
                                               Chapter 11
        Debtors.

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR TERMINATION OF NOTICES

PLEASE TAKE NOTICE that the undersigned hereby announces the withdrawal of her appearance as counsel for Antor Media Corporation in the above-entitled bankruptcy proceeding.

TAKE FURTHER NOTICE that the undersigned withdraws her previous request for service of notices and papers in this case and further requests termination of the delivery of CM/ECF notices

Respectfully submitted this 19th day of June, 2018.

                                            ANTOR MEDIA CORPORATION
                                            By Counsel

/s/ Nancy R. Schlichting
Nancy R. Schlichting (VSB 65909)
of Lenhart Pettit
530 E. Main Street
P. O. Box 2057
Charlottesville, VA   22902
(434) 220-6108
(434) 977-5109 FAX
nrs@lplaw.com
Counsel for Antor Media Corporation

Nancy R. Schlichting, VSB No. 65909
Lenhart Pettit PC
530 E. Main Street
P. O. Box 2057
(434) 220-6108
(434) 977-5109 FAX
nrs@lplaw.com
Counsel for Antor Media Corporation

## **CERTIFICATE**

  I hereby certify that I electronically filed this pleading this 19th day of June, 2018, and mailed copies to:

  Lynn L. Tavenner, Esq.
  Paula S. Beran, Esq.
  Tavenner & Beran, PLC
  20 North Eighth Street, 2nd Floor
  Richmond, VA  23219

        /s/ Nancy R. Schlichting
        Counsel for Antor Media Corporation