# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,[1]<br><br>Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>(Jointly Administered) |

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Pyramid Management Group LLC, Carousel Center Company, L.P., EklecCo NewCo, LLC, Sangertown Square, LLC, and Crossgates Commons NewCo, LLC** substitute **Barclay Damon LLP** as counsel of record effective August 1, 2018 in place of **Menter, Rudin & Trivelpiece, P.C.**

| | |
|---|---|
| Augustus C. Epps, Jr., Esquire (VSB No. 13254)<br>Michael D. Mueller, Esquire (VSB No. 38216)<br>Jennifer M. McLemore, Esquire (VSB No. 47164)<br>CHRISTIAN & BARTON, LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>Telephone: (804) 697-4100<br>Facsimile: (804) 697-6112<br>Email: aepps@cblaw.com<br>         mmueller@cblaw.com<br>         jmclemore@cblaw.com | Kevin M. Newman, Esquire<br>BARCLAY DAMON LLP<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, New York 13202<br>Telephone: (315) 413-7115<br>Facsimile: (315) 703-7349<br>Email: knewman@barclaydamon.com |
| *Counsel for KRG Management, LLC, KRG Belle Isle, LLC, KRG Cedar Hill Plaza LP, KRG Evans Mullins, LLC, KRG Port St. Lucie Landing, LLC, KRG South Elgin Commons LLC, and KRG White Plains City Center, LLC* | *Counsel for KRG Management, LLC, KRG Belle Isle, LLC, KRG Cedar Hill Plaza LP, KRG Evans Mullins, LLC, KRG Port St. Lucie Landing, LLC, KRG South Elgin Commons LLC, and KRG White Plains City Center, LLC* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Maryland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR LLC (5512).

{DSM/DSM/DSM/01584941.DOCX}    1

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barclay Damon LLP |
| Attorney: | Kevin M. Newman |
| Address: | Barclay Damon Tower |
| | 125 East Jefferson Street |
| | Syracuse, New York 13202 |
| Telephone: | (315) 413-7115 |
| Facsimile: | (315) 703-7349 |
| Email: | knewman@barclaydamon.com |

I consent to the above substitution.

Dated:   August 22, 2018

/s/ William F. Baker
Pyramid Management Group LLC, for itself and as managing agent of Carousel Center Company, L.P., EklecCo NewCo, LLC, Sangertown Square, LLC, and Crossgates Commons NewCo, LLC
By:    William F. Baker
Its:    Senior Counsel

I consent to being substituted.

Dated:   August 28, 2018

/s/ Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
By:  Kevin M. Newman

I consent to the above substitution.

Dated:   August 28, 2018

/s/ Kevin M. Newman
Barclay Damon LLP
By:  Kevin M. Newman

The substitution of attorney is hereby approved and so ORDERED.

Dated:   _____, 2018
            Richmond, Virginia

Sep 25 2018

/s/ Kevin R Huennekens
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket:9/25/18

| | |
|---|---|
| Date: September 7, 2018 | By:  /s/ Jennifer M. McLemore |

                                          Augustus C. Epps, Jr., Esquire (VSB No. 13254)
                                          Michael D. Mueller, Esquire (VSB No. 38216)
                                          Jennifer M. McLemore, Esquire (VSB No. 47164)
                                          CHRISTIAN & BARTON, LLP
                                          909 East Main Street, Suite 1200
                                          Richmond, Virginia 23219-3095
                                          Telephone: (804) 697-4100
                                          Facsimile: (804) 697-6112
                                          Email:       aepps@cblaw.com
                                                            mmueller@cblaw.com
                                                            jmclemore@cblaw.com

                                          -and-

                                          Kevin M. Newman, Esquire
                                          BARCLAY DAMON LLP
                                          Barclay Damon Tower
                                          125 East Jefferson Street
                                          Syracuse, New York 13202
                                          Telephone:    (315) 413-7115
                                          Facsimile:     (315) 703-7349
                                          E-mail:         knewman@barclaydamon.com

*Counsel for KRG Management, LLC, KRG Belle Isle, LLC, KRG Cedar Hill Plaza LP, KRG Evans Mullins, LLC, KRG Port St. Lucie Landing, LLC, KRG South Elgin Commons LLC, and KRG White Plains City Center, LLC*

**CERTIFICATION OF ENDORSEMENT
<u>UNDER LOCAL BANKRUPTCY RULE 9022-1(C)</u>**

I hereby certify that the foregoing order has been endorsed by all necessary parties.

                                                     /s/ Jennifer M. McLemore
                                                     Jennifer M. McLemore

2379986