## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---

In re:

CIRCUIT CITY STORES, INC., *et al.*,[1]

                    Debtors.

---

Case No. 08-35653 (KRH)

Chapter 11

(Jointly Administered)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Rivercrest Realty Associates, LLC, Landover (Landover Crossing), LLC and Charlotte (Archdale) UY, LLC** as counsel of record effective August 1, 2018 in place of **Menter, Rudin & Trivelpiece, P.C.**

| | |
|---|---|
| Augustus C. Epps, Jr., Esquire (VSB No. 13254)<br>Michael D. Mueller, Esquire (VSB No. 38216)<br>Jennifer M. McLemore, Esquire (VSB No. 47164)<br>CHRISTIAN & BARTON, LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>Telephone: (804) 697-4100<br>Facsimile: (804) 697-6112<br>Email: aepps@cblaw.com<br>       mmueller@cblaw.com<br>       jmclemore@cblaw.com | Kevin M. Newman, Esquire<br>BARCLAY DAMON LLP<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, New York 13202<br>Telephone: (315) 413-7115<br>Facsimile: (315) 703-7349<br>Email: knewman@barclaydamon.com |
| *Counsel for Rivercrest Realty Associates, LLC, Landover (Landover Crossing), LLC and Charlotte (Archdale) UY, LLC* | *Counsel for Rivercrest Realty Associates, LLC Landover (Landover Crossing), LLC and Charlotte (Archdale) UY, LLC* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Maryland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR LLC (5512).

{DSM/DSM/DSM/01584949.DOCX}    1

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barclay Damon LLP |
| Attorney: | Kevin M. Newman |
| Address: | Barclay Damon Tower |
| | 125 East Jefferson Street |
| | Syracuse, New York 13202 |
| Telephone: | (315) 413-7115 |
| Facsimile: | (315) 703-7349 |
| Email: | knewman@barclaydamon.com |

I consent to the above substitution.

Dated:    August 24, 2018

/s/ Jonathan Gaines
Rivercrest Realty Associates, LLC, for itself and as managing agent of Landover (Landover Crossing), LLC and Charlotte (Archdale) UY, LLC
By:    Jonathan Gaines
Title:    Manager

I consent to being substituted.

Dated:    August 28, 2018

/s/ Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
By:  Kevin M. Newman

I consent to the above substitution.

Dated:    August 28, 2018

/s/ Kevin M. Newman
Barclay Damon LLP
By:  Kevin M. Newman

The substitution of attorney is hereby approved and so ORDERED.

Dated:    _____, 2018
Richmond, Virginia

Sep 25 2018

/s/ Kevin R Huennekens
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket:9/25/18

Date: September 7, 2018        By:    /s/ Jennifer M. McLemore
                                                  Augustus C. Epps, Jr., Esquire (VSB No. 13254)
                                                  Michael D. Mueller, Esquire (VSB No. 38216)
                                                  Jennifer M. McLemore, Esquire (VSB No. 47164)
                                                  CHRISTIAN & BARTON, LLP
                                                  909 East Main Street, Suite 1200
                                                  Richmond, Virginia 23219-3095
                                                  Telephone: (804) 697-4100
                                                  Facsimile: (804) 697-6112
                                                  Email:    aepps@cblaw.com
                                                                  mmueller@cblaw.com
                                                                  jmclemore@cblaw.com

                                                  -and-

                                                  Kevin M. Newman, Esquire
                                                  BARCLAY DAMON LLP
                                                  Barclay Damon Tower
                                                  125 East Jefferson Street
                                                  Syracuse, New York 13202
                                                  Telephone:    (315) 413-7115
                                                  Facsimile:    (315) 703-7349
                                                  E-mail:    knewman@barclaydamon.com

                                                  *Counsel for Rivercrest Realty Associates, LLC, Landover (Landover Crossing), LLC and Charlotte (Archdale) UY, LLC*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing order has been endorsed by all necessary parties.

                                                  /s/ Jennifer M. McLemore
                                                  Jennifer M. McLemore

2380057