# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

---

In re:

CIRCUIT CITY STORES, INC., *et al.*,[1]

Debtors.

---

Case No. 08-35653 (KRH)

Chapter 11

(Jointly Administered)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, **Cameron Group, LLC, Fingerlakes Crossing, LLC, and Cameron Bayonne, LLC** as counsel of record effective August 1, 2018 in place of **Menter, Rudin & Trivelpiece, P.C.**

| | |
|---|---|
| Augustus C. Epps, Jr., Esquire (VSB No. 13254)<br>Michael D. Mueller, Esquire (VSB No. 38216)<br>Jennifer M. McLemore, Esquire (VSB No. 47164)<br>CHRISTIAN & BARTON, LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>Telephone: (804) 697-4100<br>Facsimile: (804) 697-6112<br>Email: aepps@cblaw.com<br>        mmueller@cblaw.com<br>        jmclemore@cblaw.com | Kevin M. Newman, Esquire<br>BARCLAY DAMON LLP<br>Barclay Damon Tower<br>125 East Jefferson Street<br>Syracuse, New York 13202<br>Telephone: (315) 413-7115<br>Facsimile: (315) 703-7349<br>Email: knewman@barclaydamon.com |
| *Counsel for Cameron Group, LLC, Fingerlakes Crossing, LLC, and Cameron Bayonne, LLC* | *Counsel for Cameron Group, LLC, Fingerlakes Crossing, LLC, and Cameron Bayonne, LLC* |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their federal tax identification numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Maryland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR LLC (5512).

{DSM/DSM/DSM/01584946.DOCX}    1

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barclay Damon LLP |
| Attorney: | Kevin M. Newman |
| Address: | Barclay Damon Tower |
| | 125 East Jefferson Street |
| | Syracuse, New York 13202 |
| Telephone: | (315) 413-7115 |
| Facsimile: | (315) 703-7349 |
| Email: | knewman@barclaydamon.com |

I consent to the above substitution.

Dated:    August 22, 2018

/s/ Thomas J. Valenti
Cameron Group, LLC, for itself and as managing agent of Fingerlakes Crossing, LLC and Cameron Bayonne, LLC
By:    Thomas J. Valenti
Title:    Managing Member

I consent to being substituted.

Dated:    August 28, 2018

/s/ Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
By:  Kevin M. Newman

I consent to the above substitution.

Dated:    August 28, 2018

/s/ Kevin M. Newman
Barclay Damon LLP
By:  Kevin M. Newman

The substitution of attorney is hereby approved and so ORDERED.

Dated:    _____, 2018
Richmond, Virginia

Sep 25 2018

/s/ Kevin R Huennekens
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket:9/25/18

{DSM/DSM/DSM/01584946.DOCX}    2

Date: September 7, 2018          By:     /s/ Jennifer M. McLemore
                                                         Augustus C. Epps, Jr., Esquire (VSB No. 13254)
                                                         Michael D. Mueller, Esquire (VSB No. 38216)
                                                         Jennifer M. McLemore, Esquire (VSB No. 47164)
                                                         CHRISTIAN & BARTON, LLP
                                                         909 East Main Street, Suite 1200
                                                         Richmond, Virginia 23219-3095
                                                         Telephone: (804) 697-4100
                                                         Facsimile: (804) 697-6112
                                                         Email:        aepps@cblaw.com
                                                                        mmueller@cblaw.com
                                                                        jmclemore@cblaw.com

                                                         -and-

                                                         Kevin M. Newman, Esquire
                                                         BARCLAY DAMON LLP
                                                         Barclay Damon Tower
                                                         125 East Jefferson Street
                                                         Syracuse, New York 13202
                                                         Telephone:    (315) 413-7115
                                                         Facsimile:     (315) 703-7349
                                                         E-mail:         knewman@barclaydamon.com

                                                         *Counsel for Cameron Group, LLC, Fingerlakes*
                                                         *Crossing, LLC, and Cameron Bayonne, LLC*

**CERTIFICATION OF ENDORSEMENT**
**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

    I hereby certify that the foregoing order has been endorsed by all necessary parties.


                                                     /s/ Jennifer M. McLemore
                                                     Jennifer M. McLemore