# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>(Jointly Administered)<br><br>Case No. 08-35653-KRH |



RICHMOND DIVISION
FILED
SEP 2 8 2018
CLERK
U.S. BANKRUPTCY COURT

## REQUEST FOR REMOVAL FROM CASE SERVICE LISTS

**PLEASE TAKE NOTICE** that the undersigned counsel for CIM/Birch St., Inc., admitted *Pro Hac Vice* by this Court on December 18, 2008 [Docket No. 1080], hereby requests to be removed from all notice lists for all matters, which may come before the Court concerning the above captioned Debtors. The address for notice is as follows:

> **Peter J. Gurfein**
> LANDAU GOTTFRIED & BERGER LLP
> 1801 Century Park East, Suite 700
> Los Angeles, California 90067
> Telephone: (310) 557-0050
> Facsimile: (310) 557-0056
> Email: pgurfein@lgbfirm.com

This request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, email, ECF noticing, or

otherwise, which affects the Debtors or property of the Debtors.

Dated: September 26, 2018

                                 LANDAU GOTTFRIED & BERGER LLP

                                 By:  /s/ Peter J. Gurfein
                                        Peter J. Gurfein
                                        Attorneys for CIM/Birch St., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, an electronic copy of the foregoing **REQUEST FOR REMOVAL FROM CASE SERVICE LISTS** was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., et. al. bankruptcy proceeding.

/s/ Peter J. Gurfein
Peter J. Gurfein