**Change of Address**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 9372

**PLEASE TAKE NOTICE** that **WRI LAKESIDE MARKETPLACE, LLC,** a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

| Former Address for Notices: | New Address for Notices and Payments: |
|---|---|
| WRI Lakeside Marketplace, LLC | WRI Lakeside Marketplace, LLC |
| c/o Weingarten Realty Investors | c/o Farallon Capital Management, L.L.C. |
| Attn: Jenny J. Hyun, ESQ | One Maritime Plaza Suite 2100 |
| 2600 Citadel Plaza Dr Ste 125 | San Francisco, CA 94111 |
| Houston, TX 77008 | Attention: Michael Linn |

I declare under penalty of perjury that the foregoing is true and correct

**WRI LAKESIDE MARKETPLACE, LLC,**
**a Delaware limited liability company**

By: _____
Name: Mark D. Stout
Title:   **Senior Vice President and Assistant Secretary**