Change of Address

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al | Case No. 08-35653 (KRH) |
| (the "Debtors") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS WITH RESPECT TO CLAIM NUMBER 12826

**PLEASE TAKE NOTICE** that **WRI SEMINOLE MARKETPLACE, LLC**, a creditor in the cases of the above-captioned Debtors, has changed its address, and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to each above-referenced Claim be sent to the new address set forth below, effective immediately.

Former Address for Notices:

WRI Seminole Marketplace, LLC
Weingarten Realty Investors
2600 Citadel PlazaDr. Ste 125
Houston, TX 77008

New Address for Notices and Payments:

WRI Seminole Marketplace, LLC
c/o Farallon Capital Management, L.L.C.
One Maritime Plaza Suite 2100
San Francisco, CA 94111
Attention: Michael Linn

I declare under penalty of perjury that the foregoing is true and correct

WRI SEMINOLE MARKETPLACE, LLC,
a Delaware limited liability company

By: _____
Name: Mark D. Stout
Title: Senior Vice President and Assistant Secretary