IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtor ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Baker & Hostetler, LLC ("BakerHostetler") respectfully requests the Court, all creditors, and parties in interest remove it from any and all service lists as counsel to Buffalo Technology (USA), Inc. ("Buffalo").

Dated: December 31, 2018

Respectfully submitted,

By: */s/ Donald A. Workman*
Donald A. Workman, Esq. (DC Bar # 443778)
Email: dworkman@bakerlaw.com
Ambika Biggs, Esq. (VA Bar # 70807)
BAKER & HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Telephone: 202-861-1500
Facsimile: 202-861-1783

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of December, 2018, I caused a copy of the foregoing *NOTICE OF WITHDRAWAL OF APPEARANCE* to be served by electronic delivery to those persons noted on the Notice of Electronic Filing generated by the CM/ECF.

*/s/ Donald A. Workman*
Donald A. Workman