Form 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Eastern District of Virginia

In re CIRCUIT CITY STORES, INC., et al.,    Case No. 08-35653-KRH

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SPCP Group, LLC | Lender Trust, as successor in interest to Syntax-Brillian Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

2 Greenwich Plaza, 1st Floor
Greenwich CT, 06830
Email: CreditAdmin@silverpointcapital.com
Phone: 203-542-4441
Last Four Digits of Acct #: _____

Court Claim # (if known): 3357
Amount of Claim: $820,000
Date Claim Filed: 1/12/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280
Phone: 203-542-4441
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: February 25, 2019
Transferee/Transferee's Agent
Name: David Steinmetz
Title: Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#51669104 v2