**COLE SCHOTZ P.C.**
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
302-652-3131 Phone
302-652-3117 Facsimile
G. David Dean, Esq. (Va. Bar No. 50971)

Counsel for Faber Bros., Inc.

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered)<br><br>**Related to Docket No. 14206** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 14206

**PLEASE TAKE NOTICE** that the counsel for Faber Bros., Inc. in the above-captioned chapter 11 cases hereby withdraw the *Notice of Substitution of Counsel* as of May 28, 2019 [DI 14206], without prejudice.

Dated:  May 28, 2019
        Wilmington, Delaware

**COLE SCHOTZ P.C.**

 */s/ G. David Dean*
G. David Dean (Va. Bar No. 50971)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile:  (302) 652-3117
ddean@coleschotz.com

*Counsel for Faber Bros., Inc.*

26340/0454-17376744v1