**COLE SCHOTZ P.C.**
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
302-652-3131 Phone
302-652-3117 Facsimile
G. David Dean, Esq. (Va. Bar No. 50971)
Andrew L. Cole (Va. Bar No. 48180)

Counsel for Faber Bros., Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** that G. David Dean of Cole Schotz P.C., hereby withdraws as counsel for Faber Bros., Inc., in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that Andrew L. Cole of Cole Schotz P.C. hereby enters his appearance as counsel for Faber Bros., Inc., in the above captioned cases.

Dated: Wilmington, Delaware
       May 28, 2019

| **COLE SCHOTZ P.C.** | **COLE SCHOTZ P.C.** |
|---|---|
| */s/ G. David Dean* | */s/ Andrew L. Cole* |
| G. David Dean (Va. Bar No. 50971) | Andrew L. Cole (Va. Bar No. 48180) |
| 500 Delaware Avenue, Suite 1410 | 500 Delaware Avenue, Suite 1410 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone:  (302) 652-3131 | Telephone:  (302) 652-3131 |
| Facsimile:   (302) 652-3117 | Facsimile:   (302) 652-3117 |
| ddean@coleschotz.com | acole@coleschotz.com |
| *Withdrawing Counsel for Faber Bros., Inc.* | *Counsel for Faber Bros., Inc.* |

26340/0454-17359806v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2019, a true and correct copy of the foregoing Notice was delivered by electronic mail to all parties in this matter.

    */s/ G. David Dean*
G. David Dean (Va. Bar No. 50971)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
ddean@coleschotz.com

*Withdrawing Counsel for Faber Bros., Inc.*