Jeffrey N. Pomerantz, Esq. – pro hac vice
Andrew W. Caine, Esq. – pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Robert J. Feinstein, Esq. - pro hac vice
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel for the Circuit City Stores, Inc. Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 12, 2019 AT 1:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on June 12, 2019, beginning at 1:00 p.m. Eastern.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1

1. Motion for Summary Judgment (United States Trustee's Motion for Summary Judgment on the Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fees Payable to the United States Trustee Pursuant to 28 U.S.C. Section 1930(A)(6) and Memorandum in Support) with Notice of Hearing, filed by Robert B. Van Arsdale of Office of the U. S. Trustee on behalf of John P. Fitzgerald. Hearing scheduled for 6/12/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Van Arsdale, Robert) (Entered: 05/09/2019) (Docket No. 14202).

   | | |
   |---|---|
   | Objection/Response Due: | June 5, 2019 |
   | Objections/Responses Filed: | Liquidating Trust's Response to United States Trustee's Motion for Summary Judgment filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Docket No. 14209). |
   | Status: | The Trustee will request that the Motion for Summary Judgment be denied. |

2. Motion to Determine (Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fees Payable to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6) and Memorandum In Support) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Beran, Paula) (Docket No. 14197).

   Related Documents:

   a. Notice of Constitutional Question (Notice of Filing of (A) Motion and Constitutional Question Raised Therein and (B) Hearing Thereon) (Re: related document(s) [14197] Motion to Determine filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Beran, Paula) (Docket No. 14198).

   b. Notice of Motion and Notice of Hearing (Re: related document(s) [14197] Motion to Determine filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 4/18/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Beran, Paula) (Docket No. 14199).

   c. Hearing continued by agreement of parties per Lynn Tavenner and Robert Van Arsdale; (Re: related document(s) [14197] Motion to Determine filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 5/16/2019 at 01:00

      PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) (Docket No. 14200).

d. Hearing continued by agreement of parties per Lynn Tavenner; Paula Beran and Robert Van Arsdale (Re: related document(s) 14197 Motion to Determine filed by Circuit City Stores, Inc. Liquidating Trust) Hearing scheduled for 6/12/2019 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Oliver, Betty) (Entered: 05/09/2019) (Docket No. 14204).

| | |
|---|---|
| Objection/ Response Due: | May 9, 2019 |
| Objections/ Responses Filed: | Objection to Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fees Payable to the United States Trustee (Re: related document(s) 14197 Motion to Determine filed by Circuit City Stores, Inc. Liquidating Trust) filed by Robert B. Van Arsdale of Office of the U. S. Trustee on behalf of John P. Fitzgerald. (Van Arsdale, Robert) (Entered: 05/09/2019) (Docket No. 14203). |
| Status: | The Trustee will request that the Objection be overruled and the Motion be granted. |

TAVENNER & BERAN, PLC

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 80279)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

3

- and –

PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

    *Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*