# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**    08–35653–KRH
**Chapter**    11
**Judge**    Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233


Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
    Debtor: 54–0493875


## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION


A transcript was filed on  June 20, 2019  in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 6/12/2019, Remote electronic access to the transcript is restricted until 09/17/2019. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973–406–2250.] [Transcript Purchased by Lynn Tavenner.] (RE: related document(s) [14212] Hearing held; Argument(s) Held; Matter taken Under Advisement(Re: related document(s)14197 Motion to Determine filed by Circuit City Stores, Inc. Liquidating Trust, 14202 Motion for Summary Judgment filed by John P. Fitzgerald)Appearances: Andrew Caine for Liquidating Trust; Robert Van Arsdale, Beth Levine for Office of the U.S.Trustee). Notice of Intent to Request Redaction Deadline Due By 06/26/2019. Redaction Request Due By 07/10/2019. Redacted Transcript Submission Due By 07/22/2019. Transcript access will be restricted through 09/17/2019. (Gottlieb, Jason)


    The parties have [until  June 27, 2019 ] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ July 11, 2019 ] [21 days from the date of filing of the transcript].

    If a request for redaction is filed, the redacted transcript is due [ July 22, 2019 ] [31 days from the date of filing of the transcript].

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ September 18, 2019] [90 calendar days from the date of filing of the transcript] unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  June 20, 2019

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Circuit City Stores, Inc.
            Debtor

Case No. 08-35653-KRH
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0422-7            User: ramirez-l            Page 1 of 57            Date Rcvd: Jun 20, 2019
                               Form ID: redacttr          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
          +Andrew Caine,   10100 Santa Monica Blvd, 11th Flr,   Los Angeles, CA 90067-4003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
          Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
          Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
          Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
          Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
          Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
          ahammer@hmblaw.com,  ecfnotices@hmblaw.com
          Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com
          Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
          Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
          Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Wickizer Toepp    on behalf of Creditor    Northern Indianna Public Service Company
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com
          Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com

```
District/off: 0422-7          User: ramirez-l          Page 2 of 57          Date Rcvd: Jun 20, 2019
                              Form ID: redacttr         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
                th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
                ecf.pacerpro.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
                atoepp@reedsmith.com,
                dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
                th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
                ecf.pacerpro.com
          Amanda Jill Katzenstein   on behalf of Creditor   U.S Bank National Association as Trustee
                akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
          Amanda Jill Katzenstein   on behalf of Unknown   KeyBank National Association
                akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
          Ambika Joline Biggs   on behalf of Creditor   Scripps Media, Inc. abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc.
                abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
                Star abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc.
                abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
                FineLiving.com, d/b/a Home & Garden Television abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
                Pittsburgh, PA abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
                Inc. abiggs@hirschlerlaw.com
          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com,
                onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
                ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
                Learning Channel ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com,
                onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
                Ltd. ADavison@beankinney.com, onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
                ADavison@beankinney.com, onazar@beankinney.com
          Andrew Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
                Andrew@ajoneslaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
                akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@coleschotz.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
                dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com,
                Angela.Abreu@northwest.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
                anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com;
                raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
                Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
                murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
                Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
                Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
                1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
                abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
                drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
                drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
                drichards@vanblk.com;kjerald@vanblk.com
```

District/off: 0422-7          User: ramirez-l          Page 3 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
            annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
            Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
            joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
            acichello@kb-law.com
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
            Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@meridianlawfirm.com,
            aryehsteinecf@gmail.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
            ecffilings@hangley.com
          Ashley M. McDow    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee of
            Circuit City Stores, Inc. Liquidating Trust amcdow@foley.com, sgaeta@foley.com
          Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp.
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
            managing agent for WTM Glimcher LLC aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
            Trustee aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc.
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    Lexmark International, Inc.
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Carousel Center Company, L.P.
            aepps@williamsmullen.com,   avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Daniel W. Ramsey aepps@williamsmullen.com,
            avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
    Gateway III, LLC as tenants in common aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
    Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
    Luckoff Land Company, LLC as tenants in common aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
    Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
    St. Paul Pioneer Press aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
    Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP
    aepps@williamsmullen.com, avaughn@williamsmullen.com
    Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
    aepps@williamsmullen.com, avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 5 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Augustus C. Epps, Jr.  on behalf of Creditor    Laurel Plumbing, Inc. aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Generation One and Two, LP
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Glimcher Properties Limited Partnership, as
              managing Agent for Puente Hills Mall, LLC aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Kimco Realty Corporation aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    1030 W. North Ave. Bldg. LLC
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Inland Southwest Management LLC, Inland American
              Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
              Continental Property Management Corp., and Inland Commerc aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    N.P. Huntsville Limited Liability Company
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Whitestone Development Partners, L.P.
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    De Rito Pavilions 139, LLC
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Kite Coral Springs, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Myrtle Beach Farms aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Inland American Retail Management LLC
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Audio Authority Corporation
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Union County Construction Group, Inc.
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Defendant   Solutions 2 Go, Inc. aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    La Habra Imperial, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    The West Campus Square Company, LLC
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Cohab Realty, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Attorney    Christian & Barton, L.L.P.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    CC-Investors 1995-6 aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    KRG Market Street Village, LP
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Inland Pacific Property Services LLC
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Defendant   Kost Klip Manufacturing, Ltd.
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Brighton Commercial, L.L.C.
              aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Bella Terra Associates, LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Inland Southwest Management LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    EklecCo NewCo, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.  on behalf of Creditor    Glimcher Properties Limited Partnership
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Belkys  Escobar    on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
              bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
              Belkys  Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
              bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
              Benjamin C. Ackerly  on behalf of Creditor    Panasonic Corporation of North America
              backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly  on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly  on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
              cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
              backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
              backerly@hunton.com,  cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party    Federal Warranty Service Corporation
              backerly@hunton.com,  cloving@hunton.com

