## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
CIRCUIT CITY STORES, INC., *et al.,*                  : Case No.  08-35653-KRH
                                                      :
                    Debtors.[1]                       : (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that David L. Pollack hereby withdraws as counsel for Brixmor Operating Partnership LLP, Federal Realty Investment Trust, Uniwest Commercial Realty, The Morris Companies Affiliates, UBS Realty Investors, LLC, The Hutensky Group, Cencor Realty, and Centro Properties Group ("Creditors") in these cases.  Leslie C. Heilman of Ballard Spahr LLP hereby enters her appearance as counsel for the Creditors.  All future correspondence, pleadings and notices shall be mailed to or otherwise served on:

> Leslie C. Heilman, Esquire
> Ballard Spahr LLP
> 919 N. Market Street, 11th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 252-4465
> Facsimile: (302) 252-4466

---

[1] The Debtors in these chapter 11 cases. Along with the last four digits of their respective federal tax identification numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Maryland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

DMEAST #38180156 v1

| | |
|---|---|
| Dated: July 17, 2019<br>Wilmington, Delaware | */s/ Leslie C. Heilman*<br>Leslie C. Heilman (DE No. 4716)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, Delaware 19801-3034<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: heilmanl@ballardspahr.com<br><br>*Counsel for Brixmor Operating Partnership LLP, Federal Realty Investment Trust, Uniwest Commercial Realty, The Morris Companies Affiliates, UBS Realty Investors, LLC, The Hutensky Group, Cencor Realty, and Centro Properties Group* |