UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

CIRCUIT CITY STORES, INC., *et al.*,

Debtors.

Case No. 08-35653-KRH
Chapter 11
(Jointly Administered)

## <u>MEMORANDUM OPINION</u>

This matter comes before the Court upon the *Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fees Payable to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6) and Memorandum in Support* [ECF No. 14197] (the "Motion to Determine") filed by Alfred H. Siegel (the "Liquidating Trustee"), Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust") and upon the *United States Trustee's Motion for Summary Judgment on the Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fees Payable to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6) and Memorandum in Support* [ECF No. 14202] (the "Motion for Summary Judgment") filed by the Office of the United States Trustee (the "U.S. Trustee" and, together with the Liquidating Trustee, the "Parties"). At issue is the proper amount of quarterly fees assessable against the Liquidating Trust due to the recent amendment of section 1930 of title 28 of the United States Code. The Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the General Order of Reference from the United States District Court for the Eastern District of Virginia dated August 15, 1984. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. After considering the applicable statutory authority, the case law,

the pleadings, and the arguments of counsel, the Court denies the relief requested in Motion for Summary Judgment and grants the relief requested in the Motion to Determine for the reasons set forth below.[1]

On November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. ("Circuit City") and certain affiliates (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On September 14, 2010, the Court confirmed the Debtors' *Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims* [ECF No. 8555, Ex. A] (the "Liquidating Plan").[2] The Liquidating Plan provided for the formation of the Liquidating Trust, overseen by the Liquidating Trustee, to collect, administer, distribute, and liquidate all of the Debtors' remaining assets.[3]  Under the terms of the Liquidating Plan,

> [a]ll fees then due and payable pursuant to 28 U.S.C. § 1930, as determined by the Court at the Confirmation Hearing, shall be paid on or before the Effective Date by the Debtors.  All such fees that become due and payable thereafter by a Debtor shall be paid by the Liquidating Trustee.  The Liquidating Trustee shall pay quarterly fees to the U.S. Trustee until the Chapter 11 Cases are closed or converted and/or the entry of final decrees.[4]

At the time the Liquidating Plan was confirmed in 2010, section 1930 of title 28 provided that the payment of quarterly fees to the U.S. Trustee would range between $6,500 and $30,000.[5]  In

---

[1]  Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  *See* Fed. R. Bankr. P. 7052.

[2]  Finds. Fact, Concls. Law & Order Confirming Mod. Second Am. Joint Plan Liquid., ECF No. 8555.

[3]  *Id.* Ex. A, at 1.

[4]  *Id.* Ex. A, at 46.

[5]  The statute provided:

no event would the quarterly fee ever exceed $30,000 regardless of the amount of the disbursements for any given calendar quarter.

In October 2017, Congress amended section 1930 of title 28 of the United States Code to provide:

> During each of fiscal years 2018 through 2022, if the balance in the United States Trustee System Fund as of September 30 of the most recent full fiscal year is less than $200,000,000, the quarterly fee payable for a quarter in which disbursements equal or exceed $1,000,000 shall be the lesser of 1 percent of such disbursements or $250,000.

Bankruptcy Judgeship Act of 2017, Pub. L. No. 115-72, § 1004, 131 Stat. 1224, 1232 (codified as amended at 28 U.S.C. § 1930(a)(6)(B) (2018)) (the "Bankruptcy Judgeship Act").[6]  The amendment increased the amount of the quarterly fees payable to the U.S. Trustee System from a minimum of $10,000 to a maximum of $250,000 for quarters where disbursements met or exceeded $1 million.  *Id.*  From January 1, 2018, onward, the U.S. Trustee program has assessed and continues to assess fees based upon the increased fee schedule for all pending chapter 11 cases.[7]

---

> $6,500 for each quarter in which disbursements total $1,000,000 or more but less than $2,000,000; $9,750 for each quarter in which disbursements total $2,000,000 or more but less than $3,000,000; $10,400 for each quarter in which disbursements total $3,000,000 or more but less than $5,000,000; $13,000 for each quarter in which disbursements total $5,000,000 or more but less than $15,000,000; $20,000 for each quarter in which disbursements total $15,000,000 or more but less than $30,000,000; $30,000 for each quarter in which disbursements total more than $30,000,000.

28 U.S.C. § 1930 (2008) (amended 2018).

[6]  The balance of the U.S. Trustee System Fund is less than $200,000,000.

[7]  *Chapter 11 Quarterly Fees*, U.S. Dep't Justice, https://www.justice.gov/ust/chapter-11-quarterly-fees (last visited July 11, 2019) (making no distinction between cases pending before and cases filed after the amendment's effective date).

But the increase in quarterly fees does not apply to all debtors in all chapter 11 cases throughout the country. Unlike chapter 11 debtors in areas that are part of the U.S. Trustee program, chapter 11 debtors in the six federal judicial districts in Alabama and North Carolina that operate under the Bankruptcy Administrator Program (the "BA Districts") may only now be subject to the increased fees, but only under certain circumstances.[8]  The statute governing quarterly fees provides that "the Judicial Conference of the United States *may require* the debtor in a case under chapter 11 of title 11 [in the BA Districts] to pay fees equal to those imposed by paragraph (6) of this subsection."  28 U.S.C. § 1930(a)(7) (emphasis added).  In 2001, the Judicial Conference of the United States (the "JCUS"), acting according to this statutory authorization, approved a recommendation from its Bankruptcy Committee that quarterly fees be imposed in BA districts in the amounts specified in section 1930(a)(6).[9]  But after Congress amended section 1930(a)(6) in October 2017, the BA Districts did not simultaneously increase the quarterly fees payable under section 1930(a)(7).[10]  It was not until almost a year after Congress amended section 1930(a)(6), on September 13, 2018, that the JCUS Executive Committee approved imposing the increased quarterly fees in BA Districts "in the amounts specified in 28 U.S.C. § 1930(a)(6)(B) for cases filed on or after October 1, 2018."[11]  The resulting increase in quarterly fees payable in BA Districts "does not have retroactive application

---

[8]  While the U.S. Trustee program is part of the executive branch, the Bankruptcy Administrator ("BA") program is part of the judicial branch and is overseen by the Administrative Office of the United States.  *In re Buffets, LLC*, 597 B.R. 588, 592-93 (Bankr. W.D. Tex. 2019).  Although Congress initially intended the U.S. Trustee program to operate nationwide, the BA Districts continue to function separately within the BA program.  *Id.* at 593.

[9]  Sept./Oct. 2001 Jud. Conf. U.S. Rep. 45-46, http://www.uscourts.gov/sites/default/files/2001-09_0.pdf.

[10]  *In re Buffets*, 597 B.R. at 594; *see also* Obj. U.S. Tr. to Mot. Determ. ¶ 68, ECF No. 14203 (the "Response").

[11]  Sept. 2018 Jud. Conf. U.S. Rep. 11-12, http://www.uscourts.gov/sites/default/files/2018-09_proceedings.pdf [hereinafter 2018 JCUS Report].

to pending cases."[12]  Debtors that filed chapter 11 petitions prior to October 2018 do not have to pay the increased amount of the quarterly fees.

The Liquidating Trust's quarterly disbursements exceeded $1 million for every quarter of 2018.  The U.S. Trustee program assessed and the Liquidating Trust paid the increased amount of the quarterly fees for each of those quarters in accordance with section 1930(a)(6)(B).[13]  On March 28, 2019, the Liquidating Trustee filed the Motion to Determine, asking the Court to order "the actual amount of UST Fees due since January 1, 2018 . . . be determined based on the statutory rates in effect as of the Petition Date in this Case."[14]  The Motion to Determine advanced two primary arguments in support of its contention:  (i) section 1930(a)(6)(B) "is unconstitutional as applied to this Case due to its lack of uniformity for the first three quarters of 2018"; and  (ii) section 1930(a)(6)(B) "cannot be retroactively applied to the Trust for any relevant years."[15]  On May 9, 2019, the U.S. Trustee filed the Motion for Summary Judgment and its Response.  The Motion for Summary Judgment asked the Court to dismiss the Motion to Determine because "the Motion [to Determine] seeks relief that can only be sought through an adversary complaint under Rule 7001" of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").[16]  On June 5, 2019, the Liquidating Trustee filed the *Liquidating Trust's Response to United States Trustee's Motion for Summary Judgment* [ECF No. 14209].  On June

---

[12]    Bankr. Adm'r N. Dist. Ala., *Chap. 11 Quarterly Fee Forms – with Instrs.* 1 n.1, http://www.alnba.uscourts.gov/sites/alnba/files/forms/webqtrfees2019.pdf (last updated Jan. 30, 2019) [hereinafter *N.D. Ala. Fee Notice*]; *see also* Bankr. Adm'r W. Dist. N.C., *Notice Incr. Chap. 11 Quarterly Fees* 1, http://www.ncwba.uscourts.gov/sites/ncwba/files/Notice%20of%20Increased%20Chapter%2011%20Quarterly%20 Fees%20effective%20for%20cases%20filed%20on%20or%20after%20October%201.pdf (Sept. 20, 2018) [hereinafter *W.D.N.C. Fee Notice*].

[13]    *See* Resp. ¶¶ 11-12.

[14]    Mot. Determine 14.

[15]    *Id.*

[16]    Mot. Summ. J. 2.

12, 2019, the Court conducted a hearing (the "Hearing") on the foregoing matters, at which time the Court denied the relief requested in the Motion for Summary Judgment and took the Motion to Determine under advisement.[17]

The Motion for Summary Judgment arguing for dismissal of the Motion to Determine on the grounds that it seeks "relief that can only be pursued through an adversary proceeding" exalts form over substance.  Mot. Summ. J. ¶ 16.  Bankruptcy Rule 2020, which provides for a proceeding against the U.S. Trustee to be brought as a contested matter, most likely applies to the Motion to Determine.[18]  Furthermore, Bankruptcy Rule 9014, which governs contested matters, makes most of the procedural rules included in Part VII of the Bankruptcy Rules, which governs adversary proceedings, applicable to contested matters.  Fed. R. Bankr. P. 9014(c).  That list is not exhaustive.  The Court is authorized to "direct that one or more of the other rules in Part VII shall apply" in any particular contested matter.  *Id.*  No lack of formality need be suffered by any party in any contested matter.

On the other hand, the Motion to Determine does seek the type of relief included in Bankruptcy Rule 7001, which must ordinarily be brought by complaint.  The Motion to Determine requests a determination about the amount of quarterly fees due, a holding that section 1930(a)(6)(B) is unconstitutionally non-uniform, and a holding that section

---

[17]  The Parties, without leave of the Court, submitted post-Hearing briefs.  *See* Suppl. Resp. Mot. Determine [ECF No. 14213]; Liquid. Tr. Resp. to Suppl. Resp. Mot. Determine [ECF No. 14217].  The Court has fully considered the arguments and authorities set forth in the supplemental pleadings.

