UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

CIRCUIT CITY STORES, INC., *et al.*,

Debtors.

Case No. 08-35653-KRH
Chapter 11
(Jointly Administered)

## ORDER

Upon consideration of the *Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fees Payable to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6) and Memorandum in Support* [ECF No. 14197] (the "Motion to Determine") filed by Alfred H. Siegel (the "Liquidating Trustee"), Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust") and the *United States Trustee's Motion for Summary Judgment on the Motion of the Liquidating Trustee to Determine Extent of Liability for Post-Confirmation Quarterly Fees Payable to the United States Trustee Pursuant to 28 U.S.C. § 1930(a)(6) and Memorandum in Support* [ECF No. 14202] (the "Motion for Summary Judgment") filed by the Office of the United States Trustee (the "U.S. Trustee" and, together with the Liquidating Trustee, the "Parties"); the Court having reviewed the Parties' pleadings and having considered the arguments of counsel at the hearing conducted on June 12, 2019; after due deliberation on the record herein; and for the reasons set forth in the accompanying memorandum opinion entered substantially contemporaneously herewith, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1.    The Motion for Summary Judgment is **DENIED**.

2.    The Motion to Determine is converted to a complaint (the "Complaint").

1

3.    The Clerk of the Court shall open an adversary proceeding (the "Adversary Proceeding"), styled as *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. John P. Fitzgerald, Acting United States Trustee for Region Four*.

4.    The Clerk of the Court shall assign the Adversary Proceeding the next available adversary proceeding number.

5.    The Clerk shall docket the Motion to Determine as the Complaint in the Adversary Proceeding.

6.    The filing fee for the Adversary Proceeding is hereby **WAIVED**.

7.    All relevant filings in Case No. 08-35653-KRH prior to the entry of this Order shall be deemed docketed in the Adversary Proceeding.  Any future pleadings relating to the Complaint shall be filed in the Adversary Proceeding.  In light of the foregoing, the Clerk shall not issue a summons in the Adversary Proceeding.

8.    The Clerk shall docket a copy of this Order and the accompanying Memorandum Opinion in Case No. 08-35653-KRH and in the Adversary Proceeding.

9.    The relief requested in the Complaint is **GRANTED**.

10.    The quarterly fees due and payable by the Liquidating Trust since January 1, 2018 shall be determined based on the fee schedule set forth in the prior version of 28 U.S.C. § 1930(a)(6) effective on September 30, 2017.   As to payments previously made by the Liquidating Trustee to the U.S. Trustee, the rights and defenses of both Parties are reserved.

DATED:    _____July 15, 2019_____          _____/s/ Kevin R. Huennekens_____
                                                                                UNITED STATES BANKRUPTCY JUDGE


                                                                                ENTERED ON DOCKET:
                                                                                July 15 2019


2

**Copies to:**

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**David N. Tabakin**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Richard M. Pachulski**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

**Andrew W. Caine**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

**Ramona D. Elliot**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530

**P. Matthew Sutko**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530

**Beth A. Levene**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530

**Wendy Cox**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530

**Sumi Sakata**
Department of Justice
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530

**John P. Fitzgerald, III**
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Robert B. Van Arsdale**
Department of Justice
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**United States of America**
**c/o Lee J. Lofthus**
Assistant A.G. for Administration
950 Pennsylvania Ave., NW, Rm. 1111
Washington, DC 20530

**United States of America**
**c/o William P. Barr**
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

**United States of America**
**c/o G. Zachary Terwilliger, Esquire**
2100 Jamieson Avenue
Alexandria, VA 22314

3

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
           Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: garyl            Page 1 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
            +Andrew W. Caine,    Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Blvd.,
              Los Angeles, CA 90067-4003
            +Beth A Levene,    Department of Justice,    Executive Office for United States Trust,
              441 G Street, N.W., Suite 6150,   Washington, DC 20530-0001
            +John P. Fitzgerald, III,    Department of Justice,    Office of the United States Trustee,
              701 East Broad Street, Suite 4304,   Richmond, VA 23219-1885
            +P. Matthew Sutko,    Department of Justice,    Executive Office for United States Trust,
              441 G Street, N.W., Suite 6150,   Washington, DC 20530-0001
            +Ramona D. Elliot,    Department of Justice,    Executive Office for United States Trust,
              441 G Street, N.W., Suite 6150,   Washington, DC 20530-0001
            +Richard M. Pachulski,    Pachulski Stang Ziehl & Jones LLP,    10100 Santa Monica Blvd.,
              Los Angeles, CA 90067-4003
            +Sumi Sakata,    Department of Justice,    Executive Office for United States Trust,
              441 G Street, N.W., Suite 6150,   Washington, DC 20530-0001
            +United States of America,    C/O Lee J. Lofthus,   Assistance A.G. for Administration,
              950 Pennsylvania Ave., NW, Rm. 1111,   Washington, DC 20530-0009
            +United States of America,    c/o G. Zachary Terwilliger, Esquire,    2100 Jamieson Avenue,
              Alexandria, VA 22314-5794
            +Wendy Cox,    Department of Justice,    Executive Office for United States Trust,
              441 G Street, N.W., Suite 6150,   Washington, DC 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
             E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jul 16 2019 04:08:55     Robert B. Van Arsdale,
              Department of Justice,    Office of the United States Trustee,
              701 East Broad Street, Suite 4304,   Richmnond, VA 23219-1885
             E-mail/Text: cio.bncmail@irs.gov Jul 16 2019 04:08:34     United States of America,
              c/o William P. Barr,    United States Attorney General,    U.S. Department of Justice,
              950 Pennsylvania Ave., N.W.,   Washington, DC 20530-0001
                                                                                            TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
            Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@hmblaw.com,
             ecfnotices@hmblaw.com
            Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@hmblaw.com,
             ecfnotices@hmblaw.com
            Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@hmblaw.com,
             ecfnotices@hmblaw.com
            Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@hmblaw.com,
             ecfnotices@hmblaw.com
            Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@hmblaw.com,
             ecfnotices@hmblaw.com
            Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
             ahammer@hmblaw.com,   ecfnotices@hmblaw.com
            Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com,
             CourtMail@clm.com
            Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
             akeith@honigman.com,   tsable@honigman.com
            Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com

District/off: 0422-7          User: garyl              Page 2 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
          Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping Center
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
          ajackins@seyfarth.com
          Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
          ajackins@seyfarth.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indianna Public Service Company
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
          A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com
          Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com
          Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
          atoepp@reedsmith.com,
          dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
          th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
          ecf.pacerpro.com
          Amanda Jill Katzenstein   on behalf of Creditor   U.S Bank National Association as Trustee
          akatzenstein@polsinelli.com,dcdocking@polsinelli.com;lipayne@polsinelli.com
          Amanda Jill Katzenstein   on behalf of Unknown   KeyBank National Association
          akatzenstein@polsinelli.com,dcdocking@polsinelli.com;lipayne@polsinelli.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc.
          abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc.
          abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
          Star abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
          FineLiving.com, d/b/a Home & Garden Television abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
          Pittsburgh, PA abiggs@hirschlerlaw.com
          Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
          Inc. abiggs@hirschlerlaw.com
          Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com,
          onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com,
          onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
          ADavison@beankinney.com,  onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
          Learning Channel ADavison@beankinney.com,  onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
          Ltd. ADavison@beankinney.com,  onazar@beankinney.com
          Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
          ADavison@beankinney.com,  onazar@beankinney.com
          Andrew Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
          Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
          Andrew@ajoneslaw.com
          Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
          Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
          Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
          Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
          akrudiger@kaufcan.com
          Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@coleschotz.com
          Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
          dbonilla@shutts-law.com
          Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com

