| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. – *pro hac vice* | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. – *pro hac vice* | Paula S. Beran, Esq. (VA Bar No. 34679) |
| PACHULSKI STANG ZIEHL & JONES LLP | David N. Tabakin, Esq. (VA Bar No. 82709) |
| 10100 Santa Monica Boulevard, 13th Floor | TAVENNER & BERAN, PLC |
| Los Angeles, California 90067-4100 | 20 North Eighth Street, 2nd Floor |
| Telephone: (310) 277-6910 | Richmond, Virginia 23219 |
| Telecopy: (310) 201-0760 | Telephone: (804) 783-8300 |
| | Telecopy: (804) 783-0178 |

Robert J. Feinstein, Esq. - *pro hac vice*
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 21, 2019 AT 11:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on November 21, 2019, beginning at 11:00 a.m. Eastern.

1. Motion to Approve (Motion of the Liquidating Trustee for Entry of an Order Further Extending Term of Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Entered: 10/11/2019) (Docket No. 14233).

    Related Documents:

    a. Notice of Motion and Notice of Hearing (Re: related document(s) 14233 Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 11/21/2019 at 11:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Tavenner, Lynn) (Entered: 10/11/2019) (Docket No. 14234).

    b. Affidavit of Service (Re: related document(s) 14233 Motion to Approve filed by Circuit City Stores, Inc. Liquidating Trust, 14234 Notice of Motion and Notice of Hearing filed by Circuit City Stores, Inc. Liquidating Trust) filed by David N. Tabakin of Tavenner & Beran PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tabakin, David) (Entered: 10/14/2019) (Docket No. 14235).

    Objection/
    Response Due:    November 14, 2019

    Objections/
    Responses    None
    Filed:

    Status:    The Liquidating Trustee will request that the Motion be granted.

| | |
|---|---|
| November 18, 2019<br>Richmond, Virginia | Respectfully submitted,<br><br>**ALFRED H. SIEGEL, SOLELY AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST**<br><br>/s/ *David N. Tabakin*<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>David N. Tabakin (VA Bar No. 82709)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: 804-783-8300<br>Facsimile: 804-783-0178<br>Email: ltavenner@tb-lawfirm.com<br>        pberan@tb-lawfirm.com<br>        dtabakin@tb-lawfirm.com<br><br>-and-<br><br>Jeffrey N. Pomerantz (admitted *pro hac vice*)<br>Andrew W. Caine (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: 310-277-6910<br>Facsimile: 310-201-0760<br>E-mail:rpachulski@pszjlaw.com<br>        acaine@pszjlaw.com<br><br>- and –<br><br>Robert J. Feinstein, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Telecopy: (212) 561-7777<br><br>*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |