Richard M. Pachulski, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., [1] | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**<u>ORDER</u>**

Upon the *Motion of the Circuit City Stores, Inc. Liquidating Trust to Enforce Terms of Confirmed Plan, for Protection from Foreign Subpoenas, and for Order to Show Cause as to Why Stiles Ewing Powers PC, Michael S. Ewing, Esquire, Mollie C. Barton, Esquire, and David G. Fose Should Not Be Held in Contempt* (the "**Motion**")[2] of Alfred H. Siegel, as Trustee, and not individually but solely in his capacity as the liquidating trustee (in such capacity, the "**Trustee**") of the Circuit City Stores, Inc. Liquidating Trust (the "**Trust**") created under the *Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

[2] Capitalized terms not otherwise defined herein shall have the meanings and definitions ascribed to such terms in the Motion.

*Debtors and Debtors in Possession and its Official Committee of Unsecured Creditors Holding General Unsecured Claims* [Docket No. 8252, Exhibit A], for the entry of an order holding the Violators, all as set forth in greater detail in the Motion, in contempt and to quash certain Subpoenas; and the Court having reviewed the Motion, and the Court having determined that the relief requested in the Motion is reasonable and warranted under the circumstances; and it appearing that proper and adequate notice of the Motion has been given; and upon the record adduced at the hearing (the "**Hearing**") on December 12, 2019; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

**I.**The Motion is GRANTED IN PART AND CONTINUED IN PART.

**II.**Pursuant to legal basis articulated in this Court's *Memorandum Opinion*, *In re Circuit City Stores, Inc.*, Case No. 08-35653 (Bankr. E.D. Va. Sept. 06, 2016), ECF No. 13939 (Huennekens, J.), the Subpoenas are void.

**III.**The relief sought by the Trustee as it relates to holding the Violators in contempt is hereby continued generally subject to the Trustee filing an additional notice of a hearing to be held on not less than twenty-one (21) days' notice.

**IV.**The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: <u>Dec 16 2019</u>
      Richmond, Virginia

/s/ Kevin R Huennekens
_____
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: Dec 17 2019

WE ASK FOR THIS:

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
(admitted *pro hace vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 13th Floor
Los Angeles, California 90067-4100
Telephone: 310-227-6910
Facsimile: 310-201-0760

*Counsel to Alfred H. Siegel, as Trustee of the*
*Circuit City Stores, Inc. Liquidating Trust*

## **CERTIFICATION**

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.

*/s/ Lynn L. Tavenner*
Counsel

**Service List for Entered Order**

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1885
Robert.B.Van.Arsdale@usdoj.gov

Mollie C. Barton, Esquire
Stiles Ewing Powers PC
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mbarton@familylawrva.com

Michael S. Ewing, Esquire
Stiles Ewing Powers PC
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mewing@familylawrva.com

Stiles Ewing Powers PC
c/o Michael S. Ewing, r/a
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mewing@familylawrva.com

David G. Fose
c/o Michael S. Ewing, Esquire
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mewing@familylawrva.com

