# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**    08–35653–KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax–Identification (EIN) No(s).(if any):
   Debtor: <u>54–0493875</u>

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on <u>December 17, 2019</u> in the above–referenced case, event text as shown below:

Transcript filed Re: Hearing Held 12/12/2019, Remote electronic access to the transcript is restricted until 03/16/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973–406–2250.] [Transcript Purchased by Lynn Tavenner.] (RE: related document(s) [14243] Hearing held; Motion to Expedite Hearing Granted (Re: related document(s)14241 Motion to Expedite Hearing filed by Circuit City Stores, Inc. Liquidating Trust) Appearances: Lynn Tavenner; Michael Ewing., [14244] Hearing held; Motion Granted in Part; Order to be submitted. Movant's exhibits 1–13 Admitted. Witnesses Sworn: Michael Ewing; Katie Bradshaw. (Re: related document(s)14240 Motion for Contempt filed by Circuit City Stores, Inc. Liquidating Trust) Appearances: Lynn Tavenner and Paula Beran; Michael Ewing.). Notice of Intent to Request Redaction Deadline Due By 12/23/2019. Redaction Request Due By 01/6/2020. Redacted Transcript Submission Due By 01/16/2020. Transcript access will be restricted through 03/16/2020. (Gottlieb, Jason)

The parties have [until <u>December 24, 2019</u>] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [<u>January 7, 2020</u>] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [<u>January 17, 2020</u>] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [<u>March 16, 2020</u>] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   December 17, 2019

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-35653-KRH
Circuit City Stores, Inc.                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: ramirez-l          Page 1 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
              +Michael Ewing,   Stiles Ewing Powers,   3957 Westerre Pkwy, Ste 400,   Richmond, VA 23233-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              Aaron L. Hammer   on behalf of Creditor   National Product Care Company ahammer@hmblaw.com,
              ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor   TWG Innovative Solutions, Inc. ahammer@hmblaw.com,
              ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor   Virginia Surety Company, Inc. ahammer@hmblaw.com,
              ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor   Service Saver, Incorporated ahammer@hmblaw.com,
              ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor   ServicePlan of Florida, Inc. ahammer@hmblaw.com,
              ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor   ServicePlan, Inc. and all its Affiliates
              ahammer@hmblaw.com,  ecfnotices@hmblaw.com
              Aaron R. Cahn   on behalf of Unknown   Reliance Figueroa Associates, L.P. cahn@clm.com,
              CourtMail@clm.com
              Adam K. Keith   on behalf of Creditor   The Marketplace of Rochester Hills Parcel B, LLC
              akeith@honigman.com,  tsable@honigman.com
              Albert F. Quintrall   on behalf of Creditor   Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles   on behalf of Creditor   City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins   on behalf of Interested Party   Eatontown Commons Shopping  Center
              ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   Arboretum of South Barrington, LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   AmCap NorthPoint LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party   AmCap Arborland LLC
              ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Creditor   Engineered Structures, Inc.
              ajackins@seyfarth.com
              Alison Ross Wickizer Toepp   on behalf of Creditor   Northern Indiana Public Service Company
              atoepp@reedsmith.com,
              dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
              th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
              ecf.pacerpro.com
              Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
              A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
              dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
              th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
              ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Alison Ross Wickizer Toepp    on behalf of Defendant    Energizer Battery, Inc.
              atoepp@reedsmith.com,
              dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
              th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
              ecf.pacerpro.com
              Alison Ross Wickizer Toepp    on behalf of Creditor    GRE Grove Street One LLC
              atoepp@reedsmith.com,
              dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
              th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
              ecf.pacerpro.com
              Alison Ross Wickizer Toepp    on behalf of Defendant    Kingston Technology Co., Inc.
              atoepp@reedsmith.com,
              dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
              th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
              ecf.pacerpro.com
              Amanda Jill Katzenstein    on behalf of Creditor    U.S Bank National Association as Trustee
              akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
              Amanda Jill Katzenstein    on behalf of Unknown    KeyBank National Association
              akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
              Ambika Joline Biggs    on behalf of Defendant    Scripps Media, Inc. abiggs@hirschlerlaw.com
              Ambika Joline Biggs    on behalf of Creditor    Buffalo Technology (USA), Inc.
              abiggs@hirschlerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    The E.W. Scripps Company d/b/a/ Ventura County
              Star abiggs@hirschlerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    Buffalo Technology (USA), Inc.
              abiggs@hirschlerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    Scripps Networks, LLC d/b/a HGTV.com, d/b/a
              FineLiving.com, d/b/a Home & Garden Television abiggs@hirschlerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    The National Union Fire Insurance Company of
              Pittsburgh, PA abiggs@hirschlerlaw.com
              Ambika Joline Biggs    on behalf of Defendant    Memphis Publishing Company, dba Commercial Appeal,
              Inc. abiggs@hirschlerlaw.com
              Andrea Campbell Davison    on behalf of Defendant    Animal Planet, L.P. ADavison@beankinney.com,
              onazar@beankinney.com
              Andrea Campbell Davison    on behalf of Creditor    Discovery Communications, Inc.
              ADavison@beankinney.com,  onazar@beankinney.com
              Andrea Campbell Davison    on behalf of Defendant    Discovery Communications Inc. a/k/a The
              Learning Channel ADavison@beankinney.com,  onazar@beankinney.com
              Andrea Campbell Davison    on behalf of Defendant    Learning Channel, Inc. ADavison@beankinney.com,
              onazar@beankinney.com
              Andrea Campbell Davison    on behalf of Defendant    Wonders Industrial Development (Shenzhen) Co.,
              Ltd. ADavison@beankinney.com,  onazar@beankinney.com
              Andrea Campbell Davison    on behalf of Defendant    Discovery Communications, Inc.
              ADavison@beankinney.com,  onazar@beankinney.com
              Andrew  Rapp    on behalf of Creditor    Terranomics Crossroads Associates arapp@wpblaw.com
              Andrew A. Jones    on behalf of Interested Party    Farallon Capital Management, L.L.C.
              Andrew@ajoneslaw.com
              Andrew Edward Macfarlane    on behalf of Defendant    Sherwood America, Inc. aem@aemlegal.com
              Andrew Edward Macfarlane    on behalf of Creditor    Sherwood America, Inc. aem@aemlegal.com
              Andrew H. Herrick    on behalf of Creditor    County of Albemarle aherrick@albemarle.org
              Andrew Kelly Rudiger    on behalf of Creditor    TKG Coffee Tree, L.P. andrewr@boydhomes.com,
              akrudiger@kaufcan.com
              Andrew Lynch Cole    on behalf of Interested Party    Faber Bros., Inc. acole@coleschotz.com
              Andrew M. Brumby    on behalf of Creditor    Cameron Group Associates LLP abrumby@shutts-law.com,
              dbonilla@shutts-law.com
              Andrew S. Conway    on behalf of Creditor    Taubman Landlords aconway@taubman.com
              Angela Sheffler Abreu    on behalf of Creditor    PNY Technologies, Inc. AAbreu@nwbcorp.com,
              Angela.Abreu@northwest.com
              Anitra D. Goodman Royster    on behalf of Creditor    Connexion Technologies
              anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
              raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
              Ann E. Schmitt    on behalf of Creditor    The Parkes Companies Inc. aschmitt@culbert-schmitt.com
              Ann E. Schmitt    on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
              Ann E. Schmitt    on behalf of Creditor    Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
              Anne C. Lahren    on behalf of Defendant    KLAS, LLC alahren@pendercoward.com
              Anne C. Lahren    on behalf of Defendant    Landmark Media Enterprises LLC, f/k/a Landmark
              Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
              Anne C. Murphy    on behalf of Creditor    State of Wisconsin - Office of the State Treasurer
              murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
              Anne Elizabeth Braucher    on behalf of Creditor    DL Peterson Trust, as Assignee of PHH Vehicle
              Management Services, LLC abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor    InnerWorkings, Inc. abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor    Manufacturers and Traders Trust Company, as
              Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
              1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com
              Anne Elizabeth Braucher    on behalf of Creditor    West Marine Products, Inc.
              abraucher@mcmillanmetro.com

District/off: 0422-7          User: ramirez-l          Page 3 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Anne G. Bibeau    on behalf of Creditor    Alameda County Treasurer ABibeau@vanblk.com,
             drichards@vanblk.com;kjerald@vanblk.com
           Anne G. Bibeau    on behalf of Creditor    Orangefair Marketplace, LLC ABibeau@vanblk.com,
             drichards@vanblk.com;kjerald@vanblk.com
           Anne G. Bibeau    on behalf of Creditor    Sonoma County Tax Collector ABibeau@vanblk.com,
             drichards@vanblk.com;kjerald@vanblk.com
           Annemarie G. McGavin    on behalf of Creditor    Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin    on behalf of Creditor    Motorola Inc. annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin    on behalf of Creditor    Dick's Sporting Goods, Inc.
             annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Annemarie G. McGavin    on behalf of Creditor    General Instrument Corporation d/b/a Home &
             Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
             joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com
           Anthony J. Cichello    on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
             acichello@kb-law.com
           Anthony J. Cichello    on behalf of Creditor    Loop West, LLC, by its Managing Agent The Wilder
             Companies, Ltd. acichello@kb-law.com
           Arthur S. Weitzner    on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com
           Aryeh E. Stein    on behalf of Creditor    Annapolis Plaza LLC astein@meridianlawfirm.com,
             aryehsteinecf@gmail.com
           Ashley M. Chan    on behalf of Creditor    City of Philadelphia achan@hangley.com,
             ecffilings@hangley.com
           Ashley M. McDow    on behalf of Other Professional    Alfred H. Siegel, the Liquidating Trustee of
             Circuit City Stores, Inc. Liquidating Trust amcdow@foley.com,  sgaeta@foley.com
           Augustus C. Epps, Jr.    on behalf of Professional Augustus C. Epps, Jr. aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Generation H One and Two Limited Partnership
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    The Marvin L. Oates Trust
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Roth Tanglewood LLC aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Defendant    American Power Conversion Corp.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Rolling Acres Plaza Shopping Center
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    The Macerich Company aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Greenback Associates aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Transferee    412 South Broadway Realty LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    RREEF Management Company aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Glimcher Properties Limited Partnership, as
             managing agent for WTM Glimcher LLC aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Portland Investment Company of America
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Crossroads Shopping Center
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Prado, llc aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Transferor    Manufacturers and Traders Trust Company, as
             Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Defendant    Signature Home Furnishings Co. Inc.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Union Square Retail Trust
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Morse-Sembler Villages Partnership #4
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Lexmark International, Inc.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Perimeter Mall aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Madison Waldorf, LLC aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Redtree Properties, L.P. aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Drexel Delaware Limited Partnership
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Creditor    Inland US Management LLC aepps@williamsmullen.com,
             avaughn@williamsmullen.com
           Augustus C. Epps, Jr.    on behalf of Defendant    Audio Authority Corporation
             aepps@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 4 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
           Gateway III, LLC as tenants in common aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
           Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
           Luckoff Land Company, LLC as tenants in common aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
           Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
           St. Paul Pioneer Press aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
           aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Defendant   CDW Direct, LLC aepps@williamsmullen.com,
           avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Interested Party   Manufacturers & Traders Trust Company, as
           Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.   on behalf of Creditor   Sangertown Square, L.L.C.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Swanblossom Investments, LP
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Donahue Schriber Realty Group, L.P.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Laurel Plumbing, Inc. aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Generation One and Two, LP
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
             managing Agent for Puente Hills Mall, LLC aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Kimco Realty Corporation aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   1030 W. North Ave. Bldg. LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC, Inland American
             Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
             Continental Property Management Corp., and Inland Commerc aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   N.P. Huntsville Limited Liability Company
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Whitestone Development Partners, L.P.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   De Rito Pavilions 139, LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Kite Coral Springs, LLC aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland American Retail Management LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Audio Authority Corporation
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Union County Construction Group, Inc.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Solutions 2 Go, Inc. aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   La Habra Imperial, LLC aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   The West Campus Square Company, LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Cohab Realty, LLC aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Attorney   Christian & Barton, L.L.P.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   CC-Investors 1995-6 aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   KRG Market Street Village, LP
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Pacific Property Services LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Defendant   Kost Klip Manufacturing, Ltd.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Brighton Commercial, L.L.C.
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Bella Terra Associates, LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Inland Southwest Management LLC
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   EklecCo NewCo, LLC aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
             avaughn@williamsmullen.com
          Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership
             aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
             bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
          Belkys  Escobar   on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
             bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
             backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
             cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Creditor   Harvest/HPE LP backerly@hunton.com,
             cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party   Lowe's HIW, Inc. backerly@hunton.com,
             cloving@hunton.com

