Richard. M. Pachulski, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
David N. Tabakin, Esq. (VA Bar No. 82709)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al.,[1] | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER GRANTING EXPEDITED HEARING ON THE TRUSTEE'S MOTION

This matter came before the Court upon the motion of Alfred H. Siegel, as Trustee (the

"**Trustee**") of the Circuit City Stores, Inc. Liquidating Trust created under the *Modified Second*

*Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and*

*Debtors in Possession and its Official Committee of Unsecured Creditors Holding General*

*Unsecured Claims* [Docket No. 8252, Exhibit A], requesting an expedited hearing and shortened

response period (the "**Expedited Hearing Motion**") on the Motion (as defined in the Expedited

Hearing Motion), and it appearing that a certification under Local Rule 9013-1(N) was attached

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

to the Expedited Hearing Motion and it further appearing good cause exists for granting an expedited hearing, it is hereby:

ADJUDGED, ORDERED, AND DECREED as follows:

1.    The Expedited Hearing Motion is hereby GRANTED.

2.    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Expedited Hearing Motion.

3.    The Court shall hear the Motion on December 12, 2019 at 9:30 a.m. (prevailing Eastern Time) at the U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

4.    The notice requirements of Local Rule 9013-1(M) are hereby waived for the Expedited Hearing Motion.

5.    Upon entry, the Clerk shall serve (by electronic delivery) a copy of this Order on counsel for the Trustee.

ENTERED: Dec 19 2019

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

**Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust**

Entered on Docket:  Dec 20 2019

/s/ *Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
David N. Tabakin (VA Bar No. 82709)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

2

Richard M. Pachulski
Andrew W. Caine
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile: 310-201-0760

*Counsel to Alfred H. Siegel, as Trustee of the Circuit*
*City Stores, Inc. Liquidating Trust*

### Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed *Order* has either been served upon and/or endorsed by all necessary parties.

*/s/ Lynn L. Tavenner*
Counsel

### Service List for Entered Order

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Michael S. Ewing, Esquire
Stiles Ewing Powers PC
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mewing@familylawrva.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1885
Robert.B.Van.Arsdale@usdoj.gov

Stiles Ewing Powers PC
c/o Michael S. Ewing, r/a
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mewing@familylawrva.com

Mollie C. Barton, Esquire
Stiles Ewing Powers PC
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mbarton@familylawrva.com

David G. Fose
c/o Michael S. Ewing, Esquire
3957 Westerre Parkway, Suite 400
Richmond, VA 23233
mewing@familylawrva.com

