| | |
|---|---|
| Andrew W. Caine, Esq. (admitted *pro hac vice*) | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| PACHULSKI STANG ZIEHL & JONES LLP | Paula S. Beran, Esq. (VA Bar No. 34679) |
| 10100 Santa Monica Boulevard, 13th Floor | TAVENNER & BERAN, PLC |
| Los Angeles, California 90067-4100 | 20 North Eighth Street, 2nd Floor |
| Telephone: (310) 277-6910 | Richmond, Virginia 23219 |
| Telecopy:  (310) 201-0760 | Telephone: (804) 783-8300 |
| | Telecopy:  (804) 783-0178 |

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**

In re:

CIRCUIT CITY STORES, INC., et al.,

　　　　　　　　　　Debtors.

x  Case No. 08-35653 (KRH)
:
:  Chapter 11
:
:  (Jointly Administered)
x:

**STIPULATION WITHDRAWING CLAIM NO. 7421 OF MONTGOMERY
TOWNE CENTER STATION, INC.; AND ORDER THEREON**

　　　　The Circuit City Stores, Inc. Liquidating Trust (the "Trust") and claimant Montgomery Towne Center Station, Inc. (the "Claimant") hereby agree as follows with respect to the disposition of Claimant's claim:

　　　　1.　Claimant hereby withdraws Claim No.7421 (the "Claim") in its entirety, such that Claimant shall not receive any further distributions or recoveries of any kind on the Claim. Claimant may retain and shall not be required to return any funds that it has received as distributions on the Claim to date.

　　　　2.　The Claim may be stricken from the Claims Register in these above-captioned cases for all purposes.

Dated: March 5, 2020　　　　　　　　　　MONTGOMERY TOWN CENTER ("Claimant")

　　　　　　　　　　　　　　　　　　　　　　By /s/ *Tanya Brady*
　　　　　　　　　　　　　　　　　　　　　　Name:  Tanya Brady, Esq.
　　　　　　　　　　　　　　　　　　　　　　Its:  Senior Vice President

Dated: March 6, 2020

By: /s/ *Lynn L. Tavenner*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:  (310) 201-0760

*Counsel to the Circuit City Stores, Inc.
Liquidating Trust*

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED as follows:

1. The Stipulation is approved.

2. Claim No. 7421 is deemed withdrawn, may be stricken from the Claims Register and shall not receive any additional distributions in these cases.

Dated:  Richmond, Virginia
        March __, 2020

_____
The Honorable Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:
/s/ *Lynn L. Tavenner*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

Andrew W. Caine, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910

*Counsel to the Circuit City Stores, Inc. Liquidating Trust*