IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., *et al,*

Debtor

Case No. 08-35653-KRH
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Ambika J. Biggs, Esq. respectfully requests the Court, all creditors, and parties in interest remove her from any and all service lists as counsel to Buffalo Technology (USA), Inc.; Memphis Publishing Company, d/b/a Commercial Appeal, Inc.; Scripps Media, Inc.; Scripps Networks, LLC d/b/a HGTV.com, d/b/a FineLiving.com, d/b/a Home & Garden Television; The E.W. Scripps Company d/b/a/ Ventura County Star; and The National Union Fire Insurance Company of Pittsburgh, PA.

Dated: March 24, 2020

Respectfully submitted,

*By: /s/ Ambika J. Biggs*
Ambika J. Biggs, Esq. (VA Bar # 70807)
Hirschler Fleischer, PC
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
Telephone: 703-584-8900
Facsimile: 703-584-8901

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2020, I caused a copy of the foregoing *Notice Of Withdrawal Of Appearance* to be served by electronic delivery to those persons noted on the Notice of Electronic Filing generated by the CM/ECF.

*/s/ Ambika J. Biggs*
Ambika J. Biggs, Esquire