# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE THAT as of May 11, 2020, Kathryn R. Montgomery is the Assistant United States Trustee for the Richmond Division, Eastern District of Virgina. By this notice, Assistant Unted States Trustee Kenneth N. Whitehurst, III's appearance in the attached list of cases as counsel of record is hereby withdrawn, and Assistant United States Trustee Kathryn R. Montgomery is substituted therein as counsel of record.

Date: June 11, 2020

By: /s/ Kathryn R. Montgomery
Kathryn R. Montgomery, Esq.
Assistant United States Trustee

## CERTIFICATION OF SERVICE

I hereby certify that on June 11, 2020, service on all attorney Users in each case identifed in the attached list was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/09/09.

By: /s/ Kathryn R. Montgomery
Kathryn R. Montgomery, Esq.
Assistant United States Trustee

---

Kathryn R. Montgomery, Esq., AUST (Va. Bar No. 42380)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

| Case No. | Case Title |
|---|---|
| 04-40289-KRH | Business Communications of Virginia, Inc. |
| 07-32893-KRH | Katherine Wood Hardy |
| 08-35653-KRH | Circuit City Stores, Inc. |
| 08-35994-KRH | LandAmerica Financial Group, Inc. |
| 08-36642-KLP | Canal Corporation |
| 09-31801-KRH | Darryl L Ricks |
| 12-31014-KLP | Allen N Harrison and Michelle A Harrison |
| 13-30203-KRH | Raymond Wayne McDougle |
| 13-32992-KLP | Stanley Palivoda and Vivian Hannah Palivoda |
| 13-33011-KRH | William Andrew Karo |
| 14-00301-KLP | na |
| 14-00302-KRH | Office of the United States Trustee v. Thomas |
| 14-30768-KRH | Sherry L. Thomas |
| 14-33034-KLP | Russell Hamlin Malone, III |
| 14-35637-KRH | Jacqueline Richardson Morton |
| 14-35944-KLP | Kenneth James Perry, Jr. and Tracy Morgan Perry |
| 15-00302-KRH | na |
| 15-00303-KLP | na |
| 15-30004-KLP | Joseph Stephan Schiess and Donna Smith Schiess |
| 15-32450-KLP | Patriot Coal Corporation |
| 15-32694-KLP | Diane H. Clemons |
| 15-32919-KRH | Health Diagnostic Laboratory, Inc. |
| 15-33370-KLP | Morris Schneider Wittstadt Va., PLLC |
| 15-33894-KLP | Lori Katherine Hammond and William Michael Hammond |
| 15-34098-KRH | Justin Robert Watlington and Mindy Sue Watlington |
| 15-34365-KLP | Zinerva Tyrone White, III |
| 15-34593-KRH | Capital Door Systems, Inc. |

| | |
|---|---|
| 15-35082-KLP | Walden Real Estate Ventures, LLC |
| 15-36426-KRH | Telisha Marie Harris |
| 16-30250-KRH | Hope-Leenda M Chambliss |
| 16-32596-KRH | Steamers Three LLC |
| 16-34750-KLP | Oyster Company of Virginia, LLC |
| 16-35630-KLP | John Daniel Mangigian, Jr. |
| 17-00301-KRH | Office of the United States Trustee v. Taylor |
| 17-00302-KRH | Office of the United States Trustee v. Balthrop |
| 17-30339-KRH | Oliver Lawrence |
| 17-30630-KRH | Colette NMN Mapp |
| 17-32332-KRH | Nicole Antoinette McEachin |
| 17-32986-KLP | The Gymboree Corporation |
| 17-33735-KLP | Chen Kuo Chen and Hui Qi Zhang |
| 17-34665-KLP | Toys "R" Us, Inc. |
| 17-34903-KRH | Michael J. Manning |
| 17-35851-KRH | Louis Lee Abernethy |
| 17-36349-KLP | RMG Enterprises, LTD. |
| 18-30214-KLP | Robert E. Hicks |
| 18-31218-KLP | Dorian Odell Daniels |
| 18-31331-KRH | A Grace Place Adult Care Center (Inc.) |
| 18-31716-KRH | Adrian Meyer |
| 18-32386-KRH | Myrtis Day Rusis |
| 18-32706-KRH | William Scott Hoppe and Christina Hoppe |
| 18-33129-KRH | Jonas Venckus |
| 18-34611-KLP | Richard Dean Heath, Jr and Stacey Tuminello Heath |
| 18-34784-KRH | Roy Linwood Ford, Jr. and Regina Eberhardt Ford |
| 18-35418-KRH | Rhonda Long |
| 18-36291-KRH | Gary Lee Blevins |

| Case Number | Name |
|---|---|
| 19-00302-KRH | OLD ANR, LLC, et al |
| 19-03060-KRH | Siegel, Trustee of the Circuit City Stores, Inc. L v. Fitzgerald, Acting United States Trustee for Regio |
| 19-03091-KRH | Siegel, Trustee of the Circuit City Stores, Inc. L v. United States Trustee Program et al |
| 19-30119-KLP | Deborah Moody |
| 19-30258-KLP | Gemstone Solutions Group, Inc. |
| 19-31323-KLP | Cathy Mickens |
| 19-31955-KLP | Christopher Santora and Terri Santora |
| 19-32030-KLP | Eulanda Renal Allen Holloman |
| 19-32036-KLP | Anthony M. Howard and Charnette D. Smith-Howard |
| 19-32129-KRH | Brian Christopher Antzak |
| 19-32326-KLP | Judy S Johnson |
| 19-32401-KRH | Alvin Leon Goode |
| 19-32505-KRH | Asif Anwer |
| 19-32570-KRH | Ashraf Khan |
| 19-33637-KRH | Jeffrey A. Percey and Deborah M. Percey |
| 19-34574-KRH | LeClairRyan PLLC |
| 19-34993-KRH | Civitas Health Services, Inc. |
| 19-36126-KRH | Alouette Holdings, Inc. |
| 19-36275-KRH | Red Bird Liquidating Corporation |
| 19-36309-KRH | Jeffrey David Corbett and Helen Christine Corbett |
| 20-30869-KLP | Robert S. Watkins |
| 20-31408-KLP | Gemini Realty LLC |