# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
New address is for:  ☐ Both Debtors
☐ Debtor 1 Only
☐ Debtor 2 Only

☐ Check here if you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor 1's DeBN account number _____
Debtor 2's DeBN account number _____

☐ Attorney [If Applicable:] Name: _____
☑ Creditor [If Applicable:] Name: Cedar Glade LP

*[If applicable]* Case Name: Circuit City Stores, Inc.
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653

☑ Street Address   ☑ Mailing Address
New Address: Mr. Robert Minkoff, Cedar Glade Capital, LLC, 600 Madison Ave, 17th Floor
No. and Street, Apt., P. O. Box or R. D. No.
City: New York    State: NY    Zip: 10022

☑ Street Address   ☑ Mailing Address
Old Address: Mr. Robert Minkoff, Cedar Glade Capital, LLC, 660 Madison Ave, 17th Floor
No. and Street, Apt., P. O. Box or R. D. No.
City: New York    State: NY    Zip: 10065
Telephone Number: ( 646 ) 979-4083
**Please include area code**

Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for both debtors, both debtors must sign.]*
☑ Creditor
☐ Attorney

Date: _____
pc: Trustee
United States Trustee
Creditor (for creditor's change of address)

[changead ver. 12/17]

Kesha Tanabe
4304 34th Ave S
Minneapolis, MN 55406

SAINT PAUL MN 550
11 SEP 2020 PM 4 L

US Bankruptcy Court
701 E Broad St #4000
Richmond, VA 23219-1888

23219-188899

U.S MARSHAL INSPECT