# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that David N. Tabakin, Esquire withdraws his appearance on behalf of the any party which he represents in the cases on the attached Exhibit A effective September 17, 2020, as he is leaving the employ of Tavenner & Beran, PLC to become the Career Law Clerk for the Honorable Elizabeth L. Gunn of the Bankruptcy Court for the District of Columbia.

    Respectfully submitted,

    **TAVENNER & BERAN, PLC**

Dated: September 17, 2020
Richmond, Virginia

By: /s/ *Paula S. Beran*
Lynn L. Tavenner, Esquire (VSB No. 30083)
ltavenner@tb-lawfirm.com
Paula S. Beran, Esquire (VSB No. 34679)
pberan@tb-lawfirm.com
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

/s/ *David N. Tabakin*
David N. Tabakin, Esquire, Bar No. 82709

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing Notice of Withdrawal of Counsel was served by CM/ECF on September 17, 2020 to all persons registered to receive electronic notice.

                          /s/ *David N. Tabakin*
                          David N. Tabakin, Esq.

**EXHIBIT A**

| Case No. | Case Title |
|---|---|
| 11-37790-KLP | RoomStore, Inc. |
| 14-31546-KLP | James Ashby Moncure |
| 19-30327-KLP | Catherine R. Whitson |
| 19-34574-KRH | LeClairRyan PLLC |
| 08-35653-KRH | Circuit City Stores, Inc. |
| 08-36642-KLP | Canal Corp. |
| 15-33370-KLP | Morris Schneider Wittstadt Va., PLLC |
| 16-34750-KLP | Oyster Co. of Virginia, LLC |
| 19-03091-KRH | Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust v. United States Trustee Program |
| 19-36309-KRH | Jeffrey David Corbett & Helen Christine Corbett |
| 20-30890-KLP | Watkins Nurseries, Inc. |
| 20-31408-KLP | Gemini Realty LLC |
| 20-33453-KRH | Saxon Shoes, Inc. |
| 20-03042-KRH | Tavenner, Chapter 7 Trustee v. Air Int'l Thermal Sys. |
| 20-03043-KRH | Tavenner, Chapter 7 Trustee v. Shelton |
| 20-03044-KRH | Tavenner, Chapter 7 Trustee v. A Quick Pick Crane Serv., Inc.. |
| 20-03045-KRH | Tavenner, Chapter 7 Trustee v. BB&T Bldg. LLC |
| 20-03046-KRH | Tavenner, Chapter 7 Trustee v. Bing Ran |
| 20-03047-KRH | Tavenner, Chapter 7 Trustee v. CareCo Continuum of Care, Inc. |
| 20-03048-KRH | Tavenner, Chapter 7 Trustee v. Ecolift Corp. |
| 20-03049-KRH | Tavenner, Chapter 7 Trustee v. FH II, LLC |
| 20-03050-KRH | Tavenner, Chapter 7 Trustee v. Hermes, Ltd. |
| 20-03051-KRH | Tavenner, Chapter 7 Trustee v. Hippotech USA, Inc. |
| 20-03052-KRH | Tavenner, Chapter 7 Trustee v. HMR Funding, Inc. |
| 20-03053-KRH | Tavenner, Chapter 7 Trustee v. Loci, Inc. |
| 20-03054-KRH | Tavenner, Chapter 7 Trustee v. The CFS Grp., LLC et al |
| 20-03055-KRH | Tavenner, Chapter 7 Trustee v. OTG Sports Mgmt., LLC |
| 20-03056-KRH | Tavenner, Chapter 7 Trustee v. Pendleton Harrisburg SPE LLC |
| 20-03057-KRH | Tavenner, Chapter 7 Trustee v. SoWise, Inc. |
| 20-03058-KRH | Tavenner, Chapter 7 Trustee v. Solfisburg |
| 20-03059-KRH | Tavenner, Chapter 7 Trustee v. SPC Acquisition Co., LLC |
| 20-03060-KRH | Tavenner, Chapter 7 Trustee v. Tread Prop. Servs., LLC |
| 20-03061-KRH | Tavenner, Chapter 7 Trustee v. Volvo Grp. Canada, Inc. |

