**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:   **CIRCUIT CITY STORES, INC.,** | Case No.  08-35653-KRH<br>Chapter 11 |
| **Debtor.** | |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND CREDITOR CHANGE OF ADDRESS**

Sands Anderson PC ("**Sands Anderson**") gives notice as follows:

1. William A. Gray is counsel of record for Kelly Breitenbecher in the above-captioned matter. Mr. Gray became counsel of record in this case while employed by Sands Anderson. However, Mr. Gray retired from Sands Anderson effective February 29, 2020. As such Mr. Gray consents to Sands Anderson's request that he be removed as counsel of record and that his name and email address be removed from the list of persons receiving electronic notice of filings in this case as counsel for Kelly Breitenbecher.

2. Sands Anderson hereby further gives notice that all further correspondence related to Kelly Breitenbecher should be forwarded directly to Kelly Breitenbecher, 83 South Edgewood Drive, Grosse Pointe Shores, MI 48236.

Date:  November 23, 2020                                     **SANDS ANDERSON PC**

*/s/ Klementina V. Pavlova*
Klementina V. Pavlova, VSB No. 92942
SANDS ANDERSON PC
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: 804.648.1636

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of November, 2020, the foregoing *Notice of Withdrawal and Creditor Change of Address* was filed via the CM/ECF system which will send electronic notification of such filing to all parties that receive notification in this case. I further certify that a true copy will be mailed via first class U.S. Mail, postage prepaid, to the following parties:

        Circuit City Stores, Inc.
        Liquidating Trust
        P.O. Box 5695
        Glen Allen, VA 23058

        Kelly Breitenbecher
        83 South Edgewood Drive
        Grosse Pointe Shores, MI 48236

        */s/ Klementina V. Pavlova*