# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:   **CIRCUIT CITY STORES, INC.,**     Case No.  08-35653-KRH
                                            Chapter 11

      **Debtor.**

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND CREDITOR CHANGE OF ADDRESS

Sands Anderson PC ("**Sands Anderson**") gives notice as follows:

1.     William A. Gray is counsel of record for DEV Limited Partnership in the above-captioned matter.  Mr. Gray became counsel of record in this case while employed by Sands Anderson.  However, Mr. Gray retired from Sands Anderson effective February 29, 2020.  As such Mr. Gray consents to Sands Anderson's request that he be removed as counsel of record and that his name and email address be removed from the list of persons receiving electronic notice of filings in this case as counsel for DEV Limited Partnership.

2.     Sands Anderson hereby further gives notice that all further correspondence related to DEV Limited Partnership should be forwarded directly to DEV Limited Partnership, c/o R. Stern Investments, L.P., P.O. Box 665, Addison, TX 75001.

Date:  November 23, 2020          **SANDS ANDERSON PC**

                                                            */s/ Klementina V. Pavlova*
                                                            Klementina V. Pavlova, VSB No. 92942
                                                            SANDS ANDERSON PC
                                                            P.O. Box 1998
                                                            Richmond, Virginia 23218-1998
                                                            Telephone: 804.648.1636

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2020, the foregoing *Notice of Withdrawal and Creditor Change of Address* was filed via the CM/ECF system which will send electronic notification of such filing to all parties that receive notification in this case. I further certify that a true copy will be mailed via first class U.S. Mail, postage prepaid, to the following parties:

>Circuit City Stores, Inc.
>Liquidating Trust
>P.O. Box 5695
>Glen Allen, VA 23058
>
>DEV Limited Partnership
>c/o R. Stern Investments, L.P.
>P.O. Box 665
>Addison, TX 75001

*/s/ Klementina V. Pavlova*