Jeffrey N. Pomerantz, Esq. – *pro hac vice*
Andrew W. Caine, Esq. – *pro hac vice*
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

Robert J. Feinstein, Esq. - *pro hac vice*
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 2, 2020 AT 1:00 P.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on December 2, 2020, beginning at 1:00 p.m. Eastern. **The Hearing will be held by remote video conference and interested parties may participate in the Hearing by registering through the following Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJIsf-ytqD0uHE3RKSG3qWNpxWmxW5i2wmc

**Note, pre-registration is required**. After the participant's registration is approved, he/she will receive a confirmation email with a unique, active link to the meeting.

A listen-only conference line is available as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

    Dial:    1-866-590-5055
    Access Code:    4377075#
    Security Code:    12220

1. Motion to Extend Time (Motion of the Liquidating Trustee for Entry of an Order Further Extending Term of Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Filed: 11/02/2020) (Docket No. 14281).

   Related Documents:

   a. Notice of Motion and Notice of Hearing (Re: related document(s) 14281 Motion to Extend Time filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 12/02/2020 at 1:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Tavenner, Lynn) (Filed: 11/02/2020) (Docket No. 14282).

   b. Affidavit of Service (Re: related document(s) 14281 Motion to Extend Time filed by Circuit City Stores, Inc. Liquidating Trust, 14282 Notice of Motion and Notice of Hearing filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Filed: 11/03/2020) (Docket No. 14283).

   Objection/
   Response Due:    November 25, 2020

   Objections/
   Responses
   Filed:    None

   Status:    The Liquidating Trustee will request that the Motion be granted.

2. Adversary case 19-03091. Complaint against United States Trustee Program, Clifford D. White, III, John P. Fitzgerald filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. Nature of Suit: (91 (Declaratory judgment)), (11 (Recovery of money/property - 542 turnover of property)) Associated Bankruptcy Case Number: 3:08-bk-35653 (Tavenner, Lynn) (Filed: 10/09/2019) (Docket No. 1).

   Related Relevant Documents:

   a. Motion to Dismiss Pleading (Related Document(s)1 Complaint filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust) filed by

        Robert B. Van Arsdale of Office of the U. S. Trustee on behalf of John P. Fitzgerald. (Attachments: # 1 Exhibit(s) Exhibit 1 # 2 Exhibit(s) Exhibit 2) (Van Arsdale, Robert) (Filed: 11/14/2019) (Docket No. 5).

b.      Stipulation and Order - Pre-Trial Conference shall be continued to December 2, 2020, at 1:00 PM for status purposes (Ramirez-Lowe, Suzan) (Entered: 10/08/2020) (Docket No. 22).

c.      Stipulation and Proposed Order By Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust and Between John P. Fitzgerald, Acting United States Trustee for Region 4 on behalf of himself and all named defendants filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) (Filed: 11/19/2020)(Docket No.23).

Status:    Pursuant to the terms of the Stipulation and Proposed Order filed at Docket No. 23, the Liquidating Trustee will request that the Pre-Trial Conference be continued to March 3, 2021 at 12:30 pm.

November 30, 2020  
Richmond, Virginia

Respectfully submitted,

**ALFRED H. SIEGEL, SOLELY AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST**

/s/    *Paula S. Beran*  
Lynn L. Tavenner (VA Bar No. 30083)  
Paula S. Beran (VA Bar No. 34679)  
20 North Eighth Street, 2nd Floor  
Richmond, Virginia 23219  
Telephone: 804-783-8300  
Facsimile: 804-783-0178  
Email: ltavenner@tb-lawfirm.com  
       pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)  
Andrew W. Caine (admitted *pro hac vice*)  
PACHULSKI STANG ZIEHL & JONES LLP  
10100 Santa Monica Blvd., 13th Floor  
Los Angeles, California 90067-4100  
Telephone: 310-277-6910  
Facsimile: 310-201-0760  
E-mail: jpomerantz@pszjlaw.com  
       acaine@pszjlaw.com

- and –

Robert J. Feinstein, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*