**EXHIBIT B**

**Circuit City Stores, Inc. Liquidating Trust**
**Summary of Prepaid Professional Fees and Other Costs for Post-Final Decree Work**

**Estimated Cash Remaining after Payment of all Operating Expenses**            1,024,398

**Payment of Prepaid Professional Fees and Other Costs for Post-Final Decree Work**

| Payee/Expense | Role | Amount | Expense or Services to be Provided In the 12 months Post-Closing |
|---|---|---|---|
| Pachulski, Stang, Ziehl & Jones LLP | Trustee General Counsel | 150,000 | Compensation for legal services in connection with post-closing issues, responding to creditors, government agencies, subpoenas, etc., coordination with and assistance and counsel to Trust officers regarding tax matters, claim issues, Plan consummation and other post-closing tasks. |
| Alfred H. Siegel | Trustee | 120,000 | Compensation for Trust oversight, direction, responsibility |
| Grobstein Teeple LLP | Trustee Accounting and Tax Advisors | 88,000 | Compensation for post-closing accounting and tax preparation and reporting |
| KTBS Law LLP | Special Litigation Counsel | 60,000 | Compensation for post-closing litigation and related claim inquiries, reporting, document disposition |
| Solution Trust | Trustee Special Counsel | 50,000 | Compensation for advice regarding financial and insurance matters |
| Tavenner & Beran, PLC | Trustee Local Counsel | 30,000 | Compensation for legal services in connection with local post-closing issues and communications with Court, responding to creditor inquiries, etc. |
| Katie Bradshaw | Former Senior Trust Officer | 30,000 | Compensation for post- closing tasks such as document destruction, close out of the treasury function and other financial matters, lease conclusion, UST operating report and any other required reporting, review/coordination with general counsel and response to inquiries from creditors, service providers, governmental authorities, attorneys and others. |
| Jeff McDonald | Former Trust Tax Officer | 30,000 | Compensation for preparation, assembly and filing of all required federal and state tax and information reporting returns and forms; review, analysis and response as necessary of tax-related correspondence or inquiry from claimants, taxing or other governmental authorities or representatives thereof |
| US Trustee Fees | | 10,275 | estimated statutory fees on disbursements |
| US Trustee Fee Interest (Disputed) | | 6,678 | disputed asserted interest on fees |
| Preparation and Mailing of Final 2021 W-2s and 1099s | | 15,000 | estimated cost of preparation/postage |
| Post-Final Decree Insurance Tail | | 49,053 | actual cost of premium |

Total Operating and Post Decree Services            639,006

**Estimate of Funds Held by Trust pending determination of unexpected fees or costs**            385,393

**Circuit City Stores, Inc. Liquidating Trust**
**Cash Receipts and Disbursements**
(amounts in thousands)

|  | 11/1/2010-4/30/2021 |
|---|---:|
| Cash flows from operations: | |
|     Cash contribution to the Trust | 469,381 |
|     Cash receipts | 611,276 |
|     Cash payments for professional fees | (211,918) |
|     Cash payments for claims | (778,646) |
|     Other operating cash payments | (88,706) |
|     Net cash provided by operating activities | 1,387 |
| | |
| Estimated cash flow from operations for May 2021: | |
|     Cash receipts | - |
|     Cash payments for professional fees | (216) |
|     Cash payments for claims | - |
|     Other operating cash payments | (147) |
|     Net cash provided by operating activities before prepaids | 1,024 |

