| | |
|---|---|
| Lynn L. Tavenner, Esq. (VA Bar No. 30083) | Richard. M. Pachulski, Esq. |
| Paula S. Beran, Esq. (VA Bar No. 34679) | Andrew W. Caine, Esq. |
| TAVENNER & BERAN, PLC | (admitted *pro hac vice*) |
| 20 North Eighth Street, 2nd Floor | PACHULSKI STANG ZIEHL & JONES LLP |
| Richmond, Virginia 23219 | 10100 Santa Monica Boulevard, 13th Floor |
| Telephone: (804) 783-8300 | Los Angeles, California 90067-4100 |
| Telecopy: (804) 783-0178 | Telephone: (310) 277-6910 |
| | Telecopy: (310) 201-0760 |

Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 26, 2021, AT 1:00 P.M. (EASTERN TIME PREVAILING)**

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, United States Courthouse, 701 East Broad Street, Richmond, Virginia 23219, on May 26, 2021, beginning at 1:00 p.m. via Zoom:

**Zoom registration link**:
https://www.zoomgov.com/meeting/register/vJItc-yppz4rE9DyNZUM8gQZM3U1qaB_6IQ

Listen-only conference line:
    Dial:  1-866-590-5055
    Access Code:  4377075
    Security Code:  52621

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 200 Westgate Parkway, Suite 100, Richmond, Virginia 23233.

1.  Final Report and Motion for Final Decree -- *LIQUIDATING TRUSTS FINAL REPORT AND MOTION FOR (A)AUTHORITY TO DESTROY REMAINING BOOKS AND RECORDS, (B) DISCHARGE OF CLAIMS AND NOTICING AGENTS, (C) ENTRY OF FINAL DECREE, AND (D) THE DISCHARGE OF TRUSTEE* filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Attachments: # 1 Exhibit A-1 # 2 Exhibit B) (Tavenner, Lynn) [ECF No. 14294]

    Related Documents:

    a.  Declaration *of Alfred H. Siegel, Trustee* (Re: related document(s)14294 Final Report and Motion for Final Decree filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. (Tavenner, Lynn) [ECF No. 14295]

    b.  Notice of Motion and Notice of Hearing (Re: related document(s)14294 Final Report and Motion for Final Decree filed by Circuit City Stores, Inc. Liquidating Trust) filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust. Hearing scheduled for 5/26/2021 at 01:00 PM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (Tavenner, Lynn) [ECF No. 14296]

    c.  Affidavit of Service (Re: related document(s)14294 Final Report and Motion for Final Decree filed by Circuit City Stores, Inc. Liquidating Trust, 14295 Declaration filed by Circuit City Stores, Inc. Liquidating Trust, 14296 Notice of Motion and Notice of Hearing filed by Circuit City Stores, Inc. Liquidating Trust) filed by Paula S. Beran on behalf of Circuit City Stores, Inc. Liquidating Trust. (Beran, Paula) [ECF No. 14297]

    Objection/
    Response Due:    May 21, 2021

    Objections/
    Responses     None
    Filed:

    Status:    The Liquidating Trustee will request that the Motion be granted.

2

| | |
|---|---|
| May 24, 2021<br>Richmond, Virginia | Respectfully submitted,<br><br>**ALFRED H. SIEGEL, SOLELY AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST**<br><br>*/s/ Paula S. Beran*<br>Lynn L. Tavenner (VA Bar No. 30083)<br>Paula S. Beran (VA Bar No. 34679)<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: 804-783-8300<br>Facsimile: 804-783-0178<br>Email: ltavenner@tb-lawfirm.com<br>          pberan@tb-lawfirm.com<br><br>-and-<br><br>Richard. M. Pachulski, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy: (310) 201-0760<br><br>*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |