```
 1                IN THE UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF VIRGINIA (RICHMOND)
 2
    In Re:                              )  Case No. 08-35653-KRH
 3                                      )  Richmond, Virginia
    CIRCUIT CITY STORES, INC.,          )
 4  ET AL.,                             )
              Debtors.                  )  May 26, 2021
 5  ------------------------------- )      1:01 p.m.


 6                     TRANSCRIPT OF HEARING ON
       MOTION FOR FINAL DECREE FILED BY CIRCUIT CITY STORES, INC.
 7             BEFORE THE HONORABLE KEVIN R. HUENNEKENS
                   UNITED STATES BANKRUPTCY JUDGE
 8
    APPEARANCES: (All present by video or telephone)
 9  For the Debtors:               LYNN L. TAVENNER, ESQ.
                                   PAULA STEINHILBER BERAN, ESQ.
10                                 TAVENNER & BERAN, PLC
                                   20 North Eighth Street,
11                                 Richmond, VA 23219

12  For the Circuit City Stores,   ANDREW W. CAINE, ESQ.
    Inc. Liquidating Trust:        PACHULSKI STANG ZIEHL & JONES
13                                 LLP
                                   10100 Santa Monica Boulevard
14                                 Los Angeles, CA 90067

15  Also Present:                  Alfred Siegel
                                   Trustee of Liquidating Trust
16
                                   Katie Bradshaw
17                                 General Manager of Liquidating
                                   Trust
18
                                   Jeff McDonald
19                                 VP Tax at Circuit City

20  Transcription Services:        eScribers, LLC
                                   7227 North 16th Street
21                                 Suite #207
                                   Phoenix, AZ 85020
22                                 (973) 406-2250


23  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

24  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.


25
```

1    THE CLERK: The court is now in session. Please come
2 to order.
3    THE COURT OFFICER: Item 22, Circuit City Stores,
4 Inc., motion for final decree.
5    THE COURT: Good afternoon.
6    MR. CAINE: Good day, Your Honor. Andrew Caine,
7 Pachulski Stang Ziehl & Jones, along with my cocounsel, Lynn
8 Tavenner and Paula Beran of Tavenner & Beran. Also with us is
9 the trustee of the liquidating trust, Alfred Siegel, and Katie
10 Bradshaw, the general manager of the liquidating trust.
11    THE COURT: All right.
12    MR. CAINE: As well we have -- we also have Jeff
13 McDonald. Gang's all here, Your Honor. We also have Jeff
14 McDonald, whom you know --
15    THE COURT: I do.
16    MR. CAINE: -- who is responsible for a variety of
17 matters for the trustee, including tax matters.
18    THE COURT: Excellent. Good to see you again, Mr.
19 McDonald. Mr. Siegel, good to see you, sir. And of course Ms.
20 Bradshaw is somebody that I know well, has been sentenced to
21 about eight years now with us. So -- or whatever it's been;
22 longer than that.
23    But in any event, you may proceed with the motion, Mr.
24 Caine.
25    MR. CAINE: Thank you, Your Honor. We're here on the

1  liquidating trust's motion for a variety of items of relief
2  essentially to close the case.  The case has been pending since
3  2008.  The trust has been operating since late 2010, and we are
4  extremely pleased at the results that the trust has been able
5  to achieve, having distributed fifty-five percent to general
6  unsecured creditors.
7  　　　　　The disclosure statement that was approved by the
8  Court in 2010 predicted a range of sixteen to thirty-two cents,
9  but it was widely publicized by debtors' council that they
10 believed that the recovery would be sixteen percent.  And so we
11 have distributed approximately forty percent more than that.
12 　　　　　As it notes in the motion, the trustee was hopeful to
13 be able to make one more distribution, based on some revenue
14 recoveries from antitrust and other actions, but it didn't
15 quite work out as we had hoped, and so this motion is before
16 you now so that we can close this long-running chapter.
17 　　　　　In the motion itself we have asked for the issuance of
18 the final decree, that the Court approve the final report of
19 the trustee, which is attached to the motion, for authority to
20 destroy books and records of the trust, although, as mentioned
21 in the motion, the trustee will retain certain documents in
22 order to comply with tax and other laws and regulations that
23 may require reports, or otherwise, after the entry of the final
24 decree.
25 　　　　　We ask for authority to terminate the duties of the

