# United States Bankruptcy Court

**Eastern District of Virginia**

Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**    08−35653−KRH
**Chapter**   11
**Judge**   Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
 9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor: <u>54−0493875</u>

## <u>NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION</u>

A transcript was filed on <u> May 27, 2021 </u> in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 5/26/2021, Remote electronic access to the transcript is restricted until 08/25/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber eScribers, Telephone number 973−406−2250.] [Transcript Purchased by Celine Buehl.] (RE: related document(s) [14299] Hearing held; Motion GRANTED (related document(s): 14294 Final Report and Motion for Final Decree filed by Circuit City Stores, Inc. Liquidating Trust) Appearance: Andrew Caine (garyl)). Notice of Intent to Request Redaction Deadline Due By 06/3/2021. Redaction Request Due By 06/17/2021. Redacted Transcript Submission Due By 06/28/2021. Transcript access will be restricted through 08/25/2021. (Gottlieb, Jason)

   The parties have [until <u> June 3, 2021 </u>] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [ <u>June 17, 2021</u> ] [21 days from the date of filing of the transcript].

   If a request for redaction is filed, the redacted transcript is due [ <u>June 28, 2021</u> ] [31 days from the date of filing of the transcript].

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [ <u>August 25, 2021</u> ] [90 calendar days from the date of filing of the transcript] unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:  May 27, 2021

[ntctranredact.jsp 3/2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Case No. 08-35653-KRH

Circuit City Stores, Inc.
Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: ramirez-l | Page 1 of 93 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: redacttr | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| | + ANDREW W. CAINE, ESQ, PACHULSKI STANG ZIEHL & JONES, 10100 Santa Monica Boulevard, Los Angeles, CA 90067-4114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Hammer | on behalf of Creditor National Product Care Company ahammer@hmblaw.com  ecfnotices@hmblaw.com |
| Aaron L. Hammer | on behalf of Creditor TWG Innovative Solutions  Inc. ahammer@hmblaw.com, ecfnotices@hmblaw.com |
| Aaron L. Hammer | on behalf of Creditor Virginia Surety Company  Inc. ahammer@hmblaw.com, ecfnotices@hmblaw.com |
| Aaron L. Hammer | on behalf of Creditor Service Saver  Incorporated ahammer@hmblaw.com, ecfnotices@hmblaw.com |
| Aaron L. Hammer | on behalf of Creditor ServicePlan of Florida  Inc. ahammer@hmblaw.com, ecfnotices@hmblaw.com |
| Aaron L. Hammer | on behalf of Creditor ServicePlan  Inc. and all its Affiliates ahammer@hmblaw.com, ecfnotices@hmblaw.com |

District/off: 0422-7

Date Rcvd: May 27, 2021

User: ramirez-l

Form ID: redacttr

Page 2 of 93

Total Noticed: 1

Aaron R. Cahn

on behalf of Unknown Reliance Figueroa Associates L.P. cahn@clm.com, CourtMail@clm.com

Adam K. Keith

on behalf of Creditor The Marketplace of Rochester Hills Parcel B LLC akeith@honigman.com, tsable@honigman.com

Albert F. Quintrall

on behalf of Creditor Wayne-Dalton Corp. a.quintrall@quintrall.com

Alexander W. Stiles

on behalf of Creditor City of Virginia Beach astiles@vbgov.com

Alexander Xavier Jackins

on behalf of Interested Party Eatontown Commons Shopping Center ajackins@seyfarth.com

Alexander Xavier Jackins

on behalf of Interested Party Arboretum of South Barrington LLC ajackins@seyfarth.com

Alexander Xavier Jackins

on behalf of Interested Party AmCap NorthPoint LLC ajackins@seyfarth.com

Alexander Xavier Jackins

on behalf of Interested Party AmCap Arborland LLC ajackins@seyfarth.com

Alexander Xavier Jackins

on behalf of Creditor Engineered Structures Inc. ajackins@seyfarth.com

Alison Ross Wickizer Toepp

on behalf of Creditor Northern Indiana Public Service Company atoepp@reedsmith.com
dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmith.com;catrina-vale
nte-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Alison Ross Wickizer Toepp

on behalf of Defendant Sony Computer Entertainment America Inc. A/K/A Sony Computer Entertainment, A/K/A SCEA
atoepp@reedsmith.com,
dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmith.com;catrina-vale
nte-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Alison Ross Wickizer Toepp

on behalf of Defendant Energizer Battery Inc. atoepp@reedsmith.com,
dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmith.com;catrina-vale
nte-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Alison Ross Wickizer Toepp

on behalf of Creditor GRE Grove Street One LLC atoepp@reedsmith.com
dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmith.com;catrina-vale
nte-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Alison Ross Wickizer Toepp

on behalf of Defendant Kingston Technology Co. Inc. atoepp@reedsmith.com,
dlynch@reedsmith.com;cvalente@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com;docketingecf@reedsmith.com;catrina-vale
nte-9230@ecf.pacerpro.com;alison-toepp-2069@ecf.pacerpro.com;donna-lynch-3986@ecf.pacerpro.com

Amanda Jill Katzenstein

on behalf of Creditor U.S Bank National Association as Trustee akatzenstein@polsinelli.com
dcdocketing@polsinelli.com;lipayne@polsinelli.com

Amanda Jill Katzenstein

on behalf of Unknown KeyBank National Association akatzenstein@polsinelli.com
dcdocketing@polsinelli.com;lipayne@polsinelli.com

Ambika Joline Biggs

on behalf of Defendant Scripps Media Inc. abiggs@hirschlerlaw.com

Ambika Joline Biggs

on behalf of Defendant The E.W. Scripps Company d/b/a/ Ventura County Star abiggs@hirschlerlaw.com

Ambika Joline Biggs

on behalf of Defendant Buffalo Technology (USA) Inc. abiggs@hirschlerlaw.com

Ambika Joline Biggs

on behalf of Defendant National Union Fire Insurance Company of Pittsburgh PA abiggs@hirschlerlaw.com

Ambika Joline Biggs

on behalf of Attorney Ambika J. Biggs abiggs@hirschlerlaw.com

Ambika Joline Biggs

on behalf of Defendant Scripps Networks LLC d/b/a HGTV.com, d/b/a FineLiving.com, d/b/a Home & Garden Television
abiggs@hirschlerlaw.com

Ambika Joline Biggs

on behalf of Defendant The National Union Fire Insurance Company of Pittsburgh PA abiggs@hirschlerlaw.com

District/off: 0422-7                                                 User: ramirez-l                                              Page 3 of 93
Date Rcvd: May 27, 2021                                             Form ID: redacttr                                           Total Noticed: 1

Ambika Joline Biggs

on behalf of Defendant Memphis Publishing Company  dba Commercial Appeal, Inc. abiggs@hirschlerlaw.com

Andrea Campbell Davison

on behalf of Defendant Animal Planet  L.P. ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison

on behalf of Creditor Discovery Communications  Inc. ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison

on behalf of Defendant Discovery Communications Inc. a/k/a The Learning Channel ADavison@beankinney.com
onazar@beankinney.com

Andrea Campbell Davison

on behalf of Defendant Learning Channel  Inc. ADavison@beankinney.com, onazar@beankinney.com

Andrea Campbell Davison

on behalf of Defendant Wonders Industrial Development (Shenzhen) Co.  Ltd. ADavison@beankinney.com,
onazar@beankinney.com

Andrea Campbell Davison

on behalf of Defendant Discovery Communications  Inc. ADavison@beankinney.com, onazar@beankinney.com

Andrew Rapp

on behalf of Creditor Terranomics Crossroads Associates arapp@wpblaw.com

Andrew A. Jones

on behalf of Interested Party Farallon Capital Management  L.L.C. Andrew@ajoneslaw.com

Andrew Edward Macfarlane

on behalf of Defendant Sherwood America  Inc. aem@aemlegal.com

Andrew Edward Macfarlane

on behalf of Creditor Sherwood America  Inc. aem@aemlegal.com

Andrew H. Herrick

on behalf of Creditor County of Albemarle aherrick@albemarle.org

Andrew Kelly Rudiger

on behalf of Creditor TKG Coffee Tree  L.P. andrewr@boydhomes.com, akrudiger@kaufcan.com

Andrew Lynch Cole

on behalf of Interested Party Faber Bros.  Inc. acole@coleschotz.com, pratkowiak@coleschotz.com

Andrew M. Brumby

on behalf of Creditor Cameron Group Associates LLP abrumby@shutts-law.com  dbonilla@shutts-law.com

Andrew S. Conway

on behalf of Creditor Taubman Landlords aconway@taubman.com

Angela Sheffler Abreu

on behalf of Creditor PNY Technologies  Inc. AAbreu@nwbcorp.com, Angela.Abreu@northwest.com

Anitra D. Goodman Royster

on behalf of Creditor Connexion Technologies anitra.royster@nelsonmullins.com
betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com

Ann E. Schmitt

on behalf of Creditor The Parkes Companies Inc. aschmitt@culbert-schmitt.com

Ann E. Schmitt

on behalf of Attorney Ann E. Schmitt aschmitt@culbert-schmitt.com

Ann E. Schmitt

on behalf of Creditor Plaza Las Palmas  LLC aschmitt@culbert-schmitt.com

Anne C. Lahren

on behalf of Defendant KLAS  LLC alahren@pendercoward.com

Anne C. Lahren

on behalf of Defendant Landmark Media Enterprises LLC  f/k/a Landmark Communications, Inc., dba The Virginian-Pilot
alahren@pendercoward.com

Anne C. Murphy

on behalf of Creditor State of Wisconsin - Office of the State Treasurer murphyac@doj.state.wi.us  gurholtks@doj.state.wi.us

Anne Elizabeth Braucher

on behalf of Creditor DL Peterson Trust  as Assignee of PHH Vehicle Management Services, LLC
abraucher@mcmillanmetro.com

Anne Elizabeth Braucher

on behalf of Creditor InnerWorkings  Inc. abraucher@mcmillanmetro.com

Anne Elizabeth Braucher

on behalf of Creditor Manufacturers and Traders Trust Company  as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured abraucher@mcmillanmetro.com

Anne Elizabeth Braucher

on behalf of Creditor West Marine Products  Inc. abraucher@mcmillanmetro.com

Anne G. Bibeau

on behalf of Creditor Alameda County Treasurer ABibeau@vanblk.com  drichards@vanblk.com;kjerald@vanblk.com

Anne G. Bibeau

on behalf of Creditor Orangefair Marketplace  LLC ABibeau@vanblk.com, drichards@vanblk.com;kjerald@vanblk.com

Anne G. Bibeau

on behalf of Creditor Sonoma County Tax Collector ABibeau@vanblk.com  drichards@vanblk.com;kjerald@vanblk.com

Annemarie G. McGavin

on behalf of Creditor Golf Galaxy  Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

Annemarie G. McGavin

on behalf of Creditor Motorola Inc. annemarie.mcgavin@bipc.com joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

Annemarie G. McGavin

on behalf of Creditor Dick's Sporting Goods  Inc. annemarie.mcgavin@bipc.com, joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

Annemarie G. McGavin

on behalf of Creditor General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola Inc. annemarie.mcgavin@bipc.com  joseph.carita@bipc.com;peter.duhig@bipc.com;donna.curcio@bipc.com;anna.gesek@bipc.com

Anthony J. Cichello

on behalf of Creditor Robert E. Greenberg Gateway Woodside  Inc. acichello@kb-law.com

Anthony J. Cichello

on behalf of Creditor Loop West  LLC, by its Managing Agent The Wilder Companies, Ltd. acichello@kb-law.com

Arthur S. Weitzner

on behalf of Transferee Donald L. Emerick  Sr. arthur@weitzner.com

Aryeh E. Stein

on behalf of Creditor Annapolis Plaza LLC astein@meridianlawfirm.com  aryehsteinecf@gmail.com

Ashley M. Chan

on behalf of Creditor City of Philadelphia achan@hangley.com  ecffilings@hangley.com

Ashley M. McDow

on behalf of Other Professional Alfred H. Siegel  the Liquidating Trustee of Circuit City Stores, Inc. Liquidating Trust amcdow@foley.com, sgaeta@foley.com;ashley-mcdow-8850@ecf.pacerpro.com

Augustus C. Epps, Jr.

on behalf of Professional Augustus C. Epps  Jr. aepps@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Generation H One and Two Limited Partnership aepps@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor The Marvin L. Oates Trust aepps@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Roth Tanglewood LLC aepps@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Defendant American Power Conversion Corp. aepps@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Rolling Acres Plaza Shopping Center aepps@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor The Macerich Company aepps@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Greenback Associates aepps@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Transferee 412 South Broadway Realty LLC aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor RREEF Management Company aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Glimcher Properties Limited Partnership  as managing agent for WTM Glimcher LLC
aepps@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Portland Investment Company of America aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Crossroads Shopping Center aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Prado  llc aepps@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Transferor Manufacturers and Traders Trust Company  as Trustee aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Defendant Signature Home Furnishings Co. Inc. aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Union Square Retail Trust aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Morse-Sembler Villages Partnership #4 aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Lexmark International  Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Perimeter Mall aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Madison Waldorf  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Redtree Properties  L.P. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Drexel Delaware Limited Partnership aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Inland US Management LLC aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Defendant Audio Authority Corporation aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Defendant Lexmark International  Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Carousel Center Company  L.P. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Gateway Center Properties III  LLC and SMR Gateway III, LLC as tenants in common
aepps@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Daniel W. Ramsey aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7                    User: ramirez-l                    Page 6 of 93
Date Rcvd: May 27, 2021                    Form ID: redacttr                    Total Noticed: 1

Augustus C. Epps, Jr.

on behalf of Transferor Manufactures and Traders Trust Company  as Trustee aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Tanglewood Park  LLC; Roth Tanglewood, LLC and Luckoff Land Company, LLC as tenants in common
aepps@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor International Speedway Square  Ltd. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor EEL McKee LLC aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor NAP Northpoint  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Macy's Retail Holdings  Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Diamond Square  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Amargosa Palmdale Investments  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Fingerlakes Crossing  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Tanglewood Park LLC aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Starpoint Property Management  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor UnCommon  Ltd., a Florida Limited Partnership aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Prudential Insurance Company of America aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor American Power Conversion Corp. aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Manufacturers and Traders Trust Company  as Trustee aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Myrtle Beach Farms Co.  Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Inland Commercial Property Management  Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Chung Hee Kim (Ridgehaven Plaza Shopping Center) aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Thoroughbred Village Tennessee  GP aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Plaintiff CC-Investors 1995-6 aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Hamilton Crossing I  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7                                         User: ramirez-l                                        Page 7 of 93
Date Rcvd: May 27, 2021                                    Form ID: redacttr                                      Total Noticed: 1

Augustus C. Epps, Jr.
                     on behalf of Creditor Crossroads Associates  Ltd. aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Hamilton Crossing aepps@williamsmullen.com
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Defendant MediaNews Group  Inc. d/b/a Pioneer Press and St. Paul Pioneer Press aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Inland Continental Property Management Corp. aepps@williamsmullen.com
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Buzz Oates  LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Rancon Realty Fund IV aepps@williamsmullen.com
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Inland Commercial Property Management  Inc. aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Catellus Operating Limited Partnership aepps@williamsmullen.com
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Argyle Forest Retail I  LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor GRI-EQY (Sparkleberry Square) LLC aepps@williamsmullen.com
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Westgate Village  LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Defendant CDW Direct  LLC aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Interested Party Manufacturers & Traders Trust Company  as Trustee aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Sangertown Square  L.L.C. aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Swanblossom Investments  LP aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Donahue Schriber Realty Group  L.P. aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Laurel Plumbing  Inc. aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Generation One and Two  LP aepps@williamsmullen.com,
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Glimcher Properties Limited Partnership  as managing Agent for Puente Hills Mall, LLC
                     aepps@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor Kimco Realty Corporation aepps@williamsmullen.com
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.
                     on behalf of Creditor 1030 W. North Ave. Bldg. LLC aepps@williamsmullen.com
                     avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Inland Southwest Management LLC  Inland American Retail Management LLC, Inland US Management
LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc
aepps@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor N.P. Huntsville Limited Liability Company aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Whitestone Development Partners  L.P. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor De Rito Pavilions 139  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Kite Coral Springs  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Myrtle Beach Farms aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Inland American Retail Management LLC aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Audio Authority Corporation aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Union County Construction Group  Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Defendant Solutions 2 Go  Inc. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor La Habra Imperial  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor The West Campus Square Company  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Cohab Realty  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Attorney Christian & Barton  L.L.P. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor CC-Investors 1995-6 aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor KRG Market Street Village  LP aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Inland Pacific Property Services LLC aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Defendant Kost Klip Manufacturing  Ltd. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Brighton Commercial  L.L.C. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Bella Terra Associates  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Inland Southwest Management LLC aepps@williamsmullen.com

avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor EklecCo NewCo  LLC aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Attorney Augustus C. Epps  Jr. aepps@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Augustus C. Epps, Jr.

on behalf of Creditor Glimcher Properties Limited Partnership aepps@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Belkys Escobar

on behalf of Creditor County of Loudoun  Virginia Belkys.Escobar@loudoun.gov,
bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov

Belkys Escobar

on behalf of Creditor County of Loudoun  VA Belkys.Escobar@loudoun.gov,
bankrupt@loudoun.gov;Rachel.Healy@loudoun.gov;Ann.McCafferty@loudoun.gov

Benjamin C. Ackerly

on behalf of Creditor Panasonic Corporation of North America backerly@hunton.com  cloving@hunton.com

Benjamin C. Ackerly

on behalf of Defendant Nikon  Inc. backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly

on behalf of Creditor Harvest/HPE LP backerly@hunton.com  cloving@hunton.com

Benjamin C. Ackerly

on behalf of Interested Party Lowe's HIW  Inc. backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly

on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership backerly@hunton.com  cloving@hunton.com

Benjamin C. Ackerly

on behalf of Interested Party CCDC Marion Portfolio  L.P. backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly

on behalf of Interested Party Federal Warranty Service Corporation backerly@hunton.com  cloving@hunton.com

Benjamin C. Ackerly

on behalf of Interested Party Alvarez & Marsal Canada  ULC backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly

on behalf of Creditor Cypress/CC Marion I  L.P. backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly

on behalf of Creditor Galleria Plaza  Ltd. backerly@hunton.com, cloving@hunton.com

Benjamin C. Ackerly

on behalf of Interested Party Food Lion LLC backerly@hunton.com  cloving@hunton.com

Benjamin Joseph Lambiotte

on behalf of Defendant InFocus Corporation blambiotte@gsblaw.com

Bhavik Dalpat Patel

on behalf of Defendant MCM Electronics  Inc. bdp@lawmacdowell.com

Brad R. Godshall

on behalf of Creditor Committee Official Committee of Unsecured Creditors bgodshall@pszjlaw.com

Bradford F. Englander

on behalf of Creditor Source Interlink Media  LLC benglander@wtplaw.com, jwilson@wtplaw.com

Bradford F. Englander

on behalf of Creditor Alliance Entertainment Corporation benglander@wtplaw.com  jwilson@wtplaw.com

Brenda M. Whinery

on behalf of Creditor Windsail Properties bwhinery@mcrazlaw.com

Brett Christopher Beehler

on behalf of Creditor Prince George's County  Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net

Brett Christopher Beehler

on behalf of Creditor Charles County  Maryland bbeehler@mrrlaw.net, lsansbury@mrrlaw.net

Brian D. Huben

on behalf of Creditor Prudential Insurance Company of America hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D. Huben

on behalf of Creditor The Macerich Company hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D. Huben

on behalf of Creditor KNP hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D. Huben

on behalf of Creditor Cousins Properties Incorporated hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D. Huben

on behalf of Creditor Watt Management Company hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D. Huben

on behalf of Creditor RREEF Management Company hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D. Huben

on behalf of Creditor Foursquare Properties  Inc. hubenb@ballardspahr.com, carolod@ballardspahr.com

Brian D. Huben

on behalf of Creditor Portland Investment Company of America hubenb@ballardspahr.com  carolod@ballardspahr.com

Brian D. Wesley

on behalf of Defendant Christine Baker brian.wesley@doj.ca.gov

Brian D. Wesley

on behalf of Defendant California Self-Insurers Security Fund brian.wesley@doj.ca.gov

Brittany Jane Nelson

on behalf of Creditor Karl Engelke brittanynelson@quinnemanuel.com  erikamorabito@quinnemanuel.com

Byron Z. Moldo

on behalf of Creditor RMRG Portfolio TIC  LLC bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com

Byron Z. Moldo

on behalf of Creditor Centre at 38th Street TIC  LLC bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com

Byron Z. Moldo

on behalf of Creditor The City Portfolio TIC  LLC bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com

Byron Z. Moldo

on behalf of Creditor Descanso TIC  LLC bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com

C. Christopher Meyer

on behalf of Creditor Wells Fargo Business Credit  Inc. cmeyer@ssd.com

C. Christopher Meyer

on behalf of Creditor Photoco  Inc. cmeyer@ssd.com

Carl A. Eason

on behalf of Creditor The Columbus Dispatch bankruptcy@wolriv.com

Catherine Elizabeth Creely

on behalf of Creditor GECMC 2005-C2 Eastex Freeway  LLC, a Texas Limited Liability Company ccreely@akingump.com

Catherine Elizabeth Creely

on behalf of Creditor Golfsmith International  L.P. ccreely@akingump.com

Catherine Elizabeth Creely

on behalf of Creditor CIM/Birch St.  Inc. ccreely@akingump.com

Chang Eugene

on behalf of Creditor TKG Coffee Tree  L.P. echang@steinlubin.com

Charles Gideon Korrell

on behalf of Creditor Hoprock Limonite  LLC c.gideon.korrell@dentons.com,
jocasta.wong@dentons.com;docket.general.lit.sf@dentons.com

Charles W. Chotvacs

on behalf of Creditor FJL-MVP  LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs

on behalf of Creditor Uniwest Commercial Realty cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs

on behalf of Creditor OTR-Clairemont Square cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs

on behalf of Creditor Portland Investment Company of America cwchotvacs@gmail.com
aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs

on behalf of Creditor UBS Realty Investors  LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs

Charles W. Chotvacs
on behalf of Creditor Manteca Stadium Park  L.P. cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Federal Realty Investment Trust cwchotvacs@gmail.com aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor The Morris Companies Affiliates cwchotvacs@gmail.com aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Laguna Gateway Phase 2  LP cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Cousins Properties Incorporated cwchotvacs@gmail.com aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Centro Properties Group cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor RREEF Management Company cwchotvacs@gmail.com aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Watt Management Company cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Cencor Realty cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Bear Valley Road Partners LLC cwchotvacs@gmail.com aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor GMS Golden Valley Ranch  LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor NMC Stratford  LLC cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor The Hutensky Group cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor KNP cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Simon Property Group  Inc. cwchotvacs@gmail.com, aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Prudential Insurance Company of America cwchotvacs@gmail.com aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor Melvin Walton Hone cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Charles W. Chotvacs
on behalf of Creditor The Macerich Company cwchotvacs@gmail.com  aconway@taubman.com;Pollack@ballardspahr.com

Christian K. Vogel
on behalf of Unknown G&S Livingston Realty  Inc. kvogel@vogelandcromwell.com

Christian K. Vogel
on behalf of Creditor Circuit Investors #2  Ltd. kvogel@vogelandcromwell.com

Christian K. Vogel
on behalf of Creditor Circuit Investors #3  Ltd. kvogel@vogelandcromwell.com

Christian K. Vogel
on behalf of Creditor Schimenti Construction Company LLC kvogel@vogelandcromwell.com

Christine D. Lynch
on behalf of Creditor Interstate Augusta Properties LLC clynch@goulstonstorrs.com

Christine D. Lynch
on behalf of Creditor NPP Development LLC clynch@goulstonstorrs.com

Christine D. Lynch
on behalf of Creditor E&A Northeast Limited Partnership clynch@goulstonstorrs.com

Christine D. Lynch
on behalf of Creditor Route 146 Millbury LLC clynch@goulstonstorrs.com

District/off: 0422-7                          User: ramirez-l                                    Page 12 of 93
Date Rcvd: May 27, 2021                       Form ID: redacttr                                  Total Noticed: 1

Christine D. Lynch

on behalf of Creditor S.R. Weiner & Associates Inc. clynch@goulstonstorrs.com

Christine D. Lynch

on behalf of Creditor Ray Mucci's Inc. clynch@goulstonstorrs.com

Christine McAteer Ford

on behalf of Creditor Ada Alicea cford@mdpcelaw.com

Christine McAteer Ford

on behalf of Creditor Ada Alicea  on behalf of herself and all others similarly situated cford@mdpcelaw.com

Christopher A. Jones

on behalf of Creditor Moncayo Settlement Class cajones@wtplaw.com  clano@wtplaw.com,jwilson@wtplaw.com

Christopher A. Jones

on behalf of Creditor TeleDynamics LLP cajones@wtplaw.com  clano@wtplaw.com,jwilson@wtplaw.com

