# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-35653 (KRH)<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND CHANGE OF ADDRESS**<br>**[ONLY WITH RESPECT TO CLAIM NOS. 1243, 4014, 4110, 6539, AND 6766]** |

PLEASE TAKE NOTICE that National Union Fire Insurance Company of Pittsburgh, PA and The Insurance Company of the State of Pennsylvania, creditors of the above-captioned debtors, and the assignee of Claim Nos. 1243, 4014, 4110, 6539 and 6766, have changed counsel and request that all further notices and distributions in these cases be served upon and delivered to its undersigned counsel at the following address:

**NEW ADDRESS**:

National Union Fire Insurance Co.
Insurance Company of the State of PA
Adam L. Rosen PLLC
2-8 Haven Avenue, Ste. 220
Port Washington, NY 11050
adam.rosen@ALRcounsel.com

OLD ADDRESS:

National Union Fire Insurance Co.
Insurance Company of the State of PA
c/o Silverman Acampora LLP
100 Jericho Quadrangle, Ste. 300
Jericho, NY 11753

      The assignments of the above claims are indicated on the Transfer of Claim documents filed on the docket of these cases at ECF Nos. 5802, 5804, 5805, 5806 and 11311.

Dated:  November 9, 2021                             NATIONAL UNION FIRE INSURANCE
        Port Washington, New York                COMPANY OF PITTSBURGH, PA

                                                         THE INSURANCE COMPANY OF THE
                                                         STATE OF PENNSYLVANIA

                                                         By Its Attorneys,
                                                         ADAM L. ROSEN PLLC

                                                         _____
                                                         Adam L. Rosen
                                                         2-8 Haven Avenue, Suite 220
                                                         Port Washington, New York 11050
                                                         Telephone: (516) 407-3756
                                                         adam.rosen@ALRcounsel.com