| | |
|---|---|
| Richard. M. Pachulski, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 13th Floor | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy: (804) 783-0178 |
| Telecopy: (310) 201-0760 | |

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION OF THE
LIQUIDATING TRUSTEE FOR ENTRY OF AN ORDER
FURTHER EXTENDING TERM OF LIQUIDATING TRUST**

The undersigned hereby certifies that, as of the date hereof, she is not aware of any answer, objection, or other responsive pleading with respect to the *Motion Of The Liquidating Trustee For Entry Of An Order Further Extending Term Of Liquidating Trust* [Docket No. 14312] (the "Motion"). Alfred H. Siegel, as Trustee (the "Trustee") of the Circuit City Stores, Inc. Liquidating Trust (the "Trust") filed the Motion with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") on December 19, 2021 and caused the Motion to be served on all necessary parties on December 20, 2021, together with a *Notice of Motion and Notice of Hearing* [Docket No. 14313] (the "Notice"). Pursuant to the procedures set forth in the Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order"), entered December 30, 2009, the Notice provided that any objections to the Motion were to be filed and served no later than January 13, 20121, and that in the absence of any timely objections, the Trustee may submit a proposed order to the Court granting the relief requested

1

without further notice or a hearing.

The undersigned further certifies that the Motion was filed and served in accordance with the Case Management Order, and that she has caused a review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Consequently, the Trustee is authorized to submit an order granting the relief requested in the Motion to the Court for entry without further hearing or notice.

Respectfully submitted,

Alfred H. Siegel, Trustee of the Circuit City Stores, Inc., Liquidating Trust

Dated: January 19, 2022
    Richmond, Virginia

By: */s/ Lynn L. Tavenner*
Lynn L. Tavenner, Esquire (VSB No. 30083)
Paula S. Beran, Esquire (VSB No. 34679)
Tavenner & Beran, PLC
20 North 8th Street
Richmond, Virginia 23219Telephone: (804) 783-8300
Telecopier: (804) 783-0178

Richard. M. Pachulski, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy: (310) 201-0760

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

2