**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>                          Debtors. | Chapter 11<br><br>Case No. 3:08-bk-35653 (KRH)<br><br>(Jointly Administered) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

**PLEASE TAKE NOTICE** that the law firm of Buchalter, A Professional Corporation (the "Firm") hereby notifies the Court and all parties of a change of mailing address and requests that all future pleadings, distributions, notices, or correspondence in this case be sent to the following address, effective **April 11, 2022**:

**425 Market St., Suite 2900**
**San Francisco, CA 94105**

**PLEASE TAKE FURTHER NOTICE** that the Firm's phone and fax numbers, and its email addresses, remain unchanged.

Dated: April 25, 2022

By:   /s/ Shawn M. Christianson
Shawn M. Christianson, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105
Telephone: (415) 227-0900

*Attorneys for Creditors, Oracle America, Inc. and Oracle Credit Corporation*

-1-