# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-35653 (KRH)<br><br>**NOTICE OF CHANGE OF ADDRESS [ONLY WITH RESPECT TO CLAIM NO. 6766]** |

PLEASE TAKE NOTICE that National Union Fire Insurance Company of Pittsburgh, PA, a creditor of the above-captioned debtors, and the assignee of Claim No. 6766 from Buffalo Technology, has changed it address and requests that all further notices and distributions in these cases be served upon and delivered to its undersigned counsel at the following address:

**NEW ADDRESS**:

National Union Fire Insurance Co.
c/o Adam L. Rosen PLLC
PO Box 552
1051 Port Washington Blvd.
Port Washington, New York 11050-0146
adam.rosen@ALRcounsel.com

OLD ADDRESS:

National Union Fire Insurance Co.
Adam L. Rosen PLLC
2-8 Haven Avenue, Ste. 220
Port Washington, NY 11050
adam.rosen@ALRcounsel.com

Dated:  November 22, 2022  NATIONAL UNION FIRE INSURANCE
   Port Washington, New York  COMPANY OF PITTSBURGH, PA

                 By Its Attorneys,
                 ADAM L. ROSEN PLLC

                 Adam L. Rosen
                 PO Box 552
                 1051 Port Washington Blvd.
                 Port Washington, New York 11050-0146
                 Telephone: (516) 407-3756
                 adam.rosen@ALRcounsel.com