# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-35653 (KRH)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br>**[ONLY WITH RESPECT TO CLAIM NOS. 1243, 4110 & 6529]** |

PLEASE TAKE NOTICE that The Insurance Company of the State of Pennsylvania, a creditor of the above-captioned debtors, and the assignee of Claim No. 1243, 4110, and 6529, has changed it address and requests that all further notices and distributions in these cases be served upon and delivered to its undersigned counsel at the following address:

**NEW ADDRESS**:

Insurance Company of the State of Pennsylvania
c/o Adam L. Rosen PLLC
PO Box 552
1051 Port Washington Blvd.
Port Washington, New York 11050-0146
adam.rosen@ALRcounsel.com

OLD ADDRESS:

Insurance Company of the State of Pennsylvania
c/o Adam L. Rosen PLLC
2-8 Haven Avenue, Ste. 220
Port Washington, NY 11050
adam.rosen@ALRcounsel.com

Dated: November 22, 2022  THE INSURANCE COMPANY OF
      Port Washington, New York  THE STATE OF PENNSYLVANIA

By Its Attorneys,
ADAM L. ROSEN PLLC

*/s/ Adam L. Rosen*

_____

Adam L. Rosen
PO Box 552
1051 Port Washington Blvd.
Port Washington, New York 11050-0146
Telephone: (516) 407-3756
adam.rosen@ALRcounsel.com