| | |
|---|---|
| Richard. M. Pachulski, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy: (310) 201-0760 | Lynn L. Tavenner, Esq. (VA Bar No. 30083)<br>Paula S. Beran, Esq. (VA Bar No. 34679)<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopy: (804) 783-0178 |

*Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT
OF VIRGINIA RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>　　　　　　　　　　Debtors. | ) Case No. 08-35653 (KRH)<br>)<br>) Chapter 11<br>)<br>) (Jointly Administered)<br>)<br>) |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION
OF THE LIQUIDATING TRUSTEE FOR ENTRY OF AN ORDER
FURTHER EXTENDING TERM OF LIQUIDATING TRUST**

The undersigned hereby certifies that, as of the date hereof, she is not aware of any answer, objection, or other responsive pleading with respect to the *Motion Of The Liquidating Trustee For Entry Of An Order Further Extending Term Of Liquidating Trust* [Docket No. 14334 (the "Motion"), which Alfred H. Siegel, as Trustee (the "Trustee") of the Circuit City Stores, Inc. Liquidating Trust (the "Trust") filed with the United States Bankruptcy Court for the Eastern District of Virginia (the "Court") on December 28, 2022 and caused the Motion to be served on the same date, together with a *Notice of Motion and Notice of Hearing* [Docket No. 14335] (the "Notice"). Pursuant to the procedures set forth in the Supplemental Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order"), entered December 30, 2009, the Notice provided that any objections to the Motion were to be filed and served no later than January 11, 2023, and that in the absence of any timely objections, the Trustee may submit a proposed order to

1

the Court granting the relief requested without further notice or a hearing.

The undersigned further certifies that the Motion was filed and served in accordance with the Case Management Order, and that she has caused a review of the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion appears thereon. Consequently, the Trustee is authorized to submit an order granting the relief requested in the Motion to the Court for entry without further hearing or notice.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Alfred H. Siegel, Trustee of the Circuit City Stores, Inc., Liquidating Trust |
| Dated: January 17, 2023<br>Richmond, Virginia | By: */s/ Lynn L. Tavenner*<br>Lynn L. Tavenner, Esquire (VSB No. 30083)<br>Paula S. Beran, Esquire (VSB No. 34679)<br>Tavenner & Beran, PLC<br>20 North 8th Street<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300<br>Telecopier: (804) 783-0178 |
|  | Richard. M. Pachulski, Esq.<br>Andrew W. Caine, Esq.<br>(admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, California 90067-4100<br>Telephone: (310) 277-6910<br>Telecopy: (310) 201-0760 |
|  | *Counsel to Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* |