# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL OF RECORD**:

    PLEASE TAKE NOTICE that effective April 10, 2023, the firm address for Farella Braun + Martel LLP will change.  Farella Braun + Martel LLP's phone and facsimile numbers remain the same.  Direct all pleadings, papers, notices, and related correspondence to the new address as follows:

Gary M. Kaplan
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA  94104-4415

Dated:  April 5, 2023            FARELLA BRAUN + MARTEL LLP

                                          By:     /s/ Gary M. Kaplan
                                                Gary M. Kaplan (State Bar No. 155530)
                                                Farella Braun + Martel LLP
                                                235 Montgomery Street, 17th Floor
                                                San Francisco, CA 94104
                                                Telephone: (415) 954-4400
                                                Facsimile: (415) 954-4480
                                                Email: gkaplan@fbm.com

                                                Counsel for Creditor Eel McKee LLC