District/off: 0422-7          User: ramirez-l          Page 6 of 57          Date Rcvd: Jun 20, 2019
                              Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin C. Ackerly    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
           cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
           cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
           cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@lawmacdowell.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
           rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
           benglander@wtplaw.com, rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
           bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
           hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    KNP hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
           hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Wesley    on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
          Brian D. Wesley    on behalf of Defendant    California Self-Insurers Security Fund
           brian.wesley@doj.ca.gov
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene  on behalf of Creditor    TKG Coffee Tree, L.P. E.echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
           c.gideon.korrell@dentons.com, jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
           cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
           cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
           cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7          User: ramirez-l          Page 7 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Charles W. Chotvacs   on behalf of Creditor    Cousins Properties Incorporated
            cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    KNP cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    Prudential Insurance Company of America
            cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Charles W. Chotvacs   on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
            Christian K. Vogel   on behalf of Unknown    G&S Livingston Realty, Inc.
            kvogel@vogelandcromwell.com
            Christian K. Vogel   on behalf of Creditor    Circuit Investors #2, Ltd.
            kvogel@vogelandcromwell.com
            Christian K. Vogel   on behalf of Creditor    Circuit Investors #3, Ltd.
            kvogel@vogelandcromwell.com
            Christian K. Vogel   on behalf of Creditor    Schimenti Construction Company LLC
            kvogel@vogelandcromwell.com
            Christine D. Lynch   on behalf of Creditor    Interstate Augusta Properties LLC
            clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    E&A Northeast Limited Partnership
            clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    S.R. Weiner & Associates Inc.
            clynch@goulstonstorrs.com
            Christine D. Lynch   on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
            Christine McAteer Ford   on behalf of Creditor Ada Alicea cford@mdpcelaw.com
            Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
            similarly situated cford@mdpcelaw.com
            Christopher A. Jones   on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
            rodom@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
            rodom@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
            cajones@wtplaw.com,   rodom@wtplaw.com
            Christopher A. Jones   on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
            rodom@wtplaw.com
            Christopher Julian Hoctor   on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
            Christopher L. Perkins   on behalf of Defendant    Parago Promotional Services, Inc
            christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
            Tech christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Gannett Satellite Information Network, Inc.,
            dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
            stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor    680 S. Lemon Ave. Co.
            christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
            christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Defendant    Altec Lansing Technologies, Inc.
            christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor    Benenson Capital Company
            christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
            Christopher L. Perkins   on behalf of Creditor    Brandywine Grande C, L.P.
            christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 8 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
    Republic christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
    TV christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
    Star christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
    stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
    d/b/a Jack of All Games christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    The Daniel Group
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
    Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
    Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
    stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
    Two Interactive christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com
Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
    christopher.perkins@leclairryan.com, stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 9 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
               stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
               Greenville News christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
               cdesiderio@nixonpeabody.com
              Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
              Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
               cdesiderio@nixonpeabody.com
              Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
               cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
              Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer  ccolby@vanblk.com
              City of Newport News, Virginia    jdurant@nngov.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
               cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
               Properties Group cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
               cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
               cgp@ballardspahr.com,
               summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
               cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
              Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
               cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
               son@mhlawyers.com
              Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
               cpalik@mhlawyers.com,
               cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
               son@mhlawyers.com
              Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
               curtis.manchester@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          curtis.manchester@kutakrock.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
          daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,   Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,   pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinson.com,
          catherine.scott@stinson.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc. darrell.clark@stinson.com,
          catherine.scott@stinson.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
          dgreer@davidgreerlaw.com,   ecf@davidgreerlaw.com
          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          bhale@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
            pdyson@jackscamp.com,
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
            pdyson@jackscamp.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
            dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
            dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
            dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
            Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
            RC CA Santa Barbara, LLC dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
            and Eagin Communications dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David N. Tabakin    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            dtabakin@tb-lawfirm.com,
            pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
            nelson@tb-lawfirm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
            druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
            tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
            Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
            denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
            dtlewand@kaufcan.com

```
District/off: 0422-7         User: ramirez-l          Page 12 of 57          Date Rcvd: Jun 20, 2019
                            Form ID: redacttr         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Dennis T. Lewandowski   on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant    Maryl Pacific Construction, Inc.
               dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
               America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant    Business to Business Solutions, LLC
               dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
               dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
              Dennis T. Lewandowski   on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
              Denyse  Sabagh   on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Transferee    Korea Export Insurance Corporation
               dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
              Denyse  Sabagh   on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
              Dexter D. Joyner   on behalf of Creditor    Pasadena Independent School District
               caaustin@comcast.net
              Dion W. Hayes   on behalf of Debtor    Circuit City Purchasing Company, LLC
               dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
               dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Stores West Coast, Inc.
               dhayes@mcguirewoods.com, kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dion W. Hayes   on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
               kcain@mcguirewoods.com
              Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
              Donald Alan Workman   on behalf of Creditor    Buffalo Technology (USA), Inc. dworkman@bakerlaw.com
              Donald K. Ludman   on behalf of Creditor    SAP Retail Inc. and Business Objects
               dludman@brownconnery.com
              Douglas  Scott   on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
               Inc. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor    Pasadena Independent School District
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Interactive Toy Concepts, Inc
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
               BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Russellville Steel Company, Inc.
               BankruptcyCounsel@gmail.com
```