[18]  Bankruptcy Rule 2020 states that "[a] proceeding to contest any act or failure to act by the United States trustee is governed by Rule 9014."  Fed. R. Bankr. P. 2020.  As Bankruptcy Rule 2020 specifically provides that any such proceeding against the U.S. Trustee is a contested matter, it would control over the more general provisions of Bankruptcy Rule 7001.  *See RadLAX Gateway Hotel, LLC v. Amalgamated Bank*, 566 U.S. 639, 645 (2012) ("[I]t is a commonplace of statutory construction that the specific governs the general." (alteration in original) (quoting *Morales v. Trans World Airlines, Inc.*, 504 U.S. 374, 384 (1992))); *Standard Indus., Inc. v. Aquila, Inc.* (*In re C.W. Mining Co.*), 431 B.R. 307, 2009 WL 4894278, at *5 (B.A.P. 10th Cir. 2009) (unpublished table decision) ("[W]hen the plain language of one bankruptcy rule specifically authorizes a party to proceed on motion, the general language of another rule should not be interpreted so broadly as to negate the more specific." (citing *State Bank of S. Utah v. Gledhill* (*In re Gledhill*), 76 F.3d 1070, 1078 (10th Cir. 1996))), *aff'd*, 625 F.3d 1240 (10th Cir. 2010).

1930(a)(6)(B) cannot not be retroactively applied to these cases. Mot. Summ. J. ¶¶ 1-2. The first form of relief is an attempt to "determine the validity of the government's 'interest in property,'" which falls within the gambit of Bankruptcy Rule 7001(2). Mot. Summ. J. ¶ 15 (quoting Fed. R. Bankr. P. 7001(2)). The two other two requests seek "declaratory relief relating to [the Liquidating Trustee's] upcoming proceeding to 'recover money or property'" and are covered by Bankruptcy Rules 7001(1) and 7001(9). *Id.* ¶ 14 (quoting Fed. R. Bankr. P. 7001(1)).

But notwithstanding the U.S. Trustee's assertions to the contrary, this procedural conundrum does not warrant dismissal of the Motion to Determine in any event. Rather, the Court can simply convert the contested matter to an adversary proceeding. *See Phillips v. Lehman Bros. Holdings, Inc.* (*In re Fas Mart Convenience Stores, Inc.*), 318 B.R. 370 (Bankr. E.D. Va. 2004) (denying motion to dismiss and ordering underlying motion converted to a complaint). Section 105(a) of the Bankruptcy Code permits the court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of" the Bankruptcy Code. 11 U.S.C. § 105(a); *see also Arrowsmith v. Lemberg Law, LLC* (*In re Health Diagnostics Lab., Inc.*), 571 B.R. 182, 192 (Bankr. E.D. Va. 2017) (stating that section 105(a) is a "broad grant of power" (quoting *Caesars Entm't Operating Co. v. BOKF, N.A.* (*In re Caesars Entm't Operating Co.*), 808 F.3d 1186, 1188 (7th Cir. 2015))). This grant of power is broad enough to permit a court to "convert a contested matter to an adversary proceeding on its own motion." *Wilborn v. Wells Fargo Bank, N.A.* (*In re Wilborn*), 401 B.R. 872, 892 (Bankr. S.D. Tex. 2009) (citing *Costa v. Marotta, Gund, Budd & Dzera, LLC*, 281 F. App'x 5, 6 (1st Cir. 2008) (per curiam); *Johnson v. Stemple* (*In re Stemple*), 361 B.R. 778, 784 (Bankr. E.D. Va. 2007)). Accordingly, the Court will deny the relief requested in the Motion for Summary

Judgment seeking dismissal of Motion to Determine, and it will instead convert this contested matter to an adversary proceeding.[19]

The Court turns next to the merits of the Motion to Determine and to the constitutionality of section 1930(a)(6)(B).  The Liquidating Trustee first challenges the constitutionality of the amendment to section 1930(a)(6) on account of its retroactive application to cases pending prior to enactment.  Without question, the amendment to section 1930(a)(6) dramatically increased the quarterly fees payable by the Liquidating Trust.[20]  In the seven years between entry of the order confirming the Liquidating Plan[21] and the effective date of section 1930(a)(6)(B), the Liquidating Trust paid approximately $833,000 in quarterly fees.  Hr'g Tr. 13:1-9, June 12, 2019, ECF No. 14214.  In the first three quarters of 2018 alone, the Liquidating Trust paid approximately $632,000.  *Id.*  The Liquidating Trustee complains that this "exponential statutory increase" was not something he could have anticipated when the Liquidating Plan was confirmed over eight years ago.  Mot. Determine. ¶ 12.  If the Liquidating Trustee had been able to anticipate such a significant step-up in quarterly fees at the time of plan confirmation, "there might have been different decisions made in confirmation and how the case was going to proceed thereafter."  Hr'g Tr. 13:24-14:5, June 12, 2019, ECF No. 14214.  The Liquidating Plan fixed the rights of the Liquidating Trustee, the rights of the creditors, and the rights of all other

---

[19]  Hr'g Tr. 10:14, June 12, 2019, ECF No. 14214.  Neither of the Parties opposed conversion at the Hearing.  *Id.* at 8:7-8, 10:12-13.  Furthermore, both Parties requested that the Court proceed at the Hearing to hear argument pertaining to the merits of the Motion to Determine and the Response thereto (collectively, the "Pleadings").  *Id.* at 8:3-4; 10:9-10.  As the Parties represented that there were no material facts in dispute and that the matters raised in the Pleadings were purely dispositive questions of law, the Court entertained the Pleadings as cross-motions for summary judgment under Bankruptcy Rule 7056 and proceeded thereon.  *Id.* at 8:22-9:14; 10:5-25.

[20]  The U.S. Trustee states that "the fees [paid by the Liquidating Trustee since the enactment of section 1930(a)(6)(B)] ranged from $30,777 in the fourth quarter of 2018 to $232,843 in the first quarter of 2018."  Resp. ¶ 12.  The Liquidating Trustee confirms that the Liquidating Trust paid $632,542 in quarterly fees through the first three quarters of the 2018 calendar year, "a $576,142 difference" between the $56,400 it would have paid absent the enactment of section 1930(a)(6)(B).  Mot. Determine ¶ 12.

[21]  *See supra* note 2.

parties, and the substantial increase in quarterly fees harms the holders of allowed general unsecured claims because "fewer assets will be available for distribution to the [Liquidating Trust's] beneficiaries." Mot. Determine ¶ 25.

Congress may give a law retroactive effect by "expressly prescrib[ing] the statute's proper reach." *Landgraf v. USI Film Prods.*, 511 U.S. 244, 280 (1994). When Congress does so, "this is the end of the analysis." *Appiah v. INS*, 202 F.3d 704, 708 (4th Cir. 2000). If Congress does not define a statute's temporal reach, "the court must determine whether the new statute would have retroactive effect, *i.e.*, whether it would impair rights a party possessed when he acted, increase a party's liability for past conduct, or impose new duties with respect to transactions already completed." *Landgraf*, 511 U.S. at 280 (emphasis in original). Making this determination "is not always a simple or mechanical task." *Id.* at 268. The decision "comes at the end of a process of judgment concerning the nature and extent of the change in the law and the degree of connection between the operation of the new rule and a relevant past event." *Id.* at 270.

The Court's analysis is controlled by a prior decision of this Court in *In re AH. Robins Co.*, 219 B.R. 145 (Bankr. E.D. Va. 1998). In that case, the Bankruptcy Court and the District Court, sitting together, examined whether a 1996 amendment to section 1930(a)(6), which required chapter 11 debtors to pay quarterly fees post-confirmation, operated retroactively. *Id.* at 146. Prior to enactment of the 1996 amendment, chapter 11 debtors only paid quarterly fees up until the time of plan confirmation. *Id.* at 146-47. The 1996 amendment provided that quarterly fees would continue to accrue post-confirmation. *Id.* Initially, it was not clear whether the 1996 amendment only applied to cases filed after the amendment's effective date or whether it applied to all cases pending on the amendment's effective date. *Id.* To deal with the "staggering amount

of litigation" and "widespread disparity among the courts in their attempts to apply" the 1996

amendment, Congress intervened.  *Id.* at 147.  "[T]hrough clarifying legislation [adopted on

September 30, 1996, Congress] . . . made it known that the Amendment [was] to apply to *all*

cases."  *Id.* (emphasis in original).

 Similar to the case at bar, the debtors in *In re A.H. Robins Co.* had been operating under a

confirmed plan for many years at the time of the 1996 amendment and challenged the

amendment's constitutionality based on its retroactive application.  Judge Shelley of this Court,

with Judge Merhige of the District Court concurring, determined that the 1996 amendment was

supported by a rational legislative purpose and was "substantively prospective in nature," in that

it "only require[d] the payment of fees from the date of the Amendment forward."[22]  *Id.* at 148.

The Court compared post-confirmation quarterly fees to "taxes arising post confirmation, or any

similar post-confirmation expenses."  *Id.* (citing *In re Maruko, Inc.*, 206 B.R. 225, 229 (Bankr.

S.D. Cal. 1997)).  The quarterly fee was no more than an "administrative expense attendant to an

open case."  *Id.* (quoting *In re McLean Square Assocs.*, 201 B.R. 436, 441 (Bankr. E.D. Va.

1996)).

 Like the 1996 amendment, the 2018 amendment to section 1930(a)(6) imposed an

increase in the quarterly fees to be paid in chapter 11 cases.  The Court finds that Congress did

not expressly prescribe the reach of the 2018 amendment to section 1930(a)(6), nor did it

indicate its intent for the 2018 amendment to section 1930(a)(6) to apply retroactively through

other means.  Accordingly, it is left to the Court to determine whether the statute's application to

cases pending on its effective date is impermissibly retroactive.  The holding in *In re A.H.*

---

[22]  The debtor's plan, confirmed eight years prior to the 1996 amendment, was silent on quarterly fees, but the amendment "d[id] not impermissibly modify the Plan in the case at bar . . . since such fees are attendant to [the debtor's] still-pending bankruptcy case."  *Id.*

*Robins Co.* mandates it is not.   A mere increase in the quarterly U.S. Trustee fee is not substantively retroactive.   It is more akin to "taxes arising post confirmation, or any similar post-confirmation expenses."  *Id.* (citing *In re Maruko*, 206 B.R. at 229)); *see also Landgraf*, 511 U.S. at 269 n.24 ("Even uncontroversially prospective statutes may unsettle expectations and impose burdens on past conduct: a new property tax or zoning regulation may upset the reasonable expectations that prompted those affected to acquire property . . . .").   Based upon its prior precedent, the Court holds that section 1930(a)(6)(B) does not violate the antiretroactivity principle as the law is substantively prospective.