District/off: 0422-7          User: garyl          Page 3 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com,
          Angela.Abreu@northwest.com
          Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies
          anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,
          raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
          Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
          Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
          Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
          Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
          Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
          Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
          murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us
          Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
          Management Services, LLC abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
          Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
          1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
          Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
          abraucher@mcmillanmetro.com
          Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
          drichards@vanblk.com;kjerald@vanblk.com
          Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
          Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
          annemarie.mcgavin@bipc.com,
          joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
          Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg Gateway Woodside, Inc.
          acichello@kb-law.com
          Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
          Companies, Ltd. acichello@kb-law.com
          Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
          Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@meridianlawfirm.com,
          aryehsteinecf@gmail.com
          Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
          ecffilings@hangley.com
          Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
          Circuit City Stores, Inc. Liquidating Trust amcdow@foley.com, sgaeta@foley.com
          Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd.
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp.
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@williamsmullen.com,
          avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
          managing agent for WTM Glimcher LLC aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center
          aepps@williamsmullen.com, avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@williamsmullen.com,
          avaughn@williamsmullen.com

```
District/off: 0422-7          User: garyl              Page 4 of 58           Date Rcvd: Jul 15, 2019
                              Form ID: pdford9         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Augustus C. Epps, Jr.  on behalf of Transferor   Manufacturers and Traders Trust Company, as
      Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Union Square Retail Trust
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Morse-Sembler Villages Partnership #4
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Lexmark International, Inc.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Defendant   Signature Home Furnishings Co. Inc.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Perimeter Mall aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Madison Waldorf, LLC aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Redtree Properties, L.P. aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Drexel Delaware Limited Partnership
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Inland US Management LLC aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Defendant   Audio Authority Corporation
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Defendant   Lexmark International, Inc.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Carousel Center Company, L.P.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Gateway Center Properties III, LLC and SMR
      Gateway III, LLC as tenants in common aepps@williamsmullen.com,  avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Transferor   Manufactures and Traders Trust Company, as
      Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
      Luckoff Land Company, LLC as tenants in common aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   International Speedway Square, Ltd.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Daniel W. Ramsey aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   EEL McKee LLC aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   NAP Northpoint, LLC aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Macy's Retail Holdings, Inc.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Diamond Square, LLC aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Amargosa Palmdale Investments, LLC
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Fingerlakes Crossing, LLC
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Tanglewood Park LLC aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Starpoint Property Management, LLC
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Prudential Insurance Company of America
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   American Power Conversion Corp.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Manufacturers and Traders Trust Company, as
      Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Myrtle Beach Farms Co., Inc.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Inland Commercial Property Management,  Inc.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Plaintiff   CC-Investors 1995-6 aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Thoroughbred Village Tennessee, GP
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Hamilton Crossing I, LLC aepps@williamsmullen.com,
      avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Crossroads Associates, Ltd.
      aepps@williamsmullen.com, avaughn@williamsmullen.com
      Augustus C. Epps, Jr.  on behalf of Creditor   Hamilton Crossing aepps@williamsmullen.com,
      avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
St. Paul Pioneer Press aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
managing Agent for Puente Hills Mall, LLC aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
Continental Property Management Corp., and Inland Commerc aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@williamsmullen.com,
avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C.
aepps@williamsmullen.com,  avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC
aepps@williamsmullen.com,  avaughn@williamsmullen.com

```
District/off: 0422-7          User: garyl              Page 6 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC
               aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@williamsmullen.com,
               avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
               avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
               aepps@williamsmullen.com, avaughn@williamsmullen.com
              Belkys Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
               bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
              Belkys Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
               bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
              Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
               backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
               cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
               cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
               cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Taubman Auburn Hills Associates Limited Partnership
               backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
               backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Federal Warranty Service Corporation
               backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               backerly@hunton.com, cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Cypress/CC Marion I, L.P. backerly@hunton.com,
               cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Creditor   Galleria Plaza, Ltd. backerly@hunton.com,
               cloving@hunton.com
              Benjamin C. Ackerly   on behalf of Interested Party   Food Lion LLC backerly@hunton.com,
               cloving@hunton.com
              Benjamin Joseph Lambiotte   on behalf of Defendant   InFocus Corporation blambiotte@gsblaw.com
              Bhavik Dalpat Patel   on behalf of Defendant   MCM Electronics, Inc. bdp@lawmacdowell.com
              Brad R. Godshall   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               bgodshall@pszjlaw.com
              Bradford F. Englander   on behalf of Creditor   Source Interlink Media, LLC benglander@wtplaw.com,
               rodom@wtplaw.com
              Bradford F. Englander   on behalf of Creditor   Alliance Entertainment Corporation
               benglander@wtplaw.com, rodom@wtplaw.com
              Brenda M. Whinery   on behalf of Creditor   Windsail Properties bwhinery@mcrazlaw.com
              Brett Christopher Beehler   on behalf of Creditor   Prince George's County, Maryland
               bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
              Brett Christopher Beehler   on behalf of Creditor   Charles County, Maryland bbeehler@mrrlaw.net,
               lsansbury@mrrlaw.net
              Brian D. Huben   on behalf of Creditor   Prudential Insurance Company of America
               hubenb@ballardspahr.com, carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   The Macerich Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   KNP hubenb@ballardspahr.com, carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Cousins Properties Incorporated hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Watt Management Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   RREEF Management Company hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Foursquare Properties, Inc. hubenb@ballardspahr.com,
               carolod@ballardspahr.com
              Brian D. Huben   on behalf of Creditor   Portland Investment Company of America
               hubenb@ballardspahr.com, carolod@ballardspahr.com
              Brian D. Wesley   on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
              Brian D. Wesley   on behalf of Defendant   California Self-Insurers Security Fund
               brian.wesley@doj.ca.gov
              Brittany Jane Nelson   on behalf of Creditor Karl  Engelke bnelson@foley.com
              Byron Z. Moldo   on behalf of Creditor   RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              Byron Z. Moldo   on behalf of Creditor   Descanso TIC, LLC bmoldo@ecjlaw.com,
               tmelendez@ecjlaw.com
              C. Christopher Meyer   on behalf of Creditor   Wells Fargo Business Credit, Inc. cmeyer@ssd.com
              C. Christopher Meyer   on behalf of Creditor   Photoco, Inc. cmeyer@ssd.com
              Carl A. Eason   on behalf of Creditor   The Columbus Dispatch bankruptcy@wolriv.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Catherine Elizabeth Creely   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
            Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Catherine Elizabeth Creely   on behalf of Creditor    Golfsmith International, L.P.
            ccreely@akingump.com
          Chang Eugene   on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell   on behalf of Creditor    Hoprock Limonite, LLC
            c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs   on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Portland Investment Company of America
            cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Federal Realty Investment Trust
            cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Morris Companies Affiliates
            cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Cousins Properties Incorporated
            cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    KNP cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    Prudential Insurance Company of America
            cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs   on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
            aconway@taubman.com;Pollack@ballardspahr.com
          Christian K. Vogel   on behalf of Unknown    G&S Livingston Realty, Inc.
            kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #3, Ltd.
            kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor    Circuit Investors #2, Ltd.
            kvogel@vogelandcromwell.com
          Christian K. Vogel   on behalf of Creditor    Schimenti Construction Company LLC
            kvogel@vogelandcromwell.com
          Christine D. Lynch   on behalf of Creditor    Interstate Augusta Properties LLC
            clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    E&A Northeast Limited Partnership
            clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
          Christine D. Lynch   on behalf of Creditor    S.R. Weiner & Associates Inc.
            clynch@goulstonstorrs.com
          Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
          Christine McAteer Ford   on behalf of Creditor    Ada Alicea, on behalf of herself and all others
            similarly situated cford@mdpcelaw.com
          Christopher A. Jones   on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
            clano@wtplaw.com
          Christopher A. Jones   on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
            clano@wtplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
                  clano@wtplaw.com
              Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
                  cajones@wtplaw.com,  clano@wtplaw.com
              Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
                  clano@wtplaw.com
              Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
              Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
                  Tech christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
                  dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com,
                  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
                  Republic christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
                  TV christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
                  Star christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com,
                  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Netgear Inc.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
                  d/b/a Jack of All Games christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
                  christopher.perkins@leclairryan.com,  stacy.beaulieu@leclairryan.com

District/off: 0422-7          User: garyl              Page 9 of 58              Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
           Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
           Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
           Two Interactive christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com,
           stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
           Greenville News christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Parago, Inc.
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
           christopher.perkins@leclairryan.com,   stacy.beaulieu@leclairryan.com
          Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
           cdesiderio@nixonpeabody.com
          Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
           cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
          Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia    jdurant@nngov.com

District/off: 0422-7          User: garyl              Page 10 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
           Properties Group cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
           cgp@ballardspahr.com,
           summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
           cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
          Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
           cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
           son@mhlawyers.com
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
           cpalik@mhlawyers.com,
           cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
           son@mhlawyers.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
           curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
           Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
           curtis.manchester@kutakrock.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
           ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
           individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
           ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
           ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
           Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
           Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
           Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
           Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
           individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
           daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
           daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
           daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
           Allison.Abbott@nelsonmullins.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
           dpress@chung-press.com,  pressdm@gmail.com

District/off: 0422-7          User: garyl          Page 11 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9      Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Daniel M. Press   on behalf of Defendant   B.R. Fries & Associates, LLC dpress@chung-press.com,
              pressdm@gmail.com
            Darek S. Bushnaq   on behalf of Defendant   ServicePower, Inc., aka ServicePower Inc.
              dsbushnaq@venable.com
            Darlene M. Nowak   on behalf of Creditor   Giant Eagle, Inc. nowak@marcus-shapira.com
            Darrell William Clark   on behalf of Defendant   Targus, Inc. darrell.clark@stinson.com,
              catherine.scott@stinson.com
            Darrell William Clark   on behalf of Creditor   Waste Management, Inc. darrell.clark@stinson.com,
              catherine.scott@stinson.com
            Darryl S. Laddin   on behalf of Creditor   Verizon Communications Inc. bkrfilings@agg.com
            David  McCall   on behalf of Creditor   Garland ISD Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
            David  McCall   on behalf of Creditor   Collin County Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
            David  McCall   on behalf of Creditor   Frisco ISD Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
            David  McCall   on behalf of Creditor   City of Garland Tax Assessor/Collector
              bankruptcy@ntexas-attorneys.com
            David A. Greer   on behalf of Creditor   Pan Am Equities dgreer@davidgreerlaw.com,
              ecf@davidgreerlaw.com
            David A. Greer   on behalf of Creditor   Century plaza development corporation
              dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
            David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
              Service of North Carolina davidwheeler@mvalaw.com
            David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
              bhale@chlhf.com
            David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
            David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
              pdyson@jackscamp.com
            David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
              pdyson@jackscamp.com
            David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
              dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
              dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
              dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC,  Regency Centers, L.P. and
              RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com
            David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
            David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
              and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
            David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
            David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
            David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
            David N. Tabakin   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              dtabakin@tb-lawfirm.com,
              pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
              nelson@tb-lawfirm.com