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l          Page 1 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
              +David G. Fose,    c/o Michael S. Ewing, Esquire,    3957 Westerre Parkway, Suite 400,
               RIchmond, VA 23233-1319
              +Michael S. Ewing, Esquire,    Stiles Ewing Powers PC,    3957 Westerre Parkway, Suite 400,
               Richmond, VA 23233-1319
              +Mollie C. Barton, Esquire,    Stiles Ewing Powers PC,    3957 Westerre Parkway, Suite 400,
               Richmond, VA 23233-1319
              +Stiles Ewing Powers PC,    c/o Michael S. Ewing, r/a,    3957 Westerre Parkway, Suite 400,
               Richmond, VA 23233-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Dec 18 2019 04:58:54      UST smg Richmond,
               Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                            TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Aaron L. Hammer    on behalf of Creditor    National Product Care Company ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer    on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer    on behalf of Creditor    Virginia Surety Company, Inc. ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer    on behalf of Creditor    Service Saver, Incorporated ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer    on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
               ahammer@hmblaw.com,   ecfnotices@hmblaw.com
              Aaron R. Cahn    on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com,
               CourtMail@clm.com
              Adam K. Keith    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com,  tsable@honigman.com
              Albert F. Quintrall    on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles    on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins    on behalf of Interested Party    Eatontown Commons Shopping  Center
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    Arboretum of South Barrington, LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap NorthPoint LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Interested Party    AmCap Arborland LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins    on behalf of Creditor    Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    Northern Indiana Public Service Company
               atoepp@reedsmith.com,
               dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
               th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
               ecf.pacerpro.com

```
District/off: 0422-7          User: ramirez-l         Page 2 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9         Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc., A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com, dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmith.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc. atoepp@reedsmith.com, dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmith.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC atoepp@reedsmith.com, dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmith.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc. atoepp@reedsmith.com, dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmith.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Amanda Jill Katzenstein   on behalf of Creditor   U.S Bank National Association as Trustee akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein   on behalf of Unknown   KeyBank National Association akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com

Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@hirschlerlaw.com

Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc. abiggs@hirschlerlaw.com

Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc. abiggs@hirschlerlaw.com

Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County Star abiggs@hirschlerlaw.com

Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a FineLiving.com, d/b/a Home & Garden Television abiggs@hirschlerlaw.com

Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of Pittsburgh, PA abiggs@hirschlerlaw.com

Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal, Inc. abiggs@hirschlerlaw.com

Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc. ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The Learning Channel ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co., Ltd. ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc. ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com, onazar@beankinney.com

Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com

Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C. Andrew@ajoneslaw.com

Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com

Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com

Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org

Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com, akrudiger@kaufcan.com

Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@coleschotz.com

Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com, dbonilla@shutts-law.com

Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com

Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com, Angela.Abreu@northwest.com

Anitra D. Goodman Royster   on behalf of Creditor   Connexion Technologies anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com, raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com

Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com

Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com

Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com

Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com

Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com

Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us, gurholtks@doj.state.wi.us

Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle Management Services, LLC abraucher@mcmillanmetro.com

Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com

District/off: 0422-7          User: ramirez-l          Page 3 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
    Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
    1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
    abraucher@mcmillanmetro.com
Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
    drichards@vanblk.com;kjerald@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
    drichards@vanblk.com;kjerald@vanblk.com
Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
    drichards@vanblk.com;kjerald@vanblk.com
Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
    Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
    annemarie.mcgavin@bipc.com,
    joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
    acichello@kb-law.com
Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
    Companies, Ltd. acichello@kb-law.com
Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@meridianlawfirm.com,
    aryehsteinecf@gmail.com
Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
    ecffilings@hangley.com
Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
    Circuit City Stores, Inc. Liquidating Trust amcdow@foley.com, sgaeta@foley.com
Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
    managing agent for WTM Glimcher LLC aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
    Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc.
    aepps@williamsmullen.com, avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@williamsmullen.com,
    avaughn@williamsmullen.com
Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
    aepps@williamsmullen.com, avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Augustus C. Epps, Jr.   on behalf of Creditor    Inland US Management LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Carousel Center Company, L.P.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Gateway Center Properties III, LLC and SMR
                Gateway III, LLC as tenants in common aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
                Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Daniel W. Ramsey aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
                Luckoff Land Company, LLC as tenants in common aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    International Speedway Square, Ltd.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    EEL McKee LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    NAP Northpoint, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Macy's Retail Holdings, Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Diamond Square, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Amargosa Palmdale Investments, LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Fingerlakes Crossing, LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Tanglewood Park LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Starpoint Property Management, LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Prudential Insurance Company of America
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    American Power Conversion Corp.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Manufacturers and Traders Trust Company, as
                Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Myrtle Beach Farms Co., Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Inland Commercial Property Management,  Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping Center)
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Thoroughbred Village Tennessee, GP
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Plaintiff    CC-Investors 1995-6 aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Hamilton Crossing I, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Crossroads Associates, Ltd.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Hamilton Crossing aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
                St. Paul Pioneer Press aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Inland Continental Property Management Corp.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Buzz Oates, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Rancon Realty Fund IV aepps@williamsmullen.com,
                avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Inland Commercial Property Management, Inc.
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Catellus Operating Limited Partnership
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Argyle Forest Retail I, LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
                aepps@williamsmullen.com,  avaughn@williamsmullen.com
            Augustus C. Epps, Jr.   on behalf of Creditor    Westgate Village, LLC aepps@williamsmullen.com,
                avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 5 of 58          Date Rcvd: Dec 17, 2019
                              Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.  on behalf of Defendant    CDW Direct, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Interested Party    Manufacturers & Traders Trust Company, as
            Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Sangertown Square, L.L.C.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Swanblossom Investments, LP
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Donahue Schriber Realty Group, L.P.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Laurel Plumbing, Inc. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Generation One and Two, LP
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Glimcher Properties Limited Partnership, as
            managing Agent for Puente Hills Mall, LLC aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Kimco Realty Corporation aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    1030 W. North Ave. Bldg. LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland Southwest Management LLC, Inland American
            Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Whitestone Development Partners, L.P.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    De Rito Pavilions 139, LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    N.P. Huntsville Limited Liability Company
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Kite Coral Springs, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Myrtle Beach Farms aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland American Retail Management LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Audio Authority Corporation
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Union County Construction Group, Inc.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant    Solutions 2 Go, Inc. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    La Habra Imperial, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    The West Campus Square Company, LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Cohab Realty, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Attorney    Christian & Barton, L.L.P.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    CC-Investors 1995-6 aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    KRG Market Street Village, LP
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland Pacific Property Services LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Brighton Commercial, L.L.C.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Bella Terra Associates, LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Inland Southwest Management LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    EklecCo NewCo, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant    Kost Klip Manufacturing, Ltd.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor    Glimcher Properties Limited Partnership
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
          Belkys  Escobar    on behalf of Creditor    County of Loudoun, VA Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
          Benjamin C. Ackerly    on behalf of Creditor    Panasonic Corporation of North America
            backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Defendant    Nikon, Inc. backerly@hunton.com,
            cloving@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin C. Ackerly    on behalf of Creditor    Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Federal Warranty Service Corporation
          backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          backerly@hunton.com, cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@lawmacdowell.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
          benglander@wtplaw.com, rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
          bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
          hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    KNP hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
          hubenb@ballardspahr.com, carolod@ballardspahr.com
          Brian D. Wesley    on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
          Brian D. Wesley    on behalf of Defendant    California Self-Insurers Security Fund
          brian.wesley@doj.ca.gov
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
          Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
          ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
          c.gideon.korrell@dentons.com, jocasta.wong@dentons.com/docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
          cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

District/off: 0422-7        User: ramirez-l          Page 7 of 58            Date Rcvd: Dec 17, 2019
                           Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Federal Realty Investment Trust
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    The Morris Companies Affiliates
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Cousins Properties Incorporated
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Centro Properties Group cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    RREEF Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Watt Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Cencor Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    NMC Stratford, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    The Hutensky Group cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    KNP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Simon Property Group, Inc. cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    Prudential Insurance Company of America
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs    on behalf of Creditor    The Macerich Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel    on behalf of Unknown    G&S Livingston Realty, Inc.
               kvogel@vogelandcromwell.com
              Christian K. Vogel    on behalf of Creditor    Circuit Investors #2, Ltd.
               kvogel@vogelandcromwell.com
              Christian K. Vogel    on behalf of Creditor    Circuit Investors #3, Ltd.
               kvogel@vogelandcromwell.com
              Christian K. Vogel    on behalf of Creditor    Schimenti Construction Company LLC
               kvogel@vogelandcromwell.com
              Christine D. Lynch    on behalf of Creditor    Ray Mucci's Inc. clynch@goulstonstorrs.com
              Christine D. Lynch    on behalf of Creditor    Interstate Augusta Properties LLC
               clynch@goulstonstorrs.com
              Christine D. Lynch    on behalf of Creditor    NPP Development LLC clynch@goulstonstorrs.com
              Christine D. Lynch    on behalf of Creditor    E&A Northeast Limited Partnership
               clynch@goulstonstorrs.com
              Christine D. Lynch    on behalf of Creditor    Route 146 Millbury LLC clynch@goulstonstorrs.com
              Christine D. Lynch    on behalf of Creditor    S.R. Weiner & Associates Inc.
               clynch@goulstonstorrs.com
              Christine McAteer Ford    on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
              Christine McAteer Ford    on behalf of Creditor    Ada Alicea, on behalf of herself and all others
               similarly situated cford@mdpcelaw.com
              Christopher A. Jones    on behalf of Creditor    Moncayo Settlement Class cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones    on behalf of Creditor    TeleDynamics LLP cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones    on behalf of Creditor    Weidler Settlement Class cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones    on behalf of Creditor    Twentieth Century Fox Home Entertainment LLC
               cajones@wtplaw.com,   clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones    on behalf of Creditor    Annapolis Plaza LLC cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher Julian Hoctor    on behalf of Defendant    Moran Brown PC choctor@kv-legal.com
              Christopher L. Perkins    on behalf of Creditor    Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Parago Promotional Services, Inc
               christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
               Tech christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Satellite Information Network, Inc.,
               dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com

District/off: 0422-7        User: ramirez-l          Page 8 of 58                    Date Rcvd: Dec 17, 2019
                           Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
              Republic christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
              TV christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
              Star christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Netgear Inc. christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
          Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
              d/b/a Jack of All Games christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
              Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
              Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    The Daniel Group
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
              Two Interactive christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
              christopher.perkins@leclairryan.com
          Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
              christopher.perkins@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Transferee   Longacre Opportunity Fund, LP
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Seagate Technology, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Creative Realty Management, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sharp Electronics Corporation
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Attorney   LeClair Ryan, A Professional Corporation
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   V.E.C., LLC dba Virginia Electronic Components
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Westfield, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Take Two Interactive Software, Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC - Virginia Beach, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Eastern Security Corp.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Movant Nina   Winston christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Counter-Claimant   Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Jefferies Leveraged Credit Products, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Rossmoor Shops, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba Greenville News aka The
            Greenville News christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sirius XM Radio Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Plaintiff   Schimenti Construction Company LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Balogh Companies
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Parago, Inc. christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   eReplacements, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   CP Nord du Lac JV, LLC
            christopher.perkins@leclairryan.com
          Christopher M. Desiderio   on behalf of Plaintiff   Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   TomTom, Inc. cdesiderio@nixonpeabody.com
          Christopher M. Desiderio   on behalf of Creditor   Greystone Data Systems, Inc.
            cdesiderio@nixonpeabody.com
          Christopher R. Belmonte   on behalf of Creditor   International Business Machines Corporation
            cbelmonte@ssbb.com,   asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
          Christopher S. Colby   on behalf of Creditor   Alameda County Treasurer ccolby@vanblk.com
          City of Newport News, Virginia   jdurant@nngov.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Berkshire Hyannis LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Federal Realty Investment Trust
            cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Brixmor Property Group, Inc., f/k/a Centro
            Properties Group cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Greece Ridge, LLC cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Battlefield FE Limited Partners
            cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Constantinos G. Panagopoulos   on behalf of Creditor   Centro Properties Group
            cgp@ballardspahr.com,
            summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
          Courtney E. Pozmantier   on behalf of Creditor   Paramount Home Entertainment
            cpozmantier@ktbslaw.com,   mtuchin@ktbslaw.com
          Craig M. Palik   on behalf of Creditor   CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
            cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
            son@mhlawyers.com

District/off: 0422-7          User: ramirez-l          Page 10 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
     cpalik@mhlawyers.com,
     cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
     son@mhlawyers.com
Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
     curtis.manchester@kutakrock.com
Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
     Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com
Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
     curtis.manchester@kutakrock.com
D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
     ndysart@ltblaw.com;plaura@ltblaw.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
     individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
     ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
     Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
     ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
     Statesman ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
     Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
     Statesman ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
     Post ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
     Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
     individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
     Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
     Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
     Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
     daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
     Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
     Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
     daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
     daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
     Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
     Allison.Abbott@nelsonmullins.com
Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
     dpress@chung-press.com,  pressdm@gmail.com
Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
     pressdm@gmail.com
Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
     dsbushnaq@venable.com
Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinson.com,
     catherine.scott@stinson.com
Darrell William Clark    on behalf of Creditor    Waste Management, Inc. darrell.clark@stinson.com,
     catherine.scott@stinson.com
Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
     bankruptcy@ntexas-attorneys.com
David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
     bankruptcy@ntexas-attorneys.com
David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
     bankruptcy@ntexas-attorneys.com
David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
     bankruptcy@ntexas-attorneys.com
David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
     ecf@davidgreerlaw.com
David A. Greer    on behalf of Creditor    Century plaza development corporation
     dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com

District/off: 0422-7        User: ramirez-l        Page 11 of 58        Date Rcvd: Dec 17, 2019
                           Form ID: pdford9        Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

David B. Wheeler   on behalf of Creditor   South Carolina Electric & Gas Company and Public
  Service of North Carolina davidwheeler@mvalaw.com
David D. Hopper   on behalf of Creditor   Rio Associates Limited Partnership ddhopper@chlhf.com,
  bhale@chlhf.com
David Emmett Hawkins   on behalf of Creditor   Archon Group, L.P. dhawkins@velaw.com
David H. Cox   on behalf of Creditor   610 & San Felipe, Inc. dcox@jackscamp.com,
  pdyson@jackscamp.com
David H. Cox   on behalf of Creditor   Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
  pdyson@jackscamp.com
David J. Ervin   on behalf of Creditor   WEC 99A-2LLC dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Weingarten Realty Investors and Its Affiliates
  dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   The MacNaughton Group dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Basser-Kaufman dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Developers Diversified Realty Corporation
  dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Continental Properties Company, Inc.
  dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Philips International dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Ashkenazy Management Corp. dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   S.J. Collins Enterprises, Goodman Enterprises, DeHart
  Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   The Woodmont Company dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Benderson Development Company, LLC dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
  RC CA Santa Barbara, LLC dervin@kelleydrye.com,   KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Regency Centers, L.P. dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David J. Ervin   on behalf of Creditor   General Growth Properties, Inc. dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
David K. Spiro   on behalf of Defendant   United States Debt Recovery LLC dspiro@hf-law.com,
  rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro   on behalf of Defendant   eGain Communications Corp., a/k/a Egain Communications
  and Eagin Communications dspiro@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro   on behalf of Defendant   United States Debt Recovery III, LLP dspiro@hf-law.com,
  rmcburney@hf-law.com;rmcburney67@gmail.com
David K. Spiro   on behalf of Transferee   US Debt Recovery LLC dspiro@hf-law.com,
  rmcburney@hf-law.com;rmcburney67@gmail.com
David M. Poitras   on behalf of Interested Party   THQ, Inc. dmp@jmbm.com
David N. Tabakin   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
  Inc. Liquidating Trust dtabakin@tb-lawfirm.com,
  pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
  nelson@tb-lawfirm.com
David N. Tabakin   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
  dtabakin@tb-lawfirm.com,
  pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
  nelson@tb-lawfirm.com
David R. Ruby   on behalf of Defendant   SanDisk Corporation druby@t-mlaw.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   Lite-On Sales & Distribution Inc., also known as LSDI
  druby@t-mlaw.com,   bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Creditor   SanDisk Corporation druby@t-mlaw.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   R-Pac International Corp. druby@t-mlaw.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Creditor   Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   Jasco Products Company, Inc. druby@t-mlaw.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David R. Ruby   on behalf of Defendant   Lite-On IT Corp. druby@t-mlaw.com,
  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
David S. Musgrave   on behalf of Defendant   Toymax International, Inc. dmusgrave@gfrlaw.com,
  tleonard@gfrlaw.com
David V. Cooke   on behalf of Creditor   City and County of Denver bankruptcy.david@denvergov.org
David W. Earman   on behalf of Defendant   Petra Industries, Inc. davidearman@courtsq.com

District/off: 0422-7          User: ramirez-l          Page 12 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
          drichards@vanblk.com/mdowns@vanblk.com
          Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
          Revenue Services denise.mondell@ct.gov
          Denise S. Mondell    on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant    Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh    on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Transferee    Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh    on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner    on behalf of Creditor    Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes    on behalf of Debtor    Circuit City Purchasing Company, LLC
          dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dhayes@mcguirewoods.com, kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes    on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dominic L. Chiariello    on behalf of Creditor Donovan    Dunwell dc@chiariello.com
          Donald Alan Workman    on behalf of Creditor    Buffalo Technology (USA), Inc. dworkman@bakerlaw.com
          Donald S. Ludman    on behalf of Creditor    SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas Scott    on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas Scott    on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com

District/off: 0422-7          User: ramirez-l          Page 13 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
               Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   Pasadena Independent School District
               BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Transferee   CFH Investments III, LLC BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Interactive Toy Concepts, Inc
               BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
               BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
               BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
               BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
               California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
               dkappler@rdwlawcorp.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
               dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
               dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
               dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
               dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
               dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
               mcguire-8660@ecf.pacerpro.com
          Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P.
               dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
               dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc.
               dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dylan.trache@nelsonmullins.com,
               robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
           and KGW-TV dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
           dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
           robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
           mayle@hooverslovacek.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth
           rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
           wenditaylor@toase.com
          Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
           elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
           Gazette egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Mikael Salovaara elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
           elizabeth.gunn@dss.virginia.gov, bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
           bankruptcy@dss.virginia.gov
          Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
           egunn@sandsanderson.com, bankruptcy@dss.virginia.gov
          Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
           jquiambao@friedmanspring.com
          Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation
           ecotton@sitecenters.com
          Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation
           eric.rusnak@pillsburylaw.com
          Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com
          Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
           glorioso.alessandra@dorsey.com

District/off: 0422-7          User: ramirez-l          Page 15 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
          Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
           emorabito@pattonboggs.com
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
           Service of North Carolina ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
           ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
           kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
           on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
           ffm@bostonbusinesslaw.com
          Frank H. Griffin, IV    on behalf of Transferor    Lender Trust, as successor in interest to
           Syntax-Brillian Corporation griffinf@pepperlaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
           frank.pepler@dlapiper.com,
           sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
           fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Defendant    Old Republic Insurance Company
           fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
           rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
           mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
           glaymon@mglspc.com,  jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
           jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
           glaymon@mglspc.com, jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon Mondragon gmason@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
           gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
           jschmeltz@sblsg.com;jrapp@sblsg.com
          George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
           gekostel@gmail.com
          German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
           alison.moreno@pcao.pima.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John   Batioff sigalawl@aol.com
          Gillian N. Brown    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
            gbrown@pszjlaw.com
          Gina Baker Hantel    on behalf of Defendant    State of Tennessee Department of Revenue,through
            Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Department of Treasury-Unclaimed Property
            agbankcal@ag.tn.gov
          Gina Baker Hantel    on behalf of Creditor    Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario    on behalf of Creditor    California Self-Insurers' Security Fund
            gfornario@nixonpeabody.com,    khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver    on behalf of Creditor    CC Joilet Trust ctbghs@aol.com,
            christine@virginia-lawyers.net
          Gordon S. Woodward    on behalf of Creditor    Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant    on behalf of Defendant    S.M. Wilson & Co., a/k/a S.M. Wilson & Company
            ggrant@shulmanrogers.com,    lsmith@shulmanrogers.com;jclifford@shulmanrogers.com
          H. Elizabeth Weller    on behalf of Creditor    Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller    on behalf of Creditor    Longview ISD Dallas.Bankruptcy@publicans.com
          H. Slayton Dabney, Jr.    on behalf of Creditor    Applied Predictive Technologies, Inc.
            sdabney@dabneypllc.com
          Hale  Yazicioglu    on behalf of Creditor    AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown    on behalf of Creditor    Westgate Village, LP heather@hdbrownlaw.com,
            jwest@kkgpc.com
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey - Dept. of Treasury
            Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson    on behalf of Creditor    State of New Jersey, Division of Taxation
            Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr    on behalf of Defendant    Mannington Carpets, Inc., d/b/a Mannington
            Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Sykes Enterprises Incorporated f/k/a ICT
            Group, Inc. hbroberts@live.com,    droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Creditor    Suemar hbroberts@live.com,
            droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Homerun Holdings Corp., fka Wayne-Dalton
            Corporation hbroberts@live.com,    droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Interested Party    Sykes Enterprises Incorporated f/k/a
            ICT Group, Inc. hbroberts@live.com,   droberts1949@live.com
          Henry Buswell Roberts, Jr    on behalf of Defendant    Liquidity Solutions, Inc. hbroberts@live.com,
            droberts1949@live.com
          Henry P. Baer    on behalf of Creditor    Bell'O International Corp. CSommer@fdh.com,
            csommer@fdh.com
          Henry Pollard Long, III    on behalf of Defendant    Panasonic Corporation of North America
            hlong@huntonAK.com,    tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Creditor    Galleria Plaza, Ltd. hlong@huntonAK.com,
            tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Interested Party    Parker Central Plaza Ltd
            hlong@huntonAK.com,    tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Creditor    Panasonic Corporation of North America
            hlong@huntonAK.com,    tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Creditor    Cypress/CC Marion I, L.P. hlong@huntonAK.com,
            tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Interested Party    Food Lion LLC hlong@huntonAK.com,
            tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