District/off: 0422-7          User: ramirez-l          Page 6 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Benjamin C. Ackerly    on behalf of Creditor    Taubman Auburn Hills Associates Limited Partnership
           backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    CCDC Marion Portfolio, L.P.
           backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Federal Warranty Service Corporation
           backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
           backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Cypress/CC Marion I, L.P. backerly@hunton.com,
           cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Creditor    Galleria Plaza, Ltd. backerly@hunton.com,
           cloving@hunton.com
          Benjamin C. Ackerly    on behalf of Interested Party    Food Lion LLC backerly@hunton.com,
           cloving@hunton.com
          Benjamin Joseph Lambiotte    on behalf of Defendant    InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel    on behalf of Defendant    MCM Electronics, Inc. bdp@lawmacdowell.com
          Brad R. Godshall    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           bgodshall@pszjlaw.com
          Bradford F. Englander    on behalf of Creditor    Source Interlink Media, LLC benglander@wtplaw.com,
           rodom@wtplaw.com
          Bradford F. Englander    on behalf of Creditor    Alliance Entertainment Corporation
           benglander@wtplaw.com,  rodom@wtplaw.com
          Brenda M. Whinery    on behalf of Creditor    Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler    on behalf of Creditor    Prince George's County, Maryland
           bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler    on behalf of Creditor    Charles County, Maryland bbeehler@mrrlaw.net,
           lsansbury@mrrlaw.net
          Brian D. Huben    on behalf of Creditor    Prudential Insurance Company of America
           hubenb@ballardspahr.com,  carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    The Macerich Company hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    KNP hubenb@ballardspahr.com,  carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Cousins Properties Incorporated hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Watt Management Company hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    RREEF Management Company hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Foursquare Properties, Inc. hubenb@ballardspahr.com,
           carolod@ballardspahr.com
          Brian D. Huben    on behalf of Creditor    Portland Investment Company of America
           hubenb@ballardspahr.com,  carolod@ballardspahr.com
          Brian D. Wesley    on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
          Brian D. Wesley    on behalf of Defendant    California Self-Insurers Security Fund
           brian.wesley@doj.ca.gov
          Brittany Jane Nelson    on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo    on behalf of Creditor    RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          Byron Z. Moldo    on behalf of Creditor    Descanso TIC, LLC bmoldo@ecjlaw.com,
           tmelendez@ecjlaw.com
          C. Christopher Meyer    on behalf of Creditor    Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer    on behalf of Creditor    Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason    on behalf of Creditor    The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas
           Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    Golfsmith International, L.P.
           ccreely@akingump.com
          Catherine Elizabeth Creely    on behalf of Creditor    CIM/Birch St., Inc. ccreely@akingump.com
          Chang Eugene    on behalf of Creditor    TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell    on behalf of Creditor    Hoprock Limonite, LLC
           c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com
          Charles W. Chotvacs    on behalf of Creditor    FJL-MVP, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Uniwest Commercial Realty cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    OTR-Clairemont Square cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Portland Investment Company of America
           cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    UBS Realty Investors, LLC cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs    on behalf of Creditor    Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
           aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
               cwchotvacs@gmail.com,   aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
               aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
               kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
               kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
               kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
               kvogel@vogelandcromwell.com
              Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
               clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
               clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
               clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
              Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
              Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
               similarly situated cford@mdpcelaw.com
              Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
               cajones@wtplaw.com,   clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
               clano@wtplaw.com,jwilson@wtplaw.com
              Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kv-legal.com
              Christopher L. Perkins   on behalf of Creditor   Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
               christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
               Tech christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
               dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Creditor   680 S. Lemon Ave. Co.
               christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Schimenti Construction Company LLC
               christopher.perkins@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 8 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Christopher L. Perkins   on behalf of Defendant   Altec Lansing Technologies, Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Benenson Capital Company
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Consumer Products, LLC f/k/a Linksys
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Brandywine Grande C, L.P.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Phoenix Newspapers, Inc, dba The Arizona
            Republic christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Interested Party Steven  Ivester
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Unknown   Osprey Audit Specialists, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pacific and Southern Company, Inc. d/b/a/ WXIA
            TV christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Retail MDS, Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Pure Digital Technologies, Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Indiana Newspapers, Inc. d/b/a The Indianapolis
            Star christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco-Linksys, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation of the Americas
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett River States Publishing Corporation
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Almo E-Commerce LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Sick, Inc. christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Media Solutions Holdings, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Osprey Audit Specialists, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   FM Facility Maintenance, f/k/a IPT, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Netgear Inc. christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. dba The Times
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
            d/b/a Jack of All Games christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Olympus Corporation
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Developers Realty, Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Circuit Investors #2, Ltd.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CC Kingsport 98, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   CK Richmond Business Services #2, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Plantronics, Inc.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Seagate Technology LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Fayetteville Developers, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Time Warner Cable, LLC
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   The Daniel Group
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Creditor   Cardinal Capital Partners
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Gannett Co., Inc. and Gannett River States
            Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
            Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Take Two Interactive Software, Inc., a/k/a Take
            Two Interactive christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Multimedia Holdings Corporation, dba KUSA-TV
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Lee Enterprises, Incorporated
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Haier America Trading L.L.C.
            christopher.perkins@leclairryan.com
          Christopher L. Perkins   on behalf of Defendant   Cisco Systems, Inc.
            christopher.perkins@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 9 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
              Greenville News christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    Parago, Inc. christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
              christopher.perkins@leclairryan.com
            Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
              christopher.perkins@leclairryan.com
            Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
              cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
            Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
              cdesiderio@nixonpeabody.com
            Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
              cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
            Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
City of Newport News, Virginia    jdurant@nngov.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
              cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
              Properties Group cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
              cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
            Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
              cgp@ballardspahr.com,
              summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
            Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
              cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
            Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
              cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
              son@mhlawyers.com
            Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
              cpalik@mhlawyers.com,
              cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
              son@mhlawyers.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
          curtis.manchester@kutakrock.com
Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
          Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com
Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
          curtis.manchester@kutakrock.com
D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
          ndysart@ltblaw.com;plaura@ltblaw.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
          individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
          ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
          ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
          Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
          Statesman ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
          Post ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. and Cox Ohio Publishing
          Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
          individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
          daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
          Allison.Abbott@nelsonmullins.com
Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
          dpress@chung-press.com,  pressdm@gmail.com
Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
          pressdm@gmail.com
Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
          dsbushnaq@venable.com
Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinson.com,
          catherine.scott@stinson.com
Darrell William Clark    on behalf of Creditor    Waste Management, Inc. darrell.clark@stinson.com,
          catherine.scott@stinson.com
Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
          bankruptcy@ntexas-attorneys.com
David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
          ecf@davidgreerlaw.com
David A. Greer    on behalf of Creditor    Century plaza development corporation
          dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com
David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          bhale@chlhf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
             David H. Cox   on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
               pdyson@jackscamp.com
             David H. Cox   on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
               pdyson@jackscamp.com
             David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
               dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
               dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
               dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
               Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
               RC CA Santa Barbara, LLC dervin@kelleydrye.com,  KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com
             David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
             David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
               and Eagin Communications dspiro@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
             David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
             David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
               rmcburney@hf-law.com;rmcburney67@gmail.com
             David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
             David N. Tabakin    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
               Inc. Liquidating Trust dtabakin@tb-lawfirm.com,
               pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
               nelson@tb-lawfirm.com
             David N. Tabakin    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
               dtabakin@tb-lawfirm.com,
               pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
               nelson@tb-lawfirm.com
             David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
             David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
               druby@t-mlaw.com,  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
             David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
             David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
             David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
             David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
             David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
               bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
             David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
               tleonard@gfrlaw.com
             David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
             David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com
             David Wayne Lannetti    on behalf of Defendant    Parrot, Inc. dlannetti@vanblk.com,
               drichards@vanblk.com;mdowns@vanblk.com
             Dawn C. Stewart    on behalf of Creditor    Circuit Sports, L.P. dstewart@thestewartlawfirm.com
             Denise S. Mondell    on behalf of Creditor    State of Connecticut, Departments of Labor and
               Revenue Services denise.mondell@ct.gov

District/off: 0422-7          User: ramirez-l        Page 12 of 58        Date Rcvd: Dec 17, 2019
                             Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise S. Mondell   on behalf of Creditor    State of Connecticut Department of Revenue Services
          denise.mondell@ct.gov
          Dennis T. Lewandowski    on behalf of Movant    Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor   JVC Americas Corp. and JVC Company of America
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Maryl Pacific Construction, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
          America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Business to Business Solutions, LLC
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
          dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Creditor    Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski    on behalf of Defendant    iProspect.com Inc. dtlewand@kaufcan.com
          Denyse  Sabagh   on behalf of Creditor    Audiovox Corporation dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
          dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor    City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor    Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse  Sabagh   on behalf of Creditor    Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor    Pasadena Independent School District
          caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor    Circuit City Purchasing Company, LLC
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Circuit City Properties, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Sky Venture Corp. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Defendant    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Orbyx Electronics, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Kinzer Technology, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Patapsco Designs, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    XSStuff, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Courchevel, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Ventoux International, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    CC Aviation, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Circuit City Stores, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    InterTAN, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Mayland MN, LLC dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor    Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
          kcain@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald Alan Workman   on behalf of Creditor    Buffalo Technology (USA), Inc. dworkman@bakerlaw.com
          Donald K. Ludman   on behalf of Creditor    SAP Retail Inc. and Business Objects
          dludman@brownconnery.com
          Douglas  Scott   on behalf of Creditor    Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor    Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant    Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor    PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant    Besam USA Inc. f/k/a Besam Automated Entrance Systems,
          Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor    Pasadena Independent School District
          BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Transferee    CFH Investments III, LLC BankruptcyCounsel@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Douglas   Scott    on behalf of Defendant    Interactive Toy Concepts, Inc
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Electronic Process Solutions d/b/a EPS Texas
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Russellville Steel Company, Inc.
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Merrimack Valley Corp. BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Merrimack Valley Sheet Metal Corporation
          BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Creditor    WCC Properties BankruptcyCounsel@gmail.com
          Douglas   Scott    on behalf of Defendant    Hannspree North America, Inc., f/k/a Hannspree
          California, Inc. BankruptcyCounsel@gmail.com
          Douglas D. Kappler    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge Center
          dkappler@rdwlawcorp.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Purchasing Company, LLC
          dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Mayland MN, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Patapsco Designs, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    XSStuff, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Ventoux International, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Courchevel, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    CC Aviation, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    InterTAN, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Counter-Defendant    Circuit City Stores, Inc.
          dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Orbyx Electronics, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Sky Venture Corp. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    PRAHS, INC. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Plaintiff    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Defendant    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores, Inc. dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Stores West Coast, Inc.
          dfoley@mcguirewoods.com,  mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Kinzer Technology, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas M. Foley    on behalf of Debtor    Circuit City Properties, LLC dfoley@mcguirewoods.com,
          mcguire-8660@ecf.pacerpro.com
          Douglas R. Gonzales    on behalf of Creditor    City of Homestead, Florida dgonzales@wsh-law.com
          Douglas R. Gonzales    on behalf of Creditor    City of Miramar, FL dgonzales@wsh-law.com
          Dylan G. Trache    on behalf of Creditor    Lexar Media, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Television Station KTXA L.P.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    Philadelphia Television Station WPSG Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Creditor    Envision Peripherals, Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KTVK, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
          robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
          Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
          dylan.trache@nelsonmullins.com,  robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