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-35653-KRH
Circuit City Stores, Inc.                                                 Chapter 11
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7           User: ramirez-l           Page 1 of 58           Date Rcvd: Dec 20, 2019
                               Form ID: pdford7          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
              +David G. Fose,   c/o Michael S. Ewing, Esquire,   3957 Westerre Parkway, Suite 400,
               RIchmond, VA 23233-1319
              +Michael S. Ewing, Esquire,    Stiles Ewing Powers PC,   3957 Westerre Parkway, Suite 400,
               Richmond, VA 23233-1319
              +Mollie C. Barton, Esquire,    Stiles Ewing Powers PC,   3957 Westerre Parkway, Suite 400,
               RIchmond, VA 23233-1319
              +Stiles Ewing Powers PC,   c/o Michael S. Ewing, r/a,   3957 Westerre Parkway, Suite 400,
               RIchmond, VA 23233-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Dec 21 2019 03:57:40     UST smg Richmond,
               Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
                                                                                          TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                              Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Aaron L. Hammer   on behalf of Creditor    National Product Care Company ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor    TWG Innovative Solutions, Inc. ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor    Virginia Surety Company, Inc. ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor    Service Saver, Incorporated ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor    ServicePlan of Florida, Inc. ahammer@hmblaw.com,
               ecfnotices@hmblaw.com
              Aaron L. Hammer   on behalf of Creditor    ServicePlan, Inc. and all its Affiliates
               ahammer@hmblaw.com,  ecfnotices@hmblaw.com
              Aaron R. Cahn   on behalf of Unknown    Reliance Figueroa Associates, L.P. cahn@clm.com,
               CourtMail@clm.com
              Adam K. Keith   on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
               akeith@honigman.com,  tsable@honigman.com
              Albert F. Quintrall   on behalf of Creditor    Wayne-Dalton Corp. a.quintrall@quintrall.com
              Alexander W. Stiles   on behalf of Creditor    City of Virginia Beach astiles@vbgov.com
              Alexander Xavier Jackins   on behalf of Interested Party    Eatontown Commons Shopping Center
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party    Arboretum of South Barrington, LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party    AmCap NorthPoint LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Interested Party    AmCap Arborland LLC
               ajackins@seyfarth.com
              Alexander Xavier Jackins   on behalf of Creditor    Engineered Structures, Inc.
               ajackins@seyfarth.com
              Alison Ross Wickizer Toepp   on behalf of Creditor    Northern Indiana Public Service Company
               atoepp@reedsmith.com,
               dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmi
               th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
               ecf.pacerpro.com

```
District/off: 0422-7          User: ramirez-l          Page 2 of 58          Date Rcvd: Dec 20, 2019
                              Form ID: pdford7          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Alison Ross Wickizer Toepp   on behalf of Defendant   Sony Computer Entertainment America Inc.,
    A/K/A Sony Computer Entertainment, A/K/A SCEA atoepp@reedsmith.com,
    dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
    th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
    ecf.pacerpro.com
    Alison Ross Wickizer Toepp   on behalf of Defendant   Energizer Battery, Inc.
    atoepp@reedsmith.com,
    dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
    th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
    ecf.pacerpro.com
    Alison Ross Wickizer Toepp   on behalf of Creditor   GRE Grove Street One LLC
    atoepp@reedsmith.com,
    dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
    th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
    ecf.pacerpro.com
    Alison Ross Wickizer Toepp   on behalf of Defendant   Kingston Technology Co., Inc.
    atoepp@reedsmith.com,
    dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro;docketingecf@reedsmi
    th.com;catrina-valente-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@
    ecf.pacerpro.com
    Amanda Jill Katzenstein   on behalf of Creditor   U.S Bank National Association as Trustee
    akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
    Amanda Jill Katzenstein   on behalf of Unknown   KeyBank National Association
    akatzenstein@polsinelli.com,dcdocketing@polsinelli.com;lipayne@polsinelli.com
    Ambika Joline Biggs   on behalf of Defendant   Scripps Media, Inc. abiggs@hirschlaw.com
    Ambika Joline Biggs   on behalf of Creditor   Buffalo Technology (USA), Inc.
    abiggs@hirschlerlaw.com
    Ambika Joline Biggs   on behalf of Defendant   Buffalo Technology (USA), Inc.
    abiggs@hirschlerlaw.com
    Ambika Joline Biggs   on behalf of Defendant   The E.W. Scripps Company d/b/a/ Ventura County
    Star abiggs@hirschlerlaw.com
    Ambika Joline Biggs   on behalf of Defendant   Scripps Networks, LLC d/b/a HGTV.com, d/b/a
    FineLiving.com, d/b/a Home & Garden Television abiggs@hirschlerlaw.com
    Ambika Joline Biggs   on behalf of Defendant   The National Union Fire Insurance Company of
    Pittsburgh, PA abiggs@hirschlerlaw.com
    Ambika Joline Biggs   on behalf of Defendant   Memphis Publishing Company, dba Commercial Appeal,
    Inc. abiggs@hirschlerlaw.com
    Andrea Campbell Davison   on behalf of Defendant   Animal Planet, L.P. ADavison@beankinney.com,
    onazar@beankinney.com
    Andrea Campbell Davison   on behalf of Creditor   Discovery Communications, Inc.
    ADavison@beankinney.com,  onazar@beankinney.com
    Andrea Campbell Davison   on behalf of Defendant   Discovery Communications Inc. a/k/a The
    Learning Channel ADavison@beankinney.com,  onazar@beankinney.com
    Andrea Campbell Davison   on behalf of Defendant   Wonders Industrial Development (Shenzhen) Co.,
    Ltd. ADavison@beankinney.com,  onazar@beankinney.com
    Andrea Campbell Davison   on behalf of Defendant   Discovery Communications, Inc.
    ADavison@beankinney.com,  onazar@beankinney.com
    Andrea Campbell Davison   on behalf of Defendant   Learning Channel, Inc. ADavison@beankinney.com,
    onazar@beankinney.com
    Andrew  Rapp   on behalf of Creditor   Terranomics Crossroads Associates arapp@wpblaw.com
    Andrew A. Jones   on behalf of Interested Party   Farallon Capital Management, L.L.C.
    Andrew@ajoneslaw.com
    Andrew Edward Macfarlane   on behalf of Defendant   Sherwood America, Inc. aem@aemlegal.com
    Andrew Edward Macfarlane   on behalf of Creditor   Sherwood America, Inc. aem@aemlegal.com
    Andrew H. Herrick   on behalf of Creditor   County of Albemarle aherrick@albemarle.org
    Andrew Kelly Rudiger   on behalf of Creditor   TKG Coffee Tree, L.P. andrewr@boydhomes.com,
    akrudiger@kaufcan.com
    Andrew Lynch Cole   on behalf of Interested Party   Faber Bros., Inc. acole@coleschotz.com
    Andrew M. Brumby   on behalf of Creditor   Cameron Group Associates LLP abrumby@shutts-law.com,
    dbonilla@shutts-law.com
    Andrew S. Conway   on behalf of Creditor   Taubman Landlords aconway@taubman.com
    Angela Sheffler Abreu   on behalf of Creditor   PNY Technologies, Inc. AAbreu@nwbcorp.com,
    Angela.Abreu@northwest.com
    Anitra D. Goodman Royster   on behalf of Defendant   Connexion Technologies
    anitra.royster@nelsonmullins.com,  betsy.burn@nelsonmullins.com,
    raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
    Ann E. Schmitt   on behalf of Creditor   The Parkes Companies Inc. aschmitt@culbert-schmitt.com
    Ann E. Schmitt   on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com
    Ann E. Schmitt   on behalf of Creditor   Plaza Las Palmas, LLC aschmitt@culbert-schmitt.com
    Anne C. Lahren   on behalf of Defendant   KLAS, LLC alahren@pendercoward.com
    Anne C. Lahren   on behalf of Defendant   Landmark Media Enterprises LLC, f/k/a Landmark
    Communications, Inc., dba The Virginian-Pilot alahren@pendercoward.com
    Anne C. Murphy   on behalf of Creditor   State of Wisconsin - Office of the State Treasurer
    murphyac@doj.state.wi.us,  gurholtks@doj.state.wi.us
    Anne Elizabeth Braucher   on behalf of Creditor   DL Peterson Trust, as Assignee of PHH Vehicle
    Management Services, LLC abraucher@mcmillanmetro.com
    Anne Elizabeth Braucher   on behalf of Creditor   InnerWorkings, Inc. abraucher@mcmillanmetro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Anne Elizabeth Braucher   on behalf of Creditor   Manufacturers and Traders Trust Company, as
        Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February
        1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com

        Anne Elizabeth Braucher   on behalf of Creditor   West Marine Products, Inc.
        abraucher@mcmillanmetro.com

        Anne G. Bibeau   on behalf of Creditor   Alameda County Treasurer ABibeau@vanblk.com,
        drichards@vanblk.com;kjerald@vanblk.com

        Anne G. Bibeau   on behalf of Creditor   Orangefair Marketplace, LLC ABibeau@vanblk.com,
        drichards@vanblk.com;kjerald@vanblk.com

        Anne G. Bibeau   on behalf of Creditor   Sonoma County Tax Collector ABibeau@vanblk.com,
        drichards@vanblk.com;kjerald@vanblk.com

        Annemarie G. McGavin   on behalf of Creditor   General Instrument Corporation d/b/a Home &
        Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com,
        joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

        Annemarie G. McGavin   on behalf of Creditor   Golf Galaxy, Inc. annemarie.mcgavin@bipc.com,
        joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

        Annemarie G. McGavin   on behalf of Creditor   Motorola Inc. annemarie.mcgavin@bipc.com,
        joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

        Annemarie G. McGavin   on behalf of Creditor   Dick's Sporting Goods, Inc.
        annemarie.mcgavin@bipc.com,
        joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

        Anthony J. Cichello   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
        acichello@kb-law.com

        Anthony J. Cichello   on behalf of Creditor   Loop West, LLC, by its Managing Agent The Wilder
        Companies, Ltd. acichello@kb-law.com

        Arthur S. Weitzner   on behalf of Transferee Donald L. Emerick, Sr. arthur@weitzner.com

        Aryeh E. Stein   on behalf of Creditor   Annapolis Plaza LLC astein@meridianlawfirm.com,
        aryehsteinecf@gmail.com

        Ashley M. Chan   on behalf of Creditor   City of Philadelphia achan@hangley.com,
        ecffilings@hangley.com

        Ashley M. McDow   on behalf of Other Professional   Alfred H. Siegel, the Liquidating Trustee of
        Circuit City Stores, Inc. Liquidating Trust amcdow@foley.com,   sgaeta@foley.com

        Augustus C. Epps, Jr.   on behalf of Professional Augustus C. Epps, Jr. aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Generation H One and Two Limited Partnership
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   The Marvin L. Oates Trust
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Roth Tanglewood LLC aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Defendant   American Power Conversion Corp.
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Rolling Acres Plaza Shopping Center
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   The Macerich Company aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Greenback Associates aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Transferee   412 South Broadway Realty LLC
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   RREEF Management Company aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Glimcher Properties Limited Partnership, as
        managing agent for WTM Glimcher LLC aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Portland Investment Company of America
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Shopping Center
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Prado, llc aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Transferor   Manufacturers and Traders Trust Company, as
        Trustee aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Union Square Retail Trust
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Defendant   Signature Home Furnishings Co. Inc.
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Morse-Sembler Villages Partnership #4
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Lexmark International, Inc.
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Perimeter Mall aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Madison Waldorf, LLC aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Redtree Properties, L.P. aepps@williamsmullen.com,
        avaughn@williamsmullen.com

        Augustus C. Epps, Jr.   on behalf of Creditor   Drexel Delaware Limited Partnership
        aepps@williamsmullen.com,   avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 4 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Augustus C. Epps, Jr.   on behalf of Creditor   Inland US Management LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Audio Authority Corporation
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Defendant   Lexmark International, Inc.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Carousel Center Company, L.P.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Gateway Center Properties III, LLC and SMR
                     Gateway III, LLC as tenants in common aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Transferor   Manufactures and Traders Trust Company, as
                     Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Daniel W. Ramsey aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
                     Luckoff Land Company, LLC as tenants in common aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   International Speedway Square, Ltd.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   EEL McKee LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   NAP Northpoint, LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Macy's Retail Holdings, Inc.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Diamond Square, LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Amargosa Palmdale Investments, LLC
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Fingerlakes Crossing, LLC
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Tanglewood Park LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Starpoint Property Management, LLC
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Prudential Insurance Company of America
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   American Power Conversion Corp.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Manufacturers and Traders Trust Company, as
                     Trustee aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Myrtle Beach Farms Co., Inc.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management,  Inc.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Chung Hee Kim (Ridgehaven Plaza Shopping Center)
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Thoroughbred Village Tennessee, GP
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Plaintiff   CC-Investors 1995-6 aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing I, LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Crossroads Associates, Ltd.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Hamilton Crossing aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Defendant   MediaNews Group, Inc. d/b/a Pioneer Press and
                     St. Paul Pioneer Press aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Continental Property Management Corp.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Buzz Oates, LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Rancon Realty Fund IV aepps@williamsmullen.com,
                     avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Inland Commercial Property Management, Inc.
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Catellus Operating Limited Partnership
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Argyle Forest Retail I, LLC
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
                     aepps@williamsmullen.com, avaughn@williamsmullen.com
              Augustus C. Epps, Jr.   on behalf of Creditor   Westgate Village, LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Augustus C. Epps, Jr.  on behalf of Defendant   CDW Direct, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Interested Party   Manufacturers & Traders Trust Company, as
            Trustee aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Sangertown Square, L.L.C.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Swanblossom Investments, LP
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Donahue Schriber Realty Group, L.P.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Laurel Plumbing, Inc. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Generation One and Two, LP
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Glimcher Properties Limited Partnership, as
            managing Agent for Puente Hills Mall, LLC aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Kimco Realty Corporation aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   1030 W. North Ave. Bldg. LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Inland Southwest Management LLC, Inland American
            Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
            Continental Property Management Corp., and Inland Commerc aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Whitestone Development Partners, L.P.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   De Rito Pavilions 139, LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   N.P. Huntsville Limited Liability Company
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Kite Coral Springs, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Myrtle Beach Farms aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Inland American Retail Management LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Audio Authority Corporation
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Union County Construction Group, Inc.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant   Solutions 2 Go, Inc. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   La Habra Imperial, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   The West Campus Square Company, LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Cohab Realty, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Attorney   Christian & Barton, L.L.P.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   CC-Investors 1995-6 aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   KRG Market Street Village, LP
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Inland Pacific Property Services LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Brighton Commercial, L.L.C.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Bella Terra Associates, LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Inland Southwest Management LLC
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   EklecCo NewCo, LLC aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Attorney Augustus C. Epps, Jr. aepps@williamsmullen.com,
            avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Defendant   Kost Klip Manufacturing, Ltd.
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Augustus C. Epps, Jr.  on behalf of Creditor   Glimcher Properties Limited Partnership
            aepps@williamsmullen.com,  avaughn@williamsmullen.com
          Belkys  Escobar    on behalf of Creditor   County of Loudoun, Virginia Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
          Belkys  Escobar    on behalf of Creditor   County of Loudoun, VA Belkys.Escobar@loudoun.gov,
            bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov
          Benjamin C. Ackerly   on behalf of Creditor   Panasonic Corporation of North America
            backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly   on behalf of Defendant   Nikon, Inc. backerly@hunton.com,
            cloving@hunton.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Benjamin C. Ackerly     on behalf of Creditor     Harvest/HPE LP backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Interested Party     Lowe's HIW, Inc. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Creditor     Taubman Auburn Hills Associates Limited Partnership
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Interested Party     CCDC Marion Portfolio, L.P.
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Interested Party     Federal Warranty Service Corporation
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Interested Party     Alvarez & Marsal Canada, ULC
          backerly@hunton.com,  cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Creditor     Cypress/CC Marion I, L.P. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Creditor     Galleria Plaza, Ltd. backerly@hunton.com,
          cloving@hunton.com
          Benjamin C. Ackerly     on behalf of Interested Party     Food Lion LLC backerly@hunton.com,
          cloving@hunton.com
          Benjamin Joseph Lambiotte     on behalf of Defendant     InFocus Corporation blambiotte@gsblaw.com
          Bhavik Dalpat Patel     on behalf of Defendant     MCM Electronics, Inc. bdp@lawmacdowell.com
          Brad R. Godshall     on behalf of Creditor Committee     Official Committee of Unsecured Creditors
          bgodshall@pszjlaw.com
          Bradford F. Englander     on behalf of Creditor     Alliance Entertainment Corporation
          benglander@wtplaw.com,  rodom@wtplaw.com
          Bradford F. Englander     on behalf of Creditor     Source Interlink Media, LLC benglander@wtplaw.com,
          rodom@wtplaw.com
          Brenda M. Whinery     on behalf of Creditor     Windsail Properties bwhinery@mcrazlaw.com
          Brett Christopher Beehler     on behalf of Creditor     Prince George's County, Maryland
          bbeehler@mrrlaw.net,  lsansbury@mrrlaw.net
          Brett Christopher Beehler     on behalf of Creditor     Charles County, Maryland bbeehler@mrrlaw.net,
          lsansbury@mrrlaw.net
          Brian D. Huben     on behalf of Creditor     Prudential Insurance Company of America
          hubenb@ballardspahr.com,  carolod@ballardspahr.com
          Brian D. Huben     on behalf of Creditor     The Macerich Company hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben     on behalf of Creditor     KNP hubenb@ballardspahr.com,  carolod@ballardspahr.com
          Brian D. Huben     on behalf of Creditor     Cousins Properties Incorporated hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben     on behalf of Creditor     Watt Management Company hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben     on behalf of Creditor     RREEF Management Company hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben     on behalf of Creditor     Foursquare Properties, Inc. hubenb@ballardspahr.com,
          carolod@ballardspahr.com
          Brian D. Huben     on behalf of Creditor     Portland Investment Company of America
          hubenb@ballardspahr.com,  carolod@ballardspahr.com
          Brian D. Wesley     on behalf of Defendant Christine  Baker brian.wesley@doj.ca.gov
          Brian D. Wesley     on behalf of Defendant     California Self-Insurers Security Fund
          brian.wesley@doj.ca.gov
          Brittany Jane Nelson     on behalf of Creditor Karl  Engelke bnelson@foley.com
          Byron Z. Moldo     on behalf of Creditor     RMRG Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo     on behalf of Creditor     Centre at 38th Street TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo     on behalf of Creditor     The City Portfolio TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          Byron Z. Moldo     on behalf of Creditor     Descanso TIC, LLC bmoldo@ecjlaw.com,
          tmelendez@ecjlaw.com
          C. Christopher Meyer     on behalf of Creditor     Wells Fargo Business Credit, Inc. cmeyer@ssd.com
          C. Christopher Meyer     on behalf of Creditor     Photoco, Inc. cmeyer@ssd.com
          Carl A. Eason     on behalf of Creditor     The Columbus Dispatch bankruptcy@wolriv.com
          Catherine Elizabeth Creely     on behalf of Creditor     GECMC 2005-C2 Eastex Freeway, LLC, a Texas
          Limited Liability Company ccreely@akingump.com
          Catherine Elizabeth Creely     on behalf of Creditor     Golfsmith International, L.P.
          ccreely@akingump.com
          Catherine Elizabeth Creely     on behalf of Creditor     CIM/Birch St., Inc. ccreely@akingump.com
          Chang  Eugene     on behalf of Creditor     TKG Coffee Tree, L.P. echang@steinlubin.com
          Charles Gideon Korrell     on behalf of Creditor     Hoprock Limonite, LLC
          c.gideon.korrell@dentons.com,  jocasta.wong@dentons.com/docket.general.lit.sf@dentons.com
          Charles W. Chotvacs     on behalf of Creditor     FJL-MVP, LLC cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs     on behalf of Creditor     Uniwest Commercial Realty cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs     on behalf of Creditor     OTR-Clairemont Square cwchotvacs@gmail.com,
          aconway@taubman.com;Pollack@ballardspahr.com
          Charles W. Chotvacs     on behalf of Creditor     Portland Investment Company of America
          cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Charles W. Chotvacs   on behalf of Creditor   UBS Realty Investors, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Manteca Stadium Park, L.P. cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Federal Realty Investment Trust
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Morris Companies Affiliates
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Laguna Gateway Phase 2, LP cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Cousins Properties Incorporated
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Centro Properties Group cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   RREEF Management Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Watt Management Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Cencor Realty cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Bear Valley Road Partners LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   GMS Golden Valley Ranch, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   NMC Stratford, LLC cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Hutensky Group cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   KNP cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Simon Property Group, Inc. cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   Prudential Insurance Company of America
              cwchotvacs@gmail.com,  aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Charles W. Chotvacs   on behalf of Creditor   The Macerich Company cwchotvacs@gmail.com,
              aconway@taubman.com;Pollack@ballardspahr.com
              Christian K. Vogel   on behalf of Unknown   G&S Livingston Realty, Inc.
              kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #2, Ltd.
              kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Circuit Investors #3, Ltd.
              kvogel@vogelandcromwell.com
              Christian K. Vogel   on behalf of Creditor   Schimenti Construction Company LLC
              kvogel@vogelandcromwell.com
              Christine D. Lynch   on behalf of Creditor   Ray Mucci's Inc. clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Interstate Augusta Properties LLC
              clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   NPP Development LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   E&A Northeast Limited Partnership
              clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   Route 146 Millbury LLC clynch@goulstonstorrs.com
              Christine D. Lynch   on behalf of Creditor   S.R. Weiner & Associates Inc.
              clynch@goulstonstorrs.com
              Christine McAteer Ford   on behalf of Creditor Ada  Alicea cford@mdpcelaw.com
              Christine McAteer Ford   on behalf of Creditor   Ada Alicea, on behalf of herself and all others
              similarly situated cford@mdpcelaw.com
              Christopher A. Jones   on behalf of Creditor   Moncayo Settlement Class cajones@wtplaw.com,
              clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   TeleDynamics LLP cajones@wtplaw.com,
              clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Weidler Settlement Class cajones@wtplaw.com,
              clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Twentieth Century Fox Home Entertainment LLC
              cajones@wtplaw.com,  clano@wtplaw.com,jwilson@wtplaw.com
              Christopher A. Jones   on behalf of Creditor   Annapolis Plaza LLC cajones@wtplaw.com,
              clano@wtplaw.com,jwilson@wtplaw.com
              Christopher Julian Hoctor   on behalf of Defendant   Moran Brown PC choctor@kv-legal.com
              Christopher L. Perkins   on behalf of Creditor   Schimenti Construction Company LLC
              christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Parago Promotional Services, Inc
              christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Yahoo! Inc.  also dba YAHOO! Tech aka Yahoo
              Tech christopher.perkins@leclairryan.com
              Christopher L. Perkins   on behalf of Defendant   Gannett Satellite Information Network, Inc.,
              dba Cincinnati Enquirer aka Cincinnati Direct Values christopher.perkins@leclairryan.com

District/off: 0422-7          User: ramirez-l          Page 8 of 58          Date Rcvd: Dec 20, 2019
                              Form ID: pdford7         Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Christopher L. Perkins    on behalf of Creditor    680 S. Lemon Ave. Co.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Schimenti Construction Company LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Altec Lansing Technologies, Inc.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Benenson Capital Company
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Brandywine Grande C, L.P.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Cisco Consumer Products, LLC f/k/a Linksys
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Phoenix Newspapers, Inc., dba The Arizona
       Republic christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Pacific and Southern Company, Inc. d/b/a/ WXIA
       TV christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Retail MDS, Inc.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Interested Party Steven  Ivester
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Pure Digital Technologies, Inc.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Indiana Newspapers, Inc. d/b/a The Indianapolis
       Star christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Cisco-Linksys, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Olympus Corporation of the Americas
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Gannett River States Publishing Corporation
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Almo E-Commerce LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Sick, Inc. christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Media Solutions Holdings, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Osprey Audit Specialists, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    FM Facility Maintenance, f/k/a IPT, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Netgear Inc. christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba The Times
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Unknown    Osprey Audit Specialists, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    WC Holdco, Inc. f/k/a Jack of All Games, Inc.,
       d/b/a Jack of All Games christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Olympus Corporation
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Developers Realty, Inc.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Circuit Investors #2, Ltd.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    CK Richmond Business Services #2, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Plantronics, Inc.
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    CC Kingsport 98, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Seagate Technology LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Time Warner Cable, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Cardinal Capital Partners
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. and Gannett River States
       Publishing Corporation, jointly and/or individually dba Gannett Suburban Newspapers; The Daily
       Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    The Daniel Group
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Take Two Interactive Software, Inc., a/k/a Take
       Two Interactive christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Creditor    Fayetteville Developers, LLC
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Multimedia Holdings Corporation, dba KUSA-TV
       christopher.perkins@leclairryan.com
       Christopher L. Perkins    on behalf of Defendant    Haier America Trading L.L.C.
       christopher.perkins@leclairryan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher L. Perkins    on behalf of Defendant    Lee Enterprises, Incorporated
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Cisco Systems, Inc.
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Transferee    Longacre Opportunity Fund, LP
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Seagate Technology, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    Creative Realty Management, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sharp Electronics Corporation
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Attorney    LeClair Ryan, A Professional Corporation
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    V.E.C., LLC dba Virginia Electronic Components
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Westfield, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Take Two Interactive Software, Inc.
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    CC - Virginia Beach, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Eastern Security Corp.
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Movant Nina  Winston christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Counter-Claimant    Sirius XM Radio Inc.
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Cisco-Linksys, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc.
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Jefferies Leveraged Credit Products, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    Rossmoor Shops, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Gannett Co., Inc. dba Greenville News aka The
                Greenville News christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Sirius XM Radio Inc.
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Plaintiff    Schimenti Construction Company LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Creditor    The Balogh Companies
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    Parago, Inc. christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Defendant    eReplacements, LLC
                christopher.perkins@leclairryan.com
              Christopher L. Perkins    on behalf of Unknown    CP Nord du Lac JV, LLC
                christopher.perkins@leclairryan.com
              Christopher M. Desiderio    on behalf of Plaintiff    Greystone Data Systems, Inc.
                cdesiderio@nixonpeabody.com
              Christopher M. Desiderio    on behalf of Creditor    TomTom, Inc. cdesiderio@nixonpeabody.com
              Christopher M. Desiderio    on behalf of Creditor    Greystone Data Systems, Inc.
                cdesiderio@nixonpeabody.com
              Christopher R. Belmonte    on behalf of Creditor    International Business Machines Corporation
                cbelmonte@ssbb.com,  asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com
              Christopher S. Colby    on behalf of Creditor    Alameda County Treasurer ccolby@vanblk.com
              City of Newport News, Virginia    jdurant@nngov.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Berkshire Hyannis LLC cgp@ballardspahr.com,
                summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Federal Realty Investment Trust
                cgp@ballardspahr.com,
                summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
                Properties Group cgp@ballardspahr.com,
                summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Greece Ridge, LLC cgp@ballardspahr.com,
                summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Battlefield FE Limited Partners
                cgp@ballardspahr.com,
                summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Constantinos G. Panagopoulos    on behalf of Creditor    Centro Properties Group
                cgp@ballardspahr.com,
                summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com
              Courtney E. Pozmantier    on behalf of Creditor    Paramount Home Entertainment
                cpozmantier@ktbslaw.com,  mtuchin@ktbslaw.com
              Craig M. Palik    on behalf of Creditor    CC Hamburg NY Partners, LLC cpalik@mhlawyers.com,
                cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
                son@mhlawyers.com

District/off: 0422-7          User: ramirez-l          Page 10 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Craig M. Palik    on behalf of Creditor    Congressional North Associates Limited Partnership
            cpalik@mhlawyers.com,
            cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnicker
            son@mhlawyers.com
          Curtis G. Manchester    on behalf of Defendant    Energizer Battery, Inc.
            curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Sony Computer Entertainment America Inc., A/K/A
            Sony Computer Entertainment, A/K/A SCEA curtis.manchester@kutakrock.com
          Curtis G. Manchester    on behalf of Defendant    Kingston Technology Co., Inc.
            curtis.manchester@kutakrock.com
          D. Marc Sarata    on behalf of Defendant    Bush Industries Inc. msarata@ltblaw.com,
            ndysart@ltblaw.com;plaura@ltblaw.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. and Cox Enterprises, Inc.,
            individually and/or jointly d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
            ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    KTVU, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a The Atlanta
            Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Midwest Television, Inc. d/b/a KFMB-TV
            ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    WFTV, Inc. ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a Austin American
            Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Media Group, Inc. d/b/a The Atlanta
            Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. d/b/a Austin American
            Statesman ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Palm Beach Newspapers, Inc. d/b/a The Palm Beach
            Post ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Dayton Newspapers, Inc. d/b/a Cox Ohio Publishing
            Dayton Daily News and d/b/a Dayton Daily News ddprichard@gmail.com
          Daniel D. Prichard    on behalf of Defendant    Cox Enterprises, Inc. and Cox Media Group, Inc.
            individually and/or jointly d/b/a Austin American Statesman ddprichard@gmail.com
          Daniel F. Blanks    on behalf of Debtor    Courchevel, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Kinzer Technology, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    PRAHS, INC. daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Abbott Advertising Agency, Inc.
            daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Mayland MN, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Patapsco Designs, Inc. daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Defendant    Circuit City Stores, Inc.
            daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Plaintiff    Circuit City Stores, Inc.
            daniel.blanks@nelsonmullins.com,  Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    XSStuff, LLC daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
          Daniel F. Blanks    on behalf of Debtor    Sky Venture Corp. daniel.blanks@nelsonmullins.com,
            Allison.Abbott@nelsonmullins.com
          Daniel M. Press    on behalf of Attorney Daniel M Press dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    Bensussen Deutsch & Associates, Inc.
            dpress@chung-press.com,  pressdm@gmail.com
          Daniel M. Press    on behalf of Defendant    B.R. Fries & Associates, LLC dpress@chung-press.com,
            pressdm@gmail.com
          Darek S. Bushnaq    on behalf of Defendant    ServicePower, Inc., aka ServicePower Inc.
            dsbushnaq@venable.com
          Darlene M. Nowak    on behalf of Creditor    Giant Eagle, Inc. nowak@marcus-shapira.com
          Darrell William Clark    on behalf of Defendant    Targus, Inc. darrell.clark@stinson.com,
            catherine.scott@stinson.com
          Darrell William Clark    on behalf of Creditor    Waste Management, Inc. darrell.clark@stinson.com,
            catherine.scott@stinson.com
          Darryl S. Laddin    on behalf of Creditor    Verizon Communications Inc. bkrfilings@agg.com
          David  McCall    on behalf of Creditor    Garland ISD Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Collin County Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    Frisco ISD Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
          David  McCall    on behalf of Creditor    City of Garland Tax Assessor/Collector
            bankruptcy@ntexas-attorneys.com
          David A. Greer    on behalf of Creditor    Pan Am Equities dgreer@davidgreerlaw.com,
            ecf@davidgreerlaw.com
          David A. Greer    on behalf of Creditor    Century plaza development corporation
            dgreer@davidgreerlaw.com,  ecf@davidgreerlaw.com

District/off: 0422-7          User: ramirez-l          Page 11 of 58          Date Rcvd: Dec 20, 2019
                              Form ID: pdford7         Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David B. Wheeler    on behalf of Creditor    South Carolina Electric & Gas Company and Public
          Service of North Carolina davidwheeler@mvalaw.com
          David D. Hopper    on behalf of Creditor    Rio Associates Limited Partnership ddhopper@chlhf.com,
          bhale@chlhf.com
          David Emmett Hawkins    on behalf of Creditor    Archon Group, L.P. dhawkins@velaw.com
          David H. Cox    on behalf of Creditor    610 & San Felipe, Inc. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David H. Cox    on behalf of Creditor    Port Arthur Holdings, III, Ltd. dcox@jackscamp.com,
          pdyson@jackscamp.com
          David J. Ervin    on behalf of Creditor    WEC 99A-2LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The MacNaughton Group dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Basser-Kaufman dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Developers Diversified Realty Corporation
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Continental Properties Company, Inc.
          dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Philips International dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Ashkenazy Management Corp. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
          Holdings and Weeks Properties CG Holdings dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    The Woodmont Company dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Benderson Development Company, LLC dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    FW CA-BREA Marketplace, LLC, Regency Centers, L.P. and
          RC CA Santa Barbara, LLC dervin@kelleydrye.com,    KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Regency Centers, L.P. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    Jones Lang LaSalle Americas, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David J. Ervin    on behalf of Creditor    General Growth Properties, Inc. dervin@kelleydrye.com,
          KDWBankruptcyDepartment@kelleydrye.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    eGain Communications Corp., a/k/a Egain Communications
          and Eagin Communications dspiro@hf-law.com,    rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Defendant    United States Debt Recovery III, LLP dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David K. Spiro    on behalf of Transferee    US Debt Recovery LLC dspiro@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com
          David M. Poitras    on behalf of Interested Party    THQ, Inc. dmp@jmbm.com
          David N. Tabakin    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
          Inc. Liquidating Trust dtabakin@tb-lawfirm.com,
          pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
          nelson@tb-lawfirm.com
          David N. Tabakin    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
          dtabakin@tb-lawfirm.com,
          pberan@tb-lawfirm.com;ltavenner@tb-lawfirm.com;amorris@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;l
          nelson@tb-lawfirm.com
          David R. Ruby    on behalf of Defendant    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On Sales & Distribution Inc., also known as LSDI
          druby@t-mlaw.com,    bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    SanDisk Corporation druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    R-Pac International Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Creditor    Holyoke Crossing Limited Partnership II druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Jasco Products Company, Inc. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David R. Ruby    on behalf of Defendant    Lite-On IT Corp. druby@t-mlaw.com,
          bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com
          David S. Musgrave    on behalf of Defendant    Toymax International, Inc. dmusgrave@gfrlaw.com,
          tleonard@gfrlaw.com
          David V. Cooke    on behalf of Creditor    City and County of Denver bankruptcy.david@denvergov.org
          David W. Earman    on behalf of Defendant    Petra Industries, Inc. davidearman@courtsq.com

District/off: 0422-7          User: ramirez-l          Page 12 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David Wayne Lannetti   on behalf of Defendant   Parrot, Inc. dlannetti@vanblk.com,
           drichards@vanblk.com;mdowns@vanblk.com
          Dawn C. Stewart   on behalf of Creditor   Circuit Sports, L.P. dstewart@thestewartlawfirm.com
          Denise S. Mondell   on behalf of Creditor   State of Connecticut, Departments of Labor and
           Revenue Services denise.mondell@ct.gov
          Denise S. Mondell   on behalf of Creditor   State of Connecticut Department of Revenue Services
           denise.mondell@ct.gov
          Dennis T. Lewandowski   on behalf of Movant   Tremor Media, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   JVC Americas Corp. and JVC Company of America
           dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Maryl Pacific Construction, Inc.
           dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   JVC Americas Corp. a/k/a JVC Company of
           America, JVC Mobile Company of America, JVC U.S.A. and JVC Service dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Business to Business Solutions, LLC
           dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   I/O Magic Corporation dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Defendant   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Counter-Claimant   Konami Digital Entertainment, Inc.
           dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Vance Baldwin, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   Tritronics, Inc. dtlewand@kaufcan.com
          Dennis T. Lewandowski   on behalf of Creditor   iProspect.com Inc. dtlewand@kaufcan.com
          Denyse Sabagh   on behalf of Creditor   Audiovox Corporation dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Transferee   Korea Export Insurance Corporation
           dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   City of Rancho Cucamonga dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Principal Life Insurance Company dsabagh@duanemorris.com
          Denyse Sabagh   on behalf of Creditor   Sima Products Corp. dsabagh@duanemorris.com
          Dexter D. Joyner   on behalf of Creditor   Pasadena Independent School District
           caaustin@comcast.net
          Dion W. Hayes   on behalf of Debtor   Circuit City Purchasing Company, LLC
           dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
           dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Properties, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Sky Venture Corp. dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Defendant   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Orbyx Electronics, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Kinzer Technology, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Patapsco Designs, Inc. dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   XSStuff, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores PR, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Courchevel, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   PRAHS, INC. dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores West Coast, Inc.
           dhayes@mcguirewoods.com,  kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Ventoux International, Inc. dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   CC Aviation, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Circuit City Stores, Inc. dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   InterTAN, Inc. dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Mayland MN, LLC dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dion W. Hayes   on behalf of Debtor   Abbott Advertising Agency, Inc. dhayes@mcguirewoods.com,
           kcain@mcguirewoods.com
          Dominic L. Chiariello   on behalf of Creditor Donovan  Dunwell dc@chiariello.com
          Donald Alan Workman   on behalf of Creditor   Buffalo Technology (USA), Inc. dworkman@bakerlaw.com
          Donald K. Ludman   on behalf of Creditor   SAP Retail Inc. and Business Objects
           dludman@brownconnery.com
          Douglas  Scott   on behalf of Creditor   Interactive Toy Concepts, Inc BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Defendant   Climate Design Systems BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   Centon Electronics, Inc. BankruptcyCounsel@gmail.com
          Douglas  Scott   on behalf of Creditor   PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com

District/off: 0422-7          User: ramirez-l          Page 13 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
            Douglas  Scott   on behalf of Defendant   Besam USA Inc. f/k/a Besam Automated Entrance Systems,
              Inc. BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Creditor   Pasadena Independent School District
              BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Transferee   CFH Investments III, LLC BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Defendant   Interactive Toy Concepts, Inc
              BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Defendant   Electronic Process Solutions d/b/a EPS Texas
              BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Defendant   Russellville Steel Company, Inc.
              BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Defendant   Merrimack Valley Corp. BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Defendant   Merrimack Valley Sheet Metal Corporation
              BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Creditor   WCC Properties BankruptcyCounsel@gmail.com
            Douglas  Scott   on behalf of Defendant   Hannspree North America, Inc., f/k/a Hannspree
              California, Inc. BankruptcyCounsel@gmail.com
            Douglas D. Kappler   on behalf of Creditor   Watercress Associates, LP, LLP dba Pearlridge Center
              dkappler@rdwlawcorp.com
            Douglas M. Foley   on behalf of Debtor   Circuit City Purchasing Company, LLC
              dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Mayland MN, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Patapsco Designs, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   XSStuff, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Ventoux International, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Courchevel, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   CC Aviation, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Abbott Advertising Agency, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   InterTAN, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Counter-Defendant   Circuit City Stores, Inc.
              dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Orbyx Electronics, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Circuit City Stores PR, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Sky Venture Corp. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   PRAHS, INC. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Plaintiff   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Defendant   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   CC Distribution Company of Virginia, Inc.
              dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Circuit City Stores, Inc. dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
              dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Circuit City Stores West Coast, Inc.
              dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Kinzer Technology, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas M. Foley   on behalf of Debtor   Circuit City Properties, LLC dfoley@mcguirewoods.com,
              mcguire-8660@ecf.pacerpro.com
            Douglas R. Gonzales   on behalf of Creditor   City of Homestead, Florida dgonzales@wsh-law.com
            Douglas R. Gonzales   on behalf of Creditor   City of Miramar, FL dgonzales@wsh-law.com
            Dylan G. Trache   on behalf of Creditor   Lexar Media, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
            Dylan G. Trache   on behalf of Defendant   Television Station KTXA L.P.
              dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
            Dylan G. Trache   on behalf of Defendant   Philadelphia Television Station WPSG Inc.
              dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
            Dylan G. Trache   on behalf of Creditor   Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
            Dylan G. Trache   on behalf of Defendant   WFAA-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
            Dylan G. Trache   on behalf of Defendant   KTVK, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Dylan G. Trache    on behalf of Defendant    CBS Broadcasting Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    KHOU-TV, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Counter-Claimant    Envision Peripherals, Inc.
              dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Meredith Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    KVVU Broadcasting Corporation
              dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Vanguard Products Group, Inc.
              dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Corporation dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Television Stations Inc.
              dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Creditor    LG Electronics USA, Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Creditor    Envision Peripherals,Inc dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    King Broadcasting Company, doing business as KING-TV
              and KGW-TV dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Sacramento Television Stations Inc.
              dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    Press-Enterprise Company
              dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Stations Group of Texas L.P.
              dylan.trache@nelsonmullins.com,    robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Dylan G. Trache    on behalf of Defendant    CBS Operations Inc. dylan.trache@nelsonmullins.com,
              robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com
              Edward L. Rothberg    on behalf of Creditor    Circuit Sports, L.P. rothberg@hooverslovacek.com,
              mayle@hooverslovacek.com
              Elizabeth Banda Calvo    on behalf of Creditor    City of Hurst, Mansfiled ISD, Carroll ISD
              rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Banda Calvo    on behalf of Creditor    City of Cedar Hill, Burleson ISD, Arlington ISD
              rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Banda Calvo    on behalf of Creditor    City of Lake Worth
              rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth A. Elam    on behalf of Creditor    City of Southlake, Texas betsyelam@toase.com,
              wenditaylor@toase.com
              Elizabeth L. Gunn    on behalf of Creditor    Hewlett Packard Company
              elizabeth.gunn@dss.virginia.gov,    bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    PG Publishing Co., Inc. d/b/a Pittsburgh Post
              Gazette egunn@sandsanderson.com,    bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Campbell Construction Co. egunn@sandsanderson.com,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Mikael    Salovaara elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Cypress/Spanish Fort I LP egunn@sandsanderson.com,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    CC-Investors Trust 1995-1
              elizabeth.gunn@dss.virginia.gov,    bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Creditor    City of Philadelphia elizabeth.gunn@dss.virginia.gov,
              bankruptcy@dss.virginia.gov
              Elizabeth L. Gunn    on behalf of Defendant    Longacre Opportunity Fund, L.P.
              egunn@sandsanderson.com,    bankruptcy@dss.virginia.gov
              Ellen A. Friedman    on behalf of Creditor    Hewlett Packard Company efriedman@friedmanspring.com,
              jquiambao@friedmanspring.com
              Eric C. Cotton    on behalf of Creditor    Developers Diversified Realty Corporation
              ecotton@sitecenters.com
              Eric Christopher Rusnak    on behalf of Creditor    Microsoft Corporation
              eric.rusnak@pillsburylaw.com
              Eric J. Snyder    on behalf of Creditor    Condan Enterprises LLC esnyder@sillerwilk.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              schnabel.eric@dorsey.com,    glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Mississippi, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Arkansas, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Louisiana, LLC schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com
              Eric Lopez Schnabel    on behalf of Creditor    Entergy Texas, Inc. schnabel.eric@dorsey.com,
              glorioso.alessandra@dorsey.com

District/off: 0422-7          User: ramirez-l          Page 15 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erika L. Morabito    on behalf of Defendant    COKeM International Ltd. emorabito@pattonboggs.com
Erika L. Morabito    on behalf of Defendant    Navarre Online Fulfillment Services, Inc.
  emorabito@pattonboggs.com
Erin Elizabeth Kessel    on behalf of Creditor    PNY Technologies, Inc. ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor Yvette    Mack ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Defendant    Casio, Inc. ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    Entergy Louisiana, LLC ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
  ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    Entergy Arkansas, Inc. ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    South Carolina Electric & Gas Company and Public
  Service of North Carolina ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    Cleveland Construction, Inc.
  ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    Entergy Mississippi, Inc. ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Creditor    Entergy Texas, Inc. ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
Erin Elizabeth Kessel    on behalf of Defendant    PNY Technologies Inc. ekessel@spottsfain.com,
  kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanders
  on@spottsfain.com;jdonaldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com
F. Marion Hughes    on behalf of Creditor    CAP Brunswick, LLC marion.hughes@smithmoorelaw.com
Frank F. McGinn    on behalf of Creditor    Iron Mountain Information Management, Inc.
  ffm@bostonbusinesslaw.com
Frank H. Griffin, IV    on behalf of Transferor    Lender Trust, as successor in interest to
  Syntax-Brillian Corporation griffinf@pepperlaw.com
Frank T. Pepler    on behalf of Creditor    Morgan Hill Retail Venture, LP
  frank.pepler@dlapiper.com,
  sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com
Franklin R. Cragle, III    on behalf of Creditor    Ubisoft, Inc. fcragle@hf-law.com
Franklin R. Cragle, III    on behalf of Creditor    United States Debt Recovery, LLC
  fcragle@hf-law.com
Franklin R. Cragle, III    on behalf of Defendant    Old Republic Insurance Company
  fcragle@hf-law.com
Fred B. Ringel    on behalf of Creditor    F&M Properties, Inc. fbr@robinsonbrog.com
Frederick Francis Rudzik    on behalf of Defendant    State of Florida, Department of Revenue
  rudzikf@dor.state.fl.us
Fredrick J. Levy    on behalf of Creditor    ON Corp US, Inc. & ON Corp fjlevy@olshanlaw.com,
  mmarck@olshanlaw.com;ssallie@olshanlaw.com
Fredrick J. Levy    on behalf of Creditor    Bush Industries, Inc. fjlevy@olshanlaw.com,
  mmarck@olshanlaw.com;ssallie@olshanlaw.com
Garren Robert Laymon    on behalf of Creditor    Pasadena Independent School District
  glaymon@mglspc.com, jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Arlington ISD, et al. glaymon@mglspc.com,
  jcoffman@mglspc.com
Garren Robert Laymon    on behalf of Creditor    Fort Bend Independent School District
  glaymon@mglspc.com, jcoffman@mglspc.com
Gary E. Mason    on behalf of Plaintiff Marlon    Mondragon gmason@wbmllp.com
Gary E. Mason    on behalf of Creditor Marlon    Mondragon gmason@wbmllp.com
Gary M. Kaplan    on behalf of Creditor    ELL MCKEE LLC gkaplan@fbm.com, calendar@fbm.com
Gary V. Fulghum    on behalf of Creditor    John Rohrer Contracting Company, Inc.
  gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum    on behalf of Creditor    Hillson Electric Incorporated gfulghum@sblsg.com,
  jschmeltz@sblsg.com;jrapp@sblsg.com
Gary V. Fulghum    on behalf of Creditor    Lang Construction, Inc. gfulghum@sblsg.com,
  jschmeltz@sblsg.com;jrapp@sblsg.com
George E. Kostel    on behalf of Unknown    KeyBank National Association gkostel@polsinelli.com,
  gekostel@gmail.com
German Yusufov    on behalf of Creditor    Pima County pcaocvbk@pcao.pima.gov,
  alison.moreno@pcao.pima.gov

District/off: 0422-7          User: ramirez-l          Page 16 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Gilbert Barnett Weisman     on behalf of Creditor     American Express Travel Related Services Co Inc
           notices@becket-lee.com
          Gilbert Barnett Weisman     on behalf of Creditor     American Express Travel Related Services Co Inc
           Corp Card notices@becket-lee.com
          Gilbert D. Sigala   on behalf of Creditor John  Batioff sigalawl@aol.com
          Gillian N. Brown   on behalf of Creditor   Official Committee of Unsecured Creditors
           gbrown@pszjlaw.com
          Gina Baker Hantel   on behalf of Defendant   State of Tennessee Department of Revenue,through
           Richard H. Roberts, Commissioner agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Department of Treasury-Unclaimed Property
           agbankcal@ag.tn.gov
          Gina Baker Hantel   on behalf of Creditor   Tennessee Dept. Of Revenue agbankcal@ag.tn.gov
          Gina M Fornario   on behalf of Creditor   California Self-Insurers' Security Fund
           gfornario@nixonpeabody.com,   khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
          Glenn H. Silver   on behalf of Creditor   CC Joilet Trust ctbghs@aol.com,
           christine@virginia-lawyers.net
          Gordon S. Woodward   on behalf of Creditor   Commerce Technologies, Inc. gwoodward@schnader.com
          Gregory D. Grant   on behalf of Defendant   S.M. Wilson & Co., a/k/a S.M. Wilson & Company
           ggrant@shulmanrogers.com,  lsmith@shulmanrogers.com;jclifford@shulmanrogers.com
          H. Elizabeth Weller   on behalf of Creditor   Smith County Dallas.Bankruptcy@publicans.com
          H. Elizabeth Weller   on behalf of Creditor   Longview ISD Dallas.Bankruptcy@publicans.com
          H. Slayton Dabney, Jr.   on behalf of Creditor   Applied Predictive Technologies, Inc.
           sdabney@dabneypllc.com
          Hale  Yazicioglu   on behalf of Creditor   AVR CPC Associates, LLC hyazicioglu@jshllp.com
          Heather D. Brown   on behalf of Creditor   Westgate Village, LP heather@hdbrownlaw.com,
           jwest@kkgpc.com
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey - Dept. of Treasury
           Heather.Anderson@dol.lps.state.nj.us
          Heather Lynn Anderson   on behalf of Creditor   State of New Jersey, Division of Taxation
           Heather.Anderson@dol.lps.state.nj.us
          Henry Buswell Roberts, Jr   on behalf of Defendant   Mannington Carpets, Inc., d/b/a Mannington
           Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Sykes Enterprises Incorporated f/k/a ICT
           Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Creditor   Suemar hbroberts@live.com,
           droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Homerun Holdings Corp., fka Wayne-Dalton
           Corporation hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Interested Party   Sykes Enterprises Incorporated f/k/a
           ICT Group, Inc. hbroberts@live.com,  droberts1949@live.com
          Henry Buswell Roberts, Jr   on behalf of Defendant   Liquidity Solutions, Inc. hbroberts@live.com,
           droberts1949@live.com
          Henry P. Baer   on behalf of Creditor   Bell'O International Corp. CSommer@fdh.com,
           csommer@fdh.com
          Henry Pollard Long, III   on behalf of Defendant   Panasonic Corporation of North America
           hlong@huntonAK.com,  tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Galleria Plaza, Ltd. hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Parker Central Plaza Ltd
           hlong@huntonAK.com,  tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Panasonic Corporation of North America
           hlong@huntonAK.com,  tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Cypress/CC Marion I, L.P. hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Food Lion LLC hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
           hlong@huntonAK.com,  tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Taubman Auburn Hills Associates Limited
           Partnership hlong@huntonAK.com,  tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   H & R REIT (U.S.) Holdings Inc.
           hlong@huntonAK.com,  tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Creditor   Harvest/HPE LP hlong@huntonAK.com,
           tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
           hlong@huntonAK.com,  tcanada@huntonAK.com
          Henry Pollard Long, III   on behalf of Interested Party   Federal Warranty Service Corporation
           hlong@huntonAK.com,  tcanada@huntonAK.com
          Howard J. Grossman   on behalf of Creditor   J.P. Morgan Chase Bank, N.A.
           howard.j.grossman@chase.com
          Ian S. Landsberg   on behalf of Creditor   Torrance Towne Center Associates, LLC
           ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   FJL-MVP, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   NMC Stratford, LLC ilandsberg@landsberg-law.com
          Ian S. Landsberg   on behalf of Creditor   Eagleridge Associates, LLC ilandsberg@landsberg-law.com
          J. Christian Word   on behalf of Liquidator   Gordon Brothers Retail Partners, LLC
           chefiling@lw.com;robert.klyman@lw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              J. Christian Word    on behalf of Liquidator    Hilco Merchant Resources, LLC
              chefiling@lw.com;robert.klyman@lw.com
              J. David Folds    on behalf of Defendant    Fabrik, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Simpletech, Inc. dfolds@bakerdonelson.com,
              sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Interactive Communications International, Inc.
              dfolds@bakerdonelson.com,    sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Hitachi Global Storage Technologies, Inc.
              dfolds@bakerdonelson.com,    sparson@bakerdonelson.com
              J. David Folds    on behalf of Defendant    Western Digital Technologies, Inc.
              dfolds@bakerdonelson.com,    sparson@bakerdonelson.com
              Jackson David Toof    on behalf of Defendant    Discovery Communications, Inc.
              jackson.toof@arentfox.com,    jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
              Jackson David Toof    on behalf of Creditor    Discovery Communications, Inc.
              jackson.toof@arentfox.com,    jill.clough@arentfox.com;Phillip.Khezri@arentfox.com
              Jaime Manuel Crowe    on behalf of Unknown    Toshiba America Electronic Components, Inc.
              jcrowe@whitecase.com,    mco@whitecase.com;jdisanti@whitecase.com
              Jaime Manuel Crowe    on behalf of Unknown    Toshiba Corporation jcrowe@whitecase.com,
              mco@whitecase.com;jdisanti@whitecase.com
              Jaime Sue Dibble    on behalf of Interested Party    Garmin International, Inc. jdibble@stinson.com,
              lbigus@stinson.com
              James D. Newbold    on behalf of Creditor    State of Illinois, Department of Revenue
              James.Newbold@illinois.gov
              James D. Newbold    on behalf of Counter-Claimant    State of Illinois Department of Revenue,
              through Brian Hamer, its Director James.Newbold@illinois.gov
              James E. Clarke    on behalf of Interested Party    Bond-Circuit IX Delaware Business Trust
              vaecf@atlanticlawgrp.com,    rbailey@atlanticlawgrp.com
              James E. Clarke    on behalf of Interested Party    Brick-70, LLC vaecf@atlanticlawgrp.com,
              rbailey@atlanticlawgrp.com
              James H. Rollins    on behalf of Creditor    Plaza Las Americas, Inc. jim.rollins@hklaw.com,
              avis.francis@hklaw.com
              James J. Briody    on behalf of Creditor    Ronus Meyerland Plaza L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody    on behalf of Creditor    Johnson City Crossing, L.P. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James J. Briody    on behalf of Creditor    LNR Partners, Inc. jim.briody@sablaw.com,
              kim.smith@sablaw.com
              James K. Donaldson    on behalf of Defendant    Solutions 2 Go, Inc. jdonaldson@cblaw.com,
              cware@vanblacklaw.com
              James R. Schroll    on behalf of Defendant    CORMARK, Inc. jschroll@beankinney.com,
              ncoton@beankinney.com
              James R. Schroll    on behalf of Creditor    Madison Waldorf, LLC jschroll@beankinney.com,
              ncoton@beankinney.com
              James V. Lombardi    on behalf of Creditor    AmREIT, a Texas real estate investment trust
              jlombardi@rossbanks.com,    acole@rossbanks.com
              James W. Reynolds    on behalf of Defendant    Leggett & Platt, Inc., dba Beeline Group, a division
              of Leggett & Platt, Inc. jim.reynolds@ofplaw.com
              James Winston Burke    on behalf of Creditor    MiTAC Digital Corp. (Magellan) jburke@orrick.com
              James Winston Burke    on behalf of Attorney    Mio Technology USA Ltd. also known as MiTAC USA
              Inc. jburke@orrick.com
              James Winston Burke    on behalf of Attorney    Orrick, Herrington & Sutcliffe LLP jburke@orrick.com
              James Winston Burke    on behalf of Defendant    MiTac USA, Inc. d/b/a Mio Technology USA, Ltd.
              jburke@orrick.com
              James Winston Burke    on behalf of Creditor    Nintendo of America, Inc. jburke@orrick.com
              James Winston Burke    on behalf of Defendant    MiTAC Digital Corporation, individually and
              including in its capacity as successor to Magellan Navigation, Inc. jburke@orrick.com
              James Winston Burke    on behalf of Defendant    Nintendo of America, Inc. jburke@orrick.com
              Jamie M. Konn    on behalf of Creditor    Polk Audio, Inc. jamie.konn@dlapiper.com,
              jamie-konn-5618@ecf.pacerpro.com
              Jamie M. Konn    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
              jamie.konn@dlapiper.com,    jamie-konn-5618@ecf.pacerpro.com
              Janet M. Meiburger, Esq.    on behalf of Creditor    Tribune Company admin@meiburgerlaw.com
              Janet M. Meiburger, Esq.    on behalf of Creditor    Ricmac Equities Corporation
              admin@meiburgerlaw.com
              Jason B. Binford    on behalf of Creditor    BB Fonds International 1 USA, L.P. jbinford@krcl.com,
              ecf@krcl.com
              Jason B. Binford    on behalf of Creditor    Phoenix Property Company jbinford@krcl.com,
              ecf@krcl.com
              Jason M. Krumbein    on behalf of Creditor Jonathan    Card jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com
              Jason M. Krumbein    on behalf of Creditor Robert    Gentry jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com
              Jason M. Krumbein    on behalf of Creditor Joseph    Skaf jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com
              Jason M. Krumbein    on behalf of Creditor Jack    Hernandez jkrumbein@krumbeinlaw.com,
              a30156@yahoo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason William Harbour    on behalf of Defendant    Virgin Mobile USA, L.P. jharbour@huntonAK.com,
               tcanada@huntonAK.com
          Jason William Harbour    on behalf of Creditor    Public Company Accounting Oversight Board
               jharbour@huntonAK.com,  tcanada@huntonAK.com
          Jeffrey Kurtzman    on behalf of Creditor    THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com
          Jeffrey Kurtzman    on behalf of Creditor    Red Rose Commons Associates, L.P.
               kurtzman@kurtzmansteady.com
          Jeffrey Kurtzman    on behalf of Creditor    PREIT SERVICES, LLC kurtzman@kurtzmansteady.com
          Jeffrey Scharf    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
               jeff@taxva.com, tacspc@gmail.com:amanda@taxva.com
          Jeffrey Scharf    on behalf of Creditor    County of Spokane jeff@taxva.com,
               tacspc@gmail.com:amanda@taxva.com
          Jeffrey Scharf    on behalf of Creditor    City of Fredericksburg, VA jeff@taxva.com,
               tacspc@gmail.com:amanda@taxva.com
          Jeffrey A. Krieger    on behalf of Creditor    Southwinds. Ltd. jkrieger@greenbergglusker.com,
               calendar@greenbergglusker.com
          Jeffrey E. Klusmeier    on behalf of Creditor    Missouri Attorney General's Office
               Jeff.Klusmeier@ago.mo.gov,  Michelle.Hirschvogel@ago.mo.gov
          Jeffrey I. Snyder    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
               jsnyder@bilzin.com, eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
               Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Mortgage
               Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    LNR Partners, Inc. jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
               Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
               jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Parent LLC jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
               jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited
               Partnership jsnyder@bilzin.com,  eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey I. Snyder    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com,
               eservice@bilzin.com:lflores@bilzin.com
          Jeffrey J. Graham    on behalf of Creditor    Greenwood Point, LP jgraham@taftlaw.com,
               dwineinger@taftlaw.com:ecfclerk@taftlaw.com
          Jeffrey J. Graham    on behalf of Creditor    Washington Corner, LP jgraham@taftlaw.com,
               dwineinger@taftlaw.com:ecfclerk@taftlaw.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Amcor Sunclipse North America
               Jeffrey.tarkenton@wbd-us.com,
               karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
               .com:njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Gateway US Retail, Inc. jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
               .com:njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Acer America Corporation jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
               .com:njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corporation
               jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
               .com:njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The Insurance Company of the State of
               Pennsylvania jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
               .com:njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    Specific Media LLC jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
               .com:njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    MaineToday Media, Inc. jtarkenton@wcsr.com,
               karla.radtke@wbd-us.com:cathy.hinger@wbd-us.com:Sonja.milutinovic@wbd-us.com:Jackson.price@wbd-us
               .com:njohnson@spectorjohnson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey L. Tarkenton    on behalf of Defendant    Globe Newspaper Company, Inc. jtarkenton@wcsr.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    New York Times Distribution Corp.
            jtarkenton@wcsr.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Gateway, Inc. Jeffrey.tarkenton@wbd-us.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Creditor    Acer American Holdings Corp.
            Jeffrey.tarkenton@wbd-us.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey L. Tarkenton    on behalf of Defendant    The New York Times Company jtarkenton@wcsr.com,
            karla.radtke@wbd-us.com;cathy.hinger@wbd-us.com;Sonja.milutinovic@wbd-us.com;Jackson.price@wbd-us
            .com;njohnson@spectorjohnson.com
          Jeffrey M. Sherman    on behalf of Creditor    Central Investments, LLC jeffreymsherman@gmail.com,
            elmoyer99@gmail.com
          Jeffrey N. Pomerantz    on behalf of Creditor Committee    Official Committee of Unsecured
            Creditors jpomerantz@pszjlaw.com
          Jenelle Marie Dennis    on behalf of Creditor    Manteca Stadium Park, L.P.
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Federal Realty Investment Trust
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Sweetwater Associates, L.P.
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Hutensky Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    GMS Golden Valley Ranch, LLC
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Macerich Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Centro Properties Group dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    The Morris Companies Affiliates
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Laguna Gateway Phase 2, LP
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Prudential Insurance Company of America
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cencor Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    UBS Realty Investors, LLC dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Watt Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Uniwest Commercial Realty dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Foursquare Properties Inc.
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Point West Plaza II Investors
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Bear Valley Road Partners LLC
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Torrance Towne Center Associates, LLC
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Cousins Properties Incorporated
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Eagleridge Associates, LLC
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    Portland Investment Company of America
            dennisj@ballardspahr.com,    pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    RREEF Management Company dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    OTR-Clairemont Square dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jenelle Marie Dennis    on behalf of Creditor    KNP dennisj@ballardspahr.com,
            pollack@ballardspahr.com
          Jennifer Langan    on behalf of Creditor    Pennsylvania State Treasurer jlangan@patreasury.org
          Jennifer Ellis Lattimore    on behalf of Defendant    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer Ellis Lattimore    on behalf of Creditor    Vizio, Inc. jlattimore@eckertseamans.com
          Jennifer J. West    on behalf of Creditor    Coca-Cola Bottling Company Consolidated
            jwest@spottsfain.com,
            rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
            cullagh@spottsfain.com;ehornsby@spottsfain.com

District/off: 0422-7          User: ramirez-l          Page 20 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jennifer J. West   on behalf of Creditor Yvette  Mack jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Louisiana, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Imation Enterprises Corp. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Verizon Communications Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Mississippi, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Defendant    Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Arkansas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Defendant    Coca Cola Bottling Co. Consolidated
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    South Carolina Electric & Gas Company and Public
              Service of North Carolina jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Prosite Business Solutions, LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
              jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Coca-Cola Refreshments U.S.A., Inc. f/k/a Coca-Cola
              Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Creditor    Entergy Texas, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer J. West   on behalf of Defendant    Northern Wire Products, Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmc
              cullagh@spottsfain.com;ehornsby@spottsfain.com
              Jennifer Larkin Kneeland   on behalf of Defendant    Rainbow Advertising Sales Corporation
              jkneeland@watttieder.com
              Jennifer Larkin Kneeland   on behalf of Defendant    AMC jkneeland@watttieder.com
              Jennifer Larkin Kneeland   on behalf of Defendant    Newsday Holdings LLC and Newsday LLC
              jkneeland@watttieder.com
              Jennifer Larkin Kneeland   on behalf of Defendant    Rainbow Media Holdings LLC dba AMC
              jkneeland@watttieder.com
              Jennifer McLain McLemore   on behalf of Creditor    Portland Investment Company of America
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant    Swift-Train Company
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    Inland Western Oswego Gerry Centennial, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant    Vonwin Capital Management, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    Luckoff Land Company, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    Inland Mortgage Capital Corporation
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    Inland Western San Antonio HQ Limited
              Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Defendant    McClatchy Newspapers, Inc. dba The Sacramento
              Bee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    Morse-Sembler Villages Partnership #4
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    Inland Amerian Oklahoma City Penn, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    Drexel Delaware Limited Partnership
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore   on behalf of Creditor    RREEF Management Company
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 21 of 58          Date Rcvd: Dec 20, 2019
                              Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western West Mifflin Century III, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Columbus Clifty, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    New River Properties, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Richmond Maryland, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Acquisition, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    GRI EQY Sparkleberry Square LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LP
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Miami Herald
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Robyn N. Davis jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Charlotte (Archdale) UY, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Tacoma News, Inc. jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Whitestone Development Partners, L.P.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Pacific Property Services LLC (f/k/a
              Inland Pacific Property Services LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    IN Retail Fund Algonquin Commons, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    1030 W. North Ave. Bldg. LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Idaho Statesman jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Tourboullin Co. jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Jordan Landing, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Bel Air Square LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Myrtle Beach Sun News
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank national Association, as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1, acting by and through Midland Loan
              Services, a division of PNC Bank, National Association, in i jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Media General, Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    CC-Investors 1995-6
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Houma Magnolia, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company dba The Charlotte
              Observer, aka The Charlotte Observer Publishing Company jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The Fresno Bee
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Attorney    Hodgson Russ LLP jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Starpoint Property Management, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Carlson Marketing Worldwide, Inc., fka
              Carlson Marketing Group, Inc. jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Memorial Square 1021, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation One and Two, LP
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Sparkleberry Two Notch, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI Southwest Management LLC (f/k/a Inland
              Southwest Management LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    P/A Acadia Pelham Manor, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Shops at Kildeer, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia Equities Limited Partnership
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald-Leader
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners Development, Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Sugar Land Colony Liimted
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    GC Acquisition Corp.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lake Worth Towne Crossing
          Limited Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor Alexander H Bobinski
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western San Antonio HW Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Digital Innovations, LLC on Behalf of VonWin
          Capital Management, LP jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Capital Centre LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Washington Commons Associates
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    RD Bloomfield Associates Limited Partnership
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Parker Central Plaza, Ltd.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Southeast Darien
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Mount Berry Square, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    N.P. Huntsville Limited Liability Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Traverse City, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company d/b/a The Kansas City
          Star jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Spirit Delivery and Distribution Services,
          Inc. jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Nashville Electric Service
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Prudential Insurance Company of America
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    KNP jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    CC Properties LLC jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Transferee    412 South Broadway Realty LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Avondale McDowell, L.L.C
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western College Station Gateway Limited
          Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne, LLC
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Brighton Commercial, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Sacramento Bee
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    McClatchy Newspapers, Inc. dba The State
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Kansas City Star jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Watt Management Company
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Kimco Realty Corporation
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Transferee    IMCC Sunland, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Hamilton Crossing jmclemore@williamsmullen.com,
          avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Redtree Properties, L.P.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    MB Fabyan Randall Plaza Batavia, L.L.C.
          jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
  for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Amargosa Palmdale Investments, LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    U.S. 41 & I 285 Company
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Premier Retail Interiors, Inc.
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, f/k/a/
  LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
  1997-CTL-l, acting by and through Midland Loan Servicers, a div jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Defendant    Philips Electronics North America Corporation,
  d/b/a Digital Lifestyle Outfitters, Philips Accessories, Gemini Industries, Philips Consumer
  Electronics, Philips Norelco and Philips Lighting Company jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Gateway Center Properties III, LLC and SMR
  Gateway III, LLC as tenants in common jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association as Trustee
  for Corporate Lease-Backed Certificates, Series 1999-CLF1 jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Southwest Management LLC, Inland
  American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC,
  Inland Continental Property Management Corp., and Inland Commerc jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    PL Mesa Pavilions LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Cameron Bayonne Urban Renewal, LLC's (f/k/a
  Cameron Bayonne, LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    City and County of San Francisco
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Defendant    The Miami Herald Media Company
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Union Square Retail Trust
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Crossroads Associates, Ltd.
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Charlotte Observer
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Wichita Eagle jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, dba Myrtle Beach Sun
  News, aka The Sun News jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Manufacturers and Traders Trust Company, as
  Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Fingerlakes Crossing, LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Thoroughbred Village
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    NAP Northpoint, LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Defendant    Industriaplex, Inc.
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Chung Hee Kim (Ridgehaven Plaza Shopping
  Center) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Carousel Center Company, L.P.
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    EklecCo NewCo, LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Inland Western Lewisville Lakepointe Limited
  Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Foursquare Properties Inc.
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association f/k/a
  LaSalle National Bank jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Watercress Associates, LP, LLP dba Pearlridge
  Center jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    De Rito Partners jmclemore@williamsmullen.com,
  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    La Habra Imperial, LLC
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Rolling Acres Plaza Shopping Center
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Interested Party    Jeff Leopold
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
Jennifer McLain McLemore    on behalf of Creditor    Lake Worth Towne Crossing Limited Partnership
  jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 24 of 58          Date Rcvd: Dec 20, 2019
                              Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jennifer McLain McLemore    on behalf of Creditor    McClatchy Company jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Idaho Statesman Publishing LLC, d/b/a The
            Idaho Statesman jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    The Leben Family Limited Partnership
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Hamilton Beach Brands, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Cohab Realty, LLC jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Generation H One and Two Limited Partnership
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    EEL McKee LLC jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Plaintiff    CC-Investors 1995-6
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    San Luis Obispo Tribune
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    CHK, LLC jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    The McClatchy Company, d/b/a The Wichita
            Eagle jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Computer Resource Team, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Bizport, Ltd. jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    T & T Enterprises jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Southlake Corners Limited
            Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    LaSalle Bank National Association, as trustee
            for C1 Trust, acting by and through Midland Loan Services, Inc jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Swanblossom Investments, LP
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Lexington Herald Leader
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Transferor    Manufactures and Traders Trust Company, as
            Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Westgate Village, LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    M.I.A. Brookhaven, LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Austin Southpark Meadows II
            Limited Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Phillipsburg Greenwich L.L.C.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland Western Cedar Hill Pleasant Run Limited
            Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    International Speedway Square, Ltd.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Lexmark International, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    Media General Operations, Inc.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Landover (Landover Crossing), LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Columbia State jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    James H. Wimmer, Jr., personally
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    RPAI US Management LLC (f/k/a Inland US
            Management LLC) jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Inland American Chesapeake Crossroads, L.L.C.
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Interested Party    Fresno Bee
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for
            Nationslink Funding Corporation Commercial Loan Pass-Through Certificates, Series 1999-LTL-1,
            acting by and through Midland Loan Services, a division of PNC Bank jmclemore@williamsmullen.com,
            avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Catellus Operating Limited Partnership
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Creditor    Roth Tanglewood, LLC
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore    on behalf of Defendant    DayMen U.S., Inc. d/b/a Lowepro USA
            jmclemore@williamsmullen.com,  avaughn@williamsmullen.com

District/off: 0422-7        User: ramirez-l        Page 25 of 58        Date Rcvd: Dec 20, 2019
                           Form ID: pdford7        Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Jennifer McLain McLemore   on behalf of Creditor   The West Campus Square Company, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Memorial Square 1031, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Pacific Property Services LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Commercial Property Management, Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Crossgates Commons NewCo, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Interested Party   Lexington Herald-Leader
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland US Management LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Kite Coral Springs, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Sangertown Square, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Western Temecula Commons, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Transferor   Manufacturers and Traders Trust Company, as
              Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   UnCommon, Ltd., a Florida Limited Partnership
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Tanglewood Park, LLC; Roth Tanglewood, LLC and
              Luckoff Land Company, LLC as tenants in common jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1, acting by and through Midland Loan Services, a divis jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   GRI-EQY (Sparkleberry Square) LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Southwest Darien, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   LaSalle Bank National Association, a
              nationally chartered bank, as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
              acting by and through Midland Loan Services, a division of PNC Ban jmclemore@williamsmullen.com,
              avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Defendant   Tacoma News, Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland Continental Property Management Corp.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Rancon Realty Fund IV
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Cousins Properties Incorporated
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Inland American Retail Management LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Argyle Forest Retail I, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   KRG Market Street Village, LP
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Defendant   McClatchy Newspapers, Inc. dba The San Luis
              Obispo County Tribune jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Galleria Alpha Plaza, Ltd.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   MB Keene Monadnock, L.L.C.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   The Macerich Company
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Digital Innovations, LLC
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Acadia Realty Limited Partnership
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Interested Party   Manufacturers & Traders Trust Company,
              as Trustee jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Myrtle Beach Farms
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Fishers Station Development Co.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Defendant   North Jersey Media Group Inc.
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
          Jennifer McLain McLemore   on behalf of Creditor   Thoroughbred Village Tennessee, GP
              jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
```