| | |
|---|---|
| 20-03098-KRH | Tavenner, Chapter 7 Trustee v. Barrett |
| 20-03099-KRH | Tavenner, Chapter 7 Trustee v. Brown Mech. Contractors, Inc. |
| 20-03100-KRH | Tavenner, Chapter 7 Trustee v. CLOUDSTAR360 LLC |
| 20-03101-KRH | Tavenner, Chapter 7 Trustee v. Bilbo |
| 20-03102-KRH | Tavenner, Chapter 7 Trustee v. EveryIncome, LLC |
| 20-03103-KRH | Tavenner, Chapter 7 Trustee v. Fajon Machining, Inc. |
| 20-03104-KRH | Tavenner, Chapter 7 Trustee v. 43 S. St., LLC et al |
| 20-03105-KRH | Tavenner, Chapter 7 Trustee v. Great Lakes Aviation, Ltd. |
| 20-03106-KRH | Tavenner, Chapter 7 Trustee v. Light Field Lab, Inc. |
| 20-03107-KRH | Tavenner, Chapter 7 Trustee v. Ne. Med. Grp., LLC |
| 20-03108-KRH | Tavenner, Chapter 7 Trustee v. Asian Rest. Int'l Dev. & Mgmt. |
| 20-03109-KRH | Tavenner, Chapter 7 Trustee v. Suyemoto |
| 20-03110-KRH | Tavenner, Chapter 7 Trustee v. TGS Martins, Inc. |
| 20-03111-KRH | Tavenner, Chapter 7 Trustee v. Willliams |
| 20-03112-KRH | Tavenner, Chapter 7 Trustee v. ZIVO Bioscience, Inc. |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that David N. Tabakin, Esquire withdraws his appearance in the cases on the attached Exhibit A effective September 17, 2020 as he is leaving the employ of Tavenner & Beran, PLC to become the Career Law Clerk for the Honorable Elizabeth L. Gunn of the Bankruptcy Court for the District of Columbia.

PLEASE TAKE FURTHER NOTICE that Paula S. Beran, Esquire, provides notice and shall replace David Tabakin in her capacity as counsel for any party which David N. Tabakin, Esquire represented in the cases listed in Exhibit A.

Respectfully submitted,

**TAVENNER & BERAN, PLC**

Dated: September 17, 2020
Richmond, Virginia

By: /s/ *Paula S. Beran*
Lynn L. Tavenner, Esquire (VSB No. 30083)
ltavenner@tb-lawfirm.com
Paula S. Beran, Esquire (VSB No. 34679)
pberan@tb-lawfirm.com
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopier: (804) 783-0178

/s/ *David N. Tabakin*
David N. Tabakin, Esquire, Bar No. 82709

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Withdrawal of Counsel was served by CM/ECF on September 17, 2020 to all persons registered to receive electronic notice.