**Circuit City Stores, Inc. Liquidating Trust**
**Summary of Post-Confirmation U.S. Trustee Payments**

| Payee | Amount | Period |
|---|---:|---|
| U.S. Trustee | 650 | Q3 2010 |
| U.S. Trustee | 18,200 | Q4 2010 |
| U.S. Trustee | 32,600 | Q1 2011 |
| U.S. Trustee | 16,900 | Q2 2011 |
| U.S. Trustee | 35,125 | Q3 2011 |
| U.S. Trustee | 325 | Q4 2011 |
| U.S. Trustee | 32,525 | Q1 2012 |
| U.S. Trustee | 325 | Q2 2012 |
| U.S. Trustee | 9,325 | Q3 2012 |
| U.S. Trustee | 47,325 | Q4 2012 |
| U.S. Trustee | 325 | Q1 2013 |
| U.S. Trustee | 16,325 | Q2 2013 |
| U.S. Trustee | 47,325 | Q3 2013 |
| U.S. Trustee | 325 | Q4 2013 |
| U.S. Trustee | 43,325 | Q1 2014 |
| U.S. Trustee | 30,325 | Q2 2014 |
| U.S. Trustee | 325 | Q3 2014 |
| U.S. Trustee | 33,325 | Q4 2014 |
| U.S. Trustee | 30,325 | Q1 2015 |
| U.S. Trustee | 30,325 | Q2 2015 |
| U.S. Trustee | 30,325 | Q3 2015 |
| U.S. Trustee | 30,325 | Q4 2015 |
| U.S. Trustee | 30,325 | Q1 2016 |
| U.S. Trustee | 20,325 | Q2 2016 |
| U.S. Trustee | 30,325 | Q3 2016 |
| U.S. Trustee | 30,325 | Q4 2016 |
| U.S. Trustee | 30,325 | Q1 2017 |
| U.S. Trustee | 30,325 | Q2 2017 |
| U.S. Trustee | 10,325 | Q3 2017 |
| U.S. Trustee | 20,325 | Q4 2017 |
| U.S. Trustee | 226,168 | Q1 2018 |
| U.S. Trustee | 233,168 | Q2 2018 |
| U.S. Trustee | 65,664 | Q3 2018 |
| U.S. Trustee | 101,842 | Q4 2018 |
| U.S. Trustee | 325 | Q1 2019 |
| U.S. Trustee | 325 | Q2 2019 |
| U.S. Trustee | 78,482 | Q3 2019 |
| U.S. Trustee | 88,726 | Q4 2019 |
| U.S. Trustee | 13,464 | Q1 2020 |
| U.S. Trustee | 15,274 | Q2 2020 |
| U.S. Trustee | 5,200 | Q3 2020 |

| | | | |
|---|---:|---|---|
| U.S. Trustee | 5,200 | Q4 2020 | |
| U.S. Trustee | 52,174 | Q1 2021 | |
| U.S. Trustee | 10,275 | Q2 2021 | Estimate |
| | | | |
| TOTAL | 1,585,087 | | |

**Circuit City Stores, Inc. Liquidating Trust**
**Summary of Post-Confirmation Payments to Professionals**

| Name | 11/1/2010-4/30/2021 |
|---|---|
| A. Siegel & Associates | 10,666,605 |
| Akerman Senterfitt LLP | 772,458 |
| Alston & Bird LLP | 70,000 |
| Arsene Taxand | 73,230 |
| Atkinson-Baker Inc. | 663 |
| BakerHostetler LLP | 333,084 |
| Ballard Spahr LLP | 18,631 |
| Bates White LLC | 3,684,324 |
| BK Value Finders | 5,391,375 |
| Bridging Culture | 41,328 |
| Brutzkus Gubner LLP | 10,691,967 |
| Charles River Associates | 1,738,429 |
| Coherent Economics LLC | 3,000,680 |
| Compass Lexecon | 1,498,872 |
| Crowe Horwath LLP | 4,524,043 |
| David Grossman | 636 |
| DecisionQuest | 72,217 |
| Eisner Jaffe | 1,218,339 |
| Emergence Financial Corp. | 815,246 |
| Ernst & Young LLP | 1,138,720 |
| e-Stet LLC | 281,776 |
| Everlaw Inc. | 106,730 |
| First Legal Network LLC | 507 |
| Foley & Lardner LLP | 185,535 |
| Fontecchio Consulting | 233,058 |
| Franklin Giesbrecht | 5,796 |
| FTI Consulting, Inc. | 188,320 |
| Gowlings Lafleur Henderson LLP | 642,990 |
| Grobstein Teeple Financial Advisory Services | 4,475,811 |
| Guidance Software, Inc. | 72,457 |
| HD Financial Advisors LLP | 43,659 |
| Hirschler Fleischer | 370 |
| Ian Kravitz | 5,000 |
| Info Tech Inc. | 2,073,818 |
| Irell & Manella LLP | 189,733 |
| Jackson Lewis P.C. | 28,755 |
| Jams, Inc. | 22,070 |
| Jeffer Mangels Butler & Mitchell LLP | 10,276 |
| Jefferies & Co., Inc. | 1,377,420 |
| JND eDiscovery LLC | 62,068 |
| Kelley Drye & Warren LLP | 7,015,065 |
| Kenny Nachwalter, P.A. | 27,337 |