1  claims and noticing agent.  We ask for release of the trustee,
2  his professionals, and the oversight committee from their
3  duties and any liabilities relating to the trust.
4  Of course, Your Honor, even after issuance of the
5  final decree, there are going to be some tasks required of the
6  trust and its professionals.  There will be the requirement to
7  destroy the books and records, to send the claims to the clerk
8  of the bankruptcy court as required by the court system.
9  There will be tax returns to be filed and other
10 reports required by state, local and federal law.  There will
11 be responses to inquiries of claimants, government entities,
12 numerous parties who reach out to the trust and have been for
13 the past many years.
14 There will be obligations to respond to subpoenas and
15 other items that turn up, from time to time, to require the
16 trust counsel and Ms. Bradshaw and Mr. McDonald to become
17 involved in responding to those things.  There's a variety of
18 tasks that are identified in the exhibit to the motion itself.
19 The trust will also be required to dismiss the pending
20 adversary proceeding against the United States Trustee to
21 recover U.S. Trustee fees.  We have reached agreement with the
22 U.S. Trustee as to the amount of the fees that are remaining to
23 be paid, and so the trust will pay those.
24 Your Honor's probably aware of the Fourth Circuit
25 ruling that overturned what we felt was Your Honor's very

1  learned conclusion with respect to U.S. Trustee's fees.  But we
2  understand --
3          THE COURT:  Apparently, I just went to the wrong
4  circuit.  But I think that this Montgomery probably has great
5  jurisprudence, and that's why her office was able to prevail.
6          MR. CAINE:  Yes, Your Honor.  We are aware of the
7  Second Circuit ruling yesterday.
8          But in any event, in the trustee's judgment, it's time
9  to close the case, and at this point in time, that certainly
10 appears quite wise.
11         There will be other administrative tasks that the
12 trust will need to accomplish, just to wrap everything up, as
13 you can imagine, in a case of this size, after operating for
14 all of these years.
15         The trustee spent quite a bit of time, as he explains
16 in his declaration -- and should Your Honor wish to ask him any
17 questions today, of course Mr. Siegel is available -- to
18 describe the business judgment that he wrestled with.  He and
19 Ms. Bradshaw, Mr. McDonald went through all the numbers, all
20 the remaining tasks to try and figure out what we could
21 distribute to unsecured creditors, and it turns out that it's
22 .006 percent.  And so, in the trustee's judgment, the time and
23 expense of a distribution was not justified by the percentage
24 of the distribution, and he is proposing, instead, to donate
25 the remaining funds to the charities that he has identified in

1  Exhibit B to the motion on the last page thereof.
2          Your Honor I'm sure understands, but involved with the
3  distribution is not only the preparation of the numbers and the
4  checks, but then also, if checks come back, you have to leave
5  the trust open for a certain period of time in order to
6  administer those that come back, prepare the tax reporting
7  that's involved with that, as the time comes.  And so it would
8  have extended the life of the trust or the duties of the trust
9  representatives and, on balance, the trustee felt that the
10 approach proposed in the motion itself is, in his judgment, the
11 best approach from here on out.
12         So with all that said, Your Honor, the trust is asking
13 for the relief that I identified in the beginning of my
14 presentation.
15         Before I conclude, I just want to say, on a personal
16 note, that it has been an absolute honor and a pleasure to work
17 with Your Honor over the past ten plus years in this case, and
18 I thank you for that opportunity.
19         THE COURT:  Thank you, Mr. Caine.
20         Does any party wish to be heard in connection with the
21 motion?
22         All right, hearing no objections -- that's always a
23 good thing.  These hearings are often some of the most favorite
24 that I ever conduct because I get a chance to be able to
25 congratulate everybody on the fine job that they did.