Christopher A. Jones

on behalf of Creditor Weidler Settlement Class cajones@wtplaw.com  clano@wtplaw.com,jwilson@wtplaw.com

Christopher A. Jones

on behalf of Creditor Twentieth Century Fox Home Entertainment LLC cajones@wtplaw.com
clano@wtplaw.com,jwilson@wtplaw.com

Christopher A. Jones

on behalf of Creditor Annapolis Plaza LLC cajones@wtplaw.com  clano@wtplaw.com,jwilson@wtplaw.com

Christopher Julian Hoctor

on behalf of Defendant Moran Brown PC choctor@kv-legal.com

Christopher L. Perkins

on behalf of Creditor Schimenti Construction Company LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Parago Promotional Services  Inc christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Yahoo! Inc. also dba YAHOO! Tech aka Yahoo Tech christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Gannett Satellite Information Network  Inc., dba Cincinnati Enquirer aka Cincinnati Direct Values
christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor 680 S. Lemon Ave. Co. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Schimenti Construction Company LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Altec Lansing Technologies  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Cisco Consumer Products  LLC f/k/a Linksys christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Benenson Capital Company christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Brandywine Grande C  L.P. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Phoenix Newspapers  Inc., dba The Arizona Republic christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Interested Party Steven Ivester christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Unknown Osprey Audit Specialists  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Pacific and Southern Company  Inc. d/b/a/ WXIA TV christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Retail MDS  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Pure Digital Technologies  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Indiana Newspapers  Inc. d/b/a The Indianapolis Star christopher.perkins@leclairryan.com

District/off: 0422-7

Date Rcvd: May 27, 2021

User: ramirez-l

Form ID: redacttr

Page 13 of 93

Total Noticed: 1

Christopher L. Perkins

on behalf of Defendant Cisco-Linksys  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Olympus Corporation of the Americas christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Gannett River States Publishing Corporation christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Almo E-Commerce LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Sick  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Media Solutions Holdings  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Osprey Audit Specialists  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor FM Facility Maintenance  f/k/a IPT, LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Netgear Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Gannett Co.  Inc. dba The Times christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant WC Holdco  Inc. f/k/a Jack of All Games, Inc., d/b/a Jack of All Games
christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Olympus Corporation christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Developers Realty  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Circuit Investors #2  Ltd. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor CC Kingsport 98  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor CK Richmond Business Services #2  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Plantronics  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Seagate Technology LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Fayetteville Developers  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Time Warner Cable  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor The Daniel Group christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Cardinal Capital Partners christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Gannett Co.  Inc. and Gannett River States Publishing Corporation, jointly and/or individually dba Gannett
Suburban Newspapers; The Daily Advertiser; Lafayette Daily Advertiser; Daily World christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Take Two Interactive Software  Inc., a/k/a Take Two Interactive christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Multimedia Holdings Corporation  dba KUSA-TV christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Lee Enterprises  Incorporated christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Haier America Trading L.L.C. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Cisco Systems  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Transferee Longacre Opportunity Fund  LP christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Seagate Technology  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Plaintiff Schimenti Construction Company LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Unknown Creative Realty Management  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Sharp Electronics Corporation christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Attorney LeClair Ryan  A Professional Corporation christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant V.E.C.  LLC dba Virginia Electronic Components christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Westfield  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Take Two Interactive Software  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor CC - Virginia Beach  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Eastern Security Corp. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Movant Nina Winston christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Counter-Claimant Sirius XM Radio Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Cisco-Linksys  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Gannett Co.  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Jefferies Leveraged Credit Products  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor Rossmoor Shops  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Gannett Co.  Inc. dba Greenville News aka The Greenville News christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Sirius XM Radio Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Creditor The Balogh Companies christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant Parago  Inc. christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Defendant eReplacements  LLC christopher.perkins@leclairryan.com

Christopher L. Perkins

on behalf of Unknown CP Nord du Lac JV  LLC christopher.perkins@leclairryan.com

Christopher M. Desiderio

on behalf of Plaintiff Greystone Data Systems  Inc. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor TomTom  Inc. cdesiderio@nixonpeabody.com

Christopher M. Desiderio

on behalf of Creditor Greystone Data Systems  Inc. cdesiderio@nixonpeabody.com

Christopher R. Belmonte

on behalf of Creditor International Business Machines Corporation cbelmonte@ssbb.com

asnow@ssbb.com,pbosswick@ssbb.com,managingattorney@ssbb.com

Christopher S. Colby

on behalf of Creditor Alameda County Treasurer ccolby@vanblk.com

City of Newport News, Virginia

jdurant@nngov.com

Constantinos G. Panagopoulos

on behalf of Creditor Berkshire Hyannis LLC cgp@ballardspahr.com
summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

Constantinos G. Panagopoulos

on behalf of Creditor Federal Realty Investment Trust cgp@ballardspahr.com
summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

Constantinos G. Panagopoulos

on behalf of Creditor Brixmor Property Group  Inc., f/k/a Centro Properties Group cgp@ballardspahr.com,
summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

Constantinos G. Panagopoulos

on behalf of Creditor Greece Ridge  LLC cgp@ballardspahr.com,
summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

Constantinos G. Panagopoulos

on behalf of Creditor Battlefield FE Limited Partners cgp@ballardspahr.com
summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

Constantinos G. Panagopoulos

on behalf of Creditor Centro Properties Group cgp@ballardspahr.com
summersm@ballardspahr.com;pollack@ballardspahr.com;vincentf@ballardspahr.com

Courtney E. Pozmantier

on behalf of Creditor Paramount Home Entertainment cpozmantier@ktbslaw.com  mtuchin@ktbslaw.com

Craig M. Palik

on behalf of Creditor CC Hamburg NY Partners  LLC cpalik@mhlawyers.com,
cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawye
rs.com

Craig M. Palik

on behalf of Creditor Congressional North Associates Limited Partnership cpalik@mhlawyers.com
cpalik@yahoo.com;dmoorehead@mhlawyers.com;cpalik@ecf.inforuptcy.com;kmadden@mhlawyers.com;mnickerson@mhlawye
rs.com

Curtis G. Manchester

on behalf of Defendant Energizer Battery  Inc. curtis.manchester@kutakrock.com

Curtis G. Manchester

on behalf of Defendant Sony Computer Entertainment America Inc.  A/K/A Sony Computer Entertainment, A/K/A SCEA
curtis.manchester@kutakrock.com

Curtis G. Manchester

on behalf of Defendant Kingston Technology Co.  Inc. curtis.manchester@kutakrock.com

D. Marc Sarata

on behalf of Defendant Bush Industries Inc. msarata@ltblaw.com  ndysart@ltblaw.com;plaura@ltblaw.com

Daniel D. Prichard

on behalf of Defendant Cox Media Group  Inc. and Cox Enterprises, Inc., individually and/or jointly d/b/a The Atlanta
Journal-Constitution and/or The Atlanta Newspapers ddprichard@gmail.com

Daniel D. Prichard

on behalf of Defendant KTVU  Inc. ddprichard@gmail.com

Daniel D. Prichard

on behalf of Defendant Cox Enterprises  Inc. d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
ddprichard@gmail.com

Daniel D. Prichard

on behalf of Defendant Midwest Television  Inc. d/b/a KFMB-TV ddprichard@gmail.com

Daniel D. Prichard

on behalf of Defendant WFTV  Inc. ddprichard@gmail.com

Daniel D. Prichard

on behalf of Defendant Cox Media Group  Inc. d/b/a Austin American Statesman ddprichard@gmail.com

Daniel D. Prichard

on behalf of Defendant Cox Media Group  Inc. d/b/a The Atlanta Journal-Constitution and/or The Atlanta Newspapers
ddprichard@gmail.com

Daniel D. Prichard

District/off: 0422-7                                    User: ramirez-l                                    Page 16 of 93
Date Rcvd: May 27, 2021                               Form ID: redacttr                               Total Noticed: 1

Daniel D. Prichard
    on behalf of Defendant Cox Enterprises  Inc. d/b/a Austin American Statesman ddprichard@gmail.com

Daniel D. Prichard
    on behalf of Defendant Palm Beach Newspapers  Inc. d/b/a The Palm Beach Post ddprichard@gmail.com

Daniel D. Prichard
    on behalf of Defendant Dayton Newspapers  Inc. d/b/a Cox Ohio Publishing Dayton Daily News and d/b/a Dayton Daily News
ddprichard@gmail.com

Daniel D. Prichard
    on behalf of Defendant Cox Enterprises  Inc. and Cox Media Group, Inc. individually and/or jointly d/b/a Austin American
Statesman ddprichard@gmail.com

Daniel F. Blanks
    on behalf of Debtor Courchevel  LLC daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Debtor Kinzer Technology  LLC daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Debtor PRAHS  INC. daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Debtor Abbott Advertising Agency  Inc. daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Debtor Mayland MN  LLC daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Debtor Patapsco Designs  Inc. daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Defendant Circuit City Stores  Inc. daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Plaintiff Circuit City Stores  Inc. daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Debtor XSStuff  LLC daniel.blanks@nelsonmullins.com, Allison.Abbott@nelsonmullins.com

Daniel F. Blanks
    on behalf of Debtor Sky Venture Corp. daniel.blanks@nelsonmullins.com  Allison.Abbott@nelsonmullins.com

Daniel M. Press
    on behalf of Attorney Daniel M Press dpress@chung-press.com  pressdm@gmail.com

Daniel M. Press
    on behalf of Defendant Bensussen Deutsch & Associates  Inc. dpress@chung-press.com, pressdm@gmail.com

Daniel M. Press
    on behalf of Defendant B.R. Fries & Associates  LLC dpress@chung-press.com, pressdm@gmail.com

Darek S. Bushnaq
    on behalf of Defendant ServicePower  Inc., aka ServicePower Inc. dsbushnaq@venable.com

Darlene M. Nowak
    on behalf of Creditor Giant Eagle  Inc. nowak@marcus-shapira.com

Darrell William Clark
    on behalf of Defendant Targus  Inc. darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Darrell William Clark
    on behalf of Creditor Waste Management  Inc. darrell.clark@stinson.com, Siobhan.rudolph@stinson.com

Darryl S. Laddin
    on behalf of Creditor Verizon Communications Inc. bkrfilings@agg.com

David McCall
    on behalf of Creditor Garland ISD Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

David McCall
    on behalf of Creditor Collin County Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

David McCall
    on behalf of Creditor Frisco ISD Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

David McCall
    on behalf of Creditor City of Garland Tax Assessor/Collector bankruptcy@ntexas-attorneys.com

David A. Greer
    on behalf of Creditor Pan Am Equities dgreer@davidgreerlaw.com  ecf@davidgreerlaw.com

David A. Greer

on behalf of Creditor Century plaza development corporation dgreer@davidgreerlaw.com  ecf@davidgreerlaw.com

David B. Wheeler

on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina davidwheeler@mvalaw.com

David D. Hopper

on behalf of Creditor Rio Associates Limited Partnership ddhopper@chlhf.com  bhale@chlhf.com

David Emmett Hawkins

on behalf of Creditor Archon Group  L.P. dhawkins@velaw.com

David H. Cox

on behalf of Creditor 610 & San Felipe  Inc. dcox@jackscamp.com, pdyson@jackscamp.com

David H. Cox

on behalf of Creditor Port Arthur Holdings  III, Ltd. dcox@jackscamp.com, pdyson@jackscamp.com

David J. Ervin

on behalf of Creditor WEC 99A-2LLC dervin@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Weingarten Realty Investors and Its Affiliates dervin@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor The MacNaughton Group dervin@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Basser-Kaufman dervin@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Developers Diversified Realty Corporation dervin@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Continental Properties Company  Inc. dervin@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Philips International dervin@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Ashkenazy Management Corp. dervin@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Professional Alfred H. Siegel dervin@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor S.J. Collins Enterprises  Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor The Woodmont Company dervin@kelleydrye.com  KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Benderson Development Company  LLC dervin@kelleydrye.com,
KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor FW CA-BREA Marketplace  LLC, Regency Centers, L.P. and RC CA Santa Barbara, LLC
dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Regency Centers  L.P. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor Jones Lang LaSalle Americas  Inc. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David J. Ervin

on behalf of Creditor General Growth Properties  Inc. dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

David K. Spiro

on behalf of Defendant United States Debt Recovery LLC dspiro@hf-law.com
rmcburney@hf-law.com;rmcburney67@gmail.com

David K. Spiro

on behalf of Defendant eGain Communications Corp.  a/k/a Egain Communications and Eagin Communications
dspiro@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

David K. Spiro

on behalf of Defendant United States Debt Recovery III  LLP dspiro@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7                                  User: ramirez-l                                  Page 18 of 93
Date Rcvd: May 27, 2021                              Form ID: redacttr                              Total Noticed: 1

David K. Spiro
    on behalf of Transferee US Debt Recovery LLC dspiro@hf-law.com  rmcburney@hf-law.com;rmcburney67@gmail.com

David M. Poitras
    on behalf of Interested Party THQ  Inc. dmp@jmbm.com

David R. Ruby
    on behalf of Defendant SanDisk Corporation druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby
    on behalf of Defendant Lite-On Sales & Distribution Inc.  also known as LSDI druby@t-mlaw.com,
bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby
    on behalf of Creditor SanDisk Corporation druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby
    on behalf of Defendant R-Pac International Corp. druby@t-mlaw.com
bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby
    on behalf of Creditor Holyoke Crossing Limited Partnership II druby@t-mlaw.com
bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby
    on behalf of Defendant Jasco Products Company  Inc. druby@t-mlaw.com,
bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David R. Ruby
    on behalf of Defendant Lite-On IT Corp. druby@t-mlaw.com  bankruptcyassistant@t-mlaw.com;druby@ecf.epiqsystems.com

David S. Musgrave
    on behalf of Defendant Toymax International  Inc. dmusgrave@gfrlaw.com, tleonard@gfrlaw.com

David V. Cooke
    on behalf of Creditor City and County of Denver bankruptcy.david@denvergov.org

David W. Earman
    on behalf of Defendant Petra Industries  Inc. davidearman@courtsq.com

David Wayne Lannetti
    on behalf of Defendant Parrot  Inc. dlannetti@vanblk.com, drichards@vanblk.com;mdowns@vanblk.com

Dawn C. Stewart
    on behalf of Creditor Circuit Sports  L.P. dstewart@thestewartlawfirm.com

Denise S. Mondell
    on behalf of Creditor State of Connecticut  Departments of Labor and Revenue Services denise.mondell@ct.gov

Denise S. Mondell
    on behalf of Creditor State of Connecticut Department of Revenue Services denise.mondell@ct.gov

Dennis T. Lewandowski
    on behalf of Movant Tremor Media  Inc. dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Creditor JVC Americas Corp. and JVC Company of America dtlewand@kaufcan.com  kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Defendant Tritronics  Inc. dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Defendant Maryl Pacific Construction  Inc. dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Counter-Claimant JVC Americas Corp. a/k/a JVC Company of America  JVC Mobile Company of America, JVC
U.S.A. and JVC Service dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Defendant Business to Business Solutions  LLC dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Defendant I/O Magic Corporation dtlewand@kaufcan.com  kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Defendant Vance Baldwin  Inc. dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Counter-Claimant Konami Digital Entertainment  Inc. dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
    on behalf of Creditor Vance Baldwin  Inc. dtlewand@kaufcan.com, kmduffy@kaufcan.com

District/off: 0422-7                          User: ramirez-l                          Page 19 of 93
Date Rcvd: May 27, 2021                       Form ID: redacttr                        Total Noticed: 1

Dennis T. Lewandowski
on behalf of Creditor Tritronics  Inc. dtlewand@kaufcan.com, kmduffy@kaufcan.com

Dennis T. Lewandowski
on behalf of Defendant iProspect.com Inc. dtlewand@kaufcan.com  kmduffy@kaufcan.com

Denyse Sabagh
on behalf of Creditor Audiovox Corporation dsabagh@duanemorris.com

Denyse Sabagh
on behalf of Transferee Korea Export Insurance Corporation dsabagh@duanemorris.com

Denyse Sabagh
on behalf of Creditor City of Rancho Cucamonga dsabagh@duanemorris.com

Denyse Sabagh
on behalf of Creditor Principal Life Insurance Company dsabagh@duanemorris.com

Denyse Sabagh
on behalf of Creditor Sima Products Corp. dsabagh@duanemorris.com

Dexter D. Joyner
on behalf of Creditor Pasadena Independent School District caaustin@comcast.net

Dion W. Hayes
on behalf of Debtor Circuit City Purchasing Company  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor CC Distribution Company of Virginia  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Circuit City Properties LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Sky Venture Corp. dhayes@mcguirewoods.com  kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Defendant Circuit City Stores  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Orbyx Electronics  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Kinzer Technology  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Patapsco Designs  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor XSStuff  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Courchevel  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Circuit City Stores PR  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor PRAHS  INC. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Circuit City Stores West Coast  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Ventoux International  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor CC Aviation  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Circuit City Stores  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor InterTAN  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Mayland MN  LLC dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dion W. Hayes
on behalf of Debtor Abbott Advertising Agency  Inc. dhayes@mcguirewoods.com, kcain@mcguirewoods.com

Dominic L. Chiariello
on behalf of Creditor Donovan Dunwell dc@chiariello.com

Donald K. Ludman
on behalf of Creditor SAP Retail Inc. and Business Objects dludman@brownconnery.com

Douglas Scott
on behalf of Creditor Centon Electronics  Inc. BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Creditor Interactive Toy Concepts  Inc BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Climate Design Systems BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Creditor PULASKI COUNTY TREASURER BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Besam USA Inc. f/k/a Besam Automated Entrance Systems  Inc. BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Creditor Pasadena Independent School District BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Transferee CFH Investments III  LLC BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Interactive Toy Concepts  Inc BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Electronic Process Solutions d/b/a EPS Texas BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Russellville Steel Company  Inc. BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Merrimack Valley Corp. BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Merrimack Valley Sheet Metal Corporation BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Creditor WCC Properties BankruptcyCounsel@gmail.com

Douglas Scott
on behalf of Defendant Hannspree North America  Inc., f/k/a Hannspree California, Inc. BankruptcyCounsel@gmail.com

Douglas D. Kappler
on behalf of Creditor Watercress Associates LP, LLP dba Pearlridge Center dkappler@rdwlawcorp.com

Douglas M. Foley
on behalf of Debtor Circuit City Purchasing Company  LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor Mayland MN  LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor Patapsco Designs  Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor XSStuff  LLC dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor Ventoux International  Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor Courchevel  LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor CC Aviation  LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor Abbott Advertising Agency  Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley
on behalf of Debtor InterTAN  Inc. dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Counter-Defendant Circuit City Stores Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor Orbyx Electronics LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor Circuit City Stores PR LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor Sky Venture Corp. dfoley@mcguirewoods.com
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor PRAHS INC. dfoley@mcguirewoods.com, mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Plaintiff Circuit City Stores Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Defendant Circuit City Stores Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor CC Distribution Company of Virginia Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor Circuit City Stores Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Trustee Circuit City Stores Inc. Liquidating Trust dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor Circuit City Stores West Coast Inc. dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor Kinzer Technology LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas M. Foley

on behalf of Debtor Circuit City Properties LLC dfoley@mcguirewoods.com,
mcguire-8660@ecf.pacerpro.com;sbentley@mcguirewoods.com

Douglas R. Gonzales

on behalf of Creditor City of Homestead Florida dgonzales@wsh-law.com

Douglas R. Gonzales

on behalf of Creditor City of Miramar FL dgonzales@wsh-law.com

Dylan G. Trache

on behalf of Creditor Lexar Media Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant Television Station KTXA L.P. dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant Philadelphia Television Station WPSG Inc. dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Creditor Envision Peripherals Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant WFAA-TV Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant KTVK Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant CBS Broadcasting Inc. dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant KHOU-TV  Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Counter-Claimant Envision Peripherals  Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant Meredith Corporation dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant KVVU Broadcasting Corporation dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant Vanguard Products Group  Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant CBS Corporation dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant CBS Television Stations Inc. dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Creditor LG Electronics USA  Inc. dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Creditor Envision Peripherals Inc dylan.trache@nelsonmullins.com,
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant King Broadcasting Company  doing business as KING-TV and KGW-TV
dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant Sacramento Television Stations Inc. dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant Press-Enterprise Company dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant CBS Stations Group of Texas L.P. dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Dylan G. Trache

on behalf of Defendant CBS Operations Inc. dylan.trache@nelsonmullins.com
robert.ours@nelsonmullins.com;alex.reilly@nelsonmullins.com

Edward L. Rothberg

on behalf of Creditor Circuit Sports  L.P. rothberg@hooverslovacek.com, mayle@hooverslovacek.com

Elizabeth Banda Calvo

on behalf of Creditor City of Hurst  Mansfiled ISD, Carroll ISD rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor City of Cedar Hill  Burleson ISD, Arlington ISD rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Banda Calvo

on behalf of Creditor City of Lake Worth rgleason@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth A. Elam

on behalf of Creditor City of Southlake  Texas betsyelam@toase.com, wenditaylor@toase.com

Elizabeth L. Gunn

on behalf of Creditor Hewlett Packard Company elizabeth.gunn@dss.virginia.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Defendant PG Publishing Co.  Inc. d/b/a Pittsburgh Post Gazette elizabeth_gunn@dcb.uscourts.gov,
david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Defendant Campbell Construction Co. elizabeth_gunn@dcb.uscourts.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Creditor Elizabeth R. Warren elizabeth.gunn@dss.virginia.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Creditor Mikael Salovaara elizabeth.gunn@dss.virginia.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Defendant Cypress/Spanish Fort I LP elizabeth_gunn@dcb.uscourts.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Creditor Joshua M. Loveall elizabeth.gunn@dss.virginia.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Creditor CC-Investors Trust 1995-1 elizabeth.gunn@dss.virginia.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Creditor City of Philadelphia elizabeth.gunn@dss.virginia.gov  david_tabakin@dcb.uscourts.gov

Elizabeth L. Gunn

on behalf of Defendant Longacre Opportunity Fund  L.P. elizabeth_gunn@dcb.uscourts.gov, david_tabakin@dcb.uscourts.gov

Ellen A. Friedman

on behalf of Creditor Hewlett Packard Company efriedman@friedmanspring.com  jquiambao@friedmanspring.com

Eric C. Cotton

on behalf of Creditor Developers Diversified Realty Corporation ecotton@sitecenters.com

Eric Christopher Rusnak

on behalf of Creditor Microsoft Corporation eric.rusnak@pillsburylaw.com

Eric J. Snyder

on behalf of Creditor Condan Enterprises LLC esnyder@sillerwilk.com

Eric Lopez Schnabel

on behalf of Creditor Entergy Gulf States Louisiana  L.L.C. schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Entergy Mississippi  Inc. schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Entergy Arkansas  Inc. schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Entergy Louisiana  LLC schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com

Eric Lopez Schnabel

on behalf of Creditor Entergy Texas  Inc. schnabel.eric@dorsey.com, glorioso.alessandra@dorsey.com

Erika L. Morabito

on behalf of Defendant COKeM International Ltd. erikamorabito@quinnemanuel.com
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erika L. Morabito

on behalf of Defendant Navarre Online Fulfillment Services  Inc. erikamorabito@quinnemanuel.com,
brittanynelson@quinnemanuel.com;haliciadraughn@quinnemanuel.com

Erin Elizabeth Kessel

on behalf of Defendant Casio  Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel

on behalf of Creditor PNY Technologies  Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel

on behalf of Creditor Yvette Mack ekessel@spottsfain.com
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel

on behalf of Creditor Entergy Louisiana  LLC ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel

on behalf of Creditor Entergy Gulf States Louisiana  L.L.C. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel

on behalf of Creditor Entergy Arkansas  Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

District/off: 0422-7                          User: ramirez-l                          Page 24 of 93
Date Rcvd: May 27, 2021                       Form ID: redacttr                        Total Noticed: 1

Erin Elizabeth Kessel
> on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina ekessel@spottsfain.com
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel
> on behalf of Creditor Cleveland Construction  Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel
> on behalf of Creditor Entergy Mississippi  Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel
> on behalf of Creditor Entergy Texas  Inc. ekessel@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

Erin Elizabeth Kessel
> on behalf of Defendant PNY Technologies Inc. ekessel@spottsfain.com
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jdon
aldson@spottsfain.com;jolmsted@spottsfain.com;hwilson@spottsfain.com

F. Marion Hughes
> on behalf of Creditor CAP Brunswick  LLC marion.hughes@smithmoorelaw.com

Frank F. McGinn
> on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Frank H. Griffin, IV
> on behalf of Transferor Lender Trust  as successor in interest to Syntax-Brillian Corporation frank.griffin@troutman.com

Frank T. Pepler
> on behalf of Creditor Morgan Hill Retail Venture  LP frank.pepler@dlapiper.com,
sandy.holstrom@dlapiper.com;frank-pepler-3170@ecf.pacerpro.com;1807@ecf.pacerpro.com