District/off: 0422-7          User: ramirez-l          Page 13 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Douglas  Scott   on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
              BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
              Douglas  Scott   on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
              California, Inc. BankruptcyCounsel@gmail.com
              Douglas D. Kappler   on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
              dkappler@rdwlawcorp.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Purchasing Company, LLC
              dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Counter-Defendant    Circuit City Stores, Inc.
              dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
              dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
              dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Stores West Coast, Inc.
              dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas M. Foley   on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
              Douglas R. Gonzales   on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
              Douglas R. Gonzales   on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
              Dylan G. Trache   on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    Television Station KTXA L.P.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    Philadelphia Television Station WPSG Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Creditor    Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Counter-Claimant    Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    KVVU Broadcasting Corporation
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache   on behalf of Defendant    Vanguard Products Group, Inc.
              dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com

District/off: 0422-7          User: ramirez-l          Page 14 of 57          Date Rcvd: Jun 20, 2019
                              Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
               dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
               and KGW-TV dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
               dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
               dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
               dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
               mayle@hooverslovacek.com
              Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
               rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
               rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth
               rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
               wenditaylor@toase.com
              Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
               elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
               Gazette egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Mikael    Salovaara elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
               elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
               bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
               egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
              Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
               jquiambao@friedmanspring.com
              Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation
               ecotton@sitecenters.com
              Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
               klgatesbankruptcy@klgates.com
              Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
               schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
               glorioso.alessandra@dorsey.com
              Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
              Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
               emorabito@pattonboggs.com
              Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
              Erin Elizabeth Kessel    on behalf of Creditor Yvette    Mack ekessel@spottsfain.com,
               kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
               on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
            ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
            Service of North Carolina ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
            ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
            ffm@bostonbusinesslaw.com
          Frank H. Griffin, IV    on behalf of Transferor    Lender Trust, as successor in interest to
            Syntax-Brillian Corporation griffinf@pepperlaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
            frank.pepler@dlapiper.com,
            sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
            fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Defendant    Old Republic Insurance Company
            fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
            rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
            mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
            mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
            glaymon@mglspc.com, jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
            jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
            glaymon@mglspc.com, jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
            gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
          George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
            gekostel@gmail.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
            alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co
            Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John    Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
            Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
            agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov

District/off: 0422-7          User: ramirez-l          Page 16 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
          gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
          christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
          ggrant@shulmanrogers.com,   lsmith@shulmanrogers.com;jclifford@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
          sdabney@dabneypllc.com
          Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
          jwest@kkgpc.com
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
          Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
          Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
          Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
          Group, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
          droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
          Corporation hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
          ICT Group, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
          droberts1949@live.com
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
          csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
          hlong@huntonAK.com,   tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@huntonAK.com,
          tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
          hlong@huntonAK.com,   tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
          hlong@huntonAK.com,   tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@huntonAK.com,
          tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@huntonAK.com,
          tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          hlong@huntonAK.com,   tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
          Partnership hlong@huntonAK.com,   tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@huntonAK.com,
          tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc.
          hlong@huntonAK.com,   tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          hlong@huntonAK.com,   tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
          hlong@huntonAK.com,   tcanada@huntonAK.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
          howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
          ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
          chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
          sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
          dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
          dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
          dfolds@bakerdonelson.com,   sparson@bakerdonelson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
          jackson.toof@arentfox.com, jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
          Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
          jackson.toof@arentfox.com, jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
          Jaime Manuel Crowe   on behalf of Unknown   Toshiba America Electronic Components, Inc.
          jcrowe@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com
          Jaime Manuel Crowe   on behalf of Unknown   Toshiba Corporation jcrowe@whitecase.com,
          mco@whitecase.com;jdisanti@whitecase.com
          Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
          lbigus@stinson.com
          James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
          James.Newbold@illinois.gov
          James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
          through Brian Hamer, its Director James.Newbold@illinois.gov
          James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
          vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
          James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
          rbailey@atlanticlawgrp.com
          James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
          avis.francis@hklaw.com
          James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
          kim.smith@sablaw.com
          James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
          cware@vanblacklaw.com
          James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
          ncoton@beankinney.com
          James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
          ncoton@beankinney.com
          James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
          jlombardi@rossbanks.com, acole@rossbanks.com
          James W. Reynolds   on behalf of Creditor   Leggett & Platt, Inc., dba Beeline Group, a division
          of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
          James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com
          James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
          Inc. jburke@orrick.com
          James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
          James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
          jburke@orrick.com
          James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
          including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
          James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
          Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
          jamie-konn-5618@ecf.pacerpro.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          jamie.konn@dlapiper.com, jamie-konn-5618@ecf.pacerpro.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
          admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
          ecf@krcl.com
          Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
          ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com
          Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com
          Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com
          Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
          a30156@yahoo.com
          Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@huntonAK.com,
          tcanada@huntonAK.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
          jharbour@huntonAK.com, tcanada@huntonAK.com
          Jeffrey Kurtzman   on behalf of Creditor   THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
          Jeffrey Kurtzman   on behalf of Creditor   Red Rose Commons Associates, L.P.
          kurtzman@kurtzmansteady.com
          Jeffrey Kurtzman   on behalf of Creditor   PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
          Jeffrey Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com
          Jeffrey Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
          tacspc@gmail.com;amanda@taxva.com

District/off: 0422-7          User: ramirez-l          Page 18 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
          jeff@taxva.com,  tacspc@gmail.com;amanda@taxva.com
          Jeffrey A. Krieger    on behalf of Creditor    Southwinds. Ltd. jkrieger@greenbergglusker.com,
          calendar@greenbergglusker.com
          Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
          Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
          Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
          Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
          jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
          Partnership jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
          dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America
          Jeffrey.tarkenton@wbd-us.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
          jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
          Pennsylvania jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
          jtarkenton@wcsr.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. Jeffrey.tarkenton@wbd-us.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp.
          Jeffrey.tarkenton@wbd-us.com,
          karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
          .com;njohnson@spectorjohnson.com