The Court turns next to whether the amendment to section 1930(a)(6) is unconstitutional based on non-uniformity.   The fees assessed under section 1930(a)(6)(B) may be classified either as a tax or as a user fee for chapter 11 of the Bankruptcy Code.   Under either form of classification, the quarterly fees must be applied uniformly.

As a tax, Congress may "lay and collect Taxes, Duties, Imposts and Excises . . . but all Duties, Imposts and Excises shall be uniform throughout the United States."  U.S. Const. art. I, § 8, cl. 1.   The proviso to this constitutional grant of authority to Congress is known as the "Uniformity Clause."   The Uniformity Clause was intended to prevent the federal government from "us[ing] its power over commerce to the disadvantage of particular States" and engaging in "the regionalism that had marked the Confederation."  *United States v. Ptasynski*, 462 U.S. 74, 81 (1983).   The Supreme Court has developed a two-part test when any law is challenged under the Uniformity Clause.   Where Congress elects to define the subject of a tax or duty in non-geographic terms, "the Uniformity Clause is satisfied," but where Congress frames its tax or duty in geographic terms, a court must "examine the classification closely to see if there is actual geographic discrimination."  *Id.* at 84-85.

11

The Bankruptcy Clause of the Constitution endows Congress with the power to establish "uniform Laws on the subject of Bankruptcies throughout the United States." U.S. Const. art. I, § 8, cl. 4. Accordingly, if the quarterly fee is characterized as a user fee attendant to chapter 11 of the Bankruptcy Code, it must still be applied uniformly under the Bankruptcy Clause. The uniformity mandated by the Bankruptcy Clause "is geographical, and not personal." *Hanover Nat'l Bank v. Moyses*, 186 U.S. 181, 188 (1902). While the Bankruptcy Clause "is not an Equal Protection Clause for bankrupts," "[t]o survive scrutiny under the Bankruptcy Clause, a law must at least apply uniformly to a defined class of debtors." *Ry. Labor Execs.' Ass'n v. Gibbons*, 455 U.S. 457, 470 n.11, 473 (1982).

For the first three quarters of 2018, newly adopted section 1930(a)(6)(B) increased quarterly fees assessed against chapter 11 debtors in only 88 of the 94 federal judicial districts throughout the country. It was not until October 1, 2018, that the JCUS approved the imposition of quarterly fees on chapter 11 debtors in the BA Districts "in the amounts specified in 28 U.S.C. § 1930(a)(6)(B)." 2018 JCUS Report, *supra* note 11, at 11-12. The Bankruptcy Judgeship Act offered no justification for excluding the BA Districts from the fee step-up. "Under any standard of review, when Congress provides no justification for enacting a non-uniform law, its decision can only be considered to be irrational and arbitrary." *In re Buffets*, 597 B.R. at 595 (quoting *St. Angelo v. Victoria Farms, Inc.*, 38 F.3d 1525, 1532 (9th Cir. 1994), *amended by* 46 F.3d 969 (9th Cir. 1995)). Section 1930(a)(6)(B) contravened the Uniformity Clause through "actual geographic discrimination" for the first three quarters of 2018. *Ptasynski*, 462 U.S. at 85.

Although the increased fees are now uniformly charged nationwide for debtors filing chapter 11 cases on or after October 1, 2018, debtors in pending cases filed before October 1, 2018 are still experiencing geographic discrimination without a discernable explanation. JCUS

determined that "the quarterly fee calculation changes in 28 U.S.C. § 1930(a)(6)(B) should apply

in BA districts beginning in the first quarter of the fiscal year 2019 (that is, for any chapter 11

case filed on or after October 1, 2018, and *not for cases then pending*)."  Resp. Ex. C, at 20

(emphasis added).  The fee increase "does not have retroactive application to pending cases" in

BA Districts.  *N.D. Ala. Fee Notice*, *supra* note 12, 1 n.1.[23]

The geographic discrimination that remains ongoing is particularly apparent in the case at

bar.  Had the Debtors filed their chapter 11 bankruptcy petitions a mere 140 miles south in

Raleigh, North Carolina,[24] the Debtors would be paying substantially lower quarterly fees than

they are paying now.  This is the type of "regionalism" the Uniformity Clause was intended to

prevent.  *Ptasynski*, 462 U.S. at 81.  As the BA Districts do not apply section 1930(a)(6)(B)'s fee

increase to pending cases, the fee increase cannot constitutionally be applied to pending cases

outside of the BA Districts.    The Court holds that section 1930(a)(6)(B) remains

unconstitutionally non-uniform as applied to pending cases.

The court in *In re Buffets* confined its analysis to whether section 1930(a)(6)(B) violated

the Constitution's Uniformity Clause.  This Court holds that section 1930(a)(6)(B) also violates

the Constitution's Bankruptcy Clause.  The Bankruptcy Clause requires bankruptcy laws to be

geographically uniform.  *Moyses*, 186 U.S. at 188.  Section 1930(a)(6)(B) is not geographically

uniform because qualifying chapter 11 debtors with cases pending prior to October of 2018 have

been and continue to be assessed lower quarterly fees in two regions of the country (Alabama

and North Carolina) than have similarly situated debtors throughout the rest of the country.

---

[23]  *See also W.D.N.C. Fee Notice*, *supra* note 12, at 1; Hr'g Tr. 17:17-24, June 12, 2019, ECF No. 14214 ("If you file a case now in Northern District of Alabama or Western District of North Carolina, you are subject to the new fee schedule, but if you filed a case prior to October 1, 2018, you're on the old schedule.  So it is not uniform . . . .").

[24]  Both North Carolina and Virginia lie within the Fourth Circuit.  But unlike Virginia, North Carolina is a BA District.

Although the Bankruptcy Clause "is not an Equal Protection Clause," *Gibbons*, 455 U.S. at 470 n.11, it does require bankruptcy laws to "at least apply uniformly to a defined class of debtors," *id.* at 473. As the amendment to section 1930(a)(6) does not apply uniformly both to chapter 11 debtors with pending cases in BA districts and to chapter 11 debtors with pending cases in U.S. Trustee districts, it is unconstitutional under the Bankruptcy Clause.

Regardless of whether the quarterly fees are classified as a tax or as a user fee for bankruptcy, the amendment to section 1930(a)(6) is unconstitutional. If the quarterly fees are treated as a tax, the amendment violates the Uniformity Clause. If the quarterly fees are considered as a bankruptcy user fee, the amendment violates the Bankruptcy Clause. The cost of a given bankruptcy proceeding for similarly situated debtors must be consistent in every judicial district throughout the country. Therefore, the Court will grant the Motion to Determine. The quarterly fees due and payable by the Liquidating Trust since January 1, 2018, must be determined based on the prior version of the statute.[25] The Court makes no finding as to the Liquidating Trustee's ability to recover any overpayments based upon the Courts ruling but acknowledges that rights and defenses of both Parties are reserved.

### Conclusion

For the foregoing reasons, the amendment to section 1930(a)(6), while prospective in nature, is unconstitutional as applied to this case due to its lack of uniformity with respect to chapter 11 bankruptcy cases pending prior to October of 2018. The Court will issue a separate order denying the Motion for Summary Judgment, converting this contested matter to an adversary proceeding, and granting the Motion to Determine.

DATED:    July 15, 2019                    /s/ Kevin R. Huennekens
                                            UNITED STATES BANKRUPTCY JUDGE

---

[25] *See* 28 U.S.C. § 1930(a)(6) (2008).

14

ENTERED ON DOCKET:

  July 15 2019

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: garyl            Page 1 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
            +Beth A. Levene,    Department of Justice,    Executive Office for United States Trust,
             441 G Street, N.W., Suite 6150,    Washington, DC 20530-0001
            +John P. Fitzgerald, III,   Department of Justice,    Office of United States Trustee,
             701 East Broad Street, Suite 4304,   Richmnond, VA 23219-1885
            +P. Matthew Sutko,   Department of Justice,    Executive Office for United States Trust,
             441 G. Street, N.W., Suite 6150,    Washington, DC 20530-0001
            +Ramona D. Elliot,   Department of Justice,    Executive Office for United States Trust,
             441 G Street, N.W. Suite 6150,    Washington, DC 20530-0001
            +Sumi Sakata,   Department of Justice,    Executive Office for United States Trust,
             441 G Street, N.W. Suite 6150,    Washington, DC 20530-0001
            +United States of America,    c/o Lee J. Lofthus,    Assistant A.G. for Administration,
             950 Pennsylvania Ave., NW, Rm. 1111,    Washington, DC 20530-0009
            +United States of America,    c/o G. Zachary Terwilliger, Esquire,    2100 Jamieson Avenue,
             Alexandria, VA 22314-5794
            +Wendy Cox,   Department of Justice,    Executive Office for United States Trust,
             441 G Street, N.. Suite 6150,    Washington, DC 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jul 16 2019 04:08:55      Robert B. Van Arsdale,
             Department of Justice,    Office of the United States Trustee,
             701 East Broad Street,   Suite 4304,    Richmnond, VA 23219-1885
            +E-mail/Text: cio.bncmail@irs.gov Jul 16 2019 04:08:32      United States of America,
             c/o William P. Barr,   United States Attorney General,    U.S. Department of Justice,
             950 Pennsylvania Ave., N.W.,   Washington, DC 20530-0009
                                                                                       TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
         Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
         Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
         Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
         Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
         Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@hmblaw.com,
          ecfnotices@hmblaw.com
         Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
          ahammer@hmblaw.com,  ecfnotices@hmblaw.com
         Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com,
          CourtMail@clm.com
         Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
          akeith@honigman.com,  tsable@honigman.com
         Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
         Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
         Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
          ajackins@seyfarth.com

District/off: 0422-7          User: garyl          Page 2 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
        ajackins@seyfarth.com
Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
        ajackins@seyfarth.com
Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
        ajackins@seyfarth.com
Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
        ajackins@seyfarth.com
Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indiana Public Service Company
        atoepp@reedsmith.com,
        dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
        th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
        ecf.pacerpro.com
Alison Ross Wickizer Toepp    on behalf of Defendant    Sony Computer Entertainment America Inc.,
        A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
        dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
        th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
        ecf.pacerpro.com
Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
        atoepp@reedsmith.com,
        dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
        th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
        ecf.pacerpro.com
Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
        atoepp@reedsmith.com,
        dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
        th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
        ecf.pacerpro.com
Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
        atoepp@reedsmith.com,
        dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
        th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
        ecf.pacerpro.com
Amanda Jill Katzenstein    on behalf of Creditor    U.S Bank National Association as Trustee
        akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
Amanda Jill Katzenstein    on behalf of Unknown    KeyBank National Association
        akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@hirschlerlaw.com
Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc.
        abiggs@hirschlerlaw.com
Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc.
        abiggs@hirschlerlaw.com
Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
        Star abiggs@hirschlerlaw.com
Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
        FineLiving.com, d/b/a Home & Garden Television abiggs@hirschlerlaw.com
Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
        Pittsburgh, PA abiggs@hirschlerlaw.com
Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
        Inc. abiggs@hirschlerlaw.com
Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com,
        onazar@beankinney.com
Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com,
        onazar@beankinney.com
Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
        ADavison@beankinney.com,  onazar@beankinney.com
Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
        Learning Channel ADavison@beankinney.com,  onazar@beankinney.com
Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
        Ltd. ADavison@beankinney.com,  onazar@beankinney.com
Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
        ADavison@beankinney.com,  onazar@beankinney.com
Andrew  Rapp  on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
Andrew A. Jones    on behalf of Interested Party    Farallon Capital Management, L.L.C.
        Andrew@ajoneslaw.com
Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
        akrudiger@kaufcan.com
Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@coleschotz.com
Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
        dbonilla@shutts-law.com
Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. AAbreu@nwbcorp.com,
        Angela.Abreu@northwest.com