District/off: 0422-7          User: garyl              Page 12 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
            druby@t-mlaw.com, bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
            bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
            tleonard@gfrlaw.com
          David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
            drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
            Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
            denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   iProspect.com Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
            America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
            dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
            dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
            caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC
            dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
            dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc.
            dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com,
            kcain@mcguirewoods.com

District/off: 0422-7          User: garyl              Page 13 of 58            Date Rcvd: Jul 15, 2019
                              Form ID: pdford9           Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dion W. Hayes   on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan   Dunwell dc@chiariello.com
          Donald Alan Workman   on behalf of Creditor   Buffalo Technology (USA), Inc. dworkman@bakerlaw.com
          Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
          Douglas Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
          dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Counter-Claimant   Envision Peripherals, Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Meredith Corporation dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KVVU Broadcasting Corporation
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Vanguard Products Group, Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Corporation dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Television Stations Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   King Broadcasting Company, doing business as KING-TV
          and KGW-TV dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Sacramento Television Stations Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Press-Enterprise Company
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Stations Group of Texas L.P.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   CBS Operations Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Edward L. Rothberg   on behalf of Creditor   Circuit Sports, L.P. rothberg@hooverslovacek.com,
          mayle@hooverslovacek.com
          Elizabeth  Banda Calvo   on behalf of Creditor   City of Hurst, Mansfiled ISD, Carroll ISD
          rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor   City of Cedar Hill, Burleson ISD, Arlington ISD
          rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo   on behalf of Creditor   City of Lake Worth
          rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam   on behalf of Creditor   City of Southlake, Texas betsyelam@toase.com,
          wenditaylor@toase.com
          Elizabeth L. Gunn   on behalf of Creditor   Hewlett Packard Company
          elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Defendant   PG Publishing Co., Inc. d/b/a Pittsburgh Post
          Gazette egunn@sandsanderson.com,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Defendant   Campbell Construction Co. egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Defendant   Cypress/Spanish Fort I LP egunn@sandsanderson.com,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor   CC-Investors Trust 1995-1
          elizabeth.gunn@dss.virginia.gov,  bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn   on behalf of Creditor   City of Philadelphia elizabeth.gunn@dss.virginia.gov,
          bankruptcy@dss.virginia.gov

District/off: 0422-7          User: garyl          Page 15 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9      Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
          jquiambao@friedmanspring.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation
          ecotton@sitecenters.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation eric.rusnak@klgates.com,
          klgatesbankruptcy@klgates.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
          glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
          glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
          glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
          glorioso.alessandra@dorsey.com
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
          emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
          ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
          kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
          on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
          ffm@bostonbusinesslaw.com
          Frank H. Griffin, IV    on behalf of Transferor    Lender Trust, as successor in interest to
          Syntax-Brillian Corporation griffinf@pepperlaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
          frank.pepler@dlapiper.com,
          sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
          fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Defendant    Old Republic Insurance Company
          fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
          rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
          mmarck@olshanlaw.com;ssallie@olshanlaw.com

District/off: 0422-7          User: garyl          Page 16 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Garren Robert Laymon   on behalf of Creditor   Pasadena Independent School District
              glaymon@mglspc.com, jcoffman@mglspc.com
              Garren Robert Laymon   on behalf of Creditor   Arlington ISD, et al. glaymon@mglspc.com,
              jcoffman@mglspc.com
              Garren Robert Laymon   on behalf of Creditor   Fort Bend Independent School District
              glaymon@mglspc.com, jcoffman@mglspc.com
              Gary E. Mason   on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
              Gary E. Mason   on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
              Gary M. Kaplan   on behalf of Creditor   ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
              Gary V. Fulghum   on behalf of Creditor   John Rohrer Contracting Company, Inc.
              gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum   on behalf of Creditor   Hillson Electric Incorporated gfulghum@sblsg.com,
              jschmeltz@sblsg.com;jrapp@sblsg.com
              Gary V. Fulghum   on behalf of Creditor   Lang Construction, Inc. gfulghum@sblsg.com,
              jschmeltz@sblsg.com;jrapp@sblsg.com
              George E. Kostel   on behalf of Unknown   KeyBank National Association gkostel@polsinelli.com,
              gekostel@gmail.com
              German Yusufov   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov,
              alison.moreno@pcao.pima.gov
              Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
              notices@becket-lee.com
              Gilbert Barnett Weisman   on behalf of Creditor   American Express Travel Related Services Co Inc
              Corp Card notices@becket-lee.com
              Gilbert D. Sigala   on behalf of Creditor John  Batioff sigalawl@aol.com
              Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              gbrown@pszjlaw.com
              Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
              Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
              Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
              agbankcal@ag.tn.gov
              Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
              Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
              gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
              Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
              christine@virginia-lawyers.net
              Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
              Gregory D. Grant   on behalf of Creditor   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
              ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;jclifford@shulmanrogers.com
              H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
              H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
              H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
              sdabney@dabneypllc.com
              Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
              Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
              jwest@kkgpc.com
              Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
              Heather.Anderson@dol.lps.state.nj.us
              Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
              Heather.Anderson@dol.lps.state.nj.us
              Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
              Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
              Group, Inc. hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
              droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
              Corporation hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
              ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
              Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
              droberts1949@live.com
              Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
              csommer@fdh.com
              Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
              hlong@huntonAK.com, tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@huntonAK.com,
              tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
              hlong@huntonAK.com, tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
              hlong@huntonAK.com, tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@huntonAK.com,
              tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@huntonAK.com,
              tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
              hlong@huntonAK.com, tcanada@huntonAK.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Henry Pollard Long, III   on behalf of Creditor    Taubman Auburn Hills Associates Limited
              Partnership hlong@huntonAK.com,  tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
              hlong@huntonAK.com,  tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
              hlong@huntonAK.com,  tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Creditor    Harvest/HPE LP hlong@huntonAK.com,
              tcanada@huntonAK.com
              Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
              hlong@huntonAK.com,  tcanada@huntonAK.com
              Howard J. Grossman   on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
              howard.j.grossman@chase.com
              Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
              ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
              Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
              J. Christian Word   on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. Christian Word   on behalf of Liquidator    Hilco Merchant Resources, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. David Folds   on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Interactive Communications International, Inc.
              dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
              dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              J. David Folds   on behalf of Defendant    Western Digital Technologies, Inc.
              dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
              Jackson David Toof   on behalf of Defendant    Discovery Communications, Inc.
              jackson.toof@arentfox.com,  jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
              Jackson David Toof   on behalf of Creditor    Discovery Communications, Inc.
              jackson.toof@arentfox.com,  jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
              Jaime Manuel Crowe   on behalf of Unknown    Toshiba America Electronic Components, Inc.
              jcrowe@whitecase.com,  mco@whitecase.com;jdisanti@whitecase.com
              Jaime Manuel Crowe   on behalf of Unknown    Toshiba Corporation jcrowe@whitecase.com,
              mco@whitecase.com;jdisanti@whitecase.com
              Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
              lbigus@stinson.com
              James D. Newbold   on behalf of Creditor    State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
              James D. Newbold   on behalf of Counter-Claimant    State of Illinois Department of Revenue,
              through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
              vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
              James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
              rbailey@atlanticlawgrp.com
              James H. Rollins   on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
              avis.francis@hklaw.com
              James J. Briody   on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody   on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James K. Donaldson   on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              cware@vanblacklaw.com
              James R. Schroll   on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
              James R. Schroll   on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
              James V. Lombardi   on behalf of Creditor    AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com,  acole@rossbanks.com
              James W. Reynolds   on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke   on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com
              James Winston Burke   on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@orrick.com
              James Winston Burke   on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
              James Winston Burke   on behalf of Defendant    MiTac USA d/b/a Mio Technology USA, Ltd.
              jburke@orrick.com
              James Winston Burke   on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
              James Winston Burke   on behalf of Defendant    MiTAC Digital Corporation, individually and
              including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
              James Winston Burke   on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com