            hlong@huntonAK.com,    tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Creditor    Taubman Auburn Hills Associates Limited
            Partnership hlong@huntonAK.com,    tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Creditor    H & R REIT (U.S.) Holdings Inc.
            hlong@huntonAK.com,    tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Creditor    Harvest/HPE LP hlong@huntonAK.com,
            tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
            hlong@huntonAK.com,    tcanada@huntonAK.com
          Henry Pollard Long, III    on behalf of Interested Party    Federal Warranty Service Corporation
            hlong@huntonAK.com,    tcanada@huntonAK.com
          Howard J. Grossman    on behalf of Creditor    J.P. Morgan Chase Bank, N.A.
            howard.j.grossman@chase.com
          Ian S. Landsberg    on behalf of Creditor    Torrance Towne Center Associates, LLC
            ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg    on behalf of Creditor    Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word    on behalf of Liquidator    Gordon Brothers Retail Partners, LLC
            chefiling@lw.com;robert.klyman@lw.com

District/off: 0422-7          User: ramirez-l          Page 17 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
    chefiling@lw.com;robert.klyman@lw.com
J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
    sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
    sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
    dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
    dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
    dfolds@bakerdonelson.com,   sparson@bakerdonelson.com
Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
    jackson.toof@arentfox.com,   jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
Jackson David Toof   on behalf of Creditor   Discovery Communications, Inc.
    jackson.toof@arentfox.com,   jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
Jaime Manuel Crowe   on behalf of Unknown   Toshiba America Electronic Components, Inc.
    jcrowe@whitecase.com,   mco@whitecase.com;jdisanti@whitecase.com
Jaime Manuel Crowe   on behalf of Unknown   Toshiba Corporation jcrowe@whitecase.com,
    mco@whitecase.com;jdisanti@whitecase.com
Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
    lbigus@stinson.com
James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
    James.Newbold@illinois.gov
James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
    through Brian Hamer, its Director James.Newbold@illinois.gov
James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
    vaecf@atlanticlawgrp.com,   rbailey@atlanticlawgrp.com
James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
    rbailey@atlanticlawgrp.com
James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
    avis.francis@hklaw.com
James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
    kim.smith@sablaw.com
James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
    kim.smith@sablaw.com
James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
    kim.smith@sablaw.com
James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
    cware@vanblacklaw.com
James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
    ncoton@beankinney.com
James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
    ncoton@beankinney.com
James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
    jlombardi@rossbanks.com,   acole@rossbanks.com
James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
    of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com
James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
    Inc. jburke@orrick.com
James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
    jburke@orrick.com
James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
    including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
    jamie-konn-5618@ecf.pacerpro.com
Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
    jamie.konn@dlapiper.com,   jamie-konn-5618@ecf.pacerpro.com
Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
    admin@meiburgerlaw.com
Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
    ecf@krcl.com
Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
    ecf@krcl.com
Jason M. Krumbein   on behalf of Creditor Jonathan  Card jkrumbein@krumbeinlaw.com
    a30156@yahoo.com
Jason M. Krumbein   on behalf of Creditor Robert  Gentry jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com
Jason M. Krumbein   on behalf of Creditor Joseph  Skaf jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com
Jason M. Krumbein   on behalf of Creditor Jack  Hernandez jkrumbein@krumbeinlaw.com,
    a30156@yahoo.com

District/off: 0422-7          User: ramirez-l          Page 18 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@huntonAK.com,
              tcanada@huntonAK.com
            Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
              jharbour@huntonAK.com,  tcanada@huntonAK.com
            Jeffrey  Kurtzman    on behalf of Creditor    THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
            Jeffrey  Kurtzman    on behalf of Creditor    Red Rose Commons Associates, L.P.
              kurtzman@kurtzmansteady.com
            Jeffrey  Kurtzman    on behalf of Creditor    PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
            Jeffrey  Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
              jeff@taxva.com,  tacspc@gmail.com:amanda@taxva.com
            Jeffrey  Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
              tacspc@gmail.com:amanda@taxva.com
            Jeffrey  Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
              tacspc@gmail.com:amanda@taxva.com
            Jeffrey A. Krieger    on behalf of Creditor    Southwinds. Ltd. jkrieger@greenbergglusker.com,
              calendar@greenbergglusker.com
            Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
              Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
            Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
              jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
              Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
              Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
              Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
              jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
              jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
              Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
              eservice@bilzin.com:lflores@bilzin.com
            Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com:ecfclerk@taftlaw.com
            Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
              dwineinger@taftlaw.com:ecfclerk@taftlaw.com
            Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America
              Jeffrey.tarkenton@wbd-us.com,
              karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
              .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
              .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
              .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
              jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
              .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
              Pennsylvania jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
              .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
              .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
              karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
              .com:njohnson@spectorjohnson.com

District/off: 0422-7        User: ramirez-l           Page 19 of 58           Date Rcvd: Dec 17, 2019
                           Form ID: pdford9           Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
            jtarkenton@wcsr.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. Jeffrey.tarkenton@wbd-us.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp.
            Jeffrey.tarkenton@wbd-us.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
            elmoyer99@gmail.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
            Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Federal Realty Investment Trust
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
            dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com

District/off: 0422-7         User: ramirez-l         Page 20 of 58         Date Rcvd: Dec 17, 2019
                            Form ID: pdford9         Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com;nmc
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Defendant    Coca Cola Bottling Co. Consolidated
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    South Carolina Electric & Gas Company and Public
            Service of North Carolina jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
            Enterprises Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West   on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer Larkin Kneeland   on behalf of Defendant    Rainbow Advertising Sales Corporation
            jkneeland@watttieder.com
          Jennifer Larkin Kneeland   on behalf of Defendant    AMC jkneeland@watttieder.com
          Jennifer Larkin Kneeland   on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
            jkneeland@watttieder.com
          Jennifer Larkin Kneeland   on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
            jkneeland@watttieder.com
          Jennifer McLain McLemore   on behalf of Creditor    Portland Investment Company of America
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Defendant    Swiff-Train Company
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Defendant    Vonwin Capital Management, L.P.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    Luckoff Land Company, LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Mortgage Capital Corporation
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Western San Antonio HQ Limited
            Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
            Bee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    Morse-Sembler Villages Partnership #4
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    Drexel Delaware Limited Partnership
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor    RREEF Management Company
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western West Mifflin Century III, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Columbus Clifty, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   New River Properties, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Richmond Maryland, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   CC Acquisition, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   GRI EQY Sparkleberry Square LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LP
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Interested Party   Miami Herald
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Robyn N. Davis jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Charlotte (Archdale) UY, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Tacoma News, Inc. jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Whitestone Development Partners, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   RPAI Pacific Property Services LLC (f/k/a
              Inland Pacific Property Services LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   IN Retail Fund Algonquin Commons, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Idaho Statesman jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Tourboullin Co. jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Jordan Landing, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Bel Air Square LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Sun News
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank national Association, as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
              Services, a division of PNC Bank, National Association, in i jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Media General, Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   CC-Investors 1995-6
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Houma Magnolia, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company dba The Charlotte
              Observer, aka The Charlotte Observer Publishing Company jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The Fresno Bee
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Attorney   Hodgson Russ LLP jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Starpoint Property Management, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   Carlson Marketing Worldwide, Inc., fka
              Carlson Marketing Group, Inc. jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1021, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Generation One and Two, LP
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Sparkleberry Two Notch, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   RPAI Southwest Management LLC (f/k/a Inland
              Southwest Management LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Shops at Kildeer, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Columbia Equities Limited Partnership
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 22 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Amargosa Palmdale Investments, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   U.S. 41 & I 285 Company
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Premier Retail Interiors, Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a/
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Servicers, a div jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   Philips Electronics North America Corporation,
              d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
              Electronics, Philips Norelco and Philips Lighting Company jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
              Gateway III, LLC as tenants in common jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Management LLC, Inland
              American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
              Inland Continental Property Management Corp., and Inland Commerc jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   PL Mesa Pavilions LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Cameron Bayonne Urban Renewal, LLC's (f/k/a
              Cameron Bayonne, LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   City and County of San Francisco
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   The Miami Herald Media Company
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Union Square Retail Trust
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Crossroads Associates, Ltd.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Charlotte Observer
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Wichita Eagle jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, dba Myrtle Beach Sun
              News, aka The Sun News jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Manufacturers and Traders Trust Company, as
              Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Fingerlakes Crossing, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   NAP Northpoint, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant   Industriaplex, Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping
              Center) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Carousel Center Company, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   EklecCo NewCo, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Inland Western Lewisville Lakepointe Limited
              Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Foursquare Properties Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
              LaSalle National Bank jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge
              Center jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   De Rito Partners jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   La Habra Imperial, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Rolling Acres Plaza Shopping Center
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Interested Party   Jeff Leopold
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor   Lake Worth Towne Crossing Limited Partnership
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 24 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
            Idaho Statesman jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
            Eagle jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
            Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
            Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
            Limited Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
            Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
            Management LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
            Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
            acting by and through Midland Loan Services, a division of PNC Bank jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7         User: ramirez-l          Page 25 of 58          Date Rcvd: Dec 17, 2019
                            Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    The West Campus Square Company, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1031, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Pacific Property Services LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1 jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
          Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
          Luckoff Land Company, LLC as tenants in common jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
          LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
          1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI-EQY (Sparkleberry Square) LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
          nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
          acting by and through Midland Loan Services, a division of PNC Ban jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
          Obispo County Tribune jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
          as Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 26 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc.
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
  Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer V. Doran   on behalf of Creditor    DeMatteo Management, Inc. jdoran@hinckleyallen.com,
  calirm@haslaw.com
Jeremy Brian Root    on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
  tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
Jeremy C. Kleinman   on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com,
  csucic@fgllp.com;csmith@fgllp.com
Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
  jeremy@friedberg.legal,  ecf@friedberg.legal
Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
  jeremy@friedberg.legal,  ecf@friedberg.legal
Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy@friedberg.legal,
  ecf@friedberg.legal
Jeremy S. Williams    on behalf of Creditor    Magna Trust Company, Trustee
  jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams    on behalf of Creditor    Jubilee-Springdale, LLC
  jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com,
  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams    on behalf of Defendant    SDI Technologies, Inc.
  jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
  jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams    on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams    on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy W. Martin    on behalf of Creditor    Escambia County Tax Collector
  jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
Jeremy W. Martin    on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
  jmartin@weststarmortgage.com
Jeremy W. Martin    on behalf of Interested Party    McCandlish Holton, PC
  jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
Jeremy W. Ryan   on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
Jeremy W. Ryan   on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
Jerry Lane Hall   on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
  Corp. jerryhall10@hotmail.com
Jess R. Bressi   on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
Jess R. Bressi   on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
Jesse N. Silverman   on behalf of Creditor    KNP jsilverman@dilworthlaw.com,
  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Prudential Insurance Company of America
  jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Foursquare Properties, Inc.
  jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    The Macerich Company jsilverman@dilworthlaw.com,
  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Watt Management Company jsilverman@dilworthlaw.com,
  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Eagleridge Associates, LLC
  jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Torrance Towne Center Associates, LLC
  jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    RREEF Management Company jsilverman@dilworthlaw.com,
  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
  L.L.C. jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Comcast Cable Communications, LLC
  jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Cousins Properties Incorporated
  jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor    Portland Investment Company of America
  jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
Jessica Regan Hughes   on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
  swells@seyfarth.com;wdcdocketing@seyfarth.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
              jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
             Jessica Regan Hughes    on behalf of Interested Party    Eatontown Commons Shopping  Center
              jhughes@seyfarth.com,  swells@seyfarth.com;wdcdocketing@seyfarth.com
             Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
              swells@seyfarth.com;wdcdocketing@seyfarth.com
             Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
             Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
              jsaronson@ridberglaw.com
             Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
             Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
             John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
              jraftery@offitkurman.com
             John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
             John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
              Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
             John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com
             John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
              sryan@sandsanderson.com
             John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
              jfiero@pszjlaw.com
             John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd.
              jmcintyre@mcintyrestein.com,
              wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@mcintyrestein.com,
              wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@mcintyrestein.com,
              wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
              jmcintyre@mcintyrestein.com,
              wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
              wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
             John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
              jmcintyre@mcintyrestein.com,
              wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
             John Darren Sadler    on behalf of Creditor    The Hutensky Group sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    CWCapital Asset Management LLC
              sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Cencor Realty sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
              Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Battlefield FE Limited Partners
              sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    Federal Realty Investment Trust
              sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
             John Darren Sadler    on behalf of Creditor    UBS Realty Investors, LLC sadlerj@ballardspahr.com,
              andersonn@ballardspahr.com
             John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
              pjf@carmodymacdonald.com
             John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
             John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
              lucian@blankrome.com
             John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
              jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
             John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
              sparson@bakerdonelson.com
             John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
             John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
              jroche@perkinscoie.com,
              ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
              kinscoie.com
             John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraig@aol.com,
              russj4478@aol.com
             John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraig@aol.com,  russj4478@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | |
|---|---|---|
| John M. Craig | on behalf of Creditor | Duke Energy Ohio, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Long Island Lighting Company d/b/a LIPA johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Dominion Hope johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Central Georgia Electric Membership Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Southwest Gas Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | New York State Electric and Gas Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Michigan Consolidated Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Carolina Power & Light Company d/b/a Progress Energy Carolinas johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Boston Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Connecticut Light and Power Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Chalek Company LLC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Dominion Peoples johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Piedmont Natural Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Toledo Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Southern Connecticut Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Duke Energy Indiana, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | Sun Builders Co. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | Pro-Pave Sealcoat Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Southern California Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Yankee Gas Services Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Orange and Rockland Utilities johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Detroit Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | KeySpan Gas East Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Connecticut Natural Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Cleveland Electric Illuminating Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Duke Energy Carolinas, LLC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Public Service Company of New Hampshire johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Virginia Electric and Power Company d/b/a Dominion Virginia Power johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Narragansett Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Brooklyn Union Gas Company d/b/a National Grid NY johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Public Service Electric And Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Florida Power Corporation d/b/a Progress Energy Florida johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Niagara Mohawk Power Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Dominion East Ohio johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Granite State Electric johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Jersey Central Power & Light Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | PECO Energy Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Metropolitan Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Consolidated Edison Company of New York, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Western Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | American Electric Power johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Salt River Project johncraigg@aol.com, russj4478@aol.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
           russj4478@aol.com
          John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
           russj4478@aol.com
          John M. Craig   on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
           russj4478@aol.com
          John M. Craig   on behalf of Creditor   Jackson EMC johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
           russj4478@aol.com
          John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
           russj4478@aol.com
          John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
           johncraigg@aol.com,   russj4478@aol.com
          John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
           russj4478@aol.com
          John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
           Refrigeration jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
           nvanbeek.com
          John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
           nvanbeek.com
          John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
           nvanbeek.com
          John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
           jvanbeek@goldmanvanbeek.com,
           awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
           nvanbeek.com
          John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@milesstockbridge.com,
           jfarnumecfnotices@gmail.com
          John T. Farnum   on behalf of Defendant    Ashley Furniture Industries, Inc.
           jfarnum@milesstockbridge.com,   jfarnumecfnotices@gmail.com
          John T. Husk   on behalf of Defendant    Casco Corporation johnhusk@aol.com,   nre98@aol.com
          Jonathan L. Hauser   on behalf of Defendant    Klipsch Audio Technologies LLC
           jonathan.hauser@troutmansanders.com
          Jonathan L. Hauser   on behalf of Defendant    Velocity Micro, Inc.
           jonathan.hauser@troutmansanders.com
          Jonathan T. Cain   on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
           kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant    InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
          Jonathan T. Cain   on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
           jtcain@mintz.com,   kcraun@mintz.com
          Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
          Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
          Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
           Blue Cross Blue Shield bankruptcy@morrisoncohen.com
          Judy A. Robbins     USTPRegion04.RH.ECF@usdoj.gov
          Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
           harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
           Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
           quagliano@seeger-law.com,   harvell@seeger-law.com
          Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P. Julie@bindermalter.com
          Julie H. Rome-Banks   on behalf of Creditor    Envision Peripherals, Inc Julie@bindermalter.com
          Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P Julie@bindermalter.com
          Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@huntonAK.com,
           tcanada@huntonAK.com
          Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@huntonAK.com,
           tcanada@huntonAK.com
          Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@huntonAK.com,
           tcanada@huntonAK.com
          Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@huntonAK.com,
           tcanada@huntonAK.com
          Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
           Inc. jpaget@huntonAK.com,   tcanada@huntonAK.com
          Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@huntonAK.com,   tcanada@huntonAK.com
          Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
           Liberate Your Brand jpaget@huntonAK.com,   tcanada@huntonAK.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kalina Boyanova Miller   on behalf of Creditor    First Industrial Realty Trust, Inc.
  kmiller@wileyrein.com,   rours@wileyrein.com
Kalina Boyanova Miller   on behalf of Creditor    Greater Orlando Aviation Authority
  kmiller@wileyrein.com,   rours@wileyrein.com
Kan C. Farand   on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
Karen L. Gilman   on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
Karen M. Crowley   on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
  jbrockett@clrbfirm.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.com
Karen M. Crowley   on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
  jbrockett@clrbfirm.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.com
Ken  Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
  Ken.Coleman@allenovery.com
Kenneth R. Rhoad   on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
Kenneth R. Rhoad   on behalf of Defendant    Actionlink, LLC rhoadken@gmail.com
Kevin A. Lake   on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
  County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
  District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Madcow International Group Limited
  klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
  Grayson Co,, Gregg Co, Irving ISD, Jefferson Co., McAllen ISD, McEllen Co., Nueces
  Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Harris County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
  District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
  District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Pima County klake@mcdonaldsutton.com
Kevin A. Lake   on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
Kevin J. Funk   on behalf of Creditor Joanne  Eisner kfunk@dagglaw.com,
  bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor    Dartmouth Marketplace Associates kfunk@dagglaw.com,
  bmcmillen@durrettecrump.com
Kevin J. Funk   on behalf of Creditor Roy  Eisner kfunk@dagglaw.com,  bmcmillen@durrettecrump.com
Kevin L. Sink   on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
Kevin M. Newman   on behalf of Creditor    Cameron Bayonne, LLC knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    NBT Bank, N.A. knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    Carousel Center Company, L.P. knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    Mount Berry Square, LLC knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    Sangertown Square, L.L.C. knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    EklecCo NewCo, LLC knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    Landover (Landover Crossing), LLC
  knewman@barclaydamon.com,   kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin M. Newman   on behalf of Creditor    Fingerlakes Crossing, LLC knewman@barclaydamon.com,
  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
Kevin R. McCarthy   on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy   on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy   on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy   on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Kevin R. McCarthy   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
  krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
Khang V. Tran   on behalf of Defendant    New World Communications of Detroit, Inc.
  khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
Khang V. Tran   on behalf of Defendant    NW Communications of Phoenix, Inc.
  khang.tran@hoganlovells.com

District/off: 0422-7          User: ramirez-l          Page 31 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
           khang@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
           khang@hoganlovells.com
          Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
           khang@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
          Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
          Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
           sprescott@idalaw.com
          Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
           kimberly.pierro@kutakrock.com,
           sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
           @kutakrock.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
           LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
           for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
           kimsullywalker@aol.com
          Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
          Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
           ve.com
          Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com,
           berkhimerkr66555@notify.bestcase.com
          Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hirschlerlaw.com,
           ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC
           kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
          Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
           KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
          Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
          Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP
           lkatz@hirschlerlaw.com, lrodrigues@hirschlerlaw.com
          Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com
          Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com, lthomas@onellp.com,
           info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
          Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
          Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
           gadams@Starr-Law.com
          Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
           lkouts@magruderpc.com, mcook@magruderpc.com
          Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
           lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
          Leslie C. Heilman   on behalf of Creditor   The Morris Companies Affiliates
           heilmanl@ballardspahr.com, maddoxm@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Cencor Realty heilman@ballardspahr.com,
           maddoxm@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Uniwest Commercial Realty heilman@ballardspahr.com,
           maddoxm@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Brixmor Operating Partnership LP
           heilmanl@ballardspahr.com, maddoxm@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Federal Realty Investment Trust
           heilmanl@ballardspahr.com, maddoxm@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   Centro Properties Group heilmanl@ballardspahr.com,
           maddoxm@ballardspahr.com
          Leslie C. Heilman   on behalf of Creditor   The Hutensky Group heilman@ballardspahr.com,
           maddoxm@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Leslie C. Heilman    on behalf of Creditor    UBS Realty Investors, LLC heilmanl@ballardspahr.com,
      maddoxm@ballardspahr.com

      Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
      regenhardtl@gmail.com

      Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com

      Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com

      Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
      nkatzen@reedsmith.com

      Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
      nkatzen@reedsmith.com

      Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
      Partnership lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Interested Party Paul  Schaapman lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
      of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,  mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,
      mmoraczewski@siwpc.com

      Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,
      mmoraczewski@siwpc.com