District/off: 0422-7          User: ramirez-l          Page 14 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
   dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
   dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
   dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
   robert.ours@nelsonmullins.com
Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
   robert.ours@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
   and KGW-TV dylan.trache@nelsonmullins.com,
   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
   dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
   dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
   dylan.trache@nelsonmullins.com,   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
   robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
   mayle@hooverslovacek.com
Elizabeth  Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
   rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth  Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
   rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth  Banda Calvo    on behalf of Creditor    City of Lake Worth
   rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
   wenditaylor@toase.com
Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
   elizabeth.gunn@dss.virginia.gov,   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
   Gazette egunn@sandsanderson.com,   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor Mikael  Salovaara elizabeth.gunn@dss.virginia.gov,
   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
   elizabeth.gunn@dss.virginia.gov,   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
   bankruptcy@dss.virginia.gov
Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
   egunn@sandsanderson.com,   bankruptcy@dss.virginia.gov
Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
   jquiambao@friedmanspring.com
Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation
   ecotton@sitecenters.com
Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation
   eric.rusnak@pillsburylaw.com
Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
   schnabel.eric@dorsey.com,   glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
   glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
   glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
   glorioso.alessandra@dorsey.com
Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
   glorioso.alessandra@dorsey.com
Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
   emorabito@pattonboggs.com
Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
   kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
   on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 15 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor Yvette  Mack ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
            ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
            Service of North Carolina ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
            ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
            kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
            on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
          F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
          Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
            ffm@bostonbusinesslaw.com
          Frank H. Griffin, IV    on behalf of Transferor    Lender Trust, as successor in interest to
            Syntax-Brillian Corporation griffinf@pepperlaw.com
          Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
            frank.pepler@dlapiper.com,
            sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
          Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
            fcragle@hf-law.com
          Franklin R. Cragle, III    on behalf of Defendant    Old Republic Insurance Company
            fcragle@hf-law.com
          Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
          Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
            rudzikf@dor.state.fl.us
          Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
            mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
            mmarck@olshanlaw.com;ssallie@olshanlaw.com
          Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
            glaymon@mglspc.com, jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
            jcoffman@mglspc.com
          Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
            glaymon@mglspc.com, jcoffman@mglspc.com
          Gary E. Mason    on behalf of Plaintiff Marlon  Mondragon gmason@wbmllp.com
          Gary E. Mason    on behalf of Creditor Marlon  Mondragon gmason@wbmllp.com
          Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com,  calendar@fbm.com
          Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
            gfulghum@sblsg.com,  jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
          Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
            jschmeltz@sblsg.com;jrapp@sblsg.com
          George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
            gekostel@gmail.com
          German  Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
            alison.moreno@pcao.pima.gov
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            notices@becket-lee.com
          Gilbert Barnett Weisman    on behalf of Creditor    American Express Travel Related Services Co Inc
            Corp Card notices@becket-lee.com
          Gilbert D. Sigala    on behalf of Creditor John  Batioff sigalawl@aol.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Gillian N. Brown   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
           Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com, khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
           ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;jclifford@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
           sdabney@dabneypllc.com
          Hale Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
           jwest@kgpc.com
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
           Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
           Group, Inc. hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
           droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
           Corporation hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
           ICT Group, Inc. hbroberts@live.com, droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
           droberts1949@live.com
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
           hlong@huntonAK.com, tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
           hlong@huntonAK.com, tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
           hlong@huntonAK.com, tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           hlong@huntonAK.com, tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
           Partnership hlong@huntonAK.com, tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc.
           hlong@huntonAK.com, tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           hlong@huntonAK.com, tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
           hlong@huntonAK.com, tcanada@huntonAK.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
           ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. Christian Word   on behalf of Liquidator   Hilco Merchant Resources, LLC
           chefiling@lw.com;robert.klyman@lw.com
          J. David Folds   on behalf of Defendant   Fabrik, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com
          J. David Folds   on behalf of Defendant   Simpletech, Inc. dfolds@bakerdonelson.com,
           sparson@bakerdonelson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           J. David Folds   on behalf of Defendant   Interactive Communications International, Inc.
            dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Hitachi Global Storage Technologies, Inc.
            dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
           J. David Folds   on behalf of Defendant   Western Digital Technologies, Inc.
            dfolds@bakerdonelson.com,  sparson@bakerdonelson.com
           Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
            jackson.toof@arentfox.com,  jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
           Jackson David Toof   on behalf of Defendant   Discovery Communications, Inc.
            jackson.toof@arentfox.com,  jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
           Jaime Manuel Crowe   on behalf of Unknown   Toshiba America Electronic Components, Inc.
            jcrowe@whitecase.com,  mco@whitecase.com;jdisanti@whitecase.com
           Jaime Manuel Crowe   on behalf of Unknown   Toshiba Corporation jcrowe@whitecase.com,
            mco@whitecase.com;jdisanti@whitecase.com
           Jaime Sue Dibble   on behalf of Interested Party   Garmin International, Inc. jdibble@stinson.com,
            lbigus@stinson.com
           James D. Newbold   on behalf of Creditor   State of Illinois, Department of Revenue
            James.Newbold@illinois.gov
           James D. Newbold   on behalf of Counter-Claimant   State of Illinois Department of Revenue,
            through Brian Hamer, its Director James.Newbold@illinois.gov
           James E. Clarke   on behalf of Interested Party   Bond-Circuit IX Delaware Business Trust
            vaecf@atlanticlawgrp.com,  rbailey@atlanticlawgrp.com
           James E. Clarke   on behalf of Interested Party   Brick-70, LLC vaecf@atlanticlawgrp.com,
            rbailey@atlanticlawgrp.com
           James H. Rollins   on behalf of Creditor   Plaza Las Americas, Inc. jim.rollins@hklaw.com,
            avis.francis@hklaw.com
           James J. Briody   on behalf of Creditor   Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
            kim.smith@sablaw.com
           James J. Briody   on behalf of Creditor   Johnson City Crossing, L.P. jim.briody@sablaw.com,
            kim.smith@sablaw.com
           James J. Briody   on behalf of Creditor   LNR Partners, Inc. jim.briody@sablaw.com,
            kim.smith@sablaw.com
           James K. Donaldson   on behalf of Defendant   Solutions 2 Go, Inc. jdonaldson@cblaw.com,
            cware@vanblacklaw.com
           James R. Schroll   on behalf of Defendant   CORMARK, Inc. jschroll@beankinney.com,
            ncoton@beankinney.com
           James R. Schroll   on behalf of Creditor   Madison Waldorf, LLC jschroll@beankinney.com,
            ncoton@beankinney.com
           James V. Lombardi   on behalf of Creditor   AmREIT, a Texas real estate investment trust
            jlombardi@rossbanks.com,  acole@rossbanks.com
           James W. Reynolds   on behalf of Defendant   Leggett & Platt, Inc., dba Beeline Group, a division
            of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
           James Winston Burke   on behalf of Creditor   MiTAC Digital Corp. (Magellan) jburke@orrick.com
           James Winston Burke   on behalf of Attorney   Mio Technology USA Ltd. also known as MiTAC USA
            Inc. jburke@orrick.com
           James Winston Burke   on behalf of Attorney   Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
           James Winston Burke   on behalf of Defendant   MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
            jburke@orrick.com
           James Winston Burke   on behalf of Creditor   Nintendo of America, Inc. jburke@orrick.com
           James Winston Burke   on behalf of Defendant   MiTAC Digital Corporation, individually and
            including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
           James Winston Burke   on behalf of Defendant   Nintendo of America, Inc. jburke@orrick.com
           Jamie M. Konn   on behalf of Defendant   Polk Audio, Inc. jamie.konn@dlapiper.com,
            jamie-konn-5618@ecf.pacerpro.com
           Jamie M. Konn   on behalf of Defendant   DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            jamie.konn@dlapiper.com,  jamie-konn-5618@ecf.pacerpro.com
           Janet M. Meiburger, Esq.   on behalf of Creditor   Tribune Company admin@meiburgerlaw.com
           Janet M. Meiburger, Esq.   on behalf of Creditor   Ricmac Equities Corporation
            admin@meiburgerlaw.com
           Jason B. Binford   on behalf of Creditor   BB Fonds International 1 USA, L.P. jbinford@krcl.com,
            ecf@krcl.com
           Jason B. Binford   on behalf of Creditor   Phoenix Property Company jbinford@krcl.com,
            ecf@krcl.com
           Jason M. Krumbein   on behalf of Creditor Jonathan   Card jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
           Jason M. Krumbein   on behalf of Creditor Robert   Gentry jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
           Jason M. Krumbein   on behalf of Creditor Joseph   Skaf jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
           Jason M. Krumbein   on behalf of Creditor Jack   Hernandez jkrumbein@krumbeinlaw.com,
            a30156@yahoo.com
           Jason William Harbour   on behalf of Defendant   Virgin Mobile USA, L.P. jharbour@huntonAK.com,
            tcanada@huntonAK.com
           Jason William Harbour   on behalf of Creditor   Public Company Accounting Oversight Board
            jharbour@huntonAK.com,  tcanada@huntonAK.com
           Jeffrey  Kurtzman   on behalf of Creditor   THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
           Jeffrey  Kurtzman   on behalf of Creditor   Red Rose Commons Associates, L.P.
            kurtzman@kurtzmansteady.com