District/off: 0422-7          User: ramirez-l          Page 26 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jennifer McLain McLemore    on behalf of Creditor    Crossroads Shopping Center
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Warner Home Video jmclemore@williamsmullen.com,
               avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Bella Terra Associates, LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Merge Computer Group, Inc.
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    RioCan Austin Southpark Meadows II Limited
               Partnership jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer McLain McLemore    on behalf of Creditor    Tanglewood Park, LLC
               jmclemore@williamsmullen.com,  avaughn@williamsmullen.com
              Jennifer V. Doran   on behalf of Creditor    DeMatteo Management, Inc. jdoran@hinckleyallen.com,
               calirm@haslaw.com
              Jeremy Brian Root   on behalf of Defendant    Credit Suisse Loan Funding, LLC jroot@bklawva.com,
               tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com
              Jeremy C. Kleinman   on behalf of Creditor    PriceGrabber.com, Inc. jkleinman@fgllp.com,
               csucic@fgllp.com;csmith@fgllp.com
              Jeremy L. Pryor   on behalf of Defendant    Kelley Enterprises Inc. jeremypryor@carrellrice.com
              Jeremy S. Friedberg   on behalf of Creditor    Toshiba America Consumer Products, L.L.C.
               jeremy@friedberg.legal,  ecf@friedberg.legal
              Jeremy S. Friedberg   on behalf of Creditor    Toshiba America Information Systems, Inc.
               jeremy@friedberg.legal,  ecf@friedberg.legal
              Jeremy S. Friedberg   on behalf of Creditor    Washington Green TIC jeremy@friedberg.legal,
               ecf@friedberg.legal
              Jeremy S. Williams   on behalf of Creditor    Magna Trust Company, Trustee
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor    Jubilee-Springdale, LLC
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant    SDI Technologies, Inc.
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor    The Shoppes of Beavercreek Ltd.
               jeremy.williams@kutakrock.com,  lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Creditor Michelle  Sifford jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy S. Williams   on behalf of Defendant    Antec, Inc. jeremy.williams@kutakrock.com,
               lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com
              Jeremy W. Martin   on behalf of Creditor    Escambia County Tax Collector
               jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Creditor    Travis County Texas jeremymartin2007@gmail.com,
               jmartin@weststarmortgage.com
              Jeremy W. Martin   on behalf of Interested Party    McCandlish Holton, PC
               jeremymartin2007@gmail.com,  jmartin@weststarmortgage.com
              Jeremy W. Ryan   on behalf of Creditor    First Industrial Realty Trust, Inc. jryan@saul.com
              Jeremy W. Ryan   on behalf of Creditor    FR E2 Property Holding, L.P. jryan@saul.com
              Jerry Lane Hall   on behalf of Defendant    Sanyo Fisher Co., a Division of Sanyo North America
               Corp. jerryhall10@hotmail.com
              Jess R. Bressi   on behalf of Creditor    RJ Ventures LLC, K&G Dearborn LLC jbressi@luce.com
              Jess R. Bressi   on behalf of Creditor    Engineered Structures, Inc. jbressi@luce.com
              Jesse N. Silverman   on behalf of Creditor    KNP jsilverman@dilworthlaw.com,
               jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Prudential Insurance Company of America
               jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Foursquare Properties, Inc.
               jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    The Macerich Company jsilverman@dilworthlaw.com,
               jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Watt Management Company jsilverman@dilworthlaw.com,
               jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Eagleridge Associates, LLC
               jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Torrance Towne Center Associates, LLC
               jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    RREEF Management Company jsilverman@dilworthlaw.com,
               jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    CP Management Corp. as agent for Orland Towne Center,
               L.L.C. jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Comcast Cable Communications, LLC
               jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Cousins Properties Incorporated
               jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jesse N. Silverman   on behalf of Creditor    Portland Investment Company of America
               jsilverman@dilworthlaw.com,  jkagan@dilworthlaw.com
              Jessica Regan Hughes   on behalf of Interested Party    AmCap NorthPoint LLC jhughes@seyfarth.com,
               swells@seyfarth.com;wdcdocketing@seyfarth.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jessica Regan Hughes    on behalf of Interested Party    Arboretum of South Barrington, LLC
           jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    Eatontown Commons Shopping  Center
           jhughes@seyfarth.com,   swells@seyfarth.com;wdcdocketing@seyfarth.com
          Jessica Regan Hughes    on behalf of Interested Party    AmCap Arborland LLC jhughes@seyfarth.com,
           swells@seyfarth.com;wdcdocketing@seyfarth.com
          Joel S. Aronson    on behalf of Plaintiff Alfred H. Siegel jsaronson@ridberglaw.com
          Joel S. Aronson    on behalf of Defendant    Capital City Press, LLC d/b/a The Advocate
           jsaronson@ridberglaw.com
          Joel T. Marker    on behalf of Creditor    Ammon Properties, LC joel@mbt-law.com
          Joel T. Marker    on behalf of Creditor    Parker Bullseye, LLC joel@mbt-law.com
          John B. Raftery    on behalf of Defendant    Utopian Software Concepts, Inc., dba Alterthought
           jraftery@offitkurman.com
          John C. Smith    on behalf of Creditor    Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
          John C. Smith    on behalf of Defendant    Sun Construction Group, Inc. a/k/a Sun Construction
           Group-GA jsmith@sandsanderson.com,  sryan@sandsanderson.com
          John C. Smith    on behalf of Creditor    Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com
          John C. Smith    on behalf of Defendant    Sennco Solutions, Inc. jsmith@sandsanderson.com,
           sryan@sandsanderson.com
          John D. Fiero    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jfiero@pszjlaw.com
          John D. McIntyre    on behalf of Creditor    Mallview Plaza Company, Ltd.
           jmcintyre@mcintyrestein.com,
           wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Ritz Motel Company jmcintyre@mcintyrestein.com,
           wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Janaf Shops, LLC jmcintyre@mcintyrestein.com,
           wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    Carnegie Management and Development Corporation
           jmcintyre@mcintyrestein.com,
           wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Defendant    Midland Radio Corporation jmcintyre@wmlawgroup.com,
           wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John D. McIntyre    on behalf of Creditor    The Marketplace of Rochester Hills Parcel B, LLC
           jmcintyre@mcintyrestein.com,
           wedwards@mcintyrestein.com;jhill@mcintyrestein.com;aarbuckle@wmlawgroup.com
          John Darren Sadler    on behalf of Creditor    The Hutensky Group sadlerj@ballardspahr.com,
           andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    CWCapital Asset Management LLC
           sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Cencor Realty sadlerj@ballardspahr.com,
           andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Brixmor Property Group, Inc., f/k/a Centro
           Properties Group sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Battlefield FE Limited Partners
           sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    Federal Realty Investment Trust
           sadlerj@ballardspahr.com,  andersonn@ballardspahr.com
          John Darren Sadler    on behalf of Creditor    UBS Realty Investors, LLC sadlerj@ballardspahr.com,
           andersonn@ballardspahr.com
          John E. Hilton    on behalf of Creditor    Thirty & 141, L.P. jeh@carmodymacdonald.com,
           pjf@carmodymacdonald.com
          John E. Lucian    on behalf of Creditor    VIWY, L.P. lucian@blankrome.com
          John E. Lucian    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
           lucian@blankrome.com
          John G. McJunkin    on behalf of Creditor    Marc Realty jmcjunkin@bakerdonelson.com,
           sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    SimpleTech by Hitachi Global Storage Technologies
           jmcjunkin@bakerdonelson.com,  sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    120 Orchard LLC jmcjunkin@bakerdonelson.com,
           sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    FT Orchard LLC jmcjunkin@bakerdonelson.com,
           sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    427 Orchard LLC jmcjunkin@bakerdonelson.com,
           sparson@bakerdonelson.com
          John G. McJunkin    on behalf of Creditor    Bethesda Softworks, LLC jmcjunkin@bakerdonelson.com,
           sparson@bakerdonelson.com
          John J. Trexler    on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com
          John Kuropatkin Roche    on behalf of Creditor    Bank of America, National Association
           jroche@perkinscoie.com,
           ADSmith@perkinscoie.com;ecf-3ac9070a3959@ecf.pacerpro.com;geisenberg@perkinscoie.com;SCarroll@per
           kinscoie.com
          John M. Craig    on behalf of Creditor    Duke Energy Kentucky, Inc. johncraig@aol.com,
           russj4478@aol.com
          John M. Craig    on behalf of Defendant    Imagitas, Inc. johncraig@aol.com,  russj4478@aol.com