/s/ *David N. Tabakin*
David N. Tabakin, Esquire, Bar No. 82709

# EXHIBIT A

| Case No. | Case Title |
| --- | --- |
| 11-37790-KLP | RoomStore, Inc. |
| 14-31546-KLP | James Ashby Moncure |
| 19-30327-KLP | Catherine R. Whitson |
| 19-34574-KRH | LeClairRyan PLLC |
| 08-35653-KRH | Circuit City Stores, Inc. |
| 08-36642-KLP | Canal Corp. |
| 15-33370-KLP | Morris Schneider Wittstadt Va., PLLC |
| 16-34750-KLP | Oyster Co. of Virginia, LLC |
| 19-03091-KRH | Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust v. United States Trustee Program |
| 19-36309-KRH | Jeffrey David Corbett & Helen Christine Corbett |
| 20-30890-KLP | Watkins Nurseries, Inc. |
| 20-31408-KLP | Gemini Realty LLC |
| 20-33453-KRH | Saxon Shoes, Inc. |
| 20-03042-KRH | Tavenner, Chapter 7 Trustee v. Air Int'l Thermal Sys. |
| 20-03043-KRH | Tavenner, Chapter 7 Trustee v. Shelton |
| 20-03044-KRH | Tavenner, Chapter 7 Trustee v. A Quick Pick Crane Serv., Inc.. |
| 20-03045-KRH | Tavenner, Chapter 7 Trustee v. BB&T Bldg. LLC |
| 20-03046-KRH | Tavenner, Chapter 7 Trustee v. Bing Ran |
| 20-03047-KRH | Tavenner, Chapter 7 Trustee v. CareCo Continuum of Care, Inc. |
| 20-03048-KRH | Tavenner, Chapter 7 Trustee v. Ecolift Corp. |
| 20-03049-KRH | Tavenner, Chapter 7 Trustee v. FH II, LLC |
| 20-03050-KRH | Tavenner, Chapter 7 Trustee v. Hermes, Ltd. |
| 20-03051-KRH | Tavenner, Chapter 7 Trustee v. Hippotech USA, Inc. |
| 20-03052-KRH | Tavenner, Chapter 7 Trustee v. HMR Funding, Inc. |
| 20-03053-KRH | Tavenner, Chapter 7 Trustee v. Loci, Inc. |
| 20-03054-KRH | Tavenner, Chapter 7 Trustee v. The CFS Grp., LLC et al |
| 20-03055-KRH | Tavenner, Chapter 7 Trustee v. OTG Sports Mgmt., LLC |
| 20-03056-KRH | Tavenner, Chapter 7 Trustee v. Pendleton Harrisburg SPE LLC |
| 20-03057-KRH | Tavenner, Chapter 7 Trustee v. SoWise, Inc. |
| 20-03058-KRH | Tavenner, Chapter 7 Trustee v. Solfisburg |
| 20-03059-KRH | Tavenner, Chapter 7 Trustee v. SPC Acquisition Co., LLC |
| 20-03060-KRH | Tavenner, Chapter 7 Trustee v. Tread Prop. Servs., LLC |

| | |
|---|---|
| 20-03061-KRH | Tavenner, Chapter 7 Trustee v. Volvo Grp. Canada, Inc. |
| 20-03098-KRH | Tavenner, Chapter 7 Trustee v. Barrett |
| 20-03099-KRH | Tavenner, Chapter 7 Trustee v. Brown Mech. Contractors, Inc. |
| 20-03100-KRH | Tavenner, Chapter 7 Trustee v. CLOUDSTAR360 LLC |
| 20-03101-KRH | Tavenner, Chapter 7 Trustee v. Bilbo |
| 20-03102-KRH | Tavenner, Chapter 7 Trustee v. EveryIncome, LLC |
| 20-03103-KRH | Tavenner, Chapter 7 Trustee v. Fajon Machining, Inc. |
| 20-03104-KRH | Tavenner, Chapter 7 Trustee v. 43 S. St., LLC et al |
| 20-03105-KRH | Tavenner, Chapter 7 Trustee v. Great Lakes Aviation, Ltd. |
| 20-03106-KRH | Tavenner, Chapter 7 Trustee v. Light Field Lab, Inc. |
| 20-03107-KRH | Tavenner, Chapter 7 Trustee v. Ne. Med. Grp., LLC |
| 20-03108-KRH | Tavenner, Chapter 7 Trustee v. Asian Rest. Int'l Dev. & Mgmt. |
| 20-03109-KRH | Tavenner, Chapter 7 Trustee v. Suyemoto |
| 20-03110-KRH | Tavenner, Chapter 7 Trustee v. TGS Martins, Inc. |
| 20-03111-KRH | Tavenner, Chapter 7 Trustee v. Willliams |
| 20-03112-KRH | Tavenner, Chapter 7 Trustee v. ZIVO Bioscience, Inc. |