| | |
|---|---:|
| Keymark, Inc. | 55,958 |
| Klee, Tuchin, Bogdanoff & Stern LLP | 12,913,434 |
| KPMG LLP | 44,070 |
| Kurtzman Carson Consultants LLC | 3,465,146 |
| Legal Economics LLC | 91,408 |
| Legalink Inc. | 862 |
| Legal Media | 5,605 |
| Lobel Weiland Golden Friedman LLP | 220,852 |
| McDermott Will & Emery LLP | 150,353 |
| McGladrey LLP | 367,317 |
| McGuire Woods, LLP | 264,368 |
| Nathan Associates Inc. | 7,407 |
| Navigant Consulting | 14,992 |
| Northern District of California | 69,000 |
| ODD Settlement Fund | 200,000 |
| Pachulski, Stang, Ziehl & Jones | 44,005,827 |
| Pearson, Simon, Warshaw & Penny, LLP | 47,548 |
| PricewaterhouseCoopers LLP | 659,817 |
| Process General | 857,883 |
| Province | 19,561,638 |
| Protiviti | 145,996 |
| Quinn Emanuel Urquhart & Sullivan, LLP | 985,430 |
| Resolutions LLC | 14,015 |
| Ridberg Aronson LLC | 10,331 |
| Shumaker, Loop & Kendrick LLP | 10,210 |
| Skadden, Arps, Slate, Meagher & Flom, LLP | 1,599,015 |
| Solution Trust | 9,695,162 |
| Stan Teeple | 21,613 |
| Stewart McKelvey | 255 |
| Sullivan & Worcester LLP | 55,813 |
| Susman Godfrey LLP | 46,838,549 |
| Tavenner & Beran, PLC | 5,624,136 |
| US Bankruptcy Trustee | 1,574,812 |
| US Legal Support | 4,694 |
| Vantage Intelligence LLC | 2,951 |
| Whiteford, Taylor & Preston LLP | 21,623 |
| WilmerHale | 4,581 |
| Yulchon, Attorneys at Law | 4,576 |
| | |
| Total Payments to Professionals | 212,416,645 |

**Circuit City Stores, Inc. Liquidating Trust**
**Charitable Organizations**

|   |   | **Website Address** |
|---|---|---|
| 1. | American Battlefield Trust | www.battlefields.org |
| 2. | Children's Hospital | www.childrenshospitals.org |
| 3. | Credit Abuse Resistance Education | www.care4yourfuture.org |
| 4. | Fisher House Foundation | www.fisherhouse.org |
| 5. | Gary Sinise Foundation | www.garysinisefoundation.org |
| 6. | Habitat for Humanity | www.habitat.org |
| 7. | Make-A-Wish Foundation | www.wish.org |
| 8. | Richmond Liberation Veteran Services | www.lvsrva.org |
| 9. | Shalom Farms | www.shalomfarms.org |
| 10. | Tunnel to Towers Foundation | www.t2t.org |
| 11. | USS Newport News Museum and Memorial Foundation | www.uss-newport-news.com |
| 12. | Wounded Warrior Project | www.woundedwarriorproject.org |