1  I very much respect the business judgment that Mr.
2  Siegel has exercised. I have been through his declaration, in
3  some detail, and I think that his considered judgment is spot
4  on. And I don't make a habit of second guessing my trustees,
5  but I do want to say that I agree completely with that.
6  And Mr. McDonald and Ms. Bradshaw, you've been in the
7  trenches here in Richmond doing all of this too, and I
8  appreciate your fine efforts on behalf of the trust as we've
9  gone through all of this. I don't have to say those kinds of
10 things to Ms. Tavenner, Ms. Beran, because they're going to see
11 me every day anyway in other cases and such.
12 But Mr. Caine, it has been a delight. I appreciated
13 the excellent work that your firm has done and the opportunity
14 to meet many of your partners, and such, over the life of this
15 case, which seemed to go on and on interminably. But now I
16 think we're properly bringing it to a conclusion.
17 So I will grant your motion in its entirety with the
18 accolades that I just said. Good job. Thank you, and you're
19 always welcome to come back, knowing that you're an avid
20 Dodgers fan, and so that's appreciated. Thank you.
21 MR. CAINE: Thank you very much.
22 THE COURT: All right. All right. Well, is there any
23 other business we need to take up in Circuit City then today?
24 MR. CAINE: No, Your Honor.
25 THE COURT: Okay. Once again, I thank all of you, and

1  we'll be adjourned.  Thank you.
2          MR. CAINE:  Thank you.
3          THE CLERK:  The court is now adjourned.
4     (Whereupon these proceedings were concluded at 1:14 PM)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                                    **I N D E X**

2

3

4  **RULINGS:**                                                    **PAGE**    **LINE**

5  **Motion for final decree is granted.**                            **7**       **17**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          C E R T I F I C A T I O N

2

3      I, Sharona Shapiro, the court-approved transcriber, do

4 hereby certify the foregoing is a true and correct transcript

5 from the official electronic sound recording of the proceedings

6 in the above-entitled matter.

7

8 *[signature: Sharona Shapiro]*

9                                          May 27, 2021

10 _____    _____

11 SHARONA SHAPIRO                              DATE

12 AAERT Certified Electronic Transcriber CET-492

13

14

15

16

17

18

19

20

21

22

23

24

25

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH

May 26, 2021

### A

**able (4)**
  3:4,13;5:5;6:24
**absolute (1)**
  6:16
**accolades (1)**
  7:18
**accomplish (1)**
  5:12
**achieve (1)**
  3:5
**actions (1)**
  3:14
**adjourned (2)**
  8:1,3
**administer (1)**
  6:6
**administrative (1)**
  5:11
**adversary (1)**
  4:20
**afternoon (1)**
  2:5
**again (2)**
  2:18;7:25
**against (1)**
  4:20
**agent (1)**
  4:1
**agree (1)**
  7:5
**agreement (1)**
  4:21
**Alfred (1)**
  2:9
**along (1)**
  2:7
**although (1)**
  3:20
**always (2)**
  6:22;7:19
**amount (1)**
  4:22
**Andrew (1)**
  2:6
**antitrust (1)**
  3:14
**Apparently (1)**
  5:3
**appears (1)**
  5:10
**appreciate (1)**
  7:8
**appreciated (2)**
  7:12,20
**approach (2)**
  6:10,11
**approve (1)**
  3:18
**approved (1)**
  3:7
**approximately (1)**
  3:11
**attached (1)**
  3:19
**authority (2)**
  3:19,25
**available (1)**
  5:17
**avid (1)**
  7:19
**aware (2)**
  4:24;5:6

### B

**back (3)**
  6:4,6;7:19
**balance (1)**
  6:9
**bankruptcy (1)**
  4:8
**based (1)**
  3:13
**become (1)**
  4:16
**beginning (1)**
  6:13
**behalf (1)**
  7:8
**Beran (3)**
  2:8,8;7:10
**best (1)**
  6:11
**bit (1)**
  5:15
**books (2)**
  3:20;4:7
**Bradshaw (5)**
  2:10,20;4:16;5:19;
  7:6
**bringing (1)**
  7:16
**business (3)**
  5:18;7:1,23