Franklin R. Cragle, III
> on behalf of Creditor Ubisoft  Inc. fcragle@hirschlerlaw.com

Franklin R. Cragle, III
> on behalf of Creditor United States Debt Recovery  LLC fcragle@hirschlerlaw.com

Franklin R. Cragle, III
> on behalf of Defendant Old Republic Insurance Company fcragle@hirschlerlaw.com

Fred B. Ringel
> on behalf of Creditor F&M Properties  Inc. fbr@robinsonbrog.com

Frederick Francis Rudzik
> on behalf of Defendant State of Florida  Department of Revenue rudzikf@dor.state.fl.us

Fredrick J. Levy
> on behalf of Creditor ON Corp US  Inc. & ON Corp fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Fredrick J. Levy
> on behalf of Creditor Bush Industries  Inc. fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Garren Robert Laymon
> on behalf of Creditor Pasadena Independent School District glaymon@mglspc.com  jcoffman@mglspc.com

Garren Robert Laymon
> on behalf of Creditor Arlington ISD  et al. glaymon@mglspc.com, jcoffman@mglspc.com

Garren Robert Laymon
> on behalf of Creditor Fort Bend Independent School District glaymon@mglspc.com  jcoffman@mglspc.com

Gary E. Mason
> on behalf of Plaintiff Marlon Mondragon gmason@wbmllp.com

Gary E. Mason
> on behalf of Creditor Marlon Mondragon gmason@wbmllp.com

Gary M. Kaplan
> on behalf of Creditor ELL MCKEE LLC gkaplan@fbm.com  calendar@fbm.com

Gary V. Fulghum
> on behalf of Creditor John Rohrer Contracting Company  Inc. gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

Gary V. Fulghum
> on behalf of Creditor Hillson Electric Incorporated gfulghum@sblsg.com  jschmeltz@sblsg.com;jrapp@sblsg.com

District/off: 0422-7
Date Rcvd: May 27, 2021

User: ramirez-l
Form ID: redacttr

Page 25 of 93
Total Noticed: 1

Gary V. Fulghum
on behalf of Creditor Lang Construction  Inc. gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com

George E. Kostel
on behalf of Unknown KeyBank National Association gkostel@polsinelli.com  gekostel@gmail.com

German Yusufov
on behalf of Creditor Pima County pcaocvbk@pcao.pima.gov  alison.moreno@pcao.pima.gov

Gilbert Barnett Weisman
on behalf of Creditor American Express Travel Related Services Co Inc notices@becket-lee.com

Gilbert Barnett Weisman
on behalf of Creditor American Express Travel Related Services Co Inc Corp Card notices@becket-lee.com

Gilbert D. Sigala
on behalf of Creditor John Batioff sigalaw1@aol.com

Gillian N. Brown
on behalf of Creditor Committee Official Committee of Unsecured Creditors gbrown@pszjlaw.com

Gina Baker Hantel
on behalf of Defendant State of Tennessee Department of Revenue through Richard H. Roberts, Commissioner agbankcal@ag.tn.gov

Gina Baker Hantel
on behalf of Creditor Tennessee Department of Treasury-Unclaimed Property agbankcal@ag.tn.gov

Gina Baker Hantel
on behalf of Creditor Tennessee Dept. Of Revenue agbankcal@ag.tn.gov

Gina M Fornario
on behalf of Creditor California Self-Insurers' Security Fund gfornario@nixonpeabody.com khall@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com

Glenn H. Silver
on behalf of Creditor CC Joilet Trust ctbghs@aol.com  christine@virginia-lawyers.net

Gordon S. Woodward
on behalf of Creditor Commerce Technologies  Inc. gwoodward@schnader.com

Gregory D. Grant
on behalf of Defendant S.M. Wilson & Co.  a/k/a S.M. Wilson & Company ggrant@shulmanrogers.com, lsmith@shulmanrogers.com;jclifford@shulmanrogers.com

H. Elizabeth Weller
on behalf of Creditor Smith County Dallas.Bankruptcy@publicans.com

H. Elizabeth Weller
on behalf of Creditor Longview ISD Dallas.Bankruptcy@publicans.com

H. Slayton Dabney, Jr.
on behalf of Creditor Applied Predictive Technologies  Inc. sdabney@dabneypllc.com

Hale Yazicioglu
on behalf of Creditor AVR CPC Associates  LLC hyazicioglu@jshllp.com

Heather D. Brown
on behalf of Creditor Westgate Village  LP heather@hdbrownlaw.com, jwest@kkgpc.com

Heather Lynn Anderson
on behalf of Creditor State of New Jersey - Dept. of Treasury Heather.Anderson@dol.lps.state.nj.us

Heather Lynn Anderson
on behalf of Creditor State of New Jersey  Division of Taxation Heather.Anderson@dol.lps.state.nj.us

Henry Buswell Roberts, Jr
on behalf of Defendant Mannington Carpets  Inc., d/b/a Mannington Commercial, a business unit of Mannington Mills, Inc. hbroberts@live.com, droberts1949@live.com

Henry Buswell Roberts, Jr
on behalf of Defendant Sykes Enterprises Incorporated f/k/a ICT Group  Inc. hbroberts@live.com, droberts1949@live.com

Henry Buswell Roberts, Jr
on behalf of Creditor Suemar hbroberts@live.com  droberts1949@live.com

Henry Buswell Roberts, Jr
on behalf of Defendant Homerun Holdings Corp.  fka Wayne-Dalton Corporation hbroberts@live.com, droberts1949@live.com

Henry Buswell Roberts, Jr
on behalf of Interested Party Sykes Enterprises Incorporated f/k/a ICT Group  Inc. hbroberts@live.com, droberts1949@live.com

Henry Buswell Roberts, Jr

| | |
|---|---|
| | on behalf of Defendant Liquidity Solutions  Inc. hbroberts@live.com, droberts1949@live.com |
| Henry P. Baer | |
| | on behalf of Creditor Bell'O International Corp. CSommer@fdh.com  csommer@fdh.com |
| Henry Pollard Long, III | |
| | on behalf of Defendant Panasonic Corporation of North America hlong@huntonAK.com  tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Creditor Galleria Plaza  Ltd. hlong@huntonAK.com, tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Interested Party Parker Central Plaza Ltd hlong@huntonAK.com  tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Creditor Panasonic Corporation of North America hlong@huntonAK.com  tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Creditor Cypress/CC Marion I  L.P. hlong@huntonAK.com, tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Interested Party Food Lion LLC hlong@huntonAK.com  tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Interested Party Alvarez & Marsal Canada  ULC hlong@huntonAK.com, tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership hlong@huntonAK.com  tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Creditor H & R REIT (U.S.) Holdings Inc. hlong@huntonAK.com  tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Creditor Harvest/HPE LP hlong@huntonAK.com  tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Interested Party CCDC Marion Portfolio  L.P. hlong@huntonAK.com, tcanada@huntonAK.com |
| Henry Pollard Long, III | |
| | on behalf of Interested Party Federal Warranty Service Corporation hlong@huntonAK.com  tcanada@huntonAK.com |
| Howard J. Grossman | |
| | on behalf of Creditor J.P. Morgan Chase Bank  N.A. howard.j.grossman@chase.com |
| Ian S. Landsberg | |
| | on behalf of Creditor Torrance Towne Center Associates  LLC ilandsberg@sklarkirsh.com |
| Ian S. Landsberg | |
| | on behalf of Creditor FJL-MVP  LLC ilandsberg@sklarkirsh.com |
| Ian S. Landsberg | |
| | on behalf of Creditor NMC Stratford  LLC ilandsberg@sklarkirsh.com |
| Ian S. Landsberg | |
| | on behalf of Creditor Eagleridge Associates  LLC ilandsberg@sklarkirsh.com |
| J. Christian Word | |
| | on behalf of Liquidator Gordon Brothers Retail Partners  LLC chefiling@lw.com;robert.klyman@lw.com |
| J. Christian Word | |
| | on behalf of Liquidator Hilco Merchant Resources  LLC chefiling@lw.com;robert.klyman@lw.com |
| J. David Folds | |
| | on behalf of Defendant Fabrik  Inc. dfolds@bakerdonelson.com, sparson@bakerdonelson.com |
| J. David Folds | |
| | on behalf of Defendant Simpletech  Inc. dfolds@bakerdonelson.com, sparson@bakerdonelson.com |
| J. David Folds | |
| | on behalf of Defendant Interactive Communications International  Inc. dfolds@bakerdonelson.com, sparson@bakerdonelson.com |
| J. David Folds | |
| | on behalf of Defendant Hitachi Global Storage Technologies  Inc. dfolds@bakerdonelson.com, sparson@bakerdonelson.com |
| J. David Folds | |
| | on behalf of Defendant Western Digital Technologies  Inc. dfolds@bakerdonelson.com, sparson@bakerdonelson.com |
| Jackson David Toof | |
| | on behalf of Defendant Discovery Communications  Inc. jackson.toof@arentfox.com, jill.clough@arentfox.com;andrew.silfen@arentfox.com;beth.brownstein@arentfox.com |
| Jackson David Toof | |
| | on behalf of Creditor Discovery Communications  Inc. jackson.toof@arentfox.com, |

District/off: 0422-7                                   User: ramirez-l                                   Page 27 of 93
Date Rcvd: May 27, 2021                               Form ID: redacttr                               Total Noticed: 1

jill.clough@arentfox.com;andrew.silfen@arentfox.com;beth.brownstein@arentfox.com

Jaime Manuel Crowe

on behalf of Unknown Toshiba America Electronic Components  Inc. jcrowe@whitecase.com,
mco@whitecase.com;jdisanti@whitecase.com

Jaime Manuel Crowe

on behalf of Unknown Toshiba Corporation jcrowe@whitecase.com  mco@whitecase.com;jdisanti@whitecase.com

Jaime Sue Dibble

on behalf of Interested Party Garmin International  Inc. jdibble@stinson.com, lbigus@stinson.com

James D. Newbold

on behalf of Creditor State of Illinois  Department of Revenue James.Newbold@illinois.gov

James D. Newbold

on behalf of Counter-Claimant State of Illinois Department of Revenue  through Brian Hamer, its Director
James.Newbold@illinois.gov

James E. Clarke

on behalf of Interested Party Bond-Circuit IX Delaware Business Trust ecfaccount@orlans.com  ANHSOrlans@InfoEX.com

James E. Clarke

on behalf of Interested Party Brick-70  LLC ecfaccount@orlans.com, ANHSOrlans@InfoEX.com

James Edward Bowman, II

on behalf of Defendant Elite Screens Inc. jim@lextas.com  jebpllc@gmail.com

James H. Rollins

on behalf of Creditor Plaza Las Americas  Inc. jim.rollins@hklaw.com, avis.francis@hklaw.com

James J. Briody

on behalf of Creditor Ronus Meyerland Plaza L.P. jim.briody@sablaw.com  kim.smith@sablaw.com

James J. Briody

on behalf of Creditor Johnson City Crossing  L.P. jim.briody@sablaw.com, kim.smith@sablaw.com

James J. Briody

on behalf of Creditor LNR Partners  Inc. jim.briody@sablaw.com, kim.smith@sablaw.com

James K. Donaldson

on behalf of Defendant Solutions 2 Go  Inc. jed.donaldson@limnexus.com

James R. Schroll

on behalf of Defendant CORMARK  Inc. jschroll@beankinney.com, ncoton@beankinney.com

James R. Schroll

on behalf of Creditor Madison Waldorf  LLC jschroll@beankinney.com, ncoton@beankinney.com

James V. Lombardi

on behalf of Creditor AmREIT  a Texas real estate investment trust jlombardi@rossbanks.com, acole@rossbanks.com

James W. Reynolds

on behalf of Defendant Leggett & Platt  Inc., dba Beeline Group, a division of Leggett & Platt, Inc. jim.reynolds@ofplaw.com

James Winston Burke

on behalf of Creditor MiTAC Digital Corp. (Magellan) jburke@orrick.com

James Winston Burke

on behalf of Attorney Mio Technology USA Ltd. also known as MiTAC USA Inc. jburke@orrick.com

James Winston Burke

on behalf of Attorney Orrick  Herrington & Sutcliffe LLP jburke@orrick.com

James Winston Burke

on behalf of Defendant MiTac USA  Inc. d/b/a Mio Technology USA, Ltd. jburke@orrick.com

James Winston Burke

on behalf of Creditor Nintendo of America  Inc. jburke@orrick.com

James Winston Burke

on behalf of Defendant MiTAC Digital Corporation  individually and including in its capacity as successor to Magellan
Navigation, Inc. jburke@orrick.com

James Winston Burke

on behalf of Defendant Nintendo of America  Inc. jburke@orrick.com

Jamie M. Konn

on behalf of Defendant Polk Audio  Inc. jamie.konn@dlapiper.com, jamie-konn-5618@ecf.pacerpro.com

Jamie M. Konn

on behalf of Defendant DEI Holdings  Inc. f/k/a Direct Electronics, Inc. jamie.konn@dlapiper.com,
jamie-konn-5618@ecf.pacerpro.com

District/off: 0422-7                              User: ramirez-l                              Page 28 of 93
Date Rcvd: May 27, 2021                          Form ID: redacttr                            Total Noticed: 1

Janet M. Meiburger, Esq.
    on behalf of Creditor Tribune Company admin@meiburgerlaw.com

Janet M. Meiburger, Esq.
    on behalf of Creditor Ricmac Equities Corporation admin@meiburgerlaw.com

Jason B. Binford
    on behalf of Creditor BB Fonds International 1 USA  L.P. jbinford@krcl.com, ecf@krcl.com

Jason B. Binford
    on behalf of Creditor Phoenix Property Company jbinford@krcl.com  ecf@krcl.com

Jason M. Krumbein
    on behalf of Creditor Jonathan Card jkrumbein@krumbeinlaw.com
a30156@yahoo.com;jkane@kaneandpapa.com;cdiez@kaneandpapa.com;awilson@kaneandpapa.com;info@kaneandpapa.com

Jason M. Krumbein
    on behalf of Creditor Robert Gentry jkrumbein@krumbeinlaw.com
a30156@yahoo.com;jkane@kaneandpapa.com;cdiez@kaneandpapa.com;awilson@kaneandpapa.com;info@kaneandpapa.com

Jason M. Krumbein
    on behalf of Creditor Joseph Skaf jkrumbein@krumbeinlaw.com
a30156@yahoo.com;jkane@kaneandpapa.com;cdiez@kaneandpapa.com;awilson@kaneandpapa.com;info@kaneandpapa.com

Jason M. Krumbein
    on behalf of Creditor Jack Hernandez jkrumbein@krumbeinlaw.com
a30156@yahoo.com;jkane@kaneandpapa.com;cdiez@kaneandpapa.com;awilson@kaneandpapa.com;info@kaneandpapa.com

Jason William Harbour
    on behalf of Defendant Virgin Mobile USA  L.P. jharbour@huntonAK.com, tcanada@huntonAK.com

Jason William Harbour
    on behalf of Creditor Public Company Accounting Oversight Board jharbour@huntonAK.com  tcanada@huntonAK.com

Jeffrey Kurtzman
    on behalf of Creditor THE GOLDENBERG GROUP kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
    on behalf of Creditor Red Rose Commons Associates  L.P. kurtzman@kurtzmansteady.com

Jeffrey Kurtzman
    on behalf of Creditor PREIT SERVICES  LLC kurtzman@kurtzmansteady.com

Jeffrey Scharf
    on behalf of Creditor Commonwealth of Virginia  Department of Taxation jeff@taxva.com,
tacspc@gmail.com;amanda@taxva.com

Jeffrey Scharf
    on behalf of Creditor County of Spokane jeff@taxva.com  tacspc@gmail.com;amanda@taxva.com

Jeffrey Scharf
    on behalf of Creditor City of Fredericksburg  VA jeff@taxva.com, tacspc@gmail.com;amanda@taxva.com

Jeffrey A. Krieger
    on behalf of Creditor Southwinds. Ltd. jkrieger@greenbergglusker.com  calendar@greenbergglusker.com

Jeffrey E. Klusmeier
    on behalf of Creditor Missouri Attorney General's Office Jeff.Klusmeier@ago.mo.gov  Michelle.Hirschvogel@ago.mo.gov

Jeffrey I. Snyder
    on behalf of Interested Party CMAT 1999-C1 GRAND RIVER AVENUE LLC jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder
    on behalf of Creditor CCMS 2005 CD1 Hale Road LLC jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder
    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage
Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2002-CIBC4 jsnyder@bilzin.com,
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder
    on behalf of Creditor CMAT 1999 C2 Ridgeland Retail LLC jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder
    on behalf of Creditor LNR Partners  Inc. jsnyder@bilzin.com,
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder
    on behalf of Creditor CMAT 1999 C1 Kelly Road  LLC jsnyder@bilzin.com,
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

District/off: 0422-7                     User: ramirez-l                          Page 29 of 93
Date Rcvd: May 27, 2021                  Form ID: redacttr                        Total Noticed: 1

Jeffrey I. Snyder

on behalf of Creditor WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder

on behalf of Creditor CMAT 1999 C2 Lawrence Road LLC jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder

on behalf of Creditor CSFB 2005-C1 Shoppes of Plantation Acres  LLC jsnyder@bilzin.com,
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder

on behalf of Creditor GECMC 2005 C2 Parent LLC jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder

on behalf of Creditor CMAT 1999 C2 Bustleton Avenue Limited Partnership jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder

on behalf of Creditor CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder

on behalf of Creditor GECMC 2005 C2 Hickory Hollow LLC jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey I. Snyder

on behalf of Creditor CMAT 1999 C2 Emporium Drive LLC jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey J. Graham

on behalf of Creditor Greenwood Point  LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com

Jeffrey J. Graham

on behalf of Creditor Washington Corner  LP jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com

Jeffrey L. Tarkenton

on behalf of Creditor Amcor Sunclipse North America Jeffrey.tarkenton@wbd-us.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant Gateway US Retail  Inc. jtarkenton@wcsr.com,
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant Acer America Corporation jtarkenton@wcsr.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant New York Times Distribution Corporation jtarkenton@wcsr.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant The Insurance Company of the State of Pennsylvania jtarkenton@wcsr.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant Specific Media LLC jtarkenton@wcsr.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant MaineToday Media  Inc. jtarkenton@wcsr.com,
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant Globe Newspaper Company  Inc. jtarkenton@wcsr.com,
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant New York Times Distribution Corp. jtarkenton@wcsr.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Creditor Gateway  Inc. Jeffrey.tarkenton@wbd-us.com,
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Creditor Acer American Holdings Corp. Jeffrey.tarkenton@wbd-us.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey L. Tarkenton

on behalf of Defendant The New York Times Company jtarkenton@wcsr.com
beverly.saint@wbd-us.com;cathy.hinger@wbd-us.com;njohnson@spectorjohnson.com

Jeffrey M. Sherman
on behalf of Creditor Central Investments  LLC jeffreymsherman@gmail.com, elmoyer99@gmail.com

Jeffrey N. Pomerantz
on behalf of Creditor Committee Official Committee of Unsecured Creditors jpomerantz@pszjlaw.com

Jenelle Marie Dennis
on behalf of Creditor Federal Realty Investment Trust dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Sweetwater Associates  L.P. dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor The Hutensky Group dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor GMS Golden Valley Ranch  LLC dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor The Macerich Company dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Centro Properties Group dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor The Morris Companies Affiliates dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Laguna Gateway Phase 2  LP dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Prudential Insurance Company of America dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor UBS Realty Investors  LLC dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Cencor Realty dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Watt Management Company dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Uniwest Commercial Realty dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Foursquare Properties Inc. dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Point West Plaza II Investors dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Bear Valley Road Partners LLC dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Torrance Towne Center Associates  LLC dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Cousins Properties Incorporated dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Eagleridge Associates  LLC dennisj@ballardspahr.com, pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Portland Investment Company of America dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor RREEF Management Company dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor OTR-Clairemont Square dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor KNP dennisj@ballardspahr.com  pollack@ballardspahr.com

Jenelle Marie Dennis
on behalf of Creditor Manteca Stadium Park  L.P. dennisj@ballardspahr.com, pollack@ballardspahr.com

Jennifer Langan
on behalf of Creditor Pennsylvania State Treasurer jlangan@patreasury.org

District/off: 0422-7                                User: ramirez-l                                    Page 31 of 93
Date Rcvd: May 27, 2021                          Form ID: redacttr                                    Total Noticed: 1

Jennifer Ellis Lattimore
              on behalf of Defendant Vizio  Inc. jlattimore@eckertseamans.com

Jennifer Ellis Lattimore
              on behalf of Creditor Vizio  Inc. jlattimore@eckertseamans.com

Jennifer J. West
              on behalf of Creditor Coca-Cola Bottling Company Consolidated jwest@spottsfain.com
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Yvette Mack jwest@spottsfain.com
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Entergy Louisiana  LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Verizon Communications Inc. jwest@spottsfain.com
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Imation Enterprises Corp. jwest@spottsfain.com
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Entergy Mississippi  Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Defendant Coca-Cola Enterprises Inc. jwest@spottsfain.com
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Entergy Arkansas  Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Defendant Coca Cola Bottling Co. Consolidated jwest@spottsfain.com
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor South Carolina Electric & Gas Company and Public Service of North Carolina jwest@spottsfain.com
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Prosite Business Solutions  LLC jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Entergy Gulf States Louisiana  L.L.C. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Coca-Cola Refreshments U.S.A.  Inc. f/k/a Coca-Cola Enterprises Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Creditor Entergy Texas  Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer J. West
              on behalf of Defendant Northern Wire Products  Inc. jwest@spottsfain.com,
              rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;kmoses@spottsfain.com;nmccullagh@spottsfain.c
              om;churley@spottsfain.com

Jennifer Larkin Kneeland
              on behalf of Defendant Rainbow Advertising Sales Corporation jkneeland@watttieder.com

District/off: 0422-7                          User: ramirez-l                          Page 32 of 93
Date Rcvd: May 27, 2021                       Form ID: redacttr                        Total Noticed: 1

Jennifer Larkin Kneeland

on behalf of Defendant AMC jkneeland@watttieder.com

Jennifer Larkin Kneeland

on behalf of Defendant Newsday Holdings LLC and Newsday LLC jkneeland@watttieder.com

Jennifer Larkin Kneeland

on behalf of Defendant Rainbow Media Holdings LLC dba AMC jkneeland@watttieder.com

Jennifer McLain McLemore

on behalf of Creditor Portland Investment Company of America jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Swiff-Train Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Oswego Gerry Centennial  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Vonwin Capital Management  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Luckoff Land Company  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Mortgage Capital Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western San Antonio HQ Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant McClatchy Newspapers  Inc. dba The Sacramento Bee jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Morse-Sembler Villages Partnership #4 jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Amerian Oklahoma City Penn  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Drexel Delaware Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor RREEF Management Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western West Mifflin Century III  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Columbus Clifty  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor New River Properties  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Richmond Maryland  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CC Acquisition  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor GRI EQY Sparkleberry Square LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Westgate Village  LP jmclemore@williamsmullen.com,

avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party Miami Herald jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Robyn N. Davis jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wells Fargo Bank  N.A jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Charlotte (Archdale) UY  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tacoma News  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Idaho Statesman jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor RPAI Pacific Property Services LLC (f/k/a Inland Pacific Property Services LLC)
jmclemore@williamsmullen.com  avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor IN Retail Fund Algonquin Commons  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor 1030 W. North Ave. Bldg. LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tourboullin Co. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Jordan Landing  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bel Air Square LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Myrtle Beach Sun News jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor LaSalle Bank national Association  as Trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1,
acting by and through Midland Loan Services, a division of PNC Bank, National Association, in i
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Media General  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CC-Investors 1995-6 jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Generation One and Two  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Houma Magnolia  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant The McClatchy Company dba The Charlotte Observer  aka The Charlotte Observer Publishing Company
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant McClatchy Newspapers  Inc. dba The Fresno Bee jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Attorney Hodgson Russ LLP jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Starpoint Property Management  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Carlson Marketing Worldwide  Inc., fka Carlson Marketing Group, Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Memorial Square 1021  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Lexington Herald-Leader jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Sparkleberry Two Notch  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor RPAI Southwest Management LLC (f/k/a Inland Southwest Management LLC)
jmclemore@williamsmullen.com  avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor P/A Acadia Pelham Manor  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Shops at Kildeer  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Columbia Equities Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Gateway Center Properties III  LLC and SMR Gateway III, LLC as tenants in common
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor De Rito Partners Development  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Sugar Land Colony Liimted Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Southwest Management LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor GC Acquisition Corp. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Lake Worth Towne Crossing Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Washington Commons Associates jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Alexander H Bobinski jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western San Antonio HW Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor RD Bloomfield Associates Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Digital Innovations  LLC on Behalf of VonWin Capital Management, LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7
Date Rcvd: May 27, 2021