District/off: 0422-7          User: ramirez-l          Page 19 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey L. Tarkenton   on behalf of Defendant   The New York Times Company jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey M. Sherman   on behalf of Creditor   Central Investments, LLC jeffreymsherman@gmail.com,
           elmoyer99@gmail.com
          Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis   on behalf of Creditor   Federal Realty Investment Trust
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Sweetwater Associates, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Hutensky Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Macerich Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Centro Properties Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   The Morris Companies Affiliates
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Laguna Gateway Phase 2, LP
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   UBS Realty Investors, LLC dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Prudential Insurance Company of America
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cencor Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Watt Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Uniwest Commercial Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Foursquare Properties Inc.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Point West Plaza II Investors
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Torrance Towne Center Associates, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Cousins Properties Incorporated
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Eagleridge Associates, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Portland Investment Company of America
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   RREEF Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   OTR-Clairemont Square dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   KNP dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis   on behalf of Creditor   Manteca Stadium Park, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jennifer  Langan   on behalf of Creditor   Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore   on behalf of Defendant   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore   on behalf of Creditor   Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West   on behalf of Creditor   Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Louisiana, LLC jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Verizon Communications Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Imation Enterprises Corp. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West   on behalf of Creditor   Entergy Mississippi, Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
           ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 20 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
          ;mhalverson@spottsfain.com;mmccullagh@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
          jkneeland@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
          jkneeland@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
          jkneeland@watttieder.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Swift-Train Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com

District/off: 0422-7          User: ramirez-l          Page 21 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
          Inland Pacific Property Services LLC) jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
          Services, a division of PNC Bank, National Association, in i jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
          Observer, aka The Charlotte Observer Publishing Company jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor   Washington Commons Associates
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   RD Bloomfield Associates Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western San Antonio HW Limited
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Capital Centre LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Parker Central Plaza, Ltd.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Nashville Electric Service
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Southeast Darien
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Mount Berry Square, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Commercial Property Management,  Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   N.P. Huntsville Limited Liability Company
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Traverse City, L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant   Spirit Delivery and Distribution Services,
          Inc. jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Prudential Insurance Company of America
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Cameron Bayonne, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   KNP jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   CC Properties LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Transferee   412 South Broadway Realty LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Inland Western College Station Gateway Limited
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Brighton Commercial, L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Interested Party   Sacramento Bee
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant   McClatchy Newspapers, Inc. dba The State
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Kansas City Star jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Watt Management Company
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Kimco Realty Corporation
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Transferee   IMCC Sunland, L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   U.S. 41 & I 285 Company
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Hamilton Crossing jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Redtree Properties, L.P.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Amargosa Palmdale Investments, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   Premier Retail Interiors, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor   LaSalle Bank National Association, f/k/a/
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com

District/off: 0422-7          User: ramirez-l          Page 23 of 57          Date Rcvd: Jun 20, 2019
                              Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Defendant   Philips Electronics North America Corporation,
          d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
          Electronics, Philips Norelco and Philips Lighting Company jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC, Inland
          American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
          Inland Continental Property Management Corp., and Inland Commerc jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   PL Mesa Pavilions LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Cameron Bayonne Urban Renewal, LLC's (f/k/a
          Cameron Bayonne, LLC) jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   City and County of San Francisco
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   The Miami Herald Media Company
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Union Square Retail Trust
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossroads Associates, Ltd.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Charlotte Observer
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, dba Myrtle Beach Sun
          News, aka The Sun News jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Wichita Eagle jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   NAP Northpoint, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Southlake Corners Limited
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Fingerlakes Crossing, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Industriaplex, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Foursquare Properties Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping
          Center) jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Carousel Center Company, L.P.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   EklecCo NewCo, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   La Habra Imperial, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Rolling Acres Plaza Shopping Center
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   Jeff Leopold
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Lake Worth Towne Crossing Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   McClatchy Company jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Generation H One and Two Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   The Leben Family Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Hamilton Beach Brands, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
           Eagle jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Cohab Realty, LLC jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Bizport, Ltd. jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
           for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
           Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
           Limited Partnership jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
           Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
           Management LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
    1997-CTL-1 jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
    Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
    Luckoff Land Company, LLC as tenants in common jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
    nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
    acting by and through Midland Loan Services, a division of PNC Ban jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
    1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
    Obispo County Tribune jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
    as Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com
Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
    jmclemore@williamsmullen.com,  avaughn@williamsmullen.com; jmclemore76@gmail.com

District/off: 0422-7        User: ramirez-l        Page 26 of 57        Date Rcvd: Jun 20, 2019
                           Form ID: redacttr       Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   Merge Computer Group, Inc.
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
           Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@hinckleyallen.com,
           calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
           tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com,
           csucic@fgllp.com;csmith@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
           jeremy@friedberg.legal, ecf@friedberg.legal
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
           jeremy@friedberg.legal, ecf@friedberg.legal
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy@friedberg.legal,
           ecf@friedberg.legal
          Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
           jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
           jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
           jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
           jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Michelle Sifford jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
           lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
           jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
           jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
           jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
           Corp. jerryhall10@hotmail.com
          Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jesse N. Silverman   on behalf of Creditor   KNP jsilverman@dilworthlaw.com,
           kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Prudential Insurance Company of America
           jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Foursquare Properties, Inc.
           jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   The Macerich Company jsilverman@dilworthlaw.com,
           kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Watt Management Company jsilverman@dilworthlaw.com,
           kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Torrance Towne Center Associates, LLC
           jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Eagleridge Associates, LLC
           jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   RREEF Management Company jsilverman@dilworthlaw.com,
           kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
           L.L.C. jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Comcast Cable Communications, LLC
           jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Cousins Properties Incorporated
           jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Portland Investment Company of America
           jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
           jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
           jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com