District/off: 0422-7          User: garyl          Page 3 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
          acichello@kb-law.com
          Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@meridianlawfirm.com,
          aryehsteinecf@gmail.com
          Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Ashley M. McDow    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee of
          Circuit City Stores, Inc. Liquidating Trust amcdow@foley.com, sgaeta@foley.com
          Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp.
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
          managing agent for WTM Glimcher LLC aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust
          aepps@williamsmullen.com, avaughn@williamsmullen.com

```
District/off: 0422-7          User: garyl              Page 4 of 58            Date Rcvd: Jul 15, 2019
                              Form ID: pdford9         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Augustus C. Epps, Jr.  on behalf of Creditor  Morse-Sembler Villages Partnership #4
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant  Signature Home Furnishings Co. Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Lexmark International, Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Perimeter Mall aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Madison Waldorf, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Redtree Properties, L.P. aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Drexel Delaware Limited Partnership
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Inland US Management LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant  Audio Authority Corporation
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant  Lexmark International, Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Carousel Center Company, L.P.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Gateway Center Properties III, LLC and SMR
                Gateway III, LLC as tenants in common aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Transferor  Manufactures and Traders Trust Company, as
                Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Tanglewood Park, LLC; Roth Tanglewood, LLC and
                Luckoff Land Company, LLC as tenants in common aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  International Speedway Square, Ltd.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Daniel W. Ramsey aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  EEL McKee LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  NAP Northpoint, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Macy's Retail Holdings, Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Diamond Square, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Amargosa Palmdale Investments, LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Fingerlakes Crossing, LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Tanglewood Park LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Starpoint Property Management, LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  UnCommon, Ltd., a Florida Limited Partnership
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Prudential Insurance Company of America
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  American Power Conversion Corp.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Manufacturers and Traders Trust Company, as
                Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Myrtle Beach Farms Co., Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Inland Commercial Property Management, Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Chung Hee Kim (Ridgehaven Plaza Shopping Center)
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Plaintiff  CC-Investors 1995-6 aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Thoroughbred Village Tennessee, GP
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Hamilton Crossing I, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Crossroads Associates, Ltd.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Hamilton Crossing aepps@williamsmullen.com,
                avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant  MediaNews Group, Inc. d/b/a Pioneer Press and
                St. Paul Pioneer Press aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor  Inland Continental Property Management Corp.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: garyl          Page 5 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9     Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
              Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
              managing Agent for Puente Hills Mall, LLC aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
              Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
              Continental Property Management Corp., and Inland Commerc aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@williamsmullen.com,
              avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C.
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC
              aepps@williamsmullen.com,  avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@williamsmullen.com,
              avaughn@williamsmullen.com

District/off: 0422-7            User: garyl              Page 6 of 58            Date Rcvd: Jul 15, 2019
                               Form ID: pdford9         Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
             avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Belkys Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
             bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
            Belkys Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
             bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
            Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
             backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
             cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
             cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
             cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
             backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
             backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
             backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
             backerly@hunton.com,  cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
             cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
             cloving@hunton.com
            Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
             cloving@hunton.com
            Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
            Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@lawmacdowell.com
            Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
             bgodshall@pszjlaw.com
            Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
             benglander@wtplaw.com,  rodom@wtplaw.com
            Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
             rodom@wtplaw.com
            Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
            Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
             bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
            Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
             lsansbury@mrrlaw.net
            Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
             hubenb@ballardspahr.com,  carolod@ballardspahr.com
            Brian D. Huben   on behalf of Creditor   The Macerich Company hubenb@ballardspahr.com,
             carolod@ballardspahr.com
            Brian D. Huben   on behalf of Creditor   KNP hubenb@ballardspahr.com,  carolod@ballardspahr.com
            Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated hubenb@ballardspahr.com,
             carolod@ballardspahr.com
            Brian D. Huben   on behalf of Creditor   Watt Management Company hubenb@ballardspahr.com,
             carolod@ballardspahr.com
            Brian D. Huben   on behalf of Creditor   RREEF Management Company hubenb@ballardspahr.com,
             carolod@ballardspahr.com
            Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. hubenb@ballardspahr.com,
             carolod@ballardspahr.com
            Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
             hubenb@ballardspahr.com,  carolod@ballardspahr.com
            Brian D. Wesley   on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
            Brian D. Wesley   on behalf of Defendant   California Self-Insurers Security Fund
             brian.wesley@doj.ca.gov
            Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
            Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
             tmelendez@ecjlaw.com
            Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
             tmelendez@ecjlaw.com
            Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
             tmelendez@ecjlaw.com
            Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
             tmelendez@ecjlaw.com
            C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
            C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
            Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com
            Catherine Elizabeth Creely   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas
             Limited Liability Company ccreely@akingump.com
            Catherine Elizabeth Creely   on behalf of Creditor   CIM/Birch St., Inc. ccreely@akingump.com

District/off: 0422-7          User: garyl              Page 7 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
          ccreely@akingump.com
          Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
          c.gideon.korrell@dentons.com,    jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
          cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
          cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
          cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
          cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
          cwchotvacs@gmail.com,    aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
          kvogel@vogelandcromwell.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
          kvogel@vogelandcromwell.com
          Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
          kvogel@vogelandcromwell.com
          Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
          kvogel@vogelandcromwell.com
          Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
          clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
          clynch@goulstonstorrs.com
          Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
          similarly situated cford@mdpcelaw.com
          Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
          clano@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
          clano@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
          clano@wtplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
              cajones@wtplaw.com,  clano@wtplaw.com
          Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
              clano@wtplaw.com
          Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
          Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
              Tech christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
              dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
              stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
              TV christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
              stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
              d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
              christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: garyl              Page 9 of 58           Date Rcvd: Jul 15, 2019
                              Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
            stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    The Daniel Group
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Cisco Systems, Inc.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
            stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
            Greenville News christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
           Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
           Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
           Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
           Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
            cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
           Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
           City of Newport News, Virginia    jdurant@nngov.com
           Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

District/off: 0422-7        User: garyl          Page 10 of 58        Date Rcvd: Jul 15, 2019
                           Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Constantinos G. Panagopoulos   on behalf of Creditor   Federal Realty Investment Trust
              cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
              Properties Group cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor   Greece Ridge, LLC cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners
              cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group
              cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment
              cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
              Craig M. Palik   on behalf of Creditor   CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
              cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
              son@mhlawyers.com
              Craig M. Palik   on behalf of Creditor   Congressional North Associates Limited Partnership
              cpalik@mhlawyers.com,
              cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
              son@mhlawyers.com
              Curtis G. Manchester   on behalf of Defendant   Energizer Battery, Inc.
              curtis.manchester@kutakrock.com
              Curtis G. Manchester   on behalf of Defendant   Sony Computer Entertainment America Inc., A/K/A
              Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com
              Curtis G. Manchester   on behalf of Defendant   Kingston Technology Co., Inc.
              curtis.manchester@kutakrock.com
              D. Marc Sarata   on behalf of Defendant   Bush Industries Inc. msarata@ltblaw.com,
              ndysart@ltblaw.com;plaura@ltblaw.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. and Cox Enterprises, Inc.,
              individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
              ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   KTVU, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a The Atlanta
              Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Midwest Television, Inc. d/b/a KFMB-TV
              ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   WFTV, Inc. ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a Austin American
              Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Media Group, Inc. d/b/a The Atlanta
              Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. d/b/a Austin American
              Statesman ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Palm Beach Newspapers, Inc. d/b/a The Palm Beach
              Post ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
              Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
              Daniel D. Prichard   on behalf of Defendant   Cox Enterprises, Inc. and Cox Media Group, Inc.
              individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
              Daniel F. Blanks   on behalf of Debtor   Courchevel, LLC daniel.blanks@nelsonmullins.com,
              Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
              Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   PRAHS, INC. daniel.blanks@nelsonmullins.com,
              Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Abbott Advertising Agency, Inc.
              daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Mayland MN, LLC daniel.blanks@nelsonmullins.com,
              Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
              Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Defendant   Circuit City Stores, Inc.
              daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Plaintiff   Circuit City Stores, Inc.
              daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   XSStuff, LLC daniel.blanks@nelsonmullins.com,
              Allison.Abbott@nelsonmullins.com
              Daniel F. Blanks   on behalf of Debtor   Sky Venture Corp. daniel.blanks@nelsonmullins.com,
              Allison.Abbott@nelsonmullins.com
              Daniel M. Press   on behalf of Attorney Daniel M Press dpress@chung-press.com, pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   Bensussen Deutsch & Associates, Inc.
              dpress@chung-press.com, pressdm@gmail.com
              Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
              pressdm@gmail.com

District/off: 0422-7          User: garyl              Page 11 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Darek S. Bushnaq   on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
           dsbushnaq@venable.com
          Darlene M. Nowak   on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark   on behalf of Defendant    Targus, Inc. darrell.clark@stinson.com,
           catherine.scott@stinson.com
          Darrell William Clark   on behalf of Creditor    Waste Management, Inc. darrell.clark@stinson.com,
           catherine.scott@stinson.com
          Darryl S. Laddin   on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David  McCall   on behalf of Creditor    Garland ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor    Collin County Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor    Frisco ISD Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David  McCall   on behalf of Creditor    City of Garland Tax Assessor/Collector
           bankruptcy@ntexas-attorneys.com
          David A. Greer   on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
           ecf@davidgreerlaw.com
          David A. Greer   on behalf of Creditor    Century plaza development corporation
           dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
          David B. Wheeler   on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper   on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
           bhale@chlhf.com
          David Emmett Hawkins   on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox   on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David H. Cox   on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
           pdyson@jackscamp.com
          David J. Ervin   on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Developers Diversified Realty Corporation
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Continental Properties Company, Inc.
           dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Philips International dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
           Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
           RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin   on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro   on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
           and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro   on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras   on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David N. Tabakin   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           dtabakin@tb-lawfirm.com,
           pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
           nelson@tb-lawfirm.com
          David R. Ruby   on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
           bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

District/off: 0422-7          User: garyl              Page 12 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
            druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
            tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
            Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
            denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
            America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
            dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
            caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC
            dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
            dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc.
            dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com

District/off: 0422-7          User: garyl              Page 13 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan   Dunwell dc@chiariello.com
          Donald Alan Workman    on behalf of Creditor    Buffalo Technology (USA), Inc. dworkman@bakerlaw.com
          Donald K. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
            dludman@brownconnery.com
          Douglas  Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
            Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    Pasadena Independent School District
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Russellville Steel Company, Inc.
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
            BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
            California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
            dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
            dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
            dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
            dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
            dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
            mcguire-8660@ecf.pacerpro.com

District/off: 0422-7          User: garyl          Page 14 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
     mcguire-8660@ecf.pacerpro.com
    Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
    Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
    Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com
    Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
     and KGW-TV dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
     dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
     robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
    Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
     mayle@hooverslovacek.com
    Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
     rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
    Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
     rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
    Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth
     rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
    Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
     wenditaylor@toase.com
    Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
     elizabeth.gunn@dss.virginia.gov,   bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
     Gazette egunn@sandsanderson.com,   bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
     bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
     bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
     bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
     bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
     bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
     elizabeth.gunn@dss.virginia.gov,   bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
     bankruptcy@dss.virginia.gov
    Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
     egunn@sandsanderson.com,   bankruptcy@dss.virginia.gov

District/off: 0422-7          User: garyl          Page 15 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
             jquiambao@friedmanspring.com
            Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation
             ecotton@sitecenters.com
            Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
             klgatesbankruptcy@klgates.com
            Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
            Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
             schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
            Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
            Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
            Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
            Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
             glorioso.alessandra@dorsey.com
            Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
            Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
             emorabito@pattonboggs.com
            Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
             ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
             Service of North Carolina ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
             ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
             kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
             on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
            F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
            Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
             ffm@bostonbusinesslaw.com
            Frank H. Griffin, IV    on behalf of Transferor    Lender Trust, as successor in interest to
             Syntax-Brillian Corporation griffinf@pepperlaw.com
            Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
             frank.pepler@dlapiper.com,
             sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
            Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
            Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
             fcragle@hf-law.com
            Franklin R. Cragle, III    on behalf of Defendant    Old Republic Insurance Company
             fcragle@hf-law.com
            Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
            Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
             rudzikf@dor.state.fl.us
            Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
             mmarck@olshanlaw.com;ssallie@olshanlaw.com
            Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
             mmarck@olshanlaw.com;ssallie@olshanlaw.com
            Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
             glaymon@mglspc.com, jcoffman@mglspc.com

District/off: 0422-7          User: garyl               Page 16 of 58              Date Rcvd: Jul 15, 2019
                             Form ID: pdford9            Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
               jcoffman@mglspc.com
              Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
               glaymon@mglspc.com,  jcoffman@mglspc.com
              Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
              Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
              Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
              Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
               gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
               jschmeltz@sblsg.com;jrapp@sblsg.com
              George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
               gekostel@gmail.com
              German  Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
               alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
               notices@becket-lee.com
              Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
               Corp Card notices@becket-lee.com
              Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com
              Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               gbrown@pszjlaw.com
              Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
               Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
               agbankcal@ag.tn.gov
              Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
              Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
               gfornario@nixonpeabody.com,  khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
               christine@virginia-lawyers.net
              Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
               ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com;jclifford@shulmanrogers.com
              H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
              H. Slayton Dabney, Jr.    on behalf of Creditor    Applied Predictive Technologies, Inc.
               sdabney@dabneypllc.com
              Hale  Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
               jwest@kgpc.com
              Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
               Heather.Anderson@dol.lps.state.nj.us
              Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
               Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
               Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
               Group, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
               droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
               Corporation hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
               ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
              Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
               droberts1949@live.com
              Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
               csommer@fdh.com
              Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
               hlong@huntonAK.com,  tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@huntonAK.com,
               tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
               hlong@huntonAK.com,  tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
               hlong@huntonAK.com,  tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@huntonAK.com,
               tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@huntonAK.com,
               tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               hlong@huntonAK.com,  tcanada@huntonAK.com
              Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
               Partnership hlong@huntonAK.com,  tcanada@huntonAK.com

District/off: 0422-7          User: garyl             Page 17 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9         Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc.
           hlong@huntonAK.com, tcanada@huntonAK.com
           Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@huntonAK.com,
           tcanada@huntonAK.com
           Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           hlong@huntonAK.com, tcanada@huntonAK.com
           Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
           hlong@huntonAK.com, tcanada@huntonAK.com
           Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
           Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
           ilandsberg@landsberg-law.com
           Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
           Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
           Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
           J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
           J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
           chefiling@lw.com;robert.klyman@lw.com
           J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
           dfolds@bakerdonelson.com, sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
           dfolds@bakerdonelson.com, sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
           dfolds@bakerdonelson.com, sparson@bakerdonelson.com
           Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
           jackson.toof@arentfox.com, jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
           Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
           jackson.toof@arentfox.com, jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
           Jaime Manuel Crowe   on behalf of Unknown   Toshiba America Electronic Components, Inc.
           jcrowe@whitecase.com, mco@whitecase.com;jdisanti@whitecase.com
           Jaime Manuel Crowe   on behalf of Unknown   Toshiba Corporation jcrowe@whitecase.com,
           mco@whitecase.com;jdisanti@whitecase.com
           Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
           lbigus@stinson.com
           James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
           James.Newbold@illinois.gov
           James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
           through Brian Hamer, its Director James.Newbold@illinois.gov
           James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
           vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
           James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
           rbailey@atlanticlawgrp.com
           James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
           avis.francis@hklaw.com
           James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
           James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
           kim.smith@sablaw.com
           James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
           kim.smith@sablaw.com
           James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
           cware@vanblacklaw.com
           James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
           ncoton@beankinney.com
           James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
           ncoton@beankinney.com
           James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
           jlombardi@rossbanks.com, acole@rossbanks.com
           James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
           of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
           James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com
           James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
           Inc. jburke@orrick.com
           James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
           James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
           jburke@orrick.com
           James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
           James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
           including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
           James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
           Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
           jamie-konn-5618@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
                  jamie.konn@dlapiper.com,  jamie-konn-5618@ecf.pacerpro.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
              Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
                  admin@meiburgerlaw.com
              Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
                  ecf@krcl.com
              Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
                  ecf@krcl.com
              Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
                  a30156@yahoo.com
              Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
                  a30156@yahoo.com
              Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
                  a30156@yahoo.com
              Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
                  a30156@yahoo.com
              Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@huntonAK.com,
                  tcanada@huntonAK.com
              Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
                  jharbour@huntonAK.com,  tcanada@huntonAK.com
              Jeffrey  Kurtzman   on behalf of Creditor   THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
              Jeffrey  Kurtzman   on behalf of Creditor   Red Rose Commons Associates, L.P.
                  kurtzman@kurtzmansteady.com
              Jeffrey  Kurtzman   on behalf of Creditor   PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
              Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
                  jeff@taxva.com,  tacspc@gmail.com:amanda@taxva.com
              Jeffrey  Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
                  tacspc@gmail.com:amanda@taxva.com
              Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
                  tacspc@gmail.com:amanda@taxva.com
              Jeffrey A. Krieger   on behalf of Creditor   Southwinds. Ltd. jkrieger@greenbergglusker.com,
                  calendar@greenbergglusker.com
              Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
                  Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
              Jeffrey I. Snyder   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
                  jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
                  Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
                  Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
                  Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
                  jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
                  jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
                  Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
                  eservice@bilzin.com:lflores@bilzin.com
              Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
                  dwineinger@taftlaw.com:ecfclerk@taftlaw.com
              Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
                  dwineinger@taftlaw.com:ecfclerk@taftlaw.com
              Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America
                  Jeffrey.tarkenton@wbd-us.com,
                  karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
                  .com:njohnson@spectorjohnson.com
              Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
                  karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
                  .com:njohnson@spectorjohnson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jeffrey L. Tarkenton   on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Defendant    New York Times Distribution Corporation
              jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Defendant    The Insurance Company of the State of
              Pennsylvania jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Defendant    New York Times Distribution Corp.
              jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Creditor    Gateway, Inc. Jeffrey.tarkenton@wbd-us.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Creditor    Acer American Holdings Corp.
              Jeffrey.tarkenton@wbd-us.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey L. Tarkenton   on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
              .com;njohnson@spectorjohnson.com
             Jeffrey M. Sherman   on behalf of Creditor     Central Investments, LLC jeffreymsherman@gmail.com,
              elmoyer99@gmail.com
             Jeffrey N. Pomerantz   on behalf of Creditor Committee    Official Committee of Unsecured
              Creditors jpomerantz@pszjlaw.com
             Jenelle Marie Dennis   on behalf of Creditor    Manteca Stadium Park, L.P.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Sweetwater Associates, L.P.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Federal Realty Investment Trust
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    GMS Golden Valley Ranch, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    The Morris Companies Affiliates
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Laguna Gateway Phase 2, LP
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Prudential Insurance Company of America
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
              pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Foursquare Properties Inc.
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Point West Plaza II Investors
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Bear Valley Road Partners LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Cousins Properties Incorporated
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Eagleridge Associates, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com
             Jenelle Marie Dennis   on behalf of Creditor    Torrance Towne Center Associates, LLC
              dennisj@ballardspahr.com,  pollack@ballardspahr.com

District/off: 0422-7          User: garyl          Page 20 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jenelle Marie Dennis   on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
     pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    Portland Investment Company of America
     dennisj@ballardspahr.com,  pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
     pollack@ballardspahr.com
Jenelle Marie Dennis   on behalf of Creditor    KNP dennisj@ballardspahr.com,
     pollack@ballardspahr.com
Jennifer Langan   on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
Jennifer Ellis Lattimore   on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
Jennifer Ellis Lattimore   on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
Jennifer J. West   on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Coca-Cola Bottling Company Consolidated
     jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Defendant    Coca Cola Bottling Co. Consolidated
     jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    South Carolina Electric & Gas Company and Public
     Service of North Carolina jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
     jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
     Enterprises Inc. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer J. West   on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
     rchappell@spottsfain.com;tmoore@spottsfain.com:eanderson@spottsfain.com;jdonaldson@spottsfain.com
     :mhalverson@spottsfain.com;nmccullagh@spottsfain.com
Jennifer Larkin Kneeland   on behalf of Defendant    Rainbow Advertising Sales Corporation
     jkneeland@wattieder.com
Jennifer Larkin Kneeland   on behalf of Defendant    AMC jkneeland@wattieder.com
Jennifer Larkin Kneeland   on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
     jkneeland@wattieder.com
Jennifer Larkin Kneeland   on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
     jkneeland@wattieder.com
Jennifer McLain McLemore   on behalf of Creditor    Tanglewood Park, LLC
     jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor    Portland Investment Company of America
     jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Defendant    Swiff-Train Company
     jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
     jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Defendant    Vonwin Capital Management, L.P.
     jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HQ Limited
                Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
                Bee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware Limited Partnership
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LP
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Interested Party   Miami Herald
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Robyn N. Davis jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Charlotte (Archdale) UY, LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Tacoma News, Inc. jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
                Inland Pacific Property Services LLC) jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
                for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
                Services, a division of PNC Bank, National Association, in i jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
                Observer, aka The Charlotte Observer Publishing Company jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@williamsmullen.com,
                avaughn@williamsmullen.com;jmclemore76@gmail.com
             Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
                jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com