District/off: 0422-7          User: garyl              Page 18 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
            jamie-konn-5618@ecf.pacerpro.com
          Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            jamie.konn@dlapiper.com, jamie-konn-5618@ecf.pacerpro.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
          Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
            admin@meiburgerlaw.com
          Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
            ecf@krcl.com
          Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
            ecf@krcl.com
          Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
          Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
          Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
          Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
          Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@huntonAK.com,
            tcanada@huntonAK.com
          Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
            jharbour@huntonAK.com, tcanada@huntonAK.com
          Jeffrey  Kurtzman   on behalf of Creditor   THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
          Jeffrey  Kurtzman   on behalf of Creditor   Red Rose Commons Associates, L.P.
            kurtzman@kurtzmansteady.com
          Jeffrey  Kurtzman   on behalf of Creditor   PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
          Jeffrey  Scharf   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
            jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   County of Spokane jeff@taxva.com,
            tacspc@gmail.com;amanda@taxva.com
          Jeffrey  Scharf   on behalf of Creditor   City of Fredericksburg, VA jeff@taxva.com,
            tacspc@gmail.com;amanda@taxva.com
          Jeffrey A. Krieger   on behalf of Creditor   Southwinds. Ltd. jkrieger@greenbergglusker.com,
            calendar@greenbergglusker.com
          Jeffrey E. Klusmeier   on behalf of Creditor   Missouri Attorney General's Office
            Jeff.Klusmeier@ago.mo.gov, Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
            jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
            Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
            Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   LNR Partners, Inc. jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
            Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
            jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited
            Partnership jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey I. Snyder   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
            eservice@bilzin.com;lflores@bilzin.com
          Jeffrey J. Graham   on behalf of Creditor   Greenwood Point, LP jgraham@taftlaw.com,
            dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey J. Graham   on behalf of Creditor   Washington Corner, LP jgraham@taftlaw.com,
            dwineinger@taftlaw.com;ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton   on behalf of Creditor   Amcor Sunclipse North America
            Jeffrey.tarkenton@wbd-us.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton   on behalf of Defendant   Gateway US Retail, Inc. jtarkenton@wcsr.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com

```
District/off: 0422-7          User: garyl              Page 19 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
           jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
           Pennsylvania jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
           jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. Jeffrey.tarkenton@wbd-us.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp.
           Jeffrey.tarkenton@wbd-us.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
           elmoyer99@gmail.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Federal Realty Investment Trust
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
           dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
           dennisj@ballardspahr.com,    pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
              dennisj@ballardspahr.com,   pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
              pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
              Service of North Carolina jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
              Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdonaldson@spottsfain.com
              ;mhalverson@spottsfain.com;nmccullagh@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Advertising Sales Corporation
              jkneeland@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    AMC jkneeland@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
              jkneeland@watttieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
              jkneeland@watttieder.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC
              jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
              jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company
              jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
              jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com

District/off: 0422-7          User: garyl              Page 21 of 58           Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Jennifer McLain McLemore   on behalf of Creditor   Luckoff Land Company, LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Mortgage Capital Corporation
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HQ Limited
                 Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Sacramento
                 Bee jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Morse-Sembler Villages Partnership #4
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Amerian Oklahoma City Penn, L.L.C.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Drexel Delaware Limited Partnership
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   RREEF Management Company
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LP
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Interested Party   Miami Herald
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Robyn N. Davis jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Charlotte (Archdale) UY, LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Tacoma News, Inc. jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
                 Inland Pacific Property Services LLC) jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
                 for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
                 Services, a division of PNC Bank, National Association, in i jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
                 Observer, aka The Charlotte Observer Publishing Company jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@williamsmullen.com,
                 avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
                 jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
```

District/off: 0422-7          User: garyl              Page 22 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
          Carlson Marketing Group, Inc. jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
          Southwest Management LLC) jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners Development, Inc.
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Generation One and Two, LP
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   GC Acquisition Corp.
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald-Leader
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor Alexander H Bobinski
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western San Antonio HW Limited
          Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Capital Centre LLC
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Parker Central Plaza, Ltd.
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Washington Commons Associates
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Southeast Darien
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Mount Berry Square, LLC
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management,  Inc.
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   N.P. Huntsville Limited Liability Company
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Traverse City, L.L.C.
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company d/b/a The Kansas City
          Star jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Defendant   Spirit Delivery and Distribution Services,
          Inc. jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Prudential Insurance Company of America
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   KNP jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   CC Properties LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Transferee   412 South Broadway Realty LLC
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Avondale McDowell, L.L.C
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western College Station Gateway Limited
          Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Brighton Commercial, L.L.C.
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Creditor   Nashville Electric Service
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
Jennifer McLain McLemore   on behalf of Interested Party   Sacramento Bee
          jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore   on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Kansas City Star jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Watt Management Company
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Cameron Bayonne, LLC
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Kimco Realty Corporation
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Transferee    IMCC Sunland, L.L.C.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Hamilton Crossing jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Redtree Properties, L.P.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association, as trustee
                    for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Amargosa Palmdale Investments, LLC
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Premier Retail Interiors, Inc.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association, f/k/a/
                    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
                    1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Philips Electronics North America Corporation,
                    d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
                    Electronics, Philips Norelco and Philips Lighting Company jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    LaSalle Bank National Association as Trustee
                    for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Inland Southwest Management LLC, Inland
                    American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
                    Inland Continental Property Management Corp., and Inland Commerc jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    PL Mesa Pavilions LLC
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
                    Cameron Bayonne, LLC) jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    City and County of San Francisco
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Defendant    The Miami Herald Media Company
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    U.S. 41 & I 285 Company
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Union Square Retail Trust
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Crossroads Associates, Ltd.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Charlotte Observer
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Whitestone Development Partners, L.P.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Wichita Eagle jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Manufacturers and Traders Trust Company, as
                    Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Fingerlakes Crossing, LLC
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Thoroughbred Village
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Defendant    Industriaplex, Inc.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
                    News, aka The Sun News jmclemore@williamsmullen.com,
                    avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
                    Center) jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    Carousel Center Company, L.P.
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore   on behalf of Creditor    EklecCo NewCo, LLC
                    jmclemore@williamsmullen.com, avaughn@williamsmullen.com;jmclemore76@gmail.com

District/off: 0422-7          User: garyl              Page 24 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lewisville Lakepointe Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   NAP Northpoint, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge
          Center jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   La Habra Imperial, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Rolling Acres Plaza Shopping Center
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   Jeff Leopold
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Lake Worth Towne Crossing Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   McClatchy Company jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Idaho Statesman Publishing LLC, d/b/a The
          Idaho Statesman jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Foursquare Properties Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   The Leben Family Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Hamilton Beach Brands, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Cohab Realty, LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Bizport, Ltd. jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Generation H One and Two Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
          Eagle jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
          Gateway III, LLC as tenants in common jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
          Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Southlake Corners Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
          Limited Partnership jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com;jmclemore76@gmail.com

```
District/off: 0422-7          User: garyl              Page 25 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
          Management LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
          Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
          acting by and through Midland Loan Services, a division of PNC Bank jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Interested Party   Lexington Herald-Leader
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland US Management LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Kite Coral Springs, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Sangertown Square, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufacturers and Traders Trust Company, as
          Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Darien, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Defendant   Tacoma News, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Continental Property Management Corp.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Rancon Realty Fund IV
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Retail Management LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Argyle Forest Retail I, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   KRG Market Street Village, LP
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
          Jennifer McLain McLemore   on behalf of Creditor   Cousins Properties Incorporated
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com:jmclemore76@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
                  Obispo County Tribune jmclemore@williamsmullen.com,
                  avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd.
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C.
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
                  as Trustee jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@williamsmullen.com,
                  avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc.
                  jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
                  Partnership jmclemore@williamsmullen.com,   avaughn@williamsmullen.com;jmclemore76@gmail.com
              Jennifer V. Doran    on behalf of Creditor    DeMatteo Management, Inc. jdoran@hinckleyallen.com,
                  calirm@haslaw.com
              Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
                  tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
              Jeremy C. Kleinman    on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com,
                  csucic@fgllp.com;csmith@fgllp.com
              Jeremy L. Pryor    on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
              Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
                  jeremy@friedberg.legal,   ecf@friedberg.legal
              Jeremy S. Friedberg    on behalf of Creditor    Toshiba America Information Systems, Inc.
                  jeremy@friedberg.legal,   ecf@friedberg.legal
              Jeremy S. Friedberg    on behalf of Creditor    Washington Green TIC jeremy@friedberg.legal,
                  ecf@friedberg.legal
              Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
                  jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
                  jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
                  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
                  jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
                  jeremy.williams@kutakrock.com,   lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
                  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
                  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
                  jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
              Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
                  jmartin@weststarmortgage.com
              Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
                  jeremymartin2007@gmail.com,   jmartin@weststarmortgage.com
              Jeremy W. Ryan    on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
              Jeremy W. Ryan    on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall    on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
                  Corp. jerryhall10@hotmail.com
              Jess R. Bressi    on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
              Jess R. Bressi    on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
              Jesse N. Silverman    on behalf of Creditor    KNP jsilverman@dilworthlaw.com,
                  kmalenki@dilworthlaw.com
              Jesse N. Silverman    on behalf of Creditor    Prudential Insurance Company of America
                  jsilverman@dilworthlaw.com,   kmalenki@dilworthlaw.com
              Jesse N. Silverman    on behalf of Creditor    Foursquare Properties, Inc.
                  jsilverman@dilworthlaw.com,   kmalenki@dilworthlaw.com

District/off: 0422-7          User: garyl              Page 27 of 58            Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Jesse N. Silverman   on behalf of Creditor   The Macerich Company jsilverman@dilworthlaw.com,
   kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Watt Management Company jsilverman@dilworthlaw.com,
   kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Eagleridge Associates, LLC
   jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   RREEF Management Company jsilverman@dilworthlaw.com,
   kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
   L.L.C. jsilverman@dilworthlaw.com,  kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Torrance Towne Center Associates, LLC
   jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Comcast Cable Communications, LLC
   jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Cousins Properties Incorporated
   jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Portland Investment Company of America
   jsilverman@dilworthlaw.com, kmalenki@dilworthlaw.com
Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
   swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
   jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
   jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
   swells@seyfarth.com;wdcdocketing@seyfarth.com
Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
   jsaronson@ridberglaw.com
Joel T. Marker   on behalf of Creditor   Ammon Properties, LC joel@mbt-law.com
Joel T. Marker   on behalf of Creditor   Parker Bullseye, LLC joel@mbt-law.com
John B. Raftery   on behalf of Creditor   Utopian Software Concepts, Inc., dba Alterthought
   jraftery@offitkurman.com
John C. Smith   on behalf of Creditor   Sun Construction Group, Inc. a/k/a Sun Construction
   Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
John C. Smith   on behalf of Defendant   Sun Construction Group, Inc. a/k/a Sun Construction
   Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
John C. Smith   on behalf of Creditor   Sennco Solutions, Inc. jsmith@sandsanderson.com,
   sryan@sandsanderson.com
John C. Smith   on behalf of Defendant   Sennco Solutions, Inc. jsmith@sandsanderson.com,
   sryan@sandsanderson.com
John D. Fiero   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
   jfiero@pszjlaw.com
John D. McIntyre   on behalf of Creditor   Mallview Plaza Company, Ltd.
   jmcintyre@mcintyrestein.com,
   wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   Ritz Motel Company jmcintyre@mcintyrestein.com,
   wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   Janaf Shops, LLC jmcintyre@mcintyrestein.com,
   wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   Carnegie Management and Development Corporation
   jmcintyre@mcintyrestein.com,
   wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
John D. McIntyre   on behalf of Defendant   Midland Radio Corporation jmcintyre@wmlawgroup.com,
   wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
John D. McIntyre   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
   jmcintyre@mcintyrestein.com,
   wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
John Darren Sadler   on behalf of Creditor   CWCapital Asset Management LLC
   sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
John Darren Sadler   on behalf of Creditor   The Hutensky Group sadlerj@ballardspahr.com,
   andersonn@ballardspahr.com
John Darren Sadler   on behalf of Creditor   Cencor Realty sadlerj@ballardspahr.com,
   andersonn@ballardspahr.com
John Darren Sadler   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
   Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
John Darren Sadler   on behalf of Creditor   Battlefield FE Limited Partners
   sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
John Darren Sadler   on behalf of Creditor   Federal Realty Investment Trust
   sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
John Darren Sadler   on behalf of Creditor   UBS Realty Investors, LLC sadlerj@ballardspahr.com,
   andersonn@ballardspahr.com
John E. Hilton   on behalf of Creditor   Thirty & 141, L.P. jeh@carmodymacdonald.com,
   pjf@carmodymacdonald.com
John E. Lucian   on behalf of Creditor   VIWY, L.P. lucian@blankrome.com
John E. Lucian   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
   lucian@blankrome.com