```
District/off: 0422-7          User: ramirez-l        Page 33 of 58        Date Rcvd: Dec 17, 2019
                             Form ID: pdford9        Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Lisa Hudson Kim   on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Movant     Colonial Heights Holdings, LLC lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
              Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
               mmoraczewski@siwpc.com
              Loc  Pfeiffer  on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
               karen.thornton@kutakrock.com
              Loc  Pfeiffer  on behalf of Creditor    Schottenstein Property Group, Inc.
               loc.pfeiffer@kutakrock.com,  karen.thornton@kutakrock.com
              Louis E. Dolan, Jr.  on behalf of Defendant    California Self-Insurers Security Fund
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
              Louis E. Dolan, Jr.  on behalf of Creditor    Greystone Data Systems, Inc.
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
              Louis E. Dolan, Jr.  on behalf of Plaintiff    Greystone Data Systems, Inc.
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
              Louis E. Dolan, Jr.  on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
              Louis E. Dolan, Jr.  on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
              Louis E. Dolan, Jr.  on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
              Louis E. Dolan, Jr.  on behalf of Creditor    California Self-Insurers' Security Fund
               LDOLAN@nixonpeabody.com,
               was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
               peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
               clerk@nixonpeabody.co
              Lucy L. Thomson   lthomson2@csc.com
              Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
              Lyndel Anne Vargas   on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
               chps.ecfnotices@gmail.com
              Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
              Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
               sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                    ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
                    ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                    Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
                    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
                    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
                    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE ROAD , LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
                    of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
                    holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
                    PARTNERSHIP marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
                    marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
                    marksherrill@eversheds-sutherland.com