District/off: 0422-7          User: ramirez-l          Page 18 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jeffrey  Kurtzman   on behalf of Creditor    PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
            Jeffrey  Scharf   on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
             jeff@taxva.com, tacspc@gmail.com:amanda@taxva.com
            Jeffrey  Scharf   on behalf of Creditor    County of Spokane jeff@taxva.com,
             tacspc@gmail.com:amanda@taxva.com
            Jeffrey  Scharf   on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
             tacspc@gmail.com:amanda@taxva.com
            Jeffrey A. Krieger   on behalf of Creditor    Southwinds. Ltd. jkrieger@greenbergglusker.com,
             calendar@greenbergglusker.com
            Jeffrey E. Klusmeier   on behalf of Creditor    Missouri Attorney General's Office
             Jeff.Klusmeier@ago.mo.gov, Michelle.Hirschvogel@ago.mo.gov
            Jeffrey I. Snyder   on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
             jsnyder@bilzin.com, eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
             Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
             Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
             Partnership jsnyder@bilzin.com, eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
             jsnyder@bilzin.com, eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
             jsnyder@bilzin.com, eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
             Partnership jsnyder@bilzin.com, eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey I. Snyder   on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
             eservice@bilzin.com:lflores@bilzin.com
            Jeffrey J. Graham   on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
             dwineinger@taftlaw.com:ecfclerk@taftlaw.com
            Jeffrey J. Graham   on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
             dwineinger@taftlaw.com:ecfclerk@taftlaw.com
            Jeffrey L. Tarkenton   on behalf of Creditor    Amcor Sunclipse North America
             Jeffrey.tarkenton@wbd-us.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    New York Times Distribution Corporation
             jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    The Insurance Company of the State of
             Pennsylvania jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com
            Jeffrey L. Tarkenton   on behalf of Defendant    New York Times Distribution Corp.
             jtarkenton@wcsr.com,
             karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
             .com:njohnson@spectorjohnson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. Jeffrey.tarkenton@wbd-us.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp.
           Jeffrey.tarkenton@wbd-us.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
           karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
           .com;njohnson@spectorjohnson.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
           elmoyer99@gmail.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
           Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor    Federal Realty Investment Trust
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
           pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
           dennisj@ballardspahr.com,  pollack@ballardspahr.com
          Jennifer  Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
           jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
           cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
           cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
           cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
           rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
           cullagh@spottsfain.com;ehornsby@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 20 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer J. West    on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Coca Cola Bottling Co. Consolidated
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
          jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
          Enterprises Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer J. West    on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
          rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
          cullagh@spottsfain.com;ehornsby@spottsfain.com
          Jennifer Larkin Kneeland    on behalf of Defendant     Rainbow Advertising Sales Corporation
          jkneeland@wattieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant     AMC jkneeland@wattieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant     Newsday Holdings LLC and Newsday LLC
          jkneeland@wattieder.com
          Jennifer Larkin Kneeland    on behalf of Defendant     Rainbow Media Holdings LLC dba AMC
          jkneeland@wattieder.com
          Jennifer McLain McLemore    on behalf of Creditor    Portland Investment Company of America
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Swiff-Train Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Vonwin Capital Management, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Luckoff Land Company, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Mortgage Capital Corporation
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HQ Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
          Bee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Morse-Sembler Villages Partnership #4
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Drexel Delaware Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    RREEF Management Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@williamsmullen.com,
             avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@williamsmullen.com,
             avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@williamsmullen.com,
             avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
             Inland Pacific Property Services LLC) jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@williamsmullen.com,
             avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
             for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
             Services, a division of PNC Bank, National Association, in i jmclemore@williamsmullen.com,
             avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc.
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
             Observer, aka The Charlotte Observer Publishing Company jmclemore@williamsmullen.com,
             avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@williamsmullen.com,
             avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
             Carlson Marketing Group, Inc. jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
             Southwest Management LLC) jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
             Gateway III, LLC as tenants in common jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
             Partnership jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com
             Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp.
             jmclemore@williamsmullen.com,    avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
               Limited Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
               Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
               Capital Management, LP jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
               Star jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
               Inc. jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@williamsmullen.com,
               avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@williamsmullen.com,
               avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
               Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@williamsmullen.com,
               avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@williamsmullen.com,
               avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
               avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 23 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
           LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
           1997-CTL-l, acting by and through Midland Loan Servicers, a div jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
           d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
           Electronics, Philips Norelco and Philips Lighting Company jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
           for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
           American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
           Inland Continental Property Management Corp., and Inland Commerc jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
           Cameron Bayonne, LLC) jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
           News, aka The Sun News jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
           Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc.
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc.
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
           Center) jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
           Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
           Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
           LaSalle National Bank jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
           Center jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@williamsmullen.com,
           avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
           Idaho Statesman jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
           jmclemore@williamsmullen.com, avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore   on behalf of Defendant   The McClatchy Company, d/b/a The Wichita
     Eagle jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Defendant   Hamilton Beach Brands, Inc.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Cohab Realty, LLC jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   EEL McKee LLC jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Plaintiff   CC-Investors 1995-6
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Interested Party   San Luis Obispo Tribune
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   CHK, LLC jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Computer Resource Team, Inc.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Bizport, Ltd. jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   T & T Enterprises jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, as trustee
     for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Swanblossom Investments, LP
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Defendant   Lexington Herald Leader
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Transferor   Manufactures and Traders Trust Company, as
     Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Westgate Village, LLC
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   M.I.A. Brookhaven, LLC
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Austin Southpark Meadows II
     Limited Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Phillipsburg Greenwich L.L.C.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Western Cedar Hill Pleasant Run Limited
     Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   International Speedway Square, Ltd.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Lexmark International, Inc.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Defendant   Media General Operations, Inc.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Landover (Landover Crossing), LLC
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Inland American Chesapeake Crossroads, L.L.C.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Columbia State jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Interested Party   James H. Wimmer, Jr., personally
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   RPAI US Management LLC (f/k/a Inland US
     Management LLC) jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Catellus Operating Limited Partnership
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Interested Party   Fresno Bee
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for
     Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
     acting by and through Midland Loan Services, a division of PNC Bank jmclemore@williamsmullen.com,
     avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Roth Tanglewood, LLC
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Defendant   DayMen U.S., Inc. d/b/a Lowepro USA
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
     jmclemore@williamsmullen.com, avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
    1997-CTL-1 jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Crossgates Commons NewCo, LLC
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Interested Party    Lexington Herald-Leader
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Inland US Management LLC
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Kite Coral Springs, LLC
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Sangertown Square, L.L.C.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Temecula Commons, L.L.C.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Transferor    Manufacturers and Traders Trust Company, as
    Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    UnCommon, Ltd., a Florida Limited Partnership
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC; Roth Tanglewood, LLC and
    Luckoff Land Company, LLC as tenants in common jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a
    LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
    1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, a
    nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
    acting by and through Midland Loan Services, a division of PNC Ban jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Cousins Properties Incorporated
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Darien, L.L.C.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Defendant    Tacoma News, Inc.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Continental Property Management Corp.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Rancon Realty Fund IV
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Inland American Retail Management LLC
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Argyle Forest Retail I, LLC
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    KRG Market Street Village, LP
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The San Luis
    Obispo County Tribune jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Galleria Alpha Plaza, Ltd.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    MB Keene Monadnock, L.L.C.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    The Macerich Company
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Acadia Realty Limited Partnership
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Interested Party    Manufacturers & Traders Trust Company,
    as Trustee jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@williamsmullen.com,
    avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Farms
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Fishers Station Development Co.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Defendant    North Jersey Media Group Inc.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village Tennessee, GP
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc.
    jmclemore@williamsmullen.com, avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 26 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redactttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore   on behalf of Creditor   RioCan Austin Southpark Meadows II Limited
 Partnership jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC
 jmclemore@williamsmullen.com, avaughn@williamsmullen.com
Jennifer V. Doran   on behalf of Creditor   DeMatteo Management, Inc. jdoran@hinckleyallen.com,
 calirm@haslaw.com
Jeremy Brian Root   on behalf of Defendant   Credit Suisse Loan Funding, LLC jroot@bklawva.com,
 tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
Jeremy C. Kleinman   on behalf of Creditor   PriceGrabber.com, Inc. jkleinman@fgllp.com,
 csucic@fgllp.com;csmith@fgllp.com
Jeremy L. Pryor   on behalf of Defendant   Kelley Enterprises Inc. jeremypryor@carrellrice.com
Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Consumer Products, L.L.C.
 jeremy@friedberg.legal, ecf@friedberg.legal
Jeremy S. Friedberg   on behalf of Creditor   Toshiba America Information Systems, Inc.
 jeremy@friedberg.legal, ecf@friedberg.legal
Jeremy S. Friedberg   on behalf of Creditor   Washington Green TIC jeremy@friedberg.legal,
 ecf@friedberg.legal
Jeremy S. Williams   on behalf of Creditor   Magna Trust Company, Trustee
 jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor   Jubilee-Springdale, LLC
 jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor Joe  Evans jeremy.williams@kutakrock.com,
 lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Defendant   SDI Technologies, Inc.
 jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
 jeremy.williams@kutakrock.com, lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
 lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy S. Williams   on behalf of Defendant   Antec, Inc. jeremy.williams@kutakrock.com,
 lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
Jeremy W. Martin   on behalf of Creditor   Escambia County Tax Collector
 jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
Jeremy W. Martin   on behalf of Interested Party   McCandlish Holton, PC
 jeremymartin2007@gmail.com, jmartin@weststarmortgage.com
Jeremy W. Martin   on behalf of Creditor   Travis County Texas jeremymartin2007@gmail.com,
 jmartin@weststarmortgage.com
Jeremy W. Ryan   on behalf of Creditor   First Industrial Realty Trust, Inc. jryan@saul.com
Jeremy W. Ryan   on behalf of Creditor   FR E2 Property Holding, L.P. jryan@saul.com
Jerry Lane Hall   on behalf of Defendant   Sanyo Fisher Co., a Division of Sanyo North America
 Corp. jerryhall10@hotmail.com
Jess R. Bressi   on behalf of Creditor   RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
Jess R. Bressi   on behalf of Creditor   Engineered Structures, Inc. jbressi@luce.com
Jesse N. Silverman   on behalf of Creditor   KNP jsilverman@dilworthlaw.com,
 jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Prudential Insurance Company of America
 jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Foursquare Properties, Inc.
 jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   The Macerich Company jsilverman@dilworthlaw.com,
 jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Watt Management Company jsilverman@dilworthlaw.com,
 jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Torrance Towne Center Associates, LLC
 jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Eagleridge Associates, LLC
 jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   RREEF Management Company jsilverman@dilworthlaw.com,
 jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
 L.L.C. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Comcast Cable Communications, LLC
 jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Cousins Properties Incorporated
 jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jesse N. Silverman   on behalf of Creditor   Portland Investment Company of America
 jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com
Jessica Regan Hughes   on behalf of Interested Party   AmCap NorthPoint LLC jhughes@seyfarth.com,
 swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   Arboretum of South Barrington, LLC
 jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   Eatontown Commons Shopping  Center
 jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Jessica Regan Hughes   on behalf of Interested Party   AmCap Arborland LLC jhughes@seyfarth.com,
 swells@seyfarth.com;wdcdocketing@seyfarth.com
Joel S. Aronson   on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
Joel S. Aronson   on behalf of Defendant   Capital City Press, LLC d/b/a The Advocate
 jsaronson@ridberglaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
          jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
          John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
          Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
          John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com
          John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
          sryan@sandsanderson.com
          John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
          jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd.
          jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
          jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
          jmcintyre@mcintyrestein.com,
          wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John Darren Sadler    on behalf of Creditor    The Hutensky Group sadlerj@ballardspahr.com,
          andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    CWCapital Asset Management LLC
          sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Cencor Realty sadlerj@ballardspahr.com,
          andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
          Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Battlefield FE Limited Partners
          sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Federal Realty Investment Trust
          sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    UBS Realty Investors, LLC sadlerj@ballardspahr.com,
          andersonn@ballardspahr.com
          John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
          pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
          John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
          lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
          jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
          sparson@bakerdonelson.com
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
          jroche@perkinscoie.com,
          ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
          kinscoie.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Duke Energy Ohio, Inc. johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Central Georgia Electric Membership Corporation
          johncraigg@aol.com,  russj4478@aol.com
          John M. Craig    on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
          russj4478@aol.com
          John M. Craig    on behalf of Creditor    New York State Electric and Gas Corporation
          johncraigg@aol.com,  russj4478@aol.com