District/off: 0422-7          User: ramirez-l          Page 28 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          John M. Craig   on behalf of Creditor    Duke Energy Ohio, Inc. johncraigj@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Long Island Lighting Company d/b/a LIPA
                johncraigj@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion Hope johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Central Georgia Electric Membership Corporation
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southwest Gas Corporation johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    New York State Electric and Gas Corporation
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Michigan Consolidated Gas Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Carolina Power & Light Company d/b/a Progress Energy
                Carolinas johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Boston Gas Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Connecticut Light and Power Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Chalek Company LLC johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion Peoples johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Piedmont Natural Gas Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Toledo Edison Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southern Connecticut Gas Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Indiana, Inc. johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Defendant    Sun Builders Co. johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Defendant    Pro-Pave Sealcoat johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Southern California Edison Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Yankee Gas Services Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Orange and Rockland Utilities johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Detroit Edison Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    KeySpan Gas East Corporation johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Connecticut Natural Gas Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Cleveland Electric Illuminating Company
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Duke Energy Carolinas, LLC johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Public Service Company of New Hampshire
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Virginia Electric and Power Company d/b/a Dominion
                Virginia Power johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Narragansett Electric Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    The Brooklyn Union Gas Company d/b/a National Grid NY
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Public Service Electric And Gas Company
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Massachusetts Electric Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Florida Power Corporation d/b/a Progress Energy Florida
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Niagara Mohawk Power Corporation johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Dominion East Ohio johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Granite State Electric johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Jersey Central Power & Light Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    PECO Energy Company johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Metropolitan Edison Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Consolidated Edison Company of New York, Inc.
                johncraigg@aol.com,  russj4478@aol.com
          John M. Craig   on behalf of Creditor    Western Massachusetts Electric Company johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    American Electric Power johncraigg@aol.com,
                russj4478@aol.com
          John M. Craig   on behalf of Creditor    Salt River Project johncraigg@aol.com,  russj4478@aol.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John M. Craig   on behalf of Creditor    Retail Property Group, Inc. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Commonwealth Edison Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Counter-Claimant    Sun Builders Co. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Jackson EMC johncraigg@aol.com,   russj4478@aol.com
              John M. Craig   on behalf of Defendant    ASM Capital III, L.P. johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    Pennsylvania Electric Company johncraigg@aol.com,
                russj4478@aol.com
              John M. Craig   on behalf of Creditor    EnergyNorth Natural Gas, Inc. d/b/a National Grid NH
                johncraigg@aol.com,   russj4478@aol.com
              John M. Craig   on behalf of Creditor    SimVest Real Estate II, LLC johncraigg@aol.com,
                russj4478@aol.com
              John P. Van Beek   on behalf of Defendant    Cosco, Inc., d/b/a Cosco Air Conditioning and
                Refrigeration jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                nvanbeek.com
              John P. Van Beek   on behalf of Creditor    Sacco of Maine, LLC jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                nvanbeek.com
              John P. Van Beek   on behalf of Creditor    TSA Stores, Inc. jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                nvanbeek.com
              John P. Van Beek   on behalf of Creditor    WEC 96D Niles Investment Trust
                jvanbeek@goldmanvanbeek.com,
                awinokurzew@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com;ipaige@goldma
                nvanbeek.com
              John T. Farnum   on behalf of Creditor    Bell Microproducts, Inc. jfarnum@milesstockbridge.com,
                jfarnumecfnotices@gmail.com
              John T. Farnum   on behalf of Defendant    Ashley Furniture Industries, Inc.
                jfarnum@milesstockbridge.com,   jfarnumecfnotices@gmail.com
              John T. Husk   on behalf of Defendant    Casco Corporation johnhusk@aol.com,   nre98@aol.com
              Jonathan L. Hauser   on behalf of Defendant    Klipsch Audio Technologies LLC
                jonathan.hauser@troutmansanders.com
              Jonathan L. Hauser   on behalf of Defendant    Velocity Micro, Inc.
                jonathan.hauser@troutmansanders.com
              Jonathan T. Cain   on behalf of Defendant    Zoo Entertainment, Inc. jtcain@mintz.com,
                kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant    InVNT, LLC jtcain@mintz.com,   kcraun@mintz.com
              Jonathan T. Cain   on behalf of Defendant    Zoo Games, Inc. f/k/a Destination Software, Inc.
                jtcain@mintz.com,   kcraun@mintz.com
              Jorge A. Ortiz   on behalf of Defendant    Interactive Toy Concepts, Inc jorgeortiz0411@gmail.com
              Joseph M. DuRant   on behalf of Creditor    City of Newport News, Virginia jdurant@nngov.com
              Joseph T. Moldovan   on behalf of Creditor    Empire HealthChoice Assurance, Inc. d/b/a Empire
                Blue Cross Blue Shield bankruptcy@morrisoncohen.com
              Judy A. Robbins    USTPRegion04.RH.ECF@usdoj.gov
              Julie Ann Quagliano   on behalf of Creditor    AT&T Capital Services, Inc.
                quagliano@seeger-law.com,   harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant    Kent H. Landsberg of Dallas, LP (
                quagliano@seeger-law.com,   harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Creditor    AT&T Corp. quagliano@seeger-law.com,
                harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Creditor    AT&T quagliano@seeger-law.com,
                harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant    Paris Business Products, Inc.
                quagliano@seeger-law.com,   harvell@seeger-law.com
              Julie Ann Quagliano   on behalf of Defendant    Amcor Packaging Distribution, Inc., d/b/a Amcor
                Sunclipse North America, Inc., d/b/a Kent H. Landsberg Company, a California corporation
                quagliano@seeger-law.com,   harvell@seeger-law.com
              Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P. Julie@bindermalter.com
              Julie H. Rome-Banks   on behalf of Creditor    Envision Peripherals,Inc Julie@bindermalter.com
              Julie H. Rome-Banks   on behalf of Creditor    Daly City Partners I, L.P Julie@bindermalter.com
              Justin F. Paget   on behalf of Defendant    The Seattle Times Company jpaget@huntonAK.com,
                tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Hunton & Williams, LLP jpaget@huntonAK.com,
                tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Arkansas Democrat-Gazette, Inc. jpaget@huntonAK.com,
                tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Atari, Inc., f/k/a Infogrames jpaget@huntonAK.com,
                tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Thule Organization Solutions, Inc. dba Case Logic,
                Inc. jpaget@huntonAK.com,   tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    Wynit, Inc. jpaget@huntonAK.com,   tcanada@huntonAK.com
              Justin F. Paget   on behalf of Defendant    The Spark Agency, Inc. d/b/a Switch and Switch
                Liberate Your Brand jpaget@huntonAK.com,   tcanada@huntonAK.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Kalina Boyanova Miller    on behalf of Creditor    First Industrial Realty Trust, Inc.
            kmiller@wileyrein.com,   rours@wileyrein.com
           Kalina Boyanova Miller    on behalf of Creditor    Greater Orlando Aviation Authority
            kmiller@wileyrein.com,   rours@wileyrein.com
           Kan C. Farand    on behalf of Creditor    Alameda County Treasurer farand.kan@acgov.org
           Karen L. Gilman    on behalf of Creditor    Toys R Us - Delaware, Inc. KGILMAN@WOLFFSAMSON.COM
           Karen M. Crowley    on behalf of Mediator Karen  Crowley kcrowley@clrbfirm.com,
            jbrockett@clrbfirm.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.com
           Karen M. Crowley    on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com,
            jbrockett@clrbfirm.com;dhicock@clrbfirm.com;crowleykr40218@notify.bestcase.com
           Ken Coleman    on behalf of Interested Party    Alvarez & Marsal Canada, ULC
            Ken.Coleman@allenovery.com
           Kenneth R. Rhoad    on behalf of Creditor    ActionLink, LLC rhoadken@gmail.com
           Kenneth R. Rhoad    on behalf of Defendant    Actionlink, LLC rhoadken@gmail.com
           Kevin A. Lake    on behalf of Creditor    Sonoma County Tax Collector klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Alameda County Treasurer klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Texas Tax Appraisal Districts of Bell County, Brazos
            County, Comal County, Denton County, Waco City and Waco ISD, Longview Independent School
            District, Midland, Taylor, City of Abilene, Williamson klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Hagan Properties, Inc. klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Orangefair Marketplace, LLC klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Shasta County klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Madcow International Group Limited
            klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Bexar Co., Cameron Co., Dallas Co., El Paso, Frisco,
            Grayson Co,, Gregg Co, Irving ISD, Jefferson Co., McAllen Co., McAllen ISD, McEllen Co., Nueces
            Co., Rockwall Co., Roundrock ISD, Smith Co., South klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Harris County klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Bell County, County of Denton, Midland Central Appraisal
            District, County of Brazos, Longview Independent School District, Taylor Central Appraisal
            District, City of Waco/Waco Ind. School Dist., Count klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Belkin International klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Catawba County North Carolina klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Old Republic Insurance Company klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    United Radio, Inc. klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Shelbyville Road Plaza, LLC klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Pima County klake@mcdonaldsutton.com
           Kevin A. Lake    on behalf of Creditor    Pierce County klake@mcdonaldsutton.com
           Kevin J. Funk    on behalf of Creditor Joanne  Eisner kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
           Kevin J. Funk    on behalf of Creditor    Dartmouth Marketplace Associates kfunk@dagglaw.com,
            bmcmillen@durrettecrump.com
           Kevin J. Funk    on behalf of Creditor Roy  Eisner kfunk@dagglaw.com,  bmcmillen@durrettecrump.com
           Kevin L. Sink    on behalf of Creditor    Glenmoor Limited Partnership ksink@nichollscrampton.com
           Kevin M. Newman    on behalf of Creditor    Cameron Bayonne, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    NBT Bank, N.A. knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    Carousel Center Company, L.P. knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    Mount Berry Square, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    Sangertown Square, L.L.C. knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    EklecCo NewCo, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    Landover (Landover Crossing), LLC
            knewman@barclaydamon.com,  kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    Charlotte (Archdale) UY, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin M. Newman    on behalf of Creditor    Fingerlakes Crossing, LLC knewman@barclaydamon.com,
            kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
           Kevin R. McCarthy    on behalf of Creditor    Entergy Texas, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy    on behalf of Creditor    Entergy Mississippi, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy    on behalf of Creditor    Entergy Arkansas, Inc. krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy    on behalf of Creditor    Entergy Louisiana, LLC krm@mccarthywhite.com,
            wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Kevin R. McCarthy    on behalf of Creditor    Entergy Gulf States Louisiana, L.L.C.
            krm@mccarthywhite.com,   wdw@mccarthywhite.com;clm@mccarthywhite.com;nolte@mccarthywhite.com
           Khang V. Tran    on behalf of Defendant    New World Communications of Detroit, Inc.
            khang.tran@hoganlovells.com
           Khang V. Tran    on behalf of Defendant    FX Networks, LLC khang.tran@hoganlovells.com
           Khang V. Tran    on behalf of Defendant    NW Communications of Phoenix, Inc.
            khang.tran@hoganlovells.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Khang V. Tran   on behalf of Defendant   NW Communications of Texas, Inc.
              khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   Fox Television Stations, Inc. khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   Fox Broadcasting Company khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   New World Communications of Atlanta, Inc.
              khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Creditor   Fox Broadcasting Company khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   New World Communications of Tampa, Inc.
              khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   Fox Sports Net, Inc. khang.tran@hoganlovells.com
              Khang V. Tran   on behalf of Defendant   KCOP Television, Inc. khang.tran@hoganlovells.com
              Kimbell D. Gourley   on behalf of Creditor   Engineered Structures, Inc. kgourley@idalaw.com,
              sprescott@idalaw.com
              Kimberly A. Pierro   on behalf of Creditor   Schottenstein Property Group, Inc.
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
              Kimberly A. Pierro   on behalf of Creditor   Cole CC Groveland FL, LLC
              kimberly.pierro@kutakrock.com,
              sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles
              @kutakrock.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
              LaSalle National Bank kwalker@fulbright.com, kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association, as trustee
              for C1 Trust, acting by and through Midland Loan Services, Inc kwalker@fulbright.com,
              kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association as Trustee
              for Corporate Lease-Backed Certificates, Series 1999-CLF1 kwalker@fulbright.com,
              kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   Wells Fargo Bank, N.A kwalker@fulbright.com,
              kimsullywalker@aol.com
              Kimberly Sullivan Walker   on behalf of Creditor   LaSalle Bank National Association f/k/a
              LaSalle National Bank, as Trustee of Corporate Credit-Backed Pass-Through Certificates, Series
              1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com
              Kirk B. Burkley   on behalf of Creditor   Duquesne Light Company kburkley@bernsteinlaw.com,
              pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdri
              ve.com
              Kirk David Berkhimer   on behalf of Defendant   A&L Products Limited Kirk@BERKHIMERLaw.com,
              berkhimerkr66555@notify.bestcase.com
              Kristen E. Burgers   on behalf of Creditor   ORIX Capital Markets, LLC kburgers@hirschlerlaw.com,
              ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
              Kristen E. Burgers   on behalf of Creditor   CWCapital Asset Management LLC
              kburgers@hirschlerlaw.com,  ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com
              Kristin Elliott   on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Kristin Elliott   on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com,
              KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              Kurt M. Kobiljak   on behalf of Creditor   City of Taylor Michigan kkobi@aol.com
              Laura Otenti   on behalf of Interested Party   Salem Rockingham LLC lotenti@pbl.com
              Lawrence Allen Katz   on behalf of Creditor   Morgan Hill Retail Venture, LP
              lkatz@hirschlerlaw.com, lrcdriguez@hirschlerlaw.com
              Lawrence H. Glanzer   on behalf of Creditor   Citrus Park CC, LLC glanzer@rgblawfirm.com
              Lawrence J. Hilton   on behalf of Creditor   TARGUS, INC. lhilton@onellp.com, lthomas@onellp.com,
              info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com
              Leon Y. Tuan   on behalf of Creditor   TKG Coffee Tree, L.P. ltuan@steinlubin.com
              Leonard Starr   on behalf of Creditor   Namsung America, Inc. lstarr@Starr-Law.com,
              gadams@Starr-Law.com
              Leonidas Koutsouftikis   on behalf of Creditor   Washington Real Estate Investment Trust
              lkouts@magruderpc.com, mcook@magruderpc.com
              Leslie A. Skiba   on behalf of Defendant   Network Engineering Technologies, Inc.
              lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com
              Leslie C. Heilman   on behalf of Creditor   The Morris Companies Affiliates
              heilmanl@ballardspahr.com, maddoxm@ballardspahr.com
              Leslie C. Heilman   on behalf of Creditor   Cencor Realty heilmanl@ballardspahr.com,
              maddoxm@ballardspahr.com
              Leslie C. Heilman   on behalf of Creditor   Uniwest Commercial Realty heilmanl@ballardspahr.com,
              maddoxm@ballardspahr.com
              Leslie C. Heilman   on behalf of Creditor   Brixmor Operating Partnership LP
              heilmanl@ballardspahr.com, maddoxm@ballardspahr.com
              Leslie C. Heilman   on behalf of Creditor   Federal Realty Investment Trust
              heilmanl@ballardspahr.com, maddoxm@ballardspahr.com
              Leslie C. Heilman   on behalf of Creditor   Centro Properties Group heilmanl@ballardspahr.com,
              maddoxm@ballardspahr.com
              Leslie C. Heilman   on behalf of Creditor   The Hutensky Group heilmanl@ballardspahr.com,
              maddoxm@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Leslie C. Heilman    on behalf of Creditor    UBS Realty Investors, LLC heilmanl@ballardspahr.com,
              maddoxm@ballardspahr.com
              Linda Dianne Regenhardt    on behalf of Interested Party    American Computer Development, Inc.
              regenhardtl@gmail.com
              Linda Dianne Regenhardt    on behalf of Defendant    EVGA.com Corp. regenhardtl@gmail.com
              Linda Dianne Regenhardt    on behalf of Creditor    D-Link Systems, Inc. regenhardtl@gmail.com
              Linda Sharon Broyhill    on behalf of Creditor    Heritage Plaza, LLC lbroyhill@reedsmith.com,
              nkatzen@reedsmith.com
              Linda Sharon Broyhill    on behalf of Creditor    La Frontera Village, L.P. lbroyhill@reedsmith.com,
              nkatzen@reedsmith.com
              Lisa Hudson Kim    on behalf of Creditor    Vornado Caguas LP lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    CSI Construction Company lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Mansfield SEQ 287 and Debbie, Ltd. lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Wayne VF LLC lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Lang Construction, Inc. lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BevCon I, LLC lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    VNO Mundy Street, LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    McAlister Square Partners, Ltd. lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    North Plainfield VF LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    East Brunswick VF LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Vornado Finance, LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Encinitas PFA, LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Cardinal Court, LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Movant    Vornado Realty Trust lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Ray Mucci's Inc. lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BPP Conn LLC f/k/a WEC 95 Manchester Limited
              Partnership lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Reverend Dwayne Funches lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    VNO TRU Dale Mabry, LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    BBP-Muncy LLC lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Chatham County, GA Tax Commissioner lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    PrattCenter, LLC lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    John Rohrer Contracting Company, Inc. lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Amherst VF LLC lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Chatham County Tax Commissioner lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Monument Consulting, LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Interested Party    Paul Schaapman lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Route 146 Millbury LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    NPP Development LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Hillson Electric Incorporated lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    T. J. Maxx of CA, LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    The Stop & Shop Supermarket Company LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Interstate Augusta Properties LLC lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Movant    Cynthia Olloway, Individually and as Special Administrator
              of the Estate of Cedric Coy Langston, Jr., a Deceased Minor lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    DEV Limited Partnership lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    UTC I, LLC lkim@siwpc.com,    mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    Rebecca Hylton DeCamps lkim@siwpc.com,
              mmoraczewski@siwpc.com
              Lisa Hudson Kim    on behalf of Creditor    A.D.D. Holdings, L.P. lkim@siwpc.com,
              mmoraczewski@siwpc.com