### C

**CAINE (12)**
  2:6,6,12,16,24,25;
  5:6;6:19;7:12,21,24;
  8:2
**can (2)**
  3:16;5:13
**case (6)**
  3:2,2;5:9,13;6:17;
  7:15
**cases (1)**
  7:11
**cents (1)**
  3:8
**certain (2)**
  3:21;6:5
**certainly (1)**
  5:9
**chance (1)**
  6:24
**chapter (1)**
  3:16
**charities (1)**
  5:25
**checks (2)**
  6:4,4
**Circuit (5)**
  2:3;4:24;5:4,7;
  7:23
**City (2)**
  2:3;7:23
**claimants (1)**
  4:11
**claims (2)**
  4:1,7
**CLERK (3)**
  2:1;4:7;8:3
**close (3)**
  3:2,16;5:9
**cocounsel (1)**
  2:7
**committee (1)**
  4:2
**completely (1)**
  7:5
**comply (1)**
  3:22
**conclude (1)**
  6:15
**concluded (1)**
  8:4
**conclusion (2)**
  5:1;7:16
**conduct (1)**
  6:24
**congratulate (1)**
  6:25
**connection (1)**
  6:20
**considered (1)**
  7:3
**council (1)**
  3:9
**counsel (1)**
  4:16
**course (3)**
  2:19;4:4;5:17
**court (15)**
  2:1,3,5,11,15,18;
  3:8,18;4:8,8;5:3;
  6:19;7:22,25;8:3
**creditors (2)**
  3:6;5:21

### D

**day (2)**
  2:6;7:11
**debtors' (1)**
  3:9
**declaration (2)**
  5:16;7:2
**decree (4)**
  2:4;3:18,24;4:5
**delight (1)**
  7:12
**describe (1)**
  5:18
**destroy (2)**
  3:20;4:7
**detail (1)**
  7:3
**disclosure (1)**
  3:7
**dismiss (1)**
  4:19
**distribute (1)**
  5:21
**distributed (2)**
  3:5,11
**distribution (4)**
  3:13;5:23,24;6:3
**documents (1)**
  3:21
**Dodgers (1)**
  7:20
**donate (1)**
  5:24
**done (1)**
  7:13
**duties (3)**
  3:25;4:3;6:8

### E

**efforts (1)**
  7:8
**eight (1)**
  2:21
**entirety (1)**
  7:17
**entities (1)**
  4:11
**entry (1)**
  3:23
**essentially (1)**
  3:2
**even (1)**
  4:4
**event (2)**
  2:23;5:8
**everybody (1)**
  6:25
**Excellent (2)**
  2:18;7:13
**exercised (1)**
  7:2
**exhibit (2)**
  4:18;6:1
**expense (1)**
  5:23
**explains (1)**
  5:15
**extended (1)**
  6:8
**extremely (1)**
  3:4

### F

**fan (1)**
  7:20
**favorite (1)**
  6:23
**federal (1)**
  4:10
**fees (3)**
  4:21,22;5:1
**felt (2)**
  4:25;6:9
**fifty-five (1)**
  3:5
**figure (1)**
  5:20
**filed (1)**
  4:9
**final (5)**
  2:4;3:18,18,23;4:5
**fine (2)**
  6:25;7:8
**firm (1)**
  7:13
**forty (1)**
  3:11
**Fourth (1)**
  4:24
**funds (1)**
  5:25

### G

**Gang's (1)**
  2:13
**general (2)**
  2:10;3:5
**Good (6)**
  2:5,6,18,19;6:23;
  7:18
**government (1)**
  4:11
**grant (1)**
  7:17
**great (1)**
  5:4
**guessing (1)**
  7:4

### H

**habit (1)**
  7:4
**heard (1)**
  6:20
**hearing (1)**
  6:22
**hearings (1)**

Case 08-35653-KRH    Doc 14300    Filed 05/27/21    Entered 05/27/21 10:29:29    Desc
Main Document    Page 12 of 13

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH                                                                May 26, 2021