User: ramirez-l
Form ID: redacttr

Page 35 of 93
Total Noticed: 1

Jennifer McLain McLemore

on behalf of Creditor Capital Centre LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Parker Central Plaza  Ltd. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Southeast Darien jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Mount Berry Square  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Nashville Electric Service jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Commercial Property Management  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor N.P. Huntsville Limited Liability Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Traverse City  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant The McClatchy Company d/b/a The Kansas City Star jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Spirit Delivery and Distribution Services  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Prudential Insurance Company of America jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KNP jmclemore@williamsmullen.com  avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Cameron Bayonne  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CC Properties LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Transferee 412 South Broadway Realty LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Avondale McDowell  L.L.C jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western College Station Gateway Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Brighton Commercial  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party Sacramento Bee jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant McClatchy Newspapers  Inc. dba The State jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Kansas City Star jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7                           User: ramirez-l                                    Page 36 of 93
Date Rcvd: May 27, 2021                        Form ID: redacttr                                  Total Noticed: 1

Jennifer McLain McLemore

 on behalf of Creditor Watt Management Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Kimco Realty Corporation jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Transferee IMCC Sunland  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor U.S. 41 & I 285 Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Hamilton Crossing jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Redtree Properties  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor MB Fabyan Randall Plaza Batavia  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor LaSalle Bank National Association  as trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Amargosa Palmdale Investments  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Premier Retail Interiors  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor LaSalle Bank National Association  f/k/a/ LaSalle National Bank, as Trustee of Corporate Credit-Backed
Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Servicers, a div
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Defendant Philips Electronics North America Corporation  d/b/a Digital Lifestyle Outfitters, Philips Accessories,
Gemini Industries, Philips Consumer Electronics, Philips Norelco and Philips Lighting Company
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates  Series 1999-CLF1
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Inland Southwest Management LLC  Inland American Retail Management LLC, Inland US Management
LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor PL Mesa Pavilions LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Cameron Bayonne Urban Renewal  LLC's (f/k/a Cameron Bayonne, LLC) jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor City and County of San Francisco jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Defendant The Miami Herald Media Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Union Square Retail Trust jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

 on behalf of Creditor Crossroads Associates  Ltd. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7            User: ramirez-l            Page 37 of 93

Date Rcvd: May 27, 2021            Form ID: redacttr            Total Noticed: 1

Jennifer McLain McLemore

on behalf of Creditor Charlotte Observer jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant The McClatchy Company  dba Myrtle Beach Sun News, aka The Sun News
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wichita Eagle jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Manufacturers and Traders Trust Company  as Trustee jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor NAP Northpoint  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fingerlakes Crossing  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Thoroughbred Village jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Industriaplex  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Foursquare Properties Inc. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Chung Hee Kim (Ridgehaven Plaza Shopping Center) jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Carousel Center Company  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor EklecCo NewCo  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Lewisville Lakepointe Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Southlake Corners Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Watercress Associates  LP, LLP dba Pearlridge Center jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor De Rito Partners jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor La Habra Imperial  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Rolling Acres Plaza Shopping Center jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party Jeff Leopold jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Lake Worth Towne Crossing Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7

Date Rcvd: May 27, 2021

User: ramirez-l

Form ID: redacttr

Page 38 of 93

Total Noticed: 1

Jennifer McLain McLemore

on behalf of Creditor McClatchy Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Idaho Statesman Publishing LLC  d/b/a The Idaho Statesman jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Generation H One and Two Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Leben Family Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Hamilton Beach Brands  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant The McClatchy Company  d/b/a The Wichita Eagle jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Cohab Realty  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor EEL McKee LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Plaintiff CC-Investors 1995-6 jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party San Luis Obispo Tribune jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor CHK  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Computer Resource Team  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bizport  Ltd. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor T & T Enterprises jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor LaSalle Bank National Association  as trustee for C1 Trust, acting by and through Midland Loan Services,
Inc jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Swanblossom Investments  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Lexington Herald Leader jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Transferor Manufactures and Traders Trust Company  as Trustee jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor GRI-EQY (Sparkleberry Square) LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Westgate Village  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor M.I.A. Brookhaven  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

District/off: 0422-7                                    User: ramirez-l                                    Page 39 of 93
Date Rcvd: May 27, 2021                                 Form ID: redacttr                                 Total Noticed: 1

Jennifer McLain McLemore

on behalf of Creditor Inland Western Austin Southpark Meadows II Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Phillipsburg Greenwich L.L.C. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Cedar Hill Pleasant Run Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor International Speedway Square  Ltd. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Lexmark International  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Media General Operations  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Landover (Landover Crossing)  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland American Chesapeake Crossroads  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Columbia State jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party James H. Wimmer  Jr., personally jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor RPAI US Management LLC (f/k/a Inland US Management LLC) jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Catellus Operating Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party Fresno Bee jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The West Campus Square Company  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for Nationslink Funding Corporation Commercial Loan Pass-Through
Certificates, Series 1999-LTL-1, acting by and through Midland Loan Services, a division of PNC Bank
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Roth Tanglewood  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant DayMen U.S.  Inc. d/b/a Lowepro USA jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Memorial Square 1031  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Pacific Property Services LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Commercial Property Management  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank  as Trustee of Corporate Credit-Backed

Pass-Through Certificates, Series 1997-CTL-1 jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Crossgates Commons NewCo  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party Lexington Herald-Leader jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland US Management LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Kite Coral Springs  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Sangertown Square  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Western Temecula Commons  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Transferor Manufacturers and Traders Trust Company  as Trustee jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor UnCommon  Ltd., a Florida Limited Partnership jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tanglewood Park  LLC; Roth Tanglewood, LLC and Luckoff Land Company, LLC as tenants in common
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor LaSalle Bank National Association  f/k/a LaSalle National Bank, as Trustee of Corporate Credit-Backed
Pass-Through Certificates, Series 1997-CTL-1, acting by and through Midland Loan Services, a divis
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor LaSalle Bank National Association  a nationally chartered bank, as Trustee for Corporate Lease-Backed
Certificates, Series 1999-CLF1, acting by and through Midland Loan Services, a division of PNC Ban
jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Cousins Properties Incorporated jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Southwest Darien  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant Tacoma News  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland Continental Property Management Corp. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Rancon Realty Fund IV jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Inland American Retail Management LLC jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Argyle Forest Retail I  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor KRG Market Street Village  LP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant McClatchy Newspapers  Inc. dba The San Luis Obispo County Tribune jmclemore@williamsmullen.com,

avaughn@williamsmullen.com,

Jennifer McLain McLemore

on behalf of Creditor Galleria Alpha Plaza  Ltd. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor MB Keene Monadnock  L.L.C. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor The Macerich Company jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Digital Innovations  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Acadia Realty Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Interested Party Manufacturers & Traders Trust Company  as Trustee jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Warner Home Video jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Myrtle Beach Farms jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Fishers Station Development Co. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Defendant North Jersey Media Group Inc. jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Thoroughbred Village Tennessee  GP jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Crossroads Shopping Center jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Whitestone Development Partners  L.P. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Bella Terra Associates  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Merge Computer Group  Inc. jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor RioCan Austin Southpark Meadows II Limited Partnership jmclemore@williamsmullen.com
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore

on behalf of Creditor Tanglewood Park  LLC jmclemore@williamsmullen.com,
avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer V. Doran

on behalf of Creditor DeMatteo Management  Inc. jdoran@hinckleyallen.com, calirm@haslaw.com

Jeremy Brian Root

on behalf of Defendant Credit Suisse Loan Funding  LLC jroot@bklawva.com,
tjones@bklawva.com;mnoble@bklawva.com;wcasterlinejr@bklawva.com;jmeizanis@bklawva.com

Jeremy C. Kleinman

on behalf of Creditor PriceGrabber.com  Inc. jkleinman@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Jeremy L. Pryor

on behalf of Defendant Kelley Enterprises Inc. jeremypryor@carrellrice.com

District/off: 0422-7                        User: ramirez-l                        Page 42 of 93
Date Rcvd: May 27, 2021                     Form ID: redacttr                     Total Noticed: 1

Jeremy S. Friedberg
    on behalf of Creditor Toshiba America Consumer Products L.L.C. jeremy@friedberg.legal, ecf@friedberg.legal

Jeremy S. Friedberg
    on behalf of Creditor Toshiba America Information Systems Inc. jeremy@friedberg.legal, ecf@friedberg.legal

Jeremy S. Friedberg
    on behalf of Creditor Washington Green TIC jeremy@friedberg.legal ecf@friedberg.legal

Jeremy S. Williams
    on behalf of Creditor Magna Trust Company Trustee jeremy.williams@kutakrock.com,
    lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com

Jeremy S. Williams
    on behalf of Creditor Jubilee-Springdale LLC jeremy.williams@kutakrock.com,
    lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com

Jeremy S. Williams
    on behalf of Creditor Joe Evans jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;Amanda.nugent@kutakrock

Jeremy S. Williams
    on behalf of Defendant SDI Technologies Inc. jeremy.williams@kutakrock.com,
    lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com

Jeremy S. Williams
    on behalf of Creditor The Shoppes of Beavercreek Ltd. jeremy.williams@kutakrock.com
    lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com

Jeremy S. Williams
    on behalf of Creditor Michelle Sifford jeremy.williams@kutakrock.com
    lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com

Jeremy S. Williams
    on behalf of Defendant Antec Inc. jeremy.williams@kutakrock.com,
    lynda.wood@kutakrock.com;Amanda.nugent@kutakrock.com

Jeremy W. Martin
    on behalf of Creditor Escambia County Tax Collector jeremymartin2007@gmail.com jmartin@weststarmortgage.com

Jeremy W. Martin
    on behalf of Interested Party McCandlish Holton PC jeremymartin2007@gmail.com, jmartin@weststarmortgage.com

Jeremy W. Martin
    on behalf of Creditor Travis County Texas jeremymartin2007@gmail.com jmartin@weststarmortgage.com

Jeremy W. Ryan
    on behalf of Creditor First Industrial Realty Trust Inc. jryan@saul.com

Jeremy W. Ryan
    on behalf of Creditor FR E2 Property Holding L.P. jryan@saul.com

Jerry Lane Hall
    on behalf of Defendant Sanyo Fisher Co. a Division of Sanyo North America Corp. jerry.hall@katten.com,
    nyc.bknotices@katten.com

Jess R. Bressi
    on behalf of Creditor RJ Ventures LLC K&G Dearborn LLC jbressi@luce.com

Jess R. Bressi
    on behalf of Creditor Engineered Structures Inc. jbressi@luce.com

Jesse N. Silverman
    on behalf of Creditor KNP jsilverman@dilworthlaw.com jkagan@dilworthlaw.com

Jesse N. Silverman
    on behalf of Creditor Prudential Insurance Company of America jsilverman@dilworthlaw.com jkagan@dilworthlaw.com

Jesse N. Silverman
    on behalf of Creditor Foursquare Properties Inc. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman
    on behalf of Creditor The Macerich Company jsilverman@dilworthlaw.com jkagan@dilworthlaw.com

Jesse N. Silverman
    on behalf of Creditor Watt Management Company jsilverman@dilworthlaw.com jkagan@dilworthlaw.com

Jesse N. Silverman
    on behalf of Creditor Torrance Towne Center Associates LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman
    on behalf of Creditor Eagleridge Associates LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com

Jesse N. Silverman

|  |  |
|---|---|
| | on behalf of Creditor RREEF Management Company jsilverman@dilworthlaw.com jkagan@dilworthlaw.com |
| Jesse N. Silverman | on behalf of Creditor CP Management Corp. as agent for Orland Towne Center L.L.C. jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com |
| Jesse N. Silverman | on behalf of Creditor Comcast Cable Communications LLC jsilverman@dilworthlaw.com, jkagan@dilworthlaw.com |
| Jesse N. Silverman | on behalf of Creditor Cousins Properties Incorporated jsilverman@dilworthlaw.com jkagan@dilworthlaw.com |
| Jesse N. Silverman | on behalf of Creditor Portland Investment Company of America jsilverman@dilworthlaw.com jkagan@dilworthlaw.com |
| Jessica Regan Hughes | on behalf of Interested Party AmCap NorthPoint LLC jhughes@seyfarth.com swells@seyfarth.com;wdcdocketing@seyfarth.com |
| Jessica Regan Hughes | on behalf of Interested Party Arboretum of South Barrington LLC jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com |
| Jessica Regan Hughes | on behalf of Interested Party Eatontown Commons Shopping Center jhughes@seyfarth.com swells@seyfarth.com;wdcdocketing@seyfarth.com |
| Jessica Regan Hughes | on behalf of Interested Party AmCap Arborland LLC jhughes@seyfarth.com swells@seyfarth.com;wdcdocketing@seyfarth.com |
| Joel S. Aronson | on behalf of Plaintiff Alfred H. Siegel jaronson@ridberglaw.com |
| Joel S. Aronson | on behalf of Defendant Capital City Press LLC d/b/a The Advocate jaronson@ridberglaw.com |
| Joel T. Marker | on behalf of Creditor Ammon Properties LC joel@mbt-law.com |
| Joel T. Marker | on behalf of Creditor Parker Bullseye LLC joel@mbt-law.com |
| John B. Raftery | on behalf of Defendant Utopian Software Concepts Inc., dba Alterthought jraftery@offitkurman.com |
| John C. Smith | on behalf of Creditor Sun Construction Group Inc. a/k/a Sun Construction Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com |
| John C. Smith | on behalf of Defendant Sun Construction Group Inc. a/k/a Sun Construction Group-GA jsmith@sandsanderson.com, sryan@sandsanderson.com |
| John C. Smith | on behalf of Creditor Sennco Solutions Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com |
| John C. Smith | on behalf of Defendant Sennco Solutions Inc. jsmith@sandsanderson.com, sryan@sandsanderson.com |
| John D. Fiero | on behalf of Creditor Committee Official Committee of Unsecured Creditors jfiero@pszjlaw.com |
| John D. McIntyre | on behalf of Creditor Mallview Plaza Company Ltd. jmcintyre@mcintyrestein.com, wedwards@mcintyrestein.com |
| John D. McIntyre | on behalf of Creditor Ritz Motel Company jmcintyre@mcintyrestein.com wedwards@mcintyrestein.com |
| John D. McIntyre | on behalf of Creditor Janaf Shops LLC jmcintyre@mcintyrestein.com, wedwards@mcintyrestein.com |
| John D. McIntyre | on behalf of Creditor Carnegie Management and Development Corporation jmcintyre@mcintyrestein.com wedwards@mcintyrestein.com |
| John D. McIntyre | on behalf of Defendant Midland Radio Corporation jmcintyre@wmlawgroup.com wedwards@mcintyrestein.com |
| John D. McIntyre | on behalf of Creditor The Marketplace of Rochester Hills Parcel B LLC jmcintyre@mcintyrestein.com, wedwards@mcintyrestein.com |
| John Darren Sadler | on behalf of Creditor The Hutensky Group sadlerj@ballardspahr.com andersonn@ballardspahr.com |

District/off: 0422-7                                   User: ramirez-l                              Page 44 of 93
Date Rcvd: May 27, 2021                                Form ID: redacttr                          Total Noticed: 1

John Darren Sadler

on behalf of Creditor CWCapital Asset Management LLC sadlerj@ballardspahr.com  andersonn@ballardspahr.com

John Darren Sadler

on behalf of Creditor Cencor Realty sadlerj@ballardspahr.com  andersonn@ballardspahr.com

John Darren Sadler

on behalf of Creditor Brixmor Property Group  Inc., f/k/a Centro Properties Group sadlerj@ballardspahr.com, andersonn@ballardspahr.com

John Darren Sadler

on behalf of Creditor Battlefield FE Limited Partners sadlerj@ballardspahr.com  andersonn@ballardspahr.com

John Darren Sadler

on behalf of Creditor Federal Realty Investment Trust sadlerj@ballardspahr.com  andersonn@ballardspahr.com

John Darren Sadler

on behalf of Creditor UBS Realty Investors  LLC sadlerj@ballardspahr.com, andersonn@ballardspahr.com

John E. Hilton

on behalf of Creditor Thirty & 141  L.P. jeh@carmodymacdonald.com, pjf@carmodymacdonald.com

John E. Lucian

on behalf of Creditor VIWY  L.P. lucian@blankrome.com

John E. Lucian

on behalf of Creditor Cellco Partnership d/b/a Verizon Wireless lucian@blankrome.com

John G. McJunkin

on behalf of Creditor Marc Realty jmcjunkin@bakerdonelson.com  sparson@bakerdonelson.com

John G. McJunkin

on behalf of Creditor SimpleTech by Hitachi Global Storage Technologies jmcjunkin@bakerdonelson.com sparson@bakerdonelson.com

John G. McJunkin

on behalf of Creditor 120 Orchard LLC jmcjunkin@bakerdonelson.com  sparson@bakerdonelson.com

John G. McJunkin

on behalf of Creditor FT Orchard LLC jmcjunkin@bakerdonelson.com  sparson@bakerdonelson.com

John G. McJunkin

on behalf of Creditor 427 Orchard LLC jmcjunkin@bakerdonelson.com  sparson@bakerdonelson.com

John G. McJunkin

on behalf of Creditor Bethesda Softworks  LLC jmcjunkin@bakerdonelson.com, sparson@bakerdonelson.com

John J. Trexler

on behalf of Creditor John J. Schrogie jtrexler@hmalaw.com

John Kuropatkin Roche

on behalf of Creditor Bank of America  National Association jroche@perkinscoie.com, ecf-3ac9070a3959@ecf.pacerpro.com

John M. Craig

on behalf of Defendant Imagitas  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Duke Energy Ohio  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Long Island Lighting Company d/b/a LIPA johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Dominion Hope johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Central Georgia Electric Membership Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Southwest Gas Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor New York State Electric and Gas Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Michigan Consolidated Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Carolina Power & Light Company d/b/a Progress Energy Carolinas johncraigg@aol.com russj4478@aol.com

John M. Craig

on behalf of Creditor Boston Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Connecticut Light and Power Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Chalek Company LLC johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Dominion Peoples johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Piedmont Natural Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Toledo Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Southern Connecticut Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Duke Energy Indiana  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Defendant Sun Builders Co. johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Defendant Pro-Pave Sealcoat Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Southern California Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Yankee Gas Services Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Orange and Rockland Utilities johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor The Detroit Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor KeySpan Gas East Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Connecticut Natural Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor The Cleveland Electric Illuminating Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Duke Energy Carolinas  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig

on behalf of Creditor Public Service Company of New Hampshire johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Virginia Power johncraigg@aol.com
russj4478@aol.com

John M. Craig

on behalf of Creditor Narragansett Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor The Brooklyn Union Gas Company d/b/a National Grid NY johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Public Service Electric And Gas Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Massachusetts Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Florida Power Corporation d/b/a Progress Energy Florida johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Niagara Mohawk Power Corporation johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Dominion East Ohio johncraigg@aol.com  russj4478@aol.com

John M. Craig

on behalf of Creditor Granite State Electric johncraigg@aol.com  russj4478@aol.com

John M. Craig

John M. Craig
on behalf of Creditor Jersey Central Power & Light Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor PECO Energy Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor Metropolitan Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor Consolidated Edison Company of New York  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig
on behalf of Creditor Western Massachusetts Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor Salt River Project johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor American Electric Power johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor Retail Property Group  Inc. johncraigg@aol.com, russj4478@aol.com

John M. Craig
on behalf of Creditor Commonwealth Edison Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Counter-Claimant Sun Builders Co. johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor Jackson EMC johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Defendant ASM Capital III  L.P. johncraigg@aol.com, russj4478@aol.com

John M. Craig
on behalf of Creditor Pennsylvania Electric Company johncraigg@aol.com  russj4478@aol.com

John M. Craig
on behalf of Creditor EnergyNorth Natural Gas  Inc. d/b/a National Grid NH johncraigg@aol.com, russj4478@aol.com

John M. Craig
on behalf of Creditor SimVest Real Estate II  LLC johncraigg@aol.com, russj4478@aol.com

John M. Craig
on behalf of Creditor Duke Energy Kentucky  Inc. johncraigg@aol.com, russj4478@aol.com

John P. Van Beek
on behalf of Defendant Cosco  Inc., d/b/a Cosco Air Conditioning and Refrigeration jvanbeek@goldmanvanbeek.com, snorwood@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com

John P. Van Beek
on behalf of Creditor Sacco of Maine  LLC jvanbeek@goldmanvanbeek.com, snorwood@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com

John P. Van Beek
on behalf of Creditor WEC 96D Niles Investment Trust jvanbeek@goldmanvanbeek.com snorwood@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com

John P. Van Beek
on behalf of Creditor TSA Stores  Inc. jvanbeek@goldmanvanbeek.com, snorwood@goldmanvanbeek.com;hcurrier@goldmanvanbeek.com;meken@goldmanvanbeek.com

John T. Farnum
on behalf of Creditor Bell Microproducts  Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

John T. Farnum
on behalf of Defendant Ashley Furniture Industries  Inc. jfarnum@milesstockbridge.com, jfarnumecfnotices@gmail.com;dbernard@milesstockbridge.com

John T. Husk
on behalf of Defendant Casco Corporation johnhusk@aol.com  nre98@aol.com

Jonathan L. Hauser
on behalf of Defendant Klipsch Audio Technologies LLC jonathan.hauser@troutmansanders.com

Jonathan L. Hauser
on behalf of Defendant Velocity Micro  Inc. jonathan.hauser@troutmansanders.com

Jonathan T. Cain
on behalf of Defendant Zoo Entertainment  Inc. jtcain@mintz.com, kcraun@mintz.com

District/off: 0422-7                                User: ramirez-l                              Page 47 of 93
Date Rcvd: May 27, 2021                            Form ID: redacttr                            Total Noticed: 1

Jonathan T. Cain

    on behalf of Defendant InVNT  LLC jtcain@mintz.com, kcraun@mintz.com

Jonathan T. Cain

    on behalf of Defendant Zoo Games  Inc. f/k/a Destination Software, Inc. jtcain@mintz.com, kcraun@mintz.com

Jorge A. Ortiz

    on behalf of Defendant Interactive Toy Concepts  Inc jorgeortiz0411@gmail.com

Joseph M. DuRant

    on behalf of Creditor City of Newport News  Virginia jdurant@nngov.com

Joseph T. Moldovan

    on behalf of Creditor Empire HealthChoice Assurance  Inc. d/b/a Empire Blue Cross Blue Shield
bankruptcy@morrisoncohen.com

Judy A. Robbins

    USTPRegion04.RH.ECF@usdoj.gov

Julie Ann Quagliano

    on behalf of Creditor AT&T Capital Services  Inc. quagliano@seeger-law.com, harvell@seeger-law.com

Julie Ann Quagliano

    on behalf of Defendant Kent H. Landsberg of Dallas  LP ( quagliano@seeger-law.com, harvell@seeger-law.com

Julie Ann Quagliano

    on behalf of Creditor AT&T Corp. quagliano@seeger-law.com  harvell@seeger-law.com

Julie Ann Quagliano

    on behalf of Creditor AT&T quagliano@seeger-law.com  harvell@seeger-law.com

Julie Ann Quagliano

    on behalf of Defendant Paris Business Products  Inc. quagliano@seeger-law.com, harvell@seeger-law.com

Julie Ann Quagliano

    on behalf of Defendant Amcor Packaging Distribution  Inc., d/b/a Amcor Sunclipse North America, Inc., d/b/a Kent H. Landsberg
Company, a California corporation quagliano@seeger-law.com, harvell@seeger-law.com

Julie H. Rome-Banks

    on behalf of Creditor Daly City Partners I  L.P. Julie@bindermalter.com

Julie H. Rome-Banks

    on behalf of Creditor Envision Peripherals Inc Julie@bindermalter.com

Julie H. Rome-Banks

    on behalf of Creditor Daly City Partners I  L.P Julie@bindermalter.com

Justin F. Paget

    on behalf of Defendant The Seattle Times Company jpaget@huntonAK.com  tcanada@huntonAK.com

Justin F. Paget

    on behalf of Defendant Hunton & Williams  LLP jpaget@huntonAK.com, tcanada@huntonAK.com

Justin F. Paget

    on behalf of Defendant Arkansas Democrat-Gazette  Inc. jpaget@huntonAK.com, tcanada@huntonAK.com

Justin F. Paget

    on behalf of Defendant Atari  Inc., f/k/a Infogrames jpaget@huntonAK.com, tcanada@huntonAK.com

Justin F. Paget

    on behalf of Defendant Thule Organization Solutions  Inc. dba Case Logic, Inc. jpaget@huntonAK.com, tcanada@huntonAK.com

Justin F. Paget

    on behalf of Defendant Wynit  Inc. jpaget@huntonAK.com, tcanada@huntonAK.com

Justin F. Paget

    on behalf of Defendant The Spark Agency  Inc. d/b/a Switch and Switch Liberate Your Brand jpaget@huntonAK.com,
tcanada@huntonAK.com

Kalina Boyanova Miller

    on behalf of Creditor First Industrial Realty Trust  Inc. kmiller@wileyrein.com, rours@wileyrein.com

Kalina Boyanova Miller

    on behalf of Creditor Greater Orlando Aviation Authority kmiller@wileyrein.com  rours@wileyrein.com