District/off: 0422-7        User: ramirez-l         Page 27 of 57          Date Rcvd: Jun 20, 2019
                           Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
          jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker    on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
          jraftery@offitkurman.com
          John C. Smith     on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com
          John C. Smith     on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com
          John C. Smith     on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com
          John C. Smith     on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com
          John D. Fiero     on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          jfiero@pszjlaw.com
          John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd.
          jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
          jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John Darren Sadler   on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
          andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   CWCapital Asset Management LLC
          sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
          andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
          Properties Group sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   Battlefield FE Limited Partners
          sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
          andersonn@ballardspahr.com
          John Darren Sadler   on behalf of Creditor   Federal Realty Investment Trust
          sadlerj@ballardspahr.com,   andersonn@ballardspahr.com
          John E. Hilton    on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
          pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
          John E. Lucian    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
          lucian@blankrome.com
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
          jmcjunkin@bakerdonelson.com,   sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
          kinscoie.com
          John M. Craig     on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig     on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig     on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,   russj4478@aol.com
          John M. Craig     on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig     on behalf of Creditor   Central Georgia Electric Membership Corporation
          johncraigg@aol.com,   russj4478@aol.com
          John M. Craig     on behalf of Creditor   New York State Electric and Gas Corporation
          johncraigg@aol.com,   russj4478@aol.com

District/off: 0422-7          User: ramirez-l          Page 28 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant  Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant  Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant  ASM Capital III, L.P. johncraigg@aol.com,
          russj4478@aol.com

District/off: 0422-7          User: ramirez-l          Page 29 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig    on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
          johncraigg@aol.com,   russj4478@aol.com
          John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John P. Van Beek    on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
          Refrigeration jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
          nvanbeek.com
          John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
          nvanbeek.com
          John P. Van Beek    on behalf of Creditor    WEC 96D Niles Investment Trust
          jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
          nvanbeek.com
          John P. Van Beek    on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
          awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
          nvanbeek.com
          John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@linowes-law.com,
          jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc.
          jfarnum@linowes-law.com,   jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
          jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
          jonathan.hauser@troutmansanders.com
          Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
          kcraun@mintz.com
          Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
          jtcain@mintz.com,   kcraun@mintz.com
          Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
          Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
          Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
          Julie Ann Quagliano    on behalf of Creditor    AT&T Capital Services, Inc.
          quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
          quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com,
          harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Paris Business Products, Inc.
          quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano    on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
          Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
          quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie H. Rome-Banks    on behalf of Creditor    Daly City Partners I, L.P. Julie@bindermalter.com
          Julie H. Rome-Banks    on behalf of Creditor    Envision Peripherals,Inc Julie@bindermalter.com
          Julie H. Rome-Banks    on behalf of Creditor    Daly City Partners I, L.P Julie@bindermalter.com
          Justin F. Paget    on behalf of Defendant    The Seattle Times Company jpaget@huntonAK.com,
          tcanada@huntonAK.com
          Justin F. Paget    on behalf of Defendant    Hunton & Williams, LLP jpaget@huntonAK.com,
          tcanada@huntonAK.com
          Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@huntonAK.com,
          tcanada@huntonAK.com
          Justin F. Paget    on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@huntonAK.com,
          tcanada@huntonAK.com
          Justin F. Paget    on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
          Inc. jpaget@huntonAK.com,   tcanada@huntonAK.com
          Justin F. Paget    on behalf of Defendant    Wynit, Inc. jpaget@huntonAK.com,   tcanada@huntonAK.com
          Justin F. Paget    on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
          Liberate Your Brand jpaget@huntonAK.com,   tcanada@huntonAK.com
          Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
          kmiller@wileyrein.com,   rours@wileyrein.com
          Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
          kmiller@wileyrein.com,   rours@wileyrein.com
          Kan C. Farand    on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
          Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.
              com
          Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.
              com
          Ken Coleman  on behalf of Interested Party  Alvarez & Marsal Canada, ULC
              Ken.Coleman@allenovery.com
          Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC rhoadken@gmail.com
          Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC rhoadken@gmail.com
          Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
              County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
              District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
              klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
              Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
              Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
              District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
              District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
          Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
          Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@dagglaw.com,
              bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@dagglaw.com,
              bmcmillen@durrettecrump.com
          Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@dagglaw.com,  bmcmillen@durrettecrump.com
          Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
          Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC
              knewman@barclaydamon.com,  kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@barclaydamon.com,
              kmmbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
              khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com

```
District/off: 0422-7          User: ramirez-l          Page 31 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
               khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
               khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
              Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
              Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
               LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
               for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
               LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
               1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
              Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
               ve.com
              Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com,
               berkhimerkr66555@notify.bestcase.com
              Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hirschlerlaw.com,
               ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
              Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC
               kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
              Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
              Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
              Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP
               lkatz@hirschlerlaw.com, mdillard@hirschlerlaw.com
              Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com,
               joette@rgblawfirm.com
              Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com, lthomas@onellp.com,
               info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
              Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
              Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
               gadams@Starr-Law.com
              Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
               lkouts@magruderpc.com, mcook@magruderpc.com
              Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
               lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
              Linda Dianne Regenhardt   on behalf of Interested Party   American Computer Development, Inc.
               regenhardtl@gmail.com
              Linda Dianne Regenhardt   on behalf of Defendant   EVGA.com Corp. regenhardtl@gmail.com
              Linda Dianne Regenhardt   on behalf of Creditor   D-Link Systems, Inc. regenhardtl@gmail.com
              Linda Sharon Broyhill   on behalf of Creditor   Heritage Plaza, LLC lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
              Linda Sharon Broyhill   on behalf of Creditor   La Frontera Village, L.P. lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
              Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com, lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com, lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com, lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Lisa Hudson Kim   on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Reverend Dwayne Funches lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant      Vornado Realty Trust lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
            Partnership lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Paul Schaapman lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    NPP Development LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
            of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    UTC I, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant      Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,   lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
```