```
District/off: 0422-7          User: garyl              Page 22 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
           Carlson Marketing Group, Inc. jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
           Southwest Management LLC) jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Generation One and Two, LP
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners Development, Inc.
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Sugar Land Colony Liimted
           Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald-Leader
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   GC Acquisition Corp.
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lake Worth Towne Crossing
           Limited Partnership jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor Alexander H Bobinski
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
           Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
           Capital Management, LP jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Capital Centre LLC
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Parker Central Plaza, Ltd.
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Washington Commons Associates
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southeast Darien
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Mount Berry Square, LLC
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management,  Inc.
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   N.P. Huntsville Limited Liability Company
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Traverse City, L.L.C.
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company d/b/a The Kansas City
           Star jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Spirit Delivery and Distribution Services,
           Inc. jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Prudential Insurance Company of America
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   KNP jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   CC Properties LLC jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Transferee   412 South Broadway Realty LLC
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western College Station Gateway Limited
           Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Nashville Electric Service
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Brighton Commerical, L.L.C.
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   Sacramento Bee
           jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
```

District/off: 0422-7          User: garyl              Page 23 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
            d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
            Electronics, Philips Norelco and Philips Lighting Company jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
            American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
            Inland Continental Property Management Corp., and Inland Commerc jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
            Cameron Bayonne, LLC) jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
            Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
            News, aka The Sun News jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
            Center) jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC
            jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com

District/off: 0422-7        User: garyl              Page 24 of 58         Date Rcvd: Jul 15, 2019
                           Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Creditor    EklecCo NewCo, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    De Rito Partners jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    La Habra Imperial, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Rolling Acres Plaza Shopping Center
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party    Jeff Leopold
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Foursquare Properties Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    McClatchy Company jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    The Leben Family Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant    Hamilton Beach Brands, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Cohab Realty, LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    EEL McKee LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Plaintiff    CC-Investors 1995-6
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party    San Luis Obispo Tribune
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    CHK, LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Computer Resource Team, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Bizport, Ltd. jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    T & T Enterprises jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Generation H One and Two Limited Partnership
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Swanblossom Investments, LP
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant    Lexington Herald Leader
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Transferor    Manufactures and Traders Trust Company, as
          Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Southlake Corners Limited
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Westgate Village, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    M.I.A. Brookhaven, LLC
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    International Speedway Square, Ltd.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor    Lexmark International, Inc.
          jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com

District/off: 0422-7          User: garyl          Page 25 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

         Jennifer McLain McLemore   on behalf of Defendant    Media General Operations, Inc.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Landover (Landover Crossing), LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Columbia State jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Interested Party    James H. Wimmer, Jr., personally
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
           Management LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Interested Party    Fresno Bee
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
           Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
           acting by and through Midland Loan Services, a division of PNC Bank jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Roth Tanglewood, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Memorial Square 1031, L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland Pacific Property Services LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Catellus Operating Limited Partnership
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    The West Campus Square Company, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland Commercial Property Management, Inc.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1 jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Crossgates Commons NewCo, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Interested Party    Lexington Herald-Leader
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland US Management LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Kite Coral Springs, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Sangertown Square, L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Transferor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
           Luckoff Land Company, LLC as tenants in common jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association, f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland Southwest Darien, L.L.C.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Defendant    Tacoma News, Inc.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland Continental Property Management Corp.
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Rancon Realty Fund IV
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Inland American Retail Management LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Argyle Forest Retail I, LLC
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association, a
           nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
           acting by and through Midland Loan Services, a division of PNC Ban jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    KRG Market Street Village, LP
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
         Jennifer McLain McLemore   on behalf of Creditor    Cousins Properties Incorporated
           jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
            Obispo County Tribune jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Galleria Alpha Plaza, Ltd.
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Keene Monadnock, L.L.C.
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   The Macerich Company
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Acadia Realty Limited Partnership
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   Manufacturers & Traders Trust Company,
            as Trustee jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Farms
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Fishers Station Development Co.
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   North Jersey Media Group Inc.
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village Tennessee, GP
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossroads Shopping Center
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Warner Home Video jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Bella Terra Associates, LLC
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Merge Computer Group, Inc.
            jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
            Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@hinckleyallen.com,
            calirm@haslaw.com
          Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawa.com,
            tjones@bklawa.com;mnoble@bklawa.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
          Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com,
            csucic@fgllp.com;csmith@fgllp.com
          Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
            jeremy@friedberg.legal,   ecf@friedberg.legal
          Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
            jeremy@friedberg.legal,   ecf@friedberg.legal
          Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy@friedberg.legal,
            ecf@friedberg.legal
          Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   Joe  Evans jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
            jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
            lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
          Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
            jmartin@weststarmortgage.com
          Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
            jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
          Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
          Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
          Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
            Corp. jerryhall10@hotmail.com
          Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
          Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
          Jesse N. Silverman   on behalf of Creditor   KNP jsilverman@dilworthlaw.com,
            kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Prudential Insurance Company of America
            jsilverman@dilworthlaw.com,   kmalenki@dilworthlaw.com
          Jesse N. Silverman   on behalf of Creditor   Foursquare Properties, Inc.
            jsilverman@dilworthlaw.com,   kmalenki@dilworthlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jesse N. Silverman   on behalf of Creditor   The Macerich Company jsilverman@dilworthlaw.com,
                kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   Watt Management Company jsilverman@dilworthlaw.com,
                kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   Eagleridge Associates, LLC
                jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   RREEF Management Company jsilverman@dilworthlaw.com,
                kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
                L.L.C. jsilverman@dilworthlaw.com,  kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   Torrance Towne Center Associates, LLC
                jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   Comcast Cable Communications, LLC
                jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   Cousins Properties Incorporated
                jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor   Portland Investment Company of America
                jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
                swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
                jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
                jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
              Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
                swells@seyfarth.com;wdcdocketing@seyfarth.com
              Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
              Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
                jsaronson@ridberglaw.com
              Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
              Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
              John B. Raftery   on behalf of Defendant   Utopian Software Concepts, Inc., dba Alterthought
                jraftery@offitkurman.com
              John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
                Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
              John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
                Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
              John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
                sryan@sandsanderson.com
              John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
                sryan@sandsanderson.com
              John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
                jfiero@pszjlaw.com
              John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd.
                jmcintyre@mcintyrestein.com,
                wedwards@mcintyrestein.com;jhill@mcintyrestein.com:aarbuckle@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@mcintyrestein.com,
                wedwards@mcintyrestein.com;jhill@mcintyrestein.com:aarbuckle@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@mcintyrestein.com,
                wedwards@mcintyrestein.com;jhill@mcintyrestein.com:aarbuckle@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
                jmcintyre@mcintyrestein.com,
                wedwards@mcintyrestein.com;jhill@mcintyrestein.com:aarbuckle@wmlawgroup.com
              John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
                wedwards@mcintyrestein.com;jhill@mcintyrestein.com:aarbuckle@wmlawgroup.com
              John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
                jmcintyre@mcintyrestein.com,
                wedwards@mcintyrestein.com;jhill@mcintyrestein.com:aarbuckle@wmlawgroup.com
              John Darren Sadler   on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
                andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   CWCapital Asset Management LLC
                sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
                andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
                Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Battlefield FE Limited Partners
                sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   Federal Realty Investment Trust
                sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
              John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
                andersonn@ballardspahr.com
              John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
                pjf@carmodymacdonald.com
              John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
              John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
                lucian@blankrome.com

District/off: 0422-7          User: garyl          Page 28 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
          jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
          kinscoie.com
          John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
          Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
          Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
          johncraigg@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
            johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
            russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
            Refrigeration jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
            jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@linowes-law.com,
            jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc.
            jfarnum@linowes-law.com,   jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
            kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
            jtcain@mintz.com,   kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
            Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins   USTPRegion04.RH.ECF@usdoj.gov
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
            quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
            quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
            harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
            harvell@seeger-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
              quagliano@seeger-law.com,  harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
              Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
              quagliano@seeger-law.com,  harvell@seeger-law.com
              Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P. Julie@bindermalter.com
              Julie H. Rome-Banks   on behalf of Creditor    Envision Peripherals,Inc Julie@bindermalter.com
              Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P Julie@bindermalter.com
              Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@huntonAK.com,
              tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@huntonAK.com,
              tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@huntonAK.com,
              tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@huntonAK.com,
              tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@huntonAK.com,  tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
              Inc. jpaget@huntonAK.com,  tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
              Liberate Your Brand  jpaget@huntonAK.com,  tcanada@huntonAK.com
              Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
              kmiller@wileyrein.com,  rours@wileyrein.com
              Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
              kmiller@wileyrein.com,  rours@wileyrein.com
              Kan C. Farand   on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
              Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.
              com
              Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
              jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.
              com
              Ken  Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
              Ken.Coleman@allenovery.com
              Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
              Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC rhoadken@gmail.com
              Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
              County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
              District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
              klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
              Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
              Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
              District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
              District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
              Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
              Kevin J. Funk   on behalf of Creditor    Joanne  Eisner kfunk@dagglaw.com,
              bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@dagglaw.com,
              bmcmillen@durrettecrump.com
              Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@dagglaw.com,  bmcmillen@durrettecrump.com
              Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
              Kevin M. Newman   on behalf of Creditor    Cameron Bayonne, LLC knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
              Kevin M. Newman   on behalf of Creditor    NBT Bank, N.A. knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
              Kevin M. Newman   on behalf of Creditor    Carousel Center Company, L.P. knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
              Kevin M. Newman   on behalf of Creditor    Mount Berry Square, LLC knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
              Kevin M. Newman   on behalf of Creditor    Sangertown Square, L.L.C. knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com