```
District/off: 0422-7        User: garyl           Page 28 of 58          Date Rcvd: Jul 15, 2019
                           Form ID: pdford9       Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          John G. McJunkin   on behalf of Creditor   Marc Realty jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   SimpleTech by Hitachi Global Storage Technologies
            jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   120 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   FT Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   427 Orchard LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John G. McJunkin   on behalf of Creditor   Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
            sparson@bakerdonelson.com
          John J. Trexler   on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche   on behalf of Creditor   Bank of America, National Association
            jroche@perkinscoie.com,
            ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
            kinscoie.com
          John M. Craig   on behalf of Creditor   Duke Energy Kentucky, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Defendant   Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Ohio, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Long Island Lighting Company d/b/a LIPA
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Central Georgia Electric Membership Corporation
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southwest Gas Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   New York State Electric and Gas Corporation
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Michigan Consolidated Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Carolina Power & Light Company d/b/a Progress Energy
            Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Light and Power Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Piedmont Natural Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern Connecticut Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Indiana, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Defendant   Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Toledo Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Defendant   Pro-Pave Sealcoat Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Southern California Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Orange and Rockland Utilities johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Detroit Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   KeySpan Gas East Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Yankee Gas Services Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Connecticut Natural Gas Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Cleveland Electric Illuminating Company
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Duke Energy Carolinas, LLC johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Company of New Hampshire
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Narragansett Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   The Brooklyn Union Gas Company d/b/a National Grid NY
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Virginia Electric and Power Company d/b/a Dominion
            Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Public Service Electric And Gas Company
            johncraigg@aol.com,  russj4478@aol.com
```

```
District/off: 0422-7          User: garyl            Page 29 of 58           Date Rcvd: Jul 15, 2019
                             Form ID: pdford9        Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          John M. Craig   on behalf of Creditor   Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Florida Power Corporation d/b/a Progress Energy Florida
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Niagara Mohawk Power Corporation johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Granite State Electric johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jersey Central Power & Light Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Metropolitan Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Consolidated Edison Company of New York, Inc.
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Western Massachusetts Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   American Electric Power johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Retail Property Group, Inc. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Salt River Project johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   Commonwealth Edison Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant   Sun Builders Co. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant   ASM Capital III, L.P. johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   Pennsylvania Electric Company johncraigg@aol.com,
            russj4478@aol.com
          John M. Craig   on behalf of Creditor   EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
            johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor   SimVest Real Estate II, LLC johncraigg@aol.com,
            russj4478@aol.com
          John P. Van Beek   on behalf of Defendant   Cosco, Inc., d/b/a Cosco Air Conditioning and
            Refrigeration jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John P. Van Beek   on behalf of Creditor   Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John P. Van Beek   on behalf of Creditor   TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John P. Van Beek   on behalf of Creditor   WEC 96D Niles Investment Trust
            jvanbeek@goldmanvanbeek.com,
            awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
            nvanbeek.com
          John T. Farnum   on behalf of Creditor   Bell Microproducts, Inc. jfarnum@linowes-law.com,
            jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Farnum   on behalf of Defendant   Ashley Furniture Industries, Inc.
            jfarnum@linowes-law.com,  jcummings@linowes-law.com;jchazen@linowes-law.com
          John T. Husk   on behalf of Defendant   Casco Corporation johnhusk@aol.com,  nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant   Klipsch Audio Technologies LLC
            jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant   Velocity Micro, Inc.
            jonathan.hauser@troutmansanders.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Entertainment, Inc. jtcain@mintz.com,
            kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   InVNT, LLC jtcain@mintz.com,  kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant   Zoo Games, Inc. f/k/a Destination Software, Inc.
            jtcain@mintz.com,  kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant   Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
          Joseph M. DuRant   on behalf of Creditor   City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor   Empire HealthChoice Assurance, Inc. d/b/a Empire
            Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins   USTPRegion04.RH.ECF@usdoj.gov
          Julie Ann Quagliano   on behalf of Creditor   AT&T Capital Services, Inc.
            quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant   Kent H. Landsberg of Dallas, LP (
            quagliano@seeger-law.com,  harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T Corp. quagliano@seeger-law.com,
            harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor   AT&T quagliano@seeger-law.com,
            harvell@seeger-law.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
             quagliano@seeger-law.com, harvell@seeger-law.com
            Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
             Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
             quagliano@seeger-law.com, harvell@seeger-law.com
            Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P. Julie@bindermalter.com
            Julie H. Rome-Banks   on behalf of Creditor    Envision Peripherals,Inc Julie@bindermalter.com
            Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P Julie@bindermalter.com
            Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@huntonAK.com,
             tcanada@huntonAK.com
            Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@huntonAK.com,
             tcanada@huntonAK.com
            Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@huntonAK.com,
             tcanada@huntonAK.com
            Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@huntonAK.com,
             tcanada@huntonAK.com
            Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@huntonAK.com, tcanada@huntonAK.com
            Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
             Inc. jpaget@huntonAK.com, tcanada@huntonAK.com
            Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
             Liberate Your Brand jpaget@huntonAK.com, tcanada@huntonAK.com
            Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
             kmiller@wileyrein.com, rours@wileyrein.com
            Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
             kmiller@wileyrein.com, rours@wileyrein.com
            Kan C. Farand   on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
            Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
            Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
             jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.
             com
            Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
             jbrockett@clrbfirm.com;clrbfirmecf@gmail.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.
             com
            Ken  Coleman   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
             Ken.Coleman@allenovery.com
            Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
            Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC rhoadken@gmail.com
            Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
             County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
             District, Midland, Taylor, City of Abilene, and Williamson klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
             klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
             Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
             Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
             District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
             District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
            Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
            Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@dagglaw.com,
             bmcmillen@durrettecrump.com
            Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@dagglaw.com,
             bmcmillen@durrettecrump.com
            Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@dagglaw.com, bmcmillen@durrettecrump.com
            Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
            Kevin M. Newman   on behalf of Creditor    Cameron Bayonne, LLC knewman@barclaydamon.com,
             kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
            Kevin M. Newman   on behalf of Creditor    NBT Bank, N.A. knewman@barclaydamon.com,
             kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
            Kevin M. Newman   on behalf of Creditor    Carousel Center Company, L.P. knewman@barclaydamon.com,
             kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
            Kevin M. Newman   on behalf of Creditor    Mount Berry Square, LLC knewman@barclaydamon.com,
             kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
            Kevin M. Newman   on behalf of Creditor    Sangertown Square, L.L.C. knewman@barclaydamon.com,
             kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@barclaydamon.com,
          kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC
          knewman@barclaydamon.com, kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@barclaydamon.com,
          kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@barclaydamon.com,
          kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
          krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
          wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
          khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimball D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
          sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
          kimberly.pierro@kutakrock.com,
          sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
          @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
          for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
          for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
          kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
          pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
          ve.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com,
          berkhimerkr66555@notify.bestcase.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hirschlerlaw.com,
          ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC
          kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP
          lkatz@hirschlerlaw.com, mdillard@hirschlerlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com,
               joette@rgblawfirm.com
              Lawrence J. Hilton    on behalf of Creditor    TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
               info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
              Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
              Leonard Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
               gadams@Starr-Law.com
              Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
               lkouts@magruderpc.com,  mcook@magruderpc.com
              Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
               lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
              Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
               regenhardtl@gmail.com
              Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
              Linda Dianne Regenhardt    on behalf of Defendant    D-Link Systems, Inc. regenhardtl@gmail.com
              Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
              Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
              Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
               Partnership lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
               of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
               lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  lhamiel@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,  lhamiel@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
            lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  lhamiel@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
            lhamiel@siwpc.com
          Loc  Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
            karen.thornton@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
            loc.pfeiffer@kutakrock.com,  karen.thornton@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Defendant   California Self-Insurers Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Plaintiff    Greystone Data Systems, Inc.
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
            LDOLAN@nixonpeabody.com,
            was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
            peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
            clerk@nixonpeabody.co
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas   on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
            chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

```
District/off: 0422-7          User: garyl              Page 34 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Lynn L. Tavenner   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
            ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
            Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
            sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanslee   on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   AOL LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advertising.com Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   AOL Advertising, Inc., fka Platform-A Inc.
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Defendant   Superstation, Inc. mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Accent Energy California LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Advance Real Estate Management, LLC
            mmmitchell@vorys.com,   sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.   on behalf of Creditor   Polaris Circuit City, LLC mmmitchell@vorys.com,
            sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson   on behalf of Creditor   Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan   on behalf of Creditor   CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan   on behalf of Creditor   Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 EMPORIUM DRIVE LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 LAWENCE  ROAD , LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 Poughkeepsie LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Hickory Hollow LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C1 GRAND RIVER AVENUE LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Ridgeland Retail LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CSFB 2005-C1 Shoppes of Plantation Acres, LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 South Lindbergh LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Unknown   Sutherland Asbill & Brennan LLP
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   LNR Partners, Inc.
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Moller Road LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as successor trustee to Bank
            of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
            holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Transferee   CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
            PARTNERSHIP marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CCMS 2005 CD1 Hale Road LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   C1 West Mason Street LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GCCFC 2007-GG9 Abercorn Street Limited Partnership
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-C2 RIDGELAND RETAIL, LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   DMARC 2006 CD2 Davidson Place, LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Mall Road LLC
            marksherrill@eversheds-sutherland.com
          Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Lawrence Road LLC
            marksherrill@eversheds-sutherland.com
```