District/off: 0422-7          User: ramirez-l          Page 35 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    GECMC 2005 C2 Parent LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
               Liability Company marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
               Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Sherrill   on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
               marksherrill@eversheds-sutherland.com
               Mark D. Taylor   on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
               Interactive, Inc. mtaylor@vlplawgroup.com
               Mark D. Taylor   on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
               Mark D. Taylor   on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
               Mark E. Browning   on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
               State of Texas, and Greg Abbott, as Attorney General of the State of Texas
               bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
               Mark E. Browning   on behalf of Creditor    Texas Comptroller of Public Accounts
               bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
               Mark E. Browning   on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
               Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
               Mark J. Friedman   on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
               Mark J. Friedman   on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
               Mark J. Friedman   on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
               Mark J. Friedman   on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
               Mark J. Friedman   on behalf of Creditor    Morgan Hill Retail Venture, LP
               mark.friedman@dlapiper.com
               Mark J. Friedman   on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
               Mark K. Ames   on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
               mark@taxva.com,  amanda@taxva.com
               Mark K. Ames   on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
               amanda@taxva.com
               Mark X. Mullin   on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
               dian.gwinnup@haynesboone.com
               Mark X. Mullin   on behalf of Creditor    BB Fonds International 1 USA, L.P.
               mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
               Martha E. Hulley   on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    Fayetteville Developers, LLC
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    Brandywine Grande C, L.P.
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    CK Richmond Business Services #2, LLC
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    Cardinal Capital Partners
               martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martha E. Hulley   on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
               erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
               Martin A. Brown   on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
               Martin A. Brown   on behalf of Creditor    Creditor Express Personnel Services, Inc
               martin.brown@lawokc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
              Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
              molden@mhalaw.com,  akauba@mhalaw.com
              Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
              lexbankruptcy@wyattfirm.com
              Matthew  Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com,
              kelly@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
              kelly@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
              kelly@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com,
              kelly@righettilaw.com
              Matthew  Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
              kelly@righettilaw.com
              Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew E. Hoffman    on behalf of Creditor    Principal Life Insurance Company
              mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
              lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward    on behalf of Creditor    Parago, Inc. mhayward@lockelord.com
              Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
              Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC
              myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Meredith Linn Yoder    on behalf of Creditor    MDS Realty II, LLC myoder@parkerpollard.com,
              sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Michael  Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor    City of Waco et al othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor    Tax Appraisal District of Bell County et al
              othercourts@mvbalaw.com
              Michael  Reed    on behalf of Creditor    Williamson County et al othercourts@mvbalaw.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Taunton MA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Shopping.com, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    KSK Scottsdale Mall LP
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Magna Trust Company, Trustee
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Interested Party    Epson America, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Kennesaw GA, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Schottenstein Property Group, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Mesquite TX, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    CBL & Associates Management, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Aurora CO, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Jubilee-Springdale, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
              lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Sony Electronics, Inc.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    JP Morgan Chase & Co.
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
              Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    The Landing at Arbor Place II, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole Capital Partners, LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Hickory Ridge Pavilion LLC
              michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com; jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael A. Stover   on behalf of Defendant   Safeco Insurance Company of America
              mstover@wcslaw.com,  whopkins@wcslaw.com
              Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
              mcrowley@asm-law.com
              Michael Callahan Crowley   on behalf of Creditor   White-Spunner Construction, Inc.
              mcrowley@asm-law.com
              Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Tamarack Village Shopping Center Limited Partnership
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   CHK, LLC mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Whitestone Development Partners, L.P.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
              Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   U.S. Luggage, LLC mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   CC-Investors 1995-6 mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Inland Continental Property Management Corp.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Rancon Realty Fund IV mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   Saitek Industries Ltd. mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Catellus Operating Limited Partnership
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Inland Commercial Property Management,  Inc.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Plaintiff   CC-Investors 1995-6 mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Warner Home Video mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   James H. Wimmer, Jr., personally
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Sennheisser Electronic Corp.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Robyn N. Davis mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Lawrence W. Fay mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   Mad Catz, Inc. dba Saitek Industries Ltd.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   North American Roofing Services, Inc.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Team Retail Westbank, Ltd.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor Jeffrey R. Leopold mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Inland Southwest Management LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Giant Eagle, Inc. mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Gateway Center Properties III, LLC and SMR Gateway
              III, LLC as tenants in common mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Inland US Management LLC mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Concar Enterprises, Inc. mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   SEA Properties I, LLC mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Inland American Retail Management LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Cermak Plaza Associates, LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor Bruce H. Besanko mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Inland Pacific Property Services LLC
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Kimco Realty Corporation mmueller@williamsmullen.com,
              avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Union Square Retail Trust
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   Honeywell International Inc. dba ADI
              mmueller@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@williamsmullen.com,
   avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
   mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
   Entertainment, Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated
   mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@williamsmullen.com,
   avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
   America mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@williamsmullen.com,
   avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@williamsmullen.com,
   avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
   mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
   mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership
   mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
   mmueller@williamsmullen.com,  avaughn@williamsmullen.com
Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
   twhitt@wtplaw.com
Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com,  kzeldman@omm.com
Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
   mjogrady@fbtlaw.com
Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
   Mall mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
   dba Howland Commons mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
   mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
Michael P. Falzone   on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
   mkogan@koganlawfirm.com
Min  Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
   Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
   Continental Property Management Corp., and Inland Commerc mpark@cblh.com
Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
   eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com

```
District/off: 0422-7          User: ramirez-l          Page 39 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
              Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Nancy F. Loftus  on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nathan   Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery III, LLC heather@usdrllc.com
              Nathan   Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
              Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
               Rutherford LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    iGoDitgal, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
              Engineering nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
              Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
              LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
              LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
              Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
              nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
              eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
              nsby@spottsfain.com;kmoses@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh   on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com,  mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov,  jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor    Hillsborough County, FL matt@godwinjonesandprice.com
          P. Matthew Roberts   on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          matt@godwinjonesandprice.com
          Patrick M. Birney   on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          ctrivigno@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@sixeastlaw.com
          Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney paul.curley@sixeastlaw.com
          Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC paul.curley@sixeastlaw.com
          Paul Michael Schrader   on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Export Development Canada
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
              Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
              Jose Mercury News; The San Jose Mercury New pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
              East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
              Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com,   paul-schrader-1243@ecf.pacerpro.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
              L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
              Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
              pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor    Pinnellas County, Florida
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant    Stephen Gould Corporation
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Seminole County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Stillwater Designs and Audio, Inc.
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Torrington Tripletts, LLC
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Brevard County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Polk County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor    Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,   rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,   marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Peter A. Greenburg   on behalf of Defendant    Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor    State of New Hampshire Department of Revenue
           Administration peter.roth@DRA.nh.gov
          Peter D. Bilowz   on behalf of Creditor    Jantzen Dynamic Corporation pbilowz@goulstonstorrs.com,
           drosner@goulstonstorrs.com
          Peter E. Strniste, Jr.   on behalf of Creditor    Schimenti Construction Company LLC
           pstrniste@rc.com,   kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor    Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant    Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com