District/off: 0422-7          User: ramirez-l          Page 28 of 58          Date Rcvd: Dec 17, 2019
                              Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| John M. Craig | on behalf of Creditor | Michigan Consolidated Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Carolina Power & Light Company d/b/a Progress Energy Carolinas johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Boston Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Connecticut Light and Power Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Chalek Company LLC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Dominion Peoples johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Piedmont Natural Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Toledo Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Southern Connecticut Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Duke Energy Indiana, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | Sun Builders Co. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | Pro-Pave Sealcoat Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Southern California Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Yankee Gas Services Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Orange and Rockland Utilities johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Detroit Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | KeySpan Gas East Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Connecticut Natural Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Cleveland Electric Illuminating Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Duke Energy Carolinas, LLC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Public Service Company of New Hampshire johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Virginia Electric and Power Company d/b/a Dominion Virginia Power johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Narragansett Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | The Brooklyn Union Gas Company d/b/a National Grid NY johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Public Service Electric And Gas Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Florida Power Corporation d/b/a Progress Energy Florida johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Niagara Mohawk Power Corporation johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Dominion East Ohio johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Granite State Electric johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Jersey Central Power & Light Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | PECO Energy Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Metropolitan Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Consolidated Edison Company of New York, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Western Massachusetts Electric Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Salt River Project johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | American Electric Power johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Retail Property Group, Inc. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Commonwealth Edison Company johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Counter-Claimant | Sun Builders Co. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Jackson EMC johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Defendant | ASM Capital III, L.P. johncraigg@aol.com, russj4478@aol.com |
| John M. Craig | on behalf of Creditor | Pennsylvania Electric Company johncraigg@aol.com, russj4478@aol.com |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John M. Craig    on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
                 johncraig@aol.com, russj4478@aol.com
              John M. Craig    on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
                 russj4478@aol.com
              John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraigg@aol.com,
                 russj4478@aol.com
              John P. Van Beek    on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
                 Refrigeration jvanbeek@goldmanvanbeek.com,
                 awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                 nvanbeek.com
              John P. Van Beek    on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
                 awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                 nvanbeek.com
              John P. Van Beek    on behalf of Creditor    WEC 96D Niles Investment Trust
                 jvanbeek@goldmanvanbeek.com,
                 awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                 nvanbeek.com
              John P. Van Beek    on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
                 awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                 nvanbeek.com
              John T. Farnum    on behalf of Creditor    Bell Microproducts, Inc. jfarnum@milesstockbridge.com,
                 jfarnumecfnotices@gmail.com
              John T. Farnum    on behalf of Defendant    Ashley Furniture Industries, Inc.
                 jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com
              John T. Husk    on behalf of Defendant    Casco Corporation johnhusk@aol.com,    nre98@aol.com
              Jonathan L. Hauser    on behalf of Defendant    Klipsch Audio Technologies LLC
                 jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser    on behalf of Defendant    Velocity Micro, Inc.
                 jonathan.hauser@troutmansanders.com
              Jonathan T. Cain    on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
                 kcraun@mintz.com
              Jonathan T. Cain    on behalf of Defendant    InVNT, LLC jtcain@mintz.com,    kcraun@mintz.com
              Jonathan T. Cain    on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
                 jtcain@mintz.com, kcraun@mintz.com
              Jorge A. Ortiz    on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
              Joseph M. DuRant    on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan    on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
                 Blue Cross Blue Shield bankruptcy@morrisoncohen.com
              Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
              Julie Ann Quagliano    on behalf of Creditor    AT&T Capital Services, Inc.
                 quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
                 quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
                 harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Creditor    AT&T quagliano@seeger-law.com,
                 harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Paris Business Products, Inc.
                 quagliano@seeger-law.com, harvell@seeger-law.com
              Julie Ann Quagliano    on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
                 Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
                 quagliano@seeger-law.com, harvell@seeger-law.com
              Julie H. Rome-Banks    on behalf of Creditor    Daly City Partners I, L.P. Julie@bindermalter.com
              Julie H. Rome-Banks    on behalf of Creditor    Envision Peripherals,Inc Julie@bindermalter.com
              Julie H. Rome-Banks    on behalf of Creditor    Daly City Partners I, L.P Julie@bindermalter.com
              Justin F. Paget    on behalf of Defendant    The Seattle Times Company jpaget@huntonAK.com,
                 tcanada@huntonAK.com
              Justin F. Paget    on behalf of Defendant    Hunton & Williams, LLP jpaget@huntonAK.com,
                 tcanada@huntonAK.com
              Justin F. Paget    on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@huntonAK.com,
                 tcanada@huntonAK.com
              Justin F. Paget    on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@huntonAK.com,
                 tcanada@huntonAK.com
              Justin F. Paget    on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
                 Inc. jpaget@huntonAK.com, tcanada@huntonAK.com
              Justin F. Paget    on behalf of Defendant    Wynit, Inc. jpaget@huntonAK.com, tcanada@huntonAK.com
              Justin F. Paget    on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
                 Liberate Your Brand jpaget@huntonAK.com, tcanada@huntonAK.com
              Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
                 kmiller@wileyrein.com, rours@wileyrein.com
              Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
                 kmiller@wileyrein.com, rours@wileyrein.com
              Kan C. Farand    on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
              Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
              Karen M. Crowley    on behalf of Mediator Karen    Crowley kcrowley@clrbfirm.com,
                 jbrockett@clrbfirm.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.com
              Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
                 jbrockett@clrbfirm.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Ken Coleman   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
              Ken.Coleman@allenovery.com
             Kenneth R. Rhoad   on behalf of Creditor   ActionLink, LLC rhoadken@gmail.com
             Kenneth R. Rhoad   on behalf of Defendant   Actionlink, LLC rhoadken@gmail.com
             Kevin A. Lake   on behalf of Creditor   Sonoma County Tax Collector klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Alameda County Treasurer klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Texas Tax Appraisal Districts of Bell County, Brazos
              County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
              District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Hagan Properties, Inc. klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Orangefair Marketplace, LLC klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Shasta County klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Madcow International Group Limited
              klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
              Grayson Co., Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
              Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Harris County klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Bell County, County of Denton, Midland Central Appraisal
              District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
              District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Belkin International klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Catawba County North Carolina klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Old Republic Insurance Company klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   United Radio, Inc. klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Pima County klake@mcdonaldsutton.com
             Kevin A. Lake   on behalf of Creditor   Pierce County klake@mcdonaldsutton.com
             Kevin J. Funk   on behalf of Creditor Joanne Eisner kfunk@dagglaw.com,
              bmcmillen@durrettecrump.com
             Kevin J. Funk   on behalf of Creditor   Dartmouth Marketplace Associates kfunk@dagglaw.com,
              bmcmillen@durrettecrump.com
             Kevin J. Funk   on behalf of Creditor Roy Eisner kfunk@dagglaw.com, bmcmillen@durrettecrump.com
             Kevin L. Sink   on behalf of Creditor   Glenmoor Limited Partnership ksink@nichollscrampton.com
             Kevin M. Newman   on behalf of Creditor   Cameron Bayonne, LLC knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   NBT Bank, N.A. knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   Carousel Center Company, L.P. knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   Mount Berry Square, LLC knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   Sangertown Square, L.L.C. knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   EklecCo NewCo, LLC knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   Landover (Landover Crossing), LLC
              knewman@barclaydamon.com,  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   Charlotte (Archdale) UY, LLC knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin M. Newman   on behalf of Creditor   Fingerlakes Crossing, LLC knewman@barclaydamon.com,
              kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
             Kevin R. McCarthy   on behalf of Creditor   Entergy Texas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
             Kevin R. McCarthy   on behalf of Creditor   Entergy Mississippi, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
             Kevin R. McCarthy   on behalf of Creditor   Entergy Arkansas, Inc. krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
             Kevin R. McCarthy   on behalf of Creditor   Entergy Louisiana, LLC krm@mccarthywhite.com,
              wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
             Kevin R. McCarthy   on behalf of Creditor   Entergy Gulf States Louisiana, L.L.C.
              krm@mccarthywhite.com,  wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
             Khang V. Tran   on behalf of Defendant   New World Communications of Detroit, Inc.
              khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   FX Networks, LLC khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   NW Communications of Phoenix, Inc.
              khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
              khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
              khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
              khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
             Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Kimbell D. Gourley    on behalf of Creditor    Engineered Structures, Inc. kgourley@idalaw.com,
               sprescott@idalaw.com
              Kimberly A. Pierro    on behalf of Creditor    Schottenstein Property Group, Inc.
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly A. Pierro    on behalf of Creditor    Cole CC Groveland FL, LLC
               kimberly.pierro@kutakrock.com,
               sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
               @kutakrock.com
              Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
               LaSalle National Bank kwalker@fulbright.com,  kimsullywalker@aol.com
              Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association, as trustee
               for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association as Trustee
               for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker    on behalf of Creditor    Wells Fargo Bank, N.A kwalker@fulbright.com,
               kimsullywalker@aol.com
              Kimberly Sullivan Walker    on behalf of Creditor    LaSalle Bank National Association f/k/a
               LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
               1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
              Kirk B. Burkley    on behalf of Creditor    Duquesne Light Company kburkley@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
               ve.com
              Kirk David Berkhimer    on behalf of Defendant    A&L Products Limited Kirk@BERKHIMERLaw.com,
               berkhimerkr66555@notify.bestcase.com
              Kristen E. Burgers    on behalf of Creditor    ORIX Capital Markets, LLC kburgers@hirschlerlaw.com,
               ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
              Kristen E. Burgers    on behalf of Creditor    CWCapital Asset Management LLC
               kburgers@hirschlerlaw.com,  ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
              Kristin Elliott    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Kristin Elliott    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
               KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Kurt M. Kobiljak    on behalf of Creditor    City of Taylor Michigan kkobi@aol.com
              Laura Otenti    on behalf of Interested Party    Salem Rockingham LLC lotenti@pbl.com
              Lawrence Allen Katz    on behalf of Creditor    Morgan Hill Retail Venture, LP
               lkatz@hirschlerlaw.com,  lrcdriguez@hirschlerlaw.com
              Lawrence H. Glanzer    on behalf of Creditor    Citrus Park CC, LLC glanzer@rgblawfirm.com
              Lawrence J. Hilton    on behalf of Creditor    TARGUS, INC. lhilton@onellp.com,  lthomas@onellp.com,
               info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
              Leon Y. Tuan    on behalf of Creditor    TKG Coffee Tree, L.P. ltuan@steinlubin.com
              Leonard Starr    on behalf of Creditor    Namsung America, Inc. lstarr@Starr-Law.com,
               gadams@Starr-Law.com
              Leonidas Koutsouftikis    on behalf of Creditor    Washington Real Estate Investment Trust
               lkouts@magruderpc.com,  mcook@magruderpc.com
              Leslie A. Skiba    on behalf of Defendant    Network Engineering Technologies, Inc.
               lskiba@kaplanfrank.com,  nferenbach@kaplanfrank.com
              Leslie C. Heilman    on behalf of Creditor    The Morris Companies Affiliates
               heilmanl@ballardspahr.com,  maddoxm@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    Cencor Realty heilman@ballardspahr.com,
               maddoxm@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    Uniwest Commercial Realty heilman@ballardspahr.com,
               maddoxm@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    Centro Properties Group heilmanl@ballardspahr.com,
               maddoxm@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    Brixmor Operating Partnership LP
               heilmanl@ballardspahr.com,  maddoxm@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    Federal Realty Investment Trust
               heilmanl@ballardspahr.com,  maddoxm@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    The Hutensky Group heilman@ballardspahr.com,
               maddoxm@ballardspahr.com
              Leslie C. Heilman    on behalf of Creditor    UBS Realty Investors, LLC heilman@ballardspahr.com,
               maddoxm@ballardspahr.com
              Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
               regenhardtl@gmail.com
              Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
              Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
              Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com
              Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
               nkatzen@reedsmith.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Lisa Hudson Kim   on behalf of Creditor   Vornado Caguas LP lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   CSI Construction Company lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Wayne VF LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Lang Construction, Inc. lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BevCon I, LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   VNO Mundy Street, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   McAlister Square Partners, Ltd. lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   North Plainfield VF LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   East Brunswick VF LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Vornado Finance, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Encinitas PFA, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Cardinal Court, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor Reverend Dwayne Funches lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Ray Mucci's Inc. lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   VNO TRU Dale Mabry, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BBP-Muncy LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Chatham County, GA Tax Commissioner lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   PrattCenter, LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Amherst VF LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   John Rohrer Contracting Company, Inc. lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Chatham County Tax Commissioner lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Monument Consulting, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Interested Party Paul   Schaapman lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Route 146 Millbury LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   NPP Development LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Hillson Electric Incorporated lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   T. J. Maxx of CA, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Movant Cynthia   Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Interstate Augusta Properties LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   DEV Limited Partnership lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   UTC I, LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor Rebecca Hylton DeCamps lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   A.D.D. Holdings, L.P. lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Movant   BPP-OH LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP-SC LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Alexander's Rego Park Center, Inc. lkim@siwpc.com,
          mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP-NY LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   BPP-VA LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   Towson VF LLC lkim@siwpc.com,   mmoraczewski@siwpc.com
Lisa Hudson Kim   on behalf of Creditor   E&A Northeast Limited Partnership lkim@siwpc.com,
          mmoraczewski@siwpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Movant    Colonial Heights Holdings, LLC lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
          mmoraczewski@siwpc.com
          Loc  Pfeiffer   on behalf of Defendant   Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
          karen.thornton@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
          loc.pfeiffer@kutakrock.com,  karen.thornton@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Defendant   California Self-Insurers Security Fund
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Plaintiff   Greystone Data Systems, Inc.
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant   TomTom, Inc. LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
          LDOLAN@nixonpeabody.com,
          was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
          peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
          clerk@nixonpeabody.co
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant   Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas   on behalf of Defendant   Cypress/Spanish Fort I LP LVargas@chfirm.com,
          chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
          ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Defendant   The Washington Post Company ltavenner@tb-lawfirm.com,
          sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

District/off: 0422-7          User: ramirez-l          Page 34 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
           ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Madeleine C. Wanslee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
           mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
           mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
           mmmitchell@vorys.com,  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
           sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
          Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
          Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
          Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE  ROAD , LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
           of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
           holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
           PARTNERSHIP marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
           marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
           marksherrill@eversheds-sutherland.com