District/off: 0422-7         User: ramirez-l           Page 33 of 58          Date Rcvd: Dec 20, 2019
                            Form ID: pdford7           Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Lisa Hudson Kim   on behalf of Creditor    BPP-SC LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Alexander's Rego Park Center, Inc. lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-OH LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-VA LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-NY LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Towson VF LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    E&A Northeast Limited Partnership lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Kelly  Breitenbecher lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Baker Natick Promenade LLC lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-Redding LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Star Universal, LLC lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Vornado Gun Hill Road, LLC lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    North Bergen Tonnelle Plaza, LLC lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Marlton VF LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Green Acres Mall, LLC lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    Valley Corners Shopping Center, LLC lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Hilton Ellis Epps, Sr. lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Movant      Colonial Heights Holdings, LLC lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Phyllis M Pearson lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Creditor    BPP-WB LLC lkim@siwpc.com,  mmoraczewski@siwpc.com
          Lisa Hudson Kim   on behalf of Interested Party Christopher  Borglin lkim@siwpc.com,
           mmoraczewski@siwpc.com
          Loc  Pfeiffer   on behalf of Defendant    Mills & Nebraska, Inc. loc.pfeiffer@kutakrock.com,
           karen.thornton@kutakrock.com
          Loc  Pfeiffer   on behalf of Creditor    Schottenstein Property Group, Inc.
           loc.pfeiffer@kutakrock.com,  karen.thornton@kutakrock.com
          Louis E. Dolan, Jr.   on behalf of Defendant    California Self-Insurers Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Plaintiff    Greystone Data Systems, Inc.
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant Christine  Baker LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Defendant    TomTom, Inc. LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Louis E. Dolan, Jr.   on behalf of Creditor    California Self-Insurers' Security Fund
           LDOLAN@nixonpeabody.com,
           was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixon
           peabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.
           clerk@nixonpeabody.co
          Lucy L. Thomson    lthomson2@csc.com
          Luder F. Milton   on behalf of Defendant    Plasti-Cart, Inc. lmilton@eckertseamans.com
          Lyndel Anne Vargas   on behalf of Defendant    Cypress/Spanish Fort I LP LVargas@chfirm.com,
           chps.ecfnotices@gmail.com
          Lynn L. Tavenner   on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Lynn L. Tavenner   on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
           sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Lynn L. Tavenner    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
                    ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner    on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner    on behalf of Defendant    The Washington Post Company ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner    on behalf of Trustee    Circuit City Stores, Inc. Liquidating Trust
                    ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner    on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
                    Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner    on behalf of Plaintiff Alfred H Siegel, Trustee ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner (CC-A)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner (CC-B)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Lynn L. Tavenner (CC-C)    on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com,
                    sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com
            Madeleine C. Wanlsee    on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com
            Malcolm M. Mitchell, Jr.    on behalf of Creditor    AOL LLC mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advertising.com Inc. mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising Inc. mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Malcolm M. Mitchell, Jr.    on behalf of Defendant    AOL Advertising, Inc., fka Platform-A Inc.
                    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Malcolm M. Mitchell, Jr.    on behalf of Defendant    Superstation, Inc. mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Malcolm M. Mitchell, Jr.    on behalf of Creditor    Accent Energy California LLC
                    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Malcolm M. Mitchell, Jr.    on behalf of Creditor    Advance Real Estate Management, LLC
                    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Malcolm M. Mitchell, Jr.    on behalf of Creditor    Polaris Circuit City, LLC mmmitchell@vorys.com,
                    sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
            Margaret M. Anderson    on behalf of Creditor    Old Republic Insurance Company panderson@fhslc.com
            Mark B. Conlan    on behalf of Creditor    CC Hamburg NY Partners, LLC mconlan@gibbonslaw.com
            Mark B. Conlan    on behalf of Creditor    Chelmsford Realty Associates mconlan@gibbonslaw.com
            Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 LAWENCE ROAD , LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    DMARC 2006 Poughkeepsie LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Hickory Hollow LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Ridgeland Retail LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C1 GRAND RIVER AVENUE LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    CSFB 2005-C1 Shoppes of Plantation Acres, LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 South Lindbergh LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Unknown    Sutherland Asbill & Brennan LLP
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    LNR Partners, Inc.
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Moller Road LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as successor trustee to Bank
                    of America, N.A., as successor by merger to LaSalle Bank, N.A., as trustee for the registered
                    holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Transferee    CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED
                    PARTNERSHIP marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    CCMS 2005 CD1 Hale Road LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    C1 West Mason Street LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    GCCFC 2007-GG9 Abercorn Street Limited Partnership
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 RIDGELAND RETAIL, LLC
                    marksherrill@eversheds-sutherland.com
            Mark D. Sherrill    on behalf of Creditor    DMARC 2006 CD2 Davidson Place, LLC
                    marksherrill@eversheds-sutherland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Mall Road LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Lawrence Road LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Idle Hour Road LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Transferee    CMAT 1999-C2 Bustleton Avenue Limited Partnership
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C1 Kelly Road, LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005 C2 Parent LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CGCMT 2006 C5 Glenway Avenue LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    WBCMT 2005-C21 South Ocean Gate Avenue Limited
                    Partnership marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Eastex Freeway, LLC, a Texas Limited
                    Liability Company marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Bustleton Avenue Limited Partnership
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the Registered
                    Holders of Banc of America Commercial Mortgage Inc. Commercial Mortgage Pass-Through
                    Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-CI KELLY ROAD, LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    CMAT 1999 C2 Emporium Drive LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Creditor    GECMC 2005-C2 Ludwig Drive, LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Sherrill    on behalf of Interested Party    CMAT 1999-C2 EMPORIUM DRIVE LLC
                    marksherrill@eversheds-sutherland.com
              Mark D. Taylor    on behalf of Defendant    The Weather Channel, LLC f/k/a The Weather Channel
                    Interactive, Inc. mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Triangle Equities Junction LLC mtaylor@vlplawgroup.com
              Mark D. Taylor    on behalf of Creditor    Lenovo USA mtaylor@vlplawgroup.com
              Mark E. Browning    on behalf of Defendant    Susan Combs, as Comptroller of Public Accounts of the
                    State of Texas, and Greg Abbott, as Attorney General of the State of Texas
                    bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts
                    bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark E. Browning    on behalf of Creditor    Texas Comptroller of Public Accounts and Texas
                    Workforce Commission bk-mbrowning@oag.state.tx.us,  sherri.simpson@oag.state.tx.us
              Mark J. Friedman    on behalf of Defendant    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    InnerWorkings, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Defendant    Creative Labs, Inc. mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    Morgan Hill Retail Venture, LP
                    mark.friedman@dlapiper.com
              Mark J. Friedman    on behalf of Creditor    West Marine Products, Inc. mark.friedman@dlapiper.com
              Mark K. Ames    on behalf of Creditor    Commonwealth of Virginia, Department of Taxation
                    mark@taxva.com,  amanda@taxva.com
              Mark K. Ames    on behalf of Creditor    Louisiana Department of Revenue mark@taxva.com,
                    amanda@taxva.com
              Mark X. Mullin    on behalf of Creditor    Phoenix Property Company mark.mullin@haynesboone.com,
                    dian.gwinnup@haynesboone.com
              Mark X. Mullin    on behalf of Creditor    BB Fonds International 1 USA, L.P.
                    mark.mullin@haynesboone.com,  dian.gwinnup@haynesboone.com
              Martha E. Hulley    on behalf of Creditor    Developers Realty, Inc. martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Fayetteville Developers, LLC
                    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Westfield, LLC martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    The Balogh Companies martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Brandywine Grande C, L.P.
                    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Benenson Capital Company martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CK Richmond Business Services #2, LLC
                    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    Cardinal Capital Partners
                    martha.hulley@leclairryan.com,  erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martha E. Hulley    on behalf of Creditor    CC Kingsport 98, LLC martha.hulley@leclairryan.com,
                    erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
              Martin A. Brown    on behalf of Creditor    Express Services, Inc. martin.brown@lawokc.com
              Martin A. Brown    on behalf of Creditor    Creditor Express Personnel Services, Inc
                    martin.brown@lawokc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Martin J.A. Yeager    on behalf of Creditor Loren  Stocker myeager@landcarroll.com
              Mary E. Olden    on behalf of Creditor    Colorado Structures, Inc. dba CSI Construction Co.
                molden@mhalaw.com,  akauba@mhalaw.com
              Mary Louise Fullington    on behalf of Creditor    Scripps Networks Interactive, Inc.
                lexbankruptcy@wyattfirm.com
              Matthew Righetti    on behalf of Creditor Jonathan  Card matt@righettilaw.com,
                kelly@righettilaw.com
              Matthew Righetti    on behalf of Creditor Jack  Hernandez matt@righettilaw.com,
                kelly@righettilaw.com
              Matthew Righetti    on behalf of Creditor Joseph  Skaf matt@righettilaw.com,
                kelly@righettilaw.com
              Matthew Righetti    on behalf of Creditor Jonthan  Card matt@righettilaw.com,
                kelly@righettilaw.com
              Matthew Righetti    on behalf of Creditor Vadim  Rylov matt@righettilaw.com,
                kelly@righettilaw.com
              Matthew A. Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Matthew E. Hoffman    on behalf of Creditor    Principal Life Insurance Company
                mehoffman@duanemorris.com,  lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew E. Hoffman    on behalf of Creditor    Audiovox Corporation mehoffman@duanemorris.com,
                lltaylor@duanemorris.com;lstopol@levystopol.com
              Matthew J. Ellis    on behalf of Creditor    Montgomery County Trustee mellis@batsonnolan.com
              Matthew V. Spero    on behalf of Creditor    CC-Investors 1995-6 matthew.spero@rivkin.com
              Melissa S. Hayward    on behalf of Creditor    Parago, Inc. mhayward@lockelord.com
              Melissa S. Hayward    on behalf of Creditor    Home Depot USA, Inc. mhayward@lockelord.com
              Meredith Linn Yoder    on behalf of Creditor    Edwin Watts Golf Shops, LLC
                myoder@parkerpollard.com,
                sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Meredith Linn Yoder    on behalf of Creditor    MDS Realty II, LLC myoder@parkerpollard.com,
                sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com
              Michael Reed    on behalf of Creditor    City of Midland et al othercourts@mvbalaw.com
              Michael Reed    on behalf of Creditor    City of Waco et al othercourts@mvbalaw.com
              Michael Reed    on behalf of Creditor    Tax Appraisal District of Bell County et al
                othercourts@mvbalaw.com
              Michael Reed    on behalf of Creditor    Williamson County et al othercourts@mvbalaw.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Taunton MA, LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Shopping.com, Inc. michael.condyles@kutakrock.com,
                lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Chase Bank USA, National Association
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    KSK Scottsdale Mall LP
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Magna Trust Company, Trustee
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    GE Fleet michael.condyles@kutakrock.com,
                lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Interested Party    Epson America, Inc.
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Kennesaw GA, LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Schottenstein Property Group, Inc.
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Mesquite TX, LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    CBL & Associates Management, Inc.
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    The Shoppes of Beavercreek Ltd.
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole CC Aurora CO, LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Circuit Sports, L.P. michael.condyles@kutakrock.com,
                lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Jubilee-Springdale, LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Defendant    Epson America, Inc. michael.condyles@kutakrock.com,
                lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Sony Electronics, Inc.
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    JP Morgan Chase & Co.
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Bank One Delaware, National Association n/k/a Chase
                Bank, USA michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    The Landing at Arbor Place II, LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Cole Capital Partners, LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com
              Michael A. Condyles    on behalf of Creditor    Hickory Ridge Pavilion LLC
                michael.condyles@kutakrock.com,  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael A. Stover    on behalf of Defendant    Safeco Insurance Company of America
          mstover@wcslaw.com,  whopkins@wcslaw.com
          Michael Callahan Crowley    on behalf of Defendant    White-Spunner Construction Inc.
          mcrowley@asm-law.com
          Michael Callahan Crowley    on behalf of Creditor    White-Spunner Construction, Inc.
          mcrowley@asm-law.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Tamarack Village Shopping Center Limited Partnership
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    CHK, LLC mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Whitestone Development Partners, L.P.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Archbrook Laguna, LLC, dba I. Lehrhoff & Company,
          Inc. mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    U.S. Luggage, LLC mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    CC-Investors 1995-6 mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Continental Property Management Corp.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Rancon Realty Fund IV mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Saitek Industries Ltd. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Catellus Operating Limited Partnership
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Commercial Property Management,  Inc.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Plaintiff    CC-Investors 1995-6 mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Warner Home Video mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    James H. Wimmer, Jr., personally
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Sennheisser Electronic Corp.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Robyn N. Davis mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Lawrence W. Fay mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Mad Catz, Inc. dba Saitek Industries Ltd.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    North American Roofing Services, Inc.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Team Retail Westbank, Ltd.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Jeffrey R. Leopold mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Southwest Management LLC
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Giant Eagle, Inc. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    ArchBrook Laguna, LLC f/k/a BDI-Laguna, Inc.
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Gateway Center Properties III, LLC and SMR Gateway
          III, LLC as tenants in common mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland US Management LLC mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Concar Enterprises, Inc. mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    SEA Properties I, LLC mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland American Retail Management LLC
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Cermak Plaza Associates, LLC
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor Bruce H. Besanko mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Inland Pacific Property Services LLC
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Kimco Realty Corporation mmueller@williamsmullen.com,
          avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Creditor    Union Square Retail Trust
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com
          Michael D. Mueller    on behalf of Defendant    Honeywell International Inc. dba ADI
          mmueller@williamsmullen.com,  avaughn@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael D. Mueller   on behalf of Creditor   La Habra Imperial, LLC mmueller@williamsmullen.com,
                avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   P/A Acadia Pelham Manor, LLC
                mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   Warner Home Video, a division of Warner Bros. Home
                Entertainment, Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   Texas Instruments Incorporated
                mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor Savitri  Cohen mmueller@williamsmullen.com,
                avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Teachers Insurance and Annuity Association of
                America mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Market Heights, Ltd mmueller@williamsmullen.com,
                avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Defendant   U.S. Luggage Co. mmueller@williamsmullen.com,
                avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   RD Bloomfield Associates Limited Partnership
                mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Ergotron, Inc. f/k/a OmniMount Systems, Inc.
                mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Acadia Realty Limited Partnership
                mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael D. Mueller   on behalf of Creditor   Bagby & Russell Electric Company, Inc.
                mmueller@williamsmullen.com, avaughn@williamsmullen.com
              Michael E. Hastings   on behalf of Creditor   Eastern Security Corp. mhastings@wtplaw.com,
                twhitt@wtplaw.com
              Michael F. Ruggio   on behalf of Creditor   MD-GSI Associates mruggio@ralaw.com
              Michael J. Sage   on behalf of Creditor   Pan Am Equities msage@omm.com, kzeldman@omm.com
              Michael John O'Grady   on behalf of Creditor   Convergys Customer Management Group Inc.
                mjogrady@fbtlaw.com
              Michael Keith McCrory   on behalf of Creditor   Klipsch, LLC mmcrory@btlaw.com
              Michael L. Wilhelm   on behalf of Creditor Ruby  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Lilly  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Harry  Hallaian ECF@w2lg.com
              Michael L. Wilhelm   on behalf of Creditor Leon  Hallaian ECF@w2lg.com
              Michael P. Falzone   on behalf of Creditor   Huntington Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   WD Partners, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Woodlawn Trustees Incorporated mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   The Cafaro Northwest Partnership, dba South Hill
                Mall mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Patriot Enterprises of NY, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Martinair, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Basile Limited Liability Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Standard Electric Supply Co., Inc.
                mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   RTS Marketing, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Fuel Creative, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   DG FastChannel, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Howland Commons Partnership, an Ohio gen partnership
                dba Howland Commons mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Streater Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   502-12 86th Street LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Vertis, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Kentucky Oaks Mall Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Altamonte Springs Real Estate Associates, LLC
                mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   M and M Berman Enterprises mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Cameron Group Associates LLP mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Gallatin Management Associates, LLC
                mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Dickson Management Associates, LLC
                mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Spring Hill Development Partners, GP
                mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Cottonwood Corners-Phase V, LLC mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Remount Road Associates Limited Partnership
                mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   BellO International Corp. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Defendant   Amore Construction Company mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Creditor   Modelogic, Inc. mfalzone@hf-law.com
              Michael P. Falzone   on behalf of Interested Party   Systemax, Inc. mfalzone@hf-law.com
              Michael S. Kogan   on behalf of Creditor   Ditan Distribution LLC mkogan@koganlawfirm.com,
                mkogan@koganlawfirm.com
              Min  Park   on behalf of Creditor   Inland Southwest Management LLC, Inland American Retail
                Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland
                Continental Property Management Corp., and Inland Commerc mpark@cblh.com
              Mindy A. Mora   on behalf of Creditor   Wells Fargo Bank, N.A. mmora@bilzin.com,
                eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com

```
District/off: 0422-7          User: ramirez-l          Page 39 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Mindy D. Cohn   on behalf of Creditor   Visiontek Products, LLC mcohn@winston.com
              Mitchell B. Weitzman   on behalf of Creditor   Madison Waldorf, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   The Ziegler Companies mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Simon Property Group, Inc. mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Mitchell B. Weitzman   on behalf of Creditor   Tysons 3, LLC mweitzman@jackscamp.com,
               swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com
              Nancy F. Loftus   on behalf of Creditor   Fairfax County, VA Nancy.Loftus@fairfaxcounty.gov
              Nathan  Jones   on behalf of Transferee   US Debt Recovery LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery XII, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery, XI, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   Us Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   United States Debt Recovery, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery XI, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery VIII, L.P. heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   Us debt recovery, XII, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery V, LP heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery IV, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery III, LLC heather@usdrllc.com
              Nathan  Jones   on behalf of Creditor   US Debt Recovery X, LLC heather@usdrllc.com
              Neil E. McCullagh   on behalf of Creditor   PNY Technologies, Inc. nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery IV LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Raymond & Main Retail, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Shelby Properties TX, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Interested Party   Marblegate Asset Management
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Chino South Retail PG, LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Newspaper Agency Company LLC d/b/a MediaOne of Utah
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   United States Debt Recovery, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Hobgood & Rutherford LLC, f/k/a Johnson, Hobgood &
               Rutherford LLC nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Dentici Family Limited Partnership
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor   Pintar Investment Properties TX, LLC
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   Cleveland Construction, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor c/o William A. Wood   Panattoni Construction, Inc.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
              Neil E. McCullagh   on behalf of Defendant   United States Debt Recovery III, L.P.
               nmccullagh@spottsfain.com,
               eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
               nsby@spottsfain.com;kmoses@spottsfain.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Neil E. McCullagh    on behalf of Creditor    Casio, Inc. nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    Casio, Inc. nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor Peter  Weedfald nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    iGoDitgal, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    Mitek Corporation (MTX) nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    Corporate Facilities Group, Inc. d/b/a Facilities
      Engineering nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for VVI
      Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX,
      LLC, and Pintar Investment Properties TX, LLC, Cha nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    Northglenn Retail, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    Dudley Mitchell Properties TX, LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    Bagby Electric of Virginia, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    Panattoni Construction Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    Parkway Enterprises, LLC d/b/a Parkway Enterprises
      LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery III, LP
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    TI PI Texas, LLC nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
      Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    Techcraft Manufacturing, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    US Debt Recovery V, LP nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    Newspaper Agency Co, Inc. d/b/a MediaOne of Utah
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Defendant    United States Debt Recovery LLC
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    Cleveland Construction, Inc.
      nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

      Neil E. McCullagh    on behalf of Creditor    Cormark, Inc. nmccullagh@spottsfain.com,
      eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
      nsby@spottsfain.com;kmoses@spottsfain.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil E. McCullagh   on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh   on behalf of Attorney    Spotts Fain PC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Scripps Networks Interactive, Inc.
          nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Neil E. McCullagh   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for EPC
          Denton Gateway, LLC nmccullagh@spottsfain.com,
          eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;ehor
          nsby@spottsfain.com;kmoses@spottsfain.com
          Nicholas W. Whittenburg   on behalf of Creditor    Cleveland Towne Center, LLC
          nwhittenburg@millermartin.com,  mcsmith@millermartin.com
          Oscar Baldwin Fears, III   on behalf of Creditor    Georgia Department of Revenue
          bfears@law.ga.gov,  jjacobs@law.ga.gov
          P. Matthew Roberts   on behalf of Creditor    Hillsborough County, FL matt@godwinjonesandprice.com
          P. Matthew Roberts   on behalf of Creditor    CDB Falcon Sunland Plaza, LP
          matt@godwinjonesandprice.com
          Patrick M. Birney   on behalf of Creditor    Schimenti Construction Company LLC pbirney@rc.com,
          ctrivigno@rc.com
          Paul J. Pascuzzi   on behalf of Interested Party    Miami Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Biloxi Sun Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Merced Sun Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Fresno Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Wichita Eagle ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Macon Telegraph ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    The McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    McClatchy Company ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Fort Worth Star-Telegram ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Sacramento Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Island Packet ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Charlotte Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Centre Daily Times (State College)
          ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Belleville News-Democrat ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Idaho Statesman ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Olympian ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Modesto Bee ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Bradenton Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    Lexington Herald-Leader ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbus Ledger-Enquirer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tri-City Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Bellingham Herald ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Myrtle Beach Sun News ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Raleigh News & Observer ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Kansas City Star ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Interested Party    San Luis Obispo Tribune ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Columbia State ppascuzzi@ffwplaw.com
          Paul J. Pascuzzi   on behalf of Creditor    Tacoma News, Inc. ppascuzzi@ffwplaw.com
          Paul K. Campsen   on behalf of Defendant    Griffin Marketing & Promotions, Inc.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Lea Company, a Virginia general partnership, the
          Assignee from Newport News Shopping Center, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Tritronics, Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Ramco West Oaks I, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Newport News Shopping Center, L.L.C.
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Google Inc. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Site A, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    TKG Coffee Tree, L.P. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Grand Junction Investors 1998, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Crossways Financial Associates, LLC
          pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    CC Springs, L.L.C. pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    MHW Warner Robins, LLC pkcampsen@kaufcan.com
          Paul K. Campsen   on behalf of Creditor    Vance Baldwin, Inc. pkcampsen@kaufcan.com
          Paul M. Black   on behalf of Creditor    Sony Pictures Home Entertainment Inc.
          pblack@spilmanlaw.com,  vskevington@spilmanlaw.com;scormany@spilmanlaw.com
          Paul McCourt Curley   on behalf of Creditor Jon C. Geith paul.curley@sixeastlaw.com
          Paul McCourt Curley   on behalf of Creditor Laurie  Lambert-Gaffney paul.curley@sixeastlaw.com
          Paul McCourt Curley   on behalf of Creditor    Carrollton Arms, LLC paul.curley@sixeastlaw.com
          Paul Michael Schrader   on behalf of Creditor    Contra Costa Times, Inc.
          pschrader@fullertonlaw.com,  paul-schrader-1243@ecf.pacerpro.com

District/off: 0422-7          User: ramirez-l          Page 42 of 58          Date Rcvd: Dec 20, 2019
                              Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul Michael Schrader    on behalf of Creditor    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Bay Area News Group East Bay, LLC
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    San Jose Mercury-News, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Export Development Canada
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    MediaNews Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. and San Jose Mercury-News,
          Inc., jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San
          Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Caribbean Display & Construction, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    TIN Inc. d/b/a Temple-Inland Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    ANG Newspapers pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Contra Costs Times pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc., Bay Area News Group
          East Bay, LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper
          Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Artitali Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspaper Group, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    MediaNews Group, Inc. pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNewsGroup pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    BayAreaNews Group pschrader@fullertonlaw.com,
          paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Defendant    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul Michael Schrader    on behalf of Creditor    Alameda Newspapers, Inc.
          pschrader@fullertonlaw.com,    paul-schrader-1243@ecf.pacerpro.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Wichita Falls 98, L.L.C.; CC Ridgeland 98,
          L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98, L.L.C.;and CC Countryside 98, L.L.C.
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Okaloosa County Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hayward 880,LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Bay County Florida tax collector
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Hillsborough County, FL pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CarMax, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Palm Beach County Tax Collector
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    CC Countryside 98, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County Florida Tax Collector
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Dollar Tree Stores, Inc. pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Westlake Limited Partnership
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Orange County Florida Tax Collector
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Osceola County, Florida pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Manatee County Florida Tax Collector
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Highlands County, Florida
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.    on behalf of Creditor    Miami-Dade County Tax Collector
          pbliley@williamsmullen.com,    rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 43 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Paul S. Bliley, Jr.   on behalf of Creditor   Pinnellas County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Interested Party   Carmax Business Services, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Defendant   Stephen Gould Corporation
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Seminole County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Hernendo County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Save Mart Supermarkets pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Stillwater Designs and Audio, Inc.
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Torrington Tripletts, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   CC-Investors 1997-4 pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Brevard County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Crown CCI, LLC pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   1890 Ranch, Ltd. pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Burbank Mall Associates, LLC
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Lee County Tax Collector pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Tax Collector, Polk County, Florida
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Marion County, Florida pbliley@williamsmullen.com,
           rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Polk County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Willaims Mullen Clark and Dobbins
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paul S. Bliley, Jr.   on behalf of Creditor   Indian River County Florida Tax Collector
           pbliley@williamsmullen.com,  rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Paula A. Hall   on behalf of Defendant   Stanecki Inc. d/b/a Don Lors Electronics
           hall@bwst-law.com,  marbury@bwst-law.com
          Paula S. Beran   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel, Trustee of the Circuit City Stores,
           Inc. Liquidating Trust pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran   on behalf of Trustee   Circuit City Stores, Inc. Liquidating Trust
           pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-A)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-B)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Paula S. Beran (CC-C)   on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com,
           ltavenner@tb-lawfirm.com;sdigiorgio@tb-lawfirm.com;lnelson@tb-lawfirm.com;dtabakin@tb-lawfirm.com
          Peter A. Greenburg   on behalf of Defendant   Premier Resources International LLC
           pgreenburg@aol.com
          Peter A. Greenburg   on behalf of Creditor   Premier Resources, LLC pgreenburg@aol.com
          Peter C.L. Roth   on behalf of Creditor   State of New Hampshire Department of Revenue
           Administration peter.roth@DRA.nh.gov
          Peter D. Bilowz   on behalf of Creditor   Jantzen Dynamic Corporation pbilowz@goulstonstorrs.com,
           drosner@goulstonstorrs.com
          Peter E. Strniste, Jr.   on behalf of Creditor   Schimenti Construction Company LLC
           pstrniste@rc.com,  kcooper@rc.com
          Peter G. Zemanian   on behalf of Defendant   American Broadcasting Companies, Inc. d/b/a WABC TV
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WPVI Television, LLC pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   Disney Interactive Distribution, et al.
           pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Buena Vista Home Entertainment, Inc.
           pete@zemanianlaw.com

District/off: 0422-7          User: ramirez-l          Page 44 of 58          Date Rcvd: Dec 20, 2019
                              Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Peter G. Zemanian   on behalf of Defendant   ABC Holding Company, Inc., d/b/a KABC TV
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   JP Morgan Chase Bank, N.A. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Skullcandy, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KTRK Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Staples Contract & Commercial, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Creditor   TiVo Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   WLS Television, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   KGO Television, Inc. a/k/a KGO-TV, and ABC, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Cobra Electronics Corporation pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Argo Partners pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Distribution pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   ESPN, Inc., d/b/a ESPN2 pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Disney Interactive Studios, Inc. pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Corporate Express Office Products, Inc.
            pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   The Washington Post Company pete@zemanianlaw.com
          Peter G. Zemanian   on behalf of Defendant   Bose Corporation pete@zemanianlaw.com
          Peter J. Barrett   on behalf of Creditor   Mayfair MDCC peter.barrett@kutakrock.com,
            charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Mayfair ORCC peter.barrett@kutakrock.com,
            charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   Gelco Corporation, d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Sony Electronics, Inc. peter.barrett@kutakrock.com,
            charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Cole CC Groveland FL, LLC peter.barrett@kutakrock.com,
            charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   Sony Electronics Inc., A/K/A Sony
            peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Gelco Corporation d/b/a GE Fleet Services
            peter.barrett@kutakrock.com,  charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Creditor   Sharpe Partners, LLC peter.barrett@kutakrock.com,
            charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   Sony Electronics Inc. peter.barrett@kutakrock.com,
            charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Barrett   on behalf of Defendant   SONY ELECTRONICS, INC., A/K/A SONY AND CREDIT SUISSE
            LOAN FUNDING, LLC peter.barrett@kutakrock.com,
            charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com
          Peter J. Carney   on behalf of Creditor c/o William S. Coats   Pinnacle Systems, Inc.
            pcarney@whitecase.com,  hletourneau@whitecase.com
          Peter M. Pearl   on behalf of Movant   Colonial Heights Holdings, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   PrattCenter, LLC ppearl@spilmanlaw.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch Entertainment Distribution LLC
            ppearl@sandsanderson.com,  scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Defendant   Koch International L.P. ppearl@sandsanderson.com,
            scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Sony Pictures Home Entertainment Inc.
            ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Peter M. Pearl   on behalf of Creditor   Valley Corners Shopping Center, LLC
            ppearl@spilmanlaw.com, scormany@spilmanlaw.com
          Philip C. Baxa   on behalf of Creditor   Mitsubishi Digital Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Roy  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   JWC Loftus LLC pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Counter-Claimant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Dicker-Warmington Properties pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor Joanne  Eisner pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Defendant   Mitsubishi Electronics America, Inc.
            pbaxa@sandsanderson.com,  rarrington@sandsanderson.com
          Philip C. Baxa   on behalf of Creditor   Onkyo USA Corporation pbaxa@sandsanderson.com,
            rarrington@sandsanderson.com
          Philip James Meitl   on behalf of Defendant   Gorilla Nation Media, LLC pj.meitl@bryancave.com,
            john.leininger@bryancave.com
```