6:23
**Honor (11)**
 2:6,13,25;4:4;5:6,
 16;6:2,12,16,17;7:24
**Honor's (2)**
 4:24,25
**hoped (1)**
 3:15
**hopeful (1)**
 3:12

**I**

**identified (3)**
 4:18;5:25;6:13
**imagine (1)**
 5:13
**Inc (1)**
 2:4
**including (1)**
 2:17
**inquiries (1)**
 4:11
**instead (1)**
 5:24
**interminably (1)**
 7:15
**involved (3)**
 4:17;6:2,7
**issuance (2)**
 3:17;4:4
**Item (1)**
 2:3
**items (2)**
 3:1;4:15

**J**

**Jeff (2)**
 2:12,13
**job (2)**
 6:25;7:18
**Jones (1)**
 2:7
**judgment (6)**
 5:8,18,22;6:10;
 7:1,3
**jurisprudence (1)**
 5:5
**justified (1)**
 5:23

**K**

**Katie (1)**
 2:9
**kinds (1)**
 7:9
**knowing (1)**
 7:19

**L**

**last (1)**
 6:1
**late (1)**
 3:3
**law (1)**
 4:10
**laws (1)**
 3:22
**learned (1)**
 5:1
**leave (1)**
 6:4
**liabilities (1)**
 4:3
**life (2)**
 6:8;7:14
**liquidating (3)**
 2:9,10;3:1
**local (1)**
 4:10
**longer (1)**
 2:22
**long-running (1)**
 3:16
**Lynn (1)**
 2:7

**M**

**manager (1)**
 2:10
**many (2)**
 4:13;7:14
**matters (2)**
 2:17,17
**may (2)**
 2:23;3:23
**McDonald (6)**
 2:13,14,19;4:16;
 5:19;7:6
**meet (1)**
 7:14
**mentioned (1)**
 3:20
**Montgomery (1)**
 5:4
**more (2)**
 3:11,13
**most (1)**
 6:23
**motion (13)**
 2:4,23;3:1,12,15,
 17,19,21;4:18;6:1,
 10,21;7:17
**much (2)**
 7:1,21

**N**

**need (2)**
 5:12;7:23
**note (1)**
 6:16

**notes (1)**
 3:12
**noticing (1)**
 4:1
**numbers (2)**
 5:19;6:3
**numerous (1)**
 4:12

**O**

**objections (1)**
 6:22
**obligations (1)**
 4:14
**office (1)**
 5:5
**OFFICER (1)**
 2:3
**often (1)**
 6:23
**Once (1)**
 7:25
**one (1)**
 3:13
**only (1)**
 6:3
**open (1)**
 6:5
**operating (2)**
 3:3;5:13
**opportunity (2)**
 6:18;7:13
**order (3)**
 2:2;3:22;6:5
**otherwise (1)**
 3:23
**out (5)**
 3:15;4:12;5:20,21;
 6:11
**over (2)**
 6:17;7:14
**oversight (1)**
 4:2
**overturned (1)**
 4:25

**P**

**Pachulski (1)**
 2:7
**page (1)**
 6:1
**paid (1)**
 4:23
**parties (1)**
 4:12
**partners (1)**
 7:14
**party (1)**
 6:20
**past (2)**
 4:13;6:17

**Paula (1)**
 2:8
**pay (1)**
 4:23
**pending (2)**
 3:2;4:19
**percent (4)**
 3:5,10,11;5:22
**percentage (1)**
 5:23
**period (1)**
 6:5
**personal (1)**
 6:15
**Please (1)**
 2:1
**pleased (1)**
 3:4
**pleasure (1)**
 6:16
**plus (1)**
 6:17
**PM (1)**
 8:4
**point (1)**
 5:9
**predicted (1)**
 3:8
**preparation (1)**
 6:3
**prepare (1)**
 6:6
**presentation (1)**
 6:14
**prevail (1)**
 5:5
**probably (2)**
 4:24;5:4
**proceed (1)**
 2:23
**proceeding (1)**
 4:20
**proceedings (1)**
 8:4
**professionals (2)**
 4:2,6
**properly (1)**
 7:16
**proposed (1)**
 6:10
**proposing (1)**
 5:24
**publicized (1)**
 3:9