Kan C. Farand

    on behalf of Creditor Alameda County Treasurer farand.kan@acgov.org

Karen L. Gilman

    on behalf of Creditor Toys R Us - Delaware  Inc. KGILMAN@WOLFFSAMSON.COM

Karen M. Crowley

    on behalf of Mediator Karen Crowley kcrowley@clrbfirm.com  jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com

Karen M. Crowley

on behalf of Mediator Karen M. Crowley kcrowley@clrbfirm.com  jbrockett@clrbfirm.com;10342@notices.nextchapterbk.com

Kathryn R. Montgomery

on behalf of Defendant John P. Fitzgerald Kathryn.Montgomery@usdoj.gov

Kathryn R. Montgomery

on behalf of U.S. Trustee Judy A. Robbins Kathryn.Montgomery@usdoj.gov

Kathryn R. Montgomery

on behalf of Defendant John P. Fitzgerald  Acting United States Trustee for Region Four Kathryn.Montgomery@usdoj.gov

Kathryn R. Montgomery

on behalf of U.S. Trustee John P. Fitzgerald Kathryn.Montgomery@usdoj.gov

Ken Coleman

on behalf of Interested Party Alvarez & Marsal Canada  ULC Ken.Coleman@allenovery.com

Kenneth R. Rhoad

on behalf of Creditor ActionLink  LLC rhoadken@gmail.com

Kenneth R. Rhoad

on behalf of Defendant Actionlink  LLC rhoadken@gmail.com

Kevin A. Lake

on behalf of Creditor Sonoma County Tax Collector klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Alameda County Treasurer klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Texas Tax Appraisal Districts of Bell County  Brazos County, Comal County, Denton County, Waco City
and Waco ISD, Longview Independent School District, Midland, Taylor, City of Abilene, Williamson
klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Hagan Properties  Inc. klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Orangefair Marketplace  LLC klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Shasta County klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Madcow International Group Limited klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Bexar Co.  Cameron Co., Dallas Co., El Paso, Frisco, Grayson Co,, Gregg Co, Irving ISD, Jefferson Co.,
McAllen Co., McAllen ISD, McEllen Co., Nueces Co., Rockwall Co., Roundrock ISD, Smith Co., South
klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Harris County klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Bell County  County of Denton, Midland Central Appraisal District, County of Brazos, Longview
Independent School District, Taylor Central Appraisal District, City of Waco/Waco Ind. School Dist., Count
klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Belkin International klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Catawba County North Carolina klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Old Republic Insurance Company klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor United Radio  Inc. klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Shelbyville Road Plaza  LLC klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Pima County klake@mcdonaldsutton.com

Kevin A. Lake

on behalf of Creditor Pierce County klake@mcdonaldsutton.com

Kevin J. Funk

on behalf of Creditor Joanne Eisner kfunk@dagglaw.com  bmcmillen@durrettecrump.com

District/off: 0422-7                                    User: ramirez-l                                    Page 49 of 93
Date Rcvd: May 27, 2021                              Form ID: redacttr                                  Total Noticed: 1

Kevin J. Funk
on behalf of Creditor Dartmouth Marketplace Associates kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin J. Funk
on behalf of Creditor Roy Eisner kfunk@dagglaw.com  bmcmillen@durrettecrump.com

Kevin L. Sink
on behalf of Creditor Glenmoor Limited Partnership ksink@nichollscrampton.com

Kevin M. Newman
on behalf of Creditor Cameron Bayonne  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor NBT Bank  N.A. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor Carousel Center Company  L.P. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor Mount Berry Square  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor Sangertown Square  L.L.C. knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor EklecCo NewCo  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor Landover (Landover Crossing)  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor Charlotte (Archdale) UY  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman
on behalf of Creditor Fingerlakes Crossing  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin R. McCarthy
on behalf of Creditor Entergy Texas  Inc. krm@mccarthywhite.com

Kevin R. McCarthy
on behalf of Creditor Entergy Mississippi  Inc. krm@mccarthywhite.com

Kevin R. McCarthy
on behalf of Creditor Entergy Arkansas  Inc. krm@mccarthywhite.com

Kevin R. McCarthy
on behalf of Creditor Entergy Louisiana  LLC krm@mccarthywhite.com

Kevin R. McCarthy
on behalf of Creditor Entergy Gulf States Louisiana  L.L.C. krm@mccarthywhite.com

Khang V. Tran
on behalf of Defendant New World Communications of Detroit  Inc. khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant FX Networks  LLC khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant NW Communications of Phoenix  Inc. khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant NW Communications of Texas  Inc. khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant Fox Television Stations  Inc. khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant Fox Broadcasting Company khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant New World Communications of Atlanta  Inc. khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Creditor Fox Broadcasting Company khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant New World Communications of Tampa  Inc. khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant Fox Sports Net  Inc. khang.tran@hoganlovells.com

Khang V. Tran
on behalf of Defendant KCOP Television  Inc. khang.tran@hoganlovells.com

District/off: 0422-7                                      User: ramirez-l                                      Page 50 of 93
Date Rcvd: May 27, 2021                                  Form ID: redacttr                                   Total Noticed: 1

Kimbell D. Gourley
    on behalf of Creditor Engineered Structures  Inc. kgourley@idalaw.com, sprescott@idalaw.com

Kimberly A. Pierro
    on behalf of Creditor Schottenstein Property Group  Inc. kimberly.pierro@kutakrock.com,
sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Kimberly A. Pierro
    on behalf of Creditor Cole CC Groveland FL  LLC kimberly.pierro@kutakrock.com,
sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com

Kimberly Sullivan Walker
    on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank kwalker@fulbright.com
kimsullywalker@aol.com

Kimberly Sullivan Walker
    on behalf of Creditor LaSalle Bank National Association  as trustee for Corporate Lease-Backed Certificates, Series 1999-CLF1
kwalker@fulbright.com, kimsullywalker@aol.com

Kimberly Sullivan Walker
    on behalf of Creditor LaSalle Bank National Association  as trustee for C1 Trust, acting by and through Midland Loan Services,
Inc kwalker@fulbright.com, kimsullywalker@aol.com

Kimberly Sullivan Walker
    on behalf of Creditor LaSalle Bank National Association as Trustee for Corporate Lease-Backed Certificates  Series 1999-CLF1
kwalker@fulbright.com, kimsullywalker@aol.com

Kimberly Sullivan Walker
    on behalf of Creditor Wells Fargo Bank  N.A kwalker@fulbright.com, kimsullywalker@aol.com

Kimberly Sullivan Walker
    on behalf of Creditor LaSalle Bank National Association f/k/a LaSalle National Bank  as Trustee of Corporate Credit-Backed
Pass-Through Certificates, Series 1997-CTL-1 kwalker@fulbright.com, kimsullywalker@aol.com

Kirk B. Burkley
    on behalf of Creditor Duquesne Light Company kburkley@bernsteinlaw.com
pghecf@bernsteinlaw.com;cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;kburkley@ecf.courtdrive.com

Kirk David Berkhimer
    on behalf of Defendant A&L Products Limited Kirk@BERKHIMERLaw.com  berkhimerkr66555@notify.bestcase.com

Kristen E. Burgers
    on behalf of Creditor ORIX Capital Markets  LLC kburgers@hirschlerlaw.com,
ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com;sleach@hirschlerlaw.com

Kristen E. Burgers
    on behalf of Creditor CWCapital Asset Management LLC kburgers@hirschlerlaw.com
ndysart@hirschlerlaw.com;plaura@hirschlerlaw.com;sleach@hirschlerlaw.com

Kristin Elliott
    on behalf of Counter-Defendant Alfred H. Siegel kelliott@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Kristin Elliott
    on behalf of Plaintiff Alfred H. Siegel kelliott@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Kurt M. Kobiljak
    on behalf of Creditor City of Taylor Michigan kkobi@aol.com

Laura Otenti
    on behalf of Interested Party Salem Rockingham LLC lotenti@pbl.com

Lawrence Allen Katz
    on behalf of Creditor Morgan Hill Retail Venture  LP lkatz@hirschlerlaw.com, lrodriguez@hirschlerlaw.com

Lawrence H. Glanzer
    on behalf of Creditor Citrus Park CC  LLC glanzer@rgblawfirm.com

Lawrence J. Hilton
    on behalf of Creditor TARGUS  INC. lhilton@onellp.com,
lthomas@onellp.com,info@onellp.com,rgolder@onellp.com,lhyska@onellp.com,nlichtenberger@onellp.com

Leon Y. Tuan
    on behalf of Creditor TKG Coffee Tree  L.P. ltuan@steinlubin.com

Leonard Starr
    on behalf of Creditor Namsung America  Inc. lstarr@Starr-Law.com, gadams@Starr-Law.com

Leonidas Koutsouftikis
    on behalf of Creditor Washington Real Estate Investment Trust lkouts@magruderpc.com  mcook@magruderpc.com

Leslie A. Skiba

on behalf of Defendant Network Engineering Technologies  Inc. lskiba@kaplanfrank.com, nferenbach@kaplanfrank.com

Leslie C. Heilman

    on behalf of Creditor The Morris Companies Affiliates heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Creditor Cencor Realty heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Creditor Uniwest Commercial Realty heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Creditor Centro Properties Group heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Creditor Brixmor Operating Partnership LP heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Creditor Federal Realty Investment Trust heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Creditor The Hutensky Group heilmanl@ballardspahr.com  carbonej@ballardspahr.com

Leslie C. Heilman

    on behalf of Creditor UBS Realty Investors  LLC heilmanl@ballardspahr.com, carbonej@ballardspahr.com

Linda Dianne Regenhardt

    on behalf of Interested Party American Computer Development  Inc. regenhardtl@gmail.com

Linda Dianne Regenhardt

    on behalf of Defendant EVGA.com Corp. regenhardtl@gmail.com

Linda Dianne Regenhardt

    on behalf of Creditor D-Link Systems  Inc. regenhardtl@gmail.com

Linda Sharon Broyhill

    on behalf of Creditor Heritage Plaza  LLC lbroyhill@reedsmith.com, nkatzen@reedsmith.com

Linda Sharon Broyhill

    on behalf of Creditor La Frontera Village  L.P. lbroyhill@reedsmith.com, nkatzen@reedsmith.com

Lisa Hudson Kim

    on behalf of Creditor Vornado Caguas LP lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor CSI Construction Company lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor Mansfield SEQ 287 and Debbie  Ltd. lhkim@kaufcan.com,
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor Wayne VF LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor Lang Construction  Inc. lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor BevCon I  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor VNO Mundy Street  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor McAlister Square Partners  Ltd. lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor North Plainfield VF LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor East Brunswick VF LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor Vornado Finance  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor Encinitas PFA  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor Cardinal Court  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

    on behalf of Creditor Reverend Dwayne Funches lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com

District/off: 0422-7                                    User: ramirez-l                                    Page 52 of 93
Date Rcvd: May 27, 2021                          Form ID: redacttr                                    Total Noticed: 1

Lisa Hudson Kim

on behalf of Movant Vornado Realty Trust lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Ray Mucci's Inc. lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor BPP Conn LLC f/k/a WEC 95 Manchester Limited Partnership lhkim@kaufcan.com
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor VNO TRU Dale Mabry  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor BBP-Muncy LLC lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Chatham County  GA Tax Commissioner lhkim@kaufcan.com,
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor PrattCenter  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Amherst VF LLC lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor John Rohrer Contracting Company  Inc. lhkim@kaufcan.com,
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Chatham County Tax Commissioner lhkim@kaufcan.com
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Monument Consulting  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Interested Party Paul Schaapman lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Route 146 Millbury LLC lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor NPP Development LLC lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Hillson Electric Incorporated lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor T. J. Maxx of CA  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor The Stop & Shop Supermarket Company LLC lhkim@kaufcan.com
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Movant Cynthia Olloway  Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a
Deceased Minor lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Interstate Augusta Properties LLC lhkim@kaufcan.com
cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor DEV Limited Partnership lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor UTC I  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor Rebecca Hylton DeCamps lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor A.D.D. Holdings  L.P. lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor BPP-OH LLC lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

on behalf of Creditor BPP-SC LLC lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com

Lisa Hudson Kim

District/off: 0422-7                                    User: ramirez-l                                    Page 53 of 93
Date Rcvd: May 27, 2021                              Form ID: redacttr                                  Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Alexander's Rego Park Center  Inc. lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor BPP-NY LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor BPP-VA LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor Towson VF LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor E&A Northeast Limited Partnership lhkim@kaufcan.com cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Interested Party Kelly Breitenbecher lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor Baker Natick Promenade LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor BPP-Redding LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor Star Universal  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor Vornado Gun Hill Road  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor North Bergen Tonnelle Plaza  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor Marlton VF LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor Green Acres Mall  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor Valley Corners Shopping Center  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Movant Colonial Heights Holdings  LLC lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Interested Party Hilton Ellis Epps  Sr. lhkim@kaufcan.com, cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Interested Party Phyllis M Pearson lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Creditor BPP-WB LLC lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Lisa Hudson Kim | |
|  | on behalf of Interested Party Christopher Borglin lhkim@kaufcan.com  cmpompey@kaufcan.com;dbdefricke@kaufcan.com |
| Loc Pfeiffer | |
|  | on behalf of Defendant Mills & Nebraska  Inc. loc.pfeiffer@kutakrock.com, karen.thornton@kutakrock.com;lynda.wood@kutakrock.com |
| Loc Pfeiffer | |
|  | on behalf of Creditor Schottenstein Property Group  Inc. loc.pfeiffer@kutakrock.com, karen.thornton@kutakrock.com;lynda.wood@kutakrock.com |
| Louis E. Dolan, Jr. | |
|  | on behalf of Defendant California Self-Insurers Security Fund LDOLAN@nixonpeabody.com was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co |
| Louis E. Dolan, Jr. | |
|  | on behalf of Creditor Greystone Data Systems  Inc. LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co |
| Louis E. Dolan, Jr. | |
|  | on behalf of Plaintiff Greystone Data Systems  Inc. LDOLAN@nixonpeabody.com, was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;lcisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co |

District/off: 0422-7                                    User: ramirez-l                                    Page 54 of 93
Date Rcvd: May 27, 2021                              Form ID: redacttr                              Total Noticed: 1

Louis E. Dolan, Jr.
on behalf of Creditor TomTom Inc. LDOLAN@nixonpeabody.com,
was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;l
cisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co

Louis E. Dolan, Jr.
on behalf of Defendant Christine Baker LDOLAN@nixonpeabody.com
was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;l
cisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co

Louis E. Dolan, Jr.
on behalf of Defendant TomTom Inc. LDOLAN@nixonpeabody.com,
was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;l
cisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co

Louis E. Dolan, Jr.
on behalf of Creditor California Self-Insurers' Security Fund LDOLAN@nixonpeabody.com
was.managing.clerk@nixonpeabody.com;eenchill@nixonpeabody.com;cfong@nixonpeabody.com;LCurry@nixonpeabody.com;l
cisz@nixonpeabody.com;VMILIONE@nixonpeabody.com;lmanio@nixonpeabody.com;sf.managing.clerk@nixonpeabody.co

Lucy L. Thomson
lthomson2@csc.com

Luder F. Milton
on behalf of Defendant Plasti-Cart Inc. lmilton@eckertseamans.com

Lyndel Anne Vargas
on behalf of Defendant Cypress/Spanish Fort I LP LVargas@chfirm.com
chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com

Lynn L. Tavenner
on behalf of Counter-Defendant Alfred H. Siegel ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Creditor Committee Official Committee of Unsecured Creditors ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Professional Alfred H. Siegel ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Defendant The Washington Post Company ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Trustee Circuit City Stores Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Plaintiff Alfred H. Siegel Trustee of the Circuit City Stores, Inc. Liquidating Trust ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner
on behalf of Plaintiff Alfred H Siegel Trustee ltavenner@tb-lawfirm.com,
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner (CC-A)
on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner (CC-B)
on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Lynn L. Tavenner (CC-C)
on behalf of Plaintiff Alfred H. Siegel ltavenner@tb-lawfirm.com
egabaud@tb-lawfirm.com;pberan@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Madeleine C. Wanlsee
on behalf of Interested Party Madeleine C. Wanslee mwanslee@gustlaw.com

Malcolm M. Mitchell, Jr.
on behalf of Creditor AOL LLC mmmitchell@vorys.com  sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Malcolm M. Mitchell, Jr.
on behalf of Creditor Advertising.com Inc. mmmitchell@vorys.com
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

District/off: 0422-7                        User: ramirez-l                        Page 55 of 93
Date Rcvd: May 27, 2021                     Form ID: redacttr                      Total Noticed: 1

Malcolm M. Mitchell, Jr.
    on behalf of Defendant AOL Advertising Inc. mmmitchell@vorys.com
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Malcolm M. Mitchell, Jr.
    on behalf of Defendant AOL Advertising  Inc., fka Platform-A Inc. mmmitchell@vorys.com,
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Malcolm M. Mitchell, Jr.
    on behalf of Defendant Superstation  Inc. mmmitchell@vorys.com,
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Malcolm M. Mitchell, Jr.
    on behalf of Creditor Accent Energy California LLC mmmitchell@vorys.com
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Malcolm M. Mitchell, Jr.
    on behalf of Creditor Advance Real Estate Management  LLC mmmitchell@vorys.com,
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Malcolm M. Mitchell, Jr.
    on behalf of Creditor Polaris Circuit City  LLC mmmitchell@vorys.com,
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com

Margaret M. Anderson
    on behalf of Creditor Old Republic Insurance Company panderson@fhslc.com

Mark B. Conlan
    on behalf of Creditor CC Hamburg NY Partners  LLC mconlan@gibbonslaw.com

Mark B. Conlan
    on behalf of Creditor Chelmsford Realty Associates mconlan@gibbonslaw.com

Mark D. Sherrill
    on behalf of Interested Party CMAT 1999-C2 LAWENCE ROAD   LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor DMARC 2006 Poughkeepsie LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor GECMC 2005 C2 Hickory Hollow LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor CMAT 1999 C2 Ridgeland Retail LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Interested Party CMAT 1999-C1 GRAND RIVER AVENUE LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor CSFB 2005-C1 Shoppes of Plantation Acres  LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor CCMS 2005 CD1 Lycoming Mall Circle Limited Partnership marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor GECMC 2005 C2 South Lindbergh LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Unknown Sutherland Asbill & Brennan LLP marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor LNR Partners  Inc. marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor CMAT 1999 C2 Moller Road LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor Wells Fargo Bank  N.A., as successor trustee to Bank of America, N.A., as successor by merger to LaSalle
Bank, N.A., as trustee for the registered holders of Merrill Lynch Mortgage Trust 2004-KEY2, Co
marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Transferee CCMS 2005-CD1LYCOMING MALL CIRCLE LIMITED PARTNERSHIP
marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor CCMS 2005 CD1 Hale Road LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor C1 West Mason Street LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
    on behalf of Creditor GCCFC 2007-GG9 Abercorn Street Limited Partnership marksherrill@eversheds-sutherland.com

District/off: 0422-7                          User: ramirez-l                          Page 56 of 93
Date Rcvd: May 27, 2021                       Form ID: redacttr                        Total Noticed: 1

Mark D. Sherrill
                    on behalf of Interested Party CMAT 1999-C2 RIDGELAND RETAIL  LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor DMARC 2006 CD2 Davidson Place  LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor GECMC 2005 C2 Mall Road LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor CMAT 1999 C2 Lawrence Road LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor CMAT 1999 C2 Idle Hour Road LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Transferee CMAT 1999-C2 Bustleton Avenue Limited Partnership marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor CMAT 1999 C1 Kelly Road  LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor GECMC 2005 C2 Parent LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor CGCMT 2006 C5 Glenway Avenue LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor GECMC 2005-C2 Eastex Freeway  LLC, a Texas Limited Liability Company
                    marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor CMAT 1999 C2 Bustleton Avenue Limited Partnership marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage
                    Inc. Commercial Mortgage Pass-Through Certificates, Series 2006-C4 marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Interested Party CMAT 1999-CI KELLY ROAD  LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor CMAT 1999 C2 Emporium Drive LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Creditor GECMC 2005-C2 Ludwig Drive  LLC marksherrill@eversheds-sutherland.com

Mark D. Sherrill
                    on behalf of Interested Party CMAT 1999-C2 EMPORIUM DRIVE LLC marksherrill@eversheds-sutherland.com

Mark D. Taylor
                    on behalf of Defendant The Weather Channel  LLC f/k/a The Weather Channel Interactive, Inc. mtaylor@vlplawgroup.com

Mark D. Taylor
                    on behalf of Creditor Triangle Equities Junction LLC mtaylor@vlplawgroup.com

Mark D. Taylor
                    on behalf of Creditor Lenovo USA mtaylor@vlplawgroup.com

Mark E. Browning
                    on behalf of Defendant Susan Combs  as Comptroller of Public Accounts of the State of Texas, and Greg Abbott, as Attorney
                    General of the State of Texas bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Mark E. Browning
                    on behalf of Creditor Texas Comptroller of Public Accounts bk-mbrowning@oag.state.tx.us  sherri.simpson@oag.state.tx.us

Mark E. Browning
                    on behalf of Creditor Texas Comptroller of Public Accounts and Texas Workforce Commission bk-mbrowning@oag.state.tx.us
                    sherri.simpson@oag.state.tx.us

Mark J. Friedman
                    on behalf of Defendant InnerWorkings  Inc. mark.friedman@dlapiper.com

Mark J. Friedman
                    on behalf of Creditor InnerWorkings  Inc. mark.friedman@dlapiper.com

Mark J. Friedman
                    on behalf of Defendant Creative Labs  Inc. mark.friedman@dlapiper.com

District/off: 0422-7                                       User: ramirez-l                                  Page 57 of 93
Date Rcvd: May 27, 2021                                  Form ID: redacttr                              Total Noticed: 1

Mark J. Friedman
    on behalf of Attorney Mark J. Friedman mark.friedman@dlapiper.com

Mark J. Friedman
    on behalf of Creditor Morgan Hill Retail Venture  LP mark.friedman@dlapiper.com

Mark J. Friedman
    on behalf of Creditor West Marine Products  Inc. mark.friedman@dlapiper.com

Mark K. Ames
    on behalf of Creditor Commonwealth of Virginia  Department of Taxation mark@taxva.com, amanda@taxva.com

Mark K. Ames
    on behalf of Creditor Louisiana Department of Revenue mark@taxva.com  amanda@taxva.com

Mark X. Mullin
    on behalf of Creditor Phoenix Property Company mark.mullin@haynesboone.com  dian.gwinnup@haynesboone.com

Mark X. Mullin
    on behalf of Creditor BB Fonds International 1 USA  L.P. mark.mullin@haynesboone.com, dian.gwinnup@haynesboone.com

Martha E. Hulley
    on behalf of Creditor Developers Realty  Inc. martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor Fayetteville Developers  LLC martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor Westfield  LLC martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor The Balogh Companies martha.hulley@leclairryan.com
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor Brandywine Grande C  L.P. martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor Benenson Capital Company martha.hulley@leclairryan.com
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor CK Richmond Business Services #2  LLC martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor CC Kingsport 98  LLC martha.hulley@leclairryan.com,
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martha E. Hulley
    on behalf of Creditor Cardinal Capital Partners martha.hulley@leclairryan.com
erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com

Martin A. Brown
    on behalf of Creditor Express Services  Inc. martin.brown@lawokc.com

Martin A. Brown
    on behalf of Creditor Creditor Express Personnel Services  Inc martin.brown@lawokc.com

Martin J.A. Yeager
    on behalf of Creditor Loren Stocker myeager@landcarroll.com

Mary E. Olden
    on behalf of Creditor Colorado Structures  Inc. dba CSI Construction Co. molden@mhalaw.com, akauba@mhalaw.com

Mary Louise Fullington
    on behalf of Creditor Scripps Networks Interactive  Inc. lexbankruptcy@wyattfirm.com

Matthew Righetti
    on behalf of Creditor Jonathan Card matt@righettilaw.com  kelly@righettilaw.com

Matthew Righetti
    on behalf of Creditor Jack Hernandez matt@righettilaw.com  kelly@righettilaw.com

Matthew Righetti
    on behalf of Creditor Joseph Skaf matt@righettilaw.com  kelly@righettilaw.com

Matthew Righetti
    on behalf of Creditor Jonthan Card matt@righettilaw.com  kelly@righettilaw.com

District/off: 0422-7 | User: ramirez-l | Page 58 of 93
Date Rcvd: May 27, 2021 | Form ID: redacttr | Total Noticed: 1

Matthew Righetti
on behalf of Creditor Vadim Rylov matt@righettilaw.com  kelly@righettilaw.com

Matthew A. Gold
on behalf of Creditor Argo Partners courts@argopartners.net

Matthew E. Hoffman
on behalf of Creditor Principal Life Insurance Company mehoffman@duanemorris.com lltaylor@duanemorris.com;lstopol@levystopol.com