District/off: 0422-7            User: ramirez-l           Page 33 of 57          Date Rcvd: Jun 20, 2019
                               Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
           karen.thornton@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor   Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,  karen.thornton@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Defendant   California Self-Insurers Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor   California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Lucy L. Thomson   lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas   on behalf of Defendant   Cypress/Spanish Fort I LP LVargas@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
           mmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
           mmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Case 08-35653-KRH    Doc 14218    Filed 06/22/19    Entered 06/23/19 00:26:51    Desc
Imaged Certificate of Notice    Page 35 of 58

```
District/off: 0422-7          User: ramirez-l          Page 34 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
           mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
           of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
           holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED
           PARTNERSHIP marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
           Partnership marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
           Liability Company marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
           Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
           Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
           Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
  State of Texas, and Greg Abbott, as Attorney General of the State of Texas
  bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
  bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
  Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Defendant   Creative Labs, Inc. mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
  mark.friedman@dlapiper.com
Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
  mark@taxva.com,  amanda@taxva.com
Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
  amanda@taxva.com
Mark X. Mullin   on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
  dian.gwinnup@haynesboone.com
Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
  mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
  martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
  martin.brown@lawokc.com
Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
  molden@mhalaw.com,  akauba@mhalaw.com
Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
  lexbankruptcy@wyattfirm.com
Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
  kelly@righettilaw.com
Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
  kelly@righettilaw.com
Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
  mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
  lltaylor@duanemorris.com;lstopol@levystopol.com
Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
  myoder@parkerpollard.com,
  sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
  sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
  othercourts@mvbalaw.com
Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael A. Condyles   on behalf of Creditor    Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Shopping, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Sony Electronics, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor    Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Stover   on behalf of Defendant   Safeco Insurance Company of America
          mstover@wcslaw.com,  whopkins@wcslaw.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management, Inc.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@williamsmullen.com,
          avaughn@williamsmullen.com

```
District/off: 0422-7          User: ramirez-l          Page 37 of 57          Date Rcvd: Jun 20, 2019
                              Form ID: redacttr        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
              Entertainment, Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
              America mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
              twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
              mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
          dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc npark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nathan  Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery III, LLC heather@usdrllc.com
          Nathan  Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
          Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
              Rutherford LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor Peter    Weedfald nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
              Engineering nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
              Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
              LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 40 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor   Dudley Mitchell Properties TX, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Bagby Electric of Virginia, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Panattoni Construction Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
           LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Techcraft Manufacturing, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Cleveland Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Attorney   Spotts Fain PC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
           Denton Gateway, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com
          Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
           nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
           bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL matt@godwinjonesandprice.com
          P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
           matt@godwinjonesandprice.com
          Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
           ctrivigno@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
Paul J. Pascuzzi     on behalf of Creditor     Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Interested Party     Sacramento Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Island Packet ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Charlotte Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Interested Party     Centre Daily Times (State College)
 ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Belleville News-Democrat ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Idaho Statesman ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Olympian ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Interested Party     Modesto Bee ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Interested Party     Bradenton Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Interested Party     Lexington Herald-Leader ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Tri-City Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Bellingham Herald ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Myrtle Beach Sun News ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Raleigh News & Observer ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Kansas City Star ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Interested Party     San Luis Obispo Tribune ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Columbia State ppascuzzi@ffwplaw.com
Paul J. Pascuzzi     on behalf of Creditor     Tacoma News, Inc. ppascuzzi@ffwplaw.com
Paul K. Campsen     on behalf of Defendant     Griffin Marketing & Promotions, Inc.
 pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Lea Company, a Virginia general partnership, the
 Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Tritronics, Inc. pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Ramco West Oaks I, LLC pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Newport News Shopping Center, L.L.C.
 pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Google Inc. pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Site A, LLC pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     CC Grand Junction Investors 1998, LLC
 pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Crossways Financial Associates, LLC
 pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     CC Springs, L.L.C. pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     MHW Warner Robins, LLC pkcampsen@kaufcan.com
Paul K. Campsen     on behalf of Creditor     Vance Baldwin, Inc. pkcampsen@kaufcan.com
Paul M. Black     on behalf of Creditor     Sony Pictures Home Entertainment Inc.
 pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
Paul McCourt Curley     on behalf of Creditor     Jon C. Geith paul.curley@sixeastlaw.com
Paul McCourt Curley     on behalf of Creditor     Carrollton Arms, LLC paul.curley@sixeastlaw.com
Paul McCourt Curley     on behalf of Creditor Laurie Lambert-Gaffney paul.curley@sixeastlaw.com
Paul Michael Schrader     on behalf of Creditor     Contra Costa Times, Inc.
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Creditor     San Jose Mercury-News, Inc.
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Creditor     Bay Area News Group East Bay, LLC
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     Bay Area News Group East Bay, LLC
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     San Jose Mercury-News, Inc.
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     Export Development Canada
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Creditor     MediaNews Group, Inc. pschrader@fullertonlaw.com,
 paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     MediaNews Group, Inc. and San Jose Mercury-News,
 Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
 Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
 paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     Caribbean Display & Construction, Inc.
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     TIN Inc. d/b/a Temple-Inland Inc.
 pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Creditor     ANG Newspapers pschrader@fullertonlaw.com,
 paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Creditor     Contra Costs Times pschrader@fullertonlaw.com,
 paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     Alameda Newspapers, Inc., Bay Area News Group
 East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
 Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
 paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     MediaNews Group Inc. pschrader@fullertonlaw.com,
 paul-schrader-1243@ecf.pacerpro.com
Paul Michael Schrader     on behalf of Defendant     Aritali Group, Inc. pschrader@fullertonlaw.com,
 paul-schrader-1243@ecf.pacerpro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
                pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
                paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
                paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
                paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
                pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
                pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
                L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Interested Party    Carmax Business Services, LLC
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Burbank Mall Associates, LLC
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Tax Collector, Polk County, Florida
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Polk County Florida Tax Collector
                pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
                rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
              pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
              hall@bwst-law.com,  marbury@bwst-law.com
              Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
              Inc. Liquidating Trust pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
              ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
              pgreenburg@aol.com
              Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
              Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
              Administration peter.roth@DRA.nh.gov
              Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
              pstrniste@rc.com,  kcooper@rc.com
              Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
              pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
              Peter J. Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
              charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
              peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
              charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
              charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
              charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
              peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
              peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Peter J. Barrett    on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
               LOAN FUNDING, LLC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
               pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl    on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch Entertainment Distribution LLC
               ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
               scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
               ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Valley Corners Shopping Center, LLC
               ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
          Philip C. Baxa    on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
               john.leininger@bryancave.com
          Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
               john.leininger@bryancave.com
          Philip James Meitl    on behalf of Creditor    DBL Distributing, LLC pj.meitl@bryancave.com,
               john.leininger@bryancave.com
          R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rafael X. Zahralddin-Aravena    on behalf of Creditor    Symantec Corp rxza@elliottgreenleaf.com
          Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
               raypri24@hotmail.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
               C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
          Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
               Association rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
          Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
               rgirgado@counsel.lacounty.gov
          Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
          Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com