```
District/off: 0422-7          User: garyl              Page 31 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC
            knewman@barclaydamon.com, kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
            krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
            khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
            sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
            kimberly.pierro@kutakrock.com,
            sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
            @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
            kimberly.pierro@kutakrock.com,
            sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
            @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
            LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
            for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
            kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
            LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
            1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
            pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
            ve.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com,
            berkhimerkr66555@notify.bestcase.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hirschlerlaw.com,
            ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC
            kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
            KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP
            lkatz@hirschlerlaw.com, mdillard@hirschlerlaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com,
           joette@rgblawfirm.com
          Lawrence J. Hilton    on behalf of Creditor    TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
           info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
          Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
           lkouts@magruderpc.com,  mcook@magruderpc.com
          Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
          Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
           regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
          Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
          Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
           nkatzen@reedsmith.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
           Partnership lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
           of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
           lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Lisa Hudson Kim   on behalf of Creditor     Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     E&A Northeast Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     Baker Natick Promenade LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     Vornado Gun Hill Road, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     Valley Corners Shopping Center, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Movant      Colonial Heights Holdings, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Creditor     BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
             Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
               lhamiel@siwpc.com
             Loc  Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
               karen.thornton@kutakrock.com
             Loc  Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
               loc.pfeiffer@kutakrock.com,  karen.thornton@kutakrock.com
             Louis E. Dolan, Jr.   on behalf of Defendant    California Self-Insurers Security Fund
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
             Louis E. Dolan, Jr.   on behalf of Creditor    Greystone Data Systems, Inc.
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
             Louis E. Dolan, Jr.   on behalf of Plaintiff    Greystone Data Systems, Inc.
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
             Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
             Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
             Louis E. Dolan, Jr.   on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
             Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
             Lucy L. Thomson    lthomson2@csc.com
             Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
             Lyndel Anne Vargas   on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
               chps.ecfnotices@gmail.com
             Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
             Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
             Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
             Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
             Lynn L. Tavenner   on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