District/off: 0422-7          User: garyl              Page 35 of 58            Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Idle Hour Road LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Transferee   CMAT 1999-C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C1 Kelly Road, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005 C2 Parent LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CGCMT 2006 C5 Glenway Avenue LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
               Liability Company marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
               Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Interested Party   CMAT 1999-CI KELLY ROAD, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   CMAT 1999 C2 Emporium Drive LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Sherrill   on behalf of Creditor   GECMC 2005-C2 Ludwig Drive, LLC
               marksherrill@eversheds-sutherland.com
              Mark D. Taylor   on behalf of Defendant   The Weather Channel, LLC f/k/a The Weather Channel
               Interactive, Inc. mtaylor@vlplawgroup.com
              Mark D. Taylor   on behalf of Creditor   Triangle Equities Junction LLC mtaylor@vlplawgroup.com
              Mark D. Taylor   on behalf of Creditor   Lenovo USA mtaylor@vlplawgroup.com
              Mark E. Browning   on behalf of Defendant   Susan Combs, as Comptroller of Public Accounts of the
               State of Texas, and Greg Abbott, as Attorney General of the State of Texas
               bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts
               bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
              Mark E. Browning   on behalf of Creditor   Texas Comptroller of Public Accounts and Texas
               Workforce Commission bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
              Mark J. Friedman   on behalf of Defendant   InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   Morgan Hill Retail Venture, LP
               mark.friedman@dlapiper.com
              Mark J. Friedman   on behalf of Creditor   West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames   on behalf of Creditor   Commonwealth of Virginia, Department of Taxation
               mark@taxva.com, amanda@taxva.com
              Mark K. Ames   on behalf of Creditor   Louisiana Department of Revenue mark@taxva.com,
               amanda@taxva.com
              Mark X. Mullin   on behalf of Creditor   Phoenix Property Company mark.mullin@haynesboone.com,
               dian.gwinnup@haynesboone.com
              Mark X. Mullin   on behalf of Creditor   BB Fonds International 1 USA, L.P.
               mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
              Martha E. Hulley   on behalf of Creditor   Developers Realty, Inc. martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Fayetteville Developers, LLC
               martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Westfield, LLC martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   The Balogh Companies martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Brandywine Grande C, L.P.
               martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Benenson Capital Company martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   CK Richmond Business Services #2, LLC
               martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   Cardinal Capital Partners
               martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martha E. Hulley   on behalf of Creditor   CC Kingsport 98, LLC martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com:sarahleitner.kelly@leclairryan.com
              Martin A. Brown   on behalf of Creditor   Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown   on behalf of Creditor   Creditor Express Personnel Services, Inc
               martin.brown@lawokc.com
              Martin J.A. Yeager   on behalf of Creditor Loren  Stocker myeager@landcarroll.com
              Mary E. Olden   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
               molden@mhalaw.com, akauba@mhalaw.com
              Mary Louise Fullington   on behalf of Creditor   Scripps Networks Interactive, Inc.
               lexbankruptcy@wyattfirm.com

District/off: 0422-7        User: garyl           Page 36 of 58          Date Rcvd: Jul 15, 2019
                           Form ID: pdford9       Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
          kelly@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
          mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
          lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
          myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
          sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
          othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
          lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
          Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
          michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Stover   on behalf of Defendant   Safeco Insurance Company of America
          mstover@wcslaw.com,  whopkins@wcslaw.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
          mcrowley@asm-law.com

District/off: 0422-7          User: garyl              Page 37 of 58           Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
            mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
            Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
            III, LLC as tenants in common mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: garyl              Page 38 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9         Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
          Entertainment, Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
          America mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
          twhitt@wtplaw.com
          Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
          Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
          Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
          mjogrady@fbtlaw.com
          Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
          Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
          Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
          Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
          dba Howland Commons mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
          mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
          Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
          Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
          mkogan@koganlawfirm.com
          Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
          Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
          Continental Property Management Corp., and Inland Commerc mpark@cblh.com
          Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
          eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
          Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
          Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
          swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com

District/off: 0422-7          User: garyl              Page 39 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
            swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
          Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
          Nathan  Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
          Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LP heather@usdrllc.com
          Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
            Rutherford LLC nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
            nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor   Casio, Inc. nmccullagh@spottsfain.com,
            eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
            nsby@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   iGoDitigal, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   Casio, Inc. nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   Mitek Corporation (MTX) nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   Corporate Facilities Group, Inc. d/b/a Facilities
      Engineering nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for VVI
      Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
      LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   Northglenn Retail, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   Dudley Mitchell Properties TX, LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   Bagby Electric of Virginia, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   Panattoni Construction Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   Parkway Enterprises, LLC d/b/a Parkway Enterprises
      LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery III, LP
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   TI PI Texas, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   Panattoni Development Company, Inc. as Agent for
      Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   Techcraft Manufacturing, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   US Debt Recovery V, LP nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant   United States Debt Recovery LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   Cleveland Construction, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor   Cormark, Inc. nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Neil E. McCullagh   on behalf of Attorney   Spotts Fain PC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
             nsby@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   Scripps Networks Interactive, Inc.
             nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
             nsby@spottsfain.com
             Neil E. McCullagh   on behalf of Creditor   Panattoni Development Company, Inc. as Agent for EPC
             Denton Gateway, LLC nmccullagh@spottsfain.com,
             eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
             nsby@spottsfain.com
             Nicholas W. Whittenburg   on behalf of Creditor   Cleveland Towne Center, LLC
             nwhittenburg@millermartin.com, mcsmith@millermartin.com
             Oscar Baldwin Fears, III   on behalf of Creditor   Georgia Department of Revenue
             bfears@law.ga.gov, jjacobs@law.ga.gov
             P. Matthew Roberts   on behalf of Creditor   Hillsborough County, FL matt@godwinjonesandprice.com
             P. Matthew Roberts   on behalf of Creditor   CDB Falcon Sunland Plaza, LP
             matt@godwinjonesandprice.com
             Patrick M. Birney   on behalf of Creditor   Schimenti Construction Company LLC pbirney@rc.com,
             ctrivigno@rc.com
             Paul J. Pascuzzi   on behalf of Interested Party   Miami Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Biloxi Sun Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Olympian ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Fresno Bee ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Wichita Eagle ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Merced Sun Star ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Macon Telegraph ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   The McClatchy Company ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   McClatchy Company ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Sacramento Bee ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Island Packet ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Charlotte Observer ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Centre Daily Times (State College)
             ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Belleville News-Democrat ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Idaho Statesman ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Olympian ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Modesto Bee ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Bradenton Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   Lexington Herald-Leader ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Tri-City Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Bellingham Herald ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Myrtle Beach Sun News ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Raleigh News & Observer ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Kansas City Star ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Interested Party   San Luis Obispo Tribune ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Columbia State ppascuzzi@ffwplaw.com
             Paul J. Pascuzzi   on behalf of Creditor   Tacoma News, Inc. ppascuzzi@ffwplaw.com
             Paul K. Campsen   on behalf of Defendant   Griffin Marketing & Promotions, Inc.
             pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Lea Company, a Virginia general partnership, the
             Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Tritronics, Inc. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Ramco West Oaks I, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Newport News Shopping Center, L.L.C.
             pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Google Inc. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Site A, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   CC Grand Junction Investors 1998, LLC
             pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Crossways Financial Associates, LLC
             pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   CC Springs, L.L.C. pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   MHW Warner Robins, LLC pkcampsen@kaufcan.com
             Paul K. Campsen   on behalf of Creditor   Vance Baldwin, Inc. pkcampsen@kaufcan.com
             Paul M. Black   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
             pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
             Paul McCourt Curley   on behalf of Creditor   Carrollton Arms, LLC paul.curley@sixeastlaw.com
             Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@sixeastlaw.com
             Paul McCourt Curley   on behalf of Creditor Laurie Lambert-Gaffney paul.curley@sixeastlaw.com
             Paul Michael Schrader   on behalf of Creditor   Contra Costa Times, Inc.
             pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader   on behalf of Creditor   San Jose Mercury-News, Inc.
             pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com