```
District/off: 0422-7         User: ramirez-l          Page 44 of 58          Date Rcvd: Dec 17, 2019
                            Form ID: pdford9          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Peter G. Zemanian    on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
               pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Staples Contract & Commercial, Inc.
               pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Creditor     TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
               pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Corporate Express Office Products, Inc.
               pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian    on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
          Peter J. Barrett    on behalf of Creditor     Mayfair MDCC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Creditor     Mayfair ORCC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Defendant    Gelco Corporation, d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Creditor     Sony Electronics, Inc. peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Creditor     Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
               peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Creditor     Gelco Corporation d/b/a GE Fleet Services
               peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Creditor     Sharpe Partners, LLC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett    on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
               LOAN FUNDING, LLC peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Carney    on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
               pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl    on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
               scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch Entertainment Distribution LLC
               ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
               scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Sony Pictures Home Entertainment Inc.
               ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Peter M. Pearl    on behalf of Creditor    Valley Corners Shopping Center, LLC
               ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa    on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    The Insurance Company of the State of Pennsylvania
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Defendant    Mitsubishi Electronics America, Inc.
               pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa    on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
               rarrington@sandsanderson.com
          Philip James Meitl    on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
               john.leininger@bryancave.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Philip James Meitl   on behalf of Creditor   Capmark Finance, Inc. pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          Philip James Meitl   on behalf of Defendant   DBL Distributing, LLC pj.meitl@bryancave.com,
           john.leininger@bryancave.com
          R. Chase Palmer   on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rafael X. Zahralddin-Aravena   on behalf of Creditor   Symantec Corp rxza@elliottgreenleaf.com
          Rand L. Gelber   on behalf of Creditor   Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.   on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
           raypri24@hotmail.com
          Raymond William Battaglia   on behalf of Creditor   Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta   on behalf of Creditor   Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten   on behalf of Creditor   LaSalle Bank National Association, as trustee for
           Cl Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher   on behalf of Interested Party   36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher   on behalf of Creditor   Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell   on behalf of Interested Party   Park National Bank rmaxwell@woodsrogers.com,
           jmartin@woodsrogers.com
          Richard C. Maxwell   on behalf of Interested Party   Wells Fargo Bank Northwest, National
           Association rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
          Richard E. Girgado   on behalf of Creditor   Los Angeles County Treasurer & Tax Collector
           rgirgado@counsel.lacounty.gov
          Richard E. Hagerty   on behalf of Defendant   SAP Industries, Inc. fka SAP Retail Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor Richard S. Birnbaum
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   Southroads, L.L.C.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   Carlyle-Cypress Tuscaloosa, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor Michael T. Chalifoux
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   Northcliff Residual Parcel 4 LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   SAP Retail Inc. and Business Objects
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   Craig-Clarksville Tennessee LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor James H. Wimmer, Jr.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   Plantation Point Development, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   Wal-Mart Stores, Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Creditor   Certain Benefit Restoration Plan Claimants
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty   on behalf of Attorney   Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
       richard.hagerty@troutmansanders.com,
       sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
       om
       Richard E. Hagerty    on behalf of Creditor    Cosmo-Eastgate, ltd
       richard.hagerty@troutmansanders.com,
       sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
       om
       Richard E. Lear    on behalf of Creditor    Plaza Las Americas, Inc. richard.lear@hklaw.com,
       kimi.odonnell@hklaw.com
       Richard E. Lear    on behalf of Creditor    CapTech Ventures, Inc. richard.lear@hklaw.com,
       kimi.odonnell@hklaw.com
       Richard F. Stein    on behalf of Creditor    Internal Revenue Service
       richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
       Richard Iain Hutson    on behalf of Creditor    Sharp Electronics Corporation rhutson@fftlaw.com,
       lramsey@fftlaw.com
       Richard M. Maseles    on behalf of Creditor    Missouri Department of Revenue edvaecf@dor.mo.gov
       Richard S. Yarow    on behalf of Defendant    Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
       Richard Thomas Pledger    on behalf of Defendant    Safeco Insurance Company of America
       rpledger@wcslaw.com, wcabell@wcslaw.com
       Richard Thomas Pledger    on behalf of Counter-Claimant    Safeco Insurance Company of America
       rpledger@wcslaw.com, wcabell@wcslaw.com
       Richard Thomas Pledger    on behalf of 3rd Party Plaintiff    Safeco Insurance Company of America
       rpledger@wcslaw.com, wcabell@wcslaw.com
       Robert Asperger    on behalf of 3rd Pty Defendant    STATE OF CALIFORNIA bob.asperger@doj.ca.gov,
       nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov
       Robert A. Canfield    on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
       jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
       eancanfield@comcast.net
       Robert A. Canfield    on behalf of Defendant    B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
       jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
       eancanfield@comcast.net
       Robert A. Canfield    on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
       jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
       eancanfield@comcast.net
       Robert B. Hill    on behalf of Creditor    Columbia Plaza Joint Venture bankruptcy@hillrainey.com,
       kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
       Robert B. Hill    on behalf of Creditor    Columbia Plaza Shopping Ceter Venture
       bankruptcy@hillrainey.com,
       kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
       Robert B. Hill    on behalf of Creditor Decarla  Taylor-Conyers bankruptcy@hillrainey.com,
       kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
       Robert B. Van Arsdale    on behalf of U.S. Trustee John P. Fitzgerald
       Robert.B.Van.Arsdale@usdoj.gov
       Robert B. Van Arsdale    on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
       Robert B. Van Arsdale    on behalf of Defendant John P. Fitzgerald Robert.B.Van.Arsdale@usdoj.gov
       Robert B. Van Arsdale    on behalf of Defendant John P. Fitzgerald, Acting United States Trustee
       for Region Four Robert.B.Van.Arsdale@usdoj.gov
       Robert C. Edmundson    on behalf of Creditor    Office of Attorney General, Pennsylvania Department
       of Revenue redmundson@attorneygeneral.gov
       Robert D. Albergotti    on behalf of Creditor    Universal Display and Fixtures Company
       robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
       Robert D. Clark    on behalf of Creditor    Douglas County, CO rclark@douglas.co.us
       Robert D. Clark    on behalf of Creditor    Treasurer of Douglas County, Colorado
       rclark@douglas.co.us
       Robert D. Tepper    on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
       L.L.C. rtepper@sabt.com
       Robert E. Scully, Jr.    on behalf of Creditor    T.D. Farrell Construction, Inc.
       rscully@stites.com, docketclerkalex@stites.com
       Robert Field Moorman    on behalf of Defendant    Forsythe Solutions Group, Inc.
       rfm@kanejeffries.com, rmoorman@moormanlaw.com
       Robert J. Brown    on behalf of Creditor    CB Richard Ellis / Louisville, LLC
       Lexbankruptcy@wyattfirm.com
       Robert J. Feinstein    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
       rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
       Robert J.E. Edwards    on behalf of Unknown    KeyBank National Association redwards@polsinelli.com,
       tbackus@polsinelli.com
       Robert J.E. Edwards    on behalf of Creditor    U.S Bank National Association as Trustee
       redwards@polsinelli.com, tbackus@polsinelli.com
       Robert K. Coulter    on behalf of Creditor    United States of America robert.coulter@usdoj.gov,
       USAVAE.ALX.ECF.BANK@usdoj.gov
       Robert Kenneth Minkoff    on behalf of Creditor    Jefferies Leveraged Credit Products, LLC
       rminkoff@cedargladecapital.com
       Robert Kenneth Minkoff    on behalf of Creditor    Collective Media rminkoff@cedargladecapital.com
       Robert Kenneth Minkoff    on behalf of Creditor    Cedar Glade, LP rminkoff@cedargladecapital.com
       Robert L. LeHane    on behalf of Creditor    DDR Corp. f/k/a Developers Diversified Realty Corp.
       rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
          KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarino1@aol.com
Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
          rmmarino@rpb-law.com,  rmmarino1@aol.com
Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES CUSTOM SERVICE
          Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
Robert P. McIntosh    on behalf of 3rd Pty Defendant    United States of America, Department of
          Homeland Security, Customs and Border Protection Robert.McIntosh@usdoj.gov,
          USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,
          DHowes@hirschlerlaw.com
Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
          karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
          Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
          Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
          Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
          karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
          Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
          Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
          Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
          karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    Advance Publications Inc., d/b/a Newhouse
          Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
          bmusick@t-mlaw.com,  karnett@t-mlaw.com
Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
          bmusick@t-mlaw.com,  karnett@t-mlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Counter-Claimant    Eastman Kodak Company
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Old Republic Insurance Company
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Marblegate Asset Management
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Venetian Casino Resort, LLC
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Denver Newspaper Agency LLP
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robert S. Westermann    on behalf of Defendant    CIT Group/Commercial Services
          rwestermann@hf-law.com, rhenderson@hf-law.com
          Robin S. Abramowitz    on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz    on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robin S. Abramowitz   on behalf of Creditor   CC Joliet Trust abramowitz@larypc.com
          Rodney F. Page   on behalf of Creditor   Wells Fargo Bank, N.A. rfpage@bclplaw.com
          Rodney F. Page   on behalf of Creditor   Bank of America, N.A. rfpage@bclplaw.com
          Rodney F. Page   on behalf of Creditor   Berkadia Commercial Mortgage LLC rfpage@bclplaw.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
           Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor   JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Attorney   Ronald Page, PLC rpage@rpagelaw.com,
           r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Defendant   Miner Fleet Management Group, LLC, fka Miner Fleet
           Management Group, Ltd. rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor   Cormark, Inc. rpage@rpagelaw.com,
           r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor   Miner Fleet Management Group, Ltd.
           rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor   Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Defendant   Anthony Erickson, d/b/a A.C.E.Enterprises
           rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Defendant   JMC Manufacturing Inc. dba Inland Fixture
           rpage@rpagelaw.com, r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
           r59927@notify.bestcase.com
          Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor   Simon Property Group, Inc. rtucker@simon.com,
           bankruptcy@simon.com
          Roy M. Terry, Jr.   on behalf of Creditor   Hewlett Packard Company rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor   Oracle USA, Inc. rterry@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50170@notify.bestcase.com
          Russell R. Johnson, III   on behalf of Creditor   Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III   on behalf of Creditor   Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor   Schimenti Construction Company LLC ryan.day@leclairryan.com
          Ryan C. Day   on behalf of Plaintiff   Schimenti Construction Company LLC ryan.day@leclairryan.com
          S. James Wallace   on behalf of Creditor   Barnes & Powers North, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com
          S. James Wallace   on behalf of Creditor   Equitable Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com
          S. Sadiq Gill   on behalf of Defendant   Journal Publishing Company dba Albuquerque Publishing
           Company sgill@vanblk.com
          Sara L. Chenetz   on behalf of Creditor   Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor   PRAHS, INC. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores PR, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Aviation, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores West Coast, Inc.
           sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Properties, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Abbott Advertising Agency, Inc.
           sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
           sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Stores, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   InterTAN, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Ventoux International, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Mayland MN, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Orbyx Electronics, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Patapsco Designs, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Plaintiff   Circuit City Stores, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Defendant   Circuit City Stores, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Kinzer Technology, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   XSStuff, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Courchevel, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Sky Venture Corp. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor   Circuit City Purchasing Company, LLC
           sboehm@mcguirewoods.com
          Satchidananda  Mims  smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor   The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor   Ritz Motel Company sdrucker@honigman.com
          Seth A. Drucker   on behalf of Creditor   McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin International Inc. sfranklin@vanblk.com,
           mdowns@vanblk.com
          Shalanda N. Franklin   on behalf of Defendant   Belkin Logistics, Inc., aka Belkin, Inc.
           sfranklin@vanblk.com, mdowns@vanblk.com
          Shawn M. Christianson   on behalf of Creditor   Oracle USA, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Sheila G. de la Cruz   on behalf of Creditor   TFL Enterprise, LLC sdelacruz@hf-law.com,
           rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
          partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
          sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
          stan.salus@akerman.com,
          crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
          Industrial Division smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
          Company smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
          smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