District/off: 0422-7          User: ramirez-l          Page 35 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
                Partnership marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
                Liability Company marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
                Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
                Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
                marksherrill@eversheds-sutherland.com
          Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
                marksherrill@eversheds-sutherland.com
          Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
                Interactive, Inc. mtaylor@vlplawgroup.com
          Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
          Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
          Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
                State of Texas, and Greg Abbott, as Attorney General of the State of Texas
                bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
                bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
                Workforce Commission bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
          Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    Creative Labs, Inc. mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
                mark.friedman@dlapiper.com
          Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
          Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
                mark@taxva.com, amanda@taxva.com
          Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
                amanda@taxva.com
          Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
                dian.gwinnup@haynesboone.com
          Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
                mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com
          Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
                erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
                martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
                erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
                erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
                martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
                erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
                martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
                erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
                martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
          Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
          Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
                martin.brown@lawokc.com
          Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
          Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
                molden@mhalaw.com, akauba@mhalaw.com
          Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
                lexbankruptcy@wyattfirm.com

District/off: 0422-7          User: ramirez-l          Page 36 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Matthew  Righetti   on behalf of Creditor Jonathan  Card matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Jonthan  Card matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew  Righetti   on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
           kelly@righettilaw.com
          Matthew A. Gold   on behalf of Creditor   Argo Partners courts@argopartners.net
          Matthew E. Hoffman   on behalf of Creditor   Principal Life Insurance Company
           mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew E. Hoffman   on behalf of Creditor   Audiovox Corporation mehoffman@duanemorris.com,
           lltaylor@duanemorris.com;lstopol@levystopol.com
          Matthew J. Ellis   on behalf of Creditor   Montgomery County Trustee mellis@batsonnolan.com
          Matthew V. Spero   on behalf of Creditor   CC-Investors 1995-6 matthew.spero@rivkin.com
          Melissa S. Hayward   on behalf of Creditor   Parago, Inc. mhayward@lockelord.com
          Melissa S. Hayward   on behalf of Creditor   Home Depot USA, Inc. mhayward@lockelord.com
          Meredith Linn Yoder   on behalf of Creditor   Edwin Watts Golf Shops, LLC
           myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Meredith Linn Yoder   on behalf of Creditor   MDS Realty II, LLC myoder@parkerpollard.com,
           sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
          Michael  Reed   on behalf of Creditor   City of Midland et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   City of Waco et al othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Tax Appraisal District of Bell County et al
           othercourts@mvbalaw.com
          Michael  Reed   on behalf of Creditor   Williamson County et al othercourts@mvbalaw.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Taunton MA, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Shopping.com, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Chase Bank USA, National Association
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Magna Trust Company, Trustee
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   GE Fleet michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Interested Party   Epson America, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Kennesaw GA, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Schottenstein Property Group, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Mesquite TX, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   CBL & Associates Management, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Shoppes of Beavercreek Ltd.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole CC Aurora CO, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Circuit Sports, L.P. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Jubilee-Springdale, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Defendant   Epson America, Inc. michael.condyles@kutakrock.com,
           lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Sony Electronics, Inc.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   JP Morgan Chase & Co.
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Bank One Delaware, National Association n/k/a Chase
           Bank, USA michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   The Landing at Arbor Place II, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   KSK Scottsdale Mall LP
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Cole Capital Partners, LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Condyles   on behalf of Creditor   Hickory Ridge Pavilion LLC
           michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
          Michael A. Stover   on behalf of Defendant   Safeco Insurance Company of America
           mstover@wcslaw.com, whopkins@wcslaw.com
          Michael Callahan Crowley   on behalf of Defendant   White-Spunner Construction Inc.
           mcrowley@asm-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
            mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
            Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
            III, LLC as tenants in common mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    La Habra Imperial, LLC mmueller@williamsmullen.com,
            avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
            mmueller@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7         User: ramirez-l         Page 38 of 58         Date Rcvd: Dec 17, 2019
                            Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Michael D. Mueller    on behalf of Defendant    Warner Home Video, a division of Warner Bros. Home
    Entertainment, Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Defendant    Texas Instruments Incorporated
    mmueller@williamsmullen.com,  avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Creditor Savitri  Cohen mmueller@williamsmullen.com,
    avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Creditor    Teachers Insurance and Annuity Association of
    America mmueller@williamsmullen.com,  avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Creditor    Market Heights, Ltd mmueller@williamsmullen.com,
    avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Defendant    U.S. Luggage Co. mmueller@williamsmullen.com,
    avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
    mmueller@williamsmullen.com,  avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Creditor    Ergotron, Inc. f/k/a OmniMount Systems, Inc.
    mmueller@williamsmullen.com,  avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Creditor    Acadia Realty Limited Partnership
    mmueller@williamsmullen.com,  avaughn@williamsmullen.com
    Michael D. Mueller    on behalf of Creditor    Bagby & Russell Electric Company, Inc.
    mmueller@williamsmullen.com,  avaughn@williamsmullen.com
    Michael E. Hastings    on behalf of Creditor    Eastern Security Corp. mhastings@wtplaw.com,
    twhitt@wtplaw.com
    Michael F. Ruggio    on behalf of Creditor    MD-GSI Associates mruggio@ralaw.com
    Michael J. Sage    on behalf of Creditor    Pan Am Equities msage@omm.com,  kzeldman@omm.com
    Michael John O'Grady    on behalf of Creditor    Convergys Customer Management Group Inc.
    mjogrady@fbtlaw.com
    Michael Keith McCrory    on behalf of Creditor    Klipsch, LLC mmcrory@btlaw.com
    Michael L. Wilhelm    on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
    Michael L. Wilhelm    on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
    Michael L. Wilhelm    on behalf of Creditor Harry  Hallaian ECF@w2lg.com
    Michael L. Wilhelm    on behalf of Creditor Leon  Hallaian ECF@w2lg.com
    Michael P. Falzone    on behalf of Creditor    Huntington Mall Company mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Defendant    WD Partners, Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Woodlawn Trustees Incorporated mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
    Mall mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Defendant    Patriot Enterprises of NY, LLC mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Martinair, Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Basile Limited Liability Company mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Defendant    Standard Electric Supply Co., Inc.
    mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    RTS Marketing, Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Fuel Creative, Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Defendant    DG FastChannel, Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Howland Commons Partnership, an Ohio gen partnership
    dba Howland Commons mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Defendant    Streater Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    502-12 86th Street LLC mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Vertis, Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Kentucky Oaks Mall Company mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
    mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    M and M Berman Enterprises mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Cameron Group Associates LLP mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Gallatin Management Associates, LLC
    mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Dickson Management Associates, LLC
    mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Spring Hill Development Partners, GP
    mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Remount Road Associates Limited Partnership
    mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Defendant    BellO International Corp. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Defendant    Amore Construction Company mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Creditor    Modelogic, Inc. mfalzone@hf-law.com
    Michael P. Falzone    on behalf of Interested Party    Systemax, Inc. mfalzone@hf-law.com
    Michael S. Kogan    on behalf of Creditor    Ditan Distribution LLC mkogan@koganlawfirm.com,
    mkogan@koganlawfirm.com
    Min  Park    on behalf of Creditor    Inland Southwest Management LLC, Inland American Retail
    Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
    Continental Property Management Corp., and Inland Commerc mpark@cblh.com
    Mindy A. Mora    on behalf of Creditor    Wells Fargo Bank, N.A. mmora@bilzin.com,
    eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com
    Mindy D. Cohn    on behalf of Creditor    Visiontek Products, LLC mcohn@winston.com
    Mitchell B. Weitzman    on behalf of Creditor    Madison Waldorf, LLC mweitzman@jackscamp.com,
    swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com