District/off: 0422-7            User: ramirez-l          Page 45 of 58         Date Rcvd: Dec 20, 2019
                               Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Philip James Meitl    on behalf of Creditor    Capmark Finance, Inc. pj.meitl@bryancave.com,
               john.leininger@bryancave.com
              Philip James Meitl    on behalf of Defendant    DBL Distributing, LLC pj.meitl@bryancave.com,
               john.leininger@bryancave.com
              R. Chase Palmer    on behalf of Creditor Dennis  Morgan cpalmerplf@gmail.com
              Rafael X. Zahralddin-Aravena    on behalf of Creditor    Symantec Corp rxza@elliottgreenleaf.com
              Rand L. Gelber    on behalf of Creditor    Maricopa County Treasurer RGelberMD@aol.com
              Raymond  Pring, Jr.    on behalf of Creditor Laura L Scannell rpring@pringlaw.com,
               raypri24@hotmail.com
              Raymond William Battaglia    on behalf of Creditor    Miner Corporation rbattaglia@obht.com
              Rebecca L. Saitta    on behalf of Creditor    Bond C.C. I Delaware Business Trust
               rsaitta@wileyrein.com,  rours@wileyrein.com;khertz@wileyrein.com
              Reid Steven Whitten    on behalf of Creditor    LaSalle Bank National Association, as trustee for
               C1 Trust, acting by and through Midland Loan Services, Inc rwhitten@sheppardmullin.com
              Rhett E. Petcher    on behalf of Interested Party    36 Monmouth Plaza LLC rpetcher@seyfarth.com
              Rhett E. Petcher    on behalf of Creditor    Engineered Structures, Inc. rpetcher@seyfarth.com
              Richard C. Maxwell    on behalf of Interested Party    Park National Bank rmaxwell@woodsrogers.com,
               jmartin@woodsrogers.com
              Richard C. Maxwell    on behalf of Interested Party    Wells Fargo Bank Northwest, National
               Association rmaxwell@woodsrogers.com,  jmartin@woodsrogers.com
              Richard E. Girgado    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector
               rgirgado@counsel.lacounty.gov
              Richard E. Hagerty    on behalf of Defendant    SAP Industries, Inc. fka SAP Retail Inc.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor Richard S. Birnbaum
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    Southroads, L.L.C.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    Carlyle-Cypress Tuscaloosa, LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor Michael T. Chalifoux
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    Northcliff Residual Parcel 4 LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    SAP Retail Inc. and Business Objects
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    Craig-Clarksville Tennessee LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor James H. Wimmer, Jr.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    Plantation Point Development, LLC
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    Wal-Mart Stores, Inc.
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Creditor    Certain Benefit Restoration Plan Claimants
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om
              Richard E. Hagerty    on behalf of Attorney    Troutman Sanders LLP
               richard.hagerty@troutmansanders.com,
               sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
               om