**Q**

**quite (3)**
 3:15;5:10,15

**R**

**range (1)**

3:8
**reach (1)**
 4:12
**reached (1)**
 4:21
**records (2)**
 3:20;4:7
**recover (1)**
 4:21
**recoveries (1)**
 3:14
**recovery (1)**
 3:10
**regulations (1)**
 3:22
**relating (1)**
 4:3
**release (1)**
 4:1
**relief (2)**
 3:1;6:13
**remaining (3)**
 4:22;5:20,25
**report (1)**
 3:18
**reporting (1)**
 6:6
**reports (2)**
 3:23;4:10
**representatives (1)**
 6:9
**require (2)**
 3:23;4:15
**required (4)**
 4:5,8,10,19
**requirement (1)**
 4:6
**respect (2)**
 5:1;7:1
**respond (1)**
 4:14
**responding (1)**
 4:17
**responses (1)**
 4:11
**responsible (1)**
 2:16
**results (1)**
 3:4
**retain (1)**
 3:21
**returns (1)**
 4:9
**revenue (1)**
 3:13
**Richmond (1)**
 7:7
**right (4)**
 2:11;6:22;7:22,22
**ruling (2)**
 4:25;5:7

Case 08-35653-KRH    Doc 14300    Filed 05/27/21    Entered 05/27/21 10:29:29    Desc
Main Document    Page 13 of 13

CIRCUIT CITY STORES, INC., et al.
Case No. 08-35653-KRH
May 26, 2021

## S

**Second (2)**
  5:7;7:4
**seemed (1)**
  7:15
**send (1)**
  4:7
**sentenced (1)**
  2:20
**session (1)**
  2:1
**Siegel (4)**
  2:9,19;5:17;7:2
**sixteen (2)**
  3:8,10
**size (1)**
  5:13
**somebody (1)**
  2:20
**spent (1)**
  5:15
**spot (1)**
  7:3
**Stang (1)**
  2:7
**state (1)**
  4:10
**statement (1)**
  3:7
**States (1)**
  4:20
**Stores (1)**
  2:3
**subpoenas (1)**
  4:14
**sure (1)**
  6:2
**system (1)**
  4:8

## T

**tasks (4)**
  4:5,18;5:11,20
**Tavenner (3)**
  2:8,8;7:10
**tax (4)**
  2:17;3:22;4:9;6:6
**ten (1)**
  6:17
**terminate (1)**
  3:25
**thereof (1)**
  6:1
**thirty-two (1)**
  3:8
**today (2)**
  5:17;7:23
**trenches (1)**
  7:7
**trust (17)**
  2:9,10;3:3,4,20;
  4:3,6,12,16,19,23;
  5:12;6:5,8,8,12;7:8
**trustee (11)**
  2:9,17;3:12,19,21;
  4:1,20,21,22;5:15;
  6:9
**trustees (1)**
  7:4
**Trustee's (3)**
  5:1,8,22
**trust's (1)**
  3:1
**try (1)**
  5:20
**turn (1)**
  4:15
**turns (1)**
  5:21

## U

**understands (1)**
  6:2
**United (1)**
  4:20
**unsecured (2)**
  3:6;5:21
**up (3)**
  4:15;5:12;7:23

## V

**variety (3)**
  2:16;3:1;4:17

## W

**welcome (1)**
  7:19
**Whereupon (1)**
  8:4
**widely (1)**
  3:9
**wise (1)**
  5:10
**wish (2)**
  5:16;6:20
**work (3)**
  3:15;6:16;7:13
**wrap (1)**
  5:12
**wrestled (1)**
  5:18
**wrong (1)**
  5:3

## Y

**years (4)**
  2:21;4:13;5:14;
  6:17
**yesterday (1)**
  5:7

## Z

**Ziehl (1)**
  2:7

## 0

**006 (1)**
  5:22

## 1

**1:14 (1)**
  8:4

## 2

**2008 (1)**
  3:3
**2010 (2)**
  3:3,8
**22 (1)**
  2:3