Matthew E. Hoffman
on behalf of Creditor Audiovox Corporation mehoffman@duanemorris.com  lltaylor@duanemorris.com;lstopol@levystopol.com

Matthew J. Ellis
on behalf of Creditor Montgomery County Trustee mellis@batsonnolan.com

Matthew V. Spero
on behalf of Creditor CC-Investors 1995-6 matthew.spero@rivkin.com

Melissa S. Hayward
on behalf of Creditor Parago  Inc. mhayward@lockelord.com

Melissa S. Hayward
on behalf of Creditor Home Depot USA  Inc. mhayward@lockelord.com

Meredith Linn Yoder
on behalf of Creditor Edwin Watts Golf Shops  LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com

Meredith Linn Yoder
on behalf of Creditor MDS Realty II  LLC myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com;abrown@parkerpollard.com

Michael Reed
on behalf of Creditor City of Midland et al othercourts@mvbalaw.com

Michael Reed
on behalf of Creditor City of Waco et al othercourts@mvbalaw.com

Michael Reed
on behalf of Creditor Tax Appraisal District of Bell County et al othercourts@mvbalaw.com

Michael Reed
on behalf of Creditor Williamson County et al othercourts@mvbalaw.com

Michael A. Condyles
on behalf of Creditor Cole CC Taunton MA  LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor Shopping.com  Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor Chase Bank USA  National Association michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor Magna Trust Company  Trustee michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor GE Fleet michael.condyles@kutakrock.com  lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Interested Party Epson America  Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor Cole CC Kennesaw GA  LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor Schottenstein Property Group  Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor Cole CC Mesquite TX  LLC michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles
on behalf of Creditor CBL & Associates Management  Inc. michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor The Shoppes of Beavercreek Ltd. michael.condyles@kutakrock.com
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor Cole CC Aurora CO  LLC michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor Circuit Sports  L.P. michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor Jubilee-Springdale  LLC michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Defendant Epson America  Inc. michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor Sony Electronics  Inc. michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor JP Morgan Chase & Co. michael.condyles@kutakrock.com
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor Bank One Delaware  National Association n/k/a Chase Bank, USA michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor The Landing at Arbor Place II  LLC michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor KSK Scottsdale Mall LP michael.condyles@kutakrock.com
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor Cole Capital Partners  LLC michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Condyles

on behalf of Creditor Hickory Ridge Pavilion LLC michael.condyles@kutakrock.com
lynda.wood@kutakrock.com;jeremy.williams@kutakrock.com

Michael A. Stover

on behalf of Defendant Safeco Insurance Company of America mstover@wcslaw.com  whopkins@wcslaw.com

Michael Callahan Crowley

on behalf of Defendant White-Spunner Construction Inc. mcrowley@asm-law.com

Michael Callahan Crowley

on behalf of Creditor White-Spunner Construction  Inc. mcrowley@asm-law.com

Michael D. Mueller

on behalf of Defendant Mad Catz  Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Tamarack Village Shopping Center Limited Partnership mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor CHK  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Whitestone Development Partners  L.P. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant Archbrook Laguna  LLC, dba I. Lehrhoff & Company, Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant U.S. Luggage  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Inland Continental Property Management Corp. mmueller@williamsmullen.com

District/off: 0422-7                              User: ramirez-l                                    Page 60 of 93
Date Rcvd: May 27, 2021                        Form ID: redacttr                                  Total Noticed: 1

avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor CC-Investors 1995-6 mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Rancon Realty Fund IV mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant Saitek Industries Ltd. mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Catellus Operating Limited Partnership mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Inland Commercial Property Management  Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Plaintiff CC-Investors 1995-6 mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Warner Home Video mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor James H. Wimmer  Jr., personally mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Sennheiser Electronic Corp. mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Robyn N. Davis mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Lawrence W. Fay mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant Mad Catz  Inc. dba Saitek Industries Ltd. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant North American Roofing Services  Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Team Retail Westbank  Ltd. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Jeffrey R. Leopold mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Inland Southwest Management LLC mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Giant Eagle  Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Defendant ArchBrook Laguna  LLC f/k/a BDI-Laguna, Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Gateway Center Properties III  LLC and SMR Gateway III, LLC as tenants in common
mmueller@williamsmullen.com, avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

on behalf of Creditor Inland US Management LLC mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller

District/off: 0422-7                                          User: ramirez-l                                          Page 61 of 93
Date Rcvd: May 27, 2021                                       Form ID: redacttr                                       Total Noticed: 1

Michael D. Mueller
    on behalf of Creditor Concar Enterprises  Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor SEA Properties I  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Inland American Retail Management LLC mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Cermak Plaza Associates  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Bruce H. Besanko mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Inland Pacific Property Services LLC mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Kimco Realty Corporation mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Union Square Retail Trust mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Defendant Honeywell International Inc. dba ADI mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor La Habra Imperial  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor P/A Acadia Pelham Manor  LLC mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Defendant Warner Home Video  a division of Warner Bros. Home Entertainment, Inc.
mmueller@williamsmullen.com, avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Defendant Texas Instruments Incorporated mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Savitri Cohen mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Teachers Insurance and Annuity Association of America mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Market Heights  Ltd mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Defendant U.S. Luggage Co. mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor RD Bloomfield Associates Limited Partnership mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Ergotron  Inc. f/k/a OmniMount Systems, Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Acadia Realty Limited Partnership mmueller@williamsmullen.com
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Bagby & Russell Electric Company  Inc. mmueller@williamsmullen.com,
avaughn@williamsmullen.com;beastham@williamsmullen.com;sbeaulieu@williamsmullen.com

Michael E. Hastings
                    on behalf of Creditor Eastern Security Corp. mhastings@wtplaw.com  jmartin@woodsrogers.com

Michael F. Ruggio
                    on behalf of Creditor MD-GSI Associates mruggio@ralaw.com

Michael J. Sage
                    on behalf of Creditor Pan Am Equities msage@omm.com  kzeldman@omm.com

Michael John O'Grady
                    on behalf of Creditor Convergys Customer Management Group Inc. mjogrady@fbtlaw.com

Michael Keith McCrory
                    on behalf of Creditor Klipsch  LLC mmcrory@btlaw.com

Michael L. Wilhelm
                    on behalf of Creditor Ruby Hallaian ECF@w2lg.com

Michael L. Wilhelm
                    on behalf of Creditor Lilly Hallaian ECF@w2lg.com

Michael L. Wilhelm
                    on behalf of Creditor Harry Hallaian ECF@w2lg.com

Michael L. Wilhelm
                    on behalf of Creditor Leon Hallaian ECF@w2lg.com

Michael P. Falzone
                    on behalf of Creditor Huntington Mall Company mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Defendant WD Partners  Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Woodlawn Trustees Incorporated mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor The Cafaro Northwest Partnership  dba South Hill Mall mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Defendant Patriot Enterprises of NY  LLC mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Martinair  Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Basile Limited Liability Company mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Defendant Standard Electric Supply Co.  Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor RTS Marketing  Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Fuel Creative  Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Defendant DG FastChannel  Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Howland Commons Partnership  an Ohio gen partnership dba Howland Commons mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Defendant Streater Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor 502-12 86th Street LLC mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Vertis  Inc. mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Kentucky Oaks Mall Company mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Altamonte Springs Real Estate Associates  LLC mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor M and M Berman Enterprises mfalzone@hf-law.com

Michael P. Falzone
                    on behalf of Creditor Cameron Group Associates LLP mfalzone@hf-law.com

District/off: 0422-7                                  User: ramirez-l                                      Page 63 of 93
Date Rcvd: May 27, 2021                             Form ID: redacttr                                   Total Noticed: 1

Michael P. Falzone
    on behalf of Creditor Gallatin Management Associates  LLC mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Creditor Cottonwood Corners-Phase V  LLC mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Creditor Dickson Management Associates  LLC mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Creditor Spring Hill Development Partners  GP mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Creditor Remount Road Associates Limited Partnership mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Defendant BellO International Corp. mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Defendant Amore Construction Company mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Creditor Modelogic  Inc. mfalzone@hf-law.com

Michael P. Falzone
    on behalf of Interested Party Systemax  Inc. mfalzone@hf-law.com

Michael S. Kogan
    on behalf of Creditor Ditan Distribution LLC mkogan@koganlawfirm.com  mkogan@koganlawfirm.com

Min Park
    on behalf of Creditor Inland Southwest Management LLC  Inland American Retail Management LLC, Inland US Management
    LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., and Inland Commerc
    mpark@cblh.com

Mindy A. Mora
    on behalf of Creditor Wells Fargo Bank  N.A. mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;cvarela@bilzin.com

Mindy D. Cohn
    on behalf of Creditor Visiontek Products  LLC mcohn@winston.com

Mitchell B. Weitzman
    on behalf of Creditor Madison Waldorf  LLC mweitzman@jackscamp.com,
    swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com

Mitchell B. Weitzman
    on behalf of Creditor The Ziegler Companies mweitzman@jackscamp.com
    swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com

Mitchell B. Weitzman
    on behalf of Creditor Simon Property Group  Inc. mweitzman@jackscamp.com,
    swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com

Mitchell B. Weitzman
    on behalf of Creditor Tysons 3  LLC mweitzman@jackscamp.com,
    swatson@jackscamp.com;iluaces@jackscamp.com;lloucks@jackscamp.com

Nancy F. Loftus
    on behalf of Creditor Fairfax County  VA Nancy.Loftus@fairfaxcounty.gov

Nathan Jones
    on behalf of Transferee US Debt Recovery LLC heather@usdrllc.com

Nathan Jones
    on behalf of Creditor US Debt Recovery XII  LP heather@usdrllc.com

Nathan Jones
    on behalf of Creditor US Debt Recovery X  LP heather@usdrllc.com

Nathan Jones
    on behalf of Creditor US Debt Recovery  XI, LP heather@usdrllc.com

Nathan Jones
    on behalf of Creditor Us Debt Recovery VIII  L.P. heather@usdrllc.com

Nathan Jones
    on behalf of Creditor United States Debt Recovery  LLC heather@usdrllc.com

Nathan Jones
    on behalf of Creditor US Debt Recovery XI  LP heather@usdrllc.com

Nathan Jones
    on behalf of Creditor US Debt Recovery VIII  L.P. heather@usdrllc.com

Nathan Jones

on behalf of Creditor Us debt recovery  XII, LP heather@usdrllc.com

Nathan Jones

on behalf of Creditor US Debt Recovery V  LP heather@usdrllc.com

Nathan Jones

on behalf of Creditor US Debt Recovery IV  LLC heather@usdrllc.com

Nathan Jones

on behalf of Creditor US Debt Recovery III  LP heather@usdrllc.com

Nathan Jones

on behalf of Creditor US Debt Recovery X  LLC heather@usdrllc.com

Neil E. McCullagh

on behalf of Creditor PNY Technologies  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant United States Debt Recovery IV LLC nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Raymond & Main Retail  LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Shelby Properties TX  LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Interested Party Marblegate Asset Management nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Chino South Retail PG  LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Newspaper Agency Company LLC d/b/a MediaOne of Utah nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor United States Debt Recovery  LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Hobgood & Rutherford LLC  f/k/a Johnson, Hobgood & Rutherford LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Dentici Family Limited Partnership nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Pintar Investment Properties TX  LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Cleveland Construction  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor c/o William A. Wood Panattoni Construction  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Dawn W. VonBechmann nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch

District/off: 0422-7 | User: ramirez-l | Page 65 of 93
Date Rcvd: May 27, 2021 | Form ID: redacttr | Total Noticed: 1

urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant United States Debt Recovery III L.P. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Casio Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Casio Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Peter Weedfald nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant iGoDitigal LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Mitek Corporation (MTX) nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Corporate Facilities Group Inc. d/b/a Facilities Engineering nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant United States Debt Recovery III LP nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Panattoni Development Company Inc. as Agent for VVI Texas Holdings, LLC, TI PI Texas, LLC, Dudley
Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC, Cha
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Northglenn Retail LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Dudley Mitchell Properties TX LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Bagby Electric of Virginia Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Panattoni Construction Inc. nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Parkway Enterprises LLC d/b/a Parkway Enterprises LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor TI PI Texas LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Panattoni Development Company Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE
Northglenn Retail, LLC nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch

urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant Techcraft Manufacturing  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor US Debt Recovery V  LP nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Newspaper Agency Co  Inc. d/b/a MediaOne of Utah nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Defendant United States Debt Recovery LLC nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Cormark  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Cleveland Construction  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Richard T. Miller nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Attorney Spotts Fain PC nmccullagh@spottsfain.com
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Scripps Networks Interactive  Inc. nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Neil E. McCullagh

on behalf of Creditor Panattoni Development Company  Inc. as Agent for EPC Denton Gateway, LLC
nmccullagh@spottsfain.com,
eanderson@spottsfain.com;rchappell@spottsfain.com;jwest@spottsfain.com;tmoore@spottsfain.com;kmoses@spottsfain.com;ch
urley@spottsfain.com

Nicholas W. Whittenburg

on behalf of Creditor Cleveland Towne Center  LLC nwhittenburg@millermartin.com, mcsmith@millermartin.com

Oscar Baldwin Fears, III

on behalf of Creditor Georgia Department of Revenue bfears@law.ga.gov  jjacobs@law.ga.gov

P. Matthew Roberts

on behalf of Creditor Hillsborough County  FL pmr@kanejeffries.com

P. Matthew Roberts

on behalf of Creditor CDB Falcon Sunland Plaza  LP pmr@kanejeffries.com

Patrick M. Birney

on behalf of Creditor Schimenti Construction Company LLC pbirney@rc.com  ctrivigno@rc.com

Paul J. Pascuzzi

on behalf of Interested Party Miami Herald ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul J. Pascuzzi

on behalf of Creditor Biloxi Sun Herald ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul J. Pascuzzi

on behalf of Interested Party Merced Sun Star ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul J. Pascuzzi

on behalf of Interested Party Olympian ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul J. Pascuzzi

on behalf of Interested Party Fresno Bee ppascuzzi@ffwplaw.com  docket@ffwplaw.com

District/off: 0422-7                                  User: ramirez-l                                  Page 67 of 93
Date Rcvd: May 27, 2021                              Form ID: redacttr                                 Total Noticed: 1

Paul J. Pascuzzi
on behalf of Creditor Wichita Eagle ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Macon Telegraph ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor McClatchy Company ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor The McClatchy Company ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Fort Worth Star-Telegram ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Interested Party Sacramento Bee ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Island Packet ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Charlotte Observer ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Interested Party Centre Daily Times (State College) ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Belleville News-Democrat ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Idaho Statesman ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Olympian ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Interested Party Modesto Bee ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Interested Party Bradenton Herald ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Interested Party Lexington Herald-Leader ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Columbus Ledger-Enquier ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Tri-City Herald ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Bellingham Herald ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Myrtle Beach Sun News ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Raleigh News & Observer ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Kansas City Star ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Interested Party San Luis Obispo Tribune ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Columbia State ppascuzzi@ffwplaw.com docket@ffwplaw.com

Paul J. Pascuzzi
on behalf of Creditor Tacoma News  Inc. ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Paul K. Campsen
on behalf of Defendant Griffin Marketing & Promotions  Inc. pkcampsen@kaufcan.com

Paul K. Campsen
on behalf of Creditor Lea Company  a Virginia general partnership, the Assignee from Newport News Shopping Center, LLC
pkcampsen@kaufcan.com

Paul K. Campsen
on behalf of Creditor Tritronics  Inc. pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor Ramco West Oaks I  LLC pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor Newport News Shopping Center  L.L.C. pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor Google Inc. pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor Site A  LLC pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor TKG Coffee Tree  L.P. pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor CC Grand Junction Investors 1998  LLC pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor Crossways Financial Associates  LLC pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor CC Springs  L.L.C. pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor MHW Warner Robins  LLC pkcampsen@kaufcan.com

Paul K. Campsen

on behalf of Creditor Vance Baldwin  Inc. pkcampsen@kaufcan.com

Paul M. Black

on behalf of Creditor Sony Pictures Home Entertainment Inc. pblack@spilmanlaw.com
vskevington@spilmanlaw.com;scormany@spilmanlaw.com

Paul McCourt Curley

on behalf of Creditor Jon C. Geith paul.curley@sixeastlaw.com

Paul McCourt Curley

on behalf of Creditor Carrollton Arms  LLC paul.curley@sixeastlaw.com

Paul McCourt Curley

on behalf of Creditor Laurie Lambert-Gaffney paul.curley@sixeastlaw.com

Paul Michael Schrader

on behalf of Creditor Contra Costa Times  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Creditor San Jose Mercury-News  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Creditor Bay Area News Group East Bay  LLC pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Defendant Bay Area News Group East Bay  LLC pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Defendant San Jose Mercury-News  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Defendant Export Development Canada pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Creditor MediaNews Group  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Defendant MediaNews Group  Inc. and San Jose Mercury-News, Inc., jointly and/or individually dba San Jose
Mercury News; San Jose Mercury News, Inc.; San Jose Mercury-News; The San Jose Mercury New pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Defendant Caribbean Display & Construction  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Defendant TIN Inc. d/b/a Temple-Inland Inc. pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Creditor ANG Newspapers pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Creditor Contra Costs Times pschrader@fullertonlaw.com

Paul Michael Schrader

on behalf of Defendant Alameda Newspapers  Inc., Bay Area News Group East Bay, LLC, and MediaNews Group, Inc.,
individually and/or jointly dba Alameda Newspaper Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers
pschrader@fullertonlaw.com

District/off: 0422-7                          User: ramirez-l                          Page 69 of 93
Date Rcvd: May 27, 2021                       Form ID: redacttr                        Total Noticed: 1

Paul Michael Schrader
    on behalf of Defendant MediaNews Group Inc. pschrader@fullertonlaw.com

Paul Michael Schrader
    on behalf of Defendant Artitali Group  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader
    on behalf of Creditor Alameda Newspaper Group  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader
    on behalf of Defendant MediaNews Group  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader
    on behalf of Creditor BayAreaNewsGroup pschrader@fullertonlaw.com

Paul Michael Schrader
    on behalf of Creditor BayAreaNews Group pschrader@fullertonlaw.com

Paul Michael Schrader
    on behalf of Defendant Alameda Newspapers  Inc. pschrader@fullertonlaw.com

Paul Michael Schrader
    on behalf of Creditor Alameda Newspapers  Inc. pschrader@fullertonlaw.com

Paul S. Bliley, Jr.
    on behalf of Creditor CC Wichita Falls 98  L.L.C.; CC Ridgeland 98, L.L.C.; CC Philadelphia 98, L.L.C.; CC Frederick 98,
    L.L.C.;and CC Countryside 98, L.L.C. pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Okaloosa County Florida pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Hayward 880 LLC pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Bay County Florida tax collector pbliley@williamsmullen.com
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Hillsborough County  FL pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor CarMax  Inc. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Palm Beach County Tax Collector pbliley@williamsmullen.com
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor CC Countryside 98  LLC pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Osceola County Florida Tax Collector pbliley@williamsmullen.com
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Dollar Tree Stores  Inc. pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Westlake Limited Partnership pbliley@williamsmullen.com
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Orange County Florida Tax Collector pbliley@williamsmullen.com
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Osceola County  Florida pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Manatee County Florida Tax Collector pbliley@williamsmullen.com
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
    on behalf of Creditor Highlands County  Florida pbliley@williamsmullen.com,
    rcohen@williamsmullen.com;hpollard@williamsmullen.com

District/off: 0422-7 | User: ramirez-l | Page 70 of 93
Date Rcvd: May 27, 2021 | Form ID: redacttr | Total Noticed: 1

Paul S. Bliley, Jr.
on behalf of Creditor Miami-Dade County Tax Collector pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Pinnellas County  Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Interested Party Carmax Business Services  LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Hernendo County  Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Defendant Stephen Gould Corporation pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Seminole County Florida Tax Collector pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Save Mart Supermarkets pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Stillwater Designs and Audio  Inc. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Torrington Tripletts  LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor CC-Investors 1997-4 pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Brevard County Florida Tax Collector pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Crown CCI  LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor 1890 Ranch  Ltd. pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Burbank Mall Associates  LLC pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Tax Collector  Polk County, Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Polk County Florida Tax Collector pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Lee County Tax Collector pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Marion County  Florida pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Willaims Mullen Clark and Dobbins pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paul S. Bliley, Jr.
on behalf of Creditor Indian River County Florida Tax Collector pbliley@williamsmullen.com rcohen@williamsmullen.com;hpollard@williamsmullen.com

Paula A. Hall
on behalf of Defendant Stanecki Inc. d/b/a Don Lors Electronics hall@bwst-law.com  marbury@bwst-law.com

Paula S. Beran
                  on behalf of Creditor Committee Official Committee of Unsecured Creditors pberan@tb-lawfirm.com
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                  on behalf of Trustee Alfred H. Siegel pberan@tb-lawfirm.com
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                  on behalf of Plaintiff Alfred H. Siegel  Trustee of the Circuit City Stores, Inc. Liquidating Trust pberan@tb-lawfirm.com,
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                  on behalf of Professional Alfred H. Siegel pberan@tb-lawfirm.com
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran
                  on behalf of Trustee Circuit City Stores  Inc. Liquidating Trust pberan@tb-lawfirm.com,
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran (CC-A)
                  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran (CC-B)
                  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Paula S. Beran (CC-C)
                  on behalf of Plaintiff Alfred H. Siegel pberan@tb-lawfirm.com
                  ltavenner@tb-lawfirm.com;egabaud@tb-lawfirm.com;dtabakin@tb-lawfirm.com

Peter A. Greenburg
                  on behalf of Defendant Premier Resources International LLC pgreenburg@aol.com

Peter A. Greenburg
                  on behalf of Creditor Premier Resources  LLC pgreenburg@aol.com

Peter C.L. Roth
                  on behalf of Creditor State of New Hampshire Department of Revenue Administration peter.roth@DRA.nh.gov

Peter D. Bilowz
                  on behalf of Creditor Jantzen Dynamic Corporation pbilowz@goulstonstorrs.com  drosner@goulstonstorrs.com

Peter E. Strniste, Jr.
                  on behalf of Creditor Schimenti Construction Company LLC pstrniste@rc.com  kcooper@rc.com

Peter G. Zemanian
                  on behalf of Defendant American Broadcasting Companies  Inc. d/b/a WABC TV pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant WPVI Television  LLC pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Creditor Disney Interactive Distribution  et al. pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant Buena Vista Home Entertainment  Inc. pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant ABC Holding Company  Inc., d/b/a KABC TV pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant JP Morgan Chase Bank  N.A. pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant KTRK Television  Inc. pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant Skullcandy  Inc. pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant Staples Contract & Commercial  Inc. pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Defendant WLS Television  Inc. pete@zemanianlaw.com

Peter G. Zemanian
                  on behalf of Creditor TiVo Inc. pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant KGO Television  Inc. a/k/a KGO-TV, and ABC, Inc. pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Argo Partners pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Cobra Electronics Corporation pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Disney Interactive Distribution pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant ESPN  Inc., d/b/a ESPN2 pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Disney Interactive Studios  Inc. pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Corporate Express Office Products  Inc. pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant The Washington Post Company pete@zemanianlaw.com

Peter G. Zemanian
                    on behalf of Defendant Bose Corporation pete@zemanianlaw.com

Peter J. Barrett
                    on behalf of Creditor Mayfair MDCC peter.barrett@kutakrock.com
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Defendant Gelco Corporation  d/b/a GE Fleet Services peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Creditor Mayfair ORCC peter.barrett@kutakrock.com
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Creditor Sony Electronics  Inc. peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Creditor Cole CC Groveland FL  LLC peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Defendant Sony Electronics Inc.  A/K/A Sony peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Creditor Gelco Corporation d/b/a GE Fleet Services peter.barrett@kutakrock.com
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Creditor Sharpe Partners  LLC peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Defendant Sony Electronics Inc. peter.barrett@kutakrock.com,
                    charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Barrett
                    on behalf of Defendant SONY ELECTRONICS  INC., A/K/A SONY AND CREDIT SUISSE LOAN FUNDING, LLC
                    peter.barrett@kutakrock.com, charisse.matthews@kutakrock.com;lynda.wood@kutakrock.com

Peter J. Carney
                    on behalf of Creditor c/o William S. Coats Pinnacle Systems  Inc. pcarney@whitecase.com, hletourneau@whitecase.com

Peter M. Pearl
                    on behalf of Movant Colonial Heights Holdings  LLC ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl
                    on behalf of Defendant Koch Entertainment Distribution LLC ppearl@sandsanderson.com  scormany@spilmanlaw.com

Peter M. Pearl
                    on behalf of Creditor PrattCenter  LLC ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Peter M. Pearl
                    on behalf of Defendant Koch International L.P. ppearl@sandsanderson.com  scormany@spilmanlaw.com