District/off: 0422-7          User: ramirez-l          Page 45 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   Northcliff Residual Parcel 4 LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   SAP Retail Inc. and Business Objects
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   Craig-Clarksville Tennessee LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   Plantation Point Development, LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   Wal-Mart Stores, Inc.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   Certain Benefit Restoration Plan Claimants
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Attorney   Troutman Sanders LLP
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   Triangle Equities Junction LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty    on behalf of Creditor   Cosmo-Eastgate, ltd
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
             kimi.odonnell@hklaw.com
            Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
             kimi.odonnell@hklaw.com
            Richard F. Stein   on behalf of Creditor   Internal Revenue Service
             richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
            Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation rhutson@fftlaw.com,
             lramsey@fftlaw.com
            Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
            Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
            Richard Thomas Pledger   on behalf of Defendant   Safeco Insurance Company of America
             rpledger@wcslaw.com, wcabell@wcslaw.com
            Richard Thomas Pledger   on behalf of Counter-Claimant   Safeco Insurance Company of America
             rpledger@wcslaw.com, wcabell@wcslaw.com
            Richard Thomas Pledger   on behalf of 3rd Party Plaintiff   Safeco Insurance Company of America
             rpledger@wcslaw.com, wcabell@wcslaw.com
            Robert Asperger   on behalf of 3rd Pty Defendant   STATE OF CALIFORNIA bob.asperger@doj.ca.gov,
             nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov
            Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
             jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
             eancanfield@comcast.net
            Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
             jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
             eancanfield@comcast.net
            Robert A. Canfield   on behalf of Creditor Laurie   Lambert-Gaffney bcanfield@canfieldbaer.com,
             jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
             eancanfield@comcast.net
            Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bankruptcy@hillrainey.com,
             kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
             om
            Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
             bankruptcy@hillrainey.com,
             kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
             om
            Robert B. Hill   on behalf of Creditor Decarla   Taylor-Conyers bankruptcy@hillrainey.com,
             kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
             om
            Robert B. Van Arsdale   on behalf of U.S. Trustee John P. Fitzgerald
             Robert.B.Van.Arsdale@usdoj.gov
            Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
            Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
             of Revenue redmundson@attorneygeneral.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
          Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com
          Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
          rscully@stites.com,  docketclerkalex@stites.com
          Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
          rfm@kanejeffries.com,  rmoorman@moormanlaw.com
          Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert J.E. Edwards   on behalf of Unknown   KeyBank National Association redwards@polsinelli.com,
          tbackus@polsinelli.com
          Robert J.E. Edwards   on behalf of Creditor   U.S Bank National Association as Trustee
          redwards@polsinelli.com,  tbackus@polsinelli.com
          Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
          rminkoff@cedargladecapital.com
          Robert Kenneth Minkoff   on behalf of Creditor   Collective Media rminkoff@cedargladecapital.com
          Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
          Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Philips International Holding Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Benderson Development Company, LLC
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Continental Properties Company, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino   on behalf of Plaintiff   Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert M. Marino   on behalf of Creditor   Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarino1@aol.com
          Robert P. McIntosh   on behalf of 3rd Pty Defendant   UNITED STATES CUSTOM SERVICE
          Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh   on behalf of 3rd Pty Defendant   UNITED STATES Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh   on behalf of Creditor   United States of America Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh   on behalf of 3rd Pty Defendant   United States of America, Department of
          Homeland Security, Customs and Border Protection Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert R. Vieth   on behalf of Defendant   D&H Distributing Co. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
          Robert R. Vieth   on behalf of Defendant   Logitech, Inc. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
          Robert R. Vieth   on behalf of Defendant   TruEffect, Inc. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert Ryland Musick   on behalf of Defendant   Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   International Business Machines Corporation
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
          Robert Ryland Musick   on behalf of Defendant   IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert S. Westermann   on behalf of Creditor   Panasonic Corporation of North America
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   National A-1, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Vector Security, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Towne Square Plaza rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Old Republic Insurance Company
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Cameron Group Associates LLP
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor   TXU Engergy Retail Company LLC
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
               rwestermann@hf-law.com,    rhenderson@hf-law.com
              Robin S. Abramowitz    on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
              Rodney F. Page    on behalf of Creditor    Wells Fargo Bank, N.A. rfpage@bclplaw.com
              Rodney F. Page    on behalf of Creditor    Bank of America, N.A. rfpage@bclplaw.com
              Rodney F. Page    on behalf of Creditor    Berkadia Commercial Mortgage LLC rfpage@bclplaw.com
              Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
               Farrell Construction, Inc. rbingham@stites.com,    dclayton@stites.com
              Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com,    r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Attorney    Ronald Page, PLC rpage@rpagelaw.com,
               r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
               Management Group, Ltd. rpage@rpagelaw.com,    r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
               r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
               rpage@rpagelaw.com,    r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com,    r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com,    r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com,    r59927@notify.bestcase.com
              Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
               r59927@notify.bestcase.com
              Ronald G. Dunn    on behalf of Creditor Savitri    Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               bankruptcy@simon.com
              Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
              Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
              Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com
              Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
              S. James Wallace    on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com