District/off: 0422-7          User: garyl              Page 34 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
            of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
            holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1 LYCOMING MALL CIRCLE LIMITED
            PARTNERSHIP marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
            marksherrill@eversheds-sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
                    Liability Company marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
                    Partnership marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
                    Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
                    Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
                    marksherrill@eversheds-sutherland.com
             Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
                    marksherrill@eversheds-sutherland.com
             Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
                    Interactive, Inc. mtaylor@vlplawgroup.com
             Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC mtaylor@vlplawgroup.com
             Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
             Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
                    State of Texas, and Greg Abbott, as Attorney General of the State of Texas
                    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
             Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
                    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
             Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
                    Workforce Commission bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
             Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
             Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
             Mark J. Friedman   on behalf of Creditor   Creative Labs, Inc. mark.friedman@dlapiper.com
             Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
             Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
                    mark.friedman@dlapiper.com
             Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
             Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
                    mark@taxva.com, amanda@taxva.com
             Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
                    amanda@taxva.com
             Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
                    dian.gwinnup@haynesboone.com
             Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
                    mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
             Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
                    martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
                    martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
                    martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
                    martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
             Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
             Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
                    martin.brown@lawokc.com
             Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
             Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
                    molden@mhalaw.com, akauba@mhalaw.com
             Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
                    lexbankruptcy@wyattfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Matthew  Righetti  on behalf of Creditor Jonathan  Card matt@righettilaw.com,
              kelly@righettilaw.com
            Matthew  Righetti  on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
              kelly@righettilaw.com
            Matthew  Righetti  on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
              kelly@righettilaw.com
            Matthew  Righetti  on behalf of Creditor Jonthan  Card matt@righettilaw.com,
              kelly@righettilaw.com
            Matthew  Righetti  on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
              kelly@righettilaw.com
            Matthew A. Gold  on behalf of Creditor  Argo Partners courts@argopartners.net
            Matthew E. Hoffman  on behalf of Creditor  Principal Life Insurance Company
              mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
            Matthew E. Hoffman  on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
              lltaylor@duanemorris.com;lstopol@levystopol.com
            Matthew J. Ellis  on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
            Matthew V. Spero  on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
            Melissa S. Hayward  on behalf of Creditor  Parago, Inc. mhayward@lockelord.com
            Melissa S. Hayward  on behalf of Creditor  Home Depot USA, Inc. mhayward@lockelord.com
            Meredith Linn Yoder  on behalf of Creditor  Edwin Watts Golf Shops, LLC
              myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
            Meredith Linn Yoder  on behalf of Creditor  MDS Realty II, LLC myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
            Michael  Reed  on behalf of Creditor  City of Midland et al othercourts@mvbalaw.com
            Michael  Reed  on behalf of Creditor  City of Waco et al othercourts@mvbalaw.com
            Michael  Reed  on behalf of Creditor  Tax Appraisal District of Bell County et al
              othercourts@mvbalaw.com
            Michael  Reed  on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
            Michael A. Condyles  on behalf of Creditor  Cole CC Taunton MA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Chase Bank USA, National Association
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Magna Trust Company, Trustee
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Interested Party   Epson America, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Cole CC Kennesaw GA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   KSK Scottsdale Mall LP
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Schottenstein Property Group, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Cole CC Mesquite TX, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   CBL & Associates Management, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   The Shoppes of Beavercreek Ltd.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Cole CC Aurora CO, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Jubilee-Springdale, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Sony Electronics, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   JP Morgan Chase & Co.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
              Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   The Landing at Arbor Place II, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Cole Capital Partners, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Condyles  on behalf of Creditor   Hickory Ridge Pavilion LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
            Michael A. Stover  on behalf of Defendant   Safeco Insurance Company of America
              mstover@wcslaw.com,  whopkins@wcslaw.com
            Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
              mcrowley@asm-law.com

District/off: 0422-7          User: garyl              Page 37 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
            mcrowley@asm-law.com.
          Michael D. Mueller   on behalf of Defendant    Mad Catz, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    CHK, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Whitestone Development Partners, L.P.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
            Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant    U.S. Luggage, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    CC-Investors 1995-6 mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Rancon Realty Fund IV mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Inland Continental Property Management Corp.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant    Saitek Industries Ltd. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Catellus Operating Limited Partnership
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Inland Commercial Property Management,  Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Plaintiff    CC-Investors 1995-6 mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Warner Home Video mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    James H. Wimmer, Jr., personally
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Sennheisser Electronic Corp.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Robyn N. Davis mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Lawrence W. Fay mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant    North American Roofing Services, Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Team Retail Westbank, Ltd.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Inland Southwest Management LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Giant Eagle, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
            III, LLC as tenants in common mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Inland US Management LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Concar Enterprises, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    SEA Properties I, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Inland American Retail Management LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Cermak Plaza Associates, LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Inland Pacific Property Services LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Kimco Realty Corporation mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    Union Square Retail Trust
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant    Honeywell International Inc. dba ADI
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    La Habra Imperial, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor    P/A Acadia Pelham Manor, LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
          Entertainment, Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated
          mmueller@williamsmullen.com, avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
          America mmueller@williamsmullen.com, avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
          mmueller@williamsmullen.com, avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
          mmueller@williamsmullen.com, avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership
          mmueller@williamsmullen.com, avaughn@williamsmullen.com
          Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
          mmueller@williamsmullen.com, avaughn@williamsmullen.com
          Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
          twhitt@wtplaw.com
          Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
          Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
          mjogrady@fbtlaw.com
          Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
          Mall mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
          mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
          dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
          mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
          mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
          Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
          Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min  Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Mitchell B. Weitzman    on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
Mitchell B. Weitzman    on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
Mitchell B. Weitzman    on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com, swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
Nancy F. Loftus    on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
Nathan Jones    on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan Jones    on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan Jones    on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery V, LP heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
Nathan Jones    on behalf of Creditor    US Debt Recovery III, LP heather@usdrllc.com
Neil E. McCullagh    on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery IV LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Interested Party    Marblegate Asset Management nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor    United States Debt Recovery, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood & Rutherford LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor    Dentici Family Limited Partnership nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor    Pintar Investment Properties TX, LLC nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Defendant    Cleveland Construction, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, L.P. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com
Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com, eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehornsby@spottsfain.com

District/off: 0422-7          User: garyl              Page 40 of 58           Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
               Engineering nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
               Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
               LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   Dudley Mitchell Properties TX, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   Bagby Electric of Virginia, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   Panattoni Construction Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
               LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery III, LP
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
               Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   Techcraft Manufacturing, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   Cleveland Construction, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com
          Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com, mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov, jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor    Hillsborough County, FL matt@godwinjonesandprice.com
          P. Matthew Roberts   on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          matt@godwinjonesandprice.com
          Patrick M. Birney   on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          ctrivigno@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC paul.curley@sixeastlaw.com
          Paul McCourt Curley   on behalf of Creditor    Jon C. Geith paul.curley@sixeastlaw.com
          Paul McCourt Curley   on behalf of Creditor    Laurie Lambert-Gaffney paul.curley@sixeastlaw.com
          Paul Michael Schrader   on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com

District/off: 0422-7          User: garyl          Page 42 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Export Development Canada
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
          East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
          Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98 L.L.C.; CC Ridgeland 98,
          L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
          pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: garyl          Page 43 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Stillwater Designs and Audio, Inc.
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Torrington Tripletts, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Brevard County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
           Administration peter.roth@DRA.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
           pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com

District/off: 0422-7          User: garyl              Page 44 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
              Peter J. Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett   on behalf of Defendant   SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
                LOAN FUNDING, LLC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
                pcarney@whitecase.com,  hletourneau@whitecase.com
              Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
                ppearl@sandsanderson.com,  scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
                ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
                ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
              Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
                john.leininger@bryancave.com
              Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
                john.leininger@bryancave.com
              Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
                john.leininger@bryancave.com
              R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
              Rafael X. Zahralddin-Aravena   on behalf of Creditor   Symantec Corp rxza@elliottgreenleaf.com

District/off: 0422-7          User: garyl          Page 45 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
              Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
               raypri24@hotmail.com
              Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
               C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
              Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
              Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
               Association rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
              Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
               rgirgado@counsel.lacounty.gov
              Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
              Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
               kimi.odonnell@hklaw.com
              Richard F. Stein    on behalf of Creditor    Internal Revenue Service
               richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
              Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation rhutson@fftlaw.com,
               lramsey@fftlaw.com
              Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
              Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
              Richard Thomas Pledger    on behalf of Defendant    Safeco Insurance Company of America
               rpledger@wcslaw.com,  wcabell@wcslaw.com
              Richard Thomas Pledger    on  behalf of Counter-Claimant    Safeco Insurance Company of America
               rpledger@wcslaw.com,  wcabell@wcslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Richard Thomas Pledger   on behalf of 3rd Party Plaintiff   Safeco Insurance Company of America
              rpledger@wcslaw.com,  wcabell@wcslaw.com
              Robert Asperger   on behalf of 3rd Pty Defendant    STATE OF CALIFORNIA bob.asperger@doj.ca.gov,
              nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov
              Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
              Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
              Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com;
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
              Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bankruptcy@hillrainey.com,
              kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
              om
              Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
              bankruptcy@hillrainey.com,
              kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
              om
              Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers bankruptcy@hillrainey.com,
              kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
              om
              Robert B. Van Arsdale   on behalf of U.S. Trustee John P. Fitzgerald
              Robert.B.Van.Arsdale@usdoj.gov
              Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
              Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
              of Revenue redmundson@attorneygeneral.gov
              Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
              robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
              Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
              Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
              rclark@douglas.co.us
              Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com
              Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
              rscully@stites.com,  docketclerkalex@stites.com
              Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
              rfm@kanejeffries.com,  rmoorman@moormanlaw.com
              Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
              Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
              Robert J.E. Edwards   on behalf of Unknown   KeyBank National Association redwards@polsinelli.com,
              tbackus@polsinelli.com
              Robert J.E. Edwards   on behalf of Creditor   U.S Bank National Association as Trustee
              redwards@polsinelli.com,  tbackus@polsinelli.com
              Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
              Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
              rminkoff@cedargladecapital.com
              Robert Kenneth Minkoff   on behalf of Creditor   Collective Media rminkoff@cedargladecapital.com
              Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
              Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Developers Diversified Realty Corporation
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Jones Lang LaSalle Americas, Inc.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   AAC Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane   on behalf of Creditor   Regency Centers, L.P. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com