District/off: 0422-7          User: garyl              Page 42 of 58            Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Michael Schrader   on behalf of Creditor   Bay Area News Group East Bay, LLC
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   Bay Area News Group East Bay, LLC
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   San Jose Mercury-News, Inc.
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor   MediaNews Group, Inc. pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   Export Development Canada
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News,
           Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
           Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   Caribbean Display & Construction, Inc.
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   TIN Inc. d/b/a Temple-Inland Inc.
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor   ANG Newspapers pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor   Contra Costs Times pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group
           East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
           Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group Inc. pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   Artitali Group, Inc. pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspaper Group, Inc.
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   MediaNews Group, Inc. pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNewsGroup pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor   BayAreaNews Group pschrader@fullertonlaw.com,
           paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Defendant   Alameda Newspapers, Inc.
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader   on behalf of Creditor   Alameda Newspapers, Inc.
           pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Wichita Falls 98 L.L.C.; CC Ridgeland 98,
           L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Okaloosa County Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hayward 880,LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Bay County Florida tax collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hillsborough County, FL pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CarMax, Inc. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Palm Beach County Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC Countryside 98, LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Westlake Limited Partnership
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Orange County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Osceola County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Manatee County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Highlands County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Miami-Dade County Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com:sdigiorgio@tb-lawfirm.com:lnelson@tb-lawfirm.com:dtabakin@tb-lawfirm.com
          Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor    State of New Hampshire Department of Revenue
           Administration peter.roth@DRA.nh.gov
          Peter E. Strniste, Jr.   on behalf of Creditor    Schimenti Construction Company LLC
           pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor    Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com

District/off: 0422-7          User: garyl           Page 44 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9       Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Peter G. Zemanian   on behalf of Defendant    Staples Contract & Commercial, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    Argo Partners pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    Corporate Express Office Products, Inc.
                pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
              Peter G. Zemanian   on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
              Peter J. Barrett    on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
                peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Barrett    on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
                LOAN FUNDING, LLC peter.barrett@kutakrock.com,
                charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
              Peter J. Carney     on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
                pcarney@whitecase.com,  hletourneau@whitecase.com
              Peter M. Pearl   on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
                scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Defendant    Koch Entertainment Distribution LLC
                ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
                ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
              Peter M. Pearl   on behalf of Creditor    Valley Corners Shopping Center, LLC
                ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
              Philip C. Baxa   on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Defendant    Mitsubishi Electronics America, Inc.
                pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
              Philip C. Baxa   on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
                rarrington@sandsanderson.com
              Philip James Meitl   on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
                john.leininger@bryancave.com
              Philip James Meitl   on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
                john.leininger@bryancave.com
              Philip James Meitl   on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
                john.leininger@bryancave.com
              R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
              Rafael X. Zahralddin-Aravena   on behalf of Creditor    Symantec Corp rxza@elliottgreenleaf.com

District/off: 0422-7          User: garyl          Page 45 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9      Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
            Raymond Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
             raypri24@hotmail.com
            Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
            Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
             rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
            Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
             C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
            Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
            Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
            Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
             jmartin@woodsrogers.com
            Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
             Association rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
            Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
             rgirgado@counsel.lacounty.gov
            Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
             richard.hagerty@troutmansanders.com,
             sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com
            Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
             kimi.odonnell@hklaw.com
            Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
             kimi.odonnell@hklaw.com
            Richard F. Stein   on behalf of Creditor   Internal Revenue Service
             richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
            Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation rhutson@fftlaw.com,
             lramsey@fftlaw.com
            Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
            Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
            Richard Thomas Pledger   on behalf of Defendant   Safeco Insurance Company of America
             rpledger@wcslaw.com,  wcabell@wcslaw.com
            Richard Thomas Pledger   on behalf of Counter-Claimant   Safeco Insurance Company of America
             rpledger@wcslaw.com,  wcabell@wcslaw.com

District/off: 0422-7          User: garyl              Page 46 of 58              Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard Thomas Pledger    on behalf of 3rd Party Plaintiff    Safeco Insurance Company of America
          rpledger@wcslaw.com,  wcabell@wcslaw.com
          Robert Asperger    on behalf of 3rd Pty Defendant    STATE OF CALIFORNIA bob.asperger@doj.ca.gov,
          nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov
          Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com;j
          jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
          eancanfield@comcast.net
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bankruptcy@hillrainey.com,
          kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
          om
          Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
          bankruptcy@hillrainey.com,
          kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
          om
          Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bankruptcy@hillrainey.com,
          kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;kmedlin@hillrainey.com;klibby@hillrainey.c
          om
          Robert B. Van Arsdale    on behalf of U.S. Trustee John P. Fitzgerald
          Robert.Van.Arsdale@usdoj.gov
          Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
          of Revenue redmundson@attorneygeneral.gov
          Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
          robert.albergotti@haynesboone.com,  kim.morad@haynesboone.com;john.middleton@haynesboone.com
          Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
          Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
          rclark@douglas.co.us
          Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
          L.L.C. rtepper@sabt.com
          Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
          rscully@stites.com,  docketclerkalex@stites.com
          Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
          rfm@kanejeffries.com,  rmoorman@moormanlaw.com
          Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
          Lexbankruptcy@wyattfirm.com
          Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
          Robert J.E. Edwards    on behalf of Unknown    KeyBank National Association redwards@polsinelli.com,
          tbackus@polsinelli.com
          Robert J.E. Edwards    on behalf of Creditor    U.S Bank National Association as Trustee
          redwards@polsinelli.com,  tbackus@polsinelli.com
          Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
          USAVAE.ALX.ECF.BANK@usdoj.gov
          Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
          rminkoff@cedargladecapital.com
          Robert Kenneth Minkoff    on behalf of Creditor    Collective Media rminkoff@cedargladecapital.com
          Robert Kenneth Minkoff    on behalf of Creditor    Cedar Glade, LP rminkoff@cedargladecapital.com
          Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
            rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
          Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com, rmmarinol@aol.com
          Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
            rmmarino@rpb-law.com, rmmarinol@aol.com
          Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES CUSTOM SERVICE
            Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usa.doj.gov
          Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usa.doj.gov
          Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usa.doj.gov
          Robert P. McIntosh    on behalf of 3rd Pty Defendant    United States of America, Department of
            Homeland Security, Customs and Border Protection Robert.McIntosh@usdoj.gov,
            USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usa.doj.gov
          Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
            DHowes@hirschlerlaw.com
          Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,
            DHowes@hirschlerlaw.com
          Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,
            DHowes@hirschlerlaw.com
          Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
            Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
            Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
            Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
            bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
            Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
            bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
            Oregonian Publishing Co. bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
            Constructors bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
            karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
            Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
            bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
            bmusick@t-mlaw.com, karnett@t-mlaw.com
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
            rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
            rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
            rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
            rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
            rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
            rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
            rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
            rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
            rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
            rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
            rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
            rhenderson@hf-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert S. Westermann   on behalf of Creditor   COMSYS Information Technology Services, Inc. and
               COMSYS Services, LLC rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Old Republic Insurance Company
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Cameron Group Associates LLP
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Taubman Auburn Hills Associates Limited
               Partnership rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor   TXU Engergy Retail Company LLC
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor   Harvest/HPE LP rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
               rwestermann@hf-law.com, rhenderson@hf-law.com
              Robin S. Abramowitz   on behalf of Creditor   CC Merrillville Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
              Rodney F. Page   on behalf of Creditor   Wells Fargo Bank, N.A. rfpage@bclplaw.com
              Rodney F. Page   on behalf of Creditor   Bank of America, N.A. rfpage@bclplaw.com
              Rodney F. Page   on behalf of Creditor   Berkadia Commercial Mortgage LLC rfpage@bclplaw.com
              Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
               Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
              Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com, r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Attorney   Ronald Page, PLC rpage@rpagelaw.com,
               r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
               Management Group, Ltd. rpage@rpagelaw.com,  r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
               r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
               rpage@rpagelaw.com, r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com, r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
               rpage@rpagelaw.com, r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
               rpage@rpagelaw.com, r59927@notify.bestcase.com
              Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
               r59927@notify.bestcase.com