District/off: 0422-7          User: ramirez-l          Page 51 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Stephan William Milo    on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,    jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Defendant    Hardsoft Solutions, Inc. d/b/a Micro Product
          Distributors, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo    on behalf of Creditor    THF ONC Development, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephanie N. Gilbert    on behalf of Defendant    Eleets Logistics, Inc. sgilbert@wilsav.com
          Stephen A. Metz    on behalf of Creditor    Saul Holdings Limited Partnership smetz@offitkurman.com,
          mmargulies@offitkurman.com
          Stephen E. Leach    on behalf of Creditor    Bush Industries, Inc. sleach@hirschlerlaw.com,
          ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen E. Leach    on behalf of Creditor    Children's Discovery Centers of America, Inc.
          sleach@hirschlerlaw.com,  ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
          Stephen G. Murphy    on behalf of Creditor    Massachusetts Department of Revenue
          Murphys@dor.state.ma.us
          Stephen K. Gallagher    on behalf of Creditor    CWCapital Asset Management LLC
          skgallagher@venable.com,  lbwilson@venable.com;lrheitger@venable.com
          Stephen K. Lehnardt    on behalf of Creditor    3725 Airport Boulevard, LP skleh@lehnardt-law.com
          Steven H. Greenfeld    on behalf of Creditor    PR Christiana LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PRGL Paxton LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Red Rose Commons Associates, L.P.
          steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Marple XYZ Associates steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Becker Trust LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Park Side Realty LP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Goodmill LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    PREIT SERVICES, LLC steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Pep Boys - Manny, Moe & Jack
          steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    THE GOLDENBERG GROUP steveng@cohenbaldinger.com
          Steven H. Greenfeld    on behalf of Creditor    Boulevard North, LP steveng@cohenbaldinger.com
          Steven H. Newman    on behalf of Creditor    502-12 86th Street LLC snewman@katskykorins.com
          Steven L. Brown    on behalf of Creditor    Walter E. Hartman & Sally J. Hartman, as Trustee of the
          Hartman 1995 Ohio Property steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Defendant    The Dispatch Printing Company, d/b/a Columbus Dispatch
          steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Defendant    Construct, Inc. steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Creditor    Construct Inc., a Michigan corporation
          steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Creditor    The Columbus Dispatch steven@tiffanylawfirm.com
          Steven L. Brown    on behalf of Creditor    Construct, Inc. steven@tiffanylawfirm.com
          Tara B. Annweiler    on behalf of Creditor    American National Insurance Company
          tannweiler@greerherz.com
          Tara L. Elgie    on behalf of Defendant    Fujikon Industrial Co. Ltd. telgie@huntonak.com,
          amckenzie@huntonak.com
          Tara L. Elgie    on behalf of Creditor    Schimenti Construction Company LLC telgie@huntonak.com,
          amckenzie@huntonak.com
          Terri A. Roberts    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov
          Thaddeus D. Wilson    on behalf of Defendant    Mitsubishi Electronics America, Inc.
          thadwilson@kslaw.com,  pwhite@kslaw.com
          Thomas A. Schultz, Jr.    on behalf of Creditor    City of Novi, MIchigan tschultzlaw@gmail.com
          Thomas David Rethage    on behalf of Creditor    EEOC'S thomas.rethage@eeoc.gov
          Thomas Francis Murphy    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          tmurphy@dclawfirm.com,
          rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
          Thomas G. King    on behalf of Creditor    Southland Acquisitions, LLC tking@KreisEnderle.com,
          dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
          Thomas John McIntosh    on behalf of Defendant    The Nielsen Company (US) LLC, f/k/a Nielsen Media
          Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    WSVN-TV, a unit of Sunbeam Television Corporation
          thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
          Thomas John McIntosh    on behalf of Defendant    NetRatings, LLC thomas.mcintosh@hklaw.com,
          alexis.makell@hklaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Bell Microproducts, Inc. mckeet@gtlaw.com,
          smedsa@gtlaw.com
          Thomas John McKee, Jr.    on behalf of Defendant    Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
          Thomas Joseph Moran    on behalf of Defendant    Safeco Insurance Company of America
          tmoran@wcslaw.com,  wcabell@wcslaw.com
          Thomas Joseph Moran    on behalf of Creditor    Safeco Insurance Company of America
          tmoran@wcslaw.com,  wcabell@wcslaw.com
          Thomas Neal Jamerson    on behalf of Creditor    Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com
          Thomas Neal Jamerson    on behalf of Interested Party    Parker Central Plaza Ltd
          tjamerson@hunton.com,  tomjam2003@yahoo.com
          Thomas Ryan Lynch    on behalf of Defendant    Griffin Technology tlynch@babc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
           elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
           elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor  Graphic Communications, Inc.
           trepczynski@offitkurman.com,  elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor  Tutwiler Properties, LTD
           trepczynski@offitkurman.com,  elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant  Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com,  elongmire@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin  on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinson.com,
           porsche.barnes@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tracey.ohm@stinson.com,
           porsche.barnes@stinson.com
          Troy  Savenko   on behalf of Creditor    Slam Brands, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor    Archos, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
           tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
           val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
           robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
           val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
           val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
           robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com