District/off: 0422-7          User: ramirez-l          Page 39 of 58          Date Rcvd: Dec 17, 2019
                              Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mitchell B. Weitzman     on behalf of Creditor    The Ziegler Companies mweitzman@jackscamp.com,
  swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
Mitchell B. Weitzman     on behalf of Creditor    Simon Property Group, Inc. mweitzman@jackscamp.com,
  swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
Mitchell B. Weitzman     on behalf of Creditor    Tysons 3, LLC mweitzman@jackscamp.com,
  swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
Nancy F. Loftus     on behalf of Creditor    Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
Nathan  Jones     on behalf of Transferee    US Debt Recovery LLC heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery XII, LP heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery X, LP heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery, XI, LP heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    Us Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    United States Debt Recovery, LLC heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery XI, LP heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery VIII, L.P. heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    Us debt recovery, XII, LP heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery V, LLC heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery IV, LLC heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery III, LLC heather@usdrllc.com
Nathan  Jones     on behalf of Creditor    US Debt Recovery X, LLC heather@usdrllc.com
Neil E. McCullagh     on behalf of Creditor    PNY Technologies, Inc. nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Defendant    United States Debt Recovery IV LLC
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Defendant    Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Creditor    Shelby Properties TX, LLC nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Interested Party    Marblegate Asset Management
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Creditor    Chino South Retail PG, LLC nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Defendant    Newspaper Agency Company LLC d/b/a MediaOne of Utah
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Creditor    United States Debt Recovery, LLC
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Defendant    Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
  Rutherford LLC nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Creditor    Dentici Family Limited Partnership
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Creditor    Pintar Investment Properties TX, LLC
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Defendant    Cleveland Construction, Inc.
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Creditor c/o William A. Wood    Panattoni Construction, Inc.
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Defendant    United States Debt Recovery III, L.P.
  nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com
Neil E. McCullagh     on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
  eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
  nsby@spottsfain.com;kmoses@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 40 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    iGoDitigal, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
           Engineering nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
           Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
           LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
           LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
           Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
           nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh    on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
           eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
           nsby@spottsfain.com;kmoses@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Neil E. McCullagh   on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
                nsby@spottsfain.com;kmoses@spottsfain.com
                Neil E. McCullagh   on behalf of Creditor    Scripps Networks Interactive, Inc.
                nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
                nsby@spottsfain.com;kmoses@spottsfain.com
                Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
                Denton Gateway, LLC nmccullagh@spottsfain.com,
                eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
                nsby@spottsfain.com;kmoses@spottsfain.com
                Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
                nwhittenburg@millermartin.com, mcsmith@millermartin.com.
                Oscar Baldwin Fears, III   on behalf of Creditor    Georgia Department of Revenue
                bfears@law.ga.gov, jjacobs@law.ga.gov
                P. Matthew Roberts   on behalf of Creditor    Hillsborough County, FL matt@godwinjonesandprice.com
                P. Matthew Roberts   on behalf of Creditor    CDB Falcon Sunland Plaza, LP
                matt@godwinjonesandprice.com
                Patrick M. Birney   on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
                ctrivigno@rc.com
                Paul J. Pascuzzi   on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Biloxi Sun Herald ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Centre Daily Times (State College)
                ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquier ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
                Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
                Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
                pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
                Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
                pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
                pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
                pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com
                Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com
                Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
                pblack@spilmanlaw.com, vskevington@spilmanlaw.com;scormany@spilmanlaw.com
                Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@sixeastlaw.com
                Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC paul.curley@sixeastlaw.com
                Paul McCourt Curley   on behalf of Creditor Laurie Lambert-Gaffney paul.curley@sixeastlaw.com
                Paul Michael Schrader   on behalf of Creditor    Contra Costa Times, Inc.
                pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com
                Paul Michael Schrader   on behalf of Creditor    San Jose Mercury-News, Inc.
                pschrader@fullertonlaw.com, paul-schrader-1243@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    Export Development Canada
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
              Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
              Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Creditor    Contra Costa Times pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
              East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
              Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
              paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
              pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com
             Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98 L.L.C.; CC Ridgeland 98,
              L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.and CC Countryside 98, L.L.C.
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
              rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
             Paul S. Bliley, Jr.    on behalf of Creditor    Pinnellas County, Florida
              pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 43 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Paul S. Bliley, Jr.    on behalf of Interested Party   Carmax Business Services, LLC
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Hernendo County, Florida pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Defendant    Stephen Gould Corporation
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Seminole County Florida Tax Collector
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Save Mart Supermarkets pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Stillwater Designs and Audio, Inc.
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Torrington Tripletts, LLC
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    CC-Investors 1997-4 pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Brevard County Florida Tax Collector
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Crown CCI, LLC pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    1890 Ranch, Ltd. pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Burbank Mall Associates, LLC
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Tax Collector, Polk County, Florida
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Polk County Florida Tax Collector
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Lee County Tax Collector pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Marion County, Florida pbliley@williamsmullen.com,
             rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Willaims Mullen Clark and Dobbins
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paul S. Bliley, Jr.    on behalf of Creditor    Indian River County Florida Tax Collector
             pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
            Paula A. Hall    on behalf of Defendant    Stanecki Inc. d/b/a Don Lors Electronics
             hall@bwst-law.com, marbury@bwst-law.com
            Paula S. Beran    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
             pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran    on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
             Inc. Liquidating Trust pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran    on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
             pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran (CC-A)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran (CC-B)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Paula S. Beran (CC-C)    on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
             ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Peter A. Greenburg    on behalf of Defendant    Premier Resources International LLC
             pgreenburg@aol.com
            Peter A. Greenburg    on behalf of Creditor    Premier Resources, LLC pgreenburg@aol.com
            Peter C.L. Roth    on behalf of Creditor    State of New Hampshire Department of Revenue
             Administration peter.roth@DRA.nh.gov
            Peter D. Bilowz    on behalf of Creditor    Jantzen Dynamic Corporation pbilowz@goulstonstorrs.com,
             drosner@goulstonstorrs.com
            Peter E. Strniste, Jr.    on behalf of Creditor    Schimenti Construction Company LLC
             pstrniste@rc.com, kcooper@rc.com
            Peter G. Zemanian    on behalf of Defendant    American Broadcasting Companies, Inc. d/b/a WABC TV
             pete@zemanianlaw.com
            Peter G. Zemanian    on behalf of Defendant    WPVI Television, LLC pete@zemanianlaw.com
            Peter G. Zemanian    on behalf of Creditor    Disney Interactive Distribution, et al.
             pete@zemanianlaw.com
            Peter G. Zemanian    on behalf of Defendant    Buena Vista Home Entertainment, Inc.
             pete@zemanianlaw.com
            Peter G. Zemanian    on behalf of Defendant    ABC Holding Company, Inc., d/b/a KABC TV
             pete@zemanianlaw.com
            Peter G. Zemanian    on behalf of Defendant    JP Morgan Chase Bank, N.A. pete@zemanianlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Peter G. Zemanian   on behalf of Defendant    KTRK Television, Inc. pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Skullcandy, Inc. pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Staples Contract & Commercial, Inc.
                 pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    WLS Television, Inc. pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Creditor    TiVo Inc. pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
                 pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Argo Partners pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Cobra Electronics Corporation pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Disney Interactive Distribution pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Disney Interactive Studios, Inc. pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Corporate Express Office Products, Inc.
                 pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    The Washington Post Company pete@zemanianlaw.com
                Peter G. Zemanian   on behalf of Defendant    Bose Corporation pete@zemanianlaw.com
                Peter J. Barrett   on behalf of Creditor    Mayfair MDCC peter.barrett@kutakrock.com,
                 charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Creditor    Gelco Corporation, d/b/a GE Fleet Services
                 peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Creditor    Mayfair ORCC peter.barrett@kutakrock.com,
                 charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Creditor    Sony Electronics, Inc. peter.barrett@kutakrock.com,
                 charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Creditor    Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
                 charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Defendant    Sony Electronics Inc., A/K/A Sony
                 peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Creditor    Gelco Corporation d/b/a GE Fleet Services
                 peter.barrett@kutakrock.com,   charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Creditor    Sharpe Partners, LLC peter.barrett@kutakrock.com,
                 charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Defendant    Sony Electronics Inc. peter.barrett@kutakrock.com,
                 charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Barrett   on behalf of Defendant    SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
                 LOAN FUNDING, LLC peter.barrett@kutakrock.com,
                 charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
                Peter J. Carney   on behalf of Creditor c/o William S. Coats  Pinnacle Systems, Inc.
                 pcarney@whitecase.com,  hletourneau@whitecase.com
                Peter M. Pearl   on behalf of Movant    Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
                 scormany@spilmanlaw.com
                Peter M. Pearl   on behalf of Defendant    Koch Entertainment Distribution LLC
                 ppearl@sandsanderson.com,  scormany@spilmanlaw.com
                Peter M. Pearl   on behalf of Creditor    PrattCenter, LLC ppearl@spilmanlaw.com,
                 scormany@spilmanlaw.com
                Peter M. Pearl   on behalf of Defendant    Koch International L.P. ppearl@sandsanderson.com,
                 scormany@spilmanlaw.com
                Peter M. Pearl   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
                 ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
                Peter M. Pearl   on behalf of Creditor    Valley Corners Shopping Center, LLC
                 ppearl@spilmanlaw.com,  scormany@spilmanlaw.com
                Philip C. Baxa   on behalf of Creditor    Mitsubishi Digital Electronics America, Inc.
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Defendant    The Insurance Company of the State of Pennsylvania
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Creditor    JWC Loftus LLC pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Counter-Claimant    Mitsubishi Electronics America, Inc.
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Creditor    Dicker-Warmington Properties pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Defendant    Mitsubishi Electronics America, Inc.
                 pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
                Philip C. Baxa   on behalf of Creditor    Onkyo USA Corporation pbaxa@sandsanderson.com,
                 rarrington@sandsanderson.com
                Philip James Meitl   on behalf of Defendant    Gorilla Nation Media, LLC pj.meitl@bryancave.com,
                 john.leininger@bryancave.com
                Philip James Meitl   on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
                 john.leininger@bryancave.com
                Philip James Meitl   on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
                 john.leininger@bryancave.com

District/off: 0422-7          User: ramirez-l          Page 45 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
          Rafael X. Zahralddin-Aravena    on behalf of Creditor    Symantec Corp rxza@elliottgreenleaf.com
          Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
          Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
           raypri24@hotmail.com
          Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
          Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
           rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
          Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
           Cl Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
          Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
          Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
          Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
           jmartin@woodsrogers.com
          Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
           Association rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
          Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
           rgirgado@counsel.lacounty.gov
          Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om
          Richard E. Hagerty    on behalf of Creditor    Triangle Equities Junction LLC
           richard.hagerty@troutmansanders.com,
           sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
           om

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
richard.hagerty@troutmansanders.com,
sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
om
Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
kimi.odonnell@hklaw.com
Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
kimi.odonnell@hklaw.com
Richard F. Stein   on behalf of Creditor   Internal Revenue Service
richard.f.stein@irscounsel.treas.gov,  USAVAE.RIC.ECF.BANK@usdoj.gov
Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation rhutson@fftlaw.com,
lramsey@fftlaw.com
Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
Richard Thomas Pledger   on behalf of Defendant   Safeco Insurance Company of America
rpledger@wcslaw.com,  wcabell@wcslaw.com
Richard Thomas Pledger   on behalf of Counter-Claimant   Safeco Insurance Company of America
rpledger@wcslaw.com,  wcabell@wcslaw.com
Richard Thomas Pledger   on behalf of 3rd Party Plaintiff   Safeco Insurance Company of America
rpledger@wcslaw.com,  wcabell@wcslaw.com
Robert Asperger   on behalf of 3rd Pty Defendant   STATE OF CALIFORNIA bob.asperger@doj.ca.gov,
nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov
Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
eancanfield@comcast.net
Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
eancanfield@comcast.net
Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
eancanfield@comcast.net
Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bankruptcy@hillrainey.com,
kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
bankruptcy@hillrainey.com,
kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers bankruptcy@hillrainey.com,
kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
Robert B. Van Arsdale   on behalf of U.S. Trustee John P. Fitzgerald
Robert.B.Van.Arsdale@usdoj.gov
Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
Robert B. Van Arsdale   on behalf of Defendant John P. Fitzgerald Robert.B.Van.Arsdale@usdoj.gov
Robert B. Van Arsdale   on behalf of Defendant John P. Fitzgerald, Acting United States Trustee
for Region Four Robert.B.Van.Arsdale@usdoj.gov
Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
of Revenue redmundson@attorneygeneral.gov
Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
robert.albergotti@haynesboone.com,  kim.morzak@haynesboone.com;john.middleton@haynesboone.com
Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
rclark@douglas.co.us
Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
L.L.C. rtepper@sabt.com
Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
rscully@stites.com,  docketclerkalex@stites.com
Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
rfm@kanejeffries.com,  rmoorman@moormanlaw.com
Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
Lexbankruptcy@wyattfirm.com
Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
rfeinstein@pszjlaw.com,  rorgel@pszjlaw.com;dharris@pszjlaw.com
Robert J.E. Edwards   on behalf of Unknown   KeyBank National Association redwards@polsinelli.com,
tbackus@polsinelli.com
Robert J.E. Edwards   on behalf of Creditor   U.S Bank National Association as Trustee
redwards@polsinelli.com,  tbackus@polsinelli.com
Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
USAVAE.ALX.ECF.BANK@usdoj.gov
Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
rminkoff@cedargladecapital.com
Robert Kenneth Minkoff   on behalf of Creditor   Collective Media rminkoff@cedargladecapital.com
Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   The Woodmont Company rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com
Robert L. LeHane   on behalf of Creditor   Basser-Kaufman rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
              rlehane@kelleydrye.com,  KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com,  rmmarino1@aol.com
              Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com,  rmmarino1@aol.com
              Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES CUSTOM SERVICE
              Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert P. McIntosh    on behalf of 3rd Pty Defendant    United States of America, Department of
              Homeland Security, Customs and Border Protection Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
              DHowes@hirschlerlaw.com
              Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,
              DHowes@hirschlerlaw.com
              Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,
              DHowes@hirschlerlaw.com
              Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
              Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
              Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
              Times-Picayune bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
              Oregonian Publishing Co. bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
              Constructors bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
              bmusick@t-mlaw.com,  karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert S. Westermann    on behalf of Creditor    Old Republic Insurance Company
              rwestermann@hf-law.com,  rhenderson@hf-law.com
              Robert S. Westermann    on behalf of Creditor    Panasonic Corporation of North America
              rwestermann@hf-law.com,  rhenderson@hf-law.com