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Richard E. Hagerty   on behalf of Creditor   Triangle Equities Junction LLC
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
              om
             Richard E. Hagerty   on behalf of Creditor   Cosmo-Eastgate, ltd
              richard.hagerty@troutmansanders.com,
              sharron.fay@troutmansanders.com;jacqueline.edwards@troutmansanders.com;natalya.diamond@troutman.c
              om
             Richard E. Lear   on behalf of Creditor   Plaza Las Americas, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
             Richard E. Lear   on behalf of Creditor   CapTech Ventures, Inc. richard.lear@hklaw.com,
              kimi.odonnell@hklaw.com
             Richard F. Stein   on behalf of Creditor   Internal Revenue Service
              richard.f.stein@irscounsel.treas.gov, USAVAE.RIC.ECF.BANK@usdoj.gov
             Richard Iain Hutson   on behalf of Creditor   Sharp Electronics Corporation rhutson@fftlaw.com,
              lramsey@fftlaw.com
             Richard M. Maseles   on behalf of Creditor   Missouri Department of Revenue edvaecf@dor.mo.gov
             Richard S. Yarow   on behalf of Defendant   Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com
             Richard Thomas Pledger   on behalf of Defendant   Safeco Insurance Company of America
              rpledger@wcslaw.com, wcabell@wcslaw.com
             Richard Thomas Pledger   on behalf of Counter-Claimant   Safeco Insurance Company of America
              rpledger@wcslaw.com, wcabell@wcslaw.com
             Richard Thomas Pledger   on behalf of 3rd Party Plaintiff   Safeco Insurance Company of America
              rpledger@wcslaw.com, wcabell@wcslaw.com
             Robert Asperger   on behalf of 3rd Pty Defendant   STATE OF CALIFORNIA bob.asperger@doj.ca.gov,
              nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov
             Robert A. Canfield   on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
             Robert A. Canfield   on behalf of Defendant   B&L Floorcovering, Inc. bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
             Robert A. Canfield   on behalf of Creditor Laurie  Lambert-Gaffney bcanfield@canfieldbaer.com,
              jcooper@canfieldbaer.com;kkruck@canfieldbaer.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com;j
              eancanfield@comcast.net
             Robert B. Hill   on behalf of Creditor   Columbia Plaza Joint Venture bankruptcy@hillrainey.com,
              kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
             Robert B. Hill   on behalf of Creditor   Columbia Plaza Shopping Ceter Venture
              bankruptcy@hillrainey.com,
              kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
             Robert B. Hill   on behalf of Creditor Decarla  Taylor-Conyers bankruptcy@hillrainey.com,
              kvillafane@hillrainey.com;&hr67619@notify.bestcase.com;thall@hillrainey.com
             Robert B. Van Arsdale   on behalf of U.S. Trustee John P. Fitzgerald
              Robert.B.Van.Arsdale@usdoj.gov
             Robert B. Van Arsdale   on behalf of U.S. Trustee Judy A. Robbins Robert.B.Van.Arsdale@usdoj.gov
             Robert B. Van Arsdale   on behalf of Defendant John P. Fitzgerald Robert.B.Van.Arsdale@usdoj.gov
             Robert B. Van Arsdale   on behalf of Defendant John P. Fitzgerald, Acting United States Trustee
              for Region Four Robert.B.Van.Arsdale@usdoj.gov
             Robert C. Edmundson   on behalf of Creditor   Office of Attorney General, Pennsylvania Department
              of Revenue redmundson@attorneygeneral.gov
             Robert D. Albergotti   on behalf of Creditor   Universal Display and Fixtures Company
              robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com;john.middleton@haynesboone.com
             Robert D. Clark   on behalf of Creditor   Douglas County, CO rclark@douglas.co.us
             Robert D. Clark   on behalf of Creditor   Treasurer of Douglas County, Colorado
              rclark@douglas.co.us
             Robert D. Tepper   on behalf of Creditor   CP Management Corp. as agent for Orland Towne Center,
              L.L.C. rtepper@sabt.com
             Robert E. Scully, Jr.   on behalf of Creditor   T.D. Farrell Construction, Inc.
              rscully@stites.com, docketclerkalex@stites.com
             Robert Field Moorman   on behalf of Defendant   Forsythe Solutions Group, Inc.
              rfm@kanejeffries.com, rmoorman@moormanlaw.com
             Robert J. Brown   on behalf of Creditor   CB Richard Ellis / Louisville, LLC
              Lexbankruptcy@wyattfirm.com
             Robert J. Feinstein   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
              rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
             Robert J.E. Edwards   on behalf of Unknown   KeyBank National Association redwards@polsinelli.com,
              tbackus@polsinelli.com
             Robert J.E. Edwards   on behalf of Creditor   U.S Bank National Association as Trustee
              redwards@polsinelli.com, tbackus@polsinelli.com
             Robert K. Coulter   on behalf of Creditor   United States of America robert.coulter@usdoj.gov,
              USAVAE.ALX.ECF.BANK@usdoj.gov
             Robert Kenneth Minkoff   on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
              rminkoff@cedargladecapital.com
             Robert Kenneth Minkoff   on behalf of Creditor   Collective Media rminkoff@cedargladecapital.com
             Robert Kenneth Minkoff   on behalf of Creditor   Cedar Glade, LP rminkoff@cedargladecapital.com
             Robert L. LeHane   on behalf of Creditor   DDR Corp. f/k/a Developers Diversified Realty Corp.
              rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert L. LeHane    on behalf of Creditor    The Woodmont Company rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Basser-Kaufman rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    WEC 99A-2LLC rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    General Growth Properties, Inc. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Ashkenazy Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Developers Diversified Realty Corporation
              rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Jones Lang LaSalle Americas, Inc.
              rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    S.J. Collins Enterprises, Goodman Enterprises, DeHart
              Holdings and Weeks Properties CG Holdings rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    AAC Management Corp. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Regency Centers, L.P. rlehane@kelleydrye.com,
              KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Philips International Holding Corp.
              rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Benderson Development Company, LLC
              rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Continental Properties Company, Inc.
              rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
              Robert L. LeHane    on behalf of Creditor    Weingarten Realty Investors and Its Affiliates
              rlehane@kelleydrye.com,   KDWBankruptcyDepartment@KelleyDrye.com
              Robert M. Marino    on behalf of Plaintiff    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com,   rmmarinol@aol.com
              Robert M. Marino    on behalf of Creditor    Ryan, Inc. f/k/a Ryan & Company, Inc.
              rmmarino@rpb-law.com,   rmmarinol@aol.com
              Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES CUSTOM SERVICE
              Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert P. McIntosh    on behalf of 3rd Pty Defendant    UNITED STATES Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert P. McIntosh    on behalf of Creditor    United States of America Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert P. McIntosh    on behalf of 3rd Pty Defendant    United States of America, Department of
              Homeland Security, Customs and Border Protection Robert.McIntosh@usdoj.gov,
              USAVAE.RIC.ECF.CIVIL@usdoj.gov;Heidi.E.Bokor@usdoj.gov;HBokor@usa.doj.gov
              Robert R. Vieth    on behalf of Defendant    D&H Distributing Co. rvieth@ltblaw.com,
              DHowes@hirschlerlaw.com
              Robert R. Vieth    on behalf of Defendant    Logitech, Inc. rvieth@ltblaw.com,
              DHowes@hirschlerlaw.com
              Robert R. Vieth    on behalf of Defendant    TruEffect, Inc. rvieth@ltblaw.com,
              DHowes@hirschlerlaw.com
              Robert Ryland Musick    on behalf of Defendant    IBM Credit, LLC bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Booth Newspapers, Inc., d/b/a The Bay City Times,
              Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette,
              Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton
              bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Newark Morning Ledger Co. bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Times-Picayune, L.L.C. d/b/a The
              Times-Picayune bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Northeast Ohio Marketing Network, LLC
              bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Oregonian Publishing Company LLC d/b/a The
              Oregonian Publishing Co. bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
              Constructors bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Birmingham News Company bmusick@t-mlaw.com,
              karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    Advance Publications, Inc., d/b/a Newhouse
              Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    International Business Machines Corporation
              bmusick@t-mlaw.com,   karnett@t-mlaw.com
              Robert Ryland Musick    on behalf of Defendant    The Herald Publishing Company, LLC
              bmusick@t-mlaw.com,   karnett@t-mlaw.com