Peter M. Pearl

District/off: 0422-7                     User: ramirez-l                          Page 73 of 93
Date Rcvd: May 27, 2021                  Form ID: redacttr                        Total Noticed: 1

on behalf of Creditor Sony Pictures Home Entertainment Inc. ppearl@spilmanlaw.com  scormany@spilmanlaw.com

Peter M. Pearl
on behalf of Creditor Valley Corners Shopping Center  LLC ppearl@spilmanlaw.com, scormany@spilmanlaw.com

Philip C. Baxa
on behalf of Creditor Mitsubishi Digital Electronics America  Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Defendant The Insurance Company of the State of Pennsylvania pbaxa@sandsanderson.com
rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Creditor Roy Eisner pbaxa@sandsanderson.com  rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Creditor JWC Loftus LLC pbaxa@sandsanderson.com  rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Creditor Renukaben S. Naik pbaxa@sandsanderson.com  rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Counter-Claimant Mitsubishi Electronics America  Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Creditor Dicker-Warmington Properties pbaxa@sandsanderson.com  rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Creditor Joanne Eisner pbaxa@sandsanderson.com  rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Defendant Mitsubishi Electronics America  Inc. pbaxa@sandsanderson.com, rarrington@sandsanderson.com

Philip C. Baxa
on behalf of Creditor Onkyo USA Corporation pbaxa@sandsanderson.com  rarrington@sandsanderson.com

Philip James Meitl
on behalf of Defendant Gorilla Nation Media  LLC pj.meitl@bryancave.com, john.leininger@bryancave.com

Philip James Meitl
on behalf of Creditor Capmark Finance  Inc. pj.meitl@bryancave.com, john.leininger@bryancave.com

Philip James Meitl
on behalf of Defendant DBL Distributing  LLC pj.meitl@bryancave.com, john.leininger@bryancave.com

R. Chase Palmer
on behalf of Creditor Dennis Morgan cpalmerplf@gmail.com

Rafael X. Zahralddin-Aravena
on behalf of Creditor Symantec Corp rxza@elliottgreenleaf.com

Rand L. Gelber
on behalf of Creditor Maricopa County Treasurer RGelberMD@aol.com

Raymond Pring, Jr.
on behalf of Creditor Laura L Scannell rpring@pringlaw.com  raypri24@hotmail.com

Raymond William Battaglia
on behalf of Creditor Miner Corporation rbattaglia@obht.com

Rebecca L. Saitta
on behalf of Creditor Bond C.C. I Delaware Business Trust rsaitta@wileyrein.com  rours@wileyrein.com;khertz@wileyrein.com

Reid Steven Whitten
on behalf of Creditor LaSalle Bank National Association  as trustee for C1 Trust, acting by and through Midland Loan Services,
Inc rwhitten@sheppardmullin.com

Rhett E. Petcher
on behalf of Interested Party 36 Monmouth Plaza LLC rpetcher@seyfarth.com

Rhett E. Petcher
on behalf of Creditor Engineered Structures  Inc. rpetcher@seyfarth.com

Richard C. Maxwell
on behalf of Interested Party Park National Bank rmaxwell@woodsrogers.com  jmartin@woodsrogers.com

Richard C. Maxwell
on behalf of Interested Party Wells Fargo Bank Northwest  National Association rmaxwell@woodsrogers.com,
jmartin@woodsrogers.com

Richard E. Girgado
on behalf of Creditor Los Angeles County Treasurer & Tax Collector rgirgado@counsel.lacounty.gov

Richard E. Hagerty

    on behalf of Defendant SAP Industries  Inc. fka SAP Retail Inc. richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Richard S. Birnbaum richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Southroads  L.L.C. richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Carlyle-Cypress Tuscaloosa  LLC richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Michael T. Chalifoux richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Northcliff Residual Parcel 4 LLC richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor SAP Retail Inc. and Business Objects richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Craig-Clarksville Tennessee LLC richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor James H. Wimmer  Jr. richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Plantation Point Development  LLC richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Wal-Mart Stores  Inc. richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Richard L. Sharp richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Certain Benefit Restoration Plan Claimants richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Attorney Troutman Sanders LLP richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Triangle Equities Junction LLC richard.hagerty@troutmansanders.com
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Hagerty

    on behalf of Creditor Cosmo-Eastgate  ltd richard.hagerty@troutmansanders.com,
    sharron.fay@troutmansanders.com;natalya.diamond@troutman.com

Richard E. Lear

    on behalf of Creditor Plaza Las Americas  Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Richard E. Lear

    on behalf of Creditor CapTech Ventures  Inc. richard.lear@hklaw.com, kimi.odonnell@hklaw.com

Richard F. Stein

    on behalf of Creditor Internal Revenue Service richard.f.stein@irscounsel.treas.gov  USAVAE.RIC.ECF.BANK@usdoj.gov

Richard Iain Hutson

    on behalf of Creditor Sharp Electronics Corporation rhutson@fftlaw.com  lramsey@fftlaw.com

Richard M. Maseles

    on behalf of Creditor Missouri Department of Revenue edvaecf@dor.mo.gov

Richard S. Yarow

    on behalf of Defendant Edmond Henry fdba E. J. Henry richard_yarow@yahoo.com

Richard Thomas Pledger

District/off: 0422-7                              User: ramirez-l                                      Page 75 of 93
Date Rcvd: May 27, 2021                         Form ID: redacttr                                     Total Noticed: 1

on behalf of Defendant Safeco Insurance Company of America rpledger@wcslaw.com  bfizer@wcslaw.com

Richard Thomas Pledger

on behalf of Counter-Claimant Safeco Insurance Company of America rpledger@wcslaw.com  bfizer@wcslaw.com

Richard Thomas Pledger

on behalf of 3rd Party Plaintiff Safeco Insurance Company of America rpledger@wcslaw.com  bfizer@wcslaw.com

Robert Asperger

on behalf of 3rd Pty Defendant STATE OF CALIFORNIA bob.asperger@doj.ca.gov
nickell.mosely@doj.ca.gov;ecfcoordinator@doj.ca.gov

Robert A. Canfield

on behalf of Creditor Cornella Diane Beverly bcanfield@canfieldbaer.com
jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert A. Canfield

on behalf of Defendant B&L Floorcovering  Inc. bcanfield@canfieldbaer.com,
jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert A. Canfield

on behalf of Creditor Laurie Lambert-Gaffney bcanfield@canfieldbaer.com
jcooper@canfieldbaer.com;galen@cwkllp.com;hwells@canfieldbaer.com;betsy@canfieldbaer.com

Robert B. Hill

on behalf of Creditor Columbia Plaza Joint Venture bankruptcy@hillrainey.com
kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

Robert B. Hill

on behalf of Creditor Columbia Plaza Shopping Ceter Venture bankruptcy@hillrainey.com
kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

Robert B. Hill

on behalf of Creditor Decarla Taylor-Conyers bankruptcy@hillrainey.com
kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

Robert C. Edmundson

on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue redmundson@attorneygeneral.gov

Robert D. Albergotti

on behalf of Creditor Universal Display and Fixtures Company robert.albergotti@haynesboone.com
kim.morzak@haynesboone.com;john.middleton@haynesboone.com

Robert D. Clark

on behalf of Creditor Douglas County  CO rclark@douglas.co.us

Robert D. Clark

on behalf of Creditor Treasurer of Douglas County  Colorado rclark@douglas.co.us

Robert D. Tepper

on behalf of Creditor CP Management Corp. as agent for Orland Towne Center  L.L.C. rtepper@sabt.com

Robert E. Scully, Jr.

on behalf of Creditor T.D. Farrell Construction  Inc. rscully@stites.com, docketclerkalex@stites.com

Robert Field Moorman

on behalf of Defendant Forsythe Solutions Group  Inc. rfm@kanejeffries.com, rmoorman@moormanlaw.com

Robert J. Brown

on behalf of Creditor CB Richard Ellis / Louisville  LLC Lexbankruptcy@wyattfirm.com

Robert J. Feinstein

on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com  lcanty@pszjlaw.com

Robert J.E. Edwards

on behalf of Unknown KeyBank National Association redwards@polsinelli.com  tbackus@polsinelli.com

Robert J.E. Edwards

on behalf of Creditor U.S Bank National Association as Trustee redwards@polsinelli.com  tbackus@polsinelli.com

Robert K. Coulter

on behalf of Creditor United States of America robert.coulter@usdoj.gov
USAVAE.ALX.ECF.BANK@usdoj.gov;CaseView.ECF@usdoj.gov

Robert Kenneth Minkoff

on behalf of Creditor Jefferies Leveraged Credit Products  LLC rminkoff@cedargladecapital.com

Robert Kenneth Minkoff

on behalf of Creditor Collective Media rminkoff@cedargladecapital.com

Robert Kenneth Minkoff

on behalf of Creditor Cedar Glade  LP rminkoff@cedargladecapital.com

District/off: 0422-7                          User: ramirez-l                              Page 76 of 93
Date Rcvd: May 27, 2021                       Form ID: redacttr                            Total Noticed: 1

Robert L. LeHane
    on behalf of Creditor DDR Corp. f/k/a Developers Diversified Realty Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor The Woodmont Company rlehane@kelleydrye.com  KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Basser-Kaufman rlehane@kelleydrye.com  KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor WEC 99A-2LLC rlehane@kelleydrye.com  KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor General Growth Properties  Inc. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Philips International rlehane@kelleydrye.com  KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Ashkenazy Management Corp. rlehane@kelleydrye.com  KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Developers Diversified Realty Corporation rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Jones Lang LaSalle Americas  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor S.J. Collins Enterprises  Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings
rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor AAC Management Corp. rlehane@kelleydrye.com  KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Regency Centers  L.P. rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Philips International Holding Corp. rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Benderson Development Company  LLC rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Continental Properties Company  Inc. rlehane@kelleydrye.com,
KDWBankruptcyDepartment@KelleyDrye.com

Robert L. LeHane
    on behalf of Creditor Weingarten Realty Investors and Its Affiliates rlehane@kelleydrye.com
KDWBankruptcyDepartment@KelleyDrye.com

Robert M. Marino
    on behalf of Plaintiff Ryan  Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Robert M. Marino
    on behalf of Creditor Ryan  Inc. f/k/a Ryan & Company, Inc. rmmarino@rpb-law.com, rmmarino1@aol.com

Robert P. McIntosh
    on behalf of 3rd Pty Defendant UNITED STATES CUSTOM SERVICE Robert.McIntosh@usdoj.gov
USAVAE.RIC.ECF.CIVIL@usdoj.gov;Carol.Lewis@usdoj.gov;CLewis@usa.doj.gov

Robert P. McIntosh
    on behalf of 3rd Pty Defendant UNITED STATES Robert.McIntosh@usdoj.gov
USAVAE.RIC.ECF.CIVIL@usdoj.gov;Carol.Lewis@usdoj.gov;CLewis@usa.doj.gov

Robert P. McIntosh
    on behalf of Creditor United States of America Robert.McIntosh@usdoj.gov
USAVAE.RIC.ECF.CIVIL@usdoj.gov;Carol.Lewis@usdoj.gov;CLewis@usa.doj.gov

Robert P. McIntosh
    on behalf of 3rd Pty Defendant United States of America  Department of Homeland Security, Customs and Border Protection
Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Carol.Lewis@usdoj.gov;CLewis@usa.doj.gov

Robert R. Vieth
    on behalf of Defendant D&H Distributing Co. rvieth@ltblaw.com  DHowes@hirschlerlaw.com

Robert R. Vieth
    on behalf of Defendant Logitech  Inc. rvieth@ltblaw.com, DHowes@hirschlerlaw.com

District/off: 0422-7                                    User: ramirez-l                              Page 77 of 93

Date Rcvd: May 27, 2021                                Form ID: redacttr                            Total Noticed: 1

Robert R. Vieth

      on behalf of Defendant TruEffect Inc. rvieth@ltblaw.com, DHowes@hirschlerlaw.com

Robert Ryland Musick

      on behalf of Defendant Booth Newspapers Inc., d/b/a The Bay City Times, Saginaw News, Muskegon Chronicle, Flint Journal, Jackson Citizen Patriot, Kalamazoo Gazette, Grand Rapids Press, and The Ann Arbor News bmusick@t-mlaw.com, karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant Advance Publications Inc., d/b/a Newhouse Newspapers, The Star Ledger, The Starledger Newspaper, and The Times of Trenton bmusick@t-mlaw.com, karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant Newark Morning Ledger Co. bmusick@t-mlaw.com karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant The Times-Picayune L.L.C. d/b/a The Times-Picayune bmusick@t-mlaw.com, karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant Northeast Ohio Marketing Network LLC bmusick@t-mlaw.com, karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant Oregonian Publishing Company LLC d/b/a The Oregonian Publishing Co. bmusick@t-mlaw.com karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant R. G. Brinkmann Company d/b/a Brinkmann Constructors bmusick@t-mlaw.com karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant The Birmingham News Company bmusick@t-mlaw.com karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant Advance Publications Inc., d/b/a Newhouse Newspapers, The Post Standard, and Post Standard, The bmusick@t-mlaw.com, karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant International Business Machines Corporation bmusick@t-mlaw.com karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant The Herald Publishing Company LLC bmusick@t-mlaw.com, karnett@t-mlaw.com

Robert Ryland Musick

      on behalf of Defendant IBM Credit LLC bmusick@t-mlaw.com, karnett@t-mlaw.com

Robert S. Westermann

      on behalf of Creditor Old Republic Insurance Company rwestermann@hf-law.com rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Creditor Panasonic Corporation of North America rwestermann@hf-law.com rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Creditor Eastman Kodak Company rwestermann@hf-law.com rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Counter-Claimant Eastman Kodak Company rwestermann@hf-law.com rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Creditor National A-1 Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Creditor Galleria Plaza Ltd. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Defendant Cyber Power Systems Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Defendant Atlantic Inc. rwestermann@hf-law.com rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Defendant Cyber Power Systems (USA) Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Creditor Vector Security Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Creditor Towne Square Plaza rwestermann@hf-law.com rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Defendant Fuel Creative Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

      on behalf of Creditor COMSYS Information Technology Services Inc. and COMSYS Services, LLC rwestermann@hf-law.com, rhenderson@hf-law.com

District/off: 0422-7
Date Rcvd: May 27, 2021

User: ramirez-l
Form ID: redacttr

Page 78 of 93
Total Noticed: 1

Robert S. Westermann

on behalf of Defendant Old Republic Insurance Company rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Klaussner Furniture Industries  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant The CIT Group/Commercial Services  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Pop's Cosmic Counters  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Creditor Cypress/CC Marion I  L.P. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Interested Party Marblegate Asset Management rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Transferee Marblegate Special Opportunities Master Fund LP rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Creditor Cameron Group Associates LLP rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Starlight Marketing  Ltd. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant CIT Group/Commercial Services  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Creditor Taubman Auburn Hills Associates Limited Partnership rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Creditor TXU Engergy Retail Company LLC rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Interested Party Alvarez & Marsal Canada  ULC rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Starlite/Starlight Marketing  Ltd. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Venetian Casino Resort  LLC rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Eastman Kodak Company rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Longacre Opportunity Fund  L.P. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Creditor Harvest/HPE LP rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Fasteners For Retail  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Interested Party CCDC Marion Portfolio  L.P. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Interested Party Systemax  Inc. rwestermann@hf-law.com, rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Denver Newspaper Agency LLP rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant Marblegate Special Opportunities Master Fund L.P. rwestermann@hf-law.com  rhenderson@hf-law.com

Robert S. Westermann

on behalf of Defendant CIT Group/Commercial Services rwestermann@hf-law.com  rhenderson@hf-law.com

Robin S. Abramowitz

on behalf of Creditor CC Merrilville Trust abramowitz@larypc.com

Robin S. Abramowitz

on behalf of Creditor Bond Circuit VIII Delaware Business Trust abramowitz@larypc.com

Robin S. Abramowitz

on behalf of Creditor CC Colonial Trust abramowitz@larypc.com

Robin S. Abramowitz

on behalf of Creditor CC Joliet Trust abramowitz@larypc.com

District/off: 0422-7                          User: ramirez-l                                    Page 79 of 93
Date Rcvd: May 27, 2021                        Form ID: redacttr                              Total Noticed: 1

Rodney F. Page

on behalf of Creditor Wells Fargo Bank  N.A. rfpage@bclplaw.com

Rodney F. Page

on behalf of Creditor Bank of America  N.A. rfpage@bclplaw.com

Rodney F. Page

on behalf of Creditor Berkadia Commercial Mortgage LLC rfpage@bclplaw.com

Ron C. Bingham, II

on behalf of Creditor c/o Ron C. Bingham Stites & Harbison  PLLC T.D. Farrell Construction, Inc. rbingham@stites.com,
dclayton@stites.com

Ronald A. Page, Jr.

on behalf of Creditor JMC Manufacturing Inc. dba Inland Fixture rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Attorney Ronald Page  PLC rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Miner Fleet Management Group  LLC, fka Miner Fleet Management Group, Ltd. rpage@rpagelaw.com,
r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Creditor Cormark  Inc. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Creditor Miner Fleet Management Group  Ltd. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Creditor Anthony Erickson  d/b/a A.C.E.Enterprises rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant Anthony Erickson  d/b/a A.C.E.Enterprises rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Defendant JMC Manufacturing Inc. dba Inland Fixture rpage@rpagelaw.com  r59927@notify.bestcase.com

Ronald A. Page, Jr.

on behalf of Attorney Ronald A. Page  Jr. rpage@rpagelaw.com, r59927@notify.bestcase.com

Ronald G. Dunn

on behalf of Creditor Savitri Cohen bstasiak@gdwo.net

Ronald M. Tucker

on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, bankruptcy@simon.com

Roy M. Terry, Jr.

on behalf of Creditor Hewlett Packard Company roymterry@gmail.com

Roy M. Terry, Jr.

on behalf of Creditor Oracle USA  Inc. roymterry@gmail.com

Russell R. Johnson, III

on behalf of Creditor Chalek Company LLC russ4478@aol.com

Russell R. Johnson, III

on behalf of Creditor Averatec/Trigem USA russ4478@aol.com

Ryan C. Day

on behalf of Creditor Schimenti Construction Company LLC ryan.day@leclairryan.com

Ryan C. Day

on behalf of Plaintiff Schimenti Construction Company LLC ryan.day@leclairryan.com

S. James Wallace

on behalf of Creditor Barnes & Powers North  LLC sjw@sjwpgh.com, srk@sjwpgh.com

S. James Wallace

on behalf of Creditor Equitable Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com

S. Sadiq Gill

on behalf of Defendant Journal Publishing Company dba Albuquerque Publishing Company sgill@vanblk.com

Sara L. Chenetz

on behalf of Creditor Sony Pictures Entertainment Inc. SChenetz@perkinscoie.com  rleibowitz@perkinscoie.com

Sarah Beckett Boehm

on behalf of Debtor PRAHS  INC. sboehm@mcguirewoods.com

Sarah Beckett Boehm

on behalf of Debtor Circuit City Stores PR  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor CC Aviation  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Circuit City Stores West Coast  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Circuit City Properties  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Abbott Advertising Agency  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor CC Distribution Company of Virginia  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Circuit City Stores  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor InterTAN  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Ventoux International  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Mayland MN  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Orbyx Electronics  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Patapsco Designs  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Plaintiff Circuit City Stores  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Defendant Circuit City Stores  Inc. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Kinzer Technology  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor XSStuff  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Courchevel  LLC sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Sky Venture Corp. sboehm@mcguirewoods.com

Sarah Beckett Boehm
on behalf of Debtor Circuit City Purchasing Company  LLC sboehm@mcguirewoods.com

Satchidananda Mims
smims21@hotmail.com

Scott D. Fink
on behalf of Creditor The Plain Dealer Bronationalecf@weltman.com

Seth A. Drucker
on behalf of Creditor Ritz Motel Company sdrucker@honigman.com

Seth A. Drucker
on behalf of Creditor McKinley  Inc. sdrucker@honigman.com

Shalanda N. Franklin
on behalf of Defendant Belkin International Inc. sfranklin@vanblk.com  mdowns@vanblk.com

Shalanda N. Franklin
on behalf of Defendant Belkin Logistics  Inc., aka Belkin, Inc. sfranklin@vanblk.com, mdowns@vanblk.com

Shawn M. Christianson
on behalf of Creditor Oracle USA  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sheila G. de la Cruz
on behalf of Creditor TFL Enterprise  LLC sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
on behalf of Creditor 502-12 86th Street LLC sdelacruz@hf-law.com  rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
on behalf of Defendant Kaz  Inc. sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

District/off: 0422-7                                   User: ramirez-l                                   Page 81 of 93
Date Rcvd: May 27, 2021                               Form ID: redacttr                               Total Noticed: 1

Sheila G. de la Cruz
    on behalf of Defendant Starco  Inc. sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor RTS Marketing  Inc. sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Howland Commons Partnership  an Ohio gen partnership dba Howland Commons sdelacruz@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Huntington Mall Company sdelacruz@hf-law.com  rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Spring Hill Development Partners  GP sdelacruz@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor The Cafaro Northwest Partnership  dba South Hill Mall sdelacruz@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Defendant Horizon Technology  LLC sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Basile Limited Liability Company sdelacruz@hf-law.com
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor United States Debt Recovery  LLC sdelacruz@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Kentucky Oaks Mall Company sdelacruz@hf-law.com  rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Remount Road Associates Limited Partnership sdelacruz@hf-law.com
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor M and M Berman Enterprises sdelacruz@hf-law.com  rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Defendant Mizco International  Inc. sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Altamonte Springs Real Estate Associates  LLC sdelacruz@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor The Denver Newspaper Agency  LLP sdelacruz@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Vertis  Inc. sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Cottonwood Corners-Phase V  LLC sdelacruz@hf-law.com,
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Woodlawn Trustees Incorporated sdelacruz@hf-law.com
rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Horizon Technology  LLC sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila G. de la Cruz
    on behalf of Creditor Mizco International  Inc. sdelacruz@hf-law.com, rmcburney@hf-law.com;rmcburney67@gmail.com

Sheila L. Shadmand
    on behalf of Defendant Aiptek  Inc. slshadmand@jonesday.com

Sheila L. Shadmand
    on behalf of Creditor Aiptek  Inc. slshadmand@jonesday.com

Sheila L. Shadmand
    on behalf of Creditor Ventura In Manhattan  Inc. slshadmand@jonesday.com

Stanley M. Salus
    on behalf of Defendant Imperial Sales Corp. d/b/a Imperial Sales Company stan.salus@akerman.com
crystal.gaymon@akerman.com;kristin.vogt@akerman.com;mona.murphy@akerman.com

Stephan William Milo
    on behalf of Creditor BISSELL Homecare  Inc. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Defendant DPI  Inc., formerly known as GPX, Inc. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Interested Party General Electric Company's Consumer & Industrial Division smilo@wawlaw.com
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Defendant The Decal Source Inc. smilo@wawlaw.com
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Defendant Universal Remote Control  Inc. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Defendant Terracon Consultants  Inc. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Creditor THF Harrisonburg Crossing  L.L.C. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Creditor THF St. Clairsville Development  L.P. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Creditor THF Chesterfield Two Development  L.L.C. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Defendant Bissell Homecare  Inc., aka Bissell Homecare Inc., smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Creditor THF Clarksburg Development One  Limited Liability Company smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Interested Party THF Harrisonburg Crossing  L.L.C. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Creditor Z-Line Designs  Inc. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Defendant ZT Group International  Inc. dba ZT Systems, Inc. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Defendant Hardsoft Solutions  Inc. d/b/a Micro Product Distributors, Inc. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephan William Milo
    on behalf of Creditor THF ONC Development  L.L.C. smilo@wawlaw.com,
jjohnson@wawlaw.com;krichman@wawlaw.com;ehebb@wawlaw.com;psilling@wawlaw.com

Stephanie N. Gilbert
    on behalf of Defendant Eleets Logistics  Inc. sgilbert@wilsav.com

Stephen A. Metz
    on behalf of Creditor Saul Holdings Limited Partnership smetz@offitkurman.com  mmargulies@offitkurman.com

Stephen E. Leach
    on behalf of Creditor Bush Industries  Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Stephen E. Leach
    on behalf of Creditor Children's Discovery Centers of America  Inc. sleach@hirschlerlaw.com,
ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Stephen G. Murphy
    on behalf of Creditor Massachusetts Department of Revenue Murphys@dor.state.ma.us

Stephen K. Gallagher
    on behalf of Creditor CWCapital Asset Management LLC skgallagher@venable.com
lbwilson@venable.com;lrheitger@venable.com

District/off: 0422-7                                    User: ramirez-l                          Page 83 of 93
Date Rcvd: May 27, 2021                               Form ID: redacttr                         Total Noticed: 1

Stephen K. Lehnardt
              on behalf of Creditor 3725 Airport Boulevard  LP skleh@lehnardt-law.com