District/off: 0422-7          User: ramirez-l          Page 49 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor    Circuit City Purchasing Company, LLC
              sboehm@mcguirewoods.com
              Satchidananda Mims   smims21@hotmail.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
              mdowns@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
              sfranklin@vanblk.com, mdowns@vanblk.com
              Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Remount Road Associates Limited Partnership
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   M and M Berman Enterprises sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   The Denver Newspaper Agency, LLP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Vertis, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Cottonwood Corners-Phase V, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Woodlawn Trustees Incorporated
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila L. Shadmand   on behalf of Defendant   Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand   on behalf of Creditor   Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand   on behalf of Creditor   Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus   on behalf of Defendant   Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo   on behalf of Creditor   BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: ramirez-l          Page 50 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
           smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
           Industrial Division smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
           smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
           smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
           smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
           Company smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
           smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
           smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
           Distributors, Inc. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
           jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@offitkurman.com,
           mmargulies@offitkurman.com
          Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hirschlerlaw.com,
           ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
           sleach@hirschlerlaw.com,    ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
           Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
           skgallagher@venable.com,    cowenby@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
           steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
           steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
           Hartman 1995 Ohio Property steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
           steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation
           steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Creditor    Construct, Inc. steven@tiffanylawfirm.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
           tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@huntonak.com,
           amckenzie@huntonak.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@huntonak.com,
           amckenzie@huntonak.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com,    pwhite@kslaw.com
          Thomas A. Schultz, Jr.    on behalf of Creditor    City of Novi, MIchigan tschultzlaw@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          tmurphy@dclawfirm.com,
          rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
          dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
          Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
          thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
          alexis.makell@hklaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
          smedsa@gtlaw.com
          Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
          Thomas Joseph Moran   on behalf of Defendant   Safeco Insurance Company of America
          tmoran@wcslaw.com,  wcabell@wcslaw.com
          Thomas Joseph Moran   on behalf of Creditor   Safeco Insurance Company of America
          tmoran@wcslaw.com,  wcabell@wcslaw.com
          Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com
          Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
          tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
          tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
          tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
          trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
          trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
          trepczynski@offitkurman.com,  tboyd@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
          bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
          croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinson.com,
          porsche.barnes@stinson.com
          Tracey Michelle Ohm   on behalf of Defendant   Waste Management, Inc. tracey.ohm@stinson.com,
          porsche.barnes@stinson.com
          Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
          tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Morris Communications Company, LLC; Morris
          Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
          Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
          situated tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
          tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
          tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
          val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
          val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
          val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Valerie P. Morrison   on behalf of Creditor    Lexar Media, Inc. val.morrison@nelsonmullins.com,
             robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
           Victoria A. Reardon   on behalf of Creditor    State of Michigan, Department of Treasury
             reardonv@michigan.gov,  jacksonst@michigan.gov
           Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
             victoria.garry@ohioattorneygeneral.gov
           Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
             victoria.garry@ohioattorneygeneral.gov
           Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
             victoria.garry@ohioattorneygeneral.gov
           Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
             walter.williams@wilsonelser.com
           Walter Laurence Williams   on behalf of Movant   Wayne VF LLC walter.williams@wilsonelser.com
           Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
           Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
           Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
             LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
             and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
           Wanda Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
             ecfcases@borgeslawllc.com
           Wanda Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
           Wanda Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
             jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
             Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
           Wanda Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
           Wanda Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
           Wanda Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
           Wendy Michele Roenker  on behalf of Creditor Treasurer  City of Chesapeake
             wroenker@cityofchesapeake.net
           William Heuer  on behalf of Transferee   Korea Export Insurance Corporation
             wheuer@duanemorris.com
           William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
             wbroscious@kbbplc.com
           William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
           William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
           William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
             wbroscious@kbbplc.com
           William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
           William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
           William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
           William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
           William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
           William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
             Courier aburnett@williamsmullen.com,  ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   American National Insurance Company
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
           William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
           William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C.
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
           William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
             TV aburnett@williamsmullen.com,  ddillon@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 53 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Eon Communications Corporation
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
              aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
              GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
          William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
              bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
              Distribution Company, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
              sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 54 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Paul   Schaapman bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Christopher   Borglin bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Coby Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 56 of 57          Date Rcvd: Jun 20, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
            bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
            sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
            Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood Panattoni Construction, Inc.
            trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
            chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com

District/off: 0422-7           User: ramirez-l           Page 57 of 57          Date Rcvd: Jun 20, 2019
                              Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William Daniel Prince, IV   on behalf of Defendant    International Business Machines Corporation
          wprince@t-mlaw.com, jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors wprince@t-mlaw.com, jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
          jseay@t-mlaw.com
          William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan   on behalf of Defendant    Pioneer Electronics (USA) Inc.
          dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Creditor    MRV Wanamaker, LC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Hotan Corporation
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Datel Design & Development, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    National Western Life Insurance Company
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    J&J Industries, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Dick's Sporting Goods, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Merrill Communications LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Miami-Dade County Tax Collector
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Vonage Marketing Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Dollar Tree Stores, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Evening Post Publishing Company, dba The
          Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    LumiSource, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    State Board of Equalization
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    SouthPeak Interactive, LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy   Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles   Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor    Placer California jcharboneau@mglspc.com,
          aford@mglspc.com
          Zmarak Khan   on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          zmarak.khan@dlapiper.com
                                                                                    TOTAL: 2227