District/off: 0422-7          User: garyl              Page 47 of 58           Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,   rmmarinol@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,   rmmarinol@aol.com
          Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES CUSTOM SERVICE
          Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert P. McIntosh    on behalf of 3rd Pty Defendant    United States of America, Department of
          Homeland Security, Customs and Border Protection Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,   karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com,   rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com,   rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com,   rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,   rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com

District/off: 0422-7          User: garyl          Page 48 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Old Republic Insurance Company
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrillville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Rodney F. Page    on behalf of Creditor    Wells Fargo Bank, N.A. rfpage@bclplaw.com
          Rodney F. Page    on behalf of Creditor    Bank of America, N.A. rfpage@bclplaw.com
          Rodney F. Page    on behalf of Creditor    Berkadia Commercial Mortgage LLC rfpage@bclplaw.com
          Ron C. Bingham, II    on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page, Jr.    on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Attorney    Ronald Page, PLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.    on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          r59927@notify.bestcase.com

District/off: 0422-7          User: garyl          Page 49 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9       Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
               bankruptcy@simon.com
              Roy M. Terry, Jr.  on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Roy M. Terry, Jr.  on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Russell R. Johnson, III  on behalf of Creditor   Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III  on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com
              Ryan C. Day   on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
              S. James Wallace   on behalf of Creditor   Barnes & Powers North, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. James Wallace   on behalf of Creditor   Equitable Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com
              Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
               sboehm@mcguirewoods.com
              Satchidananda Mims   smims21@hotmail.com
              Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
               mdowns@vanblk.com
              Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
               sfranklin@vanblk.com,  mdowns@vanblk.com
              Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   502-12 86th Street LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Kaz, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Starco, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   RTS Marketing, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Howland Commons Partnership, an Ohio gen
               partnership dba Howland Commons sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Huntington Mall Company sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Spring Hill Development Partners, GP
               sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
               Mall sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Defendant   Horizon Technology, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Basile Limited Liability Company
               sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   United States Debt Recovery, LLC
               sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz   on behalf of Creditor   Kentucky Oaks Mall Company sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7          User: garyl               Page 50 of 58           Date Rcvd: Jul 15, 2019
                             Form ID: pdford9           Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
        sdelacruz@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
        rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
        rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
        sdelacruz@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
        sdelacruz@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
        rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
        sdelacruz@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
        sdelacruz@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
        rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
        rmcburney@hf-law.com;rmcburney67@gmail.com
    Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
    Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
    Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
    Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
        stan.salus@akerman.com,
        crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
    Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
        smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
        Industrial Division smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com
    Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
        smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
        smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
        smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
        Company smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
        smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
        smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
        Distributors, Inc. smilo@wawlaw.com,
        jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
    Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
    Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@offitkurman.com,
        mmargulies@offitkurman.com
    Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hirschlerlaw.com,
        ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
    Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
        sleach@hirschlerlaw.com,    ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
    Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
        Murphys@dor.state.ma.us
    Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
        skgallagher@venable.com,    MFVanLingham@Venable.com;lrheitger@venable.com
    Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
    Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
    Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
    Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
        steveng@cohenbaldinger.com
    Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com

District/off: 0422-7          User: garyl          Page 51 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
           Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
           Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
           Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
           Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
           steveng@cohenbaldinger.com
           Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
           Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
           Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
           Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
           Hartman 1995 Ohio Property steven@tiffanylawfirm.com
           Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
           steven@tiffanylawfirm.com
           Steven L. Brown    on behalf of Defendant    Construct, Inc. steven@tiffanylawfirm.com
           Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation
           steven@tiffanylawfirm.com
           Steven L. Brown    on behalf of Creditor    The Columbus Dispatch steven@tiffanylawfirm.com
           Steven L. Brown    on behalf of Creditor    Construct, Inc. steven@tiffanylawfirm.com
           Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
           tannweiler@greerherz.com
           Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@huntonak.com,
           amckenzie@huntonak.com
           Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@huntonak.com,
           amckenzie@huntonak.com
           Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
           Thaddeus D. Wilson    on behalf of Creditor    Mitsubishi Electronics America, Inc.
           thadwilson@kslaw.com,  pwhite@kslaw.com
           Thomas A. Schultz, Jr.    on behalf of Creditor    City of Novi, MIchigan tschultzlaw@gmail.com
           Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
           Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
           tmurphy@dclawfirm.com,
           xrgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
           Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
           dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
           Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
           Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
           Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
           Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
           thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
           Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
           alexis.makell@hklaw.com
           Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
           smedsa@gtlaw.com
           Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
           Thomas Joseph Moran    on behalf of Defendant    Safeco Insurance Company of America
           tmoran@wcslaw.com,  wcabell@wcslaw.com
           Thomas Joseph Moran    on behalf of Creditor    Safeco Insurance Company of America
           tmoran@wcslaw.com,  wcabell@wcslaw.com
           Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
           tomjam2003@yahoo.com
           Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
           tjamerson@hunton.com,  tomjam2003@yahoo.com
           Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
           Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
           tboyd@offitkurman.com
           Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
           tboyd@offitkurman.com
           Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
           trepczynski@offitkurman.com,  tboyd@offitkurman.com
           Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
           trepczynski@offitkurman.com,  tboyd@offitkurman.com
           Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com,  tboyd@offitkurman.com
           Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
           Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
           Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
           Timothy Francis Brown    on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
           Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
           Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
           Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinson.com,
           porsche.barnes@stinson.com
           Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tracey.ohm@stinson.com,
           porsche.barnes@stinson.com
           Troy  Savenko    on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Troy   Savenko   on behalf of Movant    PlumChoice, Inc. tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
              tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
              Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
              Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
              situated tsavenko@kv-legal.com
              Troy   Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
              tsavenko@kv-legal.com
              Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
              tyson.johnson@bryancave.com
              Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
              val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
              val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
              val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
              robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
              Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
              reardonv@michigan.gov, jacksonst@michigan.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
              victoria.garry@ohioattorneygeneral.gov
              Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
              victoria.garry@ohioattorneygeneral.gov
              Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
              walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
              Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
              LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
              and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
              ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
              jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
              Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
              Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
              wroenker@cityofchesapeake.net
              William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
              wheuer@duanemorris.com
              William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
              wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
              wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
              William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
              aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
              ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
              Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
              aburnett@williamsmullen.com, ddillon@williamsmullen.com

District/off: 0422-7          User: garyl              Page 53 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9         Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    American National Insurance Company
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C.
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
                   TV aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Eon Communications Corporation
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
                   aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
                   GMAC Global Relocation Services, LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
                   ddillon@williamsmullen.com
              William A. Gray    on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
                   sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
                   sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
                   sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
                   sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Alexander's Rego Park Center, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
          Distribution Company, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Michael E. Foss bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: garyl              Page 55 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    BevCon I, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Chatham County Tax Commissioner bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lee County Tax Collector bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Interstate Augusta Properties LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Mid-American Insulation, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    NPP Development LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Hillson Electric Incorporated bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    DeSoto County, Mississippi bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BBP-Muncy LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BPP-OH LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Towson VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    North Plainfield VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    McCorkendale Construction bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BPP-NY LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    DEV Limited Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: garyl          Page 56 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar International Trading Company
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-SC LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Sensormatic Electronic Corporation
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Monument Consulting, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Construction Testing and Engineering, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Baker Natick Promenade LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Wayne VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: garyl            Page 57 of 58           Date Rcvd: Jul 15, 2019
                             Form ID: pdford9        Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray   on behalf of Creditor   Star Universal, LLC bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray   on behalf of Creditor   BPP-Redding LLC bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray   on behalf of Creditor   North Bergen Tonnelle Plaza, LLC
       bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray   on behalf of Defendant   The Oklahoma Publishing Company
       bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray   on behalf of Creditor   E&A Northeast Limited Partnership
       bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray   on behalf of Defendant   Fourstar Group Inc. bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray   on behalf of Creditor   Denon Electronics bgray@sandsanderson.com,
       sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Wood, III   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
       Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
       chris.tillmanns@bgllp.com
     William A. Wood, III   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
       trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
     William A. Wood, III   on behalf of Creditor   Raymond & Main Retail, LLC trey.wood@bgllp.com,
       chris.tillmanns@bgllp.com
     William B. Cave   on behalf of Creditor   P.R. Mechanical, Inc. wcave@hophabcave.com
     William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
     William Daniel Prince, IV   on behalf of Defendant   International Business Machines Corporation
       wprince@t-mlaw.com,  jseay@t-mlaw.com
     William Daniel Prince, IV   on behalf of Defendant   R. G. Brinkmann Company d/b/a Brinkmann
       Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
     William Daniel Prince, IV   on behalf of Defendant   IBM Credit, LLC wprince@t-mlaw.com,
       jseay@t-mlaw.com
     William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
     William Daniel Sullivan   on behalf of Defendant   Pioneer Electronics (USA) Inc.
       dsullivan@butzeltp.com
     William H. Schwarzschild, III   on behalf of Defendant   DIRECTV, Inc. tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   MRV Wanamaker, LC
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant   Hotan Corporation
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant   Datel Design & Development, Inc.
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant   J&J Industries, Inc.
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   National Western Life Insurance Company
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant   Merrill Communications LLC
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   Miami-Dade County Tax Collector
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   DIRECTV, Inc. tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   Dick's Sporting Goods, Inc.
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   Vonage Marketing Inc.
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   Dollar Tree Stores, Inc.
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant   Evening Post Publishing Company, dba The
       Post and Courier tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   LumiSource, Inc.
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   State Board of Equalization
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   SouthPeak Interactive, LLC
       tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor   ION Audio, LLC tschwarz@williamsmullen.com
     Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
       aford@mglspc.com
     Wm. Joseph A. Charboneau   on behalf of Creditor   McAllen ISD jcharboneau@mglspc.com,
       aford@mglspc.com
     Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
       aford@mglspc.com
     Wm. Joseph A. Charboneau   on behalf of Creditor   Placer California jcharboneau@mglspc.com,
       aford@mglspc.com
     Zmarak Khan   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
       zmarak.khan@dlapiper.com

District/off: 0422-7          User: garyl              Page 58 of 58            Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                      TOTAL: 2227