District/off: 0422-7          User: garyl          Page 49 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9     Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Ronald G. Dunn    on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
              Ronald M. Tucker    on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
               bankruptcy@simon.com
              Roy M. Terry, Jr.    on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Roy M. Terry, Jr.    on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              Russell R. Johnson, III    on behalf of Creditor    Chalek Company LLC russ4478@aol.com
              Russell R. Johnson, III    on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
              Ryan C. Day    on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com
              Ryan C. Day    on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
              S. James Wallace    on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com
              S. Sadiq Gill    on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
               Company sgill@vanblk.com
              Sara L. Chenetz    on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
              Sarah Beckett Boehm    on behalf of Debtor    PRAHS, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores West Coast, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Abbott Advertising Agency, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
               sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com
              Sarah Beckett Boehm    on behalf of Debtor    Circuit City Purchasing Company, LLC
               sboehm@mcguirewoods.com
              Satchidananda  Mims    smims21@hotmail.com
              Scott D. Fink    on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
              Seth A. Drucker    on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
              Seth A. Drucker    on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
              Shalanda N. Franklin    on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com,
               mdowns@vanblk.com
              Shalanda N. Franklin    on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
               sfranklin@vanblk.com,  mdowns@vanblk.com
              Shawn M. Christianson    on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Sheila G. de la Cruz    on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
               partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
               Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
               sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
            sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
            rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
            stan.salus@akerman.com,
            crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
            Industrial Division smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
            Company smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
            smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
            Distributors, Inc. smilo@wawlaw.com,
            jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@offitkurman.com,
            mmargulies@offitkurman.com
          Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hirschlerlaw.com,
            ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
            sleach@hirschlerlaw.com,  ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
            Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
            skgallagher@venable.com,  MFVanLingham@Venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
            steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
              steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
              Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
              Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
              Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
              Hartman 1995 Ohio Property steven@tiffanylawfirm.com
              Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
              steven@tiffanylawfirm.com
              Steven L. Brown    on behalf of Defendant    Construct, Inc. steven@tiffanylawfirm.com
              Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation
              steven@tiffanylawfirm.com
              Steven L. Brown    on behalf of Creditor    The Columbus Dispatch steven@tiffanylawfirm.com
              Steven L. Brown    on behalf of Creditor    Construct, Inc. steven@tiffanylawfirm.com
              Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
              tannweiler@greeherz.com
              Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@huntonak.com,
              amckenzie@huntonak.com
              Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@huntonak.com,
              amckenzie@huntonak.com
              Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
              Thaddeus D. Wilson    on behalf of Creditor    Mitsubishi Electronics America, Inc.
              thadwilson@kslaw.com,  pwhite@kslaw.com
              Thomas A. Schultz, Jr.    on behalf of Creditor    City of Novi, MIchigan tschultzlaw@gmail.com
              Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
              Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
              tmurphy@dclawfirm.com,
              rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
              Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
              dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
              Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
              Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
              thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
              thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
              Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
              alexis.makell@hklaw.com
              Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
              smedsa@gtlaw.com
              Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
              Thomas Joseph Moran    on behalf of Defendant    Safeco Insurance Company of America
              tmoran@wcslaw.com,  wcabell@wcslaw.com
              Thomas Joseph Moran    on behalf of Creditor    Safeco Insurance Company of America
              tmoran@wcslaw.com,  wcabell@wcslaw.com
              Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
              tomjam2003@yahoo.com
              Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
              tjamerson@hunton.com,  tomjam2003@yahoo.com
              Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com
              Thomas W. Repczynski    on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
              tboyd@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
              tboyd@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor    Graphic Communications, Inc.
              trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Thomas W. Repczynski    on behalf of Creditor    Tutwiler Properties, LTD
              trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Thomas W. Repczynski    on behalf of Defendant    Graphic Communications Holdings, Inc.
              trepczynski@offitkurman.com,  tboyd@offitkurman.com
              Tiffany Strelow Cobb    on behalf of Creditor    Platform-A Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Tiffany Strelow Cobb    on behalf of Creditor    AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
              Tiffany Strelow Cobb    on behalf of Creditor    Advertising.com Inc. tscobb@vorys.com,
              bjtobin@vorys.com
              Timothy Francis Brown    on behalf of Interested Party    F.R.O., L.L.C. IX brownt@arentfox.com
              Timothy Francis Brown    on behalf of Creditor    13630 Victory Boulevard, LLC brownt@arentfox.com
              Timothy W. Boykin    on behalf of Creditor    Alameda County Treasurer tboykin@vanblk.com,
              croyes@vanblk.com
              Tracey Michelle Ohm    on behalf of Defendant    Targus, Inc. tracey.ohm@stinson.com,
              porsche.barnes@stinson.com
              Tracey Michelle Ohm    on behalf of Creditor    Waste Management, Inc. tracey.ohm@stinson.com,
              porsche.barnes@stinson.com
              Troy  Savenko    on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com

District/off: 0422-7          User: garyl              Page 52 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Troy   Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
          tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
          Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
          Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
          situated tsavenko@kv-legal.com
          Troy   Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
          tsavenko@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
          tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
          val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
          val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
          val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
          robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
          reardonv@michigan.gov, jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
          victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
          victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
          walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda   Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
          LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
          and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
          ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
          jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
          Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
          Wanda   Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
          wroenker@cityofchesapeake.net
          William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
          wheuer@duanemorris.com
          William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
          wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
          wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
          aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
          Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
          aburnett@williamsmullen.com, ddillon@williamsmullen.com

District/off: 0422-7          User: garyl               Page 53 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   American National Insurance Company
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C.
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
                     TV aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Eon Communications Corporation
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
                     aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
                     GMAC Global Relocation Services, LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com,
                     ddillon@williamsmullen.com
              William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
                     sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
              William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
                     sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
              William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
                     sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
              William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
                     sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com

District/off: 0422-7          User: garyl              Page 54 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Alexander's Rego Park Center, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
          Distribution Company, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    VNO Mundy Street, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Finance, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    East BrunswickVF, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lang Construction, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    VTech Communications, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    UTC I, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Attorney    Sands Anderson PC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    CSI Construction Company bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    InnerWorkings, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: garyl          Page 55 of 58          Date Rcvd: Jul 15, 2019
                              Form ID: pdford9     Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor     BevCon I, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Chatham County Tax Commissioner bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Lee County Tax Collector bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Interstate Augusta Properties LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant     Coby Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     McAlister Square Partners, Ltd. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant     Monument Consulting, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Mid-American Insulation, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     NPP Development LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Metra Electronics Corporation bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     DeSoto County, Mississippi bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant     Universal Display and Fixtures Company
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Hillson Electric Incorporated bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Mansfield SEQ 287 and Debbie, Ltd.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     BBP-Muncy LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     BPP-OH LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Towson VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     Colorado Structures, Inc. dba CSI Construction Co.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     North Plainfield VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     McCorkendale Construction bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant     Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     BPP-NY LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant     Fourstar Group USA, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor     DEV Limited Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: garyl              Page 56 of 58          Date Rcvd: Jul 15, 2019
                             Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    The Stop & Shop Supermarket Company LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    John Rohrer Contracting Company, Inc.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BPP-VA LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Tamrac, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Green Acres Mall, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    OmniMount Systems, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Lee County, Mississippi Tax Collector
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BPP-WB LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    RBS Business Capital bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Amherst VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Denon Electronics (USA), LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Colorado Structures, Inc., dba CSI Construction Co.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Midwest Block & Brick, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    East Brunswick VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Fourstar International Trading Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Sensormatic Electronic Corporation
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          William A. Gray   on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    The Oklahoma Publishing Company
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    E&A Northeast Limited Partnership
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
          Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
          trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
          William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
          chris.tillmanns@bgllp.com
          William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV   on behalf of Defendant    International Business Machines Corporation
          wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV   on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
          jseay@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
          dsullivan@butzeltp.com
          William H. Schwarzschild, III   on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    MRV Wanamaker, LC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Hotan Corporation
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Datel Design & Development, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    J&J Industries, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    National Western Life Insurance Company
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Merrill Communications LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Miami-Dade County Tax Collector
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Dick's Sporting Goods, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Vonage Marketing Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    Dollar Tree Stores, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Defendant    Evening Post Publishing Company, dba The
          Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    LumiSource, Inc.
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    State Board of Equalization
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    SouthPeak Interactive, LLC
          tschwarz@williamsmullen.com
          William H. Schwarzschild, III   on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Nancy  Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor Charles  Booth jcharboneau@mglspc.com,
          aford@mglspc.com
          Wm. Joseph A. Charboneau   on behalf of Creditor    Placer California jcharboneau@mglspc.com,
          aford@mglspc.com
          Zmarak Khan   on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
          zmarak.khan@dlapiper.com

District/off: 0422-7            User: garyl              Page 58 of 58            Date Rcvd: Jul 15, 2019
                               Form ID: pdford9          Total Noticed: 12

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                TOTAL: 2227