District/off: 0422-7          User: ramirez-l          Page 53 of 58          Date Rcvd: Dec 17, 2019
                              Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Wanda Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com
              Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
                wroenker@cityofchesapeake.net
              William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
                wheuer@duanemorris.com
              William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
                wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor Raymond Silverstein, Trustee wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
                wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
              William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
              William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
                Courier aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   American National Insurance Company
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C.
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
                TV aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
                aburnett@williamsmullen.com, ddillon@williamsmullen.com
              William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com,
                ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett   on behalf of Defendant    Eon Communications Corporation
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Cyber Acoustics aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Dick's Sporting Goods, Inc.
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Dick's Sporting Goods Inc.
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Burbank Mall Associates, LLC
                aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
                GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,   ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Alexander's Rego Park Center, Inc.
                bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
                Distribution Company, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Intertech Security of Maryland, LLC
                bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 55 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Christopher   Borglin bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com
          William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R5017l@notify.bestcase.com

District/off: 0422-7         User: ramirez-l          Page 56 of 58          Date Rcvd: Dec 17, 2019
                            Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray    on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    Fourstar International Trading Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Sensormatic Electronic Corporation
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    Construction Testing and Engineering, Inc.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    The Oklahoma Publishing Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    E&A Northeast Limited Partnership
           bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Gray    on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
           sryan@sandsanderson.com/dbbankruptcy@gmail.com/R50171@notify.bestcase.com
          William A. Wood, III    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William A. Wood, III    on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
           trey.wood@bgllp.com,   chris.tillmanns@bgllp.com
          William A. Wood, III    on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
           chris.tillmanns@bgllp.com
          William B. Cave    on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
          William D. Bayliss    on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
          William Daniel Prince, IV    on behalf of Defendant    International Business Machines Corporation
           wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
           Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
          William Daniel Prince, IV    on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
           jseay@t-mlaw.com
          William Daniel Sullivan    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
          William Daniel Sullivan    on behalf of Defendant    Pioneer Electronics (USA) Inc.
           dsullivan@butzeltp.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    MRV Wanamaker, LC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Hotan Corporation
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Datel Design & Development, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    National Western Life Insurance Company
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    J&J Industries, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Merrill Communications LLC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dick's Sporting Goods, Inc.
           tschwarz@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 58 of 58          Date Rcvd: Dec 17, 2019
                              Form ID: pdford9          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
              Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
              tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
              aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
              aford@mglspc.com
          Zmarak Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              zmarak.khan@dlapiper.com
                                                                          TOTAL: 2239