District/off: 0422-7          User: ramirez-l          Page 48 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert S. Westermann   on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Counter-Claimant    Eastman Kodak Company
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Cyber Power Systems, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Atlantic Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Cyber Power Systems (USA), Inc.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Fuel Creative, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    COMSYS Information Technology Services, Inc. and
               COMSYS Services, LLC rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Old Republic Insurance Company
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Klaussner Furniture Industries, Inc.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    The CIT Group/Commercial Services, Inc.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Pop's Cosmic Counters, Inc.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party    Marblegate Asset Management
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Transferee    Marblegate Special Opportunities Master Fund LP
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Cameron Group Associates LLP
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Starlight Marketing, Ltd. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services, Inc.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Taubman Auburn Hills Associates Limited
               Partnership rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    TXU Engergy Retail Company LLC
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party    Alvarez & Marsal Canada, ULC
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Starlite/Starlight Marketing, Ltd.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Venetian Casino Resort, LLC
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Eastman Kodak Company rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Longacre Opportunity Fund, L.P.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Fasteners For Retail, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party    CCDC Marion Portfolio, L.P.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Interested Party    Systemax, Inc. rwestermann@hf-law.com,
               rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Denver Newspaper Agency LLP
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    Marblegate Special Opportunities Master Fund L.P.
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robert S. Westermann   on behalf of Defendant    CIT Group/Commercial Services
               rwestermann@hf-law.com,   rhenderson@hf-law.com
              Robin S. Abramowitz   on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
               abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com
              Robin S. Abramowitz   on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
              Rodney F. Page   on behalf of Creditor    Wells Fargo Bank, N.A. rfpage@bclplaw.com
              Rodney F. Page   on behalf of Creditor    Bank of America, N.A. rfpage@bclplaw.com
              Rodney F. Page   on behalf of Creditor    Berkadia Commercial Mortgage LLC rfpage@bclplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
      Farrell Construction, Inc. rbingham@stites.com, dclayton@stites.com
      Ronald A. Page, Jr.   on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
      rpage@rpagelaw.com, r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Attorney    Ronald Page, PLC rpage@rpagelaw.com,
      r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
      Management Group, Ltd. rpage@rpagelaw.com, r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
      r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Creditor    Miner Fleet Management Group, Ltd.
      rpage@rpagelaw.com, r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
      rpage@rpagelaw.com, r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
      rpage@rpagelaw.com, r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
      rpage@rpagelaw.com, r59927@notify.bestcase.com
      Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
      r59927@notify.bestcase.com
      Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
      Ronald M. Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
      bankruptcy@simon.com
      Roy M. Terry, Jr.   on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
      Roy M. Terry, Jr.   on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
      Russell R. Johnson, III   on behalf of Creditor    Chalek Company LLC russ4478@aol.com
      Russell R. Johnson, III   on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
      Ryan C. Day   on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com
      Ryan C. Day   on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
      S. James Wallace   on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
      srk@sjwpgh.com
      S. James Wallace   on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com
      S. Sadiq Gill   on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
      Company sgill@vanblk.com
      Sara L. Chenetz   on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
      Sarah Beckett Boehm   on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores West Coast, Inc.
      sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Abbott Advertising Agency, Inc.
      sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
      sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com
      Sarah Beckett Boehm   on behalf of Debtor    Circuit City Purchasing Company, LLC
      sboehm@mcguirewoods.com
      Satchidananda  Mims   smims21@hotmail.com
      Scott D. Fink   on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
      Seth A. Drucker   on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
      Seth A. Drucker   on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
      Shalanda N. Franklin   on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com,
      mdowns@vanblk.com
      Shalanda N. Franklin   on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
      sfranklin@vanblk.com, mdowns@vanblk.com
      Shawn M. Christianson   on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
      cmcintire@buchalter.com
      Sheila G. de la Cruz   on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
      rmcburney@hf-law.com;rmcburney67@gmail.com
      Sheila G. de la Cruz   on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
      rmcburney@hf-law.com;rmcburney67@gmail.com
      Sheila G. de la Cruz   on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
      rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sheila G. de la Cruz   on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Howland Commons Partnership, an Ohio gen
          partnership dba Howland Commons sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Spring Hill Development Partners, GP
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
          Mall sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Basile Limited Liability Company
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    United States Debt Recovery, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Remount Road Associates Limited Partnership
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    The Denver Newspaper Agency, LLP
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Cottonwood Corners-Phase V, LLC
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Woodlawn Trustees Incorporated
          sdelacruz@hf-law.com,   rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila G. de la Cruz   on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          Sheila L. Shadmand   on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
          Sheila L. Shadmand   on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
          Stanley M. Salus   on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
          stan.salus@akerman.com,
          crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
          Stephan William Milo   on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party    General Electric Company's Consumer &
          Industrial Division smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF St. Clairsville Development, L.P.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    THF Clarksburg Development One, Limited Liability
          Company smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
          Stephan William Milo   on behalf of Defendant    ZT Group International, Inc. dba ZT Systems, Inc.
          smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
          Distributors, Inc. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
     Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
          jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
     Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
     Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership smetz@offitkurman.com,
          mmargulies@offitkurman.com
     Stephen E. Leach   on behalf of Creditor   Bush Industries, Inc. sleach@hirschlerlaw.com,
          ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
     Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
          sleach@hirschlerlaw.com,  ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
     Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
          Murphys@dor.state.ma.us
     Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
          skgallagher@venable.com,  lbwilson@venable.com;lrheitger@venable.com
     Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
     Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
          steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
          steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
     Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
     Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
     Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
          Hartman 1995 Ohio Property steven@tiffanylawfirm.com
     Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
          steven@tiffanylawfirm.com
     Steven L. Brown   on behalf of Defendant   Construct, Inc. steven@tiffanylawfirm.com
     Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation
          steven@tiffanylawfirm.com
     Steven L. Brown   on behalf of Creditor   The Columbus Dispatch steven@tiffanylawfirm.com
     Steven L. Brown   on behalf of Creditor   Construct, Inc. steven@tiffanylawfirm.com
     Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
          tannweiler@greerherz.com
     Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@huntonak.com,
          amckenzie@huntonak.com
     Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@huntonak.com,
          amckenzie@huntonak.com
     Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
     Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
          thadwilson@kslaw.com,  pwhite@kslaw.com
     Thomas A. Schultz, Jr.   on behalf of Creditor   City of Novi, MIchigan tschultzlaw@gmail.com
     Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
     Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg  Gateway Woodside, Inc.
          tmurphy@dclawfirm.com,
          rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
     Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
          dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
     Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
          Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
     Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
          thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
     Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
          thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
     Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
          alexis.makell@hklaw.com
     Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
          smedsa@gtlaw.com
     Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
     Thomas Joseph Moran   on behalf of Defendant   Safeco Insurance Company of America
          tmoran@wcslaw.com,  wcabell@wcslaw.com
     Thomas Joseph Moran   on behalf of Creditor   Safeco Insurance Company of America
          tmoran@wcslaw.com,  wcabell@wcslaw.com
     Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
          tomjam2003@yahoo.com
     Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
          tjamerson@hunton.com,  tomjam2003@yahoo.com
     Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com
     Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
          elongmire@offitkurman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
   elongmire@offitkurman.com
Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
   trepczynski@offitkurman.com,  elongmire@offitkurman.com
Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
   trepczynski@offitkurman.com,  elongmire@offitkurman.com
Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
   trepczynski@offitkurman.com,  elongmire@offitkurman.com
Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
   bjtobin@vorys.com
Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
   bjtobin@vorys.com
Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
Timothy W. Boykin   on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
   croyes@vanblk.com
Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinson.com,
   porsche.barnes@stinson.com
Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tracey.ohm@stinson.com,
   porsche.barnes@stinson.com
Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com
Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com
Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com
Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com
Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
   tsavenko@kv-legal.com
Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
   Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
   Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
   situated tsavenko@kv-legal.com
Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
   tsavenko@kv-legal.com
Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com
Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
   tyson.johnson@bryancave.com
Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
   val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
   val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
   val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
   robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
   reardonv@michigan.gov,  jacksonst@michigan.gov
Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
   victoria.garry@ohioattorneygeneral.gov
Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
   victoria.garry@ohioattorneygeneral.gov
Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
   victoria.garry@ohioattorneygeneral.gov
Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
   walter.williams@wilsonelser.com
Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
   LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
   and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
   ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
   jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
   Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com
Wanda  Borges   on behalf of Defendant   Sharp Electronics Corporation ecfcases@borgeslawllc.com

District/off: 0422-7          User: ramirez-l          Page 53 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Wendy Michele Roenker   on behalf of Creditor Treasurer   City of Chesapeake
             wroenker@cityofchesapeake.net
            William Heuer   on behalf of Transferee   Korea Export Insurance Corporation
             wheuer@duanemorris.com
            William A. Broscious   on behalf of Creditor   Paramount Home Entertainment Inc
             wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Kamin Realty Company wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor Raymond   Silverstein, Trustee wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Daniel G. Kamin Baton Rouge LLC
             wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Circuit Realty NJ LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   Jurupa Bolingbrook LLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Attorney   Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
            William A. Broscious   on behalf of Creditor   CC-Investors 1996-6 wbroscious@kbbplc.com
            William A. Burnett   on behalf of Creditor   Stillwater Designs and Audio, Inc.
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   NYKO Technologies, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Crown CCI, LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Evening Post Publishing Company d/b/a The Post and
             Courier aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   National Western Life Insurance Company
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   DIRECTV, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Interested Party   DIRECTV, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Vonage Holdings, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   American National Insurance Company
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Vonage Marketing Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Golf Galaxy, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CC Countryside 98, LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Hayward 880,LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Westlake Limited Partnership
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   SBLM Architects PC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Contrarian Funds, L.L.C.
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
             TV aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   ION Audio, LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   LumiSource, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Tax Collector, Polk County, Florida
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Symantec Corp aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Intec, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CC-Investors 1997-4 aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   SouthPeak Interactive LLC
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   Nyko Technologies, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   SouthPeak Interactive, LLC
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com
            William A. Burnett   on behalf of Creditor   CarMax, Inc. aburnett@williamsmullen.com,
             ddillon@williamsmullen.com
            William A. Burnett   on behalf of Defendant   Eon Communications Corporation
             aburnett@williamsmullen.com,  ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Burnett    on behalf of Creditor    Cyber Acoustics  aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Dick's Sporting Goods, Inc.
                aburnett@williamsmullen.com,    ddillon@williamsmullen.com
              William A. Burnett    on behalf of Plaintiff    Carmax Auto Superstores, Inc.
                aburnett@williamsmullen.com,    ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Dick's Sporting Goods Inc.
                aburnett@williamsmullen.com,    ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Burbank Mall Associates, LLC
                aburnett@williamsmullen.com,    ddillon@williamsmullen.com
              William A. Burnett    on behalf of Defendant    Brookfield Global Relocation Services, LLC, f/k/a
                GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,    ddillon@williamsmullen.com
              William A. Burnett    on behalf of Creditor    Save Mart Supermarkets aburnett@williamsmullen.com,
                ddillon@williamsmullen.com
              William A. Gray    on behalf of Creditor    Alexander's Rego Park Center, Inc.
                bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Ray Mucci's Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Snell Acoustics, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    PrattCenter, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Route 146 Millbury LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Station Landing LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Marlton VF LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Premier Contracting, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant    The Procter & Gamble Company and The Procter & Gamble
                Distribution Company, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Movant    Vornado Realty Trust bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Gateway Woodside, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Encinitas PFA, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Vornado Caguas LP bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Cardinal Court, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant    Intertech Security of Maryland, LLC
                bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant    Metra Electronics Corporation bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Boston Acoustics, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Tamrac, Inc. bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Movant    Colonial Heights Holdings, LLC bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
                sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           William A. Gray   on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
           bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Interstate Augusta Properties LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Defendant   Universal Display and Fixtures Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com
           William A. Gray   on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com:dbbankruptcy@gmail.com:R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 56 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr        Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
          Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant Cynthia   Olloway, Individually and as Special Administrator
          of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Demon Electronics (USA), LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
          bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
          sryan@sandsanderson.com/dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7              User: ramirez-l            Page 57 of 58           Date Rcvd: Dec 17, 2019
                                 Form ID: redacttr          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Gray   on behalf of Defendant    Fourstar International Trading Company
              bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Sensormatic Electronic Corporation
              bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant    Construction Testing and Engineering, Inc.
              bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
              bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant    The Oklahoma Publishing Company
              bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    E&A Northeast Limited Partnership
              bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Gray    on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
              sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
              William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
              Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
              chris.tillmanns@bgllp.com
              William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
              trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
              William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
              chris.tillmanns@bgllp.com
              William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
              William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
              William Daniel Prince, IV   on behalf of Defendant    International Business Machines Corporation
              wprince@t-mlaw.com,  jseay@t-mlaw.com
              William Daniel Prince, IV   on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
              Constructors wprince@t-mlaw.com,  jseay@t-mlaw.com
              William Daniel Prince, IV   on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
              jseay@t-mlaw.com
              William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
              William Daniel Sullivan   on behalf of Defendant    Pioneer Electronics (USA) Inc.
              dsullivan@butzeltp.com
              William H. Schwarzschild, III   on behalf of Creditor    MRV Wanamaker, LC
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant    Hotan Corporation
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant    Datel Design & Development, Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor    National Western Life Insurance Company
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant    J&J Industries, Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor    Dick's Sporting Goods, Inc.
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Defendant    Merrill Communications LLC
              tschwarz@williamsmullen.com
              William H. Schwarzschild, III   on behalf of Creditor    Miami-Dade County Tax Collector
              tschwarz@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 58 of 58          Date Rcvd: Dec 17, 2019
                             Form ID: redacttr         Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
           Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
           tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
           aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
           aford@mglspc.com
          Zmarak  Khan   on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
           zmarak.khan@dlapiper.com
                                                                                        TOTAL: 2239