District/off: 0422-7          User: ramirez-l          Page 48 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robert S. Westermann   on behalf of Creditor    Panasonic Corporation of North America
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Old Republic Insurance Company
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Counter-Claimant   Eastman Kodak Company
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    National A-1, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Galleria Plaza, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Atlantic Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Cyber Power Systems (USA), Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Vector Security, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Towne Square Plaza rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Fuel Creative, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    COMSYS Information Technology Services, Inc. and
          COMSYS Services, LLC rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Old Republic Insurance Company
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Klaussner Furniture Industries, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   The CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Pop's Cosmic Counters, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Cypress/CC Marion I, L.P. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Marblegate Asset Management
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Transferee   Marblegate Special Opportunities Master Fund LP
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Cameron Group Associates LLP
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Starlight Marketing, Ltd. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services, Inc.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Taubman Auburn Hills Associates Limited
          Partnership rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    TXU Engergy Retail Company LLC
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Alvarez & Marsal Canada, ULC
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Starlite/Starlight Marketing, Ltd.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Venetian Casino Resort, LLC
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Longacre Opportunity Fund, L.P.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Eastman Kodak Company rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Creditor    Harvest/HPE LP rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Fasteners For Retail, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   CCDC Marion Portfolio, L.P.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Interested Party   Systemax, Inc. rwestermann@hf-law.com,
          rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Denver Newspaper Agency LLP
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   Marblegate Special Opportunities Master Fund L.P.
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robert S. Westermann   on behalf of Defendant   CIT Group/Commercial Services
          rwestermann@hf-law.com,  rhenderson@hf-law.com
          Robin S. Abramowitz   on behalf of Creditor    CC Merrilville Trust abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    Bond Circuit VIII Delaware Business Trust
          abramowitz@larypc.com
          Robin S. Abramowitz   on behalf of Creditor    CC Colonial Trust abramowitz@larypc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Robin S. Abramowitz   on behalf of Creditor    CC Joliet Trust abramowitz@larypc.com
          Rodney F. Page   on behalf of Creditor    Wells Fargo Bank, N.A. rfpage@bclplaw.com
          Rodney F. Page   on behalf of Creditor    Bank of America, N.A. rfpage@bclplaw.com
          Rodney F. Page   on behalf of Creditor    Berkadia Commercial Mortgage LLC rfpage@bclplaw.com
          Ron C. Bingham, II   on behalf of Creditor c/o Ron C. Bingham Stites & Harbison, PLLC T.D.
          Farrell Construction, Inc. rbingham@stites.com,  dclayton@stites.com
          Ronald A. Page, Jr.   on behalf of Creditor    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,  r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Attorney    Ronald Page, PLC rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Defendant    Miner Fleet Management Group, LLC, fka Miner Fleet
          Management Group, Ltd. rpage@rpagelaw.com,  r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor    Cormark, Inc. rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor    Miner Fleet Management Group, Ltd.
          rpage@rpagelaw.com,  r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Creditor    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,  r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Defendant    Anthony Erickson, d/b/a A.C.E.Enterprises
          rpage@rpagelaw.com,  r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Defendant    JMC Manufacturing Inc. dba Inland Fixture
          rpage@rpagelaw.com,  r59927@notify.bestcase.com
          Ronald A. Page, Jr.   on behalf of Attorney Ronald A. Page, Jr. rpage@rpagelaw.com,
          r59927@notify.bestcase.com
          Ronald G. Dunn   on behalf of Creditor Savitri  Cohen bstasiak@gdwo.net
          Ronald M. Tucker   on behalf of Creditor    Simon Property Group, Inc. rtucker@simon.com,
          bankruptcy@simon.com
          Roy M. Terry, Jr.   on behalf of Creditor    Hewlett Packard Company rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          Roy M. Terry, Jr.   on behalf of Creditor    Oracle USA, Inc. rterry@sandsanderson.com,
          sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50170@notify.bestcase.com
          Russell R. Johnson, III  on behalf of Creditor    Chalek Company LLC russ4478@aol.com
          Russell R. Johnson, III  on behalf of Creditor    Averatec/Trigem USA russ4478@aol.com
          Ryan C. Day   on behalf of Creditor    Schimenti Construction Company LLC ryan.day@leclairryan.com
          Ryan C. Day   on behalf of Plaintiff    Schimenti Construction Company LLC ryan.day@leclairryan.com
          S. James Wallace   on behalf of Creditor    Barnes & Powers North, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com
          S. James Wallace   on behalf of Creditor    Equitable Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com
          S. Sadiq Gill   on behalf of Defendant    Journal Publishing Company dba Albuquerque Publishing
          Company sgill@vanblk.com
          Sara L. Chenetz   on behalf of Creditor    Sony Pictures Entertainment Inc. chenetz@blankrome.com
          Sarah Beckett Boehm   on behalf of Debtor    PRAHS, INC. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores PR, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    CC Aviation, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores West Coast, Inc.
          sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Properties, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Abbott Advertising Agency, Inc.
          sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    CC Distribution Company of Virginia, Inc.
          sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Stores, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    InterTAN, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Ventoux International, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Mayland MN, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Orbyx Electronics, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Patapsco Designs, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Plaintiff    Circuit City Stores, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Defendant    Circuit City Stores, Inc. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Kinzer Technology, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    XSStuff, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Courchevel, LLC sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Sky Venture Corp. sboehm@mcguirewoods.com
          Sarah Beckett Boehm   on behalf of Debtor    Circuit City Purchasing Company, LLC
          sboehm@mcguirewoods.com
          Satchidananda  Mims   smims21@hotmail.com
          Scott D. Fink   on behalf of Creditor    The Plain Dealer Bronationalecf@weltman.com
          Seth A. Drucker   on behalf of Creditor    Ritz Motel Company sdrucker@honigman.com
          Seth A. Drucker   on behalf of Creditor    McKinley, Inc. sdrucker@honigman.com
          Shalanda N. Franklin   on behalf of Defendant    Belkin International Inc. sfranklin@vanblk.com,
          mdowns@vanblk.com
          Shalanda N. Franklin   on behalf of Defendant    Belkin Logistics, Inc., aka Belkin, Inc.
          sfranklin@vanblk.com, mdowns@vanblk.com
          Shawn M. Christianson   on behalf of Creditor    Oracle USA, Inc. schristianson@buchalter.com,
          cmcintire@buchalter.com
          Sheila G. de la Cruz   on behalf of Creditor    TFL Enterprise, LLC sdelacruz@hf-law.com,
          rmcburney@hf-law.com;rmcburney67@gmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sheila G. de la Cruz    on behalf of Creditor    502-12 86th Street LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Kaz, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Starco, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    RTS Marketing, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Howland Commons Partnership, an Ohio gen
              partnership dba Howland Commons sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Huntington Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Spring Hill Development Partners, GP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Cafaro Northwest Partnership, dba South Hill
              Mall sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Basile Limited Liability Company
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    United States Debt Recovery, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Kentucky Oaks Mall Company sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Remount Road Associates Limited Partnership
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    M and M Berman Enterprises sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Defendant    Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Altamonte Springs Real Estate Associates, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    The Denver Newspaper Agency, LLP
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Vertis, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Cottonwood Corners-Phase V, LLC
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Woodlawn Trustees Incorporated
              sdelacruz@hf-law.com,  rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Horizon Technology, LLC sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila G. de la Cruz    on behalf of Creditor    Mizco International, Inc. sdelacruz@hf-law.com,
              rmcburney@hf-law.com;rmcburney67@gmail.com
              Sheila L. Shadmand    on behalf of Defendant    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Aiptek, Inc. slshadmand@jonesday.com
              Sheila L. Shadmand    on behalf of Creditor    Ventura In Manhattan, Inc. slshadmand@jonesday.com
              Stanley M. Salus    on behalf of Defendant    Imperial Sales Corp. d/b/a Imperial Sales Company
              stan.salus@akerman.com,
              crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com
              Stephan William Milo    on behalf of Creditor    BISSELL Homecare, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    DPI, Inc., formerly known as GPX, Inc.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    General Electric Company's Consumer &
              Industrial Division smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    The Decal Source Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Universal Remote Control, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Terracon Consultants, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Harrisonburg Crossing, L.L.C. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF St. Clairsville Development, L.P.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Chesterfield Two Development, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Defendant    Bissell Homecare, Inc., aka Bissell Homecare Inc.,
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    THF Clarksburg Development One, Limited Liability
              Company smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Interested Party    THF Harrisonburg Crossing, L.L.C.
              smilo@wawlaw.com,  jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
              Stephan William Milo    on behalf of Creditor    Z-Line Designs, Inc. smilo@wawlaw.com,
              jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Stephan William Milo   on behalf of Defendant   ZT Group International, Inc. dba ZT Systems, Inc.
 smilo@wawlaw.com,   jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Defendant   Hardsoft Solutions, Inc. d/b/a Micro Product
 Distributors, Inc. smilo@wawlaw.com,
 jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephan William Milo   on behalf of Creditor   THF ONC Development, L.L.C. smilo@wawlaw.com,
 jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com
Stephanie N. Gilbert   on behalf of Defendant   Eleets Logistics, Inc. sgilbert@wilsav.com
Stephen A. Metz   on behalf of Creditor   Saul Holdings Limited Partnership smetz@offitkurman.com,
 mmargulies@offitkurman.com
Stephen E. Leach   on behalf of Creditor   Bush Industries, Inc. sleach@hirschlerlaw.com,
 ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
Stephen E. Leach   on behalf of Creditor   Children's Discovery Centers of America, Inc.
 sleach@hirschlerlaw.com,   ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com
Stephen G. Murphy   on behalf of Creditor   Massachusetts Department of Revenue
 Murphys@dor.state.ma.us
Stephen K. Gallagher   on behalf of Creditor   CWCapital Asset Management LLC
 skgallagher@venable.com,   lbwilson@venable.com;lrheitger@venable.com
Stephen K. Lehnardt   on behalf of Creditor   3725 Airport Boulevard, LP skleh@lehnardt-law.com
Steven H. Greenfeld   on behalf of Creditor   PR Christiana LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   PRGL Paxton LP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Red Rose Commons Associates, L.P.
 steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Marple XYZ Associates steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Becker Trust LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Park Side Realty LP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Goodmill LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   PREIT SERVICES, LLC steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Pep Boys - Manny, Moe & Jack
 steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   THE GOLDENBERG GROUP steveng@cohenbaldinger.com
Steven H. Greenfeld   on behalf of Creditor   Boulevard North, LP steveng@cohenbaldinger.com
Steven H. Newman   on behalf of Creditor   502-12 86th Street LLC snewman@katskykorins.com
Steven L. Brown   on behalf of Creditor   Walter E. Hartman & Sally J. Hartman, as Trustee of the
 Hartman 1995 Ohio Property steven@tiffanylawfirm.com
Steven L. Brown   on behalf of Defendant   The Dispatch Printing Company, d/b/a Columbus Dispatch
 steven@tiffanylawfirm.com
Steven L. Brown   on behalf of Defendant   Construct, Inc. steven@tiffanylawfirm.com
Steven L. Brown   on behalf of Creditor   Construct Inc., a Michigan corporation
 steven@tiffanylawfirm.com
Steven L. Brown   on behalf of Creditor   The Columbus Dispatch steven@tiffanylawfirm.com
Steven L. Brown   on behalf of Creditor   Construct, Inc. steven@tiffanylawfirm.com
Tara B. Annweiler   on behalf of Creditor   American National Insurance Company
 tannweiler@greerherz.com
Tara L. Elgie   on behalf of Defendant   Fujikon Industrial Co. Ltd. telgie@huntonak.com,
 amckenzie@huntonak.com
Tara L. Elgie   on behalf of Creditor   Schimenti Construction Company LLC telgie@huntonak.com,
 amckenzie@huntonak.com
Terri A. Roberts   on behalf of Creditor   Pima County pcaocvbk@pcao.pima.gov
Thaddeus D. Wilson   on behalf of Defendant   Mitsubishi Electronics America, Inc.
 thadwilson@kslaw.com,  pwhite@kslaw.com
Thomas A. Schultz, Jr.   on behalf of Creditor   City of Novi, MIchigan tschultzlaw@gmail.com
Thomas David Rethage   on behalf of Creditor   EEOC'S thomas.rethage@eeoc.gov
Thomas Francis Murphy   on behalf of Creditor Robert E. Greenberg   Gateway Woodside, Inc.
 tmurphy@dclawfirm.com,
 rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com
Thomas G. King   on behalf of Creditor   Southland Acquisitions, LLC tking@KreisEnderle.com,
 dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
Thomas John McIntosh   on behalf of Defendant   The Nielsen Company (US) LLC, f/k/a Nielsen Media
 Research Inc. thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
Thomas John McIntosh   on behalf of Defendant   WSVN-TV, a unit of Sunbeam Television Corporation
 thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
Thomas John McIntosh   on behalf of Defendant   Nielsen Business Media Inc.
 thomas.mcintosh@hklaw.com,  alexis.makell@hklaw.com
Thomas John McIntosh   on behalf of Defendant   NetRatings, LLC thomas.mcintosh@hklaw.com,
 alexis.makell@hklaw.com
Thomas John McKee, Jr.   on behalf of Defendant   Bell Microproducts, Inc. mckeet@gtlaw.com,
 smedsa@gtlaw.com
Thomas John McKee, Jr.   on behalf of Defendant   Avnet, Inc. mckeet@gtlaw.com,  smedsa@gtlaw.com
Thomas Joseph Moran   on behalf of Defendant   Safeco Insurance Company of America
 tmoran@wcslaw.com,  wcabell@wcslaw.com
Thomas Joseph Moran   on behalf of Creditor   Safeco Insurance Company of America
 tmoran@wcslaw.com,  wcabell@wcslaw.com
Thomas Neal Jamerson   on behalf of Creditor   Galleria Plaza, Ltd. tjamerson@hunton.com,
 tomjam2003@yahoo.com
Thomas Neal Jamerson   on behalf of Interested Party   Parker Central Plaza Ltd
 tjamerson@hunton.com,  tomjam2003@yahoo.com
Thomas Ryan Lynch   on behalf of Defendant   Griffin Technology tlynch@babc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas W. Repczynski   on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com,
           elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor Loren  Stocker trepczynski@offitkurman.com,
           elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Graphic Communications, Inc.
           trepczynski@offitkurman.com,  elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Creditor   Tutwiler Properties, LTD
           trepczynski@offitkurman.com,  elongmire@offitkurman.com
          Thomas W. Repczynski   on behalf of Defendant   Graphic Communications Holdings, Inc.
           trepczynski@offitkurman.com,  elongmire@offitkurman.com
          Tiffany Strelow Cobb   on behalf of Creditor   Platform-A Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   AOL LLC tscobb@vorys.com,  bjtobin@vorys.com
          Tiffany Strelow Cobb   on behalf of Creditor   Advertising.com Inc. tscobb@vorys.com,
           bjtobin@vorys.com
          Timothy Francis Brown   on behalf of Interested Party   F.R.O., L.L.C. IX brownt@arentfox.com
          Timothy Francis Brown   on behalf of Creditor   13630 Victory Boulevard, LLC brownt@arentfox.com
          Timothy W. Boykin  on behalf of Creditor   Alameda County Treasurer tboykin@vanblk.com,
           croyes@vanblk.com
          Tracey Michelle Ohm   on behalf of Defendant   Targus, Inc. tracey.ohm@stinson.com,
           porsche.barnes@stinson.com
          Tracey Michelle Ohm   on behalf of Creditor   Waste Management, Inc. tracey.ohm@stinson.com,
           porsche.barnes@stinson.com
          Troy  Savenko   on behalf of Creditor   Slam Brands, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Movant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Liberty Mutual Insurance Company tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Archos, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   A.J. Padelford & Son, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Publishing Group, LLC dba The Florida Times-Union
           tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   Morris Communications Company, LLC; Morris
           Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding
           Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Interested Party   Liquid Asset Partners, LLC tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Defendant   PlumChoice, Inc. tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Safeco Insurance Company of America tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   Ada Alicea, on behalf of herself and all others similarly
           situated tsavenko@kv-legal.com
          Troy  Savenko   on behalf of Creditor   AmREIT, a Texas Real Estate Investment Trust
           tsavenko@kv-legal.com
          Tyson Alynn Johnson   on behalf of Creditor   Berkadia Commercial Mortgage LLC
           tyson.johnson@bryancave.com
          Tyson Alynn Johnson   on behalf of Creditor   Capmark Finance, Inc. tyson.johnson@bryancave.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P
           val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Infogain Corporation val.morrison@nelsonmullins.com,
           robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Envision Peripherals, Inc.
           val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Daly City Partners I, L.P.
           val.morrison@nelsonmullins.com,  robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Valerie P. Morrison   on behalf of Creditor   Lexar Media, Inc. val.morrison@nelsonmullins.com,
           robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com
          Victoria A. Reardon   on behalf of Creditor   State of Michigan, Department of Treasury
           reardonv@michigan.gov,  jacksonst@michigan.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Taxation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Bureau of Workers' Compensation
           victoria.garry@ohioattorneygeneral.gov
          Victoria D. Garry   on behalf of Creditor   Ohio Department of Commerce
           victoria.garry@ohioattorneygeneral.gov
          Walter Laurence Williams   on behalf of Movant   Vornado Realty Trust
           walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Movant   Wayne VF, LLC walter.williams@wilsonelser.com
          Walter Laurence Williams   on behalf of Creditor   Wayne VF LLC walter.williams@wilsonelser.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc., Bay Area News Group East Bay,
           LLC, and MediaNews Group, Inc., individually and/or jointly dba Alameda Newspaper Group Inc.,
           and/or BayAreaNewsGroup, aka ANG Newspapers ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Bay Area News Group East Bay, LLC
           ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   Alameda Newspapers, Inc. ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group, Inc. and San Jose Mercury-News, Inc.,
           jointly and/or individually dba San Jose Mercury News; San Jose Mercury News, Inc.; San Jose
           Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Creditor   Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wanda  Borges   on behalf of Defendant   MediaNews Group Inc. ecfcases@borgeslawllc.com

District/off: 0422-7          User: ramirez-l          Page 53 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Wanda Borges    on behalf of Defendant    Sharp Electronics Corporation ecfcases@borgeslawllc.com
          Wendy Michele Roenker    on behalf of Creditor Treasurer    City of Chesapeake
          wroenker@cityofchesapeake.net
          William Heuer    on behalf of Transferee    Korea Export Insurance Corporation
          wheuer@duanemorris.com
          William A. Broscious    on behalf of Creditor    Paramount Home Entertainment Inc
          wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Kamin Realty Company wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor Raymond  Silverstein, Trustee wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Daniel G. Kamin Baton Rouge LLC
          wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Circuit Realty NJ LLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    Jurupa Bolingbrook LLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Attorney    Kepley Broscious & Biggs, PLC wbroscious@kbbplc.com
          William A. Broscious    on behalf of Creditor    CC-Investors 1996-6 wbroscious@kbbplc.com
          William A. Burnett    on behalf of Creditor    Stillwater Designs and Audio, Inc.
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    NYKO Technologies, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Evening Post Publishing Company d/b/a The Post and
          Courier aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    National Western Life Insurance Company
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Crown CCI, LLC aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    DIRECTV, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Interested Party    DIRECTV, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Holdings, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    American National Insurance Company
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Vonage Marketing Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Houston, Inc. d/b/a KPRC TV
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Golf Galaxy, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98, LLC aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Hayward 880,LLC aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SBLM Architects PC aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Westlake Limited Partnership
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Contrarian Funds, L.L.C.
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Post-Newsweek Stations, Michigan, Inc. d/b/a WDIV
          TV aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    ION Audio, LLC aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    LumiSource, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Tax Collector, Polk County, Florida
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC Countryside 98 L.L.C. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Dollar Tree Stores, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Symantec Corp aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Abilene-Ridgemont, LLC aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    Intec, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CC-Investors 1997-4 aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Defendant    SouthPeak Interactive LLC
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    Nyko Technologies, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    SouthPeak Interactive, LLC
          aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett    on behalf of Creditor    CarMax, Inc. aburnett@williamsmullen.com,
          ddillon@williamsmullen.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Burnett   on behalf of Defendant   Eon Communications Corporation
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Cyber Acoustics aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods, Inc.
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Plaintiff   Carmax Auto Superstores, Inc.
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Dick's Sporting Goods Inc.
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Burbank Mall Associates, LLC
               aburnett@williamsmullen.com, ddillon@williamsmullen.com
          William A. Burnett   on behalf of Defendant   Brookfield Global Relocation Services, LLC, f/k/a
               GMAC Global Relocation Services, LLC aburnett@williamsmullen.com,  ddillon@williamsmullen.com
          William A. Burnett   on behalf of Creditor   Save Mart Supermarkets aburnett@williamsmullen.com,
               ddillon@williamsmullen.com
          William A. Gray   on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Ray Mucci's Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Snell Acoustics, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Alexander's Rego Park Center, Inc.
               bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   PrattCenter, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Route 146 Millbury LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John J. Kelly bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Station Landing LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Phyllis M Pearson bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Kelly  Breitenbecher bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Marlton VF LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Premier Contracting, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   The Procter & Gamble Company and The Procter & Gamble
               Distribution Company, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Audrey  Soltis bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant   Vornado Realty Trust bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Vornado Gun Hill Road, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Gateway Woodside, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Encinitas PFA, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Vornado Caguas LP bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Cardinal Court, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor Rebecca Hylton DeCamps bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Intertech Security of Maryland, LLC
               bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Metra Electronics Corporation bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Paul  Schaapman bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Interested Party Hilton Ellis Epps, Sr. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Tamrac, Inc. bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant   Colonial Heights Holdings, LLC bgray@sandsanderson.com,
               sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray  on behalf of Defendant Michael E. Foss bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Boston Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   VNO Mundy Street, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Vornado Finance, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   East BrunswickVF, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant   VTech Communications, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Lang Construction, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   UTC I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Attorney   Sands Anderson PC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   CSI Construction Company bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant   InnerWorkings, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   BevCon I, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Chatham County Tax Commissioner bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Lee County Tax Collector bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant Eric A. Jonas, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Interested Party Christopher  Borglin bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Interstate Augusta Properties LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant   Coby Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   McAlister Square Partners, Ltd. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Hillson Electric Incorporated bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant   Monument Consulting, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Mid-American Insulation, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   NPP Development LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Mansfield SEQ 287 and Debbie, Ltd.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Metra Electronics Corporation bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant Randall W. Wick bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   DeSoto County, Mississippi bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Defendant   Universal Display and Fixtures Company
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Green Acres Mall, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   BBP-Muncy LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   BPP-OH LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Towson VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   Colorado Structures, Inc. dba CSI Construction Co.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray  on behalf of Creditor   North Plainfield VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 56 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Gray   on behalf of Creditor   McCorkendale Construction bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Boston Acoustics, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Movant Cynthia  Olloway, Individually and as Special Administrator
           of the Estate of Cedric Coy Langston, Jr., a Deceased Minor bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP Conn LLC f/k/a WEC 95 Manchester Limited
           Partnership bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant David L. Mathews bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Lee County, Mississippi Tax Collector
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   VNO TRU Dale Mabry, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-NY LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   A.D.D. Holdings, L.P. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Fourstar Group USA, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   DEV Limited Partnership bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   The Stop & Shop Supermarket Company LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   John Rohrer Contracting Company, Inc.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant William E. McCorey, Jr. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-VA LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Tamrac, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   OmniMount Systems, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   BPP-WB LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   RBS Business Capital bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Amherst VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   T. J. Maxx of CA, LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Denon Electronics (USA), LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   Colorado Structures, Inc., dba CSI Construction Co.
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Midwest Block & Brick, Inc. bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   East Brunswick VF LLC bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Chatham County, GA Tax Commissioner
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant John T. Harlow bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
          William A. Gray   on behalf of Creditor   Valley Corners Shopping Center, LLC
           bgray@sandsanderson.com,
           sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com

District/off: 0422-7          User: ramirez-l          Page 57 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     William A. Gray    on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Defendant    Fourstar International Trading Company
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor Richard  Grande bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    BPP-SC LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    Sensormatic Electronic Corporation
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    Monument Consulting, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Defendant    Construction Testing and Engineering, Inc.
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Defendant George D. Clark, Jr. bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor Reverend Dwayne Funches bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    Baker Natick Promenade LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    Wayne VF LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    BPP-Redding LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    Star Universal, LLC bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    North Bergen Tonnelle Plaza, LLC
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Defendant    The Oklahoma Publishing Company
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    E&A Northeast Limited Partnership
      bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Defendant    Fourstar Group Inc. bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Gray    on behalf of Creditor    Denon Electronics bgray@sandsanderson.com,
      sryan@sandsanderson.com;dbbankruptcy@gmail.com;R50171@notify.bestcase.com
     William A. Wood, III   on behalf of Creditor    Panattoni Development Company, Inc. as Agent for
      Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com,
      chris.tillmanns@bgllp.com
     William A. Wood, III   on behalf of Creditor c/o William A. Wood  Panattoni Construction, Inc.
      trey.wood@bgllp.com,  chris.tillmanns@bgllp.com
     William A. Wood, III   on behalf of Creditor    Raymond & Main Retail, LLC trey.wood@bgllp.com,
      chris.tillmanns@bgllp.com
     William B. Cave   on behalf of Creditor    P.R. Mechanical, Inc. wcave@hophabcave.com
     William D. Bayliss   on behalf of Creditor Richard  Kreuger bbayliss@williamsmullen.com
     William Daniel Prince, IV   on behalf of Defendant    International Business Machines Corporation
      wprince@t-mlaw.com,  mschwam@t-mlaw.com
     William Daniel Prince, IV   on behalf of Defendant    R. G. Brinkmann Company d/b/a Brinkmann
      Constructors wprince@t-mlaw.com,  mschwam@t-mlaw.com
     William Daniel Prince, IV   on behalf of Defendant    IBM Credit, LLC wprince@t-mlaw.com,
      mschwam@t-mlaw.com
     William Daniel Sullivan   on behalf of Attorney William Daniel Sullivan jennydan248@msn.com
     William Daniel Sullivan   on behalf of Defendant    Pioneer Electronics (USA) Inc.
      dsullivan@butzeltp.com
     William H. Schwarzschild, III   on behalf of Defendant    DIRECTV, Inc. tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor    MRV Wanamaker, LC
      tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant    Hotan Corporation
      tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant    Datel Design & Development, Inc.
      tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor    National Western Life Insurance Company
      tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant    J&J Industries, Inc.
      tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Defendant    Merrill Communications LLC
      tschwarz@williamsmullen.com
     William H. Schwarzschild, III   on behalf of Creditor    Dick's Sporting Goods, Inc.
      tschwarz@williamsmullen.com

District/off: 0422-7          User: ramirez-l          Page 58 of 58          Date Rcvd: Dec 20, 2019
                             Form ID: pdford7          Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William H. Schwarzschild, III    on behalf of Creditor    Miami-Dade County Tax Collector
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    DIRECTV, Inc. tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Vonage Marketing Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    Dollar Tree Stores, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Defendant    Evening Post Publishing Company, dba The
            Post and Courier tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    LumiSource, Inc.
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    State Board of Equalization
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    SouthPeak Interactive, LLC
            tschwarz@williamsmullen.com
          William H. Schwarzschild, III    on behalf of Creditor    ION Audio, LLC tschwarz@williamsmullen.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Nancy    Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    McAllen ISD jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor Charles    Booth jcharboneau@mglspc.com,
            aford@mglspc.com
          Wm. Joseph A. Charboneau    on behalf of Creditor    Placer California jcharboneau@mglspc.com,
            aford@mglspc.com
          Zmarak Khan    on behalf of Defendant    DEI Holdings, Inc. f/k/a Direct Electronics, Inc.
            zmarak.khan@dlapiper.com
                                                                              TOTAL: 2239