Steven H. Greenfeld
              on behalf of Creditor PR Christiana LLC steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor PRGL Paxton LP steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor Becker Trust LLC steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor Red Rose Commons Associates  L.P. steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor Marple XYZ Associates steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor Park Side Realty LP steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor Goodmill LLC steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor PREIT SERVICES  LLC steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor Pep Boys - Manny  Moe & Jack steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor THE GOLDENBERG GROUP steveng@cohenbaldinger.com

Steven H. Greenfeld
              on behalf of Creditor Boulevard North  LP steveng@cohenbaldinger.com

Steven H. Newman
              on behalf of Creditor 502-12 86th Street LLC snewman@katskykorins.com

Steven L. Brown
              on behalf of Creditor Walter E. Hartman & Sally J. Hartman  as Trustee of the Hartman 1995 Ohio Property
              steven@tiffanylawfirm.com

Steven L. Brown
              on behalf of Defendant The Dispatch Printing Company  d/b/a Columbus Dispatch steven@tiffanylawfirm.com

Steven L. Brown
              on behalf of Defendant Construct  Inc. steven@tiffanylawfirm.com

Steven L. Brown
              on behalf of Creditor Construct Inc.  a Michigan corporation steven@tiffanylawfirm.com

Steven L. Brown
              on behalf of Creditor The Columbus Dispatch steven@tiffanylawfirm.com

Steven L. Brown
              on behalf of Creditor Construct  Inc. steven@tiffanylawfirm.com

Tara B. Annweiler
              on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Tara L. Elgie
              on behalf of Defendant Fujikon Industrial Co. Ltd. telgie@huntonak.com  astowe@huntonak.com;creeves@huntonak.com

Tara L. Elgie
              on behalf of Creditor Schimenti Construction Company LLC telgie@huntonak.com
              astowe@huntonak.com;creeves@huntonak.com

Terri A. Roberts
              on behalf of Creditor Pima County pcaocvbk@pcao.pima.gov

Thaddeus D. Wilson
              on behalf of Defendant Mitsubishi Electronics America  Inc. thadwilson@kslaw.com, pwhite@kslaw.com

Thomas A. Schultz, Jr.
              on behalf of Creditor City of Novi  MIchigan tschultzlaw@gmail.com

Thomas David Rethage
              on behalf of Creditor EEOC'S thomas.rethage@eeoc.gov

Thomas Francis Murphy
              on behalf of Creditor Robert E. Greenberg Gateway Woodside  Inc. tmurphy@dclawfirm.com,
              rgreenberg@dclawfirm.com;vcoleman@dclawfirm.com;lafisher@dclawfirm.com;dshriver@dclawfirm.com

Thomas G. King

on behalf of Creditor Southland Acquisitions  LLC tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com

Thomas John McIntosh

on behalf of Defendant The Nielsen Company (US) LLC  f/k/a Nielsen Media Research Inc. thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com

Thomas John McIntosh

on behalf of Defendant WSVN-TV  a unit of Sunbeam Television Corporation thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com

Thomas John McIntosh

on behalf of Defendant Nielsen Business Media Inc. thomas.mcintosh@hklaw.com  alexis.makell@hklaw.com

Thomas John McIntosh

on behalf of Defendant NetRatings  LLC thomas.mcintosh@hklaw.com, alexis.makell@hklaw.com

Thomas John McKee, Jr.

on behalf of Defendant Bell Microproducts  Inc. mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas John McKee, Jr.

on behalf of Defendant Avnet  Inc. mckeet@gtlaw.com, smedsa@gtlaw.com

Thomas Joseph Moran

on behalf of Defendant Safeco Insurance Company of America tmoran@wcslaw.com  bfizer@wcslaw.com

Thomas Joseph Moran

on behalf of Creditor Safeco Insurance Company of America tmoran@wcslaw.com  bfizer@wcslaw.com

Thomas Neal Jamerson

on behalf of Creditor Galleria Plaza  Ltd. tjamerson@carrellblanton.com, tomjam2003@yahoo.com

Thomas Neal Jamerson

on behalf of Interested Party Parker Central Plaza Ltd tjamerson@carrellblanton.com  tomjam2003@yahoo.com

Thomas Ryan Lynch

on behalf of Defendant Griffin Technology tlynch@babc.com

Thomas W. Repczynski

on behalf of Creditor John P. Raleigh trepczynski@offitkurman.com  elongmire@offitkurman.com

Thomas W. Repczynski

on behalf of Creditor Loren Stocker trepczynski@offitkurman.com  elongmire@offitkurman.com

Thomas W. Repczynski

on behalf of Creditor Graphic Communications  Inc. trepczynski@offitkurman.com, elongmire@offitkurman.com

Thomas W. Repczynski

on behalf of Creditor Tutwiler Properties  LTD trepczynski@offitkurman.com, elongmire@offitkurman.com

Thomas W. Repczynski

on behalf of Defendant Graphic Communications Holdings  Inc. trepczynski@offitkurman.com, elongmire@offitkurman.com

Tiffany Strelow Cobb

on behalf of Creditor Platform-A Inc. tscobb@vorys.com  bjtobin@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor AOL LLC tscobb@vorys.com  bjtobin@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor Advertising.com Inc. tscobb@vorys.com  bjtobin@vorys.com

Timothy Francis Brown

on behalf of Interested Party F.R.O.  L.L.C. IX brownt@arentfox.com

Timothy Francis Brown

on behalf of Creditor 13630 Victory Boulevard  LLC brownt@arentfox.com

Timothy W. Boykin

on behalf of Creditor Alameda County Treasurer tboykin@vanblk.com  croyes@vanblk.com

Tracey Michelle Ohm

on behalf of Defendant Targus  Inc. tracey.ohm@stinson.com, porsche.barnes@stinson.com

Tracey Michelle Ohm

on behalf of Creditor Waste Management  Inc. tracey.ohm@stinson.com, porsche.barnes@stinson.com

Troy Savenko

on behalf of Creditor Slam Brands  Inc. tsavenko@kv-legal.com

Troy Savenko

on behalf of Movant PlumChoice  Inc. tsavenko@kv-legal.com

Troy Savenko
 on behalf of Creditor Liberty Mutual Insurance Company tsavenko@kv-legal.com

Troy Savenko
 on behalf of Creditor PlumChoice  Inc. tsavenko@kv-legal.com

Troy Savenko
 on behalf of Defendant A.J. Padelford & Son  Inc. tsavenko@kv-legal.com

Troy Savenko
 on behalf of Defendant Morris Publishing Group  LLC dba The Florida Times-Union tsavenko@kv-legal.com

Troy Savenko
 on behalf of Defendant Morris Communications Company  LLC; Morris Communications Corporation; Morris Communications Group, LLC; Morris Communications Holding Company, LLC; Morris Communications Media Group, Inc.; Morris Pub tsavenko@kv-legal.com

Troy Savenko
 on behalf of Interested Party Liquid Asset Partners  LLC tsavenko@kv-legal.com

Troy Savenko
 on behalf of Defendant PlumChoice  Inc. tsavenko@kv-legal.com

Troy Savenko
 on behalf of Creditor Safeco Insurance Company of America tsavenko@kv-legal.com

Troy Savenko
 on behalf of Creditor Ada Alicea  on behalf of herself and all others similarly situated tsavenko@kv-legal.com

Troy Savenko
 on behalf of Creditor AmREIT  a Texas Real Estate Investment Trust tsavenko@kv-legal.com

Troy Savenko
 on behalf of Creditor Archos  Inc. tsavenko@kv-legal.com

Tyson Alynn Johnson
 on behalf of Creditor Berkadia Commercial Mortgage LLC tyson.johnson@bryancave.com

Tyson Alynn Johnson
 on behalf of Creditor Capmark Finance  Inc. tyson.johnson@bryancave.com

Valerie P. Morrison
 on behalf of Creditor Daly City Partners I  L.P val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com

Valerie P. Morrison
 on behalf of Creditor Infogain Corporation val.morrison@nelsonmullins.com robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com

Valerie P. Morrison
 on behalf of Creditor Envision Peripherals  Inc. val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com

Valerie P. Morrison
 on behalf of Creditor Daly City Partners I  L.P. val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com

Valerie P. Morrison
 on behalf of Creditor Lexar Media  Inc. val.morrison@nelsonmullins.com, robert.ours@nelsonmullins.com;lori.stewart@nelsonmullins.com

Victoria A. Reardon
 on behalf of Creditor State of Michigan  Department of Treasury reardonv@michigan.gov, jacksonst@michigan.gov

Victoria D. Garry
 on behalf of Creditor Ohio Department of Taxation victoria.garry@ohioattorneygeneral.gov

Victoria D. Garry
 on behalf of Creditor Ohio Bureau of Workers' Compensation victoria.garry@ohioattorneygeneral.gov

Victoria D. Garry
 on behalf of Creditor Ohio Department of Commerce victoria.garry@ohioattorneygeneral.gov

Walter Laurence Williams
 on behalf of Movant Vornado Realty Trust walter.williams@wilsonelser.com

Walter Laurence Williams
 on behalf of Movant Wayne VF  LLC walter.williams@wilsonelser.com

Walter Laurence Williams
 on behalf of Creditor Wayne VF LLC walter.williams@wilsonelser.com

Wanda Borges

on behalf of Defendant MediaNews Group Inc. ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant Alameda Newspapers Inc., Bay Area News Group East Bay, LLC, and MediaNews Group, Inc.,
individually and/or jointly dba Alameda Newspaper Group Inc., and/or BayAreaNewsGroup, aka ANG Newspapers
ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant Bay Area News Group East Bay LLC ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant Alameda Newspapers Inc. ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant MediaNews Group Inc. and San Jose Mercury-News, Inc., jointly and/or individually dba San Jose
Mercury News; San Jose Mercury News, Inc.; San Jose Mercury-News; The San Jose Mercury New ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Creditor Sharp Electronics Corporation ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant MediaNews Group Inc. ecfcases@borgeslawllc.com

Wanda Borges

on behalf of Defendant Sharp Electronics Corporation ecfcases@borgeslawllc.com

Wendy Michele Roenker

on behalf of Creditor Treasurer City of Chesapeake wroenker@cityofchesapeake.net

William Heuer

on behalf of Transferee Korea Export Insurance Corporation wheuer@duanemorris.com

William A. Broscious

on behalf of Creditor Paramount Home Entertainment Inc wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor Kamin Realty Company wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor Raymond Silverstein Trustee wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor Daniel G. Kamin Baton Rouge LLC wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor Circuit Realty NJ LLC wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor Jurupa Bolingbrook LLC wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Attorney Kepley Broscious & Biggs PLC wbroscious@brosciouslaw.com

William A. Broscious

on behalf of Creditor CC-Investors 1996-6 wbroscious@brosciouslaw.com

William A. Burnett

on behalf of Creditor Stillwater Designs and Audio Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Defendant NYKO Technologies Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor Crown CCI LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor Evening Post Publishing Company d/b/a The Post and Courier aburnett@williamsmullen.com
ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor National Western Life Insurance Company aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor DIRECTV Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Interested Party DIRECTV Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor Vonage Holdings Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett

on behalf of Creditor American National Insurance Company aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Vonage Marketing Inc. aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Defendant Post-Newsweek Stations  Houston, Inc. d/b/a KPRC TV aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Golf Galaxy  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor CC Countryside 98  LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Hayward 880 LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Westlake Limited Partnership aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Defendant SBLM Architects PC aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Defendant Contrarian Funds  L.L.C. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Defendant Post-Newsweek Stations  Michigan, Inc. d/b/a WDIV TV aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor ION Audio  LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor LumiSource  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Tax Collector  Polk County, Florida aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor CC Countryside 98 L.L.C. aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Dollar Tree Stores  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Symantec Corp aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Abilene-Ridgemont  LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Defendant Intec  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor CC-Investors 1997-4 aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Defendant SouthPeak Interactive LLC aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Nyko Technologies  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor SouthPeak Interactive  LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor CarMax  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Defendant Eon Communications Corporation aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Cyber Acoustics aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Dick's Sporting Goods  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Plaintiff Carmax Auto Superstores  Inc. aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
    on behalf of Creditor Dick's Sporting Goods Inc. aburnett@williamsmullen.com  ddillon@williamsmullen.com

District/off: 0422-7                                   User: ramirez-l                                   Page 88 of 93
Date Rcvd: May 27, 2021                                Form ID: redacttr                                Total Noticed: 1

William A. Burnett
                      on behalf of Creditor Burbank Mall Associates  LLC aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
                      on behalf of Defendant Brookfield Global Relocation Services  LLC, f/k/a GMAC Global Relocation Services, LLC
                      aburnett@williamsmullen.com, ddillon@williamsmullen.com

William A. Burnett
                      on behalf of Creditor Save Mart Supermarkets aburnett@williamsmullen.com  ddillon@williamsmullen.com

William A. Gray
                      on behalf of Creditor Alexander's Rego Park Center  Inc. graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Ray Mucci's Inc. graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Snell Acoustics  Inc. graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor PrattCenter  LLC graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Route 146 Millbury LLC graybklaw@gmail.com

William A. Gray
                      on behalf of Defendant John J. Kelly bgray@sandsanderson.com

William A. Gray
                      on behalf of Creditor Station Landing LLC graybklaw@gmail.com

William A. Gray
                      on behalf of Interested Party Phyllis M Pearson graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Marlton VF LLC graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Premier Contracting  Inc. graybklaw@gmail.com

William A. Gray
                      on behalf of Defendant The Procter & Gamble Company and The Procter & Gamble Distribution Company  LLC
                      bgray@sandsanderson.com

William A. Gray
                      on behalf of Creditor Audrey Soltis graybklaw@gmail.com

William A. Gray
                      on behalf of Movant Vornado Realty Trust graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Vornado Gun Hill Road  LLC graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Gateway Woodside  Inc. graybklaw@gmail.com

William A. Gray
                      on behalf of Defendant Philip J. Dunn bgray@sandsanderson.com

William A. Gray
                      on behalf of Creditor Encinitas PFA  LLC graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Vornado Caguas LP graybklaw@gmail.com

William A. Gray
                      on behalf of Defendant Ronald G. Cuthbertson bgray@sandsanderson.com

William A. Gray
                      on behalf of Creditor Cardinal Court  LLC graybklaw@gmail.com

William A. Gray
                      on behalf of Creditor Rebecca Hylton DeCamps graybklaw@gmail.com

William A. Gray
                      on behalf of Defendant Intertech Security of Maryland  LLC bgray@sandsanderson.com

William A. Gray
                      on behalf of Defendant Metra Electronics Corporation bgray@sandsanderson.com

William A. Gray
                      on behalf of Interested Party Paul Schaapman graybklaw@gmail.com

District/off: 0422-7                        User: ramirez-l                        Page 89 of 93
Date Rcvd: May 27, 2021                     Form ID: redacttr                      Total Noticed: 1

William A. Gray

on behalf of Creditor Boston Acoustics  Inc. graybklaw@gmail.com

William A. Gray

on behalf of Interested Party Hilton Ellis Epps  Sr. graybklaw@gmail.com

William A. Gray

on behalf of Creditor Tamrac  Inc. graybklaw@gmail.com

William A. Gray

on behalf of Movant Colonial Heights Holdings  LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant Michael E. Foss bgray@sandsanderson.com

William A. Gray

on behalf of Creditor VNO Mundy Street  LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor Green Acres Mall  LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant VTech Communications  Inc. bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Vornado Finance  LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor East BrunswickVF  LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant Brian S. Bradley bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Lee County  Mississippi Tax Collector graybklaw@gmail.com

William A. Gray

on behalf of Creditor Lang Construction  Inc. graybklaw@gmail.com

William A. Gray

on behalf of Creditor UTC I  LLC graybklaw@gmail.com

William A. Gray

on behalf of Attorney Sands Anderson PC bgray@sandsanderson.com

William A. Gray

on behalf of Creditor CSI Construction Company graybklaw@gmail.com

William A. Gray

on behalf of Defendant InnerWorkings  Inc. bgray@sandsanderson.com

William A. Gray

on behalf of Creditor BevCon I  LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor Chatham County Tax Commissioner graybklaw@gmail.com

William A. Gray

on behalf of Creditor Lee County Tax Collector graybklaw@gmail.com

William A. Gray

on behalf of Defendant Eric A. Jonas  Jr. bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Steven P. Pappas bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Jeffrey S. Stone bgray@sandsanderson.com

William A. Gray

on behalf of Interested Party Christopher Borglin graybklaw@gmail.com

William A. Gray

on behalf of Creditor Interstate Augusta Properties LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant Coby Electronics Corporation bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Hillson Electric Incorporated graybklaw@gmail.com

William A. Gray

on behalf of Creditor McAlister Square Partners  Ltd. graybklaw@gmail.com

William A. Gray

on behalf of Creditor Mansfield SEQ 287 and Debbie  Ltd. graybklaw@gmail.com

William A. Gray

on behalf of Defendant Monument Consulting  LLC bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Mid-American Insulation  Inc. graybklaw@gmail.com

William A. Gray

on behalf of Creditor NPP Development LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor Metra Electronics Corporation graybklaw@gmail.com

William A. Gray

on behalf of Defendant Randall W. Wick bgray@sandsanderson.com

William A. Gray

on behalf of Creditor DeSoto County  Mississippi graybklaw@gmail.com

William A. Gray

on behalf of Defendant Universal Display and Fixtures Company bgray@sandsanderson.com

William A. Gray

on behalf of Creditor BBP-Muncy LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor BPP-OH LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor Towson VF LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor Colorado Structures  Inc. dba CSI Construction Co. graybklaw@gmail.com

William A. Gray

on behalf of Creditor North Plainfield VF LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor BPP Conn LLC f/k/a WEC 95 Manchester Limited Partnership graybklaw@gmail.com

William A. Gray

on behalf of Creditor McCorkendale Construction graybklaw@gmail.com

William A. Gray

on behalf of Defendant Boston Acoustics  Inc. bgray@sandsanderson.com

William A. Gray

on behalf of Movant Cynthia Olloway  Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a
Deceased Minor graybklaw@gmail.com

William A. Gray

on behalf of Defendant Philip J. Schoonover bgray@sandsanderson.com

William A. Gray

on behalf of Defendant David L. Mathews bgray@sandsanderson.com

William A. Gray

on behalf of Creditor VNO TRU Dale Mabry  LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor BPP-NY LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor A.D.D. Holdings  L.P. graybklaw@gmail.com

William A. Gray

on behalf of Defendant Fourstar Group USA  Inc. bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Marc J. Sieger bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Bruce H. Besanko bgray@sandsanderson.com

William A. Gray

on behalf of Creditor The Stop & Shop Supermarket Company LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor John Rohrer Contracting Company  Inc. graybklaw@gmail.com

William A. Gray

on behalf of Defendant William E. McCorey  Jr. bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Kelly E. Breitenbecher bgray@sandsanderson.com

William A. Gray

on behalf of Creditor BPP-VA LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant Tamrac  Inc. bgray@sandsanderson.com

William A. Gray

on behalf of Creditor OmniMount Systems  Inc. graybklaw@gmail.com

William A. Gray

on behalf of Creditor BPP-WB LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor RBS Business Capital graybklaw@gmail.com

William A. Gray

on behalf of Creditor Amherst VF LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor T. J. Maxx of CA  LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant Denon Electronics (USA)  LLC bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Colorado Structures  Inc., dba CSI Construction Co. bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Midwest Block & Brick  Inc. graybklaw@gmail.com

William A. Gray

on behalf of Creditor East Brunswick VF LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant The Insurance Company of the State of Pennsylvania bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Chatham County  GA Tax Commissioner graybklaw@gmail.com

William A. Gray

on behalf of Defendant John T. Harlow bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Peter C. Weedfald bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Valley Corners Shopping Center  LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant Marshall J. Whaling bgray@sandsanderson.com

William A. Gray

on behalf of Defendant Fourstar International Trading Company bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Richard Grande graybklaw@gmail.com

William A. Gray

on behalf of Creditor BPP-SC LLC graybklaw@gmail.com

William A. Gray

on behalf of Creditor Sensormatic Electronic Corporation graybklaw@gmail.com

William A. Gray

on behalf of Creditor Monument Consulting  LLC graybklaw@gmail.com

William A. Gray

on behalf of Defendant Construction Testing and Engineering  Inc. bgray@sandsanderson.com

William A. Gray

on behalf of Defendant George D. Clark  Jr. bgray@sandsanderson.com

William A. Gray

on behalf of Creditor Reverend Dwayne Funches graybklaw@gmail.com

William A. Gray

on behalf of Creditor BPP-Redding LLC graybklaw@gmail.com

District/off: 0422-7                       User: ramirez-l                              Page 92 of 93
Date Rcvd: May 27, 2021                    Form ID: redacttr                            Total Noticed: 1

William A. Gray

    on behalf of Creditor Baker Natick Promenade LLC graybklaw@gmail.com

William A. Gray

    on behalf of Creditor Wayne VF LLC graybklaw@gmail.com

William A. Gray

    on behalf of Defendant Reginald D. Hedgebeth bgray@sandsanderson.com

William A. Gray

    on behalf of Creditor Star Universal  LLC graybklaw@gmail.com

William A. Gray

    on behalf of Creditor North Bergen Tonnelle Plaza  LLC graybklaw@gmail.com

William A. Gray

    on behalf of Defendant The Oklahoma Publishing Company bgray@sandsanderson.com

William A. Gray

    on behalf of Creditor E&A Northeast Limited Partnership graybklaw@gmail.com

William A. Gray

    on behalf of Defendant Fourstar Group Inc. bgray@sandsanderson.com

William A. Gray

    on behalf of Creditor Denon Electronics graybklaw@gmail.com

William A. Gray

    on behalf of Defendant Irynne V. MacKay bgray@sandsanderson.com

William A. Wood, III

    on behalf of Creditor Panattoni Development Company  Inc. as Agent for Charles L. Kessinger, Jacque L. Kessinger and FRE Northglenn Retail, LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com

William A. Wood, III

    on behalf of Creditor c/o William A. Wood Panattoni Construction  Inc. trey.wood@bgllp.com, chris.tillmanns@bgllp.com

William A. Wood, III

    on behalf of Creditor Raymond & Main Retail  LLC trey.wood@bgllp.com, chris.tillmanns@bgllp.com

William B. Cave

    on behalf of Creditor P.R. Mechanical  Inc. wcave@hophabcave.com

William D. Bayliss

    on behalf of Creditor Richard Kreuger bbayliss@williamsmullen.com

William Daniel Prince, IV

    on behalf of Defendant International Business Machines Corporation wprince@t-mlaw.com  mschwam@t-mlaw.com

William Daniel Prince, IV

    on behalf of Defendant R. G. Brinkmann Company d/b/a Brinkmann Constructors wprince@t-mlaw.com  mschwam@t-mlaw.com

William Daniel Prince, IV

    on behalf of Defendant IBM Credit  LLC wprince@t-mlaw.com, mschwam@t-mlaw.com

William Daniel Sullivan

    on behalf of Attorney William Daniel Sullivan jennydan248@msn.com

William Daniel Sullivan

    on behalf of Defendant Pioneer Electronics (USA) Inc. dsullivan@butzeltp.com

William H. Schwarzschild, III

    on behalf of Creditor MRV Wanamaker  LC tschwarz@williamsmullen.com

William H. Schwarzschild, III

    on behalf of Defendant Hotan Corporation tschwarz@williamsmullen.com

William H. Schwarzschild, III

    on behalf of Defendant Datel Design & Development  Inc. tschwarz@williamsmullen.com

William H. Schwarzschild, III

    on behalf of Creditor National Western Life Insurance Company tschwarz@williamsmullen.com

William H. Schwarzschild, III

    on behalf of Defendant J&J Industries  Inc. tschwarz@williamsmullen.com

William H. Schwarzschild, III

    on behalf of Creditor Dick's Sporting Goods  Inc. tschwarz@williamsmullen.com

William H. Schwarzschild, III

    on behalf of Defendant Merrill Communications LLC tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor Miami-Dade County Tax Collector tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor DIRECTV  Inc. tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor Vonage Marketing Inc. tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor Dollar Tree Stores  Inc. tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Defendant Evening Post Publishing Company  dba The Post and Courier tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor LumiSource  Inc. tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor State Board of Equalization tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor SouthPeak Interactive  LLC tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Creditor ION Audio  LLC tschwarz@williamsmullen.com

William H. Schwarzschild, III

on behalf of Defendant DIRECTV  Inc. tschwarz@williamsmullen.com

Wm. Joseph A. Charboneau

on behalf of Creditor Nancy Booth jcharboneau@mglspc.com  aford@mglspc.com

Wm. Joseph A. Charboneau

on behalf of Creditor McAllen ISD jcharboneau@mglspc.com  aford@mglspc.com

Wm. Joseph A. Charboneau

on behalf of Creditor Charles Booth jcharboneau@mglspc.com  aford@mglspc.com

Wm. Joseph A. Charboneau

on behalf of Creditor Placer California jcharboneau@mglspc.com  aford@mglspc.com

Zmarak Khan

on behalf of Defendant DEI Holdings  Inc. f/k/a Direct Electronics, Inc. zmarak.khan@dlapiper.com